COMPLETE DOCUMENT ON FILE IN THE CLERK'S OFFICE

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION at CLEVELAND

NATHANIEL JACKSON,
    Petitioner,

    v.

MARC C. HOUK, WARDEN,
    Respondent.

: CASE NO. 4:07-CV-00880-JG
:
: JUDGE JAMES S. GWIN
:
:
:

## TRIAL TRANSCRIPTS
## VOLUME 1 OF 16
## PRETRIAL HEARINGS

Respectfully submitted,

**MARC DANN**
Ohio Attorney General

**JOHN P. PARKER**
johnpparker@earthlink.net
4403 St. Clair Avenue
Cleveland, Ohio 44103-1125
(216) 881-0900; (216) 881-3928 (fax)

**WILLIAM T. DOYLE**
wtd44113@juno.com
2000 Standard Building
1370 Ontario Street
Cleveland, Ohio 44113
(216) 363-6025; (216) 363-6013 (fax)

**COUNSEL FOR PETITIONER**

*[signature]*
**STEPHEN E. MAHER (0032279)**
smaher@ag.state.oh.us
**THOMAS E. MADDEN (0077069)**
tmadden@ag.state.oh.us
Assistant Attorneys General
Capital Crimes Section
30 East Broad Street, 23rd Floor
Columbus, Ohio 43215-3428
(614) 728-7055; (614) 728-8600 (fax)

**COUNSEL FOR RESPONDENT**



IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION at CLEVELAND

NATHANIEL JACKSON,
    Petitioner,         :    CASE NO. 4:07-CV-00880-JG

    v.         :    JUDGE JAMES S. GWIN

MARC C. HOUK, WARDEN,
    Respondent.     :

## TRIAL TRANSCRIPTS
## VOLUME 2 OF 16
## PRETRIAL HEARINGS AND VOIR DIRE

Respectfully submitted,

MARC DANN
Ohio Attorney General

JOHN P. PARKER
johnpparker@earthlink.net
4403 St. Clair Avenue
Cleveland, Ohio 44103-1125
(216) 881-0900; (216) 881-3928 (fax)

STEPHEN E. MAHER (0032279)
smaher@ag.state.oh.us
THOMAS E. MADDEN (0077069)
tmadden@ag.state.oh.us
Assistant Attorneys General
Capital Crimes Section
30 East Broad Street, 23rd Floor
Columbus, Ohio 43215-3428
(614) 728-7055; (614) 728-8600 (fax)

WILLIAM T. DOYLE
wtd44113@juno.com
2000 Standard Building
1370 Ontario Street
Cleveland, Ohio 44113
(216) 363-6025; (216) 363-6013 (fax)

**COUNSEL FOR PETITIONER**     **COUNSEL FOR RESPONDENT**

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION at CLEVELAND

NATHANIEL JACKSON,
    Petitioner,

    : CASE NO. 4:07-CV-00880-JG

v.

    : JUDGE JAMES S. GWIN

MARC C. HOUK, WARDEN,
    Respondent.

---

## TRIAL TRANSCRIPTS
## VOLUME 3 OF 16
## VOIR DIRE

---

Respectfully submitted,

MARC DANN
Ohio Attorney General

JOHN P. PARKER
johnpparker@earthlink.net
4403 St. Clair Avenue
Cleveland, Ohio 44103-1125
(216) 881-0900; (216) 881-3928 (fax)

STEPHEN E. MAHER (0032279)
smaher@ag.state.oh.us
THOMAS E. MADDEN (0077069)
tmadden@ag.state.oh.us
Assistant Attorneys General
Capital Crimes Section
30 East Broad Street, 23rd Floor
Columbus, Ohio 43215-3428
(614) 728-7055; (614) 728-8600 (fax)

WILLIAM T. DOYLE
wtd44113@juno.com
2000 Standard Building
1370 Ontario Street
Cleveland, Ohio 44113
(216) 363-6025; (216) 363-6013 (fax)

**COUNSEL FOR PETITIONER**      **COUNSEL FOR RESPONDENT**

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION at CLEVELAND

| | |
|---|---|
| NATHANIEL JACKSON,<br>Petitioner, | :<br>: CASE NO. 4:07-CV-00880-JG |
| v. | : JUDGE JAMES S. GWIN |
| MARC C. HOUK, WARDEN,<br>Respondent. | :<br>: |

