**IN THE UNITED STATES DISTRICT COURT** 08 JAN 14 ⁑ 3: 48
**FOR THE NORTHERN DISTRICT OF OHIO**
**EASTERN DIVISION at CLEVELAND**

| | | |
|---|---|---|
| **NATHANIEL JACKSON,** | : | |
| Petitioner, | : | **CASE NO. 4:07-CV-00880-JG** |
| v. | : | **JUDGE JAMES S. GWIN** |
| **MARC C. HOUK, WARDEN,** | : | |
| Respondent. | : | |

## APPENDIX TO THE RETURN OF WRIT
## VOLUME 1 OF 30
## TRIAL, PART A
## TRUMBULL COUNTY COURT OF COMMON PLEAS

Respectfully submitted,

**MARC DANN**
**Ohio Attorney General**

**JOHN P. PARKER**
johnpparker@earthlink.net
4403 St. Clair Avenue
Cleveland, Ohio 44103-1125
(216) 881-0900; (216) 881-3928 (fax)

**WILLIAM T. DOYLE**
wtd44113@juno.com
2000 Standard Building
1370 Ontario Street
Cleveland, Ohio 44113
(216) 363-6025; (216) 363-6013 (fax)

**COUNSEL FOR PETITIONER**

**STEPHEN E. MAHER (0032279)**
smaher@ag.state.oh.us
**THOMAS E. MADDEN (0077069)**
tmadden@ag.state.oh.us
Assistant Attorneys General
Capital Crimes Section
30 East Broad Street, 23rd Floor
Columbus, Ohio 43215-3428
(614) 728-7055; (614) 728-8600 (fax)

**COUNSEL FOR RESPONDENT**

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF OHIO
## EASTERN DIVISION at CLEVELAND

NATHANIEL JACKSON,  :
    Petitioner,  : **CASE NO. 4:07-CV-00880-JG**

    v.  : **JUDGE JAMES S. GWIN**

MARC C. HOUK, WARDEN,  :
    Respondent.  :

---

## APPENDIX TO THE RETURN OF WRIT
## VOLUME 2 OF 30
## TRIAL, PART B
## TRUMBULL COUNTY COURT OF COMMON PLEAS

---

Respectfully submitted,

**MARC DANN**
**Ohio Attorney General**

**JOHN P. PARKER**
johnpparker@earthlink.net
4403 St. Clair Avenue
Cleveland, Ohio 44103-1125
(216) 881-0900; (216) 881-3928 (fax)

**WILLIAM T. DOYLE**
wtd44113@juno.com
2000 Standard Building
1370 Ontario Street
Cleveland, Ohio 44113
(216) 363-6025; (216) 363-6013 (fax)

**COUNSEL FOR PETITIONER**

**STEPHEN E. MAHER (0032279)**
smaher@ag.state.oh.us
**THOMAS E. MADDEN (0077069)**
tmadden@ag.state.oh.us
Assistant Attorneys General
Capital Crimes Section
30 East Broad Street, 23rd Floor
Columbus, Ohio 43215-3428
(614) 728-7055; (614) 728-8600 (fax)

**COUNSEL FOR RESPONDENT**

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF OHIO**
**EASTERN DIVISION at CLEVELAND**

| | | |
|---|---|---|
| NATHANIEL JACKSON, | : | |
| Petitioner, | : | **CASE NO. 4:07-CV-00880-JG** |
| | | |
| v. | : | **JUDGE JAMES S. GWIN** |
| | | |
| MARC C. HOUK, WARDEN, | : | |
| Respondent. | : | |

---

## APPENDIX TO THE RETURN OF WRIT
### VOLUME 3 OF 30
### TRIAL, PART C
### TRUMBULL COUNTY COURT OF COMMON PLEAS

---

Respectfully submitted,

**MARC DANN**
**Ohio Attorney General**

**JOHN P. PARKER**
johnpparker@earthlink.net
4403 St. Clair Avenue
Cleveland, Ohio 44103-1125
(216) 881-0900; (216) 881-3928 (fax)

**STEPHEN E. MAHER (0032279)**
smaher@ag.state.oh.us
**THOMAS E. MADDEN (0077069)**
tmadden@ag.state.oh.us
Assistant Attorneys General
Capital Crimes Section
30 East Broad Street, 23rd Floor
Columbus, Ohio 43215-3428
(614) 728-7055; (614) 728-8600 (fax)

**WILLIAM T. DOYLE**
wtd44113@juno.com
2000 Standard Building
1370 Ontario Street
Cleveland, Ohio 44113
(216) 363-6025; (216) 363-6013 (fax)

**COUNSEL FOR PETITIONER**

**COUNSEL FOR RESPONDENT**

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF OHIO**
**EASTERN DIVISION at CLEVELAND**

| | | |
|---|---|---|
| NATHANIEL JACKSON, | : | |
| Petitioner, | : | **CASE NO. 4:07-CV-00880-JG** |
| v. | : | **JUDGE JAMES S. GWIN** |
| MARC C. HOUK, WARDEN, | : | |
| Respondent. | : | |

**APPENDIX TO THE RETURN OF WRIT**
**VOLUME 4 OF 30**
**TRIAL, PART D**
**TRUMBULL COUNTY COURT OF COMMON PLEAS**

Respectfully submitted,

**MARC DANN**
**Ohio Attorney General**

**JOHN P. PARKER**
johnpparker@earthlink.net
4403 St. Clair Avenue
Cleveland, Ohio 44103-1125
(216) 881-0900; (216) 881-3928 (fax)

**WILLIAM T. DOYLE**
wtd44113@juno.com
2000 Standard Building
1370 Ontario Street
Cleveland, Ohio 44113
(216) 363-6025; (216) 363-6013 (fax)

