IN THE COURT OF COMMON PLEAS
TRUMBULL COUNTY, OHIO

STATE OF OHIO,                    )      **CASE NO.    :01-CR-794**
                                  )
        Plaintiff,                )      **JUDGE:      :JOHN M. STUARD**
                                  )
-vs-                              )      **STATE'S EIGHTH SUPPLEMENTAL**
                                  )      **RESPONSE TO DEFENDANT'S**
NATHANIEL E. JACKSON,             )      **REQUEST FOR DISCOVERY**
                                  )
        Defendant.                )

Now comes the Plaintiff, the State of Ohio, by and through the Prosecuting Attorney of

Trumbull County, Ohio, and submits the following in answer to the *Defendant's Request For*

*Discovery* pursuant to Rule 16 of the Ohio Rules of Criminal Procedure:

1.)     Pursuant to Crim. R. 16 (B)(1)(d), the State responds as follows: The state has provided

copies of the following reports to Counsel for the Defendant:

        Report of Michael E. Roberts, Dated 03/22/02, numbered 267.

2.)     Pursuant to Crim. R. 16 (B)(1)(e), the State intends to call the following witnesses,

        whose criminal record, if any, is as follows:

The State is providing to counsel for the Defendant a supplemental witness list,

numbered 268.

3.)     Pursuant to Crim.R. 16 (B)( 1)(c), the State is providing to counsel for the Defendant

        the following

        A.)     Four (4) video tapes labeled:

                1.)     Greyhound Terminal Youngstown Oh 12-11-01

                2.)     Walgreens 12-11-01

                3.)     Walgreens 12-12-01

    4.)      Walgreens 12-13-01

    5.)      Walgreens 12-14-01

B.)    One (1) CD labeled Nate Jackson 399-469, 19 Calls to Donna Roberts between

    Oct.5, 2001 – Dec. 8, 2001."

C.)    One (1) page entitled "DOTS Net, Offender Tracking Information on the Web,"

    numbered 268.

D.)    Four (4) pages of cancelled checks, numbered 269-272

E.)    One (1) page of telephone records, numbered 273.

F.)    One (1) page entitled "Unit 8B Pod Activity Schedule," numbered 274.

Respectfully Submitted,
STATE OF OHIO, by

_____

DENNIS WATKINS ( (#0009949)
Trumbull County Prosecuting Attorney


and

_____

CHARLES L. MORROW (#0040575)
Assistant Prosecutor
Trumbull County Prosecutor's Office
160 High Street, NW
3rd Floor Administration Bldg.
Warren, Ohio  44481
(330)-675-2426

STATE OF OHIO v.  JACKSON
2001-CR-794
SUPPLEMENTAL WITNESS LIST

In addition to the witnesses previously listed on pages 223-225, 247,  253 and 260 the state would list the following additional witnesses:

David Matlock, - Lorain Correctional Institute, Lorain , Ohio.

Neil Jarowieck - Lorain Correctional Institute, Lorain , Ohio.

IN THE COURT OF COMMON PLEAS
TRUMBULL COUNTY, OHIO

| | | |
|---|---|---|
| STATE OF OHIO, | ) | **CASE NO.** :01-CR-794 |
| | ) | |
| Plaintiff, | ) | **JUDGE:** :JOHN M. STUARD |
| | ) | |
| -vs- | ) | **STATE'S NINTH SUPPLEMENTAL** |
| | ) | **RESPONSE TO DEFENDANT'S** |
| NATHANIEL E. JACKSON, | ) | **REQUEST FOR DISCOVERY** |
| | ) | |
| Defendant. | ) | |

Now comes the Plaintiff, the State of Ohio, by and through the Prosecuting Attorney of

Trumbull County, Ohio, and submits the following in answer to the *Defendant's Request For*

*Discovery* pursuant to Rule 16 of the Ohio Rules of Criminal Procedure:

1.) Pursuant to Crim. R. 16 (B)(1)(d), the State responds as follows: The state has provided

copies of the following reports to Counsel for the Defendant.

A.) Report of Detective Anthony Leshnack, consisting of five (5) pages, numbered

275-279.

B.) Report of Michael E. Roberts, dated 3-22-02, numb 280.

2.) Pursuant to Crim. R. 16 (B)(1)(e), the State intends to call the following witnesses,

whose criminal record, if any, is as follows:

The State is providing to counsel for the Defendant a supplemental witness list,

numbered 281.

Respectfully Submitted,
STATE OF OHIO, by


_____
DENNIS WATKINS ( (#0009949)
Trumbull County Prosecuting Attorney


and


_____
CHARLES L. MORROW (#0040575)
Assistant Prosecutor
Trumbull County Prosecutor's Office
160 High Street, NW
3rd Floor Administration Bldg.
Warren, Ohio  44481
(330)-675-2426


## CERTIFICATION

This is to certify that a copy of the foregoing *State's Ninth Supplemental Response to Defendant's Request for Discovery* was delivered to counsel for the Defendant,  this October 8, 2002.


_____
CHARLES L. MORROW (#0040575)
Assistant Prosecuting Attorney



# Trumbull County Sheriff's Office
### Supplemental Report
### Investigative Division

Case # 2001-08795      12/12/01
Victim: Robert Fingerhut (Homicide Scene/Investigation)
254 Fonderlac, Howland Twp.

At approximately 0012 Hrs. on 12/12/01, this officer was contacted at home by Det. Sgt. Paul Monroe of the Howland Township Police Department to assist with photographing a crime scene. This officer responded and took photographs of the entire scene (inside and out). I assisted Dr. Germaniuk with photographing and removal of the body. This officer volunteered to sketch the crime scene. One possible bloodstain was swabbed from the ceramic floor in the front door hallway and taken as evidence. This officer requested that Howland P.D. hold the scene so that myself and Det. Sgt. Pizzulo could return for further crime scene processing.

Det. Sgt. Pizzulo was unavailable for work this day. This officer returned at approximately 1400 Hrs. on 12/12/01 to collect additional bloodstain evidence and possible fingerprint evidence. Selected points in the kitchen and garage were processed for prints, including: the counter area near the body, some cups and glasses from the counter, and the screen door and man door between the kitchen/garage. Four bloodstains were taken from different locations as evidence. A placemat with a partial fingerprint in blood was taken as evidence and was located hanging on the inside of the kitchen/garage door.

On 12/13/01, Det. Sgt. Pizzulo accompanied this officer back to the scene. Additional photographs were taken of the scene. Four additional bloodstains were taken from the garage floor. Nothing further to report at this time.

Detective Anthony Leshnack

* NOT TO SCALE

TCSO #2001-08795  12/1:
Homicide Scene/Investigation
Victim: Robert Fingerhut
254 Fonderlac, Howland, Twp.

N

BED

LIVING ROOM

MASTER BEDROOM

BATHROOM

DEAD SPACE

RED SPOT

CLOSET

C

C    T    C

C         C

C

STAIRWELL
BULLET HOLE

DOWN

C

BED   BEDROOM

TUB

BATHROOM

LOUNDRY

PIANO

FAMILY
ROOM

C    T    C

C

KITCHEN

COUCH

15'6"

T.V.

B

COUNTER TOP

B1    MAT
WHITE STUB      GUN    A1    A

FAMILY
ROOM

CAR

DRIVEWAY

OFFICE

PAIR OF GLASSES
W/ LT. LENS
MISSING
(UNDER CAR)

RT. LENS
(UNDER CAR)

BRACKET W/
SCREW
(UNDER CAR)

BRACKET
(UNDER CAR)

GARAGE

GARAGE DOOR

RIANGULATED
POINTS

| | POINT A | POINT B |
|---|---|---|
| .HAVE | 0" | 0" |
| HAND | 25" | 38" |
| SHOE | 70" | 74" |
| SHOE | 63" | 67" |
| | POINT A1 | POINT B1 |
| N | 10" | 29" |
| ITI )| 3'4" | 4'5" |
| LENSMIS. | 5'5" | 6'5" |
| LENS | 9'4" | 10'1" |
| CKET | | |
| CREW | 9'5" | 10'4" |
| CKET | 12'5" | 14'2" |

Q-76

Possibly another Room

Closets

Open area filled with
Sports Memorbilia, Helmets,
Hats, lik on a large table

Room

TCSO #2001-08795  12/12/01
Homicide Scene/Investigation
Victim: Robert Fingerhut
254 Fonderlac, Howland, Twp.
Photos: Det. Leshnack

Closets

Basement

Room

Office Area

Crawl Space

Stairs

Hiding Area under Stairs

Living Room Type Area

Room

Office Area

Stairs

Hiding Area under Stairs

Living Room Type Area

Basement

Closets

Room

Open area filled with Sports Memorbilia, Helmets, Hats, etc on a large table

Closets

Possibly another Crawl Space



* Very minimal lighting throughout the residence
* Lots of intermittent noise throughout the main floor do to many trinkets
* Fully dressed Dummy in Lani sitting at the piano
* All closets in bedroom a basement are full of clothes from floor to ceiling except hall closet indicated with ★

Garge

*No Lights Office

*No Lights

Family Room

Fireplace

Kitchen

TV

Sofa

Family Room

Fire

Laundry Room

Bathroom

Basement Stairs

Dining Room

Closet ★

Tub

Bed & tons of clothes all over bed a floor

*No Lights Bedroom

Bathroom

* Hall closet has a rifle in it — there may be a shot in under the bed in the master bedroom

— Main Floor —

Living Room

closet in Dining Room

Master Bedroom

Bed

★



**Attorney General**
**Betty D. Montgomery**

BCI-30 (Rev. 3-95)

**Bureau of Criminal Identification and Investigation**          **Laboratory Report**

| | | | |
|---|---|---|---|
| To: | Howland Police Dept.<br>169 Niles Cortland Road<br>Warren, Ohio 44484<br>**ATTN: Det. Sgt. Monroe** | BCI Lab Number: | 01-35755 Supplemental |
| | | Analysis Date: | 3-22-02 |
| Re:<br>Subject:<br>Victim: | Homicide<br>Nathaniel Jackson<br>Robert S. Fingerhut | Agency Number: | 2001-078868 |

**Submitted on 12-14-01 by Det. Sgt. Monroe to the Firearms Section**

4.     One (1) brown bag containing five (5) Remington-Peters brand 38 Special caliber cartridges.
5.     One (1) white envelope containing one (1) fired full metal jacketed bullet.
6.     One (1) plastic vial containing one (1) fired full metal jacketed bullet.
7.     One (1) plastic vial containing one (1) fired full metal jacketed bullet.

**Laboratory Findings**

Items **5, 6** and **7** were microscopically examined and determined to be fired 38 Special / 357 Magnum caliber bullets based on the design, rifling measurements and weight.

Items **5, 6** and **7** were compared with two (2) cartridges from **Item 4**. The results revealed similar design and weight. This indicates **Items 5, 6** and **7** are consistent with the submitted ammunition, **Item 4** (Remington-Peters brand 38 Special caliber).

Michael E. Roberts
Forensic Scientist

MER:mer JJL
T-091802

Please address inquiries to the office indicated, using the BCI case number.

