UNITED STATES DISTRICT COURT
FOR THE NOTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| **Nathaniel Jackson,** | : | |
| | : | |
| Petitioner, | : | Case No. 4:07-CV-880 |
| | : | |
| v. | : | JUDGE GWIN |
| | : | |
| **Marc C. Houk, Warden,** | : | |
| | : | |
| Respondent. | : | *Death Penalty Case* |

**WARDEN'S NOTICE OF RESUBMISSION OF
APPENDIX TO RETURN OF WRIT DOC. 25**

The Warden notifies the Court and the petitioner of the resubmission of the Appendix to the Return of Writ, originally filed as Doc. 25. The purpose of this resubmission is to make the Appendix a part of the electronic docket and to supply each Appendix page with a PAGE ID designation. No substantive change to the hard-copy Appendix is intended.

Respectfully submitted,

MICHAEL DEWINE
Attorney General

s/Stephen E. Maher
**STEPHEN E. MAHER (0032279)**
Assistant Attorney General
*Lead and Trial Counsel*
Capital Crimes Unit
30 East Broad Street, 23rd Floor
Columbus, Ohio 43215-3428
(6l4) 728-7055; (614) 728-8600 (fax)

1

smaher@ag.state.oh.us

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing *Warden's Notice of resubmission of the Appendix to the Return of Writ* has been forwarded via the court's electronic filing to all parties of record this 07th day of March, 2013.

s/Stephen E. Maher
**STEPHEN E. MAHER (0032279)**
Assistant Attorney General
*Lead and Trial Counsel*
Capital Crimes Unit
30 East Broad Street, 23rd Floor
Columbus, Ohio 43215-3428
(6l4) 728-7055; (614) 728-8600 (fax)
smaher@ag.state.oh.us