## TRIAL TRANSCRIPTS
## VOLUME 4 OF 16
## VOIR DIRE

Respectfully submitted,

**MARC DANN**
Ohio Attorney General

**JOHN P. PARKER**
johnpparker@earthlink.net
4403 St. Clair Avenue
Cleveland, Ohio 44103-1125
(216) 881-0900; (216) 881-3928 (fax)

**WILLIAM T. DOYLE**
wtd44113@juno.com
2000 Standard Building
1370 Ontario Street
Cleveland, Ohio 44113
(216) 363-6025; (216) 363-6013 (fax)

**COUNSEL FOR PETITIONER**

_/s/ Stephen E. Maher_
**STEPHEN E. MAHER (0032279)**
smaher@ag.state.oh.us
**THOMAS E. MADDEN (0077069)**
tmadden@ag.state.oh.us
Assistant Attorneys General
Capital Crimes Section
30 East Broad Street, 23rd Floor
Columbus, Ohio 43215-3428
(614) 728-7055; (614) 728-8600 (fax)

**COUNSEL FOR RESPONDENT**

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF OHIO
### EASTERN DIVISION at CLEVELAND

| | |
|---|---|
| NATHANIEL JACKSON,<br>Petitioner, | :<br>: CASE NO. 4:07-CV-00880-JG |
| v. | :<br>: JUDGE JAMES S. GWIN |
| MARC C. HOUK, WARDEN,<br>Respondent. | :<br>: |

## TRIAL TRANSCRIPTS
## VOLUME 5 OF 16
## VOIR DIRE

Respectfully submitted,

**MARC DANN**
Ohio Attorney General

*/s/ Stephen E. Maher*

**STEPHEN E. MAHER (0032279)**
smaher@ag.state.oh.us
**THOMAS E. MADDEN (0077069)**
tmadden@ag.state.oh.us
Assistant Attorneys General
Capital Crimes Section
30 East Broad Street, 23rd Floor
Columbus, Ohio 43215-3428
(614) 728-7055; (614) 728-8600 (fax)

**COUNSEL FOR RESPONDENT**

**JOHN P. PARKER**
johnpparker@earthlink.net
4403 St. Clair Avenue
Cleveland, Ohio 44103-1125
(216) 881-0900; (216) 881-3928 (fax)

**WILLIAM T. DOYLE**
wtd44113@juno.com
2000 Standard Building
1370 Ontario Street
Cleveland, Ohio 44113
(216) 363-6025; (216) 363-6013 (fax)

**COUNSEL FOR PETITIONER**

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION at CLEVELAND

NATHANIEL JACKSON,
    Petitioner,

:  CASE NO. 4:07-CV-00880-JG

v.

:  JUDGE JAMES S. GWIN

MARC C. HOUK, WARDEN,
    Respondent.

:
:

---

## TRIAL TRANSCRIPTS
## VOLUME 6 OF 16
## VOIR DIRE

---

Respectfully submitted,

**MARC DANN**
Ohio Attorney General

**JOHN P. PARKER**
johnpparker@earthlink.net
4403 St. Clair Avenue
Cleveland, Ohio 44103-1125
(216) 881-0900; (216) 881-3928 (fax)

**WILLIAM T. DOYLE**
wtd44113@juno.com
2000 Standard Building
1370 Ontario Street
Cleveland, Ohio 44113
(216) 363-6025; (216) 363-6013 (fax)

**COUNSEL FOR PETITIONER**

/s/ Stephen E. Maher

**STEPHEN E. MAHER (0032279)**
smaher@ag.state.oh.us
**THOMAS E. MADDEN (0077069)**
tmadden@ag.state.oh.us
Assistant Attorneys General
Capital Crimes Section
30 East Broad Street, 23rd Floor
Columbus, Ohio 43215-3428
(614) 728-7055; (614) 728-8600 (fax)

**COUNSEL FOR RESPONDENT**

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION at CLEVELAND

| | |
|---|---|
| NATHANIEL JACKSON,<br>Petitioner, | :<br>: CASE NO. 4:07-CV-00880-JG |
| v. | : JUDGE JAMES S. GWIN |
| MARC C. HOUK, WARDEN,<br>Respondent. | :<br>: |