**COUNSEL FOR PETITIONER**

**STEPHEN E. MAHER (0032279)**
smaher@ag.state.oh.us
**THOMAS E. MADDEN (0077069)**
tmadden@ag.state.oh.us
Assistant Attorneys General
Capital Crimes Section
30 East Broad Street, 23rd Floor
Columbus, Ohio 43215-3428
(614) 728-7055; (614) 728-8600 (fax)

**COUNSEL FOR RESPONDENT**

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION at CLEVELAND

| | | |
|---|---|---|
| NATHANIEL JACKSON, | : | |
| Petitioner, | : | CASE NO. 4:07-CV-00880-JG |
| v. | : | JUDGE JAMES S. GWIN |
| MARC C. HOUK, WARDEN, | : | |
| Respondent. | : | |

APPENDIX TO THE RETURN OF WRIT
VOLUME 5 OF 30
TRIAL, PART E
TRUMBULL COUNTY COURT OF COMMON PLEAS

Respectfully submitted,

**MARC DANN**
**Ohio Attorney General**

**JOHN P. PARKER**
johnpparker@earthlink.net
4403 St. Clair Avenue
Cleveland, Ohio 44103-1125
(216) 881-0900; (216) 881-3928 (fax)

**WILLIAM T. DOYLE**
wtd44113@juno.com
2000 Standard Building
1370 Ontario Street
Cleveland, Ohio 44113
(216) 363-6025; (216) 363-6013 (fax)

**COUNSEL FOR PETITIONER**

**STEPHEN E. MAHER (0032279)**
smaher@ag.state.oh.us
**THOMAS E. MADDEN (0077069)**
tmadden@ag.state.oh.us
Assistant Attorneys General
Capital Crimes Section
30 East Broad Street, 23rd Floor
Columbus, Ohio 43215-3428
(614) 728-7055; (614) 728-8600 (fax)

**COUNSEL FOR RESPONDENT**

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION at CLEVELAND

| | | |
|---|---|---|
| NATHANIEL JACKSON, | : | |
| Petitioner, | : | CASE NO. 4:07-CV-00880-JG |
| | : | |
| v. | : | JUDGE JAMES S. GWIN |
| | : | |
| MARC C. HOUK, WARDEN, | : | |
| Respondent. | : | |

---

## APPENDIX TO THE RETURN OF WRIT
### VOLUME 6 OF 30
### DIRECT APPEAL, PART A
### OHIO SUPREME COURT

---

Respectfully submitted,

**MARC DANN**
**Ohio Attorney General**

**JOHN P. PARKER**
johnpparker@earthlink.net
4403 St. Clair Avenue
Cleveland, Ohio 44103-1125
(216) 881-0900; (216) 881-3928 (fax)

**WILLIAM T. DOYLE**
wtd44113@juno.com
2000 Standard Building
1370 Ontario Street
Cleveland, Ohio 44113
(216) 363-6025; (216) 363-6013 (fax)

**COUNSEL FOR PETITIONER**

**STEPHEN E. MAHER (0032279)**
smaher@ag.state.oh.us
**THOMAS E. MADDEN (0077069)**
tmadden@ag.state.oh.us
Assistant Attorneys General
Capital Crimes Section
30 East Broad Street, 23rd Floor
Columbus, Ohio 43215-3428
(614) 728-7055; (614) 728-8600 (fax)

**COUNSEL FOR RESPONDENT**

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF OHIO**
**EASTERN DIVISION at CLEVELAND**

08 JAN 14   3: 46

NORTHER...
CLEVEL...OHIO

NATHANIEL JACKSON,                  :
        Petitioner,             :   **CASE NO. 4:07-CV-00880-JG**

        v.                      :   **JUDGE JAMES S. GWIN**

MARC C. HOUK, WARDEN,               :
        Respondent.             :

---

**APPENDIX TO THE RETURN OF WRIT**
**VOLUME 7 OF 30**
**DIRECT APPEAL, PART B**
**OHIO SUPREME COURT**

---

Respectfully submitted,

**MARC DANN**
**Ohio Attorney General**

**JOHN P. PARKER**
johnpparker@earthlink.net
4403 St. Clair Avenue
Cleveland, Ohio 44103-1125
(216) 881-0900; (216) 881-3928 (fax)

**STEPHEN E. MAHER (0032279)**
smaher@ag.state.oh.us
**THOMAS E. MADDEN (0077069)**
tmadden@ag.state.oh.us
Assistant Attorneys General
Capital Crimes Section
30 East Broad Street, 23rd Floor
Columbus, Ohio 43215-3428
(614) 728-7055; (614) 728-8600 (fax)

**WILLIAM T. DOYLE**
wtd44113@juno.com
2000 Standard Building
1370 Ontario Street
Cleveland, Ohio 44113
(216) 363-6025; (216) 363-6013 (fax)

**COUNSEL FOR PETITIONER**

**COUNSEL FOR RESPONDENT**

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF OHIO**
**EASTERN DIVISION at CLEVELAND**

| | | |
|---|---|---|
| **NATHANIEL JACKSON,** | : | |
| Petitioner, | : | **CASE NO. 4:07-CV-00880-JG** |
| | : | |
| v. | : | **JUDGE JAMES S. GWIN** |
| | : | |
| **MARC C. HOUK, WARDEN,** | : | |
| Respondent. | : | |

## APPENDIX TO THE RETURN OF WRIT
### VOLUME 8 OF 30
### APPLICATION FOR REOPENING DIRECT APPEAL, PART A
### OHIO SUPREME COURT

Respectfully submitted,

**MARC DANN**
**Ohio Attorney General**

**JOHN P. PARKER**
johnpparker@earthlink.net
4403 St. Clair Avenue
Cleveland, Ohio 44103-1125
(216) 881-0900; (216) 881-3928 (fax)