[ ] BCI & I-Bowling Green Office    [ ]   BCI & I-London Office      [X]   BCI & I-Richfield Office     [ ] BCI & I-Cambridge Office
     1616 E. Wooster St.-Unit T           P. O. Box 365                  4055 Highlander Parkway       60788 Southgate Road
     Bowling Green, OH 43402          London, Ohio 43140             Richfield, Ohio 44286         Byesville, Ohio 43723
     Phone: (419) 353-5603            Phone: (614) 466-8204         Phone: (330) 659-4600        Phone: (740) 439-3655

STATE OF OHIO v.  JACKSON
2001-CR-794
SUPPLEMENTAL WITNESS LIST

In addition to the witnesses previously listed on pages 223-225, 247,  253, 260 and 267

the state would list the following additional witnesses:

James Daniels - 340 Federal Street, Youngstown, Ohio

Taushia Korneagay - 203 East Flordia Street, Youngstown, Ohio

Janet Clay (previously identified as "Alvenia Clay" - 779 Fairmont Street, Youngstown, Ohio

John Stamper - 4930 E. Radio Street, Youngstown, Ohio (new address)

Paula Carson - Trumbull County 911 Center

IN THE COURT OF COMMON PLEAS
TRUMBULL COUNTY, OHIO

| | | |
|---|---|---|
| STATE OF OHIO, | ) | CASE NO.     :01-CR-794 |
| | ) | |
| Plaintiff, | ) | JUDGE:       :JOHN M. STUARD |
| | ) | |
| -vs- | ) | **STATE'S TENTH SUPPLEMENTAL** |
| | ) | **RESPONSE TO DEFENDANT'S** |
| NATHANIEL E. JACKSON, | ) | **REQUEST FOR DISCOVERY** |
| | ) | |
| Defendant. | ) | |

Now comes the Plaintiff, the State of Ohio, by and through the Prosecuting Attorney of

Trumbull County, Ohio, and submits the following in answer to the *Defendant's Request For*

*Discovery* pursuant to Rule 16 of the Ohio Rules of Criminal Procedure:

1.)     Pursuant to Crim. R. 16 (B)(1)(c), the State responds as follows: The state has provided

copies of the following reports to Counsel for the Defendant:

      A.)     "Receipt for Property" numbered 282.

      B)     The State has provided to counsel for the Defendant copies of Statements listed

          on page number 283.

2.)     Pursuant to Crim. R. 16 (B)(1)(e), the State intends to call the following witnesses,

      whose criminal record, if any, is as follows:

      The State is providing to counsel for the Defendant a supplemental witness list,

numbered 284.



# RECEIPT FOR PROPERTY

**Trumbull County Sheriff's Office**
150 High Street
Warren, Ohio 44481
(330) 675-2500
(330) 675-7012 FAX

| | | DATE | CASE NO. |
|---|---|---|---|
| | | 12/15/01 | 2001-08795 |

| ~~Defendant(s)~~ / Victim | Address | Phone |
|---|---|---|
| ROBERT FINGERHUT | 254 FONDERLAC, HOWLAND TWP. | |

**Purpose for which obtained:**   [X] evidence       [ ] confiscated       [ ] found       [ ] other

| Item No. | Qty. | Description of articles<br>Brand Name, Model, Serial No., Size, Color, Mfg. Condition |
|---|---|---|
| A | 1 | PIER 1 IMPORT BAG CONTAINING TWO GLASS WINE GOBLETS (ONE BROKEN) MISC. PACKING PAPER, ONE PIER 1 IMPORT RECEIPT |
| B | 1 | ONE WHITE ENVELOPE CONTAINING MISC PAPERS |
| C | 1 | ONE MONEY ORDER RECEIPT IN THE NAME OF NATHANIEL JACKSON |
| D | 1 | ONE HANDCUFF BOX W/KEY |
| E | 1 | ONE EMPTY MOUNTAIN DEW CAN |
| F | 1 | ONE EVERFRESH GLASS BOTTLE |
| G | 1 | ONE PURPLE COMB |
| H | 1 | DOUBLE BAGGED PAPER BAGS W/HANDLE CONTAINING MISC. CLOTHING (MARKED: NATE JACKSON) |
| X | | |

## CHAIN OF CUSTODY

Officer _____     Date / Time 12/15/01  1306 HRS.

| Item No. | Date Time | Relinquished By | Received By | Purpose for change of Custody |
|---|---|---|---|---|
| A-H | 1306 HRS 12/15/01 | TOYOTA ROBERTS  OH REG. CAA-8826  RED CHRYSLER 300 M | Det. A. LaRock | EVIDENCE |
| | | | | |
| | | | | |
| | | | | |

**282**

## DISPOSITION OF PROPERTY

[ ] Returned to owner          [ ] Turned over to Prosecutor          [ ] Destroyed

_(Signature of person receiving property)_                                                _(Date/Time)_

_(Witness)_                                                                                  _(Witness)_

TCP-697.EPD                    White: Case File          Yellow: Laboratory          Pink: Property

1 copy of audio tape 911 Call by Donna Roberts

1 copy of audio tape Chris Ellington 1-09-02

1 copy of audio tape Shiela Fields     12-28-01

1 copy of audio tape Janet Clay          1-02-02

1 copy of audio tape John Stampar     01-04-02

1 copy of audio tape Larry Southwick 1-09-02

1 copy of audio tape James ? & Donna 12-15-01

1 copy of audio tape phone call Donna Roberts to Nate Jackson 12-20-01



STATE OF OHIO v. JACKSON
2001-CR-794
SUPPLEMENTAL WITNESS LIST

In addition to the witnesses previously listed on pages 223-225, 247, 253, 260, 267, 281, and 283, the state would list the following additional witnesses:

Detective Mike Yannucci - Trumbull County Sheriff's Department.

Respectfully Submitted,
STATE OF OHIO, by


DENNIS WATKINS ( (#0009949)
Trumbull County Prosecuting Attorney


and


CHARLES L. MORROW (#0040575)
Assistant Prosecutor
Trumbull County Prosecutor's Office
160 High Street, NW
3rd Floor Administration Bldg.
Warren, Ohio  44481
(330)-675-2426


## CERTIFICATION

This is to certify that a copy of the foregoing *State's Ninth Supplemental Response to Defendant's Request for Discovery* was delivered to counsel for the Defendant,  this October 11, 2002.


CHARLES L. MORROW (#0040575)
Assistant Prosecuting Attorney

IN THE COURT OF COMMON PLEAS
TRUMBULL COUNTY, OHIO

STATE OF OHIO,                          )        CASE NO.    :01-CR-794
                                        )
            Plaintiff,                  )        JUDGE:      :JOHN M. STUARD
                                        )
-vs-                                    )        **STATE'S TENTH  SUPPLEMENTAL**
                                        )        **RESPONSE TO DEFENDANT'S**
NATHANIEL E. JACKSON,                   )        **REQUEST FOR DISCOVERY**
                                        )
            Defendant.                  )

Now comes the Plaintiff, the State of Ohio, by and through the Prosecuting Attorney of

Trumbull County, Ohio, and submits the following in answer to the *Defendant's Request For*

*Discovery* pursuant to Rule 16 of the Ohio Rules of Criminal Procedure:

1.)      Pursuant to Crim. R. 16 (B)(1)(d), the State responds as follows: The state has provided

copies of the following reports to Counsel for the Defendant:

         A.)     Attached hereto is a copy of a three page statement of Taushia Korneagay, dated

                 10-10-02, numbered 282-284.

         B.)     Attached hereto is the photographic identification of Frank Reynolds, dated 10-

                 14-02, numbered 285.

                                                 Respectfully Submitted,
                                                 STATE OF OHIO, by


                                                 _____
                                                 DENNIS WATKINS ( (#0009949)
                                                 Trumbull County Prosecuting Attorney

# HOWLAND POLICE DEPARTMENT

169 Niles Cortland Rd N.E. Warren, Ohio 44484

Bus:(330) 856-5555 Fax:(330) 856-5075

Date: _10·10·02_ Time: _11:34AM_ Location: _Trumbull County Prosecutors Office_

I, _Tashiia Monegay_, of _263 E Florida youngstown oh 44507_
   Name                        Address           City     State    Zip

hereby make the following voluntary statement to, _Sgt. Dillon_ of the Howland Police Department.

On _See Below_ at approximately, _See Below_,
   Date of Incident                      Time of Incident

I'm not sure of the date, day of the week, whether it was a few days or a week after my brother Nate Jackson got out of jail, but, I was about to leave to go Christmas shopping & I walked out the door & started out to the porch & Nate was coming up the steps. Nate had on some jeans, he was well dressed, he had on a black coat, I'm not sure if it was leather, I believe it was a black leather coat, he was bundled up, so I'm not sure exactly what kind of shirt or shoes he was wearing. It was still daylight, it was sometime in the early afternoon & when we got back it was getting dark. Nate told me he was there because he wanted to see the kids, I told him I was going shopping for the kids, (the kids were going with me), so Nate rolled with me to go shopping. Nate rode in the back seat of the car with the kids & stayed in the car with them while I did the shopping with my friend Tanisha, (whose since moved away). Then I made a couple different stops, we went to a couple different stores then we went back to my house, (the stores we went to was all Boardman stores).

When we got home, Nate came in the house with us & while I was putting up Christmas decorations, Nate was sitting on the couch in the living room & the kids were playing in there too. Nate asked me if I wanted him to help me out with anything, (the decorations), the kids were working on the Christmas tree & we was putting lights up around the inside of the windows. Nate asked me if I had a rag rag, I gave him a rag, I think it was a rag or gauze he asked me for, they was in the living room & they broke a vase or something, so I gave Nate, he went into the bathroom, there was a mess in the living room from the vase, I don't remember if I gave Nate a rag or both, I gave him both & he went into the bathroom. I had gauze in the house because I had surgery recently. Nate came out of the bathroom, he never took his jacket off cause it was cold in my house, so I never saw his hand.

X _Tashiia Monegay_     _10-10-02_     _12:30_     _Sgt. ___ ___ #412_
   Signature               Date          Time      Investigating Officer / Unit Number

_263 E Florida youngstown oh 44507_   _(330)_ _788-1687_  _01-078868_
Address (City, State, Zip)          A/C     Telephone     Incident Report Number

HPD9 (Rev 11-97)          Page _1_ of _3_

282

# HOWLAND POLICE DEPARTMENT
169 Niles Cortland Rd N.E. Warren, Ohio
Bus:(330) 856-5555 Fax:(330) 856-5075

Date: 10-10-02   Time: 11:34 AM   Location: Trumbull County Prosecutors Office

I, Tarshia Kornengay, of 203 E Florida youngstown oh 44507
  (Name)                      (Address)        (City)    (State)  (Zip)

hereby make the following voluntary statement to, Sgt. Dillon of the Howland Police Department.

On See Below at approximately, See Below,
   (Date of Incident)            (Time of Incident)

cause they were up inside the cuffs of his jacket the whole time he was around me. I also had the doors open which made it cold. After that, it was getting late so Nate left he just walked from my house, I didn't see him get picked up or anything.

Q) what was Nate's demeanor when he came to your house?

A) He was in a good mood, it didn't seem like nothing was wrong.

Q) Did you see his hands when he first arrived, could you see anything wrapped around his finger before he asked you for a rag or gauze?

A) Uh Uh, it was pretty cold & he had his hands inside the cuffs of his coat sleeve

Q) Did Nate ever mention being involved in anything before he came to your house?

A) No

Q) If you were to characterize Nate Jackson, what kind of person would you say he was?

A) I would put it as he's sweet & charming, he's smart, knows right from wrong, he's a good artist, he's good with people

Q) When you were growing up, did your family participate in a religion, go to church & all?

A) Yeah, went to church a lot, we all had to go including Nate

Q) Did you know anything about Donna Roberts & Nate's relationship before all this happened?

A) Well, like I said, I seen the lady before at the bus station, but I never seen them together

Q) During your upbringing while you were kid children & you & Nate lived together as a family, was there ever any abuse in your household,

X _Tarshia Kornengay_   10-10-02   12:30   _signature_ #412
  (Signature)              (Date)    (Time)   (Investigating Officer / Unit Number)

203 E Florida youngstown oh 44507   (330) 788-1687   01-078868
(Address (City, State, Zip))    (A/C)  (Telephone)    (Incident Report Number)

HPD9 (Rev 11-97)           Page 2 of 3                    283

# HOWLAND POLICE DEPARTMENT

169 Niles Cortland Rd N.E. Warren, Ohio 484

Bus:(330) 856-5555 Fax:(330) 856-5075

Date: _10-10-02_  Time: _11:34AM_  Location: _Trumbull County Prosecutors Office_

I, _Taushia Morningway_, of _203 E Florida youngstown oh 44507_

hereby make the following voluntary statement to, _Sgt. Dillon_ of the Howland Police Department.