## TRIAL TRANSCRIPTS
## VOLUME 7 OF 16
## VOIR DIRE AND PRETRIAL HEARINGS

Respectfully submitted,

**MARC DANN**
**Ohio Attorney General**

**JOHN P. PARKER**
johnpparker@earthlink.net
4403 St. Clair Avenue
Cleveland, Ohio 44103-1125
(216) 881-0900; (216) 881-3928 (fax)

_/s/ Stephen E. Maher_
**STEPHEN E. MAHER (0032279)**
smaher@ag.state.oh.us
**THOMAS E. MADDEN (0077069)**
tmadden@ag.state.oh.us
Assistant Attorneys General
Capital Crimes Section
30 East Broad Street, 23rd Floor
Columbus, Ohio 43215-3428
(614) 728-7055; (614) 728-8600 (fax)

**WILLIAM T. DOYLE**
wtd44113@juno.com
2000 Standard Building
1370 Ontario Street
Cleveland, Ohio 44113
(216) 363-6025; (216) 363-6013 (fax)

**COUNSEL FOR PETITIONER**          **COUNSEL FOR RESPONDENT**

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION at CLEVELAND

NATHANIEL JACKSON, :
   Petitioner, : CASE NO. 4:07-CV-00880-JG

v. : JUDGE JAMES S. GWIN

MARC C. HOUK, WARDEN, :
   Respondent. :

---

## TRIAL TRANSCRIPTS
## VOLUME 8 OF 16
## VOIR DIRE AND TRIAL

---

Respectfully submitted,

**MARC DANN**
Ohio Attorney General

**JOHN P. PARKER**
johnpparker@earthlink.net
4403 St. Clair Avenue
Cleveland, Ohio 44103-1125
(216) 881-0900; (216) 881-3928 (fax)

**WILLIAM T. DOYLE**
wtd44113@juno.com
2000 Standard Building
1370 Ontario Street
Cleveland, Ohio 44113
(216) 363-6025; (216) 363-6013 (fax)

**COUNSEL FOR PETITIONER**

_/s/ Stephen E. Maher_
**STEPHEN E. MAHER (0032279)**
smaher@ag.state.oh.us
**THOMAS E. MADDEN (0077069)**
tmadden@ag.state.oh.us
Assistant Attorneys General
Capital Crimes Section
30 East Broad Street, 23rd Floor
Columbus, Ohio 43215-3428
(614) 728-7055; (614) 728-8600 (fax)

**COUNSEL FOR RESPONDENT**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION at CLEVELAND

NATHANIEL JACKSON,
    Petitioner,      :      CASE NO. 4:07-CV-00880-JG

v.      :      JUDGE JAMES S. GWIN

MARC C. HOUK, WARDEN,
    Respondent.      :

---

## TRIAL TRANSCRIPTS
## VOLUME 9 OF 16
## TRIAL

---

Respectfully submitted,

**MARC DANN**
Ohio Attorney General

**JOHN P. PARKER**
johnpparker@earthlink.net
4403 St. Clair Avenue
Cleveland, Ohio 44103-1125
(216) 881-0900; (216) 881-3928 (fax)

*[signature]*
**STEPHEN E. MAHER (0032279)**
smaher@ag.state.oh.us
**THOMAS E. MADDEN (0077069)**
tmadden@ag.state.oh.us
Assistant Attorneys General
Capital Crimes Section
30 East Broad Street, 23rd Floor
Columbus, Ohio 43215-3428
(614) 728-7055; (614) 728-8600 (fax)

**WILLIAM T. DOYLE**
wtd44113@juno.com
2000 Standard Building
1370 Ontario Street
Cleveland, Ohio 44113
(216) 363-6025; (216) 363-6013 (fax)

**COUNSEL FOR PETITIONER**      **COUNSEL FOR RESPONDENT**

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION at CLEVELAND

| | | |
|---|---|---|
| NATHANIEL JACKSON, | : | |
| Petitioner, | : | CASE NO. 4:07-CV-00880-JG |
| v. | : | JUDGE JAMES S. GWIN |
| MARC C. HOUK, WARDEN, | : | |
| Respondent. | : | |

## TRIAL TRANSCRIPTS
## VOLUME 10 OF 16
## TRIAL

Respectfully submitted,

**MARC DANN**
**Ohio Attorney General**

*(signature)*

**STEPHEN E. MAHER (0032279)**
smaher@ag.state.oh.us
**THOMAS E. MADDEN (0077069)**
tmadden@ag.state.oh.us
Assistant Attorneys General
Capital Crimes Section
30 East Broad Street, 23rd Floor
Columbus, Ohio 43215-3428
(614) 728-7055; (614) 728-8600 (fax)