**STEPHEN E. MAHER (0032279)**
smaher@ag.state.oh.us
**THOMAS E. MADDEN (0077069)**
tmadden@ag.state.oh.us
Assistant Attorneys General
Capital Crimes Section
30 East Broad Street, 23rd Floor
Columbus, Ohio 43215-3428
(614) 728-7055; (614) 728-8600 (fax)
(614) 728-7055; (614) 728-8600 (fax)

**WILLIAM T. DOYLE**
wtd44113@juno.com
2000 Standard Building
1370 Ontario Street
Cleveland, Ohio 44113
(216) 363-6025; (216) 363-6013 (fax)
(216) 363-6086; (216) 363-6075 (fax)

**COUNSEL FOR PETITIONER**

**COUNSEL FOR RESPONDENT**

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION at CLEVELAND

NATHANIEL JACKSON,           :
          Petitioner,        :    CASE NO. 4:07-CV-00880-JG

     v.                      :    JUDGE JAMES S. GWIN

MARC C. HOUK, WARDEN,        :
          Respondent.        :

---

APPENDIX TO THE RETURN OF WRIT
VOLUME 9 OF 30
APPLICATION FOR REOPENING DIRECT APPEAL, PART B
OHIO SUPREME COURT

---

Respectfully submitted,

MARC DANN
Ohio Attorney General

**JOHN P. PARKER**
johnpparker@earthlink.net
4403 St. Clair Avenue
Cleveland, Ohio 44103-1125
(216) 881-0900; (216) 881-3928 (fax)

**WILLIAM T. DOYLE**
wtd44113@juno.com
2000 Standard Building
1370 Ontario Street
Cleveland, Ohio 44113
(216) 363-6025; (216) 363-6013 (fax)

**COUNSEL FOR PETITIONER**

STEPHEN E. MAHER (0032279)
smaher@ag.state.oh.us
THOMAS E. MADDEN (0077069)
tmadden@ag.state.oh.us
Assistant Attorneys General
Capital Crimes Section
30 East Broad Street, 23rd Floor
Columbus, Ohio 43215-3428
(614) 728-7055; (614) 728-8600 (fax)

**COUNSEL FOR RESPONDENT**

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF OHIO
### EASTERN DIVISION at CLEVELAND

NATHANIEL JACKSON,                    :
     Petitioner,                     : **CASE NO. 4:07-CV-00880-JG**

     v.                              : **JUDGE JAMES S. GWIN**

MARC C. HOUK, WARDEN,                 :
     Respondent.                     :

---

## APPENDIX TO THE RETURN OF WRIT
## VOLUME 10 OF 30
## POST-CONVICTION, PART A
## TRUMBULL COUNTY COURT OF COMMON PLEAS

---

Respectfully submitted,

**MARC DANN**
**Ohio Attorney General**

**JOHN P. PARKER**
johnpparker@earthlink.net
4403 St. Clair Avenue
Cleveland, Ohio 44103-1125
(216) 881-0900; (216) 881-3928 (fax)

**STEPHEN E. MAHER (0032279)**
smaher@ag.state.oh.us
**THOMAS E. MADDEN (0077069)**
tmadden@ag.state.oh.us
Assistant Attorneys General
Capital Crimes Section
30 East Broad Street, 23rd Floor
Columbus, Ohio 43215-3428
(614) 728-7055; (614) 728-8600 (fax)

**WILLIAM T. DOYLE**
wtd44113@juno.com
2000 Standard Building
1370 Ontario Street
Cleveland, Ohio 44113
(216) 363-6025; (216) 363-6013 (fax)

**COUNSEL FOR PETITIONER**

**COUNSEL FOR RESPONDENT**

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION at CLEVELAND

| | | |
|---|---|---|
| NATHANIEL JACKSON, | : | |
| Petitioner, | : | CASE NO. 4:07-CV-00880-JG |
| | | |
| v. | : | JUDGE JAMES S. GWIN |
| | | |
| MARC C. HOUK, WARDEN, | : | |
| Respondent. | : | |

APPENDIX TO THE RETURN OF WRIT
VOLUME 11 OF 30
POST-CONVICTION, PART B
TRUMBULL COUNTY COURT OF COMMON PLEAS

Respectfully submitted,

MARC DANN
Ohio Attorney General

**JOHN P. PARKER**
johnpparker@earthlink.net
4403 St. Clair Avenue
Cleveland, Ohio 44103-1125
(216) 881-0900; (216) 881-3928 (fax)

**WILLIAM T. DOYLE**
wtd44113@juno.com
2000 Standard Building
1370 Ontario Street
Cleveland, Ohio 44113
(216) 363-6025; (216) 363-6013 (fax)

**COUNSEL FOR PETITIONER**

STEPHEN E. MAHER (0032279)
smaher@ag.state.oh.us
THOMAS E. MADDEN (0077069)
tmadden@ag.state.oh.us
Assistant Attorneys General
Capital Crimes Section
30 East Broad Street, 23rd Floor
Columbus, Ohio 43215-3428
(614) 728-7055; (614) 728-8600 (fax)

**COUNSEL FOR RESPONDENT**

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF OHIO**
**EASTERN DIVISION at CLEVELAND**

| | | |
|---|---|---|
| NATHANIEL JACKSON, | : | |
| Petitioner, | : | **CASE NO. 4:07-CV-00880-JG** |
| | : | |
| v. | : | **JUDGE JAMES S. GWIN** |
| | : | |
| MARC C. HOUK, WARDEN, | : | |
| Respondent. | : | |

---

**APPENDIX TO THE RETURN OF WRIT**
**VOLUME 12 OF 30**
**POST-CONVICTION, PART C**
**TRUMBULL COUNTY COURT OF COMMON PLEAS**