On _See Below_ at approximately, _See Below_,

was your brother Nate Jackson ever the victim of Child abuse?

A) No

Q) Is there anything you(Taushia)would like to add or delete from this statement at this time?

A) No

_End of Statement_

X _Taushia Morningway_   _10-10-02_   _12:30pm_   _Sgt. [signature]_   #412

Signature                Date          Time        Investigating Officer / Unit Number

_203 E Florida youngstown oh 44507_   (330) _788-1687_   _01-078868_

Address (City, State, Zip)            A/C  Telephone       Incident Report Number

HPD9 (Rev 11-97)                Page _3_ of _3_              284

# Trumbull County
## Photographic Line-Up Admonition



**VIEWER:**     You will be asked to look at a group of photographs. The fact that the photos are shown to you should not influence your judgement in any way. You should not conclude nor guess that the photographs contain the picture of the person who committed the crime. You do not have to identify anyone.

Keep in mind hair styles, beards and moustaches are easily changed. Please do not indicate to other witnesses that you have or have not made an identification.

I, _Frank E Reynolds_, Address: _1724 Oakland Ave Youngstown 44510_

an identify photo # _6_ to be the subject who _Nats was with Donna Roberts at Warren dec._

Viewer Signature _Frank Reynolds_     Officer Signature _____

_10-14-02 at Trumbull County Prosecutors Office_       (285)

and

_____

CHARLES L. MORROW (#0040575)
Assistant Prosecutor
Trumbull County Prosecutor's Office
160 High Street, NW
3rd Floor Administration Bldg.
Warren, Ohio  44481
(330)-675-2426

## CERTIFICATION

This is to certify that a copy of the foregoing *State's Tenth Supplemental Response to Defendant's Request for Discovery* was delivered to counsel for the Defendant,  this October 15, 2002.

_____

CHARLES L. MORROW (#0040575)
Assistant Prosecuting Attorney

IN THE COURT OF COMMON PLEAS
TRUMBULL COUNTY, OHIO

| | | |
|---|---|---|
| STATE OF OHIO, | ) | **CASE NO.** :01-CR-794 |
| | ) | |
| Plaintiff, | ) | **JUDGE:** :JOHN M. STUARD |
| | ) | |
| -vs- | ) | **STATE'S REQUEST FOR JURY** |
| | ) | **VIEW** |
| NATHANIEL E. JACKSON, | ) | |
| | ) | |
| Defendant. | ) | |

Now comes the Plaintiff, the State of Ohio, by and through the Prosecuting Attorney of

Trumbull County, Ohio, and hereby files its request for a jury view.  More specifically, the State

of Ohio is requesting that the jury in the instant matter be taken on a jury view of 254 Fonderlac

Drive, Warren, Howland Township, Trumbull County Ohio.

Respectfully Submitted,
STATE OF OHIO, by

_____

DENNIS WATKINS ( (#0009949)
Trumbull County Prosecuting Attorney


and

_____

CHARLES L. MORROW (#0040575)
Assistant Prosecutor
Trumbull County Prosecutor's Office
160 High Street, NW
3rd Floor Administration Bldg.
Warren, Ohio  44481
(330)-675-2426

## CERTIFICATION

This is to certify that a copy of the foregoing *State's Request for Jury View* was delivered to counsel for the Defendant,  this October 16, 2002.

_____
CHARLES L. MORROW (#0040575)
Assistant Prosecuting Attorney

IN THE COURT OF COMMON PLEAS
TRUMBULL COUNTY, OHIO

| | | |
|---|---|---|
| STATE OF OHIO, | ) | CASE NO.    :01-CR-794 |
| | ) | |
| Plaintiff, | ) | JUDGE:    :JOHN M. STUARD |
| | ) | |
| -vs- | ) | STATE'S ELEVENTH |
| | ) | SUPPLEMENTAL RESPONSE TO |
| NATHANIEL E. JACKSON, | ) | DEFENDANT'S REQUEST FOR |
| | ) | DISCOVERY |
| Defendant. | ) | |

Now comes the Plaintiff, the State of Ohio, by and through the Prosecuting Attorney of

Trumbull County, Ohio, and submits the following in answer to the *Defendant's Request For*

*Discovery* pursuant to Rule 16 of the Ohio Rules of Criminal Procedure:

1.)    Pursuant to Crim. R. 16 (B)(1)(d), the State responds as follows: The state has provided

copies of the following reports to Counsel for the Defendant:

A.)    Attached hereto is a copy of a three page statement of Taushia Korneagay, dated

10-10-02, previously numbered 282-284, now numbered as 286-288

B.)    Attached hereto is the photographic identification of Frank Reynolds, dated 10-

14-02, previously numbered 285, now numbered as 289.

C.)    The State is providing to counsel for the Defendant copies of materials from

Community Corrections Association, Inc, numbered 290-296

D.)    The State is providing to Counsel for the Defendant a copy of a pre-sentence

investigation prepared in connection with Mahoning County Case Number 00-

CR-306, numbered 297-311.

E.)    The State is providing to Counsel for the Defendant, copies of records from the

Ohio Department of Rehabilitation and Correction Web Site, numbered 312-

314.

F.)     The State is providing to Counsel for the Defendant the amended copy of the

Report of Mike Roberts, numbered 317-318.

G.     The State is providing to Counsel for the Defendant the a document entitled

"Location of Stains Obtained Form Car," numbered 319.

2)     The State is providing to counsel for the Defendant the criminal histories, if any, of

witnesses that the State intends on calling at trial, attached hereto as exhibit 315-316.

Respectfully Submitted,
STATE OF OHIO, by


_____
DENNIS WATKINS ( (#0009949)
Trumbull County Prosecuting Attorney


and

_____
CHARLES L. MORROW (#0040575)
Assistant Prosecutor
Trumbull County Prosecutor's Office
160 High Street, NW
3rd Floor Administration Bldg.
Warren, Ohio  44481
(330)-675-2426


## CERTIFICATION

This is to certify that a copy of the foregoing *State's Eleventh Supplemental Response to Defendant's Request for Discovery* was delivered to counsel for the Defendant,  this October 17, 2002.

_____
CHARLES L. MORROW (#0040575)
Assistant Prosecuting Attorney

IN THE COURT OF COMMON PLEAS
TRUMBULL COUNTY, OHIO

| | | |
|---|---|---|
| STATE OF OHIO, | ) | **CASE NO.**   :01-CR-794 |
| | ) | |
| Plaintiff, | ) | **JUDGE:**    :JOHN M. STUARD |
| | ) | |
| -vs- | ) | **STATE'S TWELFTH** |
| | ) | **SUPPLEMENTAL RESPONSE TO** |
| NATHANIEL E. JACKSON, | ) | **DEFENDANT'S REQUEST FOR** |
| | ) | **DISCOVERY** |
| Defendant. | ) | |

Now comes the Plaintiff, the State of Ohio, by and through the Prosecuting Attorney of

Trumbull County, Ohio, and submits the following in answer to the *Defendant's Request For*

*Discovery* pursuant to Rule 16 of the Ohio Rules of Criminal Procedure:

1.)    Pursuant to Crim. R. 16 (B)(1)(e), the State intends to call the following witnesses,

whose criminal record, if any, is as follows:

In addition to the witnesses previously provided, the State intends on calling

James, D. Daniels - 905 Lanterman Ave, Youngstown, Ohio

James Campbell - Howland Township Police Department

2.)    The State has provided the following to counsel for the Defendant:

Copies of nineteen (19) transcripts of the audio tapes from the prison telephone

conversations.

Respectfully Submitted,
STATE OF OHIO, by


_____

DENNIS WATKINS ( (#0009949)
Trumbull County Prosecuting Attorney

and

CHARLES L. MORROW (#0040575)
Assistant Prosecutor
Trumbull County Prosecutor's Office
160 High Street, NW
3rd Floor Administration Bldg.
Warren, Ohio 44481
(330)-675-2426

## CERTIFICATION

This is to certify that a copy of the foregoing *State's Twelfth Supplemental Response to Defendant's Request for Discovery* was delivered to counsel for the Defendant, this October 21, 2002.

CHARLES L. MORROW (#0040575)
Assistant Prosecuting Attorney

## PRECIPE FOR SUBPOENA - In State Case
### Revised Code, Section 2303.11

| | | |
|---|---|---|
| THE STATE OF OHIO | ) | COMMON PLEAS COURT |
| Plaintiff | ) | Trumbull County, Ohio |
| vs. | ) | |
| | ) | Case No.  01-CR-794 |
| NATHANIEL E. JACKSON | ) | |
| | ) | |
| Defendant | ) | **PRECIPE** |

To the Clerk of the Court:

Issue Subpoena for the following persons, to wit:

| NAME | ADDRESS |
|---|---|
| Jennifer Robinson | 935 Parkview Drive<br>Youngstown, OH 44511 |

**\*\* JURY TRIAL \*\***

to appear as a witness in the above case on the **30th** day of **October,** 2002, at **11:00** a.m. Required on behalf of the State of Ohio.

Report to: Judge John M. Stuard
Trumbull County Courthouse, 161 High St.,
3rd Floor, Warren, Ohio 44481

CHARLES L. MORROW
Assistant Prosecuting Attorney
Trumbull County Prosecutor's Office

---

### SUBPOENA IN CRIMINAL CASE
#### Revised Code, Section 2335.07, 2317.11-.14,

The State of Ohio, Trumbull County.          Common Pleas Court
To the Sheriff of said County:

You are hereby commanded to subpoena each of above named persons to be and appear before the Common Pleas Court at the Court House in said County, on the day and hour set forth in the above Precipe, to testify as a witness in a certain case pending in said Court, wherein the State of Ohio prosecutes the Defendant named above; and not depart the Court without leave.  And therein to fail not, under penalty of the law; and to have then and there this writ.
Said Court requires your said attendance on behalf of the State of Ohio.

WITNESS my hand and the seal of said Court,

this _22_ day of __October__, _2002_
Margaret O'Brien, Clerk

By _____ Deputy

CASE NO.  01-CR-794

TRUMBULL COUNTY COMMON PLEAS COURT

DOC. _____   PAGE _____

COMMON PLEAS COURT

STATE OF OHIO,

    Plaintiff

vs.

NATHANIEL E. JACKSON,

    Defendant

PRECIPE AND SUBPOENA
    Returned and Filed

_____, 2002

by _____
        (Deputy Clerk)

    RETURN OF SERVICE

Received this on the _24th_ day of _October_, 2002

at ___11__ o'clock _A_. M. and served the person
named therein against whose name are indicated
the manner of service.

        SHERIFF FEES

Service & Return each name _____ cents   $ _____

Mileage _____ miles at _____ cents   $ _____

        TOTAL             $ _____

_____

SHERIFF

By: _____  _Howland PD_
    -Deputy       _10-24-02   2:23 PM_

## PRECIPE FOR SUBPOENA - In State Case
Revised Code, Section 2303.11

| | |
|---|---|
| THE STATE OF OHIO ) | COMMON PLEAS COURT |
| Plaintiff ) | Trumbull County, Ohio |
| vs. ) | |
| ) | Case No.  01-CR-794 |
| NATHANIEL E. JACKSON ) | |
| ) | |
| Defendant ) | **PRECIPE** |

To the Clerk of the Court:

Issue Subpoena for the following persons, to wit:

| NAME | ADDRESS |
|---|---|
| Kris Ellington | 900 Royal Arms Drive Girard, OH 44420 |

**\*\* JURY TRIAL \*\***

to appear as a witness in the above case on the **30th** day of **October,** 2002, at **9:00** a.m. Required on behalf of the State of Ohio.