**COUNSEL FOR RESPONDENT**

**JOHN P. PARKER**
johnpparker@earthlink.net
4403 St. Clair Avenue
Cleveland, Ohio 44103-1125
(216) 881-0900; (216) 881-3928 (fax)

**WILLIAM T. DOYLE**
wtd44113@juno.com
2000 Standard Building
1370 Ontario Street
Cleveland, Ohio 44113
(216) 363-6025; (216) 363-6013 (fax)

**COUNSEL FOR PETITIONER**

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION at CLEVELAND

| | | |
|---|---|---|
| NATHANIEL JACKSON, | : | |
| Petitioner, | : | CASE NO. 4:07-CV-00880-JG |
| v. | : | JUDGE JAMES S. GWIN |
| MARC C. HOUK, WARDEN, | : | |
| Respondent. | : | |

## TRIAL TRANSCRIPTS
## VOLUME 11 OF 16
## TRIAL

Respectfully submitted,

MARC DANN
Ohio Attorney General

JOHN P. PARKER
johnpparker@earthlink.net
4403 St. Clair Avenue
Cleveland, Ohio 44103-1125
(216) 881-0900; (216) 881-3928 (fax)

WILLIAM T. DOYLE
wtd44113@juno.com
2000 Standard Building
1370 Ontario Street
Cleveland, Ohio 44113
(216) 363-6025; (216) 363-6013 (fax)

**COUNSEL FOR PETITIONER**

STEPHEN E. MAHER (0032279)
smaher@ag.state.oh.us
**THOMAS E. MADDEN (0077069)**
tmadden@ag.state.oh.us
Assistant Attorneys General
Capital Crimes Section
30 East Broad Street, 23rd Floor
Columbus, Ohio 43215-3428
(614) 728-7055; (614) 728-8600 (fax)

**COUNSEL FOR RESPONDENT**

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION at CLEVELAND

NATHANIEL JACKSON,
    Petitioner,

v.

MARC C. HOUK, WARDEN,
    Respondent.

:   CASE NO. 4:07-CV-00880-JG

:   JUDGE JAMES S. GWIN

:
:

---

**TRIAL TRANSCRIPTS**
**VOLUME 12 OF 16**
**TRIAL**

---

Respectfully submitted,

**MARC DANN**
Ohio Attorney General

**JOHN P. PARKER**
johnpparker@earthlink.net
4403 St. Clair Avenue
Cleveland, Ohio 44103-1125
(216) 881-0900; (216) 881-3928 (fax)

**WILLIAM T. DOYLE**
wtd44113@juno.com
2000 Standard Building
1370 Ontario Street
Cleveland, Ohio 44113
(216) 363-6025; (216) 363-6013 (fax)

**COUNSEL FOR PETITIONER**

**STEPHEN E. MAHER (0032279)**
smaher@ag.state.oh.us
**THOMAS E. MADDEN (0077069)**
tmadden@ag.state.oh.us
Assistant Attorneys General
Capital Crimes Section
30 East Broad Street, 23rd Floor
Columbus, Ohio 43215-3428
(614) 728-7055; (614) 728-8600 (fax)

**COUNSEL FOR RESPONDENT**

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION at CLEVELAND

NATHANIEL JACKSON,
 Petitioner,

   v.

MARC C. HOUK, WARDEN,
 Respondent.

: CASE NO. 4:07-CV-00880-JG

: JUDGE JAMES S. GWIN

:
:

**TRIAL TRANSCRIPTS**
**VOLUME 13 OF 16**
**TRIAL**

Respectfully submitted,

MARC DANN
Ohio Attorney General

JOHN P. PARKER
johnpparker@earthlink.net
4403 St. Clair Avenue
Cleveland, Ohio 44103-1125
(216) 881-0900; (216) 881-3928 (fax)

WILLIAM T. DOYLE
wtd44113@juno.com
2000 Standard Building
1370 Ontario Street
Cleveland, Ohio 44113
(216) 363-6025; (216) 363-6013 (fax)