---

Respectfully submitted,

**MARC DANN**
**Ohio Attorney General**

**JOHN P. PARKER**
johnpparker@earthlink.net
4403 St. Clair Avenue
Cleveland, Ohio 44103-1125
(216) 881-0900; (216) 881-3928 (fax)

**STEPHEN E. MAHER (0032279)**
smaher@ag.state.oh.us
**THOMAS E. MADDEN (0077069)**
tmadden@ag.state.oh.us
Assistant Attorneys General
Capital Crimes Section
30 East Broad Street, 23rd Floor
Columbus, Ohio 43215-3428
(614) 728-7055; (614) 728-8600 (fax)

**WILLIAM T. DOYLE**
wtd44113@juno.com
2000 Standard Building
1370 Ontario Street
Cleveland, Ohio 44113
(216) 363-6025; (216) 363-6013 (fax)

**COUNSEL FOR PETITIONER**

**COUNSEL FOR RESPONDENT**

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION at CLEVELAND

NATHANIEL JACKSON,                      :
    Petitioner,                         :  **CASE NO. 4:07-CV-00880-JG**

       v.                              :  **JUDGE JAMES S. GWIN**

MARC C. HOUK, WARDEN,                   :
    Respondent.                         :

---

**APPENDIX TO THE RETURN OF WRIT
VOLUME 13 OF 30
POST-CONVICTION, PART D
TRUMBULL COUNTY COURT OF COMMON PLEAS**

---

Respectfully submitted,

**MARC DANN
Ohio Attorney General**

**JOHN P. PARKER**
johnpparker@earthlink.net
4403 St. Clair Avenue
Cleveland, Ohio 44103-1125
(216) 881-0900; (216) 881-3928 (fax)

**WILLIAM T. DOYLE**
wtd44113@juno.com
2000 Standard Building
1370 Ontario Street
Cleveland, Ohio 44113
(216) 363-6025; (216) 363-6013 (fax)

**COUNSEL FOR PETITIONER**

**STEPHEN E. MAHER (0032279)**
smaher@ag.state.oh.us
**THOMAS E. MADDEN (0077069)**
tmadden@ag.state.oh.us
Assistant Attorneys General
Capital Crimes Section
30 East Broad Street, 23rd Floor
Columbus, Ohio 43215-3428
(614) 728-7055; (614) 728-8600 (fax)

**COUNSEL FOR RESPONDENT**

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF OHIO
## EASTERN DIVISION at CLEVELAND

08 JAN 14   3: 51

NORTHE
CLEVELA

| | | |
|---|---|---|
| NATHANIEL JACKSON, | : | |
| Petitioner, | : | **CASE NO. 4:07-CV-00880-JG** |
| | : | |
| v. | : | **JUDGE JAMES S. GWIN** |
| | : | |
| MARC C. HOUK, WARDEN, | : | |
| Respondent. | : | |

## APPENDIX TO THE RETURN OF WRIT
## VOLUME 14 OF 30
## POST-CONVICTION, PART E
## TRUMBULL COUNTY COURT OF COMMON PLEAS

Respectfully submitted,

**MARC DANN**
**Ohio Attorney General**

**JOHN P. PARKER**
johnpparker@earthlink.net
4403 St. Clair Avenue
Cleveland, Ohio 44103-1125
(216) 881-0900; (216) 881-3928 (fax)

**STEPHEN E. MAHER (0032279)**
smaher@ag.state.oh.us
**THOMAS E. MADDEN (0077069)**
tmadden@ag.state.oh.us
Assistant Attorneys General
Capital Crimes Section
30 East Broad Street, 23rd Floor
Columbus, Ohio 43215-3428
(614) 728-7055; (614) 728-8600 (fax)

**WILLIAM T. DOYLE**
wtd44113@juno.com
2000 Standard Building
1370 Ontario Street
Cleveland, Ohio 44113
(216) 363-6025; (216) 363-6013 (fax)

**COUNSEL FOR PETITIONER**

**COUNSEL FOR RESPONDENT**

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF OHIO
## EASTERN DIVISION at CLEVELAND

08 JAN 14   1 H 3: 52

NORTH
CLEVEL AND OHIO

| | | |
|---|---|---|
| **NATHANIEL JACKSON,** | : | |
| Petitioner, | : | **CASE NO. 4:07-CV-00880-JG** |
| | : | |
| v. | : | **JUDGE JAMES S. GWIN** |
| | : | |
| **MARC C. HOUK, WARDEN,** | : | |
| Respondent. | : | |

## APPENDIX TO THE RETURN OF WRIT
## VOLUME 15 OF 30
## POST-CONVICTION, PART F
## TRUMBULL COUNTY COURT OF COMMON PLEAS

Respectfully submitted,

**MARC DANN**
**Ohio Attorney General**

**JOHN P. PARKER**
johnpparker@earthlink.net
4403 St. Clair Avenue
Cleveland, Ohio 44103-1125
(216) 881-0900; (216) 881-3928 (fax)

**WILLIAM T. DOYLE**
wtd44113@juno.com
2000 Standard Building
1370 Ontario Street
Cleveland, Ohio 44113
(216) 363-6025; (216) 363-6013 (fax)

**COUNSEL FOR PETITIONER**

**STEPHEN E. MAHER (0032279)**
smaher@ag.state.oh.us
**THOMAS E. MADDEN (0077069)**
tmadden@ag.state.oh.us
Assistant Attorneys General
Capital Crimes Section
30 East Broad Street, 23rd Floor
Columbus, Ohio 43215-3428
(614) 728-7055; (614) 728-8600 (fax)