Report to: Judge John M. Stuard
Trumbull County Courthouse, 161 High St.,
3rd Floor, Warren, Ohio 44481

CHARLES L. MORROW
Assistant Prosecuting Attorney
Trumbull County Prosecutor's Office

---

### SUBPOENA IN CRIMINAL CASE
Revised Code, Section 2335.07, 2317.11-.14,

The State of Ohio, Trumbull County.                                     Common Pleas Court
To the Sheriff of said County:

You are hereby commanded to subpoena each of above named persons to be and appear before the Common Pleas Court at the Court House in said County, on the day and hour set forth in the above Precipe, to testify as a witness in a certain case pending in said Court, wherein the State of Ohio prosecutes the Defendant named above; and not depart the Court without leave. And therein to fail not, under penalty of the law; and to have then and there this writ. Said Court requires your said attendance on behalf of the State of Ohio.

WITNESS my hand and the seal of said Court,

this  22  day of  October , 2002
Margaret O'Brien, Clerk

By _____ Deputy

CASE NO. 01-CR-794

TRUMBULL COUNTY COMMON PLEAS COURT

DOC. _____   PAGE _____

COMMON PLEAS COURT

STATE OF OHIO,

    Plaintiff

vs.

NATHANIEL E. JACKSON,

    Defendant

PRECIPE AND SUBPOENA
    Returned and Filed

_____, 2002

by _____
            (Deputy Clerk)

    RETURN OF SERVICE

Received this on the _24th_ day of _October_, 2002

at ___11___ o'clock _A_. M. and served the person
named therein against whose name are indicated
the manner of service.

            SHERIFF FEES

Service & Return each name _____ cents     $ _____

Mileage _____ miles at _____ cents     $ _____

        TOTAL                              $ _____

_____

SHERIFF

By: _____ Howland PD

    Deputy

Served 10/24/02 3:46 PM

## PRECIPE FOR SUBPOENA - In State Case
Revised Code, Section 2303.11

| | | |
|---|---|---|
| THE STATE OF OHIO | ) | COMMON PLEAS COURT |
| Plaintiff | ) | Trumbull County, Ohio |
| vs. | ) | |
| | ) | Case No. __01-CR-794__ |
| NATHANIEL E.  JACKSON | ) | |
| | ) | |
| Defendant | ) | **PRECIPE** |

To the Clerk of the Court:

Issue Subpoena for the following persons, to wit:

| NAME | ADDRESS |
|---|---|
| Jill Kenyon | 214 Linda Avenue, S.W. Warren, OH 44483 |

** JURY TRIAL **

to appear as a witness in the above case on the __30th__ day of __October,__ 2002, at __9:00__ a.m. Required on behalf of the State of Ohio.

Report to: Judge John M. Stuard
Trumbull County Courthouse, 161 High St.,
3rd Floor, Warren, Ohio 44481

CHARLES L. MORROW
Assistant Prosecuting Attorney
Trumbull County Prosecutor's Office

---

### SUBPOENA IN CRIMINAL CASE
Revised Code, Section 2335.07, 2317.11-.14,

**The State of Ohio, Trumbull County.**
**To the Sheriff of said County:**

**Common Pleas Court**

You are hereby commanded to subpoena each of above named persons to be and appear before the Common Pleas Court at the Court House in said County, on the day and hour set forth in the above Precipe, to testify as a witness in a certain case pending in said Court, wherein the State of Ohio prosecutes the Defendant named above; and not depart the Court without leave.  And therein to fail not, under penalty of the law; and to have then and there this writ.
Said Court requires your said attendance on behalf of the State of Ohio.

WITNESS my hand and the seal of said Court,

this __24__ day of __October__, __2002__
Margaret O'Brien, Clerk

By _____ Deputy

CASE NO.  01-CR-794

TRUMBULL COUNTY COMMON PLEAS COURT

DOC. _____  PAGE _____

COMMON PLEAS COURT

STATE OF OHIO,

   Plaintiff

vs.

NATHANIEL E. JACKSON,

   Defendant

PRECIPE AND SUBPOENA
   Returned and Filed

_____, 2002

by _____
         (Deputy Clerk)

    RETURN OF SERVICE

Received this on the _24th_ day of _October_, 2002

at __11__ o'clock _A_. M. and served the person
named therein against whose name are indicated
the manner of service.

       SHERIFF FEES

Service & Return each name ____ cents    $ _____

Mileage _____ miles at ____ cents    $ _____

     TOTAL    $ _____

_____
SHERIFF

By: _____ Howland PD
   Deputy
       Served 10-24-02 2:53 PM

## PRECIPE FOR SUBPOENA - In State Case

Revised Code, Section 2303.11

|  |  |  |
|---|---|---|
| THE STATE OF OHIO | ) | COMMON PLEAS COURT |
| Plaintiff | ) | Trumbull County, Ohio |
| vs. | ) |  |
|  | ) | Case No.  01-CR-794 |
| NATHANIEL E. JACKSON | ) |  |
|  | ) |  |
| Defendant | ) | **PRECIPE** |

To the Clerk of the Court:

Issue Subpoena for the following persons, to wit:

| NAME | ADDRESS |
|---|---|
| Bridget Paul | 203 Avalon Drive, SE |
|  | Warren, OH 44484 |

** JURY TRIAL **

to appear as a witness in the above case on the __30th__ day of __October,__ 2002, at __9:00__ a.m. Required on behalf of the State of Ohio.

Report to: Judge John M. Stuard
Trumbull County Courthouse, 161 High St.,
3rd Floor, Warren, Ohio 44481

CHARLES L. MORROW
Assistant Prosecuting Attorney
Trumbull County Prosecutor's Office

### SUBPOENA IN CRIMINAL CASE

Revised Code, Section 2335.07, 2317.11-.14,

The State of Ohio, Trumbull County.
To the Sheriff of said County:

Common Pleas Court

You are hereby commanded to subpoena each of above named persons to be and appear before the Common Pleas Court at the Court House in said County, on the day and hour set forth in the above Precipe, to testify as a witness in a certain case pending in said Court, wherein the State of Ohio prosecutes the Defendant named above; and not depart the Court without leave. And therein to fail not, under penalty of the law; and to have then and there this writ. Said Court requires your said attendance on behalf of the State of Ohio.

WITNESS my hand and the seal of said Court,

this __22__ day of ___October___, __2002__
Margaret O'Brien, Clerk

By _____ Deputy

CASE NO.  01-CR-794

TRUMBULL COUNTY COMMON PLEAS COURT

DOC. _____   PAGE _____

COMMON PLEAS COURT

STATE OF OHIO,

   Plaintiff

vs.

NATHANIEL E. JACKSON,

   Defendant

PRECIPE AND SUBPOENA
   Returned and Filed

_____, 2002

by _____
     (Deputy Clerk)

    RETURN OF SERVICE

Received this on the 25 day of _OCT._, 2002

at _18:00_ o'clock _P._ . M. and served the person
named therein against whose name are indicated
the manner of service.

     SHERIFF FEES

Service & Return each name ____ cents   $ _____

Mileage _____ miles at ____  cents   $ _____

    TOTAL                                  $ _____

_____

SHERIFF

By: _Det. Jeff Hoolih_____
   Deputy
    WARREN POLICE DEPT.

# PRECIPE FOR SUBPOENA
## DUCES TECUM
### Revised Code, Section 2303.11

| | | |
|---|---|---|
| THE STATE OF OHIO | ) | COMMON PLEAS COURT |
| Plaintiff | ) | |
| vs. | ) | |
| | ) | Case No. 01-CR-794 |
| NATHANIEL JACKSON, | ) | |
| Defendant | ) | **PRECIPE** |

To the Clerk of the Court:

Issue Subpoena for the following persons, to wit:

| NAME | ADDRESS |
|---|---|
| **KATHY KIHM** | **c/o Mahoning Community Corrections** |
| | **1507 Market Street** |
| | **Youngstown, OH  44507** |

to appear as witnesses in the above case, on the **30th** day of **October**, **2002**, at **1:00** o'clock **P.M.** and testify as a witness in the above case, and to produce at the time aforesaid  Please bring file on Nathaniel Jackson.

| | |
|---|---|
| ** JURY TRIAL ** | |
| HONORABLE  JOHN M. STUARD | CHARLES L. MORROW |
| TRUMBULL COUNTY COURTHOUSE | Assistant Prosecuting Attorney |
| 3rd FLOOR | Trumbull County, Ohio |

## SUBPOENA IN CRIMINAL CASE

The State of Ohio, Trumbull County                    Common Pleas Court
To the Sheriff of said County:

You are hereby required to be and appear before the Common Pleas Court at the Court House in said County, on the day and hour set forth in the above Precipe, to testify as a witness in a certain case pending in said Court, wherein the Plaintiff  and Defendant are as named above, and not depart the Court without leave.  Herein fail not, under penalty of the law.  And have you then and there this writ.

Said Court requires your said attendance on behalf of the party filing said precipe.

WITNESS my hand and the seal of said Court,

this  28  day of _____OCTOBER_____, 2002
Margaret R. O'Brien, Clerk

By _____ Deputy

CASE NO.  01-CR-794

TRUMBULL COUNTY COMMON PLEAS COURT

DOC. _____  PAGE _____

COMMON PLEAS COURT

STATE OF OHIO,

   Plaintiff

vs.

NATHANIEL E. JACKSON,

   Defendant

PRECIPE AND SUBPOENA
   Returned and Filed

_____, 2002

by _____
       (Deputy Clerk)

     RETURN OF SERVICE

Received this on the *28th* day of *October*, 2002

at *9:30* o'clock *A*. M. and served the person
named therein against whose name are indicated
the manner of service.

        SHERIFF FEES

Service & Return each name ____ cents   $ _____

Mileage _____ miles at ____  cents   $ _____

      TOTAL            $ _____

_____

SHERIFF

By: _____ *Howland PD*
   ~~Deputy~~

     *Served 10-28-02  10:29Am*

## PRECIPE FOR SUBPOEN
## DUCES TECUM
Revised Code, Section 2303.11

| THE STATE OF OHIO | ) | COMMON PLEAS COURT |
| Plaintiff | ) | |
| vs. | ) | |
| | ) | Case No. 01-CR-794 |
| NATHANIEL JACKSON, | ) | |
| Defendant | ) | **PRECIPE** |

To the Clerk of the Court:

Issue Subpoena for the following persons, to wit:

| NAME | ADDRESS |
| --- | --- |
| **CATHY THOMAS** | c/o State Farm Insurance |
| | 4962 Mahoning Avenue |
| | Youngstown, OH 44515 |

to appear as witnesses in the above case, on the __30th__ day of __October__, 2002, at __1:00__ o'clock **P.M.** and testify as a witness in the above case, and to produce at the time aforesaid __Please bring all insurance files on Robert Fingerhut__.

** JURY TRIAL **
HONORABLE JOHN M. STUARD
TRUMBULL COUNTY COURTHOUSE
3rd FLOOR

CHARLES L. MORROW
Assistant Prosecuting Attorney
Trumbull County, Ohio

## SUBPOENA IN CRIMINAL CASE

The State of Ohio, Trumbull County                    **Common Pleas Court**
To the Sheriff of said County:

You are hereby required to be and appear before the Common Pleas Court at the Court House in said County, on the day and hour set forth in the above Precipe, to testify as a witness in a certain case pending in said Court, wherein the Plaintiff and Defendant are as named above, and not depart the Court without leave. Herein fail not, under penalty of the law. And have you then and there this writ.