**COUNSEL FOR PETITIONER**

STEPHEN E. MAHER (0032279)
smaher@ag.state.oh.us
THOMAS E. MADDEN (0077069)
tmadden@ag.state.oh.us
Assistant Attorneys General
Capital Crimes Section
30 East Broad Street, 23rd Floor
Columbus, Ohio 43215-3428
(614) 728-7055; (614) 728-8600 (fax)

**COUNSEL FOR RESPONDENT**

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION at CLEVELAND

| | | |
|---|---|---|
| NATHANIEL JACKSON, | : | |
| Petitioner, | : | CASE NO. 4:07-CV-00880-JG |
| v. | : | JUDGE JAMES S. GWIN |
| MARC C. HOUK, WARDEN, | : | |
| Respondent. | : | |

---

**TRIAL TRANSCRIPTS**
**VOLUME 14 OF 16**
**TRIAL**

---

Respectfully submitted,

MARC DANN
Ohio Attorney General

**JOHN P. PARKER**
johnpparker@earthlink.net
4403 St. Clair Avenue
Cleveland, Ohio 44103-1125
(216) 881-0900; (216) 881-3928 (fax)

**WILLIAM T. DOYLE**
wtd44113@juno.com
2000 Standard Building
1370 Ontario Street
Cleveland, Ohio 44113
(216) 363-6025; (216) 363-6013 (fax)

**COUNSEL FOR PETITIONER**

STEPHEN E. MAHER (0032279)
smaher@ag.state.oh.us
**THOMAS E. MADDEN (0077069)**
tmadden@ag.state.oh.us
Assistant Attorneys General
Capital Crimes Section
30 East Broad Street, 23rd Floor
Columbus, Ohio 43215-3428
(614) 728-7055; (614) 728-8600 (fax)

**COUNSEL FOR RESPONDENT**

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION at CLEVELAND



| | |
|---|---|
| NATHANIEL JACKSON,<br>Petitioner,<br><br>v.<br><br>MARC C. HOUK, WARDEN,<br>Respondent. | : CASE NO. 4:07-CV-00880-JG<br>:<br>: JUDGE JAMES S. GWIN<br>:<br>:<br>: |

**TRIAL TRANSCRIPTS**
**VOLUME 15 OF 16**
**TRIAL**

Respectfully submitted,

**MARC DANN**
**Ohio Attorney General**

**JOHN P. PARKER**
johnpparker@earthlink.net
4403 St. Clair Avenue
Cleveland, Ohio 44103-1125
(216) 881-0900; (216) 881-3928 (fax)

**WILLIAM T. DOYLE**
wtd44113@juno.com
2000 Standard Building
1370 Ontario Street
Cleveland, Ohio 44113
(216) 363-6025; (216) 363-6013 (fax)

**COUNSEL FOR PETITIONER**

_/s/ Stephen E. Maher_
**STEPHEN E. MAHER (0032279)**
smaher@ag.state.oh.us
**THOMAS E. MADDEN (0077069)**
tmadden@ag.state.oh.us
Assistant Attorneys General
Capital Crimes Section
30 East Broad Street, 23rd Floor
Columbus, Ohio 43215-3428
(614) 728-7055; (614) 728-8600 (fax)

**COUNSEL FOR RESPONDENT**

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION at CLEVELAND

NATHANIEL JACKSON,  :
    Petitioner,  : CASE NO. 4:07-CV-00880-JG

v.  : JUDGE JAMES S. GWIN

MARC C. HOUK, WARDEN,  :
    Respondent.  :

---

**TRIAL TRANSCRIPTS
VOLUME 16 OF 16
MITIGATION AND SENTENCING**

---

Respectfully submitted,

MARC DANN
Ohio Attorney General

JOHN P. PARKER
johnpparker@earthlink.net
4403 St. Clair Avenue
Cleveland, Ohio 44103-1125
(216) 881-0900; (216) 881-3928 (fax)

STEPHEN E. MAHER (0032279)
smaher@ag.state.oh.us
THOMAS E. MADDEN (0077069)

WILLIAM T. DOYLE
wtd44113@juno.com
2000 Standard Building
1370 Ontario Street
Cleveland, Ohio 44113
(216) 363-6025; (216) 363-6013 (fax)

tmadden@ag.state.oh.us
Assistant Attorneys General
Capital Crimes Section
30 East Broad Street, 23rd Floor
Columbus, Ohio 43215-3428
(614) 728-7055; (614) 728-8600 (fax)

**COUNSEL FOR PETITIONER**       **COUNSEL FOR RESPONDENT**