**COUNSEL FOR RESPONDENT**

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF OHIO
## EASTERN DIVISION at CLEVELAND

| | | |
|---|---|---|
| NATHANIEL JACKSON, | : | |
| Petitioner, | : | **CASE NO. 4:07-CV-00880-JG** |
| v. | : | **JUDGE JAMES S. GWIN** |
| MARC C. HOUK, WARDEN, | : | |
| Respondent. | : | |

## APPENDIX TO THE RETURN OF WRIT
## VOLUME 16 OF 30
## POST-CONVICTION APPEAL, PART A
## ELEVENTH DISTRICT COURT OF APPEALS

Respectfully submitted,

**MARC DANN**
**Ohio Attorney General**

**JOHN P. PARKER**
johnpparker@earthlink.net
4403 St. Clair Avenue
Cleveland, Ohio 44103-1125
(216) 881-0900; (216) 881-3928 (fax)

**STEPHEN E. MAHER (0032279)**
smaher@ag.state.oh.us
**THOMAS E. MADDEN (0077069)**
tmadden@ag.state.oh.us
Assistant Attorneys General
Capital Crimes Section
30 East Broad Street, 23rd Floor
Columbus, Ohio 43215-3428
(614) 728-7055; (614) 728-8600 (fax)

**WILLIAM T. DOYLE**
wtd44113@juno.com
2000 Standard Building
1370 Ontario Street
Cleveland, Ohio 44113
(216) 363-6025; (216) 363-6013 (fax)

**COUNSEL FOR PETITIONER**

**COUNSEL FOR RESPONDENT**

**IN THE UNITED STATES DISTRICT COURT** 08 JAN 14  3:52
**FOR THE NORTHERN DISTRICT OF OHIO**
**EASTERN DIVISION at CLEVELAND**

| | | |
|---|---|---|
| NATHANIEL JACKSON, | : | |
| Petitioner, | : | **CASE NO. 4:07-CV-00880-JG** |
| | : | |
| v. | : | **JUDGE JAMES S. GWIN** |
| | : | |
| MARC C. HOUK, WARDEN, | : | |
| Respondent. | : | |

**APPENDIX TO THE RETURN OF WRIT**
**VOLUME 17 OF 30**
**POST-CONVICTION APPEAL, PART B**
**ELEVENTH DISTRICT COURT OF APPEALS**

Respectfully submitted,

**MARC DANN**
**Ohio Attorney General**

**JOHN P. PARKER**
johnpparker@earthlink.net
4403 St. Clair Avenue
Cleveland, Ohio 44103-1125
(216) 881-0900; (216) 881-3928 (fax)

**STEPHEN E. MAHER (0032279)**
smaher@ag.state.oh.us
**THOMAS E. MADDEN (0077069)**
tmadden@ag.state.oh.us
Assistant Attorneys General
Capital Crimes Section
30 East Broad Street, 23rd Floor
Columbus, Ohio 43215-3428
(614) 728-7055; (614) 728-8600 (fax)

**WILLIAM T. DOYLE**
wtd44113@juno.com
2000 Standard Building
1370 Ontario Street
Cleveland, Ohio 44113
(216) 363-6025; (216) 363-6013 (fax)

**COUNSEL FOR PETITIONER**

**COUNSEL FOR RESPONDENT**

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF OHIO
### EASTERN DIVISION at CLEVELAND

NATHANIEL JACKSON,              :
    Petitioner,                 :   **CASE NO. 4:07-CV-00880-JG**

      v.                      :   **JUDGE JAMES S. GWIN**

MARC C. HOUK, WARDEN,          :
    Respondent.                 :

---

## APPENDIX TO THE RETURN OF WRIT
### VOLUME 18 OF 30
### POST-CONVICTION APPEAL
### OHIO SUPREME COURT

---

Respectfully submitted,

**MARC DANN**
**Ohio Attorney General**

**JOHN P. PARKER**
johnpparker@earthlink.net
4403 St. Clair Avenue
Cleveland, Ohio 44103-1125
(216) 881-0900; (216) 881-3928 (fax)

**WILLIAM T. DOYLE**
wtd44113@juno.com
2000 Standard Building
1370 Ontario Street
Cleveland, Ohio 44113
(216) 363-6025; (216) 363-6013 (fax)

**COUNSEL FOR PETITIONER**

**STEPHEN E. MAHER (0032279)**
smaher@ag.state.oh.us
**THOMAS E. MADDEN (0077069)**
tmadden@ag.state.oh.us
Assistant Attorneys General
Capital Crimes Section
30 East Broad Street, 23rd Floor
Columbus, Ohio 43215-3428
(614) 728-7055; (614) 728-8600 (fax)

**COUNSEL FOR RESPONDENT**



## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF OHIO
## EASTERN DIVISION at CLEVELAND

NATHANIEL JACKSON,                    :
      Petitioner,                    :  **CASE NO. 4:07-CV-00880-JG**

     v.                                :  **JUDGE JAMES S. GWIN**

MARC C. HOUK, WARDEN,                 :
      Respondent.                    :

---

## APPENDIX TO THE RETURN OF WRIT
## VOLUME 19 OF 30
## POST-CONVICTION APPEAL
## OHIO SUPREME COURT

---

Respectfully submitted,

**MARC DANN**
**Ohio Attorney General**

**JOHN P. PARKER**
johnppparker@earthlink.net
4403 St. Clair Avenue
Cleveland, Ohio 44103-1125
(216) 881-0900; (216) 881-3928 (fax)

**WILLIAM T. DOYLE**
wtd44113@juno.com
2000 Standard Building
1370 Ontario Street
Cleveland, Ohio 44113
(216) 363-6025; (216) 363-6013 (fax)

**COUNSEL FOR PETITIONER**

**STEPHEN E. MAHER (0032279)**
smaher@ag.state.oh.us
**THOMAS E. MADDEN (0077069)**
tmadden@ag.state.oh.us
Assistant Attorneys General
Capital Crimes Section
30 East Broad Street, 23rd Floor
Columbus, Ohio 43215-3428
(614) 728-7055; (614) 728-8600 (fax)