Said Court requires your said attendance on behalf of the party filing said precipe.

WITNESS my hand and the seal of said Court,

this __28__ day of __OCTOBER__, 2002
Margaret R. O'Brien, Clerk

By _____ Deputy

CASE NO.  01-CR-794

TRUMBULL COUNTY COMMON PLEAS COURT

DOC. _____  PAGE _____

COMMON PLEAS COURT

STATE OF OHIO,

   Plaintiff

vs.

NATHANIEL E. JACKSON,

   Defendant

PRECIPE AND SUBPOENA
   Returned and Filed

_____, 2002

by _____
       (Deputy Clerk)

   RETURN OF SERVICE

Received this on the _28th_ day of _October_, 2002

at _9:30_ o'clock _A_. M. and served the person
named therein against whose name are indicated
the manner of service.

     SHERIFF FEES

Service & Return each name _____ cents   $ _____

Mileage _____ miles at _____ cents   $ _____

     TOTAL             $ _____

_____

SHERIFF

By: _____ Howland PD
    Deputy
            / Served 10-23-02  11:00AM

# IN THE COURT OF COMMON PLEAS
# TRUMBULL COUNTY, OHIO

STATE OF OHIO,            )

                      )      CASE #01CR794

      PLAINTIFF        )

                      )

VS.                  )      <u>JOURNAL ENTRY</u>

                      )

NATHANIEL JACKSON    )

                      )

      DEFENDANT     )

                      )

The following jurors have been excused without objection by counsel.

| JUROR # | NAME |
| --- | --- |
| 5 | CALDWELL,CASSENDRA A |
| 9 | STAN,EUGENE |
| 13 | SEEKINS,WILLIAM W |
| 14 | MENZ,HARRY P |
| 21 | PERLINE,MICHAEL J |
| 24 | BUTCHER,GUY B |
| 26 | KEEN,DAVID J |
| 27 | GOLLAN,LORI C |
| 28 | MILLER,BONNIE Q |
| 32 | BRACKEN,JENNIFER R |
| 33 | KACZMARK,JACK M |
| 38 | SCHARBA,RICHARD D |
| 42 | LATRONICA,DIANE L |
| 43 | BAYTOS,REBECCA A |

| JUROR # | NAME | (CONTINUED: Excused without objection) |
|---------|------|-----------------------------------------|
| 45 | EGBERT,JASON | |
| 46 | POSPISIL,LINDA S | |
| 47 | LOYCHIK,R E | |
| 48 | KUBIAK,ROBERT A | |
| 49 | CRANK,MARSHA | |
| 52 | DAVIS,ROSE I | |
| 54 | HELMUTH,ERVIN E | |
| 55 | KIDWELL,KENNY K | |
| 57 | MENOLD,MARLENE R | |
| 58 | SMITH,LUCILLE M | |
| 60 | SANDERS,JAMES E | |
| 61 | SOLLITTO,CAROL F | |
| 64 | VISLOSKY,ELAINE P | |
| 67 | DELBENE,SANDRA L | |
| 72 | ARNAUT,CAROL A | |
| 76 | GLOSSER,RALPH W | |
| 77 | DRAGHI,SUSAN D | |
| 78 | SAMMARONE,CHRISTOPHER | |
| 80 | JOLTIN,SHELLEY | |
| 82 | SEIFER,MARY E | |
| 83 | ZAP,LINDA J | |
| 84 | RIDGEWAY,PENELOPE | |
| 86 | STOIAN,ELISABETH | |
| 89 | WILKERSON,RICHARD | |
| 93 | MOWATT-LARSSEN,COURTNEY | |
| 94 | SHIVELY,LARRY B | |
| 95 | BOYE,PAULINE R | |
| 100 | STRINGER,AUDREY | |
| 101 | PITTS,HILDA G | |
| 105 | HENRY,ORRIN E | |
| 106 | CROYTS,JENNIFER D | |
| 107 | THURBER,MARILYN M | |
| 108 | TOTO-BINION,CARMELA | |
| 110 | OPRITZA,MARY | |

| JUROR # | NAME | (CONTINUED: Excused without objection) |
|---------|------|----------------------------------------|
| 111 | RAFFERTY,BRIAN | |
| 113 | STEWART,WILBUR E | |
| 114 | COX,JACQUELINE K | |
| 115 | KAPPAS,DEAN D | |
| 117 | OSIPCHAK,RICHARD D | |
| 118 | BURAN,JOSEPH J | |
| 119 | SMITH,ALFREDA W | |
| 120 | MILLER,E G | |
| 122 | PALKO,HELEN | |
| 123 | LYKINS SR,DONALD R | |
| 127 | AMORGIANOS,GEORGE N | |
| 129 | HITCHINGS,THOMAS R | |
| 133 | BISSELL,BARBARA J | |
| 135 | RUBINS,EDWARD E | |
| 136 | PAPPA JR,FREDERICK J | |
| 138 | NICULA,CYNTHIA L | |
| 139 | BAIN,KATHLEEN A | |
| 144 | LAMB,MARY F | |
| 145 | SHOENBERGER,RANDEE S | |
| 148 | STEWART,TANGA C | |
| 149 | BEADLING,HOWARD J | |
| 151 | OBRIEN,RITA A | |
| 153 | OBLINGER,DENNIS R | |
| 154 | SEREDAY,DOROTHY | |
| 156 | SIMEONE,KARI J | |
| 158 | EUCKER,BONNIE D | |
| 165 | SCHULTZ,RHEANNE | |
| 166 | PERSKY,ARNETTA K | |
| 167 | KRONER,MAE | |
| 170 | GASKILL,SUSAN M | |
| 171 | SPIEGEL,LEONARD B | |
| 175 | ECKENROD,MARION | |
| 176 | DIXON,WALTER R | |
| 180 | BAILEY,LAUREN | |

| JUROR # | NAME | (CONTINUED: Excused without objection) |
|---|---|---|
| 182 | SWEGAN,MEGAN L | |
| 183 | THOMPSON,DONNA | |
| 186 | FRIEDMAN,ANNA MAE | |
| 189 | HARDIN,WILLIAM C | |
| 191 | SZEGEDI,LENA N | |
| 192 | ELBEL,GERALD R | |
| 195 | MCKINNISS,JENNIFER R | |
| 196 | ALTAFFER,MARGARET J | |
| 198 | WALLS,DENISE L | |
| 200 | FOTY JR,ANTHONY | |
| 202 | CRUMP,MARY | |
| 204 | SALCONE,EILEEN J | |
| 205 | DZEDA,EDWARD R | |
| 207 | BELLINO,NICHOLAS D | |
| 208 | LOEW,JANET | |
| 214 | HETTRICK,NANCY J | |
| 215 | RICHARDS,FRED C | |
| 216 | THIRION JR,THAD H | |
| 217 | KRUK,LILLIAN A | |
| 219 | ENGLISH,LAURA A | |
| 223 | MILLER,GREGORY A | |
| 225 | WAGNER,BRADLEY E | |
| 227 | FRANCIS,JOYCE E | |
| 229 | COOK,MARION M | |
| 231 | DAVIES,WAYNE D | |
| 238 | BRUNETTE,MATTHEW G | |
| 241 | PELLEGRENE,DENNIS G | |
| 244 | BRODA,CURTIS P | |
| 245 | ANDRELLA,THOMAS M | |
| 248 | DAUGHERTY,JANET D | |
| 249 | EATON,CARL E | |
| 255 | RICCI,LUCY | |
| 259 | DAVANZO,PAUL P | |
| 260 | MERCER,ROBERT P | |

| JUROR # | NAME | (CONTINUED: Excused without objection) |
|---------|------|-----------------------------------------|
| 261 | MCMONAGLE,LESLIE | |
| 262 | NORTH JR,WILLIAM W | |
| 264 | SABLE,ALICE M | |
| 266 | SCHRECKENGOST,CATHERINE A | |
| 267 | FRAZIER,CHARLES A | |
| 269 | GIANCOLA,SHERRY S | |
| 270 | GUMINO JR,ANTHONY J | |
| 271 | POWELL JR,GEORGE W | |
| 272 | OCONNELL,JOHN F | |
| 273 | RUMBLE,JEANNE M | |
| 276 | FUNGI,ALICE B | |
| 283 | KUZMICK,PATRICIA | |
| 284 | SLATER,TERISA | |
| 287 | MARADO,JEAN L | |
| 288 | BAUMAN,DEBRA L | |
| 289 | WAGNER,ROSALIE | |
| 291 | BODNAR,JUDY | |
| 294 | HUBER,THOMAS M | |
| 295 | DAILEY,ROBERT J | |
| 296 | PHILLIPS,ROBERT S | |
| 298 | SMITH,ROSE MARIE M | |
| 303 | DAYLIDA,RAYMOND | |
| 304 | EMERY,EUGENE R | |
| 305 | CRENSHAW JR,FRANK | |
| 306 | CULLISON,TONY R | |
| 309 | GALLO-SCHADL,NATALIE | |
| 312 | BRYAN,SCOTT J | |
| 313 | HUMENIK SR,JACK D | |
| 314 | HAINES,MILO F | |
| 317 | HEARN,ANITA L | |
| 318 | DATTILO,GARY A | |
| 322 | COLBRUNN,ROY I | |
| 323 | MILLER,ROBERT E | |
| 324 | RAMSEY,ROMA L | |

| JUROR # | NAME | (CONTINUED: Excused without objection) |
|---------|------|------------------------------------------|
| 327 | MCCREADY,TERESA R | |
| 329 | PRENTICE,KAREN J | |
| 330 | FOULK,CAROL H | |
| 334 | SMITH,JOYCE L | |
| 336 | TUTOKI,AUDREY J | |
| 339 | BEESON,JOSEPH W | |
| 340 | BIANCO,BERNARD T | |
| 343 | NORI,MICHAEL J | |
| 346 | BUCKNER,ANDREW | |
| 347 | SPELICH,MONICA S | |
| 348 | ALLEN,JAY R | |
| 349 | PAPIERNIK,MARLIA | |
| 350 | DENYS,THEODORE A | |
| 351 | CLAYMAN,DEBORAH L | |
| 353 | LYNDES,KEITH J | |
| 354 | PENNER,BENITA M | |
| 357 | LEMMON,KENNETH L | |
| 359 | CAPIRANO,RALPH J | |
| 360 | MARGO,LINDA S | |
| 361 | OHLIN,MARGARET M | |
| 364 | MEASE,RODGER L | |
| 366 | CICERO,RENEE L | |
| 367 | POWERS,RICHARD A | |
| 368 | BOATRIGHT,BONITA N | |
| 372 | HENDERSON,LINDA | |
| 373 | WARGO,RICHARD G | |
| 374 | SHERIDAN,DEBRA L | |
| 375 | CHALKER,JAMES P | |
| 377 | DIGIACOBBE,EMIDIO A | |
| 378 | GAVITT,VIOLET C | |
| 379 | GIULIANO,JOSEPHINE T | |
| 382 | BAKER,MARY D | |
| 384 | GARNER,SAMUEL E | |
| 389 | KERIOTIS,THEODORE M | |

| JUROR # | NAME | (CONTINUED: Excused without objection) |
|---------|------|------|
| 390 | MALITO,CONNIE S | |
| 395 | COCHRAN,BARBIE J | |
| 396 | NELSON,JOHN | |
| 398 | RATCLIFF,JOYCE P | |

No service was obtained on the following list of jurors.

| JUROR # | NAME |
|---------|------|
| 15 | MIDDLETON,DEBRA R |
| 25 | RICHARDSON,DAMIAN |
| 104 | RANKIN,GRACE E |
| 240 | MORRISON,ROBERT H |
| 256 | MCQUEEN,SHARHONDA C |
| 355 | NIEMI,TIMOTHY A |
| 370 | LOHR,GEORGE C |
| 383 | PHILLIPS,GARY R |
| 392 | DIAZ-GONZALEZ,RAFAEL J |