**COUNSEL FOR RESPONDENT**

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF OHIO
## EASTERN DIVISION at CLEVELAND

NATHANIEL JACKSON,                      :
        Petitioner,                   :  **CASE NO. 4:07-CV-00880-JG**

        v.                            :  **JUDGE JAMES S. GWIN**

MARC C. HOUK, WARDEN,                   :
        Respondent.                   :

---

## APPENDIX TO THE RETURN OF WRIT
## VOLUME 20 OF 30
## NEW SENTENCING HEARING, PART A
## TRUMBULL COUNTY COURT OF COMMON PLEAS

---

Respectfully submitted,

**MARC DANN**
**Ohio Attorney General**

**JOHN P. PARKER**
johnpparker@earthlink.net
4403 St. Clair Avenue
Cleveland, Ohio 44103-1125
(216) 881-0900; (216) 881-3928 (fax)

**WILLIAM T. DOYLE**
wtd44113@juno.com
2000 Standard Building
1370 Ontario Street
Cleveland, Ohio 44113
(216) 363-6025; (216) 363-6013 (fax)

**COUNSEL FOR PETITIONER**

**STEPHEN E. MAHER (0032279)**
smaher@ag.state.oh.us
**THOMAS E. MADDEN (0077069)**
tmadden@ag.state.oh.us
Assistant Attorneys General
Capital Crimes Section
30 East Broad Street, 23rd Floor
Columbus, Ohio 43215-3428
(614) 728-7055; (614) 728-8600 (fax)

**COUNSEL FOR RESPONDENT**

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF OHIO
### EASTERN DIVISION at CLEVELAND

03 JAN 14  PM 4: 02

NORTHERN DISTRICT OF OHIO
CLEVELAND

NATHANIEL JACKSON,    :
     Petitioner,    : **CASE NO. 4:07-CV-00880-JG**

     v.    : **JUDGE JAMES S. GWIN**

MARC C. HOUK, WARDEN,    :
     Respondent.    :

---

## APPENDIX TO THE RETURN OF WRIT
### VOLUME 21 OF 30
### NEW SENTENCING HEARING, PART B
### TRUMBULL COUNTY COURT OF COMMON PLEAS

---

Respectfully submitted,

**MARC DANN**
**Ohio Attorney General**

**JOHN P. PARKER**
johnpparker@earthlink.net
4403 St. Clair Avenue
Cleveland, Ohio 44103-1125
(216) 881-0900; (216) 881-3928 (fax)

**STEPHEN E. MAHER (0032279)**
smaher@ag.state.oh.us
**THOMAS E. MADDEN (0077069)**
tmadden@ag.state.oh.us
Assistant Attorneys General
Capital Crimes Section
30 East Broad Street, 23rd Floor
Columbus, Ohio 43215-3428
(614) 728-7055; (614) 728-8600 (fax)

**WILLIAM T. DOYLE**
wtd44113@juno.com
2000 Standard Building
1370 Ontario Street
Cleveland, Ohio 44113
(216) 363-6025; (216) 363-6013 (fax)

**COUNSEL FOR PETITIONER**

**COUNSEL FOR RESPONDENT**

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF OHIO
## EASTERN DIVISION at CLEVELAND

NATHANIEL JACKSON,                   :
    Petitioner,                  :   **CASE NO. 4:07-CV-00880-JG**

    v.                           :   **JUDGE JAMES S. GWIN**

MARC C. HOUK, WARDEN,                :
    Respondent.                  :

---

### APPENDIX TO THE RETURN OF WRIT
### VOLUME 22 OF 30
### SUPPRESSION HEARING EXHIBITS
### TRUMBULL COUNTY COURT OF COMMON PLEAS

---

Respectfully submitted,

**MARC DANN**
**Ohio Attorney General**

**JOHN P. PARKER**
johnpparker@earthlink.net
4403 St. Clair Avenue
Cleveland, Ohio 44103-1125
(216) 881-0900; (216) 881-3928 (fax)

**WILLIAM T. DOYLE**
wtd44113@juno.com
2000 Standard Building
1370 Ontario Street
Cleveland, Ohio 44113
(216) 363-6025; (216) 363-6013 (fax)

**COUNSEL FOR PETITIONER**

**STEPHEN E. MAHER (0032279)**
smaher@ag.state.oh.us
**THOMAS E. MADDEN (0077069)**
tmadden@ag.state.oh.us
Assistant Attorneys General
Capital Crimes Section
30 East Broad Street, 23rd Floor
Columbus, Ohio 43215-3428
(614) 728-7055; (614) 728-8600 (fax)

**COUNSEL FOR RESPONDENT**



# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF OHIO
### EASTERN DIVISION at CLEVELAND

NATHANIEL JACKSON,    :
    Petitioner,    :    **CASE NO. 4:07-CV-00880-JG**

      v.    :    **JUDGE JAMES S. GWIN**

MARC C. HOUK, WARDEN,    :
    Respondent.    :

---

## APPENDIX TO THE RETURN OF WRIT
### VOLUME 23 OF 30
### STATE'S TRIAL EXHIBITS 1 - 309
### TRUMBULL COUNTY COURT OF COMMON PLEAS

---

Respectfully submitted,

**MARC DANN**
**Ohio Attorney General**

**JOHN P. PARKER**
johnpparker@earthlink.net
4403 St. Clair Avenue
Cleveland, Ohio 44103-1125
(216) 881-0900; (216) 881-3928 (fax)

**WILLIAM T. DOYLE**
wtd44113@juno.com
2000 Standard Building
1370 Ontario Street
Cleveland, Ohio 44113
(216) 363-6025; (216) 363-6013 (fax)