The following jurors have been excused from jury duty because they have moved outside of Trumbull County, Ohio.

| JUROR # | NAME |
|---------|------|
| 71 | SHEPHERD,GREGORY |
| 116 | SANCHEZ,LILLIAN |
| 125 | GRAY II,MICHAEL D |
| 128 | AIRHART,CHRISTINE |
| 169 | EBINGER,AMY S |
| 209 | RUPERT,LAURELIN |
| 235 | HOSTETLER,EDWIN L |
| 246 | MCBRIDE,JOHN F |

| JUROR # | NAME | (CONTINUED: Moved out of Trumbull County) |
| --- | --- | --- |
| 274 | BUTERBAUGH,BENJAMIN B | |
| 277 | SENEDAK,KATHRYN P | |
| 321 | BARNES,GARY W | |

The following prospective jurors are deceased.

| JUROR # | NAME |
| --- | --- |
| 4 | GREGORY,BILL L |
| 319 | FAIVER,WANDA S |

The following jurors did not appear/respond for orientation.

| JUROR # | NAME |
| --- | --- |
| 1 | BISHOP JR,WALTER A |
| 6 | BARTZ,JAMES N |
| 19 | TERRILL,CLARK |
| 37 | SANFREY,CONNIE |
| 50 | HALL,BRIAN |
| 88 | WINTERS,RODERICK N |
| 90 | MILLER,JUDITH D |
| 99 | TODA,KAREN |
| 121 | REESE,TRISHA A |
| 155 | DINARD,MARY A |
| 168 | YOUNG,TABITHA J |
| 177 | JONES,JOSH J |
| 184 | WEST,TIM |
| 188 | PALM,DONALD |
| 213 | RAVIZEE,JOHN H |
| 232 | MILLS,NICOLE E |
| 234 | RODRIGUEZ-DIRANDO,GEORGEANN |
| 243 | ATWAY,SALWA |

JUROR #  NAME  (CONTINUED: Did not appear/respond)

  253  SMITH,KIM D
  394  HANICK,TIMOTHY

    Both the State and the Defense agree to waive any objections concerning the names contained in this entry.

       HONORABLE JOHN M STUARD
       Judge, Court of Common Pleas

DATED:  October 18, 2002

COUNSEL FOR PLAINTIFF:    COUNSEL FOR DEFENDANT:

0985   370

PRAECIPE FOR SUBPOENA
DUCES TECUM

Revised Code, Section 2303.11

| THE STATE OF OHIO, | | COMMON PLEAS COURT |
|---|---|---|
| | Plaintiff, ( | Trumbull County, Ohio |
| VS. | ( | No.: 01-CR-794 |
| | ( | |
| NATHANIEL JACKSON, | ( | PRAECIPE |
| | Defendant. ( | |

To the Clerk of Courts:

Issue Subpoena for the following persons, to-wit:

| NAME | ADDRESS | MILES | How Served | Day Served |
|---|---|---|---|---|
| BMV<br>Registration Records Dept. | 5555 Youngstown Warren Rd.<br>Niles, Ohio 44446 | | | |

To appear as witness in the above case, on the 1st day of November, 2002, at 9:00 O'clock a.m., and testify as a witness in the above case, and to bring and produce at the time aforesaid any and all registration records for a 2001, Silver, Chrysler 300M, Vin #2C3AE66G81H526861 registered to Donna M. Roberts or any other variation of that name for Nathaniel Jackson in the matter of State of Ohio v. Nathaniel Jackson, case number 01-CR-794.

Anthony V. Consoldane #0000761
Attorney for Defendant
328 Mahoning Ave.
Warren, Ohio 44483
(330) 393-7727

SUBPOENA IN CRIMINAL CASE

The State of Ohio, Trumbull County.

Common Pleas Court

To each of above named Persons:

You are hereby required to be and appear before the Common Pleas Court at the Court House in said County, on the day and hour set forth in the above Praecipe, to testify as a witness in a certain case pending in said Court, wherein the Plaintiff and Defendant are as named above, and not depart the Court without leave. Herein fail not, under penalty of the law. And have you then and there this writ.

Said Court requires your said attendance on behalf of the party filing said Praecipe.

WITNESS my hand and the seal of said Court

This 29th day of October 20 02

Margaret R O'Brien
_____ Clerk

J A Tanere
_____ Deputy

RETURN OF SERVICE
I RECEIVED THIS WRIT ON THE 30 day of
20 02 at
O'clock a.m., and served the person named therein on the day and in the manner indicated against each name.

## PRAECIPE FOR SUBPOENA
## DUCES TECUM

Revised Code, Section 2303.11

| | | |
|---|---|---|
| THE STATE OF OHIO, | ( | COMMON PLEAS COURT |
| Plaintiff, | ( | Trumbull County, Ohio |
| vs. | ( | No.: 01-CR-794 |
| | ( | |
| NATHANIEL JACKSON, | ( | PRAECIPE |
| Defendant. | ( | |

To the Clerk of Courts:

    Issue Subpoena for the following persons, to-wit:

| NAME | ADDRESS | MILES | How Served | Day Served |
|---|---|---|---|---|
| Brad Cain | Preston<br>3843 Youngstown Road<br>Warren, Ohio 44484 | | | |

To appear as witness in the above case, on the 1st day of November, 2002, at 9:00 O'clock a.m., and testify as a witness in the above case, and to bring and produce at the time aforesaid any and all leases and any and all other documentation from any transaction with Donna M. Roberts or any other variation of that name, and any and all leases and other documentation from any transaction with Robert S. Fingerhut and any variation of that name, for Nathaniel Jackson in the matter of State of Ohio v. Nathaniel Jackson, case number 01-CR-794.

Anthony V. Consoldane #0000761
Attorney for Defendant
328 Mahoning Ave.
Warren, Ohio 44483
(330) 393-7727

## SUBPOENA IN CRIMINAL CASE

The State of Ohio, Trumbull County.

Common Pleas Court

To each of above named Persons:

    You are hereby required to be and appear before the Common Pleas Court at the Court House in said County, on the day and hour set forth in the above Praecipe, to testify as a witness in a certain case pending in said Court, wherein the Plaintiff and Defendant are as named above, and not depart the Court without leave. Herein fail not, under penalty of the law. And have you then and there this writ.

    Said Court requires your said attendance on behalf of the party filing said Praecipe.

WITNESS my hand and the seal of said Court

This 29 day of October 20 02

Margaret R. O'Brien
_____ Clerk

M. Vescec
_____ Deputy

RETURN OF SERVICE

I RECEIVED THIS WRIT ON THE 30 day of
20 02 at
O'clock a.m., and served the person named therein on the day and in the manner indicated against each name.

IN THE COURT OF COMMON PLEAS
TRUMBULL COUNTY, OHIO

STATE OF OHIO,                          )       CASE NO. 01-CR-794
                                        )
            Plaintiff,                  )
                                        )
      vs.                               )       Judge John Stuard
                                        )
                                        )
NATHANIEL JACKSON                       )       MOTION TO DESIGNATE
                                        )
            Defendant.                  )       PROCESS SERVERS

        Now comes Attorney James F. Lewis of the Trumbull County
Branch Office of the Ohio Public Defender's Commission on behalf of the
Defendant, NATHANIEL JACKSON, and hereby requests this Honorable
Court to designate Investigator Morris Hill and Investigator Ben
DiGiovanni of the Ohio Public Defender's Office to serve subpoenas,
pursuant to Rule 17(D) of the Ohio Rules of Criminal Procedure   (O.R.C.P.)

        Rule 17(D) of O.R.C.P. states that the Court may designate a
person other than the sheriff, bailiff, coroner, clerk of court, constable,
marshall, deputy, policeman or attorney to serve a subpoena if that
person is over eighteen (18) years of age and is not a party to the suit.
Investigators Morris Hill and Ben DiGiovanni are over the age of eighteen
(18) years of age, and are not a party to this suit.

        Attorney James F. Lewis would pray that the Court order
Investigators Morris Hill and Ben DiGiovanni to serve subpoenas on
behalf of NATHANIEL JACKSON pursuant to Rule 17(D) of O.R.C.P.

Respectfully submitted,

_David H. Bodiker /JFL_

DAVID H. BODIKER  #0016590
OHIO PUBLIC DEFENDER

_James F. Lewis_

JAMES F. LEWIS  #0024314
ASSISTANT STATE PUBLIC DEFENDER

BRANCH OFFICE OF THE OHIO PUBLIC
DEFENDER
328 Mahoning Avenue
Warren, Ohio  44483
(330)393-7727  FAX (330)393-7076
COUNSEL FOR NATHANIEL JACKSON


### CERTIFICATION

I hereby certify that a copy of the foregoing Motion was delivered
to the Trumbull County Prosecutor's Office, 160 High Street, Warren,
Ohio, 44481, this 3 0  day of October, 2002.

_James Lewis_

James F. Lewis
Attorney for Defendant



First-Class Mail
stage & Fees Paid
JPS
Permit No. G-10

UNITED STATES POSTAL SERVICE

Dec 30  2 25 PM '02

MARGARET R O'BRIEN
CLERK OF COMMON PLEAS COURT
160 HIGH ST NW
WARREN OH 44481-1005

COMPLETE THIS SECTION ... DELIVERY

A. Received by (Please Pr... arly)    B. Date of Delivery

Kelly Lumann                          10-29-02

C. Signature

X _Kelly Lumann_                      ☐ Agent
                                      ☐ Addressee

D. Is delivery address different from item 1?   ☐ Yes
   If YES, enter delivery address below:         ☐ No

3. Service Type
   ☒ Certified Mail

4. Restricted Delivery? (Extra Fee)   ☐ Yes

7104 2230 1690 1278 8348

1. Article Addressed to:

2001 CR 00794
DONNA ROSE
BCI&I RICHFIELD OFFICE
4055 HIGHLANDER PKWY
RICHFIELD OHIO 44286

2. Article Number (Copy from service label)

PS Form 3811, July 1999          Domestic Return Receipt

UNITED STATES POSTAL SERVICE

First-Class Mail
Postage & Fees Paid
PS
Permit No. G-10

MARGARET R O'BRIEN
CLERK OF COMMON PLEAS COURT
160 HIGH ST NW
WARREN OH 44481-1005

COMPLETE THIS SECTION ON DELIVERY

A. Received by (Please Print Clearly)    B. Date of Delivery

Kelly Lynden    10-29-02

C. Signature

X _Kelly Lynden_    ☑ Agent
                     ☐ Addressee

D. Is delivery address different from item 1?    ☐ Yes
   If YES, enter delivery address below:         ☐ No

3. Service Type

☒ Certified Mail

4. Restricted Delivery? (Extra Fee)    ☐ Yes

1. Article Addressed to:

2001 CR 00794
BRENDA K GERARDI
BCI&I RICHFIELD OFFICE
4055 HIGHLANDER PKWY
RICHFIELD OHIO 44286

2. Article Number (Copy from service label)

7104 2230 1690 1278 8355

PS Form 3811, July 1999    Domestic Return Receipt

252

## PRECIPE FOR SUBPOENA - In State Case
### Revised Code, Section 2303.11

THE STATE OF OHIO ) COMMON PLEAS COURT
            Plaintiff ) Trumbull County, Ohio
      vs. )
 ) Case No.   01-CR-794
 NATHANIEL E. JACKSON )
 )
            Defendant ) **PRECIPE**

To the Clerk of the Court:
      Issue Subpoena for the following persons, to wit:

| NAME | ADDRESS |
|------|---------|
| Janet Clay | 775 Fairmont Youngstown, OH |

** JURY TRIAL **

to appear as a witness in the above case on the __30th__ day of __October,__ 2002, at __11:00__ a.m. Required on behalf of the State of Ohio.

```
Report to: Judge John M. Stuard
Trumbull County Courthouse, 161 High St.,
3rd Floor, Warren, Ohio 44481
```

CHARLES L. MORROW
Assistant Prosecuting Attorney
Trumbull County Prosecutor's Office

---

### SUBPOENA IN CRIMINAL CASE
#### Revised Code, Section 2335.07, 2317.11-.14,

The State of Ohio, Trumbull County.                                          **Common Pleas Court**
To the Sheriff of said County:

      You are hereby commanded to subpoena each of above named persons to be and appear before the **Common Pleas Court** at the Court House in said County, on the day and hour set forth in the above Precipe, to testify as a witness in a certain case pending in said Court, wherein the State of Ohio prosecutes the Defendant named above; and not depart the Court without leave.  And therein to fail not, under penalty of the law; and to have then and there this writ. Said Court requires your said attendance on behalf of the State of Ohio.