**COUNSEL FOR PETITIONER**

**STEPHEN E. MAHER (0032279)**
smaher@ag.state.oh.us
**THOMAS E. MADDEN (0077069)**
tmadden@ag.state.oh.us
Assistant Attorneys General
Capital Crimes Section
30 East Broad Street, 23rd Floor
Columbus, Ohio 43215-3428
(614) 728-7055; (614) 728-8600 (fax)

**COUNSEL FOR RESPONDENT**

## IN THE UNITED STATES DISTRICT COURT
### FOR THE NORTHERN DISTRICT OF OHIO
### EASTERN DIVISION at CLEVELAND

NATHANIEL JACKSON,          :

      Petitioner,        :   **CASE NO. 4:07-CV-00880-JG**

      v.                :   **JUDGE JAMES S. GWIN**

MARC C. HOUK, WARDEN,     :

      Respondent.      :

---

### APPENDIX TO THE RETURN OF WRIT
### VOLUME 24 OF 30
### STATE'S TRIAL EXHIBITS 311 – 381A
### TRUMBULL COUNTY COURT OF COMMON PLEAS

---

Respectfully submitted,

**MARC DANN**
**Ohio Attorney General**

**JOHN P. PARKER**
johnpparker@earthlink.net
4403 St. Clair Avenue
Cleveland, Ohio 44103-1125
(216) 881-0900; (216) 881-3928 (fax)

**WILLIAM T. DOYLE**
wtd44113@juno.com
2000 Standard Building
1370 Ontario Street
Cleveland, Ohio 44113
(216) 363-6025; (216) 363-6013 (fax)

**COUNSEL FOR PETITIONER**

**STEPHEN E. MAHER (0032279)**
smaher@ag.state.oh.us
**THOMAS E. MADDEN (0077069)**
tmadden@ag.state.oh.us
Assistant Attorneys General
Capital Crimes Section
30 East Broad Street, 23rd Floor
Columbus, Ohio 43215-3428
(614) 728-7055; (614) 728-8600 (fax)

**COUNSEL FOR RESPONDENT**

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF OHIO**
**EASTERN DIVISION at CLEVELAND**

08 JAN 14  PM 4: 03

CLEVELAND OHIO

| | | |
|---|---|---|
| NATHANIEL JACKSON, | : | |
| Petitioner, | : | **CASE NO. 4:07-CV-00880-JG** |
| | : | |
| v. | : | **JUDGE JAMES S. GWIN** |
| | : | |
| MARC C. HOUK, WARDEN, | : | |
| Respondent. | : | |

**APPENDIX TO THE RETURN OF WRIT**
**VOLUME 25 OF 30**
**STATE'S TRIAL EXHIBITS 385 – 403RR**
**TRUMBULL COUNTY COURT OF COMMON PLEAS**

Respectfully submitted,

**MARC DANN**
**Ohio Attorney General**

**JOHN P. PARKER**
johnpparker@earthlink.net
4403 St. Clair Avenue
Cleveland, Ohio 44103-1125
(216) 881-0900; (216) 881-3928 (fax)

**STEPHEN E. MAHER (0032279)**
smaher@ag.state.oh.us
**THOMAS E. MADDEN (0077069)**
tmadden@ag.state.oh.us
Assistant Attorneys General
Capital Crimes Section
30 East Broad Street, 23rd Floor
Columbus, Ohio 43215-3428
(614) 728-7055; (614) 728-8600 (fax)

**WILLIAM T. DOYLE**
wtd44113@juno.com
2000 Standard Building
1370 Ontario Street
Cleveland, Ohio 44113
(216) 363-6025; (216) 363-6013 (fax)

**COUNSEL FOR PETITIONER**

**COUNSEL FOR RESPONDENT**

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF OHIO**
**EASTERN DIVISION at CLEVELAND**

| | | |
|---|---|---|
| NATHANIEL JACKSON, | : | |
| Petitioner, | : | **CASE NO. 4:07-CV-00880-JG** |
| v. | : | **JUDGE JAMES S. GWIN** |
| MARC C. HOUK, WARDEN, | : | |
| Respondent. | : | |

---

**APPENDIX TO THE RETURN OF WRIT**
**VOLUME 26 OF 30**
**DEFENSE AND COURT'S TRIAL EXHIBITS**
**TRUMBULL COUNTY COURT OF COMMON PLEAS**

---

Respectfully submitted,

**MARC DANN**
**Ohio Attorney General**

**JOHN P. PARKER**
johnpparker@earthlink.net
4403 St. Clair Avenue
Cleveland, Ohio 44103-1125
(216) 881-0900; (216) 881-3928 (fax)

**WILLIAM T. DOYLE**
wtd44113@juno.com
2000 Standard Building
1370 Ontario Street
Cleveland, Ohio 44113
(216) 363-6025; (216) 363-6013 (fax)

**COUNSEL FOR PETITIONER**

**STEPHEN E. MAHER (0032279)**
smaher@ag.state.oh.us
**THOMAS E. MADDEN (0077069)**
tmadden@ag.state.oh.us
Assistant Attorneys General
Capital Crimes Section
30 East Broad Street, 23rd Floor
Columbus, Ohio 43215-3428
(614) 728-7055; (614) 728-8600 (fax)

**COUNSEL FOR RESPONDENT**

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION at CLEVELAND

NATHANIEL JACKSON,
    Petitioner,

      v.

MARC C. HOUK, WARDEN,
    Respondent.