WITNESS my hand and the seal of said Court,

this __22__ day of __October__, __2002__
                  Margaret O'Brien, Clerk

By _____ Deputy

CASE NO.  01-CR-794

TRUMBULL COUNTY COMMON PLEAS COURT

DOC. _____   PAGE _____

COMMON PLEAS COURT

STATE OF OHIO,

   Plaintiff

vs.

NATHANIEL E. JACKSON,

  Defendant

PRECIPE AND SUBPOENA
  Returned and Filed

_____, 2002

by  _____
      (Deputy Clerk)

   RETURN OF SERVICE

Received this on the  ___ day of _____, 2002

at  _____o'clock ____. M. and served the person
named therein against whose name are indicated
the manner of service.

      SHERIFF FEES

Service & Return each name ____ cents   $  *1.00*

Mileage _____ miles at ____  cents   $

    TOTAL                            $  *1.00*

_____
SHERIFF

By: _____
   Deputy

*Unable to serve in
time for hearing*

## PRECIPE FOR SUBPOENA - In State Case
Revised Code, Section 2303.11

| | | |
|---|---|---|
| THE STATE OF OHIO | ) | COMMON PLEAS COURT |
| Plaintiff | ) | Trumbull County, Ohio |
| vs. | ) | |
| | ) | Case No.  01-CR-794 |
| NATHANIEL E. JACKSON | ) | |
| | ) | |
| Defendant | ) | **PRECIPE** |

To the Clerk of the Court:

Issue Subpoena for the following persons, to wit:

| NAME | ADDRESS |
|---|---|
| Janet Clay | 775 Fairmont |
| | Youngstown, OH |

** JURY TRIAL **

to appear as a witness in the above case on the __30th__ day of __October,__ 2002, at __11:00__ a.m. Required on behalf of the State of Ohio.

> Report to: Judge John M. Stuard
> Trumbull County Courthouse, 161 High St.,
> 3rd Floor, Warren, Ohio 44481

CHARLES L. MORROW
Assistant Prosecuting Attorney
Trumbull County Prosecutor's Office

---

SUBPOENA IN CRIMINAL CASE
Revised Code, Section 2335.07, 2317.11-.14,

The State of Ohio, Trumbull County.                                    **Common Pleas Court**
To the Sheriff of said County:

You are hereby commanded to subpoena each of above named persons to be and appear before the Common Pleas Court at the Court House in said County, on the day and hour set forth in the above Precipe, to testify as a witness in a certain case pending in said Court, wherein the State of Ohio prosecutes the Defendant named above; and not depart the Court without leave. And therein to fail not, under penalty of the law; and to have then and there this writ. Said Court requires your said attendance on behalf of the State of Ohio.

WITNESS my hand and the seal of said Court,

this __22__ day of __October__, __2002__
Margaret O'Brien, Clerk

By _____ Deputy

I certify the foregoing to be
true copy of the original writ.
Thomas Altiere SHERIFF

PRAECIPE FOR SUBPOENA

DUCES TECUM

Revised Code, Section 2303.11

| | | |
|---|---|---|
| THE STATE OF OHIO, | ( | COMMON PLEAS COURT |
| Plaintiff, | ( | Trumbull County, Ohio |
| VS. | ( | No.: 01-CR-794 |
| | ( | |
| NATHANIEL JACKSON, | ( | PRAECIPE |
| Defendant. | ( | |

To the Clerk of Courts:

Issue Subpoena for the following persons, to-wit:

| NAME | ADDRESS | MILES | How Served | Day Served |
|---|---|---|---|---|
| **SKYBANK**<br>**Attn: Legal Department** | 23 Federal Plaza<br>Youngstown, Ohio 44503 | | | |

To appear as witness in the above case, on the 1st day of November, 2002, at 9:00 O'clock a.m., and testify as a witness in the above case, and to bring and produce at the time aforesaid owner cards, signature cards, and whoever is authorized to write a check on the following accounts: DMR1, #19887-892-7; DMR2, #19887-893-5; and, Just the Ticket, #19887-861-7, all of the herein referenced accounts could be registered to the name of Donna M. Roberts, Donna M. Fingerhut, or any variation of that name, for Nathaniel Jackson in the matter of State of Ohio v. Nathaniel Jackson, case number 01-CR-794.

Anthony V. Consoldane #0000761
Attorney for Defendant
328 Mahoning Ave.
Warren, Ohio 44483
(330) 393-7727

SUBPOENA IN CRIMINAL CASE

The State of Ohio, Trumbull County.        Common Pleas Court

To each of above named Persons:

You are hereby required to be and appear before the Common Pleas Court at the Court House in said County, on the day and hour set forth in the above Praecipe, to testify as a witness in a certain case pending in said Court, wherein the Plaintiff and Defendant are as named above, and not depart the Court without leave. Herein fail not, under penalty of the law. And have you then and there this writ.

Said Court requires your said attendance on behalf of the party filing said Praecipe.

WITNESS my hand and the seal of said Court

This 30 day of Oct 02

Margaret O'Brien _____ Clerk

M Wingard _____ Deputy

RETURN OF SERVICE

RECEIVED THIS WRIT ON THE 31 day of

20 02 at 94

O'clock a.m., and served the person named therein on the day and in the manner indicated against each name.

PRAECIPE FOR SUBPOENA State of the
Revised Code, Section 2303.11

| THE STATE OF OHIO, | ( | COMMON PLEAS COURT |
| Plaintiff, | ( | Trumbull County, Ohio |
| | ( | |
| vs. | ( | No.:01-CR-794 |
| | ( | |
| NATHANIEL JACKSON, | ( | PRAECIPE |
| | ( | |
| Defendant. | ( | |

To the Clerk of Courts:
    Issue Subpoena for the following persons, to-wit:

| NAME | ADDRESS | MILES | How Served | Day Served |
|------|---------|-------|-----------|-----------|
| SANTIAGO MASON | 358 Red Drive<br>Warren, Ohio | *no such Red Drive* | *N/S* | |
| | | | | |
| | | | | |

To appear as witnesses in the above case, on the _1st_ day of _November_, 2002, at _9:00_ O'clock _A_.m.
Required on behalf of the defendant, NATHANIEL JACKSON.

_Anthony V. Consoldane_ (#0000761)
328 Mahoning Ave.
Warren, Ohio 44483
(330) 393-7727

---

### Subpoena in Criminal Case

The State of Ohio, Trumbull County.                    Common Pleas Court

To each of above named Persons:
You are hereby required to be and appear before the Common Pleas Court at the Court House in said County, on the day and hour set forth in the above Praecipe, to testify as a witness in a certain case pending in said Court, wherein the Plaintiff and Defendant are as named above, and not depart the Court without leave. Herein fail not, under penalty of the law. And have you then and there this writ.
    Said Court requires your said attendance on behalf of the party filing said Praecipe.

    WITNESS my hand and the seal of said Court

This _25_ day of _October_ 2002

_Margaret O'Brien_
_____ Clerk

_B. Schenck_
_____ Deputy

RETURN OF SERVICE
I RECEIVED THIS WRIT ON THE _____ day of _____ , 2002, at _____ O'clock a.m., and served the person named therein on the day and in the manner indicated against each name.

_____

## RETURN

Received this writ on the _____ day of _____, 20____, at _____ o'clock
_____m., and on the _____ day of _____, 20___, I served the same
on the within named by _____.

## RETURN OF SERVICE OF EXECUTION OF COSTS (PERSONAL)

**Fees**
Service $_____     I received this execution on _____, 20____ at _____
Mileage _____     o'clock _____m., and made personal service of it upon _____
Total  $_____     upon _____
                       By locating him-them and tendering a copy of execution and
                       accompanying documents, on _____, 20___.

_____
                    Sheriff

By:_____
                                   Deputy

## RETURN OF SERVICE OF EXECUTION OF COSTS (RESIDENCE)

**Fees**
Service $_____     I received this execution on _____, 20____ at _____
Mileage _____     o'clock _____m., and made residence service of it upon the defendant(s)
Total  $_____
                       by  leaving,  at  this  their  usual  place  of  residence  with
                       _____
                       a person of suitable age and discretion then residing therein, a copy of
                       the execution and accompanying documents on _____, 20___.

_____
                    Sheriff

By:_____

## RETURN OF SERVICE OF EXECUTION OF COSTS (FAILURE OF SERVICE)

**Fees**
Service $ _1 00_     I received this execution on _10-3P_, 20_04_ at _8 50_
Mileage _____     o'clock _11_m., with instructions to make personal-residence service
Total  $ _1 00_     upon the defendant(s; _sntmee mhsq_
                    and I was unable to serve a copy of the execution upon _for the following
                    reasons: _no such kivdr_
                    _TK dtrcc _m/0_

_____
                    Sheriff

By:_N Poledica_____
                                   Deputy

# PRAECIPE FOR SUBPOENA — In State Case

Revised Code, Section 2303.11

THE STATE OF OHIO,

            Plaintiff,   (

vs.   (

NATHANIEL JACKSON,   (

            Defendant.   (

COMMON PLEAS COURT

Trumbull County, Ohio

No.:01-CR-794

PRAECIPE

To the Clerk of Courts:

    Issue Subpoena for the following persons, to-wit:

| NAME | ADDRESS | MILES | How Served | Served |
|------|---------|-------|-----------|--------|
| SANTIAGO MASON | 358 Red Drive<br>Warren, Ohio | | | |

To appear as witnesses in the above case, on the 1st day of November, 2002, at 4:00 O'clock A.m. Required on behalf of the defendant, NATHANIEL JACKSON.

*Anthony V. Consoldane (signature)*

Anthony V. Consoldane (#0000761)
328 Mahoning Ave.
Warren, Ohio 44483
(330) 393-7727

---

## Subpoena in Criminal Case

The State of Ohio, Trumbull County.

                          Common Pleas Court

To each of above named Persons:

You are hereby required to be and appear before the Common Pleas Court at the Court House in said County, on the day and hour set forth in the above Praecipe, to testify as a witness in a certain case pending in said Court, wherein the Plaintiff and Defendant are as named above, and not depart the Court without leave. Herein fail not, under penalty of the law. And have you then and there this writ.

    Said Court requires your said attendance on behalf of the party filing said Praecipe.

WITNESS my hand and the seal of said Court

This 25 day of October 2002

*Margaret R. O'Brien* _____ Clerk

*D. Sekerak* _____ Deputy

RETURN OF SERVICE

I RECEIVED THIS WRIT ON THE _____ day of _____ , 2002, at _____ O'clock _____ a.m., and served the person named therein on the day and in the manner indicated against each name.