:
:
:
:
:
:

**CASE NO. 4:07-CV-00880-JG**

**JUDGE JAMES S. GWIN**

---

APPENDIX TO THE RETURN OF WRIT
VOLUME 27 OF 30
DONNA ROBERTS' LETTERS TO NATHANIEL E JACKSON
271-D-1 THROUGH 271-D-70
TRUMBULL COUNTY COURT OF COMMON PLEAS

---

Respectfully submitted,

**MARC DANN**
**Ohio Attorney General**

**JOHN P. PARKER**
johnpparker@earthlink.net
4403 St. Clair Avenue
Cleveland, Ohio 44103-1125
(216) 881-0900; (216) 881-3928 (fax)

**WILLIAM T. DOYLE**
wtd44113@juno.com
2000 Standard Building
1370 Ontario Street
Cleveland, Ohio 44113
(216) 363-6025; (216) 363-6013 (fax)

**COUNSEL FOR PETITIONER**

**STEPHEN E. MAHER (0032279)**
smaher@ag.state.oh.us
**THOMAS E. MADDEN (0077069)**
tmadden@ag.state.oh.us
Assistant Attorneys General
Capital Crimes Section
30 East Broad Street, 23rd Floor
Columbus, Ohio 43215-3428
(614) 728-7055; (614) 728-8600 (fax)

**COUNSEL FOR RESPONDENT**

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION at CLEVELAND

NATHANIEL JACKSON,                    :
    Petitioner,                        :     CASE NO. 4:07-CV-00880-JG

    v.                                 :     JUDGE JAMES S. GWIN

MARC C. HOUK, WARDEN,                 :
    Respondent.                        :

---

APPENDIX TO THE RETURN OF WRIT
VOLUME 28 OF 30
DONNA ROBERTS' LETTERS TO NATHANIEL JACKSON
271-D-71 THROUGH 271-D-139
TRUMBULL COUNTY COURT OF COMMON PLEAS

---

Respectfully submitted,

MARC DANN
Ohio Attorney General

JOHN P. PARKER
johnpparker@earthlink.net
4403 St. Clair Avenue
Cleveland, Ohio 44103-1125
(216) 881-0900; (216) 881-3928 (fax)

STEPHEN E. MAHER (0032279)
smaher@ag.state.oh.us
THOMAS E. MADDEN (0077069)
tmadden@ag.state.oh.us
Assistant Attorneys General
Capital Crimes Section
30 East Broad Street, 23rd Floor
Columbus, Ohio 43215-3428
(614) 728-7055; (614) 728-8600 (fax)

WILLIAM T. DOYLE
wtd44113@juno.com
2000 Standard Building
1370 Ontario Street
Cleveland, Ohio 44113
(216) 363-6025; (216) 363-6013 (fax)

COUNSEL FOR PETITIONER

COUNSEL FOR RESPONDENT

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF OHIO
### EASTERN DIVISION at CLEVELAND

NATHANIEL JACKSON,                          :
    Petitioner,                        : **CASE NO. 4:07-CV-00880-JG**

    v.                                 : **JUDGE JAMES S. GWIN**

MARC C. HOUK, WARDEN,                        :
    Respondent.                        :

---

## APPENDIX TO THE RETURN OF WRIT
## VOLUME 29 OF 30
## NATHANIEL JACKSON'S LETTERS TO DONNA ROBERTS
## 273-N-1 THROUGH 273-N-70
## TRUMBULL COUNTY COURT OF COMMON PLEAS

---

Respectfully submitted,

**MARC DANN**
**Ohio Attorney General**

**JOHN P. PARKER**
johnpparker@earthlink.net
4403 St. Clair Avenue
Cleveland, Ohio 44103-1125
(216) 881-0900; (216) 881-3928 (fax)

**WILLIAM T. DOYLE**
wtd44113@juno.com
2000 Standard Building
1370 Ontario Street
Cleveland, Ohio 44113
(216) 363-6025; (216) 363-6013 (fax)

**COUNSEL FOR PETITIONER**

**STEPHEN E. MAHER (0032279)**
smaher@ag.state.oh.us
**THOMAS E. MADDEN (0077069)**
tmadden@ag.state.oh.us
Assistant Attorneys General
Capital Crimes Section
30 East Broad Street, 23rd Floor
Columbus, Ohio 43215-3428
(614) 728-7055; (614) 728-8600 (fax)

**COUNSEL FOR RESPONDENT**

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION at CLEVELAND

| | | |
|---|---|---|
| NATHANIEL JACKSON, | : | |
| Petitioner, | : | CASE NO. 4:07-CV-00880-JG |
| | : | |
| v. | : | JUDGE JAMES S. GWIN |
| | : | |
| MARC C. HOUK, WARDEN, | : | |
| Respondent. | : | |

---

APPENDIX TO THE RETURN OF WRIT
VOLUME 30 OF 30
NATHANIEL JACKSON'S LETTERS TO DONNA ROBERTS
273-N-71 THROUGH 273-1-143
TRUMBULL COUNTY COURT OF COMMON PLEAS

---

Respectfully submitted,

**MARC DANN**
**Ohio Attorney General**

**JOHN P. PARKER**
johnpparker@earthlink.net
4403 St. Clair Avenue
Cleveland, Ohio 44103-1125
(216) 881-0900; (216) 881-3928 (fax)

**WILLIAM T. DOYLE**
wtd44113@juno.com
2000 Standard Building
1370 Ontario Street
Cleveland, Ohio 44113
(216) 363-6025; (216) 363-6013 (fax)

**COUNSEL FOR PETITIONER**

**STEPHEN E. MAHER (0032279)**
smaher@ag.state.oh.us
**THOMAS E. MADDEN (0077069)**
tmadden@ag.state.oh.us
Assistant Attorneys General
Capital Crimes Section
30 East Broad Street, 23rd Floor
Columbus, Ohio 43215-3428
(614) 728-7055; (614) 728-8600 (fax)

**COUNSEL FOR RESPONDENT**