_____

Revised Code, Section 2303.11

| THE STATE OF OHIO, | | COMMON PLEAS COURT |
| | Plaintiff, ( | Trumbull County, Ohio |
| VS. | ( | No.: 01-CR-794 |
| | ( | |
| NATHANIEL JACKSON, | ( | PRAECIPE |
| | Defendant. ( | |

To the Clerk of Courts:

Issue Subpoena for the following persons, to-wit:

| NAME | ADDRESS | MILES | How Served | Day Served |
|------|---------|-------|------------|------------|
| David Hines<br>Trumbull County Auditor | 160 High Street<br>Warren, Ohio 44483 | | | |

To appear as witness in the above case, on the 1st day of November, 2002, at 9:00 O'clock a.m., and testify as a witness in the above case, and to bring and produce at the time aforesaid any and all property records such as: location, ownership, value, etc., which is known as the Base Tab located at the Trumbull County Auditor's Office, held in the name of Donna M. Roberts, or any variation thereof, from January 1, 1991 to January 1, 2002, for Nathaniel Jackson in the matter of State of Ohio v. Nathaniel Jackson, case number 01-CR-794.

Anthony V. Consoldane #0000761
Attorney for Defendant
328 Mahoning Ave.
Warren, Ohio 44483
(330) 393-7727

## SUBPOENA IN CRIMINAL CASE

The State of Ohio, Trumbull County.

Common Pleas Court

To each of above named Persons:

You are hereby required to be and appear before the Common Pleas Court at the Court House in said County, on the day and hour set forth in the above Praecipe, to testify as a witness in a certain case pending in said Court, wherein the Plaintiff and Defendant are as named above, and not depart the Court without leave. Herein fail not, under penalty of the law. And have you then and there this writ.

Said Court requires your said attendance on behalf of the party filing said Praecipe.

WITNESS my hand and the seal of said Court

This 30 day of Oct 20 02

_____ Clerk

_____ Deputy

RETURN OF SERVICE

I RECEIVED THIS WRIT ON THE _____ day of _____ 20_____, at _____ O'clock a.m., and served the person named therein on the day and in the manner indicated against each name.

_____

_____

257

**RETURN**

Received this writ on the _____ day of _____, 20___, at _____ o'clock
_____m., and on the _____ day of _____, 20___, I served the same
on the within named by _____.

## RETURN OF SERVICE OF EXECUTION OF COSTS (PERSONAL)

Fees
Service $_____      I received this execution on _____, 20____ at _____
Mileage   _____      o'clock _____m., and made personal service of it upon _____
  Total  $_____      upon _____
                          By locating him-them and tendering a copy of execution and
                          accompanying documents, on _____, 20___.

                          _____
                                        Sheriff

                          By:_____
                                                      Deputy

## RETURN OF SERVICE OF EXECUTION OF COSTS (RESIDENCE)

Fees
Service $ *1.00*        I received this execution on _*10-31*_, 20*0* at *10.14*
Mileage   _____     o'clock _*H*_ m., and made residence service of it upon the defendant(s)
  Total  $ *1.00*       *David Jones*
                        by  leaving,  at  this  their  usual  place  of  residence  with
                        *Ronnie H Jacobs*
                        a person of suitable age and discretion then residing therein, a copy of
                        the execution and accompanying documents on _*10-31*_ 20*0*

                        _____
                                        Sheriff

                        By: _____

## RETURN OF SERVICE OF EXECUTION OF COSTS (FAILURE OF SERVICE)

Fees
Service $_____      I received this execution on _____, 20____ at _____
Mileage   _____      o'clock _____m., with instructions to make personal-residence service
  Total  $_____      upon the defendant(s) _____

                          _____
                          and I was unable to serve a copy of the execution upon _for the following
                          reasons: _____
                          _____
                          _____

                          _____
                                        Sheriff

                          By:_____
                                                      Deputy

PRAECIPE FOR SUBPOENA
DUCES TECUM

evised Code, Section 2303.11

| THE STATE OF OHIO, | | COMMON PLEAS COURT |
| | Plaintiff, | Trumbull County, Ohio |
| VS. | | No.: 01-CR-794 |
| NATHANIEL JACKSON, | | PRAECIPE |
| | Defendant. | |

To the Clerk of Courts:

Issue Subpoena for the following persons, to-wit:

| NAME | ADDRESS | MILES | How Served | Day Served |
|---|---|---|---|---|
| Diana Marchese Trumbull County Recorder | 160 High Street Warren, Ohio 44483 | | | |

To appear as witness in the above case, on the 1st day of November, 2002, at 9:00 O'clock a.m., and testify as a witness in the above case, and to bring and produce at the time aforesaid any and all property deeds and mortgages held in the name of Donna M. Roberts, or any variation thereof, from January 1, 1991 to January 1, 2002, for Nathaniel Jackson in the matter of State of Ohio v. Nathaniel Jackson, case number 01-CR-794.

Anthony V. Consoldane #0000761
Attorney for Defendant
328 Mahoning Ave.
Warren, Ohio 44483
(330) 393-7727

SUBPOENA IN CRIMINAL CASE

The State of Ohio, Trumbull County.

Common Pleas Court

To each of above named Persons:

You are hereby required to be and appear before the Common Pleas Court at the Court House in said County, on the day and hour set forth in the above Praecipe, to testify as a witness in a certain case pending in said Court, wherein the Plaintiff and Defendant are as named above, and not depart the Court without leave. Herein fail not, under penalty of the law. And have you then and there this Writ.

Said Court requires your said attendance on behalf of the party filing said Praecipe.

WITNESS my hand and the seal of said Court.

This 30 day of Oct 02

_____ Clerk

_____ Deputy

RETURN OF SERVICE

I RECEIVED THIS WRIT ON THE _____ day of _____ 20 _____, at _____ O'clock a.m., and served the person named therein on the day and in the manner indicated against each name.

RETURN

Received this writ on the _____ day of _____, 20____, at _____ o'clock ____m., and on the _____ day of _____, 20____, I served the same on the within named by _____.

## RETURN OF SERVICE OF EXECUTION OF COSTS (PERSONAL)

Fees
Service $_____  I received this execution on _____, 20____ at _____
Mileage _____  o'clock ____m., and made personal service of it upon _____
Total $_____  upon _____
By locating him-them and tendering a copy of execution and accompanying documents on _____, 20____.

_____
Sheriff

By:_____
                                          Deputy

## RETURN OF SERVICE OF EXECUTION OF COSTS (RESIDENCE)

Fees
Service $ *1.00*  I received this execution on *10-31* 20 *02* at *10:14*
Mileage _____  o'clock *A* m., and made residence service of it upon the defendant(s)
Total $ *1.00*  *VENA MARCHESE*
by leaving, at this their usual place of residence with *BARBARA S ADAMS*
a person of suitable age and discretion then residing therein, a copy of the execution and accompanying documents on *10-31* 20 *02*

_____
Sheriff

By: _____

## RETURN OF SERVICE OF EXECUTION OF COSTS (FAILURE OF SERVICE)

Fees
Service $_____  I received this execution on _____, 20____ at _____
Mileage _____  o'clock ____m., with instructions to make personal-residence service
Total $_____  upon the defendant(s) _____

and I was unable to serve a copy of the execution upon _for the following reasons: _____
_____

_____
Sheriff

By:_____
                                          Deputy

PRAECIPE FOR SUBPOENA
DUCES TECUM

Revised Code, Section 2303.11

| THE STATE OF OHIO, | | ( | COMMON PLEAS COURT |
|---|---|---|---|
| | Plaintiff, | ( | Trumbull County, Ohio |
| vs. | | ( | No.: 01-CR-794 |
| | | ( | |
| NATHANIEL JACKSON, | | ( | PRAECIPE |
| | Defendant. | ( | |

To the Clerk of Courts:

Issue Subpoena for the following persons, to-wit:

| NAME | ADDRESS | MILES | How Served | Day Served |
|---|---|---|---|---|
| BMV<br>Attn: Tammy Kaye | 2027 Elm Road<br>Warren, Ohio 44483 | | | |

To appear as witness in the above case, on the 1st day of November, 2002, at 9:00 O'clock a.m., and testify as a witness in the above case, and to bring and produce at the time aforesaid any and all registration records for a 2001, Silver, Chrysler 300M, Vin #2C3AE66G81H526861 registered to Donna M. Roberts or any other variation of that name for Nathaniel Jackson in the matter of State of Ohio v. Nathaniel Jackson, case number 01-CR-794.

Anthony V. Consoldane #0000761
Attorney for Defendant
328 Mahoning Ave.
Warren, Ohio 44483
(330) 393-7727

SUBPOENA IN  CRIMINAL CASE

The State of Ohio, Trumbull County.

Common Pleas Court

To each of above named Persons:
You are hereby required to be and appear before the Common Pleas Court at the Court House in said County, on the day and hour set forth in the above Praecipe, to testify as a witness in a certain case pending in said Court, wherein the Plaintiff and Defendant are as named above, and not depart the Court without leave. Herein fail not, under penalty of the law. And have you then and there this writ.
Said Court requires your said attendance on behalf of the party filing said Praecipe.

WITNESS my hand and the seal of said Court

This 30 day of Oct 2002

_____ Clerk

_____ Deputy

RETURN OF SERVICE
I RECEIVED THIS WRIT ON THE _____ day of
_____ 20 _____, at _____
O'clock a.m., and served the person named therein on the day and in the manner indicated against each name.

_____

RETURN

Received this writ on the _____ day of _____, 20____, at _____ o'clock
_____m., and on the _____ day of _____, 20____, I served the same
on the within named by _____.

## RETURN OF SERVICE OF EXECUTION OF COSTS (PERSONAL)

**Fees**
Service $ _1 00_
Mileage _2 30_
Total $ _3. 30_

I received this execution on _10-31_ 20_02_ at _10:13_
o'clock _11_ m., and made personal service of it upon _____
upon _Tammy Laye_
By locating him-them and tendering a copy of execution and
accompanying documents, on _12-31_ , 20_2_.

_____
Sheriff

By: _____
                                    Deputy

## RETURN OF SERVICE OF EXECUTION OF COSTS (RESIDENCE)

**Fees**
Service $ _____
Mileage _____
Total $ _____

I received this execution on _____, 20____ at _____
o'clock _____ m., and made residence service of it upon the defendant(s)
_____
by leaving, at this their usual place of residence with
_____
a person of suitable age and discretion then residing therein, a copy of
the execution and accompanying documents on _____, 20____.

_____
Sheriff

By: _____

## RETURN OF SERVICE OF EXECUTION OF COSTS (FAILURE OF SERVICE)

**Fees**
Service $ _____
Mileage _____
Total $ _____

I received this execution on _____, 20____ at _____
o'clock _____ m., with instructions to make personal-residence service
upon the defendant(s) _____
_____
and I was unable to serve a copy of the execution upon _for the following
reasons: _____
_____
_____

_____
Sheriff

By: _____
                                    Deputy

IN THE COURT OF COMMON PLEAS
TRUMBULL COUNTY, OHIO

STATE OF OHIO,                        )        Case No. 01-CR-794
                                      )
          Plaintiff,                  )
                                      )
     -v-                              )        Judge John Stuard
                                      )
NATHANIEL JACKSON,                    )        JUDGMENT ENTRY
                                      )
          Defendant.                  )

ORDER

Upon a proper showing that Investigators Morris Hill and Ben DiGiovanni of the Ohio Public Defender's Office are not a party to this action and are eighteen (18) years of age or older, it is hereby ORDERED that said Investigators Morris Hill and Ben DiGiovanni shall receive, serve, and make return of subpoenas herein according to law.

_____
JUDGE



UNITED STATES POSTAL SERVICE

First Class Mail
& Fees Paid
Permit No. G-10

NOV 5 2002

MARGARET R O'BRIEN
CLERK OF COMMON PLEAS COURT
160 HIGH ST NW
WARREN OH 44481-1005

2 6 1