

*General Inquiry*

| Summary | Parties | Events | Dockets | Fields | Notes | Disposition |

New Se

## Docket Search

2001 CR 00794 STATE OF OHIO -VS- JACKSON, NATHANIEL E JMS

**Search Criteria**

| | |
|---|---|
| Docket Desc. | ALL |
| Begin Date | |
| End Date | |

**Sort**
○ Ascending
◉ Descending

[ Search ]

**Search Results**    First 100 of result set displayed, Please limit search critera.

| Docket Date | Docket Text | Amount | Amount Due | Images |
|---|---|---|---|---|
| 01/29/2007 | POSTAGE | 2.34 | 2.34 | |
| 01/23/2007 | STATES RESPONSE TO DEFT JACKSON'S MOTION TO DISQUALIFY THE OFFICE OF THE TRUMBULL COUNTY PROSECUTING ATTY WITH SERVICE FILED BY PROSECUTOR | 0.00 | 0.00 | |
| 01/22/2007 | CONTINUANCE GRANTED TO RESPOND TO DEFT'S MOTION TO DISQUALITY THE PROS. OFFICE IS GRANTED UNTIL JAN 24 2007. 1-22-07 COPIES TO A. CONSOLDANE, R. PORTER, J. LEWIS, J. LACZKO, D LAGER AND PROS. | 2.00 | 2.00 | |
| 12/26/2006 | JUDGMENT ENTRY ON THE DEFTS 12-8-06 MOTION FOR CLARIFICATION. SEE JE | 2.00 | 2.00 | |
| 12/01/2006 | ORDERED THAT THE AFFIDAVIT OF DISQUALIFICATION IS DENIED | 1.56 | 1.56 | |
| 10/27/2006 | NATHANIEL JACKSON'S CORRECTED REPLY IN SUPPORT OF HIS MOTION FOR RELIEF FROM | 0.00 | 0.00 | |

JUDGMENT WITH SERVICE FILED
BY ATTY RANDALL PORTER

| | | | |
|---|---|---|---|
| 10/26/2006 | NATHANIEL JACKSON'S REPLY IN SUPPORT OF HIS MOTION FOR RELIEF FROM JUDGMENT WITH SERVICE FILED BY ATTY RANDALL PORTER | 0.00 | 0.00 |
| 10/19/2006 | STATES ANSWER TO DEFTS MOTION FOR RELIEF FROM JUDGMENT WITH SERVICE FILED BY PROSECUTOR | 0.00 | 0.00 |
| 10/10/2006 | NATHANIEL JACKSON'S APPLICATION FOR DISQUALIFICATION OF TRUMBULL COUNTY COMMON PLEAS JUDGE JOHN M STUARD WITH SERVICE FILED BY ATTY RANDALL PORTER ALONG WITH LETTER FROM SUPREME COURT OF OHIO STATING THAT THIS APPLICATION WAS FILED AT THE SUPREME COURT - CASE NO 06AP102 | 0.00 | 0.00 |
| 10/05/2006 | NATHANIEL JACKSON'S REPLY TO MOTION FOR RECUSAL WITH SERVICE FILED BY ATTY RANDALL PORTER | 0.00 | 0.00 |
| 10/04/2006 | MOTION TO CONTINUE WITH SERVICE FILED BY PROSECUTOR | 0.00 | 0.00 |
| 09/27/2006 | STATES ANSWER TO DEFTS MOTION FOR RECUSAL OF JUDGE STUARD WITH SERVICE FILED BY PROSECUTOR | 0.00 | 0.00 |
| 09/20/2006 | NOTICE | 0.00 | 0.00 |
| 09/20/2006 | NATHANIEL JACKSON'S MOTION TO DISQUALIFY THE OFFICE OF THE TRUMBULL COUNTY PROSECUTING ATTORNEY FILED BY THE DEFENDANT'S ATTORNEY RANDALL PORTER | 0.00 | 0.00 |
| 09/19/2006 | POSTAGE - 09/22/06 COPIES SENT TO PROS, A.CONSOLDANE, R.PORTER, J.LEWIS & J.LACZKO | 1.95 | 1.95 |
| 09/19/2006 | STATES MOTION TO ENTEND TIME TO FILE ITS RESPONSE IS GRANTED. STATES RESPONSE IS DUE BY OCTOBER 19, 2006. | 0.00 | 0.00 |
| 09/13/2006 | MOTION TO EXTEND TIME TO FILE REPSONSE WITH SERVICE FILED BY PROSECUTOR | 0.00 | 0.00 |
| 09/13/2006 | NOTICE FILE REQUESTED BY JUDGE STUARD FROM CLERK'S OFFICE | 0.00 | 0.00 |

| Date | Description | | |
|---|---|---|---|
| 09/13/2006 | NATHANIEL JACKSON'S MOTION FOR RECUSAL WITH SERVICE FILED BY ATTY RANDALL PORTER | 0.00 | 0.00 |
| 09/05/2006 | NATHANIEL JACKSON'S MOTION FOR RELIEF FROM JUDGMENT WITH SERVICE FILED BY ATTY RANDALL PORTER | 0.00 | 0.00 |
| 08/25/2006 | STATES RESPONSE TO DEFTS REQUEST FOR LEAVE TO FILE A MOTION FOR NEW SENTENCING HEARING WITH SERVICE FILED BY PROSECUTOR | 0.00 | 0.00 |
| 08/15/2006 | REQUEST FOR LEAVE TO FILE HIS MOTION FOR A NEW SENTENCING HEARING FILED BY THE DEFENDANT'S ATTORNEY RANDALL PORTER | 0.00 | 0.00 |
| 05/30/2006 | 1097/689 MANDATE FROM COURT OF APPEALS Amount Owed: $2.00 Paid Before Conversion: $0.00 Receipt Number: | 2.00 | 2.00 |
| 03/07/2006 | 1088/969 MANDATE FROM COURT OF APPEALS - JUDGMENT OF TRIAL COURT IS AFFIRMED Amount Owed: $2.00 Paid Before Conversion: $0.00 Receipt Number: | 2.00 | 2.00 |
| 01/26/2006 | 1084/622 ORDER FROM THE SUPREME COURT OF OHIO RE MOTION FOR STAY IS GRANTED Amount Owed: $2.00 Paid Before Conversion: $0.00 Receipt Number: | 2.00 | 2.00 |
| 01/24/2006 | 1084/393 OPINION OF THE SUPREME COURT OF OHIO (SEE JE) Amount Owed: $76.00 Paid Before Conversion: $0.00 Receipt Number: | 76.00 | 76.00 |
| 06/30/2005 | POSTAGE Amount Owed: $1.85 Paid Before Conversion: $0.00 Receipt Number: | 1.85 | 1.85 |
| 06/29/2005 | 1064/918 MOTION FOR APPOINTMENT OF OCUNSEL IS GRANTED. ATTY DENNIS LAGER IS APPOINTED AS COUNSEL. THIS ORDER IS EFFECTIVE NUNC PRO TUNC TO FEBRUARY 6, 2003. 6/30/05 COPIES: PROSECUTOR, A CONSOLDANE, J LEWIS, J LACZKO, R PORTER Amount Owed: $2.00 Paid Before Conversion: $0.00 Receipt Number: | 2.00 | 2.00 |
| 08/30/2004 | POSTAGE Amount Owed: $1.85 Paid Before Conversion: $0.00 Receipt | 1.85 | 1.85 |

Number:

| Date | Description | | |
|---|---|---|---|
| 08/30/2004 | 1039/809 DEFTS MOTION FOR LEAVE OF COURT TO CONDUCT DISCOVERY RENDERED MOOT. SEE FINDINGS OF FACT FILED ON 6/14/04. 8/31/04 COPIES SENT TO: PROSECUTOR, A CONSOLDANE, J LEWIS, J LACZKO & R PORTER Amount Owed: $2.00 Paid Before Conversion: $0.00 Receipt Number: | 2.00 | 2.00 |
| 07/12/2004 | NOTICE OF APPEAL TO THE ELEVENTH DISTRICT COURT OF APPEALS FILED BY ATTY RANDALL PORTER | 0.00 | 0.00 |
| 06/18/2004 | NATHANIEL JACKSON'S MOTION REQUESTING THE COURT NOT DELEGATE ITS JUDICIAL FUNCTION TO THE PREVAILING PARTY IN DRAFTING FINDINGS OF CACT AND CONCLUSIONS OF LAW FILED BY RANDALL L PORTER ASSISTANT STATE PUBLIC DEFENDER | 0.00 | 0.00 |
| 06/14/2004 | 1032/878 FINDINGS OF FACT AND CONCLUSIONS OF LAW DISMISSING PETITIONER'S ORIGINAL AND AMENDED PETITION FOR POST CONVICTION RELIEF. IT IS ORDERED THAT PETITIONER'S PETITION TO VACATE OR SET ASIDE SENTENCE IS DISMISSED WITHOUT A HEARING. Amount Owed: $66.00 Paid Before Conversion: $0.00 Receipt Number: | 66.00 | 66.00 |
| 06/14/2004 | NATHANIEL JACKSON'S MOTION FOR LEAVE OF COURT TO CONDUCT DISCOVERY FILED BY THE DEFENDANT'S ATTORNEY RANDALL L PORTER ASSISTANT STATE PUBLIC DEFENDER | 0.00 | 0.00 |
| 06/10/2004 | FILE SENT UP TO JUDGE JOHN M STUARD ON 6-10-04 | 0.00 | 0.00 |
| 06/02/2004 | NATHANIEL JACKSON'S APPENDIX TO HIS MEMORANDUM CONTRA TO THE PROSECUTOR'S MOTION TO DISMISS FILED BY THE OHIO PUBLIC DEFENDER ATTORNEY DAVID BODIOKER | 0.00 | 0.00 |
| 05/27/2004 | NATHANIEL JACKSON'S FIRST NOTICE OF ADDITIONAL AUTHORITY IN SUPPORT OF HIS MEMORANDUM CONTRA FILED BY ATTORNEY RANDALL PORTER | 0.00 | 0.00 |

| | | | |
|---|---|---|---|
| | ASSISTANT STATE PUBLIC DEFENDER | | |
| 05/20/2004 | NATHANIEL JACKSON'S MEMORANDUM CONTRA TO THE PROSECUTOR'S MOTION TO DISMISS FILED BY THE THE DEFENDANT'S ATTORNEY | 0.00 | 0.00 |
| 05/13/2004 | 1030/743 THE DUE DATE FOR NATHANIEL JACKSON'S REPLY TO THE STATE'S MOTIONS TO DISMISS AT 5/20/04. SEE J/E. Amount Owed: $2.00 Paid Before Conversion: $0.00 Receipt Number: | 2.00 | 2.00 |
| 05/13/2004 | NATHANIEL E JACKSON'S OTION TO GRANT HIM UNTIL MAY 20 2004 IN WHICH TO RESPOND TO THE STATE'S MOTION TO DISMISS FILED THE DEFENDANT'S ATTORNEY RANDALL PORTER ASSISTANT STATE PUBLIC DEFENDER | 0.00 | 0.00 |
| 04/27/2004 | POSTAGE Amount Owed: $1.85 Paid Before Conversion: $0.00 Receipt Number: | 1.85 | 1.85 |
| 04/27/2004 | 1029/415 ORDER FOR DEFENDANT NATHANIEL JACKSON'S MOTION FOR APPOINTMENT OF COUNSEL GRANTED. COURT APPOINTS ASSISTANT STATE PUBLIC DEFENDER RANDALL L PORTER. ORDER IS EFFECTIVE NUN PRO TUNC TO JULY 9, 2003. 4/27/04 COPIES SENT TO: A CONSOLDANE, J LEWIS, J LACZKO, R PORTER, PROSECUTOR Amount Owed: $2.00 Paid Before Conversion: $0.00 Receipt Number: | 2.00 | 2.00 |
| 04/23/2004 | NATHANIEL JACKSON'S MOTION TO GRANT HIM UNTIL MAY 20 2004 IN WHICH TO RESPONSE TO THE STATE'S MOTION TO DISMISS FILED BY THE DEFENDANT'S ATTORNEY RANDALL L PORTER OFFICE OF THE OHIO PUBLIC DEFENDER | 0.00 | 0.00 |
| 04/22/2004 | MOTION FOR APPOINTMENT OF COUNSEL FILED BY ATTORNEY RANDALL L PORTER ASSISTANT STATE PUBLIC DEFENDER OF THE OHIO PUBLIC DEFENDER | 0.00 | 0.00 |
| 04/13/2004 | MOTION TO DISMISS AMENDED PETITION FILED BY THE PROSECUTOR'S OFFICE | 0.00 | 0.00 |

| Date | Description | | |
|---|---|---|---|
| 03/31/2004 | POSTAGE Amount Owed: $1.11 Paid Before Conversion: $0.00 Receipt Number: | 1.11 | 1.11 |
| 03/31/2004 | 1027/311 THIS COURT FIXED THE DUE DATE FOR THE STATES RESPONSE BY ANSWER OR MOTION TO PETITIONER'S AMENDED POSTCONVICTION PETITION TO 4/30/04. 3/31/04 COPIES SENT TO: D BODIKER, R PORTER & PROSECUTOR Amount Owed: $2.00 Paid Before Conversion: $0.00 Receipt Number: | 2.00 | 2.00 |
| 03/30/2004 | MOTION FOR ADDITIONAL TIME TO FILE RESPONSIVE PLEADING FILED BY THE PROSECUTOR'S OFFICE ATTORNEY LUWAYNE ANNOS | 0.00 | 0.00 |
| 03/30/2004 | MOTION TO DISMISS FILED BY THE PROSECUTOR'S OFFICE ATTORNEY LUWAYNE ANNOS | 0.00 | 0.00 |
| 03/29/2004 | COPY OF NATHANIEL JACKSON'S AMENDED POST-CONVICTION PETITION AND COPY OF VOLUME,I,II EXHIBITS TO NATHANIEL JACKSON'S AMENDED POST-CONVICTION PETITION GIVEN TO THE TRUMBULL COUNTY PROSECUTOR'S OFFICE ON 3-29-04 PERSONAL SERVICE TO LUWAYNE ANNOS | 0.00 | 0.00 |
| 03/29/2004 | VOLUME I,II EXHIBITS TO NATHANIEL JACKSON'S AMENDED POST-CONVICTION PETITION FILED BY ATTORNEY RANDALL PORTER | 0.00 | 0.00 |
| 03/29/2004 | NATHANIEL JACKSON'S AMENDED POST-CONVICTION PETITION FILED BY ATTORNEY RANDALL PORTER COUNSEL FOR PETITIONER | 0.00 | 0.00 |
| 03/08/2004 | POSTAGE Amount Owed: $1.11 Paid Before Conversion: $0.00 Receipt Number: | 1.11 | 1.11 |
| 03/05/2004 | 1025/038 THE DATE FOR THE STATES RESPONSE BY ANSWER OR MOTION IS EXTENDED FROM 3/1/04 TO 3/31/04. 3/8/04 COPIES SENT TO: PROSECUTOR, D BODIKER & R PORTER Amount Owed: $2.00 Paid Before Conversion: $0.00 Receipt Number: | 2.00 | 2.00 |
| 02/24/2004 | MOTION TO EXTEND TIME TO RESPOND FILED BY THE | 0.00 | 0.00 |

| | | | |
|---|---|---|---|
| | PROSECUTOR'S OFFICE | | |
| 01/21/2004 | POSTAGE Amount Owed: $1.11 Paid Before Conversion: $0.00 Receipt Number: | 1.11 | 1.11 |
| 01/21/2004 | 1021/395 PURSUANT TO A MOTION BY THE PLAINTIFF-RESPONDENT, THE STATE OF OHIO, AND R.C. 2953.21(D), THIS COURT FIXES THE DUE DATE FOR THE STATE'S RESPONSE BY ANSWER OR MOTION AT 3/1/04. THE STATE, PER MOTION, HAS SHOWN GOOD CAUSE TO EXTEND THE DUE DATE FROM 1/15/04 TO 3/1/04. 1/21/04 COPIES SENT TO: PROSECUTOR, D BODIKER & R PORTER Amount Owed: $2.00 Paid Before Conversion: $0.00 Receipt Number: | 2.00 | 2.00 |
| 01/14/2004 | MOTION TO EXTEND TIME TO REPSOND WITH SERVICE FILED BY PROSECUTOR | 0.00 | 0.00 |
| 01/12/2004 | COPIES OF NATHANIEL JACKSON POST-CONVICTION PETITION VOLUME 1 & 2 FILED BY THE OFFICE OF THE OHIO PUBLIC DEFENDER GIVEN TO THE TRUMBULL COUNTY PROSECUTOR'S OFFICE ON JANUARY 12 2004 | 0.00 | 0.00 |
| 01/05/2004 | NATHANIEL JACKSON'S POST CONVICTION PETITION VOLUME II FILED BY ATTY RANDALL PORTER | 0.00 | 0.00 |
| 01/05/2004 | NATHANIEL JACKSON'S POST-CONVICTION PETITION VOLUME 1 FILED BY ATTY RANDALL PORTER | 0.00 | 0.00 |
| 07/03/2003 | RECORD FILED WITH THE SUPREME COURT OF OHIO. RECORD CONSISTS OF 7 BOXES AND ONE POSTER INCLUDING EVIDENCE,16 VOL TRANSCRIPTS, ORIGINAL PAPERS, AND CERTIFIED COPY OF TRANSCRIPT OF DOCKET AND JOURNAL ENTRIES AND EXHIBIT LIST. CERTIFIED COPIES TO COUNSEL. | 0.00 | 0.00 |
| 06/25/2003 | TRANSCRIPT OF PROCEEDINGS(16 VOLUMES) FILED BY COURT REPORTER | 0.00 | 0.00 |
| 06/25/2003 | HERAING FILED BY MARY ANN MILLS OFFICIAL COURT REPORTER EXHIBITS FROM JURY TRIAL | 0.00 | 0.00 |

PROCEEDINGS AND MITIGATION

| | | | |
|---|---|---|---|
| 05/12/2003 | 1001/428 MOTION FOR EXTENSION OF TIME TO TRANSMIT THE RECORD IS GRANTED AND THE TIME FOR TRANSMITTING THE RECORD IS EXTENDED TO 7/7/03 Amount Owed: $2.00 Paid Before Conversion: $0.00 Receipt Number: | 2.00 | 2.00 |
| 03/14/2003 | MEMORANDUM IN OPPOSITION TO DEFENDANT'S MOTION TO PROHIBIT REFERENCE TO NATURE ANND CIRCUMSTANCES OF THE OFFENSE AS A FACTOR TO BE CONSIDERED IN MITIGATION OR IN INTRODUCTORY LANGUAGE RESPECTING MITIGATION FILED BY THE PROSECUTOR'S OFFICE | 0.00 | 0.00 |
| 02/04/2003 | 993/384 DEFTS MOTION FOR TRANSCRIPTS GRANTED Amount Owed: $2.00 Paid Before Conversion: $0.00 Receipt Number: | 2.00 | 2.00 |
| 01/27/2003 | NOTICE OF APPEAL OF APPELLANT,NATHANIEL E JACKSON FILED BY THE SUPREME COURT OF OHIO ALSO ORDER TO CERTIFY RECORD IN DEATH PENALTY CASE FILED | 0.00 | 0.00 |
| 01/21/2003 | 991/929 ORDER FOR MARY ANN MILLS, KELLY WILSON AND LORI RITTWADGE, OFFICIAL COURT REPORTERS, PRODUCE COPY OF ALL PROCEEDINGS FOR PURPOSES OF APPEAL. Amount Owed: $2.00 Paid Before Conversion: $0.00 Receipt Number: | 2.00 | 2.00 |
| 01/21/2003 | MOTION FOR TRANSCRIPTS FILED BY ATTORNEY JOHN LACZKO. | 0.00 | 0.00 |
| 01/03/2003 | 990/462 APPROVAL OF PAYMENT OF EXPERT EXPENSES Amount Owed: $12.00 Paid Before Conversion: $0.00 Receipt Number: | 12.00 | 12.00 |
| 12/17/2002 | POSTAGE Amount Owed: $0.74 Paid Before Conversion: $0.00 Receipt Number: | 0.74 | 0.74 |
| 12/17/2002 | 989/424 DEFTS MOTION FOR A NEW TRIAL IS DENIED. SEE J/E. 4/17/02 COPIES SENT TO: PROSECUTOR & A CONSOLIDANE Amount Owed: $2.00 Paid Before Conversion: $0.00 Receipt Number: | 2.00 | 2.00 |
| 12/17/2002 | 989/422 JUDGMENT ON VERDICT | 4.00 | 4.00 |

|            |                                                                                                                                                                                                                                                                      |       |       |
|------------|------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|-------|-------|
|            | Amount Owed: $4.00 Paid Before Conversion: $0.00 Receipt Number:                                                                                                                                                                                                      |       |       |
| 12/17/2002 | EXECUTION OF COSTS RETURNED ENDORSED BY SHERIFF Amount Owed: $5.00 Paid Before Conversion: $0.00 Receipt Number:                                                                                                                                                       | 5.00  | 5.00  |
| 12/16/2002 | MOTION TO PROVIDE FINDING OF FACT AND CONCLUSION FILED BY THE DEFENDANT'S ATTORNEY                                                                                                                                                                                     | 0.00  | 0.00  |
| 12/13/2002 | WARRANT RETURNED SHOWING SERVICE ON DEFENDANT SHERIFF ALTIEE Amount Owed: $34.90 Paid Before Conversion: $0.00 Receipt Number:                                                                                                                                         | 34.90 | 34.90 |
| 12/11/2002 | 989/005 DEFENDANT'S MOTION FOR NEW TRIL DENIED. 12/11/02 COPIES SENT: PROSECUTOR, A CONSOLDANE Amount Owed: $2.00 Paid Before Conversion: $0.00 Receipt Number:                                                                                                        | 2.00  | 2.00  |
| 12/11/2002 | 989/004 DEFENDANT'S MOTION FOR PROPORTIONALITY REVIEW IS DENIED. 12/11/02 COPIES SENT" PROSECUTOR, A CONSOLDANE Amount Owed: $2.00 Paid Before Conversion: $0.00 Receipt Number:                                                                                       | 2.00  | 2.00  |
| 12/10/2002 | 988/878 APPROVAL OF PAYMENT OF COUNSEL FEES. 12/10/02 CC TO AUDITOR Amount Owed: $12.00 Paid Before Conversion: $0.00 Receipt Number:                                                                                                                                  | 12.00 | 12.00 |
| 12/10/2002 | 988/877 ORDER ON WARRANT TO CONVEY Amount Owed: $2.00 Paid Before Conversion: $0.00 Receipt Number:                                                                                                                                                                    | 2.00  | 2.00  |
| 12/10/2002 | 988/873 SENTENCING: DECEMBER 9, 2002 - DEFENDANT TO BE TAKEN FROM COURTROOM TO TRUMBULL COUNTY JAIL AND FROM THERE TO CORRECTION RECEPTION CENTER AT LORAIN OHIO AND THEREAFTER SENTENCED TO DEATH ON DECEMBER 10, 2003 ON COUNT ONE; IMPRISONED THEREIN FOR STATED PRISON TERM OF 10 YEARS ON COUNT THREE; PLUS MANDATORY TERM OF 3 YEARS ON FIREARM SPECIFICATION TO BE SERVED PRIOR TO AND CONSECUTIVE TO SENTENCE IMPOSED IN COUNT THREE; 10 YEARS ON COUNT FOUR, PLUS MANDATORY TERM OF 3 | 8.00  | 8.00  |

YEARS ON FIREARM
SPECIFICATION TO BE SERVED
PRIOR TO AND CONSECUTIVE TO
SENTENCE IMPOSED IN COUNT
FOUR, SENTENCE IN COUNT FOUR
TO BE SERVED CONSECUTIVELY TO
SENTENCE IMPOSED ON COUNT
THREE. FIREARM SPECIFICATIONS
IN COUNT 3 AND COUNT 4 SHALL
MERGE AS ONE SENTENCE IN
COUNT 3 AS MATTER OF LAW.
DEFENDANT TO PAY COSTS.
12/10/02 COPIES SENT:
PROSECUTOR, A CONSOLDANE,
SUPREME COURT OF OHIO. Amount
Owed: $8.00 Paid Before Conversion:
$0.00 Receipt Number:

| Date | Description | | |
|---|---|---|---|
| 12/10/2002 | EXECUTION FOR COSTS IN FELONY. ISSUED TO SHERIFF ON 12-10-02 | 0.00 | 0.00 |
| 12/10/2002 | WARRANT TO CONVEY TO CORRECTIONAL RECEPTION CENTER ISSUED TO SHERIFF ON 12-10-02 | 0.00 | 0.00 |
| 12/10/2002 | STENOGRAPHER FEE Amount Owed: $25.00 Paid Before Conversion: $0.00 Receipt Number: | 25.00 | 25.00 |
| 12/10/2002 | COMPLETE RECORD Amount Owed: $20.00 Paid Before Conversion: $0.00 Receipt Number: | 20.00 | 20.00 |
| 12/10/2002 | POST SENTENCING RIGHTS FILED BY PROSECUTOR'S OFFICE | 0.00 | 0.00 |
| 12/10/2002 | MOTION FOR PAYMENT OF EXPERT FEES FILED BY THE DEFENDANT'S ATTORNEY ANTHONY CONSOLDANE | 0.00 | 0.00 |
| 12/09/2002 | 988/789 OPINION OF THE COURT - FINDINGS OF FACT AND CONCLUSIONS OF LAW REGARDING IMPOSITION OF DEATH PENALTY Amount Owed: $24.00 Paid Before Conversion: $0.00 Receipt Number: | 24.00 | 24.00 |
| 11/19/2002 | STENOGRAPHER FEE KELLY J WILSON OFFICIAL COURT REPORTER Amount Owed: $125.00 Paid Before Conversion: $0.00 Receipt Number: | 125.00 | 125.00 |
| 11/18/2002 | 987/116 COUNT ONE: JURY FINDING AND RECOMMENDATION OF DEATH SENTENCE Amount Owed: $4.00 Paid Before Conversion: $0.00 Receipt Number: | 4.00 | 4.00 |

| | | |
|---|---|---|
| 11/18/2002 SENTENCING HEARING 12/09/2002 10:00 AM BEFORE:HON. JOHN M. STUARD LOC:COURT 2 | 0.00 | 0.00 |
| 11/18/2002 HEARING 11/26/2002 01:00 PM BEFORE:HON. JOHN M. STUARD LOC:COURT 2 | 0.00 | 0.00 |
| 11/12/2002 986/722 VERDICT FOR PLAINTIFF - SPECIFICATION #1 TO THE FOURTH COUNT OF THE INDICTMENT Amount Owed: $10.00 Paid Before Conversion: $0.00 Receipt Number: | 10.00 | 10.00 |
| 11/12/2002 986/721 VERDICT FOR PLAINTIFF - COUNT FOUR: INDICTMENT FOR AGGRAVATED ROBBERY Amount Owed: $2.00 Paid Before Conversion: $0.00 Receipt Number: | 2.00 | 2.00 |
| 11/12/2002 986/720 VERDICT FOR PLAINTIFF - SPECIFICATION #1 TO THE THIRD COUNT OF THE INDICTMENT Amount Owed: $2.00 Paid Before Conversion: $0.00 Receipt Number: | 2.00 | 2.00 |
| 11/12/2002 986/719 VERDICT FOR PLAINTIFF - COUNT THREE: INDICTMENT FOR AGGRAVATED BURGLARY Amount Owed: $2.00 Paid Before Conversion: $0.00 Receipt Number: | 2.00 | 2.00 |
| 11/12/2002 986/718 VERDICT FOR PLAINTIFF - SPECIFICATION #2 TO THE SECOND COUNT OF THE INDICTMENT Amount Owed: $2.00 Paid Before Conversion: $0.00 Receipt Number: | 2.00 | 2.00 |
| 11/12/2002 986/717 VERDICT FOR PLAINTIFF - SPECIFICATION #1 TO THE SECOND COUNT OF THE INDICTMENT Amount Owed: $2.00 Paid Before Conversion: $0.00 Receipt Number: | 2.00 | 2.00 |
| 11/12/2002 986/716 VERDICT FOR PLAINTIFF - COUNT TWO: INDICTMENT FOR AGGRAVATED MURDER Amount Owed: $2.00 Paid Before Conversion: $0.00 Receipt Number: | 2.00 | 2.00 |
| 11/12/2002 986/715 VERDICT FOR PLAINTIFF - SPECIFICATION #2 TO THE FIRST COUNT OF THE INDICTMENT Amount Owed: $2.00 Paid Before Conversion: $0.00 Receipt Number: | 2.00 | 2.00 |
| 11/12/2002 986/714 VERDICT FOR PLAINTIFF - SPECIFICATION #1 TO THE FIRST COUNT OF THE INDICTMENT Amount Owed: $2.00 Paid Before Conversion: $0.00 Receipt Number: | 2.00 | 2.00 |

| Date | Description | | |
|------|-------------|------|------|
| 11/12/2002 | 986/713 VERDICT FOR PLAINTIFF. COUNT ONE: INDICTMENT FOR AGGRAVATED MURDER Amount Owed: $2.00 Paid Before Conversion: $0.00 Receipt Number: | 2.00 | 2.00 |
| 11/08/2002 | CERTIFIED MAIL NUMBER 1278833 RETURNED ENDORSED FROM MICHAEL ROBERTS ON 10/29/02 BY KELLY LUMAN | 0.00 | 0.00 |
| 11/01/2002 | 985/837 ORDERED THAT INVESTIGATORS MORRIS HILL AND BEN DIGIOVANNI SHALL RECEIVE, SERVE AND MAKE RETURN OF SUBPEONAS SEE JE Amount Owed: $2.00 Paid Before Conversion: $0.00 Receipt Number: | 2.00 | 2.00 |
| 10/31/2002 | SUBPOENA RETURNED AND ENDORSED ON TAMMY KAYE BY TRUMBULL COUNTY SHERIFF Amount Owed: $2.30 Paid Before Conversion: $0.00 Receipt Number: | 2.30 | 2.30 |
| 10/31/2002 | SUBPOENA RETURNED AND ENDORSED ON DIANA MARCHESE BY TRUMBULL COUNTY SHERIFF Amount Owed: $1.00 Paid Before Conversion: $0.00 Receipt Number: | 1.00 | 1.00 |
| 10/31/2002 | SUBPOENA RETURNED AND ENDORSED ON DAND HINES BY TRUMBULL COUNTY SHERIFF Amount Owed: $1.00 Paid Before Conversion: $0.00 Receipt Number: | 1.00 | 1.00 |
| 10/31/2002 | SUBPOENA RETURNED BY SHERIFF. NO SERVICE ON SANTIAGO MASON Amount Owed: $1.00 Paid Before Conversion: $0.00 Receipt Number: | 1.00 | 1.00 |
| 10/31/2002 | SUBPOENA RETURNED AND ENDORSED ON SKY BANK BY PROCESS SERVER | 0.00 | 0.00 |
| 10/30/2002 | SUBPOENA RETURNED BY SHERIFF. UNABLE TO SERVE JANET CLAY IN TIME FOR HEARING Amount Owed: $1.00 Paid Before Conversion: $0.00 Receipt Number: | 1.00 | 1.00 |
| 10/30/2002 | CERTIFIED MAIL NUMBER 1278835 RETURNED ENDORSED FROM BRENDA K GERARDI ON 10/29/02 BY KELLY LUMAN | 0.00 | 0.00 |
| 10/30/2002 | CERTIFIED MAIL NUMBER 1278834 RETURNED ENDORSED FROM DONNA ROSE ON 10/29/02 BY KELLY LUMAN | 0.00 | 0.00 |

| Date | Description | | |
|---|---|---|---|
| 10/30/2002 | MOTION FOR PROCESS SERVER WITH SERVICE FILED BY ATTY ANTHONY CONSOLDANE | 0.00 | 0.00 |
| 10/30/2002 | SUBPOENA RETURNED AND ENDORSED ON BRAD CAIN ON 10-30-02 | 0.00 | 0.00 |
| 10/30/2002 | SUBPOENA RETURNED AND ENDORSED ON BMV RECORDS DEPT ON 10-30-02 | 0.00 | 0.00 |
| 10/29/2002 | 985/362 JURORS EXCUSED BY COUNSEL Amount Owed: $18.00 Paid Before Conversion: $0.00 Receipt Number: | 18.00 | 18.00 |
| 10/28/2002 | WITNESS FEES FOR JOSE FLORES Amount Owed: $33.40 Paid Before Conversion: $0.00 Receipt Number: | 33.40 | 33.40 |
| 10/28/2002 | SUBPOENA RETURNED AND ENDORSED ON CATHY THOMAS BY HOWLAND PD | 0.00 | 0.00 |
| 10/28/2002 | SUBPOENA RETURNED AND ENDORSED ON KATHY KIHM BY HOWLAND PD | 0.00 | 0.00 |
| 10/28/2002 | SUBPOENA RETURNED AND ENDORSED ON BRIDGET PAUL BY WARREN PD | 0.00 | 0.00 |
| 10/25/2002 | CERTIFIED MAILER NUMBER P 00001278835 SENT TO: BRENDA K GERARDI Amount Owed: $5.00 Paid Before Conversion: $0.00 Receipt Number: | 5.00 | 5.00 |
| 10/25/2002 | CERTIFIED MAILER NUMBER P 00001278834 SENT TO: DONNA ROSE Amount Owed: $5.00 Paid Before Conversion: $0.00 Receipt Number: | 5.00 | 5.00 |
| 10/25/2002 | CERTIFIED MAILER NUMBER P 00001278833 SENT TO: MICHAEL ROBERTS Amount Owed: $5.00 Paid Before Conversion: $0.00 Receipt Number: | 5.00 | 5.00 |
| 10/24/2002 | SUBPOENA RETURNED AND ENDORSED ON JILL KENYON BY SGT FRANK DILLON | 0.00 | 0.00 |
| 10/24/2002 | SUBPOENA RETURNED AND ENDORSED ON KRIS ELLINGTON BY SGT FRANK DILLON | 0.00 | 0.00 |
| 10/24/2002 | SUBPOENA RETURNED AND ENDORSED ON JENNIFER ROBISON BY SGT FRANK DILLON | 0.00 | 0.00 |
| 10/23/2002 | WITNESS FEES FOR FRANK REYNOLDS Amount Owed: $14.00 Paid | 14.00 | 14.00 |

|            |                                                                                                                                                                                         |      |      |
|------------|-----------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|------|------|
|            | Before Conversion: $0.00 Receipt Number:                                                                                                                                                 |      |      |
| 10/23/2002 | WITNESS FEES FOR JAMES C DANIELS Amount Owed: $28.00 Paid Before Conversion: $0.00 Receipt Number:                                                                                       | 28.00 | 28.00 |
| 10/23/2002 | WITNESS FEES FOR PAULA CARSON Amount Owed: $6.30 Paid Before Conversion: $0.00 Receipt Number:                                                                                           | 6.30 | 6.30 |
| 10/21/2002 | STATES TWELFTH SUPPLEMENTAL RESPONSE TO DEFTS REQUEST FOR DISCOVERY WITH SERVICE FILED BY PROSECUTOR                                                                                      | 0.00 | 0.00 |
| 10/17/2002 | STATES ELEVENTH SUPPLEMENTAL RESPONSE TO DEFTS REQUEST FOR DISCOVERY WITH SERVICE FILED BY PROSECUTOR                                                                                     | 0.00 | 0.00 |
| 10/16/2002 | STATES REQUEST FOR JURY VIEW WITH SERVICE FILED BY PROSECUTOR                                                                                                                            | 0.00 | 0.00 |
| 10/16/2002 | STATES TENTH SUPPLEMENTAL RESPONSE TO DEFTS REQUEST FOR DISCOVERY WITH SERVICE FILED BY PROSECUTOR                                                                                        | 0.00 | 0.00 |
| 10/11/2002 | STATES TENTH SUPPLEMENTAL RESPONSE TO DEFTS REQUEST FOR DISCOVERY WITH SERVICE FILED BY PROSECUTOR                                                                                        | 0.00 | 0.00 |
| 10/08/2002 | STATES NINTH SUPPLEMENTAL RESPONSE TO DEFTS REQUEST FOR DISCOVERY WITH SERVICE FILED BY PROSECUTOR                                                                                        | 0.00 | 0.00 |
| 09/24/2002 | STATES EIGHTH SUPPLENTAL RESPONSE TO DEFTS REQUEST FOR DISCOVERY FILED BY PROSECUTOR                                                                                                      | 0.00 | 0.00 |
| 09/16/2002 | STATES SEVENTH SUPPLEMENTAL REPSONSE TO DEFTS REQUEST FOR DISCOVERY WITH SERVICE FILED BY PROSECUTOR                                                                                      | 0.00 | 0.00 |
| 09/11/2002 | 981/579 DEFTS MOTION FOR SPECIFIC DISCOVERY DENIED Amount Owed: $2.00 Paid Before Conversion: $0.00 Receipt Number:                                                                       | 2.00 | 2.00 |
| 09/11/2002 | 981/578 DEFTS MOTION TO REQUIRE THE JURY TO ARTICULATE THE METHOD BY WHICH IT WEIGHS THE AGGRAVATING AGAINST THE MITIGATING CIRCUMSTANCES DENIED Amount Owed: $2.00 Paid Before Conversion: $0.00 Receipt Number: | 2.00 | 2.00 |

| | | | |
|---|---|---|---|
| 09/11/2002 | 981/577 DEFTS MOTION TO ALLOW FULL STATEMENT OF DEFENSE OBJECTIONS AT TRIAL AND TO REQUIRE A STATEMENT OF REASON FOR OVERRULING SAME ON THE RECORD DENIED Amount Owed: $2.00 Paid Before Conversion: $0.00 Receipt Number: | 2.00 | 2.00 |
| 09/11/2002 | 981/576 DEFTS MOTION IN LIMINE TO LIMIT THE STATES ARGUMENT AT MITIGATION TO THE AGGRAVATING CIRCUMSTANCES PROVEN AT THE TRIAL PHASE DENIED Amount Owed: $2.00 Paid Before Conversion: $0.00 Receipt Number: | 2.00 | 2.00 |
| 09/11/2002 | 981/575 DEFTS MOTION FOR DISCLOSURE OF REBUTTAL WITNESSES GRANTED Amount Owed: $2.00 Paid Before Conversion: $0.00 Receipt Number: | 2.00 | 2.00 |
| 09/11/2002 | 981/574 DEFTS MOTION TO PROPERLY PRESERVE AND CATALOG ALL PHYSICAL EVIDENCE DENIED Amount Owed: $2.00 Paid Before Conversion: $0.00 Receipt Number: | 2.00 | 2.00 |
| 09/11/2002 | 981/573 DEFTS MOTION TO PERMIT DEFT TO APPEAR IN CIVILIAN CLOTHING AT ALL COURT PROCEEDINGS DENIED IN PART AND GRANTED IN PART. SEE J/E Amount Owed: $2.00 Paid Before Conversion: $0.00 Receipt Number: | 2.00 | 2.00 |
| 09/11/2002 | 981/572 DEFTS MOTION IN LIMINE TO PROHIBIT DISPLAY OF EXHIBITS GRANTED Amount Owed: $2.00 Paid Before Conversion: $0.00 Receipt Number: | 2.00 | 2.00 |
| 09/11/2002 | 981/571 DEFTS MOTION FOR DISCLOSURE OF WITNESS STATEMENTS PRIOR TO TRIAL DENIED Amount Owed: $2.00 Paid Before Conversion: $0.00 Receipt Number: | 2.00 | 2.00 |
| 09/11/2002 | 981/570 DEFTS MOTION TO EXTEND TIME TO FILE MOTIONS DENIED Amount Owed: $2.00 Paid Before Conversion: $0.00 Receipt Number: | 2.00 | 2.00 |
| 09/11/2002 | 981/569 DEFTS MOTION FOR DISCLOSURE OF THE TRANSCRIPT OF PROCEEDINGS BEFORE THE | 2.00 | 2.00 |

|            |                                                                                                                                                                 |      |      |
|------------|-----------------------------------------------------------------------------------------------------------------------------------------------------------------|------|------|
|            | GRAND JURY DENIED Amount Owed: $2.00 Paid Before Conversion: $0.00 Receipt Number:                                                                               |      |      |
| 09/11/2002 | 981/568 DEFTS MOTION FOR SEQUESTRATION OF JURORS FOR DURATION OF TRIAL DENIED Amount Owed: $2.00 Paid Before Conversion: $0.00 Receipt Number:                    | 2.00 | 2.00 |
| 09/11/2002 | 981/567 DEFTS MOTION TO PERMIT DEFENSE TO ADMIT ALL RELEVANT EVIDENCE AT MITIGATION PHASE GRANTED Amount Owed: $2.00 Paid Before Conversion: $0.00 Receipt Number: | 2.00 | 2.00 |
| 09/11/2002 | 981/566 DEFTS MOTION TO PROHIBIT PROSECUTOR FROM COMMENTING ON DEFTS UNSWORN STATEMENT GRANTED Amount Owed: $2.00 Paid Before Conversion: $0.00 Receipt Number:    | 2.00 | 2.00 |
| 09/11/2002 | 981/565 DEFTS MOTION FOR A SECOND VOIR DIRE OF THE JURY IF DEFT IS FOUND GUILTY DENIED Amount Owed: $2.00 Paid Before Conversion: $0.00 Receipt Number:            | 2.00 | 2.00 |
| 09/11/2002 | 981/564 DEFTS MOTION FOR A COMPREHENSIVE VOIR DIRE GRANTED Amount Owed: $2.00 Paid Before Conversion: $0.00 Receipt Number:                                        | 2.00 | 2.00 |
| 09/11/2002 | 981/563 DEFTS MOTION FOR INDIVIDUAL SEQUESTERED VOIR DIRE DENIED Amount Owed: $2.00 Paid Before Conversion: $0.00 Receipt Number:                                  | 2.00 | 2.00 |
| 09/11/2002 | 981/562 DEFTS MOTION FOR A RULE 104 HEARING DENIED Amount Owed: $2.00 Paid Before Conversion: $0.00 Receipt Number:                                                | 2.00 | 2.00 |
| 09/11/2002 | 981/561 DEFTS MOTION TO RECORD ALL SIDE BAR PROCEEDINGS GRANTED Amount Owed: $2.00 Paid Before Conversion: $0.00 Receipt Number:                                   | 2.00 | 2.00 |
| 09/11/2002 | 981/560 DEFTS MOTION IN LIMINE REGARDING OTHER ACTS EVIDENCE GRANTED Amount Owed: $2.00 Paid Before Conversion: $0.00 Receipt Number:                              | 2.00 | 2.00 |
| 09/11/2002 | 981/559 DEFTS VOIR DIRE MEMORANDUM: VENIRE PERSONS                                                                                                               | 2.00 | 2.00 |

WHO CANNOT FAIRLY CONSIDER MITIGATING EVIDENCE AND WHO WOULD AUTOMATICALLY VOTE FOR DEATH UPON A SHOWING OF GUILTY MUST BE EXCUSED - GRANTED IN PART AND DENIED IN PART. SEE J/E Amount Owed: $2.00 Paid Before Conversion: $0.00 Receipt Number:

| Date | Description | | |
|---|---|---|---|
| 09/11/2002 | 981/558 DEFTS MOTION TO PROHIBIT REFERENCE TO NATURE AND CIRCUMSTANCES OF THE OFFENSE AS A FACTOR TO BE CONSIDERED IN MITIGATION IS GRANTED Amount Owed: $2.00 Paid Before Conversion: $0.00 Receipt Number: | 2.00 | 2.00 |
| 09/11/2002 | 988/557 MOTION TO INSTRUCT THE JURY THAT IT IS TO WEIGH ONLY THE AGGRAVATING CIRCUMSTANCES AND NOT THE AGGRAVATED MURDER ITSELF GRANTED. SEE JE Amount Owed: $2.00 Paid Before Conversion: $0.00 Receipt Number: | 2.00 | 2.00 |
| 09/11/2002 | 981/556 MOTION TO ALTER DEFINTION OF MITIGATING CIRCUMSTANCES TO REMOVE REFERENCE TO REDUCING THE DEGREE OF BLAME AND TO REPLACE THIS WITH OTHER LANGUAGE AND TO SO LIMIT THE PROSECUTOR IN ARGUMENT DENIED. SEE JE Amount Owed: $2.00 Paid Before Conversion: $0.00 Receipt Number: | 2.00 | 2.00 |
| 09/11/2002 | 981/555 MOTION IN LIMINE TO PROHIBIT PREJUDICIAL ARGUMENTS AND THEMES AT THE CLOSING ARGUMENT OF THE PENALTY PHASE GRANTED. SEE JE Amount Owed: $2.00 Paid Before Conversion: $0.00 Receipt Number: | 2.00 | 2.00 |
| 09/11/2002 | 981/554 MOTION TO PROHIBIT THE PROSECUTOR FROM ARGUING AND THE COURT FROM GIVING INSTRUCTIONS REGARDING STATUTORY MITIGATING FACTORS NOT RAISED BY THE DEFENSE GRANTED. SEE JE Amount Owed: $2.00 Paid Before Conversion: $0.00 Receipt Number: | 2.00 | 2.00 |

| | | | |
|---|---|---|---|
| 09/11/2002 | 981/553 MOTION TO PRECLUDE READMISSION OF TRIAL PHRASE EVIDENCE AND EXHIBITS IN THE PENALTY PHRASE AND RELATED PROSECUTORIAL COMMENT DENIED. SEE JE Amount Owed: $2.00 Paid Before Conversion: $0.00 Receipt Number: | 2.00 | 2.00 |
| 09/11/2002 | 981/552 VOIR DIRE MEMORANDUM:THE DEFENSE MUST BE ALLOWED TO EXAMINE PROSPECTIVE JURORS REGARDING THEIR VIEWS ON CAPITAL PUNISHMENT PRIOR TO THEIR EXCUSAL IS TAKEN UNDER ADVISMENT. SEE JE Amount Owed: $2.00 Paid Before Conversion: $0.00 Receipt Number: | 2.00 | 2.00 |
| 09/11/2002 | 981/551 MOTION FOR INSTRUCTION THAT THE STATE BEARS THE BURDEN OF PROVING THE ABSENCE OF ANY MITIGATING FACTORS OFFERED BY THE DEFENSE DENIED. SEE JE Amount Owed: $2.00 Paid Before Conversion: $0.00 Receipt Number: | 2.00 | 2.00 |
| 09/11/2002 | POSTAGE Amount Owed: $0.74 Paid Before Conversion: $0.00 Receipt Number: | 0.74 | 0.74 |
| 09/11/2002 | 981/582 FINDINGS OF FACTS AND CONCLUSIONS OF LAW. DEFTS MOTION TO SUPPRESS IS OVERRULED. SEE J/E. 9/11/02 COPIES SENT TO: PROSECUTOR & A CONSOLDANE Amount Owed: $30.00 Paid Before Conversion: $0.00 Receipt Number: | 30.00 | 30.00 |
| 09/11/2002 | 981/550 MOTION TO INSTRUCT THE JURY THAT IT IS TO RETURN A VERDICT OF DEATH ONLY AFTER THE PROPER WEIGHING AND DETERMINING THAT DEATH IS THE APPROPRIATE PUNISHMENT DENIED. SEE JE Amount Owed: $2.00 Paid Before Conversion: $0.00 Receipt Number: | 2.00 | 2.00 |
| 09/11/2002 | 981/549 MOTION FOR CLOSURE OF THE PRETRIAL HEARINGS AND TO INSULATE VENIRE AND JURY DENIED. SEE JE Amount Owed: $2.00 Paid Before Conversion: $0.00 Receipt Number: | 2.00 | 2.00 |

| Date | Docket Entry | | |
|---|---|---|---|
| 09/11/2002 | 981/548 MOTION IN LIMINE TO EXCLUDE PHOTOGRAPHS OF THE DECEDENTS DENIED. SEE JE Amount Owed: $2.00 Paid Before Conversion: $0.00 Receipt Number: | 2.00 | 2.00 |
| 09/11/2002 | 981/547 MOTION TO RESTRAIN PARTIES FROM DISCUSSING THE CASE WITH THE DEFENDANT GRANTED. SEE JE Amount Owed: $2.00 Paid Before Conversion: $0.00 Receipt Number: | 2.00 | 2.00 |
| 09/11/2002 | 981/546 MOTION FOR AN ORDER REGULATING THE TRANSFER OF THE DEFENDANT FROM JAIL TO THE COURTROOM CONTINUED. SEE JE Amount Owed: $2.00 Paid Before Conversion: $0.00 Receipt Number: | 2.00 | 2.00 |
| 09/11/2002 | 981/545 MOTION TO PROHIBIT THE FILMING, PHOTOGRAPHING OR VIDEOTAPING OF THE DEFENDANT WHILE IN THE COURTROOM IN THE EVENT THE DEFENDANT BECOMES A WITNESS AT TRIAL GRANTED, BUT DENIES DEFENDANTS MOTION TO THE EXTENT THAT THE DEFENDANT IS MERELY PRESENT IN THE COURTEOOM. SEE JE Amount Owed: $2.00 Paid Before Conversion: $0.00 Receipt Number: | 2.00 | 2.00 |
| 09/11/2002 | 981/544 MOTION TO INCREASE THE BURDEN OF PROOF TO BEYOND ALL DOUBT IN BOTH THE TRIAL AND SENTENCING PHRASES DENIED. SEE JE Amount Owed: $2.00 Paid Before Conversion: $0.00 Receipt Number: | 2.00 | 2.00 |
| 09/11/2002 | 981/543 MOTION FOR ALL MOTIONS TO BE HEARD ON THE RECORD GRANTED. SEE JE Amount Owed: $2.00 Paid Before Conversion: $0.00 Receipt Number: | 2.00 | 2.00 |
| 09/11/2002 | 981/542 DEFENDANTS REQUEST FOR RULING ON ALL MOTIONS PRIOR TO COMMENCEMENT OF TRIAL GRANTED. SEE JE Amount Owed: $2.00 Paid Before Conversion: $0.00 Receipt Number: | 2.00 | 2.00 |
| 09/11/2002 | 981/541 MOTION FOR TRANSCRIPTS DENIED. SEE JE Amount Owed: $2.00 Paid Before Conversion: $0.00 Receipt Number: | 2.00 | 2.00 |
| 09/11/2002 | 981/540 MOTION FOR AN INCREASE | 2.00 | 2.00 |

|            |                                                                                                                                                                                                                                                                                |        |        |
|------------|--------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|--------|--------|
|            | IN THE NUMBER OF PEREMPTORY CHALLENGES DENIED. SEE JE Amount Owed: $2.00 Paid Before Conversion: $0.00 Receipt Number:                                                                                                                                                           |        |        |
| 09/11/2002 | 981/539 MOTION FOR AN ALTERNATING VOIR DIRE DENIED. SEE JE Amount Owed: $2.00 Paid Before Conversion: $0.00 Receipt Number:                                                                                                                                                      | 2.00   | 2.00   |
| 09/11/2002 | 981/538 MOTION TO REDUCE BIAS IN THE ANNUAL JURY LIST DENIED. SEE JE Amount Owed: $2.00 Paid Before Conversion: $0.00 Receipt Number:                                                                                                                                            | 2.00   | 2.00   |
| 09/11/2002 | 981/537 MOTION REQUESTING MITIGATING PHASE INSTRUCTIONS ON REMNANT DOUBT ABOUT GUILTY AND MERCY AS MITIGATING FACTORS DENIED. SEE JE Amount Owed: $2.00 Paid Before Conversion: $0.00 Receipt Number:                                                                             | 2.00   | 2.00   |
| 09/11/2002 | 981/536 MOTION TO PROHIBIT STATE FROM USING PEREMPTORY CHALLENGES TO EXCLUDE JURORS WHO EXPRESS CONCERNS ABOUT CAPITAL PUNISHMENT DENIED. SEE JE Amount Owed: $2.00 Paid Before Conversion: $0.00 Receipt Number:                                                                 | 2.00   | 2.00   |
| 09/11/2002 | 981/535 MOTION TO PROHIBIT DEATH QUALIFICATION OF POTENTIAL JURORS UNLESS AND UNTIL THE PROSECUTION HAS SHOWN PROBABLE CAUSE THAT THE CASE WILL PROCEED TO MITIGATION DENIED. SEE JE Amount Owed: $2.00 Paid Before Conversion: $0.00 Receipt Number:                              | 2.00   | 2.00   |
| 09/11/2002 | 981/534 MOTION TO COMPEL ALL STATE AGENTS TO TURN OVER TO THE PROSECUTING ATTORNEYS AND TO ADVISE THEM OF ALL INFORMATION ACQUIRED DURING THE COURSE OF THE INVESTIGATION OF THIS CASE GRANTED. SEE JE Amount Owed: $2.00 Paid Before Conversion: $0.00 Receipt Number:           | 2.00   | 2.00   |
| 09/11/2002 | 981/533 MOTION FOR AN ORDER DIRECTING THAT A COMPLETE COPY BE MADE AND TURNED OVER TO THE COURT FOR REVIEW AND TO BE SEALED FOR APPELLATE REVIEW DENIED. SEE JE Amount Owed: $2.00 Paid Before Conversion:                                                                        | 2.00   | 2.00   |

|  |  | | |
|---|---|---|---|
|  | $0.00 Receipt Number: | | |
| 09/11/2002 | 981/532 MOTION FOR PENALTY PHASE JURY INSTRUCTION RESPECTING ORDER OF DELIBERATIONS AND LACK OF NECESSITY TO FIRST AGREE UNANIMOUSLY ON A VERDICT OF DEATH DENIED. SEE JE Amount Owed: $2.00 Paid Before Conversion: $0.00 Receipt Number: | 2.00 | 2.00 |
| 09/11/2002 | 981/531 MOTION TO PROHIBIT REFERENCES TO THE JURY AT ANY POINT IN THESE PROCEEDINGS THAT A VERDICT AS TO DEATH IS ONLY A RECOMMENDATION IN THE ALTERNATIVE MOTION TO PROHIBIT REFERENCES TO THE BINDING OR NON BINDING NATURE OF THE JURY'S DETERMINATION DENIED. SEE JE Amount Owed: $2.00 Paid Before Conversion: $0.00 Receipt Number: | 2.00 | 2.00 |
| 09/11/2002 | 981/530 DEFENDANTS MOTION REGARDING (A) NO COMMENTS ON DEFENSE WITNESS LIST GRANTED. (B) NO COMMENTS ON THE FACT THAT DEFENSE EXPERTS DENIED. SEE JE Amount Owed: $2.00 Paid Before Conversion: $0.00 Receipt Number: | 2.00 | 2.00 |
| 09/11/2002 | 981/529 MOTION FOR DISCLOSURE OF ANY AND ALL AGREEMENTS AND OR BENEFITS AND OR DEALS INVOLVING PROSECUTING WITNESSES GRANTED. SEE JE Amount Owed: $2.00 Paid Before Conversion: $0.00 Receipt Number: | 2.00 | 2.00 |
| 09/11/2002 | 981/528 MOTION TO PROHIBIT DEATH QUALIFICATION OF JURY: IN THE ALTERNATIVE, IF NECCESARY, TO SEAT A SEPERATE JURY DURING PENALTY PHASE OF TRIAL DENIED. SEE JE Amount Owed: $2.00 Paid Before Conversion: $0.00 Receipt Number: | 2.00 | 2.00 |
| 09/11/2002 | 981/527 MOTION TO COMPEL DISCLOSURE OF THE PROSECUTING ATTORNEYS JURY SELECTION DATA DENIED. SEE JE Amount Owed: $2.00 Paid Before Conversion: $0.00 Receipt Number: | 2.00 | 2.00 |
| 09/11/2002 | 981/526 MOTION TO ALLOW THE DEFENSE TO ARGUE LAST AT THE | 2.00 | 2.00 |

Case: 4:07-cv-00880-JG  Doc #: 35-1  Filed: 03/07/13  22 of 209.  PageID #: 2229

Page 22 of 22

|  |  |  |  |
|---|---|---|---|
|  | PENALTY PHASE DENIED. SEE JE Amount Owed: $2.00 Paid Before Conversion: $0.00 Receipt Number: |  |  |
| 09/11/2002 | 981/525 DEFENDANTS MOTION TO HAVE THE COURT FOLLOW THE OHIO REV CODE 2945-25(C) STANDARD FOR DEATH QUALIFICATIONS DENIED. SEE JE Amount Owed: $2.00 Paid Before Conversion: $0.00 Receipt Number: | 2.00 | 2.00 |
| 09/11/2002 | 981/524 DEFENDANTS MOTION TO PROHIBIT THE USE OF PEREMPTORY CHALLENGES TO EXCLUDE JURORS WHO EXPRESS CONCERNS ABOUT CAPITAL PUNISHMENT DENIED. SEE JE Amount Owed: $2.00 Paid Before Conversion: $0.00 Receipt Number: | 2.00 | 2.00 |
| 09/11/2002 | 981/523 MOTION TO ALLOW THE DEFENSE TO ARGUE FIRST AND LAST AT THE SENTENCING HEARING DENIED. SEE JE Amount Owed: $2.00 Paid Before Conversion: $0.00 Receipt Number: | 2.00 | 2.00 |
| 09/11/2002 | 981/522 MOTION TO CHALLENGE THE ARRAY OF THE GRAND JURY AND PETIT JURY DENIED. SEE JE Amount Owed: $2.00 Paid Before Conversion: $0.00 Receipt Number: | 2.00 | 2.00 |
| 09/11/2002 | 981/521 MOTION FOR A CHANGE OF VENUE CONTINUED. SEE JE Amount Owed: $2.00 Paid Before Conversion: $0.00 Receipt Number: | 2.00 | 2.00 |
| 09/11/2002 | 981/520 MOTION FOR AUGMENTED UNAMIMITY INSTRUCTION FOR CAPITAL SPECIFICATION DENIED. SEE JE Amount Owed: $2.00 Paid Before Conversion: $0.00 Receipt Number: | 2.00 | 2.00 |

# CourtView® 2000

## *General Inquiry*

New Se

| Summary | Parties | Events | Dockets | Fields | Notes | Disposition | C |

## Docket Search

2001 CR 00794 STATE OF OHIO -VS- JACKSON, NATHANIEL E JMS

**Search Criteria**

| | |
|---|---|
| **Docket Desc.** | ALL |
| **Begin Date** | 12/01/2001 |
| **End Date** | 09/11/2002 |

**Sort**

○ Ascending
● Descending

[ Search ]

**Search Results**      First 100 of result set displayed, Please limit search critera.

| Docket Date | Docket Text | Amount | Amount Due | Images |
|---|---|---|---|---|
| 09/11/2002 | 981/579 DEFTS MOTION FOR SPECIFIC DISCOVERY DENIED Amount Owed: $2.00 Paid Before Conversion: $0.00 Receipt Number: | 2.00 | 2.00 | |
| 09/11/2002 | 981/578 DEFTS MOTION TO REQUIRE THE JURY TO ARTICULATE THE METHOD BY WHICH IT WEIGHS THE AGGRAVATING AGAINST THE MITIGATING CIRCUMSTANCES DENIED Amount Owed: $2.00 Paid Before Conversion: $0.00 Receipt Number: | 2.00 | 2.00 | |
| 09/11/2002 | 981/577 DEFTS MOTION TO ALLOW FULL STATEMENT OF DEFENSE OBJECTIONS AT TRIAL AND TO REQUIRE A STATEMENT OF REASON FOR OVERRULING SAME ON THE RECORD DENIED Amount Owed: $2.00 Paid Before Conversion: $0.00 Receipt Number: | 2.00 | 2.00 | |
| 09/11/2002 | 981/576 DEFTS MOTION IN LIMINE TO LIMIT THE STATES ARGUMENT AT MITIGATION TO THE | 2.00 | 2.00 | |

|            |                                                                                                                                                                                                      |      |      |
|------------|------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|------|------|
|            | AGGRAVATING CIRCUMSTANCES PROVEN AT THE TRIAL PHASE DENIED Amount Owed: $2.00 Paid Before Conversion: $0.00 Receipt Number:                                                                            |      |      |
| 09/11/2002 | 981/575 DEFTS MOTION FOR DISCLOSURE OF REBUTTAL WITNESSES GRANTED Amount Owed: $2.00 Paid Before Conversion: $0.00 Receipt Number:                                                                     | 2.00 | 2.00 |
| 09/11/2002 | 981/574 DEFTS MOTION TO PROPERLY PRESERVE AND CATALOG ALL PHYSICAL EVIDENCE DENIED Amount Owed: $2.00 Paid Before Conversion: $0.00 Receipt Number:                                                    | 2.00 | 2.00 |
| 09/11/2002 | 981/573 DEFTS MOTION TO PERMIT DEFT TO APPEAR IN CIVILIAN CLOTHING AT ALL COURT PROCEEDINGS DENIED IN PART AND GRANTED IN PART. SEE J/E Amount Owed: $2.00 Paid Before Conversion: $0.00 Receipt Number: | 2.00 | 2.00 |
| 09/11/2002 | 981/572 DEFTS MOTION IN LIMINE TO PROHIBIT DISPLAY OF EXHIBITS GRANTED Amount Owed: $2.00 Paid Before Conversion: $0.00 Receipt Number:                                                                | 2.00 | 2.00 |
| 09/11/2002 | 981/571 DEFTS MOTION FOR DISCLOSURE OF WITNESS STATEMENTS PRIOR TO TRIAL DENIED Amount Owed: $2.00 Paid Before Conversion: $0.00 Receipt Number:                                                       | 2.00 | 2.00 |
| 09/11/2002 | 981/570 DEFTS MOTION TO EXTEND TIME TO FILE MOTIONS DENIED Amount Owed: $2.00 Paid Before Conversion: $0.00 Receipt Number:                                                                            | 2.00 | 2.00 |
| 09/11/2002 | 981/569 DEFTS MOTION FOR DISCLOSURE OF THE TRANSCRIPT OF PROCEEDINGS BEFORE THE GRAND JURY DENIED Amount Owed: $2.00 Paid Before Conversion: $0.00 Receipt Number:                                     | 2.00 | 2.00 |
| 09/11/2002 | 981/568 DEFTS MOTION FOR SEQUESTRATION OF JURORS FOR DURATION OF TRIAL DENIED Amount Owed: $2.00 Paid Before Conversion: $0.00 Receipt Number:                                                         | 2.00 | 2.00 |
| 09/11/2002 | 981/567 DEFTS MOTION TO PERMIT DEFENSE TO ADMIT ALL RELEVANT                                                                                                                                          | 2.00 | 2.00 |

|            |                                                                                                                                                                                                                                                                                                                                                       |      |      |
|------------|-------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|------|------|
|            | EVIDENCE AT MITIGATION PHASE GRANTED Amount Owed: $2.00 Paid Before Conversion: $0.00 Receipt Number:                                                                                                                                                                                                                                                   |      |      |
| 09/11/2002 | 981/566 DEFTS MOTION TO PROHIBIT PROSECUTOR FROM COMMENTING ON DEFTS UNSWORN STATEMENT GRANTED Amount Owed: $2.00 Paid Before Conversion: $0.00 Receipt Number:                                                                                                                                                                                         | 2.00 | 2.00 |
| 09/11/2002 | 981/565 DEFTS MOTION FOR A SECOND VOIR DIRE OF THE JURY IF DEFT IS FOUND GUILTY DENIED Amount Owed: $2.00 Paid Before Conversion: $0.00 Receipt Number:                                                                                                                                                                                                 | 2.00 | 2.00 |
| 09/11/2002 | 981/564 DEFTS MOTION FOR A COMPREHENSIVE VOIR DIRE GRANTED Amount Owed: $2.00 Paid Before Conversion: $0.00 Receipt Number:                                                                                                                                                                                                                             | 2.00 | 2.00 |
| 09/11/2002 | 981/563 DEFTS MOTION FOR INDIVIDUAL SEQUESTERED VOIR DIRE DENIED Amount Owed: $2.00 Paid Before Conversion: $0.00 Receipt Number:                                                                                                                                                                                                                       | 2.00 | 2.00 |
| 09/11/2002 | 981/562 DEFTS MOTION FOR A RULE 104 HEARING DENIED Amount Owed: $2.00 Paid Before Conversion: $0.00 Receipt Number:                                                                                                                                                                                                                                     | 2.00 | 2.00 |
| 09/11/2002 | 981/561 DEFTS MOTION TO RECORD ALL SIDE BAR PROCEEDINGS GRANTED Amount Owed: $2.00 Paid Before Conversion: $0.00 Receipt Number:                                                                                                                                                                                                                        | 2.00 | 2.00 |
| 09/11/2002 | 981/560 DEFTS MOTION IN LIMINE REGARDING OTHER ACTS EVIDENCE GRANTED Amount Owed: $2.00 Paid Before Conversion: $0.00 Receipt Number:                                                                                                                                                                                                                   | 2.00 | 2.00 |
| 09/11/2002 | 981/559 DEFTS VOIR DIRE MEMORANDUM: VENIRE PERSONS WHO CANNOT FAIRLY CONSIDER MITIGATING EVIDENCE AND WHO WOULD AUTOMATICALLY VOTE FOR DEATH UPON A SHOWING OF GUILTY MUST BE EXCUSED - GRANTED IN PART AND DENIED IN PART. SEE J/E Amount Owed: $2.00 Paid Before Conversion: $0.00 Receipt Number:                                                      | 2.00 | 2.00 |
| 09/11/2002 | 981/558 DEFTS MOTION TO                                                                                                                                                                                                                                                                                                                                | 2.00 | 2.00 |

PROHIBIT REFERENCE TO NATURE
AND CIRCUMSTANCES OF THE
OFFENSE AS A FACTOR TO BE
CONSIDERED IN MITIGATION IS
GRANTED Amount Owed: $2.00 Paid
Before Conversion: $0.00 Receipt
Number:

| | | | |
|---|---|---|---|
| 09/11/2002 | 988/557 MOTION TO INSTRUCT THE JURY THAT IT IS TO WEIGH ONLY THE AGGRAVATING CIRCUMSTANCES AND NOT THE AGGRAVATED MURDER ITSELF GRANTED. SEE JE Amount Owed: $2.00 Paid Before Conversion: $0.00 Receipt Number: | 2.00 | 2.00 |
| 09/11/2002 | 981/556 MOTION TO ALTER DEFINTION OF MITIGATING CIRCUMSTANCES TO REMOVE REFERENCE TO REDUCING THE DEGREE OF BLAME AND TO REPLACE THIS WITH OTHER LANGUAGE AND TO SO LIMIT THE PROSECUTOR IN ARGUMENT DENIED. SEE JE Amount Owed: $2.00 Paid Before Conversion: $0.00 Receipt Number: | 2.00 | 2.00 |
| 09/11/2002 | 981/555 MOTION IN LIMINE TO PROHIBIT PREJUDICIAL ARGUMENTS AND THEMES AT THE CLOSING ARGUMENT OF THE PENALTY PHASE GRANTED. SEE JE Amount Owed: $2.00 Paid Before Conversion: $0.00 Receipt Number: | 2.00 | 2.00 |
| 09/11/2002 | 981/554 MOTION TO PROHIBIT THE PROSECUTOR FROM ARGUING AND THE COURT FROM GIVING INSTRUCTIONS REGARDING STATUTORY MITIGATING FACTORS NOT RAISED BY THE DEFENSE GRANTED. SEE JE Amount Owed: $2.00 Paid Before Conversion: $0.00 Receipt Number: | 2.00 | 2.00 |
| 09/11/2002 | 981/553 MOTION TO PRECLUDE READMISSION OF TRIAL PHRASE EVIDENCE AND EXHIBITS IN THE PENALTY PHRASE AND RELATED PROSECUTORIAL COMMENT DENIED. SEE JE Amount Owed: $2.00 Paid Before Conversion: $0.00 Receipt Number: | 2.00 | 2.00 |
| 09/11/2002 | 981/552 VOIR DIRE MEMORANDUM:THE DEFENSE | 2.00 | 2.00 |

|            |                                                                                                                                                                                                                                        |       |       |
|------------|----------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|-------|-------|
|            | MUST BE ALLOWED TO EXAMINE PROSPECTIVE JURORS REGARDING THEIR VIEWS ON CAPITAL PUNISHMENT PRIOR TO THEIR EXCUSAL IS TAKEN UNDER ADVISMENT. SEE JE Amount Owed: $2.00 Paid Before Conversion: $0.00 Receipt Number:                       |       |       |
| 09/11/2002 | 981/551 MOTION FOR INSTRUCTION THAT THE STATE BEARS THE BURDEN OF PROVING THE ABSENCE OF ANY MITIGATING FACTORS OFFERED BY THE DEFENSE DENIED. SEE JE Amount Owed: $2.00 Paid Before Conversion: $0.00 Receipt Number:                   | 2.00  | 2.00  |
| 09/11/2002 | POSTAGE Amount Owed: $0.74 Paid Before Conversion: $0.00 Receipt Number:                                                                                                                                                                | 0.74  | 0.74  |
| 09/11/2002 | 981/582 FINDINGS OF FACTS AND CONCLUSIONS OF LAW. DEFTS MOTION TO SUPPRESS IS OVERRULED. SEE J/E. 9/11/02 COPIES SENT TO: PROSECUTOR & A CONSOLDANE Amount Owed: $30.00 Paid Before Conversion: $0.00 Receipt Number:                    | 30.00 | 30.00 |
| 09/11/2002 | 981/550 MOTION TO INSTRUCT THE JURY THAT IT IS TO RETURN A VERDICT OF DEATH ONLY AFTER THE PROPER WEIGHING AND DETERMINING THAT DEATH IS THE APPROPRIATE PUNISHMENT DENIED. SEE JE Amount Owed: $2.00 Paid Before Conversion: $0.00 Receipt Number: | 2.00  | 2.00  |
| 09/11/2002 | 981/549 MOTION FOR CLOSURE OF THE PRETRIAL HEARINGS AND TO INSULATE VENIRE AND JURY DENIED. SEE JE Amount Owed: $2.00 Paid Before Conversion: $0.00 Receipt Number:                                                                      | 2.00  | 2.00  |
| 09/11/2002 | 981/548 MOTION IN LIMINE TO EXCLUDE PHOTOGRAPHS OF THE DECEDENTS DENIED. SEE JE Amount Owed: $2.00 Paid Before Conversion: $0.00 Receipt Number:                                                                                        | 2.00  | 2.00  |
| 09/11/2002 | 981/547 MOTION TO RESTRAIN PARTIES FROM DISCUSSING THE CASE WITH THE DEFENDANT GRANTED. SEE JE Amount Owed: $2.00 Paid Before Conversion: $0.00                                                                                         | 2.00  | 2.00  |

Receipt Number:

| | | | |
|---|---|---|---|
| 09/11/2002 | 981/546 MOTION FOR AN ORDER REGULATING THE TRANSFER OF THE DEFENDANT FROM JAIL TO THE COURTROOM CONTINUED. SEE JE Amount Owed: $2.00 Paid Before Conversion: $0.00 Receipt Number: | 2.00 | 2.00 |
| 09/11/2002 | 981/545 MOTION TO PROHIBIT THE FILMING, PHOTOGRAPHING OR VIDEOTAPING OF THE DEFENDANT WHILE IN THE COURTROOM IN THE EVENT THE DEFENDANT BECOMES A WITNESS AT TRIAL GRANTED, BUT DENIES DEFENDANTS MOTION TO THE EXTENT THAT THE DEFENDANT IS MERELY PRESENT IN THE COURTEOOM. SEE JE Amount Owed: $2.00 Paid Before Conversion: $0.00 Receipt Number: | 2.00 | 2.00 |
| 09/11/2002 | 981/544 MOTION TO INCREASE THE BURDEN OF PROOF TO BEYOND ALL DOUBT IN BOTH THE TRIAL AND SENTENCING PHRASES DENIED. SEE JE Amount Owed: $2.00 Paid Before Conversion: $0.00 Receipt Number: | 2.00 | 2.00 |
| 09/11/2002 | 981/543 MOTION FOR ALL MOTIONS TO BE HEARD ON THE RECORD GRANTED. SEE JE Amount Owed: $2.00 Paid Before Conversion: $0.00 Receipt Number: | 2.00 | 2.00 |
| 09/11/2002 | 981/542 DEFENDANTS REQUEST FOR RULING ON ALL MOTIONS PRIOR TO COMMENCEMENT OF TRIAL GRANTED. SEE JE Amount Owed: $2.00 Paid Before Conversion: $0.00 Receipt Number: | 2.00 | 2.00 |
| 09/11/2002 | 981/541 MOTION FOR TRANSCRIPTS DENIED. SEE JE Amount Owed: $2.00 Paid Before Conversion: $0.00 Receipt Number: | 2.00 | 2.00 |
| 09/11/2002 | 981/540 MOTION FOR AN INCREASE IN THE NUMBER OF PEREMPTORY CHALLENGES DENIED. SEE JE Amount Owed: $2.00 Paid Before Conversion: $0.00 Receipt Number: | 2.00 | 2.00 |
| 09/11/2002 | 981/539 MOTION FOR AN ALTERNATING VOIR DIRE DENIED. SEE JE Amount Owed: $2.00 Paid Before Conversion: $0.00 Receipt Number: | 2.00 | 2.00 |
| 09/11/2002 | 981/538 MOTION TO REDUCE BIAS IN | 2.00 | 2.00 |

THE ANNUAL JURY LIST DENIED.
SEE JE Amount Owed: $2.00 Paid Before
Conversion: $0.00 Receipt Number:

| | | | |
|---|---|---|---|
| 09/11/2002 | 981/537 MOTION REQUESTING MITIGATING PHASE INSTRUCTIONS ON REMNANT DOUBT ABOUT GUILTY AND MERCY AS MITIGATING FACTORS DENIED. SEE JE Amount Owed: $2.00 Paid Before Conversion: $0.00 Receipt Number: | 2.00 | 2.00 |
| 09/11/2002 | 981/536 MOTION TO PROHIBIT STATE FROM USING PEREMPTORY CHALLENGES TO EXCLUDE JURORS WHO EXPRESS CONCERNS ABOUT CAPITAL PUNISHMENT DENIED. SEE JE Amount Owed: $2.00 Paid Before Conversion: $0.00 Receipt Number: | 2.00 | 2.00 |
| 09/11/2002 | 981/535 MOTION TO PROHIBIT DEATH QUALIFICATION OF POTENTIAL JURORS UNLESS AND UNTIL THE PROSECUTION HAS SHOWN PROBABLE CAUSE THAT THE CASE WILL PROCEED TO MITIGATION DENIED. SEE JE Amount Owed: $2.00 Paid Before Conversion: $0.00 Receipt Number: | 2.00 | 2.00 |
| 09/11/2002 | 981/534 MOTION TO COMPEL ALL STATE AGENTS TO TURN OVER TO THE PROSECUTING ATTORNEYS AND TO ADVISE THEM OF ALL INFORMATION ACQUIRED DURING THE COURSE OF THE INVESTIGATION OF THIS CASE GRANTED. SEE JE Amount Owed: $2.00 Paid Before Conversion: $0.00 Receipt Number: | 2.00 | 2.00 |
| 09/11/2002 | 981/533 MOTION FOR AN ORDER DIRECTING THAT A COMPLETE COPY BE MADE AND TURNED OVER TO THE COURT FOR REVIEW AND TO BE SEALED FOR APPELLATE REVIEW DENIED. SEE JE Amount Owed: $2.00 Paid Before Conversion: $0.00 Receipt Number: | 2.00 | 2.00 |
| 09/11/2002 | 981/532 MOTION FOR PENALTY PHASE JURY INSTRUCTION RESPECTING ORDER OF DELIBERATIONS AND LACK OF NECESSITY TO FIRST AGREE UNANIMOUSLY ON A VERDICT OF DEATH DENIED. SEE JE Amount Owed: $2.00 Paid Before Conversion: | 2.00 | 2.00 |

$0.00 Receipt Number:

| | | | |
|---|---|---|---|
| 09/11/2002 | 981/531 MOTION TO PROHIBIT REFERENCES TO THE JURY AT ANY POINT IN THESE PROCEEDINGS THAT A VERDICT AS TO DEATH IS ONLY A RECOMMENDATION IN THE ALTERNATIVE MOTION TO PROHIBIT REFERENCES TO THE BINDING OR NON BINDING NATURE OF THE JURY'S DETERMINATION DENIED. SEE JE Amount Owed: $2.00 Paid Before Conversion: $0.00 Receipt Number: | 2.00 | 2.00 |
| 09/11/2002 | 981/530 DEFENDANTS MOTION REGARDING (A) NO COMMENTS ON DEFENSE WITNESS LIST GRANTED. (B) NO COMMENTS ON THE FACT THAT DEFENSE EXPERTS DENIED. SEE JE Amount Owed: $2.00 Paid Before Conversion: $0.00 Receipt Number: | 2.00 | 2.00 |
| 09/11/2002 | 981/529 MOTION FOR DISCLOSURE OF ANY AND ALL AGREEMENTS AND OR BENEFITS AND OR DEALS INVOLVING PROSECUTING WITNESSES GRANTED. SEE JE Amount Owed: $2.00 Paid Before Conversion: $0.00 Receipt Number: | 2.00 | 2.00 |
| 09/11/2002 | 981/528 MOTION TO PROHIBIT DEATH QUALIFICATION OF JURY: IN THE ALTERNATIVE, IF NECCESARY, TO SEAT A SEPERATE JURY DURING PENALTY PHASE OF TRIAL DENIED. SEE JE Amount Owed: $2.00 Paid Before Conversion: $0.00 Receipt Number: | 2.00 | 2.00 |
| 09/11/2002 | 981/527 MOTION TO COMPEL DISCLOSURE OF THE PROSECUTING ATTORNEYS JURY SELECTION DATA DENIED. SEE JE Amount Owed: $2.00 Paid Before Conversion: $0.00 Receipt Number: | 2.00 | 2.00 |
| 09/11/2002 | 981/526 MOTION TO ALLOW THE DEFENSE TO ARGUE LAST AT THE PENALTY PHASE DENIED. SEE JE Amount Owed: $2.00 Paid Before Conversion: $0.00 Receipt Number: | 2.00 | 2.00 |
| 09/11/2002 | 981/525 DEFENDANTS MOTION TO HAVE THE COURT FOLLOW THE OHIO REV CODE 2945-25(C) STANDARD FOR DEATH QUALIFICATIONS DENIED. SEE JE Amount Owed: $2.00 Paid Before | 2.00 | 2.00 |

Conversion: $0.00 Receipt Number:

| 09/11/2002 | 981/524 DEFENDANTS MOTION TO PROHIBIT THE USE OF PEREMPTORY CHALLENGES TO EXCLUDE JURORS WHO EXPRESS CONCERNS ABOUT CAPITAL PUNISHMENT DENIED. SEE JE Amount Owed: $2.00 Paid Before Conversion: $0.00 Receipt Number: | 2.00 | 2.00 |
| 09/11/2002 | 981/523 MOTION TO ALLOW THE DEFENSE TO ARGUE FIRST AND LAST AT THE SENTENCING HEARING DENIED. SEE JE Amount Owed: $2.00 Paid Before Conversion: $0.00 Receipt Number: | 2.00 | 2.00 |
| 09/11/2002 | 981/522 MOTION TO CHALLENGE THE ARRAY OF THE GRAND JURY AND PETIT JURY DENIED. SEE JE Amount Owed: $2.00 Paid Before Conversion: $0.00 Receipt Number: | 2.00 | 2.00 |
| 09/11/2002 | 981/521 MOTION FOR A CHANGE OF VENUE CONTINUED. SEE JE Amount Owed: $2.00 Paid Before Conversion: $0.00 Receipt Number: | 2.00 | 2.00 |
| 09/11/2002 | 981/520 MOTION FOR AUGMENTED UNAMIMITY INSTRUCTION FOR CAPITAL SPECIFICATION DENIED. SEE JE Amount Owed: $2.00 Paid Before Conversion: $0.00 Receipt Number: | 2.00 | 2.00 |
| 09/11/2002 | 981/519 MOTION TO PROHIBIT ANY EVIDENCE BEARING ON THE VICTIM OR VICTIM IMPACT DENIED. SEE JE Amount Owed: $2.00 Paid Before Conversion: $0.00 Receipt Number: | 2.00 | 2.00 |
| 09/11/2002 | 981/518 MOTION TO PROHIBIT ANY REFERENCES TO THE FIRST PHRASE AS THE GUILT PHASE GRANTED. SEE JE Amount Owed: $2.00 Paid Before Conversion: $0.00 Receipt Number: | 2.00 | 2.00 |
| 09/11/2002 | 981/517 MOTION FOR INDIVIDUAL SEQUESTERED VOIR DIRE ON SELECT TOPICS GRANTED. SEE JE Amount Owed: $2.00 Paid Before Conversion: $0.00 Receipt Number: | 2.00 | 2.00 |
| 09/11/2002 | 981/516 MOTION TO REQUIRE PROSECUTOR TO STATE REASONS FOR EXERCISING PEREMPTORY CHALLENGES DENIED. SEE JE Amount Owed: $2.00 Paid Before Conversion: $0.00 Receipt Number: | 2.00 | 2.00 |

| | | | |
|---|---|---|---|
| 09/11/2002 | 981/515 MOTION TO SUBMIT QUESTIONAIRE TO PROSPECTIVE JURORS DENIED. SEE JE Amount Owed: $2.00 Paid Before Conversion: $0.00 Receipt Number: | 2.00 | 2.00 |
| 09/11/2002 | 981/514 MOTION TO COMPEL DISCLOSURE OF EXCULPATORY AND IMPEACHMENT EVIDENCE GRANTED. SEE JE Amount Owed: $2.00 Paid Before Conversion: $0.00 Receipt Number: | 2.00 | 2.00 |
| 09/11/2002 | 981/513 CONSTITUTIONAL MOTION TO DISMISS DENIED. SEE JE Amount Owed: $2.00 Paid Before Conversion: $0.00 Receipt Number: | 2.00 | 2.00 |
| 09/11/2002 | 981/512 MOTION TO INSTRUCT JURY REGARDING PAROLE DENIED. SEE JE Amount Owed: $2.00 Paid Before Conversion: $0.00 Receipt Number: | 2.00 | 2.00 |
| 09/11/2002 | 981/511 MOTION TO INSTRUCT ON SPECIFIC MITIGATING FACTORS RAISED BY DEFENSE DENIED SEE JE Amount Owed: $2.00 Paid Before Conversion: $0.00 Receipt Number: | 2.00 | 2.00 |
| 09/11/2002 | 981/510 DEFENDANTS MOTION FOR WRITTEN INSTRUCTION AND OPPORTUNITY TO REVIEW GRANTED SEE JE Amount Owed: $2.00 Paid Before Conversion: $0.00 Receipt Number: | 2.00 | 2.00 |
| 09/05/2002 | MEMORANDUM IN OPPOSITION TO DEFTS MOTION FOR SPECIFIC DISCOVERY WITH SERVICE FILED BY PROSECUTOR | 0.00 | 0.00 |
| 08/30/2002 | 980/518 STATES MOTION FOR CONTINUANCE GRANTED Amount Owed: $2.00 Paid Before Conversion: $0.00 Receipt Number: | 2.00 | 2.00 |
| 08/29/2002 | HEARING 09/05/2002 01:00 PM BEFORE:HON. JOHN M. STUARD LOC:COURT 2 | 0.00 | 0.00 |
| 08/29/2002 | MOTION TO CONTINUE FILED BY PROSECUTOR | 0.00 | 0.00 |
| 08/23/2002 | STATES SIXTH SUPPLEMENTAL RESPONSE TO DEFTS REQUEST FOR DISCOVERY WITH SERVICE FILED BY PROSECUTOR | 0.00 | 0.00 |
| 08/23/2002 | HEARING ON MOTION 08/29/2002 01:00 PM BEFORE:HON. JOHN M. STUARD LOC:COURT 2 HEARING ON MOTION FOR SPECIFIC DISCOVERY | 0.00 | 0.00 |

(N8/23/02)

| | | | |
|---|---|---|---|
| 08/07/2002 | NOTICE OF REQUEST FOR SPECIFIC DISCOVERY FILED BY THE DEFENDANT'S ATTORNEY ANTHONY CONSOLDANE | 0.00 | 0.00 |
| 07/29/2002 | STATE'S FIFTH SUPPLEMENTAL RESPONSE TO DEFENDANT'S REQUEST FOR DISCOVERY FILED BY THE PROSECUTOR'S OFFICE | 0.00 | 0.00 |
| 05/31/2002 | STATE'S BRIEF IN OPPOSITION TO DEFENDANT'S MOTION TO SUPPRESS FILED BY THE PROSECUTOR'S OFFICE | 0.00 | 0.00 |
| 05/03/2002 | STATES FOURTH SUPPLEMENTAL RESPONSE TO DEFTS REQUEST FOR DISCOVERY WITH SERVICE FILED BY PROSECUTOR | 0.00 | 0.00 |
| 04/24/2002 | POSTAGE Amount Owed: $2.04 Paid Before Conversion: $0.00 Receipt Number: | 2.04 | 2.04 |
| 04/24/2002 | 969/878 STATES MOTION FOR AN ORDER TO TAKE HANDWRITING EXEMPLARS FROM THE DEFT IS GRANTED. 4/24/02 COPIES SENT TO: PROSECUTOR & A CONSOLDANE. 4/24/02 INSTRUCTIONS FILED - COPIES SENT TO: SGT PETER PIZULLO, D WATKINS, J LEWIS & A CONSOLDANE Amount Owed: $2.00 Paid Before Conversion: $0.00 Receipt Number: | 2.00 | 2.00 |
| 04/18/2002 | STATES THIRD SUPPLEMENTAL RESPONSE TO DEFTS REQUEST FOR DISCOVERY WITH SERVICE FILED BY PROSECUTOR | 0.00 | 0.00 |
| 04/17/2002 | MOTION FOR AN ORDER TO TAKE HANDWRITING EXEMPLARS WITH SERVICE FILED BY PROSECUTOR | 0.00 | 0.00 |
| 04/15/2002 | STATES SECOND SUPPLEMENTAL RESPONSE TO DEFTS REQUEST FOR DISCOVERY WITH SERVICE FILED BY PROSECUTOR | 0.00 | 0.00 |
| 04/09/2002 | PLTFS SUPPLEMENTAL RESPONSE TO DEFTS REQUEST FOR DISCOVERY WITH SERVICE FILED BY PROSECUTOR | 0.00 | 0.00 |
| 03/20/2002 | MEMORANDUM IN OPPOSITION TO DEFENDANT'S MOTION TO INSTRUCT THE JURY REGARDING PAROLE FILED BY THE PROSECUTOR'S OFFICE | 0.00 | 0.00 |

| Date | Description | | |
|---|---|---|---|
| 03/20/2002 | STATE'S RESPONSE TO DEFENDANT'S MOTION TO ALLOW THE DEFENSE TO ARGUE FIRST AND LAST AQT PENALTY OHASE FILED BY THE PROSECUTOR'S OFFICE | 0.00 | 0.00 |
| 03/20/2002 | MEMORANDUM IN OPPOSITION TO DEFENDANT'S MOTION TO PROHIBIT DEATH QUALIFICATION OR IN TH E ALTERNATIVE TO SEAT A SEPARATE JURY DURING THE PENALTY PHASE OF THE TRIAL FILED BY THE PROSECUTOR'S OFFICE | 0.00 | 0.00 |
| 03/19/2002 | MEMORANDUM IN OPPOSITION TO DEFENDANT'S MOTION FOR DISCLOSURE OF GRAND JURY TRANSCRIPT FILED BY THE PROSECUTOR'S OFFICE | 0.00 | 0.00 |
| 03/19/2002 | MEMORANDUM IN OPPOSITION TO DEFENDANT'SMOTION FOR DISCLOSURE OF PROSECUTOR'S JURY SELECTION DATA FILED BY THE PROSECUTOR'S OFFICE | 0.00 | 0.00 |
| 03/19/2002 | STATE'S OPPOSITION TO DEFENDANT'S MOTION TO HAVE COURT FOLLOW THE O.R.C. 2945.25 STANDARD FOR "DEATH QUALIIFICATION " OF VENIRE PERSONS FILED BY THE PROSECUTOR'S OFFICE | 0.00 | 0.00 |
| 03/19/2002 | MEMORANDUM IN OPPOSITION TO DEFENDANT'S MOTION TO PROHIBIT THE USE OF PEREMPTORY CHALLENGES TO EXCLUDE JURORS WHO EXPRESS CONCERNS ABOUT CAPITAL PUNISHMENT FILED BY THE PROSECUTOR'S OFFICE | 0.00 | 0.00 |
| 03/19/2002 | MEMORANDUM IN OPPOSITION TO DEFENDANT'S MOTION FOR CLOSURE OF PRE TRIAL HEARINGS AND TO INSULATE VENIRE AND JURY FILED BY THE PROSECUTOR'S OFFICE | 0.00 | 0.00 |
| 03/14/2002 | MEMORANDUM IN OPPOSITION TO DEFENDANT'S MOTION O PROHIBIT REFERENCES TO THE JURY THAT A VERDICT AS TO DEATH IS ONLY A RECOMMENDATION IUN THE ALTERNATIVE MOTION TO PROHIBIT REFERENCES TO THE | 0.00 | 0.00 |

BINDING OR NON-BINDING NATURE
OF THE JURY DETERMINATION
FILED BY THE PROSECUTOR'S

03/14/2002 MEMORANDUM IN OIPPOSITION TO    0.00    0.00
DEFENDANT'S MOTION FOR
FDISCLOSE OF PROSECUTOR'S JURY
SELECTION DATA FILED BY THE
PROSECUTOR'S OFFICE

03/14/2002 MEMORANDUM IN OPPOSITION TO    0.00    0.00
DEFENDANT'S MOTION FOR A
CHANGE OF VENUE FILED BY THE
PROSECUTOR'S OFFICE

03/14/2002 MEMORANDUM IN OPPOSITION TO    0.00    0.00
DEFENDANT'S MOTION TO
CHALLENGE ARRAY OF GRAND
JURY AND PETIT JURY FILED BY
THE PROSECUTOR'S OFFICE

03/14/2002 MEMORANDYM IN OPPOSITION TO    0.00    0.00
DEFENDANT'S MOTION TO ALLOW
DEFENSE TO ARGUE FIRST AND
LAST AT SENTENCING HEARING
FILED BY THE PROSECUTOR'S
OFFICE

03/14/2002 MEMORANDUM CONTRA MOTION    0.00    0.00
TO PROHIBIT ABT RECFDERENCES
TO THE FIRST OHASE AS THE
"GUILT PHASE" FILED BY THE
PROSECUTOR'S OFFICE

03/14/2002 MEMORANDUM CONTRA    0.00    0.00
MEMORANDUM IN OPPOSITION TO
DEFENDANT'S MOTION TO
PRRECLUDE READMISSION OF
TRIAL PHASE EVIDENCE AND
EXHIBITS IN PENALTY PHASE AND
RELATED PROSECUTORIAL
COMMENT FILED BY THE
PROSECUTOR'S OFFICE

03/14/2002 MEMORANDUM CONTRA    0.00    0.00
DEFENDANT'S MOTION TO
PROHIBIT ANY EVIDENCE BEARING
ON THE CHARCTER OF THE VICTIM
OR VICTIM IMPACT FILED BY THE
PROSECUTOR'S OFFICE

03/14/2002 MEMORANDUM IN OPPOSITION TO    0.00    0.00
DEFENDANT'S ,OTION TO PROHIBIT
THE PROSECUTOR FROM ARGUING
AND THE COURT FROM GIVING
INSTRUCTIONS REGARDING
STATUTORY MITIGATING FACTORS
NOT RAISED BY THE DEFENSE
FILED BY THE PROSECUTOR'S
OFFICE

| | | | |
|---|---|---|---|
| 03/14/2002 | MOTION IN OPPOSITION TO DEFENDANT'S MOTION IN LIMINE TO PROIHIBIT PREJUDICIAL ARGUMENTS AND THEMES AT THE CLOSING ARGUMENTS OF THE PENTALTY PHASE FILED BY THE PROSECUTOR'S OFFICE | 0.00 | 0.00 |
| 03/14/2002 | MEMORANDUM IN REPSONSE TO DEFENDANT'S MOTION FOR WRITTEN JURY INSTRUCTIONS AND OPPORTUNITY TO REVIEW FILED BY THE PROSECUTOR'S OFFICE | 0.00 | 0.00 |
| 03/14/2002 | MEMORANDYM IN OPPOSITION TO DEFENDANT'S MOTIO TO REMOVE REFERENCE TO REDUCING THE DEGREE OF BLAME FILED BY THE PROSECUTOR'S OFFICE | 0.00 | 0.00 |
| 03/14/2002 | MEMORANDYM IN OPPOSITION OT DEFENDANT'S MOTION TO INSTRUCT THE JURY THAT IT IS TO WEIGH ONLY THE AGGRAVATING CIRCUMSTANCES AND NOT THE AGGRAVATED MURDER ITSELF IN DETERMINING PUNISHMENT AND TO SO LIMIT THE PROSECUTOR IN ARGUMENT FILED BY THE PROSECUTOR'S OFFICE | 0.00 | 0.00 |
| 03/14/2002 | MEMORANDUM IN OPPOSITION TO DEFENDANT'S MOTION TO INSTRUCT ON SPECIFIC MITIGATING FACTORS RAIDED BY DEFENDSE FILED BY THE PROSECUTOR'S OFFICE | 0.00 | 0.00 |
| 03/14/2002 | MEMORANDUM IN OPPOSITION TO DEFENDANT'S MOTION FOR INSTRUCTIONS THAT STATE BEARS THE BURDEN OF PROVING THE ABSENCE OF ANY MITIGATING FACTORS OFFERED BY THE DEFENSE FILED BY THE PROSECUTOR'S OFFICE | 0.00 | 0.00 |
| 03/14/2002 | MEMORANDUM IN OPPOSITION TO DEFENDANT'S MOTION TO INSTRUCT THE JURY THAT IT IS TO RECOMMEND A SENTENCE OF DEATH ONLY AFTER THE PROPER WEIGHING AND DETERMINING THAT DEATH IS THE APPROPRIATE PUNSHIMENT FILED BY THE PROSECUTOR'S OFFICE | 0.00 | 0.00 |
| 03/14/2002 | MEMORANDYM IN OPPOSITION TO DEFENDANT'S MOTION FOR | 0.00 | 0.00 |

|  | PENALTY PHASE INSTRUCTION RESPECTING ORDER OF DELIBERATIONS AND LACK OF NECESSITY TO FIRST AGREE UNANIMOUSLY ON A RECOMMENDATION OF DEATH FILED BY THE PROSECUTOR'S OFFICE |  |  |
| 03/14/2002 | MEMORANDUM IN OPPOSITION TO DEFENDANT'S CONSTITUTIONAL MOTION TO DISMISS FILED BY THE PROSECUTOR'S OFFICE | 0.00 | 0.00 |
| 03/14/2002 | MEMORANDUM IN OPPOSITION TO DEFENDANT'S MOTION FOR AND ORDER DIRECTING THAT A COMPLETE COPY OF THE PROSECUTING ATTORNEY'S FILE BE MADE TURNED OVER TO THE COURT FRO REVIEW AND EALED FOR APPELLATE REVIEW FILED BY THE PROSECUTOR'S OFFICE | 0.00 | 0.00 |
| 03/14/2002 | MEMORANDUM IN OPPOSITION TO DEFENDANT'S MOTION TO COMPEL EXCULPATORY AND IMPEACHMENT EVIDENCE FILED BY THE PROSECUTOR'S OFFICE | 0.00 | 0.00 |
| 03/14/2002 | MEMORANDUM CONTRA TO DEFENDANT'S MOTION TO COMPEL LAW ENFORCEMENT OFFICIALS TO TURN ALL INFORMATION ACQUIRED DURING INVESTIGATION FILED BY THE PROSECUTOR'S OFFICE | 0.00 | 0.00 |
| 03/14/2002 | MEMORANDUM IN OPPOSITIUON TO DEFENDANT'S MOTION TO PROHIBIT DEATH QUALIFICATIONS UNTIL PROSECUTION HAS SHOWN PROBABLE CAUSE FOR MITGATION FILED BY THE PROSECUTOR'S OFFICE | 0.00 | 0.00 |
| 03/14/2002 | MEMORANDUM IN OPPOSTION TO DEFENDANT'S MOTION TO PROHIBIT THE USE OF PEREMPTORY CHALLENGES TO EXCLUDE JURORS WHO EXPRESS CONCERNS ABOUT CAPITAL PUNISHMENT FILED BY THE PROSECUTOR'S OFFICE | 0.00 | 0.00 |
| 03/14/2002 | MEMORANDUM IN OPPOSITION TO DEFENDANT'S MOTION TO SUBMIT QUESTIONNAIRE TO PROSECITIVE JURORS FILED BY THE | 0.00 | 0.00 |

|            |                                                                                                                                                                | | |
|------------|----------------------------------------------------------------------------------------------------------------------------------------------------------------|------|------|
|            | PROSECUTOR'S OFFICE                                                                                                                                             |      |      |
| 03/14/2002 | MEMORANDUM IN OPPOSITION TO DEFENDANT'S MOTION TO REQUIRE PROSECUTOR TO STATE REASONS FOR EXCERISING PEREMPTORY CHALLENGES FILED BY THE PROSECUTOR'S OFFICE     | 0.00 | 0.00 |
| 03/14/2002 | MEMORANDUM IN OPPOSITION TO DEFENDANT'S MOTION FOR INDIVIDUAL SEQUESTERED VOIR DIRE ON SELECT TOPICS FILED BY THE PROSCUTOR'S OFFICE                            | 0.00 | 0.00 |
| 03/14/2002 | MEMORANDUM IN OPPOSITION TO DEFENDANT'S MOTION TO REDUCE BIAS IN THE ANNUAL JURY LIST FILED BY THE PROSECUTOR'S                                                 | 0.00 | 0.00 |
| 03/14/2002 | MEMORANDUM IN OPPOSITION OT DEFENDANT'S MOTION FOR ALTERNATING VOIR DIRE FILED BY THE PROSECUTOR'S OFFICE                                                       | 0.00 | 0.00 |
| 03/14/2002 | MEMORANDUM IN OPPOSITION TO DEFENDANT'S MOTION FOR INCREASE IN THE NUMBER OF PEREMPTORY CHALLENGES FILED BY THE PROSECUTOR'S OFFICE                             | 0.00 | 0.00 |
| 03/14/2002 | MEMORANDUM IN OPPOSITION TO DEFENDANT'S MOTION FOR TRANSCRIPT FILED BY THE PROSECUTOR'S OFFICE                                                                  | 0.00 | 0.00 |
| 03/14/2002 | MEMORANDUM IN OPPOSITION TO DEFEMDAMT'S REQUEST FOR RULING ON MOTION PRIOR TO COMMENCEMENT OF TRIAL FILED BY THE PROSECUTOR'S OFFICE                            | 0.00 | 0.00 |
| 03/14/2002 | STATE'S RESPONSE TO DEFENDANT'S MOTION TO HAVE ALL MOTION HEARD ON THE RECORD FILED THE PROSECUTOR'S OFFICE                                                     | 0.00 | 0.00 |
| 03/14/2002 | MEMORANDUM IN OPPOSITION TO DEFENDANT'S MOTION TO INCREASE BURDEN OF PROOF TO BEYOND ALL DOUBT FILED BY THE PROSECUTOR'S OFFICE                                 | 0.00 | 0.00 |
| 03/14/2002 | MEMORANDUM IN RESOONSE TO DEFENDANT'S MOTION TO PROHIBIT THE FILMING PHOTOGRA [HING OR VIDEOTAPING OF DEFENDANT WHILE IN THE COURTROOM FILED BY THE PROSECUTOR'S OFFICE | 0.00 | 0.00 |

| | | | |
|---|---|---|---|
| 03/14/2002 | MEMORANDUM IN RESPO9NSE TO DEFENDANT'S MOTION FOR AND ORDER REGULATING THE TRANSFER OF THE DEFENDANT FROM JAIL TO THE COURTROOM FILED BY THE PROSECUTOR'S OFFICE | 0.00 | 0.00 |
| 03/14/2002 | MEMORANDUM IN OPPOSITION TO DEFENDANT'S MOTION TO RESTRAIN CERTAIN PARTIES FROM DISCUSSING THE CASE WITH THE DEFENDANT FILED BY THE PROSECUTOR'S OFFICE | 0.00 | 0.00 |
| 03/14/2002 | MEMORANDUM IN OPPOSITION TO DEFENDANT'S MOTION TO EXCLUDE PHOTOGRAPHS OF DECEDENTS FILED BY THE PROSECUTOR'S OFFICE | 0.00 | 0.00 |
| 03/14/2002 | MEMORANDUM IN OPPOSTION TO DEFENDANT'S MOTION TO HAVE REASONS FOR DEFENSE OBJECTIONS AND REASONS FOR OVERRULING DEFENDANT'S OBJECTIONS PLACED ON RECORD FILED BY THE PROSECUTOR'S OFFICE | 0.00 | 0.00 |
| 03/14/2002 | MEMORANDUM CONTRA DEFENDANT'S MOTION TO PROHIBIT PROSECUTOR FROM COMMMETING ON ACCUSED'S UNSWWORN STATEMENT FILED BY THE PROSECUTOR'S OFFFICE | 0.00 | 0.00 |
| 03/14/2002 | STATE'S RESPONSE TO DEFENDANT'S MOTION IN LIMINE TO LIMIT THE STATE'S ARGUMENT AT MITIGATION TO AGGRAVATING CIRCUMSTANCES PROVEN AT THE TRIAL OHASE FILED BY THE PROSECUTOR'S OFFICE | 0.00 | 0.00 |
| 03/14/2002 | STATE'S RESPONSE TO DEFENDANT'S MOTION TO INSTRUCT THE JURY TO CONSIDER REMNANT DOUBT AND MERCY IN ITS MITIGATION PHASE INSTRUCTIONS FILED BY THE PROSECUTOR'S OFFICE | 0.00 | 0.00 |
| 03/14/2002 | MEMORANDUM IN OPPOSITION TO DEFENDANT'S MOTION TO REQUIRE THE JURY TO ARTICULATE THE METHOD BY WHWICH IT WEIGHTS THE AGGRAVATED FACTORS AGAINST THE MITIGATING | 0.00 | 0.00 |

|            |                                                                                                                                        |      |      |
|------------|----------------------------------------------------------------------------------------------------------------------------------------|------|------|
|            | CIRCUMSTANCE FILED BY THE PROSEXYTOR'S OFFICE                                                                                           |      |      |
| 03/14/2002 | MEMORANDUM IN OIPPOSITION TO DEFENDANT'S MOTION TO PERMIT DEFENSE TO DMIT ALL RELEEVANT EVIDENCE AT MITIGATION PHASE FILED THE PROSECUTOR'S OFFICE | 0.00 | 0.00 |
| 03/14/2002 | STATE'S RESPONSE TO DEFENDANT'S MOTION FOR SEQUESTRATION OF JURORS FOR DURATION OF TRIAL FILED BY THE PROSECUTOR'S OFFICE               | 0.00 | 0.00 |
| 03/14/2002 | MEMORANDUM IN OPPOSITION TO DEFENDANT'S MOTION TO EXTEND TIME TO FILE MOTION FILED BY THE PROSECUTOR'S OFFICE                           | 0.00 | 0.00 |
| 03/14/2002 | MEMORANDUM IN OPPOSTION TO DEFENDANT'S MOTION FOR DISCLOSURE OF WITNESS STATEMENTS FILED BY THE PROSECUTOR'S OFFICE                     | 0.00 | 0.00 |
| 03/14/2002 | STATE'S RESPONSE TO DEFENDANT'S MOTION TO DISCLOSE AND DEALS FILED BY THE PROSECUTOR'S OFFICE                                           | 0.00 | 0.00 |
| 03/14/2002 | MEMORANDUM IN OPPOSITION TO DEFENDANT'S MOTION IN LIMINE TO PROHIBIT DISPLAU OF EXHIBITS FILED BY THE PROSECUTOR'S OFFICE               | 0.00 | 0.00 |
| 03/14/2002 | MEMORANDYM IN OPPOSITION TO DEFENDANT'S MOTYION TO PROPERLY PRESERVE AND CATALOG ALL PHYCISAL EVIDENCE FILED BY PROSECUTOR'S OFFICE     | 0.00 | 0.00 |
| 03/14/2002 | MEMORANDUM IN OPPOSITION TO DEFENDANT'S MOTION FOR DISCLOSURE OF REBUTTAL WITNESSES FILED BY THE PROSECUTOR'S OFFICE                    | 0.00 | 0.00 |
| 03/14/2002 | MEMENORANDUM IN OPPOSITION TO DEFENDANT'S MOTION IN LIMINE REGARDING "OTHER ACTS" EVIDENCE FILED BY THE PROSECUTOR'S OFFICE             | 0.00 | 0.00 |
| 03/14/2002 | MEMORANDUM IN OIPPOSITION TO DEFENDANT'S MOTION FOR A RULE FILED BY THE PROSEUTOR'S OFFICE                                             | 0.00 | 0.00 |
| 03/14/2002 | MEMORANDUM IN OPPOSITION TO DEFENDANT'S MOTION FOR                                                                                     | 0.00 | 0.00 |

|            |                                                                                                                      |      |      |
|------------|----------------------------------------------------------------------------------------------------------------------|------|------|
|            | INDIVIDUAL SEQUESTERED VOIR DIRE FILED BY THE PROSECUTOR'S OFFICE                                                     |      |      |
| 03/14/2002 | MEMORANDUM IN OPPOSITION TO DEFENDANT'S MOTION FOR COMPREHENSIVE VOIR DIRE FILED BY THE PROSEDCUTOR'S OFFICE          | 0.00 | 0.00 |
| 03/14/2002 | STATE'S REQUEST FOR RECIPROCAL DISCOVERY FILED BY THE PROSECUTOR'S OFFICE                                             | 0.00 | 0.00 |
| 03/14/2002 | STATE'S RESPONSE TO DEFENDANT'S REQUEST BILL OF PARTICULARS FILED BY THE PROSECUTOR'S OFFICE                          | 0.00 | 0.00 |
| 03/14/2002 | STATE'S RESPONSE TO DEFENDANT'S REQUEST FOR DISCOVERY FILED BY THE PROSECUTOR'S OFFICE                                | 0.00 | 0.00 |
| 03/13/2002 | MNOTICE TO SUPREME COURT RETURNED (COPY) CC02007                                                                     | 0.00 | 0.00 |
| 02/15/2002 | MOTION TO HAVE STATEMENTS TRANSCRIBED FILED BY THE DEFENDANT                                                          | 0.00 | 0.00 |
| 02/14/2002 | STATE'S OPPOSITION TO DEFENDANT'S MOTION FOR A SECOND VOIR DIRE AFTER GUILT PHASE FILED BY THE PROSECUTOR'S OFFICE    | 0.00 | 0.00 |
| 01/25/2002 | 962/905 WAIVER OF SPEEDY TRIAL FOR 250 DAYS UNTIL 10/8/02 Amount Owed: $2.00 Paid Before Conversion: $0.00 Receipt Number: | 2.00 | 2.00 |
| 01/24/2002 | JURY TRIAL 10/08/2002 09:00 AM BEFORE:HON. JOHN M. STUARD LOC:COURT 2                                                 | 0.00 | 0.00 |
| 01/24/2002 | HRG ON MOTION TO SUPPRESS 04/17/2002 09:00 AM BEFORE:HON. JOHN M. STUARD LOC:COURT 2                                  | 0.00 | 0.00 |
| 01/24/2002 | HEARING ON PENDING MOTIONS 03/20/2002 09:00 AM BEFORE:HON. JOHN M. STUARD LOC:COURT 2                                 | 0.00 | 0.00 |
| 01/23/2002 | MOTION FOR TRANSCRIPT FILED BY THE DEFENDANT'S ATTORNEY ANTHONY CONSOLDANE                                            | 0.00 | 0.00 |
| 01/23/2002 | MOTION FOR TRANSCRIPT FILED BY THE DEFENDANT'S ATTORNEY ANTHONY CONSOLDANE                                            | 0.00 | 0.00 |
| 01/23/2002 | MOTION TO ALLOW THE DEFENSE TO ARGUE LAST AT THE PENALTY PHASE FIELD BY THE DEFENDANT'S                               | 0.00 | 0.00 |

ATTONREY

| | | | |
|---|---|---|---|
| 01/23/2002 | MOTION TO COMPEL DISCLOSURE OF PROSECUTING ATTORNEY'S JURY SELECTION DATA FILED BY THE DEFENDANT'S ATTORNEY ANTHONY CONSOLDANE | 0.00 | 0.00 |
| 01/23/2002 | MOTION TO PROHIBIT DEATH QUALIFICATION OF THE JURY OR IN THE ALTERNATIVE IF NECESSARY TO SEAT A SEPARATE JURY DURING THE PENALTY PHASE OF TRIAL FILED BY THE DEFENDANT'S ATTORNEY ANTHONY CONSOLDANE | 0.00 | 0.00 |
| 01/23/2002 | VIOR DIRE MEMORANDUM VENIREPERSONS WHO CANNOT FAIRLY CONSIDER MITIGATING EVIDENCE AND WHO WOULD AUTOMATICALLY VOTE FOR DEATH UPON A SHOWING OG GUILT MUST BY EXCUSED FILED BY THE DEFENDANT'S ATTORNEY ANTHONY CONSOLDANE | 0.00 | 0.00 |
| 01/23/2002 | VOIR DIRE MEMORANDUM THE DEFENSE MUST BE ALLOWED TO EXAMINE PROSPECTIVE JURORS REGARDING THEIR VIEWS ON CAPITAL PUNISHMENT PRIOR TO THEIR EXCUSAL FILED BY THE DEFENDANT'S ATTORNEY | 0.00 | 0.00 |
| 01/23/2002 | MOTION FOR A CHANGE OF VENUE FILED BY THE DEFENDANT'S ATTORNEY ANTHONY CONSOLDANE | 0.00 | 0.00 |
| 01/23/2002 | MOTION TO CHALLENGE THE ARRAY OF THE GRAND JURY AND PETIT JURY FILED BY THE DEFENDANT'S ATTORNEY ANTHONY CONSOLDANE | 0.00 | 0.00 |
| 01/23/2002 | MOTION TO ALLOW THE DEFENSE TO ARGUE FIRST AND LAST AT THE SENTENCING HEARING FILED BY THE DEFENDANT'S ATTORNEY ANTHONY CONSOLDANE | 0.00 | 0.00 |
| 01/23/2002 | MOTION TO PROHIBIT ANY REFERENCES TO THE FIRST PHASE AS THE "GUILT PHASE" FILED BY THE DEFENDANT'S ATTTORNEY ANTHONY CONSOLDANE | 0.00 | 0.00 |
| 01/23/2002 | MOTION TO PRECLUDE READMISSION OF TRIAL PHASE | 0.00 | 0.00 |

EVIDENCE AND EXJIBITS IN
PENALTY PHASE AND RELATED
PROSECUTORIAL COMMENT FILED
BY THE DEFENDANT'S ATTORNEY
ANTHONY CONSOLANDE.

01/23/2002 MOTION TO PROHIBIT ANY           0.00      0.00
EVIDENCE BEARING ON THE
CHARCTER OF THE VICTIM OR
VICTIM IMPACT FILED BY THE
DEFENDANT'S ATTORNEY
ANTHONY CONSODLANE

01/23/2002 MOTION TO PROHIBIT THE           0.00      0.00
PROSECUTOR FROM ARGUING AND
THE COURT FROM GIVING
INSTRUCTIONS REGARDING
STATUTORY MITIGATING FACTORS
NOT RAISED BY THE DEFENSE
FILED BY THE DEFENDANT'S
ATTORNEY ANTHONY
CONSOLDANE

01/23/2002 MOTION IN LIMINE TO PROHIBIT     0.00      0.00
PREJUDICIAL ARGUMENTS AND
THEMES AT THE CLOSING
ARGUMENT OF THE PENALTY
PHASE FILED BY THE DEFENDANT'S
ATTONREY ANTHONY
CONSOLDANE

01/23/2002 MOTION FOR ARGUMENTED            0.00      0.00
UNANIMITY INSTRUCTION FOR
CAPITAL SPECIFICATION FILED BY
THE DEFENDANT'S ATTORNEY
ANTHONY CONSOLDANE

01/23/2002 MOTION FOR WRITTEN JURY          0.00      0.00
INSTRUCTION AND OPPORTUNITY
TO REVIEW FILED BY THE
DEFENDANT'S ATTORNEY
ANTHONY CONSOLDANE

01/23/2002 MOTION TO ALTER DEFINITION OF    0.00      0.00
MITGATING CIRCUMSTANCES TO
REMOVE REFERNCE TO REDUCING
THE DEGREE OF BLAME AND TO
REPLACE4 THIS WITH OTHER
LANGUAGE AND TO SO LIMIT THE
PROSECUTOR IN ARGUMENT FILED
BY THE DEFENDANT'S ATTORNEY
ANTHONY CONSOLDANE

01/23/2002 MOTION TO INSYTRUCT THE JURY     0.00      0.00
THAT IT IS TO WEIGH ONLY THE
AGGRAVARING CIRCUMSTANCE
AND NOT THE AGGRAVATED
MURDER ITSELF IN DETERMINING
PUNISHMENT AND TO SO LIMIT THE

PROSECUTOR IN ARGUMENT FILED
BY THE DEFENDANT'S ATTORNEY
ANTHONY CONSOLDANE

| | | | |
|---|---|---|---|
| 01/23/2002 | MOTION TO PROHIBIT REFERENCE TO NATURE AND CIRCUMSTANCES OF THE OFFENSE AS A FACTOR TO BE CONSIDERED IN MIGATION OR IN INTRODUCTORY LANGUAGE RESPECTING MITIGATION FILED BY THE DEFENDANT'S ATTORNEY ANTHONY CONSOLDANE | 0.00 | 0.00 |
| 01/23/2002 | MOTION TO INSTRUCT ON SPECIFIC MITIGSATING FACTORS RAISED BY DEFENDNSE FILED BY THE DEFENDANT'S ATTORNEY ANTHONY CONS0LDANE | 0.00 | 0.00 |
| 01/23/2002 | MOTION FOR INSTRUCTION THAT THE STATE BEARS THE BURDEN OF PROVING THE ABBSENCE OF ANY MITIGATING FACTORS OFFERED BY THE DEFENSE FILED BY THE DEFENDANT'S ATTORNEY ANTHONY CONSOLDANE | 0.00 | 0.00 |
| 01/23/2002 | MOTION TO INSTRUCT THE JURY THAT IT IS TO RETURN A VERDICT OF DEATH ONLY AFTER THE PROPER WEIGHING AND DETERMINING THAT DEATH IS THE APPROPRIATE PUNISHMENT FILED BY THE DEFENDANT'S ATTORNEY ANTHONY CONSOLDANE | 0.00 | 0.00 |
| 01/23/2002 | MOTION TO INSTRUCT THE JURY REGARDING PAROLE FILED BY THE DEFENDANT'S ATTORNEY ANTHONY CONDSOLDANE | 0.00 | 0.00 |
| 01/23/2002 | MOTION FOR PENALTY PHASE JURY INSRUCTION RESPECTING ORDER OF DELIBERATIONS AND LACK OF NECEDDITY TO FIRST AGREE UNANIMOUSLY ON A VERDICT OF DEATH FILED BY THE DEFENDANT'S ATTORNEY ANTHONY CONSOLDANE | 0.00 | 0.00 |
| 01/23/2002 | DEFENDANT'S CONSTITUTIONAL MOTION TO DISMISS DILED BY THE DEFENDANT'S ATTORNEY ANTHONY CONSOLDANE | 0.00 | 0.00 |
| 01/23/2002 | DEFENDANT'S MOTION FOR AN ORDER DIRECTING THAT A COMPLETE COPY OF THE PROSECUTOR'S FILED BY MADE AND TURNED OVER TO THE COURT | 0.00 | 0.00 |

FOR REVIEW AND TO BE SEALED
FOR APPELLATE REVIEW IF
NECESSARY FILED BY THE
DEFENDANT'S ATTORNEY
ANTHONY CONDOLDANE

| | | | |
|---|---|---|---|
| 01/23/2002 | DEFENDANT'S MOTION TO COMPEL DISCLOSURE OF EXCULPATORY AND IMPEACHMENT EVIDENCE FILED BY THE DEFENDANT'S ATTORNEY ANTHONY CONDOLDANE | 0.00 | 0.00 |
| 01/23/2002 | DEFENDANT'S MOTION TO COMPEL ALL STATE AGENTS TO TURN OVER TO THE PROSECYTING ATTORNEY'S AND TO ADVISE THEM OF ALL INFORMATION ACQUIRED DURING THE COURSE OF THE INVESTIGATION OF THIS CASE FILED BY THE DEFENDANT'S ATTONREY ANTHONY CONSOLDANE | 0.00 | 0.00 |
| 01/23/2002 | DEFENDANT'S MOTION TO PROHIBIT DEATH QUALIFICATION OF POTENTIAL JURORS ND UNTIL THE PROSECUTION HAS SHOWN PROBABLE CAUSE THAT THE CASE WILL PROCEED TO MITIGATION FILED BY THE DEFENDANT'S ATTONREY ANTHONY CONSOLDANE | 0.00 | 0.00 |
| 01/23/2002 | DEFENDANT'S MOTION TO PROHIBIT THE STATE FROM USING PEREMPTORY CHALLENGES TO EXCULDE JURORS WHO EXPRESS CONCERNS ABOURT CAPITAL PUNISHMENT FILED BY THE DEFENDANT'S ATTORNEY ANTHONY CONSOLDANE | 0.00 | 0.00 |
| 01/23/2002 | DEFENDANT'S MOTION TO SUBMIT QUESTIONNAIRE TO PROSPECTIVE JURORS FILED BY THE DEFENDANT'S ATTORNEY ANTHONY CONSOLDANE | 0.00 | 0.00 |
| 01/23/2002 | DEFENDANT'S MOTION TO REQUIRE PROSECUTOR TO STATE REASONS FOR EXERCISING PEREMPTORY CHALLENGES FILED BY THE DEFENDANT'S ATTORNEY ANTHONY CONSOLDANE | 0.00 | 0.00 |
| 01/23/2002 | DEFENDANT'S MOTION FOR INDIVIDUAL SEQUESTERED VOIR DIRE ON DELECT TOPICS FILED THE | 0.00 | 0.00 |

|  | DEFENDANT'S ATTORNEY ANTHONY CONSOLDANE |  |  |
|---|---|---|---|
| 01/23/2002 | DEFENDANT'S MOTION TO REDUCE BIAS IN THE ANNUAL JURY LIST FILED BY THE DEFENDANT'S ATTORNEY | 0.00 | 0.00 |
| 01/23/2002 | DEFENDANT'S MOTION FOR ALTERNATING VOIR DIRE FILED BY THE DEFENDANT'S ATTORNEY ANTHONY CONSOLDANE | 0.00 | 0.00 |
| 01/23/2002 | DEFENDANT'S MOTION FOR AN INCREASE IN THE NUMBER OF PEREMPTORY CHALLENGES FILED BY THE DEFENDANT'S ATTORNEY ANTHONY CONSOLDANE | 0.00 | 0.00 |
| 01/23/2002 | DEFENDANT'S MOTION FOR TRANSCRIPTS FILED BY THE DEFENDANT'S ATTORNEY ANTHONY CONSOLDANE | 0.00 | 0.00 |
| 01/23/2002 | DEFENDANT'S REQUEST FOR RULINGS ON ALL MOTIONS PRIOR TO COMMENCEMENT OF TRIAL FILED BY THE DEFENDANT'S ATTORNEY ANTHONY CONSOLANDE | 0.00 | 0.00 |
| 01/23/2002 | DEFENDANT'S MOTION FOR ALL MOTIONS TO BE HEARD ON THE RECORDS FILED BY THE DEFENDANT'S ATTORNEY | 0.00 | 0.00 |



## CourtView 2000

### *General Inquiry*

New Se

| Summary | Parties | Events | Dockets | Fields | Notes | Disposition |

## Docket Search

2001 CR 00794 STATE OF OHIO -VS- JACKSON, NATHANIEL E JMS

### Search Criteria

**Docket Desc.** | ALL

**Begin Date** | 12/01/2001

**End Date** | 01/23/2002

**Sort**
- ○ Ascending
- ● Descending

[ Search ]

**Search Results**        97 Docket(s) found matching search criteria.

| Docket Date | Docket Text | Amount Due | Amount | Images |
|---|---|---|---|---|
| 01/23/2002 | MOTION FOR TRANSCRIPT FILED BY THE DEFENDANT'S ATTORNEY ANTHONY CONSOLDANE | 0.00 | 0.00 | |
| 01/23/2002 | MOTION FOR TRANSCRIPT FILED BY THE DEFENDANT'S ATTORNEY ANTHONY CONSOLDANE | 0.00 | 0.00 | |
| 01/23/2002 | MOTION TO ALLOW THE DEFENSE TO ARGUE LAST AT THE PENALTY PHASE FIELD BY THE DEFENDANT'S ATTONREY | 0.00 | 0.00 | |
| 01/23/2002 | MOTION TO COMPEL DISCLOSURE OF PROSECUTING ATTORNEY'S JURY SELECTION DATA FILED BY THE DEFENDANT'S ATTORNEY ANTHONY CONSOLDANE | 0.00 | 0.00 | |
| 01/23/2002 | MOTION TO PROHIBIT DEATH QUALIFICATION OF THE JURY OR IN THE ALTERNATIVE IF NECESSARY TO SEAT A SEPARATE JURY DURING THE PENALTY PHASE OF TRIAL FILED BY THE DEFENDANT'S ATTORNEY ANTHONY | 0.00 | 0.00 | |

CONSOLDANE

| Date | Description | | |
|------|-------------|---|---|
| 01/23/2002 | VIOR DIRE MEMORANDUM VENIREPERSONS WHO CANNOT FAIRLY CONSIDER MITIGATING EVIDENCE AND WHO WOULD AUTOMATICALLY VOTE FOR DEATH UPON A SHOWING OG GUILT MUST BY EXCUSED FILED BY THE DEFENDANT'S ATTORNEY ANTHONY CONSOLDANE | 0.00 | 0.00 |
| 01/23/2002 | VOIR DIRE MEMORANDUM THE DEFENSE MUST BE ALLOWED TO EXAMINE PROSPECTIVE JURORS REGARDING THEIR VIEWS ON CAPITAL PUNISHMENT PRIOR TO THEIR EXCUSAL FILED BY THE DEFENDANT'S ATTORNEY | 0.00 | 0.00 |
| 01/23/2002 | MOTION FOR A CHANGE OF VENUE FILED BY THE DEFENDANT'S ATTORNEY ANTHONY CONSOLDANE | 0.00 | 0.00 |
| 01/23/2002 | MOTION TO CHALLENGE THE ARRAY OF THE GRAND JURY AND PETIT JURY FILED BY THE DEFENDANT'S ATTORNEY ANTHONY CONSOLDANE | 0.00 | 0.00 |
| 01/23/2002 | MOTION TO ALLOW THE DEFENSE TO ARGUE FIRST AND LAST AT THE SENTENCING HEARING FILED BY THE DEFENDANT'S ATTORNEY ANTHONY CONSOLDANE | 0.00 | 0.00 |
| 01/23/2002 | MOTION TO PROHIBIT ANY REFERENCES TO THE FIRST PHASE AS THE "GUILT PHASE" FILED BY THE DEFENDANT'S ATTTORNEY ANTHONY CONSOLDANE | 0.00 | 0.00 |
| 01/23/2002 | MOTION TO PRECLUDE READMISSION OF TRIAL PHASE EVIDENCE AND EXJIBITS IN PENALTY PHASE AND RELATED PROSECUTORIAL COMMENT FILED BY THE DEFENDANT'S ATTORNEY ANTHONY CONSOLANDE. | 0.00 | 0.00 |
| 01/23/2002 | MOTION TO PROHIBIT ANY EVIDENCE BEARING ON THE CHARCTER OF THE VICTIM OR VICTIM IMPACT FILED BY THE DEFENDANT'S ATTORNEY ANTHONY CONSODLANE | 0.00 | 0.00 |
| 01/23/2002 | MOTION TO PROHIBIT THE PROSECUTOR FROM ARGUING AND | 0.00 | 0.00 |

THE COURT FROM GIVING
INSTRUCTIONS REGARDING
STATUTORY MITIGATING FACTORS
NOT RAISED BY THE DEFENSE
FILED BY THE DEFENDANT'S
ATTORNEY ANTHONY
CONSOLDANE

01/23/2002 MOTION IN LIMINE TO PROHIBIT      0.00      0.00
PREJUDICIAL ARGUMENTS AND
THEMES AT THE CLOSING
ARGUMENT OF THE PENALTY
PHASE FILED BY THE DEFENDANT'S
ATTONREY ANTHONY
CONSOLDANE

01/23/2002 MOTION FOR ARGUMENTED           0.00      0.00
UNANIMITY INSTRUCTION FOR
CAPITAL SPECIFICATION FILED BY
THE DEFENDANT'S ATTORNEY
ANTHONY CONSOLDANE

01/23/2002 MOTION FOR WRITTEN JURY          0.00      0.00
INSTRUCTION AND OPPORTUNITY
TO REVIEW FILED BY THE
DEFENDANT'S ATTORNEY
ANTHONY CONSOLDANE

01/23/2002 MOTION TO ALTER DEFINITION OF    0.00      0.00
MITGATING CIRCUMSTANCES TO
REMOVE REFERNCE TO REDUCING
THE DEGREE OF BLAME AND TO
REPLACE4 THIS WITH OTHER
LANGUAGE AND TO SO LIMIT THE
PROSECUTOR IN ARGUMENT FILED
BY THE DEFENDANT'S ATTORNEY
ANTHONY CONSOLDANE

01/23/2002 MOTION TO INSYTRUCT THE JURY     0.00      0.00
THAT IT IS TO WEIGH ONLY THE
AGGRAVARING CIRCUMSTANCE
AND NOT THE AGGRAVATED
MURDER ITSELF IN DETERMINING
PUNISHMENT AND TO SO LIMIT THE
PROSECUTOR IN ARGUMENT FILED
BY THE DEFENDANT'S ATTORNEY
ANTHONY CONSOLDANE

01/23/2002 MOTION TO PROHIBIT REFERENCE     0.00      0.00
TO NATURE AND CIRCUMSTANCES
OF THE OFFENSE AS A FACTOR TO
BE CONSIDERED IN MIGATION OR
IN INTRODUCTORY LANGUAGE
RESPECTING MITIGATION FILED BY
THE DEFENDANT'S ATTORNEY
ANTHONY CONSOLDANE

01/23/2002 MOTION TO INSTRUCT ON SPECIFIC   0.00      0.00
MITIGSATING FACTORS RAISED BY

|            |                                                                                                                                                                                       |      |      |
|------------|---------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|------|------|
|            | DEFENDNSE FILED BY THE DEFENDANT'S ATTORNEY ANTHONY CONS0LDANE                                                                                                                          |      |      |
| 01/23/2002 | MOTION FOR INSTRUCTION THAT THE STATE BEARS THE BURDEN OF PROVING THE ABBSENCE OF ANY MITIGATING FACTORS OFFERED BY THE DEFENSE FILED BY THE DEFENDANT'S ATTORNEY ANTHONY CONSOLDANE | 0.00 | 0.00 |
| 01/23/2002 | MOTION TO INSTRUCT THE JURY THAT IT IS TO RETURN A VERDICT OF DEATH ONLY AFTER THE PROPER WEIGHING AND DETERMINING THAT DEATH IS THE APPROPRIATE PUNISHMENT FILED BY THE DEFENDANT'S ATTORNEY ANTHONY CONSOLDANE | 0.00 | 0.00 |
| 01/23/2002 | MOTION TO INSTRUCT THE JURY REGARDING PAROLE FILED BY THE DEFENDANT'S ATTORNEY ANTHONY CONDSOLDANE                                                                                       | 0.00 | 0.00 |
| 01/23/2002 | MOTION FOR PENALTY PHASE JURY INSRUCTION RESPECTING ORDER OF DELIBERATIONS AND LACK OF NECEDDITY TO FIRST AGREE UNANIMOUSLY ON A VERDICT OF DEATH FILED BY THE DEFENDANT'S ATTORNEY ANTHONY CONSOLDANE | 0.00 | 0.00 |
| 01/23/2002 | DEFENDANT'S CONSTITUTIONAL MOTION TO DISMISS DILED BY THE DEFENDANT'S ATTORNEY ANTHONY CONSOLDANE                                                                                        | 0.00 | 0.00 |
| 01/23/2002 | DEFENDANT'S MOTION FOR AN ORDER DIRECTING THAT A COMPLETE COPY OF THE PROSECUTOR'S FILED BY MADE AND TURNED OVER TO THE COURT FOR REVIEW AND TO BE SEALED FOR APPELLATE REVIEW IF NECESSARY FILED BY THE DEFENDANT'S ATTORNEY ANTHONY CONDOLDANE | 0.00 | 0.00 |
| 01/23/2002 | DEFENDANT'S MOTION TO COMPEL DISCLOSURE OF EXCULPATORY AND IMPEACHMENT EVIDENCE FILED BY THE DEFENDANT'S ATTORNEY ANTHONY CONDOLDANE | 0.00 | 0.00 |
| 01/23/2002 | DEFENDANT'S MOTION TO COMPEL ALL STATE AGENTS TO TURN OVER                                                                                                                              | 0.00 | 0.00 |

|            |                                                                                                                                                                                                    |      |      |
|------------|----------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|------|------|
|            | TO THE PROSECYTING ATTORNEY'S AND TO ADVISE THEM OF ALL INFORMATION ACQUIRED DURING THE COURSE OF THE INVESTIGATION OF THIS CASE FILED BY THE DEFENDANT'S ATTONREY ANTHONY CONSOLDANE                |      |      |
| 01/23/2002 | DEFENDANT'S MOTION TO PROHIBIT DEATH QUALIFICATION OF POTENTIAL JURORS ND UNTIL THE PROSECUTION HAS SHOWN PROBABLE CAUSE THAT THE CASE WILL PROCEED TO MITIGATION FILED BY THE DEFENDANT'S ATTONREY ANTHONY CONSOLDANE | 0.00 | 0.00 |
| 01/23/2002 | DEFENDANT'S MOTION TO PROHIBIT THE STATE FROM USING PEREMPTORY CHALLENGES TO EXCULDE JURORS WHO EXPRESS CONCERNS ABOURT CAPITAL PUNISHMENT FILED BY THE DEFENDANT'S ATTORNEY ANTHONY CONSOLDANE        | 0.00 | 0.00 |
| 01/23/2002 | DEFENDANT'S MOTION TO SUBMIT QUESTIONNAIRE TO PROSPECTIVE JURORS FILED BY THE DEFENDANT'S ATTORNEY ANTHONY CONSOLDANE                                                                                 | 0.00 | 0.00 |
| 01/23/2002 | DEFENDANT'S MOTION TO REQUIRE PROSECUTOR TO STATE REASONS FOR EXERCISING PEREMPTORY CHALLENGES FILED BY THE DEFENDANT'S ATTORNEY ANTHONY CONSOLDANE                                                    | 0.00 | 0.00 |
| 01/23/2002 | DEFENDANT'S MOTION FOR INDIVIDUAL SEQUESTERED VOIR DIRE ON DELECT TOPICS FILED THE DEFENDANT'S ATTORNEY ANTHONY CONSOLDANE                                                                            | 0.00 | 0.00 |
| 01/23/2002 | DEFENDANT'S MOTION TO REDUCE BIAS IN THE ANNUAL JURY LIST FILED BY THE DEFENDANT'S ATTORNEY                                                                                                            | 0.00 | 0.00 |
| 01/23/2002 | DEFENDANT'S MOTION FOR ALTERNATING VOIR DIRE FILED BY THE DEFENDANT'S ATTORNEY ANTHONY CONSOLDANE                                                                                                     | 0.00 | 0.00 |
| 01/23/2002 | DEFENDANT'S MOTION FOR AN INCREASE IN THE NUMBER OF PEREMPTORY CHALLENGES FILED                                                                                                                       | 0.00 | 0.00 |

|  | BY THE DEFENDANT'S ATTORNEY ANTHONY CONSOLDANE | | |
|---|---|---|---|
| 01/23/2002 | DEFENDANT'S MOTION FOR TRANSCRIPTS FILED BY THE DEFENDANT'S ATTORNEY ANTHONY CONSOLDANE | 0.00 | 0.00 |
| 01/23/2002 | DEFENDANT'S REQUEST FOR RULINGS ON ALL MOTIONS PRIOR TO COMMENCEMENT OF TRIAL FILED BY THE DEFENDANT'S ATTORNEY ANTHONY CONSOLANDE | 0.00 | 0.00 |
| 01/23/2002 | DEFENDANT'S MOTION FOR ALL MOTIONS TO BE HEARD ON THE RECORDS FILED BY THE DEFENDANT'S ATTORNEY | 0.00 | 0.00 |
| 01/23/2002 | DEFENDANT'S MOTION TO INCREASE THE DURDEN OF PROOF TO PROOF BEYOND ALL DOUBT IN BOTH THE TRIAL AND SENENCING PHASES FILED BY THE DEFENDANT'S ATTORNEY | 0.00 | 0.00 |
| 01/23/2002 | DEFENDANT'S MOTION TO PROHIBIT THE FILMING PHOTOGRAPHING OR VIDEOTAPING OF THE DEFENDANT WHILE IN THE COURTROOM FILED BY THE DEFENDANT'S ATTORNEY ANTHONY CONSOLDANE | 0.00 | 0.00 |
| 01/23/2002 | DEFENDANT'S MOTION FOR AN ORDER REGULATING THE TRANSFER OF DEFENDANT FROM JAIL TO THE COURTROOM FILED BY THE DEFENDANT'S ATTORNEY ANTHONY CONSOLDANE | 0.00 | 0.00 |
| 01/23/2002 | DEFENDANT'S MOTION TO RESTRAIN CERTAIN PARTIES FROM DISCUSSING THE CASE WITH DEFENDANT FILED BY THE DEFENDANT'S ATTORNEY ANTHONY CONSOLDANE | 0.00 | 0.00 |
| 01/23/2002 | DEFENDANT'S MOTION IN LIMINE TO EXCLUE PHOTOGRAPHS OF THE DECEDENTS FILED BY THE DEFENDANT'S ATTORNEY ANTHONY CONSOLDANE | 0.00 | 0.00 |
| 01/23/2002 | DEFENDANT'S MOTION FOR CLOSURE OF PRETRIAL HEARING AND TO INSULATE VEMIRE AND JURY FILED BY THE DEFENDANT'S ATTORNEY ANTHONY | 0.00 | 0.00 |

CONSOLDANE

| | | | |
|---|---|---|---|
| 01/23/2002 | DEFENDANT'S MOTION TO ALLOW FULL STATEMENT OF DEFENSE OBJECTIONS AT TRIAL AND TO REQUIRE A STATEMENT OF REASON FOR OVERRULING SAME ON THE RECORD FILED BY THE DEFENDANT'S ATTORNEY ANTHONY CONSOLDANE | 0.00 | 0.00 |
| 01/23/2002 | DEFENDANT'S MOTION FOR A SECOND VOIR DIRE OF THE JURY IF THE DEFENDANT IS FOUND GUILTY AT THE TRIAL PHASE FILED BY THE DEFENDANT'S ATTORNEY ANTHONY CONSOLDANE | 0.00 | 0.00 |
| 01/23/2002 | DEFENDANT'S MOTION TO PROHIBIT PROSECUTOR FROM COIMMENTING ON DEFENDANT'S UNSWORN STATEMENT FILED BY THE DEFENDANT'S ATTORNEY ANTHINY CONSOLDANE | 0.00 | 0.00 |
| 01/23/2002 | DEFENDANT'S MOTION IN LIMINE TO LIMIT THE STATE'S ARGUMENT AT MITGATION TO THE AGGRVATING CIRCUMSTANCES PROVEN AT THE TRIAL PHASE FILED BY THE DEFENDANT'S ATTORNEY ANTHONHY CONSOLDANE | 0.00 | 0.00 |
| 01/23/2002 | DEFENDANT'S MOTION REQUESTING MITIGATION PHASE INSTRUCTIONS ON REMNANT DOUBT ABOUT GUILT AND MERCY AS MITIGATING FACTORS FILED BY THE DEFENDANT'S ATTORNEY ANTHONY CONSOLDANE | 0.00 | 0.00 |
| 01/23/2002 | DEFENDANT'S MOTION TO REQUIRE THE JURY TP ARTICULATE THE METHOD BY WHICH IT WEIGHS THE AGGRAVATING AGAINST THE MITIGATING CIRCUMSTANCES FILED BY THE DEFENDANT'S ATTORNEY | 0.00 | 0.00 |
| 01/23/2002 | DEFENDANT'S MOTION TO PERMIT DEFENSE TO ADMIT ALL RELEVANT EVIDENCE AT MITGATION PHASE FILED BY THE DEFENDANT'S ATTORNEY | 0.00 | 0.00 |
| 01/23/2002 | DEFENDANT'S MOTION FOR SEQUESTRATION OF JURORS FOR DURATION OF TRIAL FILED BY THE DEFENDANT'S ATTORNEY | 0.00 | 0.00 |

| | | | |
|---|---|---|---|
| 01/23/2002 | DEFENDANT'S MOTION FOR DISCLOSURE OF THE TRAMSCRIPT OF PROCEEDING BEFORE THE GRAND JURY FILED BY THE DEFENDANT'S ATTORNEY | 0.00 | 0.00 |
| 01/23/2002 | DEFENDANT'S MOTION TO EXTEND TIME TO FILE MOTIONS FILED BY THE DEFENDANT'S ATTORNEY | 0.00 | 0.00 |
| 01/23/2002 | DEFENDANT'S MOTION FOR DISCLOSURE OF WITNESS STATEMENTS PRIOR TO TRIAL FILED BY THE DEFENDANT'S ATTORNEY | 0.00 | 0.00 |
| 01/23/2002 | DEFENDANT'S MOTION FOR DISCLOSURE OF ANY AND ALL AGREEMENTS AND OR BENEFITS AND OR DEALS INVOLING PROSECUTING WITNESS FILED BY THE DEFENDANT'S ATTORNEY | 0.00 | 0.00 |
| 01/23/2002 | DEFENDANT'S MOTION IN LIMINE TO PROHIBIT DISPLAY OF EXHIBITS FILED BY THE DEFENDANT'S ATTORNEY | 0.00 | 0.00 |
| 01/23/2002 | DEFENDANT'S MOTION TO PERMIT DEFENDANT TO APPEAR IN CIVILIAN CLOTHING AT ALL COURT PROCEEDINGS FILED BY THE DEFENDANT'S ATTORNEY | 0.00 | 0.00 |
| 01/23/2002 | DEFENDANT'S MOTION TO PROPERLY PRESERVE AND CATALOG ALL PHYSICAL EVIDENCE FILED BY THE DEFENDANT'S ATTORNEY | 0.00 | 0.00 |
| 01/23/2002 | DEFENDANT'S MOTION IN LIMINE REGARDING A-NO COMMENTS ON DEFENSE WITNESS LIST B-NO COMMENTS ON THE FACT DEFENSE EXPERTS DID NOT PRODUCE WRITTEN REPORTS; AND C-NO COMMENTS ON COSTS CONNECTED WITH DEFENSE EXPERETS FILED BY THE DEFENDANT'S ATTORNEY | 0.00 | 0.00 |
| 01/23/2002 | DEFENDANT'S MOTION TO SUPPRESS STATEMENTS FILED BY THE DEFENDANT'S ATTORNEY ANTHONY CONSOLDANE | 0.00 | 0.00 |
| 01/23/2002 | DEFENDANT'S MOTION FOR DISCLOSURE OF REBUTTAL WITNESSES FILED BY THE DEFENDANT'S ATTORNEY | 0.00 | 0.00 |
| 01/23/2002 | MOTION TO PROHIBIT REFERENCES | 0.00 | 0.00 |

|  |  |  |  |
|---|---|---|---|
|  | TO THE JURY AT ANY POINT IN THESE PROCEEDINGS THAT A VERDICT AS TO DEATH IS ONLY A RECOMMENDATION IN THE ALTERNATIVE MOTION TO PROHIBIT REFERENCES TO THE BINDING OR NON BINDING NATURE OF THE JURY'S DETERMINATION FILED BY THE DEFENDANT'S ATTORNEY ANTHONY CONSOLDANE |  |  |
| 01/23/2002 | DEFENDANT'S MOTION IN LIMINE REGARDING OTHER ACTS EVIDENCE FILED BY THE DEFENDANT'S ATTORNEY | 0.00 | 0.00 |
| 01/23/2002 | DEFENDANT'S MOTION TO RECORD ALL SIDE BAR PROCEEEDING FILED BY THE DEFENDANT'S ATTORNEY | 0.00 | 0.00 |
| 01/23/2002 | DEFENDANT'S MOTION FOE A RULE 104 HEARING FILED BY THE DEFENDANT'S ATTORNEY | 0.00 | 0.00 |
| 01/23/2002 | DEFENDANT'S MOTION FOR INDIVIDUAL SEQUESTERED VOIR DIRE FILED BY THE DEFENANT'S ATTORNEY | 0.00 | 0.00 |
| 01/23/2002 | DEFENDANT'S MOTION FOR A COMPREHENSIVE VIOR DIRE FILED BY THE DEFENDANT'S ATTORNEY | 0.00 | 0.00 |
| 01/23/2002 | MOTION FILED ON BEHALF OF DEFENDANT FILED BY THE DEFENDANT'S ATTORNEY ANTHONY CONSOLDANE | 0.00 | 0.00 |
| 01/18/2002 | 962/354 ORDER REGARDING THE DEFENSE EMPLOYING DR. SANDRA MCPHERSON PH.D AS EXPERT ASSITANCE TO AID IN THE DEFENSE. 1-22-02 SENT COPIES TO PROS., AND A CONSOLDANE. Amount Owed: $2.00 Paid Before Conversion: $0.00 Receipt Number: | 2.00 | 2.00 |
| 01/10/2002 | CERTIFIED MAIL NUMBER 891802 RETURNED ENDORSED FROM THE SUPREME COURT OF OHIO ON 1/10/02 BY ? | 0.00 | 0.00 |
| 01/09/2002 | POSTAGE Amount Owed: $0.68 Paid Before Conversion: $0.00 Receipt Number: | 0.68 | 0.68 |
| 01/09/2002 | 961/279 DEFTS MOTION TO EMPLOY DR SANDRA MCPHERSON AND DONALD MCPHERSON AS EXPERT ASSISTANCE TO AID IN THE | 2.00 | 2.00 |

|            |                                                                                                                                                        |      |      |
|------------|--------------------------------------------------------------------------------------------------------------------------------------------------------|------|------|
|            | DEFENSE IS GRANTED. 1/9/02 COPIES SENT TO: PROSECUTOR & A CONSOLDANE Amount Owed: $2.00 Paid Before Conversion: $0.00 Receipt Number:                    |      |      |
| 01/07/2002 | DEFENDANT'S MOTION FOR APPOINTMENT OF INVESTIGATOR AND MITIGATION FILED BY THE DEFENDANT'S ATTORNEY ANTHONY CONSOLDANE                                   | 0.00 | 0.00 |
| 01/07/2002 | DEFENDANT'S DEMAND FOR DISCOVERY FILED BY THE DEFENDANT'S ATTORNEY ANTHONY CONSOLANDE                                                                   | 0.00 | 0.00 |
| 01/07/2002 | DEFENDANT'S MOTION FOR BILL OF PARTICULARS FILED BY THE DEFENDANT'S ATTORNEY ANTHONY CONSOLDANE                                                         | 0.00 | 0.00 |
| 01/07/2002 | VICTIM'S RIGHTS NOTIFICATION FILED.                                                                                                                     | 0.00 | 0.00 |
| 01/04/2002 | CERTIFIED MAILER NUMBER 0891 802 SENT TO: THE SUPREME COURT OF OHIO Amount Owed: $5.00 Paid Before Conversion: $0.00 Receipt Number:                     | 5.00 | 5.00 |
| 01/03/2002 | COPY OF LETTER SENT TO THE SUPREME COURT OF OHIO APPOINTMENT OF TRIAL COUNSEL IN A CAPITAL CASE JUST A COPY FILED BY ATTORNEY ANTHONY CONSOLDANE         | 0.00 | 0.00 |
| 01/03/2002 | PRE TRIAL 01/23/2002 01:00 PM JUDGE:HON. JOHN M. STUARD LOC:COURT 2 RESET FROM 1/30/2002                                                                | 0.00 | 0.00 |
| 01/03/2002 | PRE TRIAL 01/30/2002 09:00 AM JUDGE:HON. JOHN M. STUARD LOC:COURT 2 (N1-3-02)                                                                           | 0.00 | 0.00 |
| 12/31/2001 | CAPIAS RETURNED AND ENDORSED BY SHERIFF ON NATHANIEL E JACKSON SHERIFF ALTIERE                                                                          | 0.00 | 0.00 |
| 12/31/2001 | SUMMONS ON INDICTMENT RETURNED BY SHERIFF NATHANIEL E JACKSON SHERIFF ALTIERE Amount Owed: $2.00 Paid Before Conversion: $0.00 Receipt Number:           | 2.00 | 2.00 |
| 12/31/2001 | NOT GUILTY PLEA TO ARRAIGNMENT ON INDICTMENT & SUMMONS NO BOND SET                                                                                      | 0.00 | 0.00 |
| 12/28/2001 | INDICTMENT AND SUMMONS FILED BY PROSECUTOR'S OFFICE AND                                                                                                 | 2.00 | 2.00 |

|  |  |  |  |
|---|---|---|---|
|  | COPIES OF SAME ISSUED TO SHERIFF. Amount Owed: $2.00 Paid Before Conversion: $0.00 Receipt Number: |  |  |
| 12/28/2001 | DIRECT PRESENTMENT FOR CT 1: AGG MURDER (F) W/SPECS OF AGG CIRCUMSTANCES CT 2: AGG MURDER (F) W/SPECS OF AGG CIRCUMSTANCES CT 3: AGG BURGLARY (F1) W/FIREARM SPEC CT 4: AGG ROBBERY (F1) W/FIREARM SPEC | 0.00 | 0.00 |
| 12/28/2001 | PRELIMINARY HEARING 12/31/2001 11:00 AM BEFORE:HON. JOHN M. STUARD LOC:COURT 2 | 0.00 | 0.00 |
| 12/21/2001 | NOT GUILTY PLEA TO ARRAIGNMENT. NO BOND SET. | 0.00 | 0.00 |
| 12/21/2001 | COMPLAINT AND AFFIDAVIT FILED UNDER SEAL BY ORDER OF THE COURT | 0.00 | 0.00 |
| 12/21/2001 | WARRANT ON COMPLAINT AND RETURN OF SERVICE FILED. | 0.00 | 0.00 |
| 12/20/2001 | SPECIAL PROJECTS JUDGES Amount Owed: $50.00 Paid Before Conversion: $0.00 Receipt Number: | 50.00 | 50.00 |
| 12/20/2001 | VICTIMS OF CRIME Amount Owed: $30.00 Paid Before Conversion: $0.00 Receipt Number: | 30.00 | 30.00 |
| 12/20/2001 | GENERAL REVENUE FUND Amount Owed: $11.00 Paid Before Conversion: $0.00 Receipt Number: | 11.00 | 11.00 |
| 12/20/2001 | PRISONER FEES Amount Owed: $11.00 Paid Before Conversion: $0.00 Receipt Number: | 11.00 | 11.00 |
| 12/20/2001 | FILING FEE FOR EACH CAUSE OF ACTION AND EACH UNDERTAKING Amount Owed: $27.00 Paid Before Conversion: $0.00 Receipt Number: | 27.00 | 27.00 |

## IN THE COURT OF COMMON PLEAS
## TRUMBULL COUNTY, OHIO

STATE OF OHIO,                           :

      Plaintiff,                        :     Case No. 01-CR-794

-vs-                                     :

NATHANIEL JACKSON,                       :

      Defendant.                        :

---

## NATHANIEL JACKSON'S POST-CONVICTION PETITION
## VOLUME I

Now comes the Petitioner Nathaniel Jackson, by and through counsel, and petitions this Court for post-conviction relief pursuant to Ohio Rev. Code Ann. § 2953.21 as follows:

### I.    JURISDICTIONAL FACTS

1.    On December 28, 2001, the Trumbull County Grand Jury indicted Nathaniel Jackson ("Petitioner") for the offenses of: Aggravated Murder (Count One) in violation of O.R.C. § 2903.01(A); Aggravated Murder (Count Two) in violation of O.R.C. § 2903.01(B); Aggravated Burglary (Count Three) in violation of O.R.C. § 2911.11(A)(1)(2); and Aggravated Robbery (Count Four) in violation of O.R.C. § 2911.01(A)(1)(3). The indictment contained two capital specifications (pursuant to O.R.C. § 2929.04(A)(7)) as to each of the first two counts and one firearm specification (pursuant to O.R.C. § 2945.145) as to each of the last two counts.

2.    Petitioner's trial commenced with voir dire on October 8, 2002, and this Court seated a jury on October 21, 2001 [Tr. 381, 423, 1857, 2050]. The State's case in chief began on October 23, 2002 ]Tr. 2054].

1

3.      On November 6, 2002, at 7:35 p.m. the jury commenced its trial phase deliberations and concluded deliberations for that day at 11:15 p.m. [Tr. 3600].  On November 7, 2002 the jury again commenced deliberations at 9:30 a.m. and deliberated until 1:00 a.m. without reaching a verdict [Tr. 3601].  On November 8, 2002 the jury commenced deliberations at 9:25 a.m. and returned their verdicts at 4:50 p.m. [Tr. 3602].

4.      The jury found Petitioner guilty of all counts and specifications [Tr. 3602, 3612-3617].  As to the capital specification the jury also found Petitioner guilty of being both the principal offender and of acting with prior calculation and design with respect to the capital specifications attached to counts one and two of the indictment [Tr. 3612-3615].

5.      On November 14, 2002 at 1:20 p.m. the trial attorneys started their presentation of the sentencing phase evidence [Sent. Tr. 17].  On the same date at 3:55 p.m., less than three hours later the defense rested [Sent. Tr. 179].

6.      On November 15, 2002, after deliberating for four hours and thirty minutes, the jury returned a verdict recommending that a sentence of death be imposed upon Nathaniel Jackson for the aggravated murder of Robert Fingerhut [Sent. Tr. 181-183].

7.      On December 9, 2002, the trial court imposed a sentence of death upon Petitioner for his role in the aggravated murder of Robert Fingerhut as set forth in count one of the indictment [Sent. Tr. 217].

8.      During the pretrial, voir dire and trial phases of the proceedings, Attorneys Anthony V. Consoldine and James L. Lewis represented Petitioner.

9.      During the mitigation phase of the proceedings Attorneys Anthony L. Consoldine and Thomas Wright represented Petitioner.  Attorney Wright was not qualified pursuant to Ohio Sup. Ct. R. 20 nor was he familiar with the case.

10.    On January 22, 2003, Petitioner timely filed his notice of appeal to the Ohio Supreme Court.

11.    On July 9, 2003, the Clerk of this Court filed the record with the Ohio Supreme Court.

12.    On October 27, 2003, Petitioner filed his Merit Brief with the Ohio Supreme Court. The appellate attorneys raised the following issues:

PROPOSITION OF LAW NO. 1

APPELLANT WAS DENIED A FAIR TRIAL WHEN THE TRIAL COURT ABUSED ITS DISCRETION AND OVERRULED A MOTION TO SUPPRESS HIS STATEMENT CONTRARY TO THE PROTECTIONS OF THE FIFTH AND SIXTH AMENDMENTS TO THE UNITED STATES CONSTITUTION.

PROPOSITION OF LAW NO. 2

THE DEFENDANT'S RIGHT TO THE EFFECTIVE ASSISTANCE OF COUNSEL IS VIOLATED WHEN COUNSEL'S PERFORMANCE IS DEFICIENT TO THE DEFENDANT'S PREJUDICE. U.S. CONSTITUTION, AMENDMENT VI; OHIO CONSTITUTION, ARTICLE I, SECTION 10.

PROPOSITION OF LAW NO. 3

A CRIMINAL DEFENDANT'S DUE PROCESS RIGHT TO A FAIR TRIAL IS VIOLATED WHEN THE PROSECUTION ENGAGES IN EXTENSIVE, DELIBERATE, MISLEADING AND PREJUDICIAL MISCONDUCT. U.S. CONSTITUTION, AMENDMENT VI, XIV; OHIO CONSTITUTION, ARTICLE I, SECTION 14.

PROPOSITION OF LAW NO. 4

RULINGS OF THE TRIAL COURT ALLOWING IMPROPER EVIDENCE AND ARGUMENT BEFORE THE JURY, AND INAPPROPRIATE COMMENT THEREON BY THE COURT AS TO THE PROPRIETY OF SUCH EVIDENCE AND ARGUMENT, DENIES A CAPITAL DEFENDANT'S RIGHT TO DUE PROCESS AND A FAIR AND IMPARTIAL TRIAL. U.S. CONSTITUTION, AMENDMENT VI, XIV; OHIO CONSTITUTION, ARTICLE I, SECTION 14.

PROPOSITION OF LAW NO. 5

A DEFENDANT'S SUBSTANTIAL CONSTITUTIONAL RIGHTS ARE INFRINGED BY JURY INSTRUCTIONS THAT RELIEVE THE STATE OF ITS BURDEN OF PROOF BEYOND A REASONABLE DOUBT ON THE MENS REA ELEMENT OF A CAPITAL CRIME.  U.S. CONST. AMENDS. VI, VIII, XIV; OHIO CONST. ART. 1 SECTIONS 5, 9, 16.

PROPOSITION OF LAW NO. 6

A CAPITAL DEFENDANT'S RIGHT TO DUE PROCESS IS VIOLATED WHEN THE STATE IS PERMITTED TO CONVICT UPON A STANDARD OF PROOF BELOW PROOF BEYOND A REASONABLE DOUBT.  U.S. CONST. AMEND. XIV; OHIO CONST. ART. I, SECTION 16.

PROPOSITION OF LAW NO. 7

WHEN THE TRIAL COURT CONSIDERS AND WEIGHS BOTH R.C. 2929.04(A)((7) ALTERNATIVES, AND REDUCES MITIGATION TO A 'JUSTIFICATION,' A CAPITAL DEFENDANT IS DEPRIVED OF THE RIGHT TO INDIVIDUALIZED SENTENCING AND OF HIS LIBERTY INTEREST IN THE STATUTORY SENTENCING SCHEME THUS VIOLATING RIGHTS GUARANTEED BY THE FIFTH, EIGHTH AND FOURTEENTH AMENDMENTS TO THE UNITED STATES CONSTITUTION AND SECTIONS 9 AND 16, ARTICLE I, OF THE OHIO CONSTITUTION.

PROPOSITION OF LAW NO. 8

IT IS PREJUDICIAL ERROR FOR A TRIAL COURT TO SENTENCE A DEFENDANT TO THE DEATHI PENALTY, WHEN, BASED UPON THE LAW AND THE RECORD OF THIS CASE, THE SENTENCE OF DEATH HEREIN IS INAPPROPRIATE AND IS DISPROPORTIONATE TO THE PENALTY IMPOSED IN SIMILAR CASES, IN VIOLATION OF DEFENDANT'S RIGHTS AS GUARANTEED TO HIM BY THE FIFTH, EIGHTH, AND FOURTEENTH AMENDMENTS TO THE U.S. CONSTITUTION AND SECTIONS 5, 9, 10, AND 16 OF ARTICLE ONE OF THE OHIO CONSTITUTION.

PROPOSITION OF LAW NO. 9

THE PROPORTIONALITY REVIEW THAT THIS COURT MUST CONDUCT IN THE PRESENT CAPITAL CASE PURSUANT TO OHIO REVISED CODE SECTION 2929.05 IS FATALLY FLAWED AND THEREFORE THE PRESENT DEATH SENTENCE MUST BE VACATED PURSUANT TO THE FIFTH, EIGHTH AND FOURTEENTH AMENDMENTS TO THE UNITED STATES CONSTITUTION AND SECTIONS 5 AND 10, ARTICLE I, OF THE

OHIO CONSTITUTION AND SECTIONS 5, 9, 10 AND 16 OF ARTICLE ONE OF THE OHIO CONSTITUTION.

### PROPOSITION OF LAW NO. 10

IT IS ERROR FOR A TRIAL COURT TO IMPOSE A DEATH SENTENCE WHEN THE DEATH PENALTY LAW AS CURRENTLY APPLIED IN OHIO VIOLATES R.C. 2929.05(A) BY REQUIRING APPELLATE COURTS AND THE SUPREME COURT, IN CONDUCTING THEIR R.C. 2929.04(A) REVIEW OF "SIMILAR CASES" FOR PROPORTIONALITY, TO EXAMINE ONLY THOSE CASES IN WHICH A DEATH SENTENCE WAS IMPOSED AND IGNORE THOSE IN WHICH A SENTENCE OF LIFE WITH PAROLE ELIGIBILITY AFTER TWENTY-FIVE FULL YEARS OR LIFE WITH A PAROLE ELIGIBILITY AFTER THIRTY FULL YEARS WAS IMPOSED. THE CURRENT METHOD ALSO VIOLATES THE RIGHTS TO A FAIR TRIAL AND DUE PROCESS, RESULTS IN CRUEL AND UNUSUAL PUNISHMENT, AND IMPLICATES OTHERS OF APPELLANT'S PROTECTED RIGHTS AS WELL, ALL AS SET FORTH IN THE FIFTH, SIXTH, EIGHTH, NINTH AND FOURTEENTH AMENDMENTS TO THE UNITED STATES CONSTITUTION AND IN SECTIONS 1, 2, 5, 9, 10, 16 AND 20, ARTICLE I OF THE OHIO CONSTITUTION.

### PROPOSITION OF LAW NO. 11

R.C. 2903.01, 2929.02, 2929.021, 2929.022, 2929.023, 2929.03, 2929.04 AND 2929.05 AS READ TOGETHER AND AS APPLIED IN THIS CASE VIOLATE THE FIFTH, SIXTH, EIGHTH, AND FOURTEENTH AMENDMENTS TO THE UNITED STATES CONSTITUTION AND SECTIONS 2, 9, 10 AND 16 OF ARTICLE I OF THE OHIO CONSTITUTION.

### PROPOSITION OF LAW NO. 12

OHIO'S DEATH PENALTY LAW IS UNCONSTITUTIONAL. OHIO REV. CODE ANN. §§ 2903.01, 2929.02, 2929.021, 2929.022, 2929.023, 2929.03, 2929.04, AND 2929.05 DO NOT MEET THE PRESCRIBED CONSTITUTIONAL REQUIREMENTS AND ARE UNCONSTITUTIONAL ON THEIR FACE AND AS APPLIED TO APPELLANT. U.S. CONST. AMENDS V, VI, VIII, XIV, OHIO CONST. ART. 1, SECTIONS 2, 9, 10, 16 FURTHER, OHIO'S DEATH PENALTY STATUTE VIOLATES THE UNITED STATES' OBLIGATIONS UNDER INTERNATIONAL LAW.

13.    The State's Merit Brief is due to be filed in the Ohio Supreme Court on January 16, 2004.

14.     Attorneys John P. Laczko and Dennis Day Lager represent Petitioner on his direct appeal of right to the Ohio Supreme Court.

## FIRST CAUSE OF ACTION

15.     Petitioner hereby incorporates by reference all of the allegations contained elsewhere in this Petition as if rewritten fully herein.

16.     Petitioner Jackson's judgment and sentence are void or voidable because Ohio's post-conviction procedures do not provide an adequate corrective process, in violation of the constitution.  U.S. Const. amends. V, VI, VIII, IX, and XIV; Ohio Const. art. I, §§ 1, 2, 5, 9, 10, 16, and 20.

17.     In theory, post-conviction offers a convicted defendant an opportunity to test the constitutional validity of his conviction and sentence. An adequate corrective process should be "swift and simple and easily invoked," should "eschew rigid and technical doctrines of res judicata of forfeiture, waiver or default," and should "provide for full fact hearings to resolve disputed factual issues."  Case v. Nebraska, 381 U.S. 336, 346-47 (1965) (Brennan, H., concurring); Goldberg v. Kelly 397 U.S. 254 (1970); Evitts v. Lucey, 469 U.S. 387 (1985).  This minimum standard for state post-conviction proceedings are not fulfilled by the cursory, inadequate, and ineffective process provided for in the relevant Ohio statutes, nor do the state courts, in practice, provide any meaningful review in these proceedings.  Since 1982, only one death row inmate has been granted relief from a trial court on a post-conviction petition.[1]

18.     The text of the statute provides that a petitioner must include affidavits or evidence dehors the record in support of the claims in a petition.  O.R.C. § 2953.21(A).  It is from the face of the petition that a trial court must determine if a hearing is required.  State v. Cooperrider, 4 Ohio St. 3d 226 (1984).  All this must be done without the benefit of the

discovery processes available to every other civil litigant.  Without this access, Ohio's post-conviction process imposes an impossible pleading standard on petitioners.

19.    Recent amendments by the Ohio Supreme Court and the Ohio Legislature to Rule 35 of Criminal Procedure, which became effective on July 1, 1997, further curtail the post-conviction process.  Ohio R. Crim. P. 35(A) now demands that each cause of action contained in a post-conviction petition not exceed three pages.  The Staff Notes to the amendment state the purpose of this change is to "introduce some uniformity in post-conviction relief proceedings and aid in the administration of justice."  Uniformity in the post-conviction process may be a rational goal; however, it cannot be achieved at the expense of criminal defendants who are now facing death.  If the need for uniformity in post-conviction cases is balanced against the requirement that capital cases be afforded the highest degree of due process, the only acceptable, and constitutionally sound, resolution is to protect due process rights.

20.    The Sixth Circuit Court of Appeals has expressed its concerns regarding the State of Ohio's inadequate, excessively narrow, and ineffectual post-conviction scheme.  Keener v. Ridenour, 594 F.2d 581, 590 (6th Cir. 1979).  The basis for the Sixth Circuit's dissatisfaction with Ohio's lack of process can be traced to State v. Perry, 10 Ohio St. 2d 175 (1967).  After Perry, The Sixth Circuit recognized that "[b]ecause of the narrow limits placed on the Ohio post-conviction statute, there is no longer any effective State remedy open to the Appellant to exhaust.  *The Perry decision has rendered such process ineffective to protect the rights of the Appellant.*"  Coley v. Alvis, 381 F.2d 870, 872  (6th Cir. 1967) (emphasis added).  Accord Allen v. Perini, 424 F.2d 134, 139-140 (6th Cir. 1970).

21.    The Ohio Legislature established a post-conviction procedure to effectuate the constitutional rights of those individual convicted of criminal offenses.  Assuming *arguendo* that

---

[1] State v. Barnes, No. CR-83-5911 (Lucas C.P. May 17, 1991).

those procedures do not emanate directly from clear constitutional provisions, "when a State opts to act in a field where its action has significant discretionary elements, it must nonetheless act in accord with the dictates of the Constitution – and, in particular, in accord with the Due Process Clause." Evitts v. Lucey, 469 U.S. 387, 401 (1985). Ohio's procedures for post-conviction review at both the trial and appellate court levels must comport with the constitutional requirements of due process.

22.    A viable, fair, effective means for Petitioner to raise collateral challenges to his criminal conviction and sentence is all the more critical here because petitioner's "life" interest (protected by the "life, liberty and property" language in the Due Process Clause) is at stake in the proceeding.  Ohio Adult Parole Authority v. Woodard, 523 U.S. 272 (1998).   Death is different; for that reason more process is due, not less.  See Lockett v. Ohio, 438 U.S. 586 (1978); Woodson v. North Carolina, 428 U.S. 280 (1976). Petitioner is entitled to an adequate post-conviction remedy in order to vindicate his Ohio and Federal constitutional rights to effective assistance of counsel, due process of law, equal protection of the law, confrontation of the State's evidence against him, and freedom from cruel and unusual punishment.  U.S. Const. amends. V, VI, VIII, IX and XIV; Ohio Const. art. I, §§ 1, 2, 5, 9, 10, 16 and 20.  Due to the unconstitutionality of Ohio's post-conviction procedures, Petitioner must be granted a new trial or, at minimum, discovery and an evidentiary hearing on this Ground For Relief.

**Legal Authority:** U.S. Const. amends. V, VI, VIII, IX, and XIV; Ohio Const. art. I, §§ 1, 2, 5, 9, 10, 16, and 20; Case v. Nebraska, 381 U.S. 336 (1965); Goldberg v. Kelly 397 U.S. 254 (1970); Evitts v. Lucey, 469 U.S. 387 (1985); State v. Cooperrider, 4 Ohio St. 3d 226 (1984); Keener v. Ridenour, 594 F.2d 581(6th Cir. 1979); State v. Perry, 10 Ohio St. 2d 175 (1967); Coley v. Alvis, 381 F.2d 870 (6th Cir. 1967); Allen v. Perini, 424 F.2d 134 (6th Cir. 1970); Ohio Adult Parole Authority v. Woodard, 523 U.S. 272 (1998); Lockett v. Ohio, 438 U.S. 586 (1978); O.R.C. § 2953.21(A); Ohio R. Crim. P. 35.

## SECOND CAUSE OF ACTION

23.    Petitioner Nathaniel Jackson fully incorporates each and every allegation contained elsewhere in this Petition as if fully rewritten herein.

24.    Petitioner Jackson's judgment and sentence are void or voidable because the Trumbull County Prosecutor has employed his discretion in capital cases in a racially discriminatory manner. Capital cases are limited almost exclusively to those cases in which the victim is Caucasian. U.S. Const. amends. V, VI, VIII, IX, and XIV; Ohio Const. art. I, §§ 1, 2, 5, 9, 10, 16, and 20

25.    The Eighth and Fourteenth Amendments prohibit a death sentence which is based in part upon the race of the defendant or the victim.  African-Americans composed 7.8% of the population of Trumbull County in 2001.  [Exhibit 1.]

26.    The common pleas courts of Trumbull County have sentenced ten persons to death since the State of Ohio re-enacted its death penalty in 1981.

| Date of Sentence | Defendant | Race of Defendant | Race of Victim |
| --- | --- | --- | --- |
| 02/28/86 | Danny Hill | African-American | Caucasian |
| 12/09/86 | Charles Lorraine | Caucasian | Two Caucasians |
| 03/15/89 | Andre Williams | African-American | Caucasian |
| 10/29/91 | Kenneth Biros | Caucasian | Caucasian |
| 03/25/92 | Roderick Davie | African-American | Two Caucasians |
| 09/12/96 | Jason Getsy | Caucasian | Caucasian |
| 04/02/98 | Sean Carter | African-American | African-American |
| 10/01/01 | Stanley Adams | Caucasian | Two Caucasias |
| 12/09/02 | Nathaniel Jackson | African-American | Caucasian |
| 06/20/03 | Donna Roberts | Caucasian | Caucasian |

[Exhibit 2]

27.    Five of the ten individuals sentenced to death in Trumbull County are African-Americans.  In all but one of the ten cases the victims were Caucasian.

9

28.     The Tumbull County Prosecutor has sought the death penalty in approximately thirty-six cases.  The Prosecutor's Office has disportionately limited the charging of a capital offense to situations involving Caucasian victims

| Defendant | Race of Victim |
| --- | --- |
| Adams, Stanley Theodore ⱳ | Two Caucasians |
| Alexander, Rickey ß | Caucasian |
| Armstrong, Shawn ß | Undetermined |
| Belden, Clifford ⱳ | Caucasian |
| Bell, Arthur | Caucasian |
| Biros, Kenneth | Caucasian |
| Burrows, Scott | Two Caucasians |
| Carter, Sean | African-American |
| Clemmons, Carvin | Caucasian |
| Cromety, Warren | Undetermined |
| Daniels, Christpher W. | Caucasian |
| Davie, Roderick | Caucasian |
| Delker, Sherry | Caucasian |
| Fellows, Randy | Undetermined |
| Ferrell, Christopher | Undetermined |
| Fickes, Van Gentry | Undetermined |
| Foster, George | Caucasian |
| Foster, George | Caucasian |
| Freeman, Gentry | Caucasian |
| Getsy, Jason A. | Caucasian |
| Gothay, David D. | Caucasian |
| Hill, Danny | Caucasian |
| Huffman, Royden M. | Undetermined |
| Jackson, Nathaniel E. | Caucasian |
| Lee, Bernie | Caucasian |
| Lorraine, Charles | Two Caucasians |
| Might, Dustin | Caucasian |
| Porterfield, Eric Lee | Caucasian |
| Roberts, Donna | Caucasian |
| Shaffer, Ronald | Caucasian |
| Staples, John | African-American and Caucasian |
| Williams, Andre | Caucasian |
| Worley, Mark | |

[Exhibits 2, 3  ]

10

29.     The prosecutor is forbidden by the Fourteenth Amendment from basing his choice of whom to prosecute upon "impermissible factors" such as race or religion.  Wayte v. United States, 470 U.S. 598, 607 (1985), citing Oyler v. Boles, 368 U.S. 448, 456 (1962).  The Ohio Supreme Court has also recognized that a prosecutor may not choose whom to indict based upon "an unjustifiable standard . . . or . . . arbitrary classification" such as race.  State v. Wolery, 46 Ohio St. 2d 316, 324, (1976), citing Oyler, 368 U.S./ at 456.  A death sentence which is based even in part upon "factors that are constitutionally impermissible or totally irrelevant to the sentencing process, such as . . . the race . . . of the defendant" violates the Eighth Amendment.  Zant v. Stephens, 462 U.S. 862, 885 (1983).

30.     The present case involves the quintessential discrimination in the charging decision.  The prosecution sought and received the death penalty against Petitioner who is African-American and of below average intelligence.  The prosecution offered the Caucasian co-defendant, Donna Roberts a plea bargain that would have spared her life [Exhibit 3].  This is despite the fact that the co-defendant stood the most to gain by Fingerhut's death and certainly was the intellect in planning the charged capital crime.

31.     Petitioner Jackson has provided sufficient facts to warrant the granting of relief or in the alternative discovery to factual develop the prosecutor's discriminatory intent McCleskey v. Kemp, 481 U.S. 279 (1987).

**Exhibits in Support of this Ground for Relief: 1-3**

**Legal Authority:** U.S. Const. amends. VIII and XIV; Wayte v. United States, 470 U.S. 598, 607 (1985); Rodriguez v. Peters, 63 F.3d 546, 563 (7th Cir. 1995); McCoy v. court of Appeals of Wisconsin, 486 U.S. 429 (1988); Oyler v. Boles, 368 U.S. 448, 456 (1962); State v. Wolery, 46 Ohio St. 2d 316, 324, 358 N.E.2d 351, 358 (1976); Zant v. Stephens, 462 U.S. 862, 885 (1983); Yick Wo v. Hopkins, 118 U.S. 356 (1986);

## THIRD CAUSE OF ACTION

32.     Petitioner Nathaniel Jackson fully incorporates each and every allegation contained elsewhere in the Petition as if fully rewritten herein.

33.     Petitioner Jackson's convictions and sentence are void or voidable because the grand jury that indicted him was drawn from a venire in which African-Americans were disportionately excluded. U.S. Const. amends. V, VI, VIII, IX, and XIV; Ohio Const. art. I, §§ 1, 2, 5, 9, 10, 16, and 20

34.     In the Sixth Cause of Action Petitioner will demonstrate that African-Americans were under represented in the venire from which the jury was drawn that convicted him of capital murder and recommended that he be sentenced to death.  That same under representation has occurred in other capital cases in this County. [Exhibits 3-6.]

35.     This racial discrimination is most likely not limited to the petit jury venire.  The venire from which the Grand Jury was selected that capitally indicted Petitioner was drawn using the same procedures as the petit jury venire.  O.R.C. §§ 2939.02, 2313.07, 2313.08, 2313.35.  Thus, there is a reasonable likelihood that the grand jury venire suffers from the same constitutional flaw that the petit jury suffered.

36.     The grand jury acts as a vital check against the wrongful exercise of power by the State and its prosecutors.  Powers v. Ohio, 499 U.S. 400, 411 (1991).  It controls not only the initial decision to indict, but contradicts other significant decisions including the number of counts to charge and whether to charge a lesser offense.  Vasquez v. Hillery, 474 U.S. 254, 263. (1986). The integrity of these decisions depends on the integrity of the process used to select the grand jurors.  If that selection process is infected with racial discrimination, doubt is cast over the fairness of all subsequent decision.  Rose, 433 U.S. at 555-556 (Selection of members of a grand

12

jury because they are of one race and not another destroys the appearance of justice and thereby casts doubt on the integrity of the judicial process).

37.    It is especially important that the grand jury in Trumbull County be as free as possible from racial discrimination.  As demonstrated in the Second Cause of Action, the Trumbull County has permitted the race of the victim to be an improper consideration in the decision of whom to charge.

38.    The grand jury process must be free of racial discrimination.  Rose v. Mitchell, 443 U.S. 545, 557s (1979); Vasquez v. Hillery, 474 U.S. at 261-262 .The Supreme Court in an unbroken line of cases has held that a criminal conviction cannot stand under the Equal Protection Clause if it is based on an indictment returned by a grand jury from which individuals were excluded on the basis of race.   Alexander v. Louisiana, 405 U.S. 625, 628 (1972); Castaneda v. Partida, 430 U.S. 482, 492-495 (1977).

39.    To achieve an impartial grand jury, the panels from which grand jurors are chosen must also be drawn from a "fair cross section" of the community.  Taylor v. Louisiana, 419 U.S. 522, 527 (1975); Atwell v. Blackburn, 800 F.2d 502, 505 (5th Cir. 1986) (fair cross section requirement applies to grand jury panels); Machetti v. Linahan, 479 F.2d 236, 239 (11th Cir. 1982) (same).

40.    Petitioner Jackson requires discovery, an evidentiary hearing and the appointment of experts to fully develop the factual predicate for this Cause of Action.  He will be filing the appropriate pleadings forthwith.

41.    This Court should presume prejudice as to this constitutional violation because it is a structural error. If racial discrimination occurs in the selection process of the grand jury, the conviction must be reversed notwithstanding" overwhelming" evidence of guilt. Vasquez, 474

13

U.S. at 263. In the alternative the prosecutor must be required to demonstrate by proof beyond a reasonable doubt that this racial discrimination did not infect the trial and mitigation phases.

**Exhibits in Support of this Ground for Relief:** 3-6

**Legal Authority:** O.R.C. §§ 2939.02, 2313.07, 2313.08, 2313.35; Rose v. Mitchell, 443 U.S. 545 (1979); Vasquez v. Hillery, 474 U.S. 254 (1986); Powers v. Ohio, 499 U.S. 400 (1991); Alexander v. Louisiana, 405 U.S. 625 (1972); Castaneda v. Partida, 430 U.S. 482 (1977); Taylor v. Louisiana, 419 U.S. 522 (1975); Atwell v. Blackburn, 800 F.2d 502 (5th Cir. 1986); Machetti v. Linahan, 479 F.2d 236 (116th Cir. 1982).

### FOURTH CAUSE OF ACTION

42.     Petitioner Nathaniel Jackson fully incorporates each and every allegation contained elsewhere in the Petition as if fully rewritten herein.

43.     Petitioner Jackson's convictions and sentence are void or voidable because the grand jury foreperson may have been chosen in a racially discriminatory manner. U.S. Const. amends. V, VI, VIII, IX, and XIV; Ohio Const. art. I, §§ 1, 2, 5, 9, 10, 16, and 20

44.     On December 28, 2001, a Trumbull County grand jury indicted Petitioner Jackson for two counts of capital murder and one count of Aggravated Robbery and Aggravated Burglary. Janice Winans was the foreperson of the Grand Jury that indicted Petitioner Jackson. [Exhibit 7 .] Ms. Winans is Caucasian.  [Exhibit 8.]

45.     In the State of Ohio, the common pleas court judge may select anyone to be the grand jury foreperson who satisfies the qualifications of a juror.  See O.R.C. § 2939.02.  This person's name need not be included in the grand jury venire.  Id. The grand jury foreperson has the same voting powers as other grand jury members.  Id.

46.     Petitioner has a good faith basis to believe that the Trumbull County presiding common pleas court judges have traditionally chosen individuals who were not included in the grand jury venire for purposes of serving as the grand jury foreperson.  The United States Supreme Court in Campbell v. Louisiana, 523 U.S. 392, 398 (1998) recognized that an identical foreperson selection procedure in the State of Louisiana resulted in the underrepresentation of African-Americans because the state court judges used the system to select predominantly white males for the position of foreperson.

47.     In at least one other Ohio jurisdiction, Hamilton County, in which the judges have gone outside the grand jury venire to select forepersons, racial discrimination has systematically

15

occurred in the charging process. Between 1982 and 1998, there were eighty-seven grand juries in Hamilton County, which returned a total of 134 capital indictments.   There were only 4 African American forepersons on these eighty-seven grand juries. There were less than a quarter as many African American forepersons as would be expected, based upon the percentage of African Americans in Hamilton County. This under representation is statistically significant. This method for choosing grand jury forepersons insured that all forepersons, at least in capital cases, during the relevant time period, were overwhelmingly were caucasian. [Exhibit 9]The choosing of all caucasian forepersons was not only improper, but it also further exacerbated the racial disparity in the grand jury composition.

48.    It is the belief of post-conviction counsel that if the Trumbull County Common Pleas Court judges do in fact choose grand jury forepersons from outside the venire, then significant racial discrimination occurred.   The Trumbull County Common Pleas Court has always been compiled solely of caucasian individuals.  Hamilton County Common Pleas Court Judge Crush has observed that discrimination will most likely result when judges go outside the grand jury venire to select forepersons and the judges are disportionately caucasian. [Exhibit 10 ]

49.    The improper selection of the foreperson excaberates two other constitutional violations identified in this Petition.   The venires from which the grand juries were drawn contained an under representation of African-Americans [Fourth Cause of Action].    The prosecutor has permitted race to play a part in his charging decisions [Second Cause of Action].

50.    Petitioner Nathaniel Jackson requires discovery, the appointment of experts and an evidentiary hearing to fully develop the factual predicate for this Cause of Action.

51.    This Court should presume prejudice as to this constitutional error.    In the alternative the state should be required to demonstrate by proof beyond a reasonable doubt that this error did not  affect either the trial or sentencing phase proceedings.

**Exhibits in Support of this Ground for Relief:** 7-10

**Legal Authority:** O.R.C. § 2939.02; Campbell v. Louisiana, 523 U.S. 392 (1998)

## FIFTH CAUSE OF ACTIONS

52.     Petitioner Nathaniel Jackson fully incorporates each and every allegation contained elsewhere in the Petition as if fully rewritten herein.

53.     The convictions and sentences against Petitioner Jackson are void and/or voidable because the Trumbull County Prosecutor's Office failed to provide trial counsel with exculpatory evidence.  U.S. Const. Amends. V, VIII, IX, XIV, Ohio Const. Art. I, §§ 1, 2, 5, 9, 10, 16, and 20, Brady v. Maryland, 373 U.S. 83 (1963).

54.     It is well-settled that the failure of the prosecutors to disclose favorable evidence to an accused in a criminal proceedings violates the Due Process Clause of the Fourteenth Amendment, when the evidence is material either to guilt or sentencing, regardless of the good or bad faith of the prosecutor.  Brady v. Maryland, 373 U.S. 83, 87 (1963).  The Court has expanded the duty to disclose to include impeachment evidence as well as exculpatory evidence. United States v. Bagley, 473 U.S. 667, 676 (1985).

55.     In order to comply with Brady, "the individual prosecutor has a duty to learn of any favorable evidence known to others acting on the government's behalf in this case, including the police." Kyles v. Whitley, 514 U.S. 419, 437 (1995).  Evidence is material "if there is a reasonable probability that, had the evidence been disclosed, the result of the proceeding would have been different." Id, at 433-4.

56.     In the present case, trial counsel filed several pretrial motions to access the relevant exculpatory evidence in actual or constructive possession of the prosecutor.

57.     At the time of Petitioner's trial the prosecutors had not received any training in identifying exculpatory evidence.  The Trumbull County Prosecutor's Office did not have any guidelines in place for purposes of determining the existence of exculpatory evidence.  This lack

18

of training and guidelines, among other factors, has caused the Trumbull County Prosecutors to fail in their constitutionally imposed duty to provide in a timely manner exculpatory evidence to defense counsel.

58.    The fact that the Trumbull County Prosecutor's Office purportedly claimed to have an open file discovery policy in the present case does not insulate it from claims of failure to provide exculpatory evidence. Strickler v. Greene, 527 U.S. 273 (1991).

59.    Trial counsel frequently cited this Court during the trial to evidence that the prosecutor had not provided in discovery.

60.    In addition the prosecutor had actual or constitutional possession of a police report which documented that Robert Fingerhut had intended to stage or fake his own death by killing another person who matched his physical description.  Fingerhut had hired an individual to find the look-a-like for him.  [Exhibit 3.]

61.    Petitioner requires discovery and an evidentiary hearing to demonstrate the existence of this constitutional violation, which will undermine the confidence in the court's verdicts in both phases of the proceedings.

**Exhibits in Support of this Ground for Relief: 3**

**Legal Authority:**  U.S. Const. Amends. V, VIII, IX, XIV, Ohio Const. Art. I, §§ 1, 2, 5, 9, 10, 16, and 20, Brady v. Maryland, 373 U.S. 83 (1963) United States v. Bagley, 473 U.S. 667, 676 (1985); Kyles v. Whitley, 514 U.S. 419, 437 (1995); Strickler v. Greene, 527 U.S. 273 (1991)

19

## SIXTH CAUSE OF ACTION

62.    Petitioner Nathaniel Jackson fully incorporates each and every allegation contained elsewhere in the Petition as if fully rewritten herein.

63.    Petitioner Jackson's convictions and sentences are void and/or voidable because Petitioner was denied his right to a fair and impartial jury and equal protection because there was an underrepresentation of African Americans in the venire from which his jury was drawn. Racial discrimination in the selection of the members of a petit jury venire constitutes a denial of an impartial jury as guaranteed by the Sixth Amendment and the Equal Protection Clause of the Fourteenth Amendment.  U.S. Const. amends. V, VI, VIII, and XIV; Ohio Const. art. I, §§ 1, 2, 5, 9, 10, 16, and 20.

64.    The trial court in the present case summoned four hundred jurors to serve on the venire [Exhibit 4.]  One-hundred-forty persons appeared for jury duty [Tr. 1846-1848.]

65.    The parties agreed that only one African-American was questioned during individual voir dire [Tr. 1846-1848.]

66.    The prosecutor stated that "I'm positive we had one other black juror that was excused". Tr. 1854.]  The prosecutors later in an effort to preclude this constitutional challenge stated "I meant the representation of one, and I want to say there were two, maybe three." [Tr. 1855.]

67.    African Americans comprised 7.9 percent of the population in Trumbull County [Exhibit 1.]  Consequently there should have been approximately eleven African-Americans in the one-hundred-forty-persons who appeared for jury duty.  Even if the prosecutors second statement was accurate, there was still a substantial underrepresentation of African-Americans.

20

68.    In State v. Davie, Trumbull C.P. No. 91 CR 288, this Court presided over another capital case.  The clerk drew two hundred names and approximately one-hundred thirty of the one-hundred fifty individuals appeared for jury duty.  [Exhibit 5.]  Not one African-American appeared for jury duty.  [Id.]

69.    Subsequent to Mr. Davie's jury trial, Diane Wiley of the National Jury Project reviewed the venire that was drawn in that case.  Ms. Wiley has conducted jury evaluations in more than fifty cases throughout the United States.  She is co-author of one of the leading treatises on juries, Jurywork: Systematic Techniques.  [Exhibit 6.] Ms. Wiley made the following findings concerning the racial discrimination in the Davie case:

> The number of African American citizens called to serve as jury venirepersons for State of Ohio v. Roderick Davie, on February 3, 1992 in Trumbull County Common Pleas Court underrepresented the percentage of African Americans in Trumbull County by 100%.

> This underrepresentation represents a statistically significant deviation from the number of African American persons who would be expected utilizing a truly random sampling method from a truly random pool representative of the county . . . .

> It is disturbing to find a venire of this size without even one African American juror being included in a jurisdiction with 6% African Americans.  This simply should not occur unless there was some kind of systematic discrimination.  [Emphasis added.]

[Id. at p. 6.]

70.    The underrepresentation of African-Americans on juries in cases over which this Court presides continued in co-defendant Donna Roberts' case. There were no African-Americans on the jury which convicted her of capital murder and returned a death recommendation.  [Exhibit 3.]

71.    The underrepresentation of a cognizable group in a petit jury venire constitutes a denial of the Due Process Clause of the Fourteenth Amendment, Peters v. Kiff, 470 U.S. 493,

501 (1972); the Fair Cross Section requirement of the Sixth Amendment, Taylor v. Louisiana, 419 U.S. 522, 531 (1975); and the Equal Protection Clause of the Fourteenth Amendment, Taylor v. Louisiana, 419 U.S. at 531.

72.     Nathaniel Jackson requires discovery and an evidentiary hearing to demonstrate the third prong for both the Equal Protection and Fair Cross Section tests . On information and belief he alleges that African-Americans are systematically culled from the jury process during one or more of the pre-selection stages  It is further the belief of the counsel that each of these phases are being abused or are subject to abuse.

73.     The wrongful exclusion of African-Americans from the venire is a structural error and Petitioner Jackson is entitled to relief without the demonstration of prejudice.

74.     Petitioner must be granted a new trial or, at a minimum, discovery and an evidentiary hearing on this Cause of Action.

**Exhibits in Support of this Ground for Relief:**; 1, 3, 4-6

**Legal Authority:** U.S. Const. amends. V, VI, VIII, and XIV; Ohio Const. art. I, §§ 1, 2, 5, 9, 10, 16, and 20; Peters v. Kiff, 470 U.S. 493 (1972); Taylor v. Louisiana, 419 U.S. 522 (1975); State v. Davie, Trumbull C.P. No. 91 CR 288; Jurywork: Systematic Techniques; Ohio Supreme Court's Commission on Racial Fairness ; and State v. Jackson, 64 Ohio St. 2d 107 (1980).

## SEVENTH CAUSE OF ACTION

75.    Petitioner Nathaniel Jackson fully incorporates each and every allegation contained elsewhere in the Petition as if fully rewritten herein.

76.    Petitioner Jackson's convictions and sentences are void and/or voidable because Petitioner was denied the effective assistance of counsel during the pretrial stage of his capital case. U.S. Const. amends. V, VI, VIII, IX and XIV; Ohio Const. art. I, §§ 1, 2, 5, 9, 10, 16, and 20; Strickland v. Washington, 486 U.S. 668 (1984).

77.    Counsel did not conduct an independent investigation and instead for the most part relied upon the discovery provided by the prosecution. Counsel interviewed very few witnesses.  As a result counsel did not develop any significant information concerning co-defendant Roberts' role in the homicide, 2) the illegal activities of the victim Robert Fingerhut, 3) the dysfunctional relationship of Roberts and Fingerhut, 4) the significant mental impairment of Petitioner Jackson and 5) the impact that impairment had upon his actions and involvement with Roberts.

78.    Trial counsel timely filed a motion to suppress. However, they did not contest the voluntariness of Petitioner's statement and the knowing and intelligent waiver of his rights based upon the fact that Petitioner had full scale IQ scores of 70 and 72. [Exhibits 11, 12.]

79.    Trial counsel failed to effectively challenge through the use of experts and an evidentiary hearing, the venire from which the grand and petit juries were drawn. [See Third and Sixth Causes of Action.]  In addition they failed to challenge the selection of the grand jury foreperson. [Fourth Cause of Action.]

80.    Trial counsel should have also challenged the charging practices of the Trumbull County Prosecutor.  The prosecutor almost exclusively institutes capital charges when the victim is caucasian.  [Second Cause of Action.]

81.    In a capital case, defense counsel is also charged with the duty to conduct a reasonable investigation with respect to the mitigation phase.  The defendant's lifelong experiences must be investigated to identify the biological and environmental factors that caused him to commit the offense of aggravated murder. Counsel must interview the defendant's family members, friends, teachers, coaches, juvenile counselors and anyone else that has had contact with the defendant throughout his life.  In addition counsel must obtain all the records that documents the defendant's actions throughout his life. [Exhibits 13, 14, 15.]

82.    Trial counsel in the present case did not conduct any sentencing phase investigation.  Instead they relied upon the spouse of the psychologist appointed by the Court.  The spouse collected one set of records.  The spouse and/or the psychologist interviewed one person, Petitioner's mother who minimized the negative factors that impacted Petitioner's development.  [Exhibits 16.]

83.    An important part of a sentencing phase investigation is the retaining of a knowledgeable psychological expert who conducts the appropriate testing.  The goal of the psychological testing is to explain the defendant's development, not provide a diagnosis.  Dr. McPherson, who trial counsel retained, conducted inappropriate testing, the MMPI and projective testing which provided a negative diagnosis, not an explanation as to Petitioner's involvement in the offense.  [Exhibit 14.].

84.    In Atkins v. Virginia, 536 U.S. 304 (2002) the United States Supreme Court barred the execution of the mentally retarded.  The school authorities administered to Petitioner

24

two IQ tests to which placed him in the mentally retarded range.  [Exhibits 11, 12.]  In the cases in which the defendant has previously scored in the mentally retarded range, counsel generally should not conduct any additional IQ testing and should rely on those tests.

85.    In cases in which there is evidence that the defendant suffered from substance abuse, trial counsel needs to insure that the testing is conducted by an expert who has the appropriate training in substance abuse.  This type of mental health professional can document the degree of substance abuse, its impact upon the defendant at the time of the offense and any factors in the defendant's environment which led to the Petitioner's addiction. [Exhibits 18, 19.] There was no such testing in the present case.

86.    Trial counsel had an affirmative duty to conduct a reasonable investigation into the character, history, and background of Petitioner Jackson. Williams v. Taylor, 529 U.S. 362 (2000). Only after a full investigation can counsel make an informed, tactical decision about which information would be helpful in a client's case. Glenn v. Tate, 71 F.3d 1204 (6th Cir. 1995); State v. Johnson, 24 Ohio St. 3d 87 (1986).

87.    Petitioner Jackson was denied his right to effective assistance of counsel. Petitioner must be granted a new trial or, at a minimum, discovery and an evidentiary hearing on this Cause of Action.

**Exhibits in Support of this Ground for Relief:** 11-19

**Legal Authority:** U.S. Const. amends. V, VI, VIII, IX and XIV; Ohio Const. art. I, §§ 1, 2, 5, 9, 10, 16, and 20; Strickland v. Washington, 486 U.S. 668 (1984); Williams v. Taylor, 529 U.S. 362 (2000); Atkins v. Virginia, 536 U.S. 304, 122 S. Ct. 2242 (2002);  Glenn v. Tate, 71 F.3d 1204 (6th Cir. 1995); State v. Johnson, 24 Ohio St. 3d 87 (1986).

## EIGHTH CAUSE OF ACTION

88.    Petitioner Nathaniel Jackson fully incorporates each and every allegation contained elsewhere in the Petition as if fully rewritten herein.

89.    Petitioner Jackson's convictions and sentences are void and/or voidable because Petitioner was denied the effective assistance of counsel during the trial stage of his capital case. The acts and omissions of trial counsel deprived him of the Sixth Amendment right to effective assistance of counsel. U.S. Const. amends. V, VI, VIII, IX and XIV; Ohio Const. art. I, §§ 1, 2, 5, 9, 10, 16, and 20; Strickland v. Washington, 486 U.S. 668 (1984).

90.    During voir dire, counsel did not address with the prospective jurors the defenses or issues they would later be raising in the trial phase. They should have included (but were not limited to) the following:  the race of Petitioner, Petitioner's interracial relationship with the co-defendant and the use of sexually explicit language.  Furthermore, trial counsel did not address any potential mitigating facts.

91.    Trial counsel failed to address co-defendant Donna Roberts' motive to kill Robert Fingerhut and her ability to manipulate Petitioner Jackson.  Ms. Roberts stood to benefit from Fingerhut's death.  She was the individual that was listed on the large life insurance policy, not Petitioner Jackson.

92.    Co-defendant Roberts had an affinity for African American males.  She had been arrested several times for incidents involving African Americans.  [Exhibit 20.]  Christine Ellington, who operates a barber shop testified that Roberts brought Petitioner in for a haircut the day prior to the homicide.  [Tr. 2881-2889].  Ellington did not tell the jury that Roberts had previously   brought three or four other African-Americans in to the barber shop for haircuts. [Exhibit 21.]

93.    Roberts had been involved with an African American male Santiago Mason, just prior to Petitioner's release from prison in December 2001.  She met Mason, who was a felon, in the bus terminal where she worked.  She told Mason "you are so cute, I always liked black guys cause they got big dicks."  She took him to her home that night and told him "let me see how big your dick is."  She had oral sex with him but he refused to have intercourse with her. A few days later Roberts called Mason again, and asked Mason to drive her car and he refused. She gave him two hundred dollars and took him back to the residence.  She performed oral sex on him but he again refused to have sexual intercourse.  She again became enraged and took him back to the bus station.  One week later she appeared at Mason's place of employment and accused him of stealing her money and her gun. She filed charges against him.   After the charges were instituted in the present case, the prosecutor dismissed the charges against Mason.  [Exhibit 22.]

94.    Trial counsel never developed any facts involving the relationship between Petitioner and the Roberts.  She was certainly much more intelligent than Petitioner.  She had previously served as an office administrator for a plastic surgeon's office in Miami, Florida. [Exhibit 23.]  She had traveled extensively.  [Id.]  She provided Petitioner with the money, car and clothing that he needed [Exhibit 13].   She supplied Petitioner with the drugs he craved. Donna herself was a frequent user of drugs. The night prior to the homicide they were in a crack house together in Youngstown.  [Exhibit 24.]

95.    Donna was seen in all areas of the residence at the time of the shooting.  [Tr. 2924-2936.] She had bloodstains on her shirt [Exhibits 25, 26.] There were spots of blood in a part of the house in which the shooting did not occur.  [Exhibit 26].   The residence contained marijuana [Exhibit. 25] as well as prescription medicines for depression and schizophrenia.

[Exhibit 27.] The co-defendant was the proud owner of two dogs, which she kept at the residence [ Exhibit 28] The dogs did not react to the altercation that lead to the death of Fingerhut.

96.     Defense counsel failed to retain an crime scene reconstruction expert to address the facts that surround the offense and the status of the crime scene. The police thought the shooting occurred in the kitchen where they found the body.  However, they found blood on the garage floor as well as the entrance hallway [Exhibits 26, 29].  Petitioner was shot in the left hand during the altercation and sustained a serious injury.  [Exhibit 30.] Petitioner is left handed.

97.     On direct appeal Counsel raised a related issue involving the ineffective assistance of trial counsel.  Petitioner Jackson incorporates those arguments by reference. [Exhibit 31.]

98.     The right to effective assistance of counsel is violated when counsel's performance falls below an objective standard of reasonableness and the client is prejudiced by counsel's breach of duty.  Strickland, 466 U.S. at 696. There is a reasonable probability that if trial counsel had performed reasonably during voir dire and trial stage that the results of the proceeding would have been different. Strickland, 466 U.S. at 694.  The jury would have returned verdicts rendering Petitioner ineligible for the sentencing phase.

99.     Petitioner Jackson must be granted a new trial or, at a minimum, discovery and an evidentiary hearing on this ground for relief.

**Exhibits in Support of this Ground for Relief: 21-30**

**Legal Authority:** U.S. Const. amends. V, VI, VIII, IX and XIV; Ohio Const. art. I, §§ 1, 2, 5, 9, 10, 16, and 20; Strickland v. Washington, 486 U.S. 668 (1984); Glenn v. Tate, 71 F.3d 1204 (6th Cir. 1995); State v. Johnson, 24 Ohio St. 3d 87 (1986)

## NINTH CAUSE OF ACTION

100.    Petitioner Nathaniel Jackson fully incorporates each and every allegation contained elsewhere in the Petition as if fully rewritten herein.

101.    Petitioner Jackson's convictions and sentences are void and/or voidable because Petitioner was denied the effective assistance of counsel during the mitigation stage of his capital case. The acts and omissions of trial counsel deprived him of the Sixth Amendment right to effective assistance of counsel. U.S. Const. amends. V, VI, VIII, IX, and XIV; Ohio Const. art. I, §§ 1, 2, 5, 9, 10, 16, and 20; Strickland v. Washington, 486 U.S. 668 (1984).

102.    Trial counsel did not conduct any mitigation investigation [Seventh Cause of Action].  The spouse of the psychologist appointed by this Court conducted only one interview and collected only one set of records [Id.]

103.    Lead counsel became ill prior to the mitigation hearing and new counsel was substituted for Lead Counsel [Sent. Tr. 4-6.]  New counsel was not certified by the Ohio Supreme Court to provide representation in a capital case.  [Id.]  He knew nothing about this capital case.  [Id.]

104.    Trial counsel met with the mitigation witnesses at the courthouse for the first time just prior to the mitigation hearing [Exhibit 13].  Counsel met with the witnesses as a group and asked questions that were unrelated to the questions that would be asked of them a few minutes later at the evidentiary hearing.  [Exhibit 13.]

105.    Counsel who remained on the case admitted to knowing little about the evidence that was to be presented to the jury.  [Sent. Tr. 7.]  As a result he requested that the psychologist be permitted to sit at counsel table.  [Sent. Tr. 8.]  This was the same psychologist who had

29

reviewed a single set of records and whose spouse had talked to a single witness.  [Seventh Cause of Action.]

106.    Trial counsel gave no opening statement at the mitigation phase.  [Sent. Tr. 23.] As a result the jury was not told what evidence it would hear or the manner in which the evidence would be mitigation.

107.    Counsel called four lay witnesses to testify. Their direct testimony was sparse and uninformative:  Raymond Dickerson [two pages Sent. Tr. 23-25]; Tausha Korneagay [two pages Sent. Tr. 25-27]; Lorraine Rue [one page Sent. Tr. 30-31] and Pauline Korneagay (two pages Sent. Tr. 31-33).  The prosecutor had twice interviewed Tausha Korneagay [Sent. Tr. 27] which was two more times than defense counsel prior to the day of the hearing.  [Exhibit 13.]

108.    The shortness of the direct examination of these witnesses did not mask the incompleteness and inaccuracies in their testimony.   Raymond Dickerson had not known Petitioner prior to the age of fifteen and not seen Petitioner since the age of seventeen.  [Sent. Tr. 24-25.]  Tausha Korneagay  testified that Petitioner lived on the street [Sent. Tr. 27] and was smart [Sent. Tr. 28].  In fact Petitioner's drug habit forced him to live on the street because he would steal from whomever he resided.  [Exhibit 13.]  Petitioner had twice scored in the mental retardation range on IQ tests [Exhibits 10, 11].  Pauline Korneagay testified that Petitioner never had any problems in school and was raised in a good neighborhood.  [Sent. Tr. 32.]  In fact Petitioner, since the first grade had academic and behavioral problems in school.  [Exhibit 13] and was raised in a rough neighborhood.  [Exhibit 13.]

109.    Trial counsel's final witness was Dr. Sandra McPherson who testified that Petitioner was not mentally retarded [Sent. Tr. 45-49], but instead was anti-social [Sent. Tr. 50-52].  The anti-social diagnosis was the product of testing that she should not have administered

30

[Exhibit 14].  The IQ testing was the product of testing that was improperly administered and scored.  [Tenth Cause of Action.]  The psychologist provided no analysis as to Petitioner's involvement with the commission of the offense and only superficial analysis of Petitioner's relationship with the co-defendant [Tr. 54-55].

110.    There is a reasonable probability that the result of the sentencing phase would have been different if trial counsel conducted a reasonable investigation and the psychologist administered appropriate testing.  The jury would have learned that Petitioner was neglected and ignored by his alcoholic mother and his biological father [Exhibit 13].  His school performance was impaired by not only his ADHD but by his below average intelligence as reflected in the full scale IQ scores of 70 and 72 [Exhibits 11, 12].  Petitioner began to self medicate with illicit drugs as a result of this parental neglect, poor school performance and resulting self esteem.  He developed an addiction to crack which caused further rejection by his family.  [Exhibit 13].  His need to support his addiction caused him to commit illegal acts which ultimately lead to his numerous convictions.  [Exhibit 13.]

111.    The jury would have also learned that Petitioner's involvement with co-defendant Donna Roberts was one of the first "meaningful" relationships in his life. She provided him with all of the material things he lacked including clothes, money and cars as well as drugs.  [Exhibit 13].  She was much brighter than he was. [Exhibits 10, 11, 23].  She had reportedly manipulated African-American males in the past for her sexual and ego needs. [Exhibits 21, 22.]

112.    Petitioner must be granted a new trial or, at a minimum, discovery and an evidentiary hearing on this ground for relief.

**Exhibits in Support of this Ground for Relief:** 11-14, 21-23

**Legal Authority:** U.S. Const. amends. V, VI, VIII, IX, and XIV; Ohio Const. art. I, §§ 1, 2, 5, 9, 10, 16, and 20; Strickland v. Washington, 486 U.S. 668 (1984)

## TENTH CAUSE OF ACTION

113.     Petitioner Nathaniel Jackson fully incorporates each and every allegation contained elsewhere in the Petition as if fully rewritten herein.

114.     Petitioner Jackson's convictions and sentences are void and/or voidable because Petitioner was denied the effective assistance of counsel and an expert assistance during the mitigation stage of his capital case. The basis for this constitutional right is twofold.  Pursuant to the Sixth Amendment right to effective assistance, counsel has a duty to insure that a competent mitigation evaluation is conducted.    In addition, the Fourteenth Amendment creates an independent right to a competent evaluation. U.S. Const. amends. V, VI, VIII, IX, and XIV; Ohio Const. art. I, §§ 1, 2, 5, 9, 10, 16, and 20; Ake v. Oklahoma, 470 U.S. 68 (1985); Strickland v. Washington, 486 U.S. 668 (1984).

115.     Psychologist Dr. Sandra McPherson evaluated Petitioner Jackson and testified on his behalf at his mitigation stage. (Sent. Tr. 33-105).  Because Dr. McPherson's evaluation and testimony was incomplete and inaccurate, her participation on the case did not satisfy Petitioner Jackson's Sixth or Fourteenth Amendment guarantees.

116.     The goal or focus of a mental health evaluation in a capital case is to explain the accused's commission of the homicide in terms of the accused's personal development.   The mental health expert must identify for the trier of fact those biological and environmental factors that impacted the accused's development and explain his commission of the offense in terms of those factors. [Exhibits 14, 15, 18, 19.]

117.     The foundation for any adequate and complete psychiatric evaluation is a thorough social history.  In the present case defense counsel did not conduct any social history [See Seventh Cause of Action .]  They instead relied upon the spouse of the psychologist to

32

conduct a social history.  His social history consisted of interviewing Petitioner's mother. [Exhibits 13, 16.] The mother was not forthcoming with information. As a result Dr. McPherson never received the necessary information.  [Exhibit 13, 16.]

118.    Further, Dr. McPherson conducted inappropriate testing and improperly scored some of the appropriate testing that she conducted. The focus in the mitigation case is upon a defendant's development and not on a psychological diagnosis.  The prevailing standard at the time of Petitioner's trial dictated that the mental health professional not administer to the defendant the Minnesota Multi Phasic Personality Test (MMPI) and projective testing such as the Rorschach and House-Tree-Person.  That is in fact what Dr. McPherson did in the present case.  As a result the jury learned that Petitioner is anti-social, impulsive and does not learn from past mistakes.  [Exhibit 14.]

119.    Dr. McPherson administered the WAIS-III to determine Petitioner's IQ. She should not have given the test because Petitioner had previously twice scored in the mental retardation range.  [Exhibits 10, 11.] Dr. McPherson did not follow the standard protocol for the administration of the WAIS-III.  She also committed errors in the scoring of the test.

120.    Dr. McPherson also administered the Wide Range Achievement Test-III (WRAT).  She again incorrectly scored that test.

121.    Dr. McPherson administered the Bendt Gestalt Test for purposes of determining the existence of brain damage.  The appropriate screening mechanism was the Trails Making Test [Exhibit 16.]  The wide disparity of the performance and verbal scores on the IQ test that Dr. McPherson administered was an indicator that Petitioner suffers from brain impairment.

122.    Dr. McPherson failed to conduct testing to determine the existence and degree of Petitioner's drug addiction.  A complete examination would have included the Michigan Alcohol Screening Test and Drug Abuse Screening Test.  [Exhibit 18.]

123.    In addition Dr. McPherson failed to explain Petitioner's Jackson's involvement in the offense in the context of his personal development.  At a minimum she should have been able to discuss 1) his lack of meaningful relationships prior to meeting Donna Roberts; 2) her ability to manipulate him and his susceptibility to that manipulation, and 3) his dependence on drugs, which she supplied him [Exhibits 13, 14, 21, 22.]

124.    Nathaniel Jackson is entitled to relief because the information provided by the mental health professional to the jury was inaccurate and incomplete.  There is a "particularly critical interrelation between expert psychological assistance and minimally effective representation of counsel."  Beavers v. Balkcom, 636 F.2d 114, 116 (5th Cir. 1981), citing United Stated v. Fessel, 531 F.2d 1275, 1279 (5th Cir. 1976). There is a reasonable probability that the outcome of the sentencing phase would have been different if the jury had received all of the relevant information. Strickland, 486 U.S. 668.

125.    Petitioner must be granted a new trial or, at a minimum, discovery and an evidentiary hearing on this ground for relief.

**Exhibits in Support of this Ground for Relief:** 10-11, 13-16, 18-19, 21-22

**Legal Authority:** U.S. Const. amends. V, VI, VIII, IX, and XIV; Ohio Const. art. I, §§ 1, 2, 5, 9, 10, 16, and 20; Ake v. Oklahoma, 470 U.S. 68 (1985); Strickland v. Washington, 486 U.S. 668 (1984); Beavers v. Balkcom, 636 F.2d 114 (5th Cir. 1981), citing United Stated v. Fessel, 531 F.2d 1275 (5th Cir. 1976).

## ELEVENTH CAUSE OF ACTION

126.    Petitioner Jackson fully incorporates all of the allegations contained elsewhere in the Petition as if fully rewritten herein.

127.    The execution of persons who are mentally retarded violates the Eighth Amendment's proscription against such punishment.  Atkins v. Virginia, 536 U.S. 302, 321, 122 S. Ct. 2242, 2252 (2002).  Petitioner Jackson's sentence is void or voidable because he was mentally retarded at the time of his trial and therefore cannot be sentenced to death.

128.    In Atkins, the United States Supreme Court cited to the definition adopted by the American Association of Mental Retardation ("AAMR") in 1992.  See Atkins, 536 U.S. at 309, 122 S. Ct. at 2245 n.5.  The AAMR has now further refined that definition.   American Association on Mental Retardation, Mental Retardation: Definition, Classification, and Systems of Supports 1 (Ruth Luckasson ed., 10th ed. 2002) (hereafter "Mental Retardation (2002)").

129.    A defendant, to be declared mentally retarded, must 1) have subaverage intelligence, 2) suffer from significantly impaired adaptive skills and 3) have the mental disability manifest itself before the age of eighteen.  Petitioner Jackson meets all three criteria.

A.    **PETITIONER SUFFERS FROM SUBAVERAGE INTELLIGENCE**

130.    The AAMR defines significant limitation in intelligence functioning as "approximately two standard deviations below the mean, considering the SEM [Standard Error Measurement] for the specific assessments instrument used and the instrument's strengths and limitations".  Mental Retardation (2002) at p. 58.  The Supreme Court in Atkins noted that "an IQ between 70 and 75" is "typically considered the cutoff IQ score for the intellectual functioning prong of the mental retardation definition."  536 U.S. at 309, 122 S. Ct. at 2245 n.5.

35

131.    On January 17, 1986, School Psychologist Jo Seiser determined that Petitioner Jackson had a full scale I.Q. of 72.  [Exhibit 10.]

132.    On February 23, 1989, Examiner J. Ciarrochi  determined that Petitioner Jackson had a full scale IQ of 70 [Exhibit 11.]

133.    Prior to trial, Dr. Sandra McPherson determined that Petitioner Jackson had a full scale IQ of 84.  However she failed to properly administered and score the test.  [See Tenth Cause of Action.]

134.    Throughout his educational history, school officials administered achievement tests to Petitioner Jackson on which he demonstrated subaverage intelligence.

135.    When he was thirteen years and eleven months of age, his reading competency was on the level of a fourth grader as was his ability to solve math problems.  His scores on the Stanford Achievement test in both reading and math were in the lower four percentile. [Exhibit 10.]  When he was seventeen years of age he was operating on the level of an eleven year old.

**B.      PETITIONER SUFFERS FROM SIGNIFICANT LIMITATIONS WITH RESPECT TO HIS ADAPTIVE SKILLS.**

136.    Adaptive behavior is the component of the mental retardation definition that requires that the intellectual impairment produce real-world disabling effects on the person's life.

137.    The AAMR has divided adaptive skills into three areas or domains; 1) conceptual, 2) social, and 3) practical.  For each of the three domains the AAMR has identified representative skills. (Mental Retardation 2002, p. 82.) It is sufficient for the definition of mental retardation that an individual suffers from significant limitations with respect to one of the three domains. Id. at pp. 76.

138.    School psychologist J. Seiser administered a test the Scales of Independent Behavior to Petitioner Jackson when he was thirteen years and eleven months.  He had the social

36

and emotional skills of a six year old, and the personal living and community living and broad

independent skills of a nine year old. Petitioner was described as:

> <u>Social-Emotional.</u>    The Scales of Independent 'Behavior, a measure of
> adaptive skills, was completed by Mrs. Pavlone, one of Nate's teachers.  His gross
> and fine motor skills are appropriately developed for his age.   Independent
> functioning is subaverage in the areas of social/emotional, personal living, and
> community living.  Specific difficulties include negative peer interaction (hits,
> fights, name calling, accepts no criticism), inappropriate use of language
> (vulgarity), cleanliness in personal care, lack of personal responsibility for being
> in proper place at proper times, and poor work skills (little attention to tasks).
> Nate also demonstrates disregard for personal property.
>
> The Hahnemann High School Behavior Rating Scale (HHSB), a classroom
> behavior rating scale, reflects many of these problems.   Significant behavior
> factors on that measure which hamper educational progress includes poor
> interaction, weak reasoning ability, poor work habits, expressed inability, and
> restless, disturbing behavior.  Nate is on task occasionally but not for very long.

[Exhibit 10.]

## C.    PETITIONER JACKSON'S MENTAL RETARDATION ORIGINATED BEFORE THE AGE OF EIGHTEEN.

139.    Petitioner Jackson was diagnosed with subaverage intelligence before the age of

eighteen [Exhibits 10, 11]. His behavior prior to the age of eighteen demonstrated that he had

significant limitations on his adaptive skills.  [Exhibits 10, 11.]

**Exhibits in Support of this Ground for Relief:** 10, 11

**Legal Authority:** U.S. const. amend. VIII; <u>Atkins v. Virginia</u>, 536 U.S. 304, 122 S. Ct. 2242 (2002); American
Association on Mental Retardation, <u>Mental Retardation: Definition, Classification, and Systems of Supports 1</u> (Ruth
Luckasson ed., 10th ed. 2002)

## TWELFTH CAUSE OF ACTION

140.    Petitioner Nathaniel Jackson fully incorporates each and every fact contained elsewhere in the Petition as if fully rewritten herein.

141.    Petitioner Jackson's death sentence is void or voidable because the jury never made the requisite determination that he was not mentally retarded.

142.    A trial court cannot consistent with the Eighth Amendment impose a sentence of death upon an individual who is mentally retarded.  Atkins v. Virginia, 536 U.S. 304, 321, 122 S. Ct. 2242, 2252 (2002).  Therefore a finding of lack of mental retardation is an essential element if a defendant is to be sentenced to death.

143.    This finding concerning mental retardation must be made by the jury.  When a defendant elects to have his capital case tried to a jury, the Sixth and Fourteenth Amendments dictate that the jury make all factual determinations that render the defendant death eligible.  Ring v. Arizona, 536 U.S. 584, 609, 122 S. Ct. 2428, 2243 (2002); Apprendi v. New Jersey, 530 U.S. 466, 482-483, 120 S. Ct. 2348, 2358 (2000).

144.    Ring involved a Sixth Amendment challenge to Arizona's judge-sentencing capital punishment scheme.  The United States Supreme Court held that the Sixth Amendment requires that any finding of fact that makes a defendant eligible for the death penalty must be unanimously made by the jury beyond a reasonable doubt.  Ring, 536 U.S. at 604, 122 S. Ct. at 2440.  Justice Scalia's concurring opinion crystallized the Court's holding as follows:  "All facts essential to the imposition of the level of punishment that the defendant receives – whether the statute calls them elements of the offense, sentencing factors, or Mary Jane – must be made by the jury beyond a reasonable doubt."  536 U.S. at 610, 122 S. Ct. at 2444 (Scalia, J. concurring).

38

145.    While Ring dealt specifically with statutory aggravating circumstances, it included "factfinding[s] necessary to . . . put [a defendant] to death." Id. 536 U.S. at 609, 122 S. Ct. at 2443.    As set forth previously, Atkins held that the Eighth Amendment prohibits a mentally retarded defendant from being sentenced to death.    In Apprendi/Ring parlance, a mentally retarded defendant is now constitutionally ineligible for the death penalty. Atkins, 536 U.S. at 321, 122 S. Ct. at 2252. Since mental retardation is now a factual issue upon which a defendant's eligibility for death turns, "that fact . . . must be found by a jury beyond a reasonable doubt." Ring, 536 U.S. at 602, 122 S. Ct. at 2439.

146.    The Court failed to submit the issue of mental retardation to the jury and the jury made no determination as to Petitioner Jackson's mental retardation.  Therefore this Court was without jurisdiction to sentence Petitioner Jackson to death and his death sentence is void.

**Legal Authority:**  U.S. const. amends VI, VIII and XIV; Atkins v. Virginia, 536 U.S. 304, 122 S. Ct. 2242 (2002); Ring v. Arizona, 536 U.S. 584, 122 S. Ct. 2427 (2002); Apprendi v. New Jersey, 530 U.S. 466, 120 S. Ct. 2348 (2000)

## THIRTEENTH CAUSE OF ACTION

147.    Petitioner Nathaniel Jackson fully incorporates each and every fact contained elsewhere in the Petition as if fully rewritten herein.

148.    The death sentence against Petitioner Jackson is void and/or voidable because the death penalty as administered by lethal injection violates his constitutional right to protection from cruel and unusual punishment as guaranteed by the Eighth Amendment and to due process of law.  U.S. Const. amends. V, VIII, IX, XIV; Ohio Const. art. I, §§ 1, 2, 5, 9, 10, 16, 20; Ohio Adult Parole Authority v. Woodard, 523 U.S. 272 (1998)(five justices holding that the Due Process Clause protects the "life" interest at issue in capital cases).

149.    Upon information and belief, Petitioner Jackson contends that the chemicals that will be used to bring about his execution will result in undue pain and suffering.  Typically, the chemicals include Sodium Thiopental or Sodium Pentothal (an ultra short-acting barbiturate); Pancuronium Bromide or Pavulon (a curare-derived agent which paralyzes all skeletal or voluntary muscles, but which has no effect whatsoever on awareness, cognition or sensation); and potassium chloride (an extraordinarily painful chemical which activates the nerve fibers living the inmate's veins and which can interfere with the rhythmic contractions of the heart and cause cardiac arrest).  [Exhibits 32, 33.]

150.    This particular combination of chemicals will cause Petitioner Jackson to consciously suffer an excruciatingly painful and protracted death.

151.    Sodium thiopental, or sodium pentothal, is an ultra short-acting barbiturate which is ordinarily used to render a surgical patient unconscious for mere minutes, only in the induction phase of anesthesia, specifically so that the patient may re-awaken and breathe on their own power if any complications arise from the insertion of a breathing tube prior to the surgery.

40

Because of its brief duration, sodium thiopental may not provide a sedative effect of the sodium thiopental is neutralized by the second chemical typically use, pancuronium bromide.

152.   The second chemical involved in the lethal injection process, pancuronium bromide, or Pavulon, is a derivative of curare that acts as a neuromuscular blocking agent.

153.   While Pavulon paralyzes skeletal muscles, including the diaphragm, it has no effect on consciousness or the perception of pain or suffering. To the extent that the first chemical, sodium thiopental, is neutralized by the second, Pavulon, the paralytic chemical (Pavulon) will serve only to mask Petitioner's excruciating pain.

154.   The risk of inflicting severe and unnecessary pain and suffering upon Petitioner in the lethal injection process is particularly grave because, upon information and belief, the procedures and protocols designed by the State of; Ohio do not include safeguards regarding the manner in which the execution is to be carried out, do not establish the minimum qualifications and expertise required of the personnel performing the critical tasks in the lethal injection procedure, and do not establish appropriate criteria and standards that these personnel must rely upon in exercising their discretion during the lethal injection procedures.

155.   Executioners in administering to Petitioner Jackson chemicals that will cause unnecessary pain in the execution of a sentence of death, thereby depriving Petitioner of his rights under the Eighth and Fourteenth Amendments to be free from cruel and unusual punishment.

**Exhibits in Support of this Ground for Relief:** 32-33

**Legal Authority:**  U.S. Const. amends. V, VIII, IX, XIV; Ohio Const. art. I, §§ 1, 2, 5, 9, 10, 16, 20; <u>Ohio Adult Parole Authority v. Woodard</u>, 523 U.S. 272 (1998)

## FOURTEENTH CAUSE OF ACTION

156.    Petitioner Nathaniel Jackson fully incorporates each and every fact contained elsewhere in the Petition as if fully rewritten herein.

157.    Petitioner Jackson's conviction and sentences are void or voidable because, assuming *arguendo* that none of the Grounds for Relief in this Post-Conviction Petition individually warrant the relief sought from this court, the cumulative effects of the errors and omissions as presented in the Petition in paragraphs one through one-hundred-fifty-eight have been prejudicial to the Petitioner and have denied the Petitioner his rights as secured by the United States and Ohio Constitutions.    When reviewing a criminal case where numerous violations of the Rules of Evidence occurred at trial, the Ohio Supreme Court has held that "a conviction will be reversed where the cumulative effect of the errors deprives a defendant of the constitutional right to a fair trial." State v. DeMarco, 31 Ohio St. 3d 191, syl. 2 (1987).  See also State v. Bunch, 62 Ohio App. 3d 801 (1989).

158.    Petitioner Jackson contends, again assuming *arguendo* that this court does not deem any individual Ground for Relief as meriting the relief sought, that the errors presented in his Post-Conviction Petition taken together, are of sufficient magnitude as to warrant the granting of a new trial or, at minimum, discovery and an evidentiary hearing on this Ground For Relief.

**Exhibits in Support of this Ground for Relief:** 1-33

**Legal Authority:** State v. DeMarco, 31 Ohio St. 3d 191 (1987); State v. Bunch, 62 Ohio App. 3d 801 (1989).

## IV. CONCLUSION

**WHEREFORE**, Petitioner Nathaniel Jackson requests the following relief:

A.      That this Court declare Nathaniel Jackson's judgment to be void or voidable and grant him a new trial;

B.      In the alternative, that this Court declare Nathaniel Jackson's death sentence to be void or voidable and grant him a new sentencing hearing before a jury;

C.      If this Court is not inclined to grant Nathaniel Jackson relief based on the matters raised in this petition and supported by the attached exhibits, then he requests that this Court grant him leave to pursue discovery to more fully develop the factual basis demonstrating the constitutional violations that render his conviction and death sentence void or voidable;

D.      If this Court is not inclined to grant Nathaniel Jackson relief based on the matters raised in this post-conviction petition and supported by the attached exhibits, then he requests that, after permitting him to pursue discovery, that this Court conduct an evidentiary hearing pursuant to Ohio Revised Code Ann. § 2953.21;

E.      That this Court grant any further relief to which Nathaniel Jackson might be entitled.

Respectfully submitted,

DAVID H. BODIKER
Ohio Public Defender

RANDALL PORTER (0005835)
Assistant State Public Defender

Office of the Ohio Public Defender
8 East Long Street, 11th Floor
Columbus, Ohio  43215-2998
(614) 466-5394

43

Fax:  (614) 644-0703
COUNSEL FOR PETITIONER

#191435

Trumbull County QuickFacts from the US Census Bureau

Page 1 of 3

# U.S. Census Bureau

**State and County** *QuickFacts*



## Trumbull County, Ohio

Ohio counties - view map

| Select a county ▾ | **Go** |

Select a state
USA QuickFacts

Locate a county by place name

Follow the 🌐 link for
definition and source information.

Browse more data sets for Trumbull County, Ohio

| People QuickFacts | Trumbull County | Ohio |
|---|---|---|
| 🌐 Population, 2001 estimate | 223,982 | 11,373,54 |
| 🌐 Population percent change, April 1, 2000-July 1, 2001 | -0.5% | 0.2% |
| 🌐 Population, 2000 | 225,116 | 11,353,14( |
| 🌐 Population, percent change, 1990 to 2000 | -1.2% | 4.7% |
| 🌐 Persons under 5 years old, percent, 2000 | 6.1% | 6.6% |
| 🌐 Persons under 18 years old, percent, 2000 | 24.4% | 25.4% |
| 🌐 Persons 65 years old and over, percent, 2000 | 15.7% | 13.3% |
| 🌐 Female persons, percent, 2000 | 51.6% | 51.4% |
| 🌐 White persons, percent, 2000 (a) | 90.2% | 85.0% |
| 🌐 Black or African American persons, percent, 2000 (a) | 7.9% | 11.5% |
| 🌐 American Indian and Alaska Native persons, percent, 2000 (a) | 0.1% | 0.2% |
| 🌐 Asian persons, percent, 2000 (a) | 0.5% | 1.2% |
| 🌐 Native Hawaiian and Other Pacific Islander, percent, 2000 (a) | Z | Z |
| 🌐 Persons reporting some other race, percent, 2000 (a) | 0.2% | 0.8% |
| 🌐 Persons reporting two or more races, percent, 2000 | 1.1% | 1.4% |
| 🌐 Persons of Hispanic or Latino origin, percent, 2000 (b) | 0.8% | 1.9% |
| 🌐 White persons, not of Hispanic/Latino origin, percent, 2000 | 89.7% | 84.0% |
| 🌐 Living in same house in 1995 and 2000, pct age 5+, 2000 | 64.1% | 57.5% |
| 🌐 Foreign born persons, percent, 2000 | 1.8% | 3.0% |
| 🌐 Language other than English spoken at home, pct age 5+, 2000 | 5.7% | 6.1% |
| 🌐 High school graduates, percent of persons age 25+, 2000 | 82.5% | 83.0% |
| 🌐 Bachelor's degree or higher, pct of persons age 25+, 2000 | 14.5% | 21.1% |
| 🌐 Persons with a disability, age 5+, 2000 | 39,747 | 1,909,48! |
| 🌐 Mean travel time to work, workers age 16+ (minutes), 2000 | 21.0 | 22.! |
| 🌐 Housing units, 2000 | 95,117 | 4,783,05 |
| 🌐 Homeownership rate, 2000 | 74.3% | 69.1% |
| 🌐 Housing units in multi-unit structures, percent, 2000 | 18.0% | 24.1% |
| 🌐 Median value of owner-occupied housing units, 2000 | | 70( |

EXHIBIT
1

| | | | |
|---|---|---:|---:|
| ⊕ | Households, 2000 | 89,020 | 4,445,77? |
| ⊕ | Persons per household, 2000 | 2.48 | 2.4? |
| ⊕ | Median household money income, 1999 | $38,298 | $40,95? |
| ⊕ | Per capita money income, 1999 | $19,188 | $21,00? |
| ⊕ | Persons below poverty, percent, 1999 | 10.3% | 10.6? |

| | **Business QuickFacts** | **Trumbull County** | **Ohio** |
|---|---|---:|---:|
| ⊕ | Private nonfarm establishments, 1999 | 4,785 | 270,76? |
| ⊕ | Private nonfarm employment, 1999 | 84,059 | 4,867,36? |
| ⊕ | Private nonfarm employment, percent change 1990-1999 | -3.4% | 14.6? |
| ⊕ | Nonemployer establishments, 1999 | 10,724 | 591,15? |
| ⊕ | Manufacturers shipments, 1997 ($1000) | 11,235,598 | 241,902,92? |
| ⊕ | Retail sales, 1997 ($1000) | 1,943,241 | 102,938,83? |
| ⊕ | Retail sales per capita, 1997 | $8,551 | $9,18? |
| ⊕ | Minority-owned firms, percent of total, 1997 | 5.1% | 6.3? |
| ⊕ | Women-owned firms, percent of total, 1997 | 24.8% | 26.2? |
| ⊕ | Housing units authorized by building permits, 2000 | 468 | 49,74? |
| ⊕ | Federal funds and grants, 2001 ($1000) | 1,051,817 | 61,704,78? |
| ⊕ | Local government employment - full-time equivalent, 1997 | 7,544 | 421,09? |

| | **Geography QuickFacts** | **Trumbull County** | **Ohio** |
|---|---|---:|---:|
| ⊕ | Land area, 2000 (square miles) | 616 | 40,94? |
| ⊕ | Persons per square mile, 2000 | 365.2 | 277.? |
| ⊕ | Metropolitan Area | Youngstown-Warren, OH MSA | |

Download delimited tables | Download Excel tables

(a) Includes persons reporting only one race.
(b) Hispanics may be of any race, so also are included in applicable race categories.

FN: Footnote on this item for this area in place of data
NA: Not available
D: Suppressed to avoid disclosure of confidential information
X: Not applicable
S: Suppressed; does not meet publication standards
Z: Value greater than zero but less than half unit of measure shown
F: Fewer than 100 firms

Data Quality Statement

What do you think of QuickFacts?

Source U.S. Census Bureau: State and County QuickFacts. Data derived from Population Estimates, 2000 Census of Population and Housing, 1990 Census of Population and Housing, Small Area Income and Poverty Estimates, County Business Patterns, 1997 Economic Census, Minority- and Women-Owned Business, Building Permits, Consolidated Federal Funds Report, 1997 Census of Governments

Last Revised: Tuesday, 15-Jul-2003 11:48:38 EDT

**Browse more data sets for Trumbull County, Ohio**

Census 2000  |  Subjects A to Z  |  Search  |  Product Catalog  |  FOIA  |  Quality  |  Privacy Policy  |  Other Policies  |  Contact Us  |  Census Home

## USCENSUSBUREAU
*Helping You Make Informed Decisions*

**U.S. Census Bureau**

State and County *QuickFacts*                                    QuickFacts Main | FAQs | What's New

# Race

**Source:** U.S. Census Bureau, 2000 Census of Population, Public Law 94-171 Redistricting Data File. Updated every 10 years. http://factfinder.census.gov.

**Definition:**

The concept of race as used by the Census Bureau reflects self-identification by people according to the race or races with which they most closely identify. These categories are sociopolitical constructs and should not be interpreted as being scientific or anthropological in nature. Furthermore, the race categories include both racial and national-origin groups.

The racial classifications used by the Census Bureau adhere to the October 30,1997, Federal Register Notice entitled,"Revisions to the Standards for the Classification of Federal Data on Race and Ethnicity" issued by the Office of Management and Budget (OMB).

**White.** A person having origins in any of the original peoples of Europe, the Middle East, or North Africa. It includes people who indicate their race as "White" or report entries such as Irish, German, Italian, Lebanese, Near Easterner, Arab, or Polish.

**Black or African American.** A person having origins in any of the Black racial groups of Africa. It includes people who indicate their race as "Black, African Am., or Negro," or provide written entries such as African American, Afro American, Kenyan, Nigerian, or Haitian.

**American Indian and Alaska Native.** A person having origins in any of the original peoples of North and South America (including Central America) and who maintain tribal affiliation or community attachment.

**Asian.** A person having origins in any of the original peoples of the Far East, Southeast Asia, or the Indian subcontinent including, for example, Cambodia, China, India, Japan, Korea, Malaysia, Pakistan, the Philippine Islands, Thailand, and Vietnam. It includes "Asian Indian," "Chinese," "Filipino," "Korean," "Japanese," "Vietnamese," and "Other Asian."

**Native Hawaiian and Other Pacific Islander.** A person having origins in any of the original peoples of Hawaii, Guam, Samoa, or other Pacific Islands. It includes people who indicate their race as "Native Hawaiian," "Guamanian or Chamorro," "Samoan," and "Other Pacific Islander."

**Some other race.** Includes all other responses not included in the "White", "Black or African American", "American Indian and Alaska Native", "Asian" and "Native Hawaiian and Other Pacific Islander" race categories described above. Respondents providing write-in entries such as multiracial, mixed, interracial, Wesort, or a Hispanic/Latino group (for example, Mexican, Puerto Rican, or Cuban) in the "Some other race" category are included here.

**Two or more races.** People may have chosen to provide two or more races either by checking two or more race response check boxes, by providing multiple write-in responses, or by some combination of check boxes and write-in responses.

**Comparability.** The data on race in Census 2000 are not directly comparable to those collected in previous censuses.

The concept of race is separate from the concept of Hispanic origin. Percentages for the various race categories add to 100 percent, and should not be combined with the percent Hispanic. Tallies that show race categories for Hispanics and nonHispanics separately are also available.

**Scope and Methodology:**

The data on race were derived from answers to the question on race that was asked of all people in Census 2000.

**More Information:**

- Other data available for race populations
- Race for Hispanic and nonHispanic populations (pdf, see table 10)
- Data available on businesses owned by particular race groups

Census 2000 | Subjects A to Z | Search | Product Catalog | FOIA | Quality | Privacy Policy | Other Policies | Contact Us | Census Home

**U S C E N S U S B U R E A U**
*Helping You Make Informed Decisions*

# DEATH PENALTY PROPORTIONALITY STATISTICS

Prepared by Brenda L. Jones, Administrative Assistant, Death Penalty Division,
Ohio Public Defender Office,  November 19, 2003

| | | | | | |
|---|---|---|---|---|---|
| **Death Row Residents:** | 212 | | Females: 1 | **TOTAL** | **213** |
| ***Death-Sentenced Defendants:** | Males: 195 | | Females: 1 | **TOTAL** | **196** |

| **Race of Defendants:** | African-American | 105 | Caucasian | 99M/1F |
|---|---|---|---|---|
| | Native American | 2 | Latino | 2 |
| | Other | 4 | Unknown | 0 |
| | | | **TOTAL** | **213** |

| ***Race of Defendant - Victim:** | | |
|---|---|---|
| African-American  -  African-American | 47 |
| African-American  -  Caucasian | 49 |
| African-American  -  Other | 5 |
| African-American  -  African-American & Caucasian | 3 |
| African-American  -  African-American & Caucasian & Other | 1 |
| African-American - unknown | 0 |
| | |
| *Caucasian  -  Caucasian | 92M/1F |
| Caucasian  -  African-American | 3 |
| Caucasian  -  African-American & Caucasian | 4 |
| Caucasian  -  Latino | 1 |
| Caucasian  -  unknown | 0 |
| | |
| Latino  -  Caucasian | 2 |
| | |
| Native American  -  Caucasian | 1 |
| Native American  -  Latino | 1 |
| | |
| Other  -  Other | 3 |
| Other  -  Caucasian | 1 |
| *TOTAL | 214 |

*Reflects 2 death sentence cases for James Conway

| **Executed Defendants:** | Male | 8 |
|---|---|---|
| **Race of Defendants:** | Caucasian | 5 |
| | African-American | 3 |
| **Race of Defendant - Victim:** | Caucasian - Caucasian | 5 |
| | African-American  -  African-American | 3 |
| | African-American  -  Caucasian | 1 |

*Difference between figures is due to legal relief, but not final relief.

EXHIBIT
2

# DEATH ROW CURRENT RESIDENTS

| Sentence Date | Defendant | Race, Sex and Age | County | Victim's Race |
|---|---|---|---|---|
| 05-25-83 | David Steffen | W-M-22 | Hamilton | W |
| *06-14-83* | *David Mapes* | *B-M-29* | *Cuyahoga* | *W* |
| 08-10-83 | Frank Spisak Jr. | W-M-31 | Cuyahoga | 2B/1W |
| 10-25-83 | Michael Beuke | W-M-21 | Hamilton | W |
| 11-03-83 | Billy Joe Sowell | B-M-46 | Hamilton | B |
| | | | | |
| 11-03-83 | Lewis Williams | B-M-24 | Cuyahoga | W |
| 12-01-83 | Reginald Brooks Sr. | B-M-37 | Cuyahoga | 3B |
| 04-27-84 | David Hamblin | W-M-32 | Cuyahoga | W |
| *05-22-84* | *Gregory Esparza* | *L-M-20* | *Lucas* | *W* |
| 08-03-84 | Donald Williams | B-M-38 | Cuyahoga | B |
| | | | | |
| 09-24-84 | John G. Spirko Jr. | W-M-36 | Van Wert | W |
| 09-24-84 | John D. Stumpf | W-M-25 | Guernsey | W |
| 10-05-84 | William Zuern | W-M-25 | Hamilton | W |
| 11-05-84 | Allan Earl Holloway | W-M-30 | Hamilton | W |
| 11-09-84 | Daniel Lee Bedford | W-M-36 | Hamilton | 2W |
| | | | | |
| 11-28-84 | Joseph Lewis Clark | B-M-35 | Lucas | W |
| 01-08-85 | Anthony Apanovitch | W-M-29 | Cuyahoga | W |
| 01-26-85 | Danny Hooks | W-M-39 | [1]Montgomery | 2W |
| 03-13-85 | Ronald Ray Post | W-M-24 | Lorain | W |
| 05-28-85 | William Bradley | B-M-57 | Scioto | W |
| | | | | |
| *06-12-85* | *Dewaine Poindexter* | *B-M-25* | *Hamilton* | *B* |
| *06-18-85* | *John Gillard* | *W-M-40* | *Stark* | *2W* |
| *06-25-85* | *Rhett DePew* | *W-M-31* | *Butler* | *3W* |
| 07-11-85 | Paul Greer | B-M-30 | Summit | W |
| 08-05-85 | Jerome Henderson | B-M-26 | Hamilton | B |
| | | | | |
| 08-08-85 | Robert Van Hook | W-M-25 | Hamilton | W |
| 08-20-85 | William Wickline Jr. | W-M-32 | Franklin | 2W |
| 10-16-85 | Romell Broom | B-M-28 | Cuyahoga | B |
| *10-18-85* | *Derrick Jamison* | *B-M-24* | *Hamilton* | *W* |
| 11-07-85 | Frederick Dickerson | B-M-29 | Lucas | 2B |
| | | | | |
| 12-19-85 | John Glenn Roe | W-M-22 | Franklin | W |
| *01-08-86* | *Alfred Morales* | *NA-M-22* | *Cuyahoga* | *L* |
| 01-29-86 | Mark Wiles | W-M-22 | Portage | W |
| 01-30-86 | Arthur Tyler | B-M-23 | Cuyahoga | B |
| 02-07-86 | Percy Hutton | B-M-32 | Cuyahoga | B |

# DEATH ROW CURRENT RESIDENTS

| Sentence Date | Defendant | Race, Sex and Age | County | Victim's Race |
|---|---|---|---|---|
| 02-21-86 | John Hicks | B-M-29 | Hamilton | 2B |
| 02-28-86 | Danny Hill | B-M-18 | Trumbull | W |
| 04-02-86 | Lawrence Landrum | W-M-23 | Ross | W |
| 04-24-86 | Samuel Moreland | B-M-32 | Montgomery | 5B |
| 05-29-86 | Glenn Benner II | W-M-23 | Summit | 2W |
| 07-30-86 | David Allen Sneed* | B-M-25 | Stark | W |
|  | *nka Muhammad Khaaleeq Ishmaa'eel |  |  |  |
| 11-07-86 | William Montgomery | B-M-20 | Lucas | 2W |
| 12-04-86 | Richard Cooey | W-M-19 | Summit | 2W |
| 12-09-86 | Charles Lorraine | W-M-20 | Trumbull | 2W |
| 01-02-87 | Gary Johnson* | B-M-33 | Cuyahoga | B |
|  | *nka Sha'bba Shahid |  |  |  |
| 01-26-87 | Kenneth Richey | W-M-23 | Putnam | W |
| *01-27-87* | *Tony Powell* | *B-M-19* | *Hamilton* | *B* |
| 08-25-87 | John Eley | B-M-37 | Mahoning | O |
| 09-01-87 | Gregory Lott | B-M-26 | Cuyahoga | W |
| 09-14-87 | Joseph Murphy | W-M-22 | Marion | W |
| 09-18-87 | Reginald Jells | B-M-21 | Cuyahoga | B |
| 09-22-87 | Wayne Frazier* | B-M-29 | Cuyahoga | 2B |
|  | *nka Abdul Haliym |  |  |  |
| 10-16-87 | Derrick Evans | B-M-29 | Cuyahoga | 2B |
| 11-06-87 | Warren Waddy | B-M-34 | Franklin | W |
| 03-29-88 | Melvin Bonnell | W-M-29 | Cuyahoga | W |
| 04-14-88 | Billy Slagle | NA-M-19 | Cuyahoga | W |
| 04-14-88 | William Henry Smith | B-M-30 | Hamilton | B |
| 04-21-88 | Andre Jackson | B-M-21 | Cuyahoga | W |
| 05-06-88 | Martin Rojas | O-M-29 | Hamilton | W |
| *05-13-88* | *Jerry Lawson* | *W-M-35* | *Clermont* | *W* |
| 09-13-88 | James Mills | B-M-46 | Hamilton | W |
| 12-19-88 | Darryl Durr | B-M-25 | Cuyahoga | W |
| *01-04-89* | *George Franklin* | *B-M-22* | *Hamilton* | *W* |
| 02-23-89 | Joseph D'Ambrosio | W-M-26 | Cuyahoga | W |
| 03-15-99 | Andre Williams | B-M-21 | Trumbull | W |
| 04-04-89 | Von Clark Davis | B-M-42 | Butler | B |
| 08-16-89 | Clarence Carter | B-M-27 | Hamilton | B |
| 10-26-89 | Donald Palmer Jr. | W-M-24 | Belmont | 2W |
| 11-20-89 | Warren Spivey | B-M-19 | Mahoning | W |
| 01-26-90 | Shawn Hawkins | B-M-21 | Hamilton | 2B |

# DEATH ROW CURRENT RESIDENTS

| Sentence Date | Defendant | Race, Sex and Age | County | Victim's Race |
|---|---|---|---|---|
| 04-23-90 | Donald Lewis | B-M-28 | Cuyahoga | B |
| 09-05-90 | Derrick Cook | B-M-34 | Hamilton | W |
| 09-21-90 | Jeffrey Lundgren | W-M-40 | Lake | 5W |
| 10-22-90 | Mark Burke | B-M-28 | Franklin | B |
| 11-28-90 | Eugene Woodard | B-M-19 | Cuyahoga | B |
| 12-14-90 | Kevin Scudder | B-M-27 | Franklin | W |
| 02-08-91 | Clifford Williams | B-M-18 | Butler | B |
| 02-25-91 | Richard Joseph | W-M-19 | Allen | W |
| 05-01-91 | Juan Kinley | B-M-24 | Clark | 2W |
| 07-15-91 | David Allen | W-M-33 | Cuyahoga | W |
| 07-16-91 | Michael Webb | W-M-42 | Clermont | W |
| 08-01-91 | Clarence Mack | W-M-42 | Cuyahoga | W |
| *08-29-91* | *Richard Frazier* | *W-M-45* | *Cuyahoga* | *W* |
| *10-29-91* | *Kenneth Biros* | *W-M-33* | *Trumbull* | *W* |
| 11-12-91 | Jose Trinidad Loza | L-M-19 | Butler | 4W |
| 12-07-91 | Genesis Hill | B-M-19 | Hamilton | B |
| 03-25-92 | Roderick Davie* *nka Abdul Hakiym Zakiy | B-M-20 | Trumbull | 2W |
| 05-08-92 | Daniel Wilson | W-M-21 | Lorain | W |
| *06-01-92* | *Wiley Davis* | *B-M-32* | *Cuyahoga* | *W* |
| 07-01-92 | Jeffrey Hill | B-M-27 | Hamilton | B |
| 07-01-92 | Tyrone Ballew | B-M-23 | Hamilton | B |
| 07-20-92 | Cedric Carter | B-M-19 | Hamilton | W |
| 09-16-92 | John Fautenberry | W-M-28 | Hamilton | W |
| 10-06-92 | Gary Otte | W-M-20 | Cuyahoga | 2W |
| 10-20-92 | Michael Bies | W-M-20 | Hamilton | W |
| 11-05-92 | William Garner | B-M-20 | Hamilton | 5B |
| 11-25-92 | Darryl Gumm | W-M-26 | Hamilton | W |
| 12-11-92 | Abdul Awkal | O-M-32 | Cuyahoga | 2O |
| 02-01-93 | Timothy Dunlap | W-M-24 | Hamilton | W |
| 03-15-93 | Jeffrey Wogenstahl | W-M-32 | Hamilton | W |
| 04-07-93 | Raymond Twyford III | W-M-30 | Jefferson | W |
| *05-28-93* | *Michael Taylor* | *B-M-44* | *Cuyahoga* | *B* |
| 06-24-93 | Michael Benge | W-M-31 | Butler | W |
| 08-11-93 | Willie J. Williams | B-M-36 | [2]Summit | 4B |
| 09-14-93 | Ronald Phillips | W-M-19 | Summit | W |

# DEATH ROW CURRENT RESIDENTS

| Sentence Date | Defendant | Race, Sex and Age | County | Victim's Race |
|---|---|---|---|---|
| 12-10-93 | Marvallous Keene | B-M-20 | Montgomery | 2B/2W/1O |
| 12-22-93 | Gregory Bryant-Bey | B-M-37 | Lucas | W |
| 01-14-94 | Warren Henness | W-M-30 | Franklin | W |
| 03-22-94 | Vernon Smith* | B-M-22 | Lucas | B |
| | *nka Abdullah Sharif Kaazim Mahdi | | | |
| 04-13-94 | Thomas M. Keenan | W-M-44 | Cuyahoga | W |
| 05-31-94 | Kevin Keith | B-M-31 | Crawford | 3B |
| 06-09-94 | Lawrence Reynolds Jr. | W-M-28 | Summit | W |
| 07-07-94 | Maurice Mason | B-M-30 | Marion | W |
| 11-21-94 | Harry Mitts Jr. | W-M-42 | Cuyahoga | B/W |
| 12-14-94 | Lee Edward Moore Jr. | B-M-20 | Hamilton | W |
| 12-23-94 | Dennis McGuire | W-M-34 | Preble | W |
| 12-29-94 | Adremy Dennis | B-M-18 | Summit | W |
| 12-29-94 | Michael Goodwin | B-M-19 | Cuyahoga | O |
| 02-23-95 | Frederick Treesh | W-M-31 | Lake | B |
| 02-24-95 | Johnnie Baston | B-M-21 | Lucas | O |
| 04-12-95 | Jason Robb | W-M-27 | [3]Franklin | W |
| 05-12-95 | Freddie McNeill Jr. | B-M-20 | Lorain | W |
| 05-30-95 | Bobby Shepphard | B-M-18 | Hamilton | W |
| 06-01-95 | Timothy Hoffner | W-M-21 | Lucas | W |
| 08-01-95 | James Filiaggi | W-M-30 | Lorain | W |
| 08-18-95 | James Goff | W-M-20 | Clinton | W |
| 08-21-95 | Keith LaMar | B-M-26 | [4]Lawrence | 1B/3W |
| 10-03-95 | Stephen Vrabel | W-M-38 | Mahoning | 2W |
| 11-22-95 | Archie Dixon | W-M-22 | Lucas | W |
| 12-04-95 | William Thomas | B-M-39 | Lucas | W |
| 12-11-95 | James D. O'Neal | B-M-41 | Hamilton | B |
| 12-15-95 | Richard R. Bays | W-M-30 | Greene | W |
| 01-05-96 | Raymond A. Smith | B-M-56 | Lorain | W |
| 01-30-96 | George Skatzes | W-M-48 | [5]Montgomery | 2W |
| 02-08-96 | Kenny Smith | W-M-29 | Butler | 2W |
| 02-20-96 | Tyrone L. Noling | W-M-23 | Portage | 2W |
| 02-27-96 | Mark A. Brown | B-M-23 | Mahoning | O |
| 03-01-96 | David Lee Myers | W-M-31 | Greene | W |
| 03-06-96 | Carlos Sanders* | B-M-33 | [6]Hamilton | W |
| | *nka Siddique Abdullah Hasan | | | |
| 04-10-96 | Stanley Jalowiec | W-M-25 | Lorain | W |

# DEATH ROW CURRENT RESIDENTS

| Sentence Date | Defendant | Race, Sex and Age | County | Victim's Race |
|---|---|---|---|---|
| *04-11-96* | *Kenneth Green* | *B-M-42* | *Cuyahoga* | *2B* |
| 07-10-96 | Maxwell White, Jr. | W-M-31 | Ashland | W |
| *09-04-96* | *Tony R. Gross* | *W-M-42* | *Muskingum* | *W* |
| 09-12-96 | Jason Getsy | W-M-20 | Trumbull | W |
| 09-25-96 | Davel Chinn | B-M-39 | Montgomery | W |
| | | | | |
| 10-29-96 | Clifton White III | B-M-23 | Summit | 2W |
| 11-01-96 | Gerald Clemons | W-M-53 | Hamilton | 3W |
| 11-06-96 | Walter Raglin | B-M-19 | Hamilton | W |
| *11-22-96* | *Jamie Madrigal* | *B-M-22* | *Lucas* | *W* |
| 01-09-97 | Elwood Jones | B-M-44 | Hamilton | W |
| | | | | |
| 02-03-97 | Kevin Yarbrough | B-M-38 | Shelby | W |
| 03-03-97 | Timothy Coleman | B-M-27 | Clark | B |
| 04-16-97 | Jessie James Cowans | W-M-36 | Clermont | W |
| 04-18-97 | John Stojetz | W-M-41 | Madison | B |
| 05-28-97 | Sidney Cornwell | B-M-20 | Mahoning | W |
| | | | | |
| 06-11-97 | Herman Ashworth | W-M-24 | Licking | W |
| 09-15-97 | Carl Lindsey | W-M-35 | Brown | W |
| 12-10-97 | Angelo Fears | B-M-23 | Hamilton | B |
| 12-22-97 | Richard Nields | W-M-47 | Hamilton | W |
| 02-19-98 | Kareem Jackson | B-M-24 | Franklin | 2B |
| | | | | |
| 02-19-98 | Willie Herring | B-M-20 | Mahoning | 2B/1W |
| 02-25-98 | Michael Stallings | B-M-20 | Summit | B |
| 04-02-98 | Sean Carter | B-M-19 | Trumbull | B |
| 05-22-98 | Brett X. Hartman | W-M-23 | Summit | W |
| 06-01-98 | Rayshawn Johnson | B-M-20 | Hamilton | W |
| | | | | |
| 06-08-98 | Douglas Coley | B-M-22 | Lucas | O |
| 06-08-98 | Odraye Jones | B-M-22 | Ashtabula | W |
| 06-16-98 | Ulysses Murphy | B-M-27 | Franklin | B |
| 07-06-98 | Gary Hughbanks | W-M-31 | Hamilton | 2W |
| 08-27-98 | Raymond Tibbetts | W-M-41 | Hamilton | 2W |
| | | | | |
| 08-27-98 | Antonio Franklin | B-M-19 | Montgomery | 3B |
| 10-16-98 | Ahmad Fawzi Issa | O-M-28 | Hamilton | O |
| 11-20-98 | James Hanna | W-M-49 | Warren | W |
| 03-25-99 | Steven Smith | W-M-31 | Richland | W |
| 04-06-99 | James Taylor Sr. | W-M-68 | Greene | 2W |

# DEATH ROW CURRENT RESIDENTS

| Sentence Date | Defendant | Race, Sex and Age | County | Victim's Race |
|---|---|---|---|---|
| 04-23-99 | Scott Group | W-M-34 | Mahoning | W |
| **05-05-99** | **Shawn Williams** | **B-M-25** | **Lucas** | **B** |
| 05-18-99 | August Cassano | W-M-45 | Richland | W |
| 06-16-99 | David Braden | W-M-39 | Franklin | 2W |
| 09-03-99 | Robert Williams Jr. | B-M-35 | Lucas | W |
| 10-13-99 | Ralph Lynch | W-M-49 | Hamilton | B |
| 10-21-99 | William K. Sapp | W-M-37 | Clark | 3W |
| 11-04-99 | Troy Tenace | W-M-37 | Lucas | W |
| 04-10-00 | Michael Dean Scott | B-M-22 | Stark | B/W |
| 08-29-00 | James Jordan | B-M-46 | Lucas | 2W |
| 09-28-00 | Terrell Yarbrough | B-M-20 | Jefferson | 2W |
| 11-16-00 | Quisi Bryan | B-M-30 | Cuyahoga | W |
| 02-02-01 | Nawaz Ahmed | O-M-46 | Belmont | 4O |
| 04-20-01 | Alva Campbell Jr. | W-M-52 | Franklin | W |
| 06-20-01 | Scott A. Mink | W-M-37 | Montgomery | 2W |
| 06-28-01 | Patrick Leonard | W-M-31 | Hamilton | W |
| 07-03-01 | Larry Gapen | W-M-52 | Montgomery | 3W |
| 10-10-01 | Stanley Adams | W-M-33 | Trumbull | 2W |
| 01-11-02 | Kelly Foust | W-M-24 | Cuyahoga | L |
| 02-15-02 | Stanley Fitzpatrick | B-M-34 | Hamilton | 3B |
| 06-25-02 | Jeronique Cunningham | B-M-29 | Allen | 2B |
| 08-05-02 | Cleveland Jackson | B-M-24 | Allen | 2B |
| 10-02-02 | Grady Brinkley | B-M-34 | Lucas | B |
| 10-25-02 | Gregory McKnight | B-M-26 | Vinton | W |
| 11-06-02 | Jonathan D. Monroe | B-M-29 | Franklin | 2B |
| 12-09-02 | Nathaniel Jackson | B-M-30 | Trumbull | W |
| 12-20-02 | Michael Ray Turner | W-M-44 | Franklin | 2W |
| 02-10-03 | Christopher J. Newton | W-M-33 | Richland | W |
| 02-19-03 | James T. Conway III (I) | W-M-24 | Franklin | W |
| 06-04-03 | Gerald "Bob" Hand | W-M-54 | Delaware | B/W |
| 06-06-03 | James Were | B-M-46 | [7]Hamilton | W |
| 06-20-03 | Donna Roberts | W-F-59 | Trumbull | W |
| 08-21-03 | Robert W. Bethel | W-M-25 | Franklin | B/W |
| 09-12-03 | Darrell W. Ferguson | W-M-25 | Montgomery | 3W |
| 09-30-03 | James T. Conway III (II) | W-M-25 | Franklin | W |

# DEATH ROW CURRENT RESIDENTS

| Sentence Date | Defendant | Race, Sex and Age | County | Victim's Race |
|---|---|---|---|---|
| 10-10-03 | Rocky Barton | W-M-47 | Warren | W |
| 10-21-03 | Timothy Hancock | W-M-34 | Warren | W |
| 11-07-03 | Martin L. Koliser Jr. | W-M-30 | Mahoning | W |
| 11-19-03 | Phillip L. Elmore | B-M-40 | Licking | W |

*Italics = legal relief granted but not final relief, defendant still on death row.*

[1] **HOOKS** - Venue was changed from Clinton County
[2] **W. WILLIAMS** - Venue was changed from Mahoning County
[3] **ROBB** - Venue was changed from Scioto County
[4] **LAMAR** - Venue was changed from Scioto County
[5] **SKATZES** - Venue was changed from Scioto County
[6] **SANDERS** - Venue was changed from Scioto County
[7] **WERE** - Venue was changed from Scioto County

# NUMBER OF DEATH ROW RESIDENTS PER COUNTY

### Total Number of Residents: 213

| COUNTY | TOTAL | COUNTY | TOTAL | COUNTY | TOTAL |
|---|---|---|---|---|---|
| Adams | 0 | Hamilton | 46 | Noble | 0 |
| Allen | 3 | Hancock | 0 | Ottawa | 0 |
| Ashland | 1 | Hardin | 0 | Paulding | 0 |
| Ashtabula | 1 | Harrison | 0 | Perry | 0 |
| Athens | 0 | Henry | 0 | Pickaway | 0 |
| Auglaize | 0 | Highland | 0 | Pike | 0 |
| Belmont | 2 | Hocking | 0 | Portage | 2 |
| Brown | 1 | Holmes | 0 | Preble | 1 |
| Butler | 6 | Huron | 0 | Putnam | 1 |
| Carroll | 0 | Jackson | 0 | Richland | 3 |
| Champaign | 0 | Jefferson | 2 | Ross | 1 |
| Clark | 3 | Knox | 0 | Sandusky | 0 |
| Clermont | 3 | Lake | 2 | Scioto | 1 |
| Clinton | 1 | Lawrence | 1 | Seneca | 0 |
| Columbiana | 0 | Licking | 2 | Shelby | 1 |
| Coshocton | 0 | Logan | 0 | Stark | 3 |
| Crawford | 1 | Lorain | 6 | Summit | 10 |
| Cuyahoga | 36 | Lucas | 17 | Trumbull | 10 |
| Darke | 0 | Madison | 1 | Tuscarawas | 0 |
| Defiance | 0 | Mahoning | 8 | Union | 0 |
| Delaware | 1 | Marion | 2 | Van Wert | 1 |
| Erie | 0 | Medina | 0 | Vinton | 1 |
| Fairfield | 0 | Meigs | 0 | Warren | 3 |
| Fayette | 0 | Mercer | 0 | Washington | 0 |
| Franklin | *16 | Miami | 0 | Wayne | 0 |
| Fulton | 0 | Monroe | 0 | Williams | 0 |
| Gallia | 0 | Montgomery | 9 | Wood | 0 |
| Geauga | 0 | Morgan | 0 | Wyandot | 0 |
| Greene | 3 | Morrow | 0 | | |
| Guernsey | 1 | Muskingum | 1 | | |

*Reflects 2 death sentence cases for James Conway

BJ/1271/ZB01!.XLS

## DEATH ROW RESIDENTS BY COUNTY

| Sentence Date | Defendant | Race, Sex and Age | County | Victim's Race |
|---|---|---|---|---|
| 05-25-83 | David Steffen | W-M-22 | Hamilton | W |
| 10-25-83 | Michael Beuke | W-M-21 | Hamilton | W |
| 11-03-83 | Billy Joe Sowell | B-M-46 | Hamilton | B |
| 10-05-84 | William Zuern | W-M-25 | Hamilton | W |
| 11-05-84 | Allan Earl Holloway | W-M-30 | Hamilton | W |
| 11-09-84 | Daniel Lee Bedford | W-M-36 | Hamilton | 2W |
| 06-12-85 | Dewaine Poindexter | B-M-25 | Hamilton | B |
| 08-05-85 | Jerome Henderson | B-M-26 | Hamilton | B |
| 08-08-85 | Robert Van Hook | W-M-25 | Hamilton | W |
| 10-18-85 | Derrick Jamison | B-M-24 | Hamilton | W |
| 02-21-86 | John Hicks | B-M-29 | Hamilton | 2B |
| 01-27-87 | Tony Powell | B-M-19 | Hamilton | B |
| 04-14-88 | William Henry Smith | B-M-30 | Hamilton | B |
| 05-06-88 | Martin Rojas | O-M-29 | Hamilton | W |
| 09-13-88 | James Mills | B-M-46 | Hamilton | W |
| 01-04-89 | George Franklin | B-M-22 | Hamilton | W |
| 08-16-89 | Clarence Carter | B-M-27 | Hamilton | B |
| 01-26-90 | Shawn Hawkins | B-M-21 | Hamilton | 2B |
| 09-05-90 | Derrick Cook | B-M-34 | Hamilton | W |
| 12-07-91 | Genesis Hill | B-M-19 | Hamilton | B |
| 07-01-92 | Jeffrey Hill | B-M-27 | Hamilton | B |
| 07-01-92 | Tyrone Ballew | B-M-23 | Hamilton | B |
| 07-20-92 | Cedric Carter | B-M-19 | Hamilton | W |
| 09-16-92 | John Fautenberry | W-M-28 | Hamilton | W |
| 10-20-92 | Michael Bies | W-M-20 | Hamilton | W |
| 11-05-92 | William Garner | B-M-20 | Hamilton | 5B |
| 11-25-92 | Darryl Gumm | W-M-26 | Hamilton | W |
| 02-01-93 | Timothy Dunlap | W-M-24 | Hamilton | W |
| 03-15-93 | Jeffrey Wogenstahl | W-M-32 | Hamilton | W |
| 12-14-94 | Lee Edward Moore Jr. | B-M-20 | Hamilton | W |
| 05-30-95 | Bobby Shepphard | B-M-18 | Hamilton | W |
| 12-11-95 | James D. O'Neal | B-M-41 | Hamilton | B |
| 03-06-96 | Carlos Sanders | B-M-33 | [1]Hamilton | W |
| 11-01-96 | Gerald Clemons | W-M-53 | Hamilton | 3W |
| 11-06-96 | Walter Raglin | B-M-19 | Hamilton | W |
| 01-09-97 | Elwood Jones | B-M-44 | Hamilton | W |
| 12-10-97 | Angelo Fears | B-M-23 | Hamilton | B |
| 12-22-97 | Richard Nields | W-M-47 | Hamilton | W |
| 06-01-98 | Rayshawn Johnson | B-M-20 | Hamilton | W |
| 07-06-98 | Gary Hughbanks | W-M-31 | Hamilton | 2W |
| 08-27-98 | Raymond Tibbetts | W-M-41 | Hamilton | 2W |
| 10-16-98 | Ahmad Fawzi Issa | O-M-28 | Hamilton | O |
| 10-13-99 | Ralph Lynch | W-M-49 | Hamilton | B |
| 06-28-01 | Patrick Leonard | W-M-31 | Hamilton | W |
| 02-15-02 | Stanley Fitzpatrick | B-M-34 | Hamilton | 3B |
| 06-06-03 | James Were | B-M-46 | [2]Hamilton | W |

# DEATH ROW RESIDENTS BY COUNTY

| Sentence Date | Defendant | Race, Sex and Age | County | Victim's Race |
|---|---|---|---|---|
| 06-14-83 | David Mapes | B-M-29 | Cuyahoga | W |
| 08-10-83 | Frank Spisak Jr. | W-M-31 | Cuyahoga | 2B/1W |
| 11-03-83 | Lewis Williams | B-M-24 | Cuyahoga | W |
| 12-01-83 | Reginald Brooks Sr. | B-M-37 | Cuyahoga | 3B |
| 04-27-84 | David Hamblin | W-M-32 | Cuyahoga | W |
| 08-03-84 | Donald Williams | B-M-38 | Cuyahoga | B |
| 01-08-85 | Anthony Apanovitch | W-M-29 | Cuyahoga | W |
| 10-16-85 | Romell Broom | B-M-28 | Cuyahoga | B |
| 01-08-86 | Alfred Morales | NA-M-22 | Cuyahoga | L |
| 01-30-86 | Arthur Tyler | B-M-23 | Cuyahoga | B |
| 02-07-86 | Percy Hutton | B-M-32 | Cuyahoga | B |
| 01-02-87 | Gary Johnson | B-M-33 | Cuyahoga | B |
| 09-01-87 | Gregory Lott | B-M-26 | Cuyahoga | W |
| 09-18-87 | Reginald Jells | B-M-21 | Cuyahoga | B |
| 09-22-87 | Wayne Frazier | B-M-29 | Cuyahoga | 2B |
| 10-16-87 | Derrick Evans | B-M-29 | Cuyahoga | 2B |
| 03-29-88 | Melvin Bonnell | W-M-29 | Cuyahoga | W |
| 04-14-88 | Billy Slagle | NA-M-19 | Cuyahoga | W |
| 04-21-88 | Andre Jackson | B-M-21 | Cuyahoga | W |
| 12-19-88 | Darryl Durr | B-M-25 | Cuyahoga | W |
| 02-23-89 | Joseph D'Ambrosio | W-M-26 | Cuyahoga | W |
| 04-23-90 | Donald Lewis | B-M-28 | Cuyahoga | B |
| 11-28-90 | Eugene Woodard | B-M-19 | Cuyahoga | B |
| 07-15-91 | David Allen | W-M-33 | Cuyahoga | W |
| 08-01-91 | Clarence Mack | W-M-42 | Cuyahoga | W |
| 08-29-91 | Richard Frazier | W-M-45 | Cuyahoga | W |
| 06-01-92 | Wiley Davis | B-M-32 | Cuyahoga | W |
| 10-06-92 | Gary Otte | W-M-20 | Cuyahoga | 2W |
| 12-11-92 | Abdul Awkal | O-M-32 | Cuyahoga | 2O |
| 05-28-93 | Michael Taylor | B-M-44 | Cuyahoga | B |
| 04-13-94 | Thomas M. Keenan | W-M-44 | Cuyahoga | W |
| 11-21-94 | Harry Mitts Jr. | W-M-42 | Cuyahoga | B/W |
| 12-29-94 | Michael Goodwin | B-M-19 | Cuyahoga | O |
| 11-16-00 | Quisi Bryan | B-M-30 | Cuyahoga | W |
| 01-11-02 | Kelly Foust | W-M-24 | Cuyahoga | L |
| 05-22-84 | Gregory Esparza | L-M-20 | Lucas | W |
| 11-28-84 | Joseph Lewis Clark | B-M-35 | Lucas | W |
| 11-07-85 | Frederick Dickerson | B-M-29 | Lucas | 2B |
| 11-07-86 | William Montgomery | B-M-20 | Lucas | 2W |
| 12-22-93 | Gregory Bryant-Bey | B-M-37 | Lucas | W |
| 03-22-94 | Vernon Smith | B-M-22 | Lucas | B |
| 02-24-95 | Johnnie Baston | B-M-21 | Lucas | O |
| 06-01-95 | Timothy Hoffner | W-M-21 | Lucas | W |
| 11-22-95 | Archie Dixon | W-M-22 | Lucas | W |
| 12-04-95 | William Thomas | B-M-39 | Lucas | W |

# DEATH ROW RESIDENTS BY COUNTY

| Sentence Date | Defendant | Race, Sex and Age | County | Victim's Race |
|---|---|---|---|---|
| 11-22-96 | Jamie Madrigal | B-M-22 | Lucas | W |
| 06-08-98 | Douglas Coley | B-M-22 | Lucas | O |
| 05-05-99 | Shawn Williams | B-M-25 | Lucas | B |
| 09-03-99 | Robert Williams | B-M-35 | Lucas | W |
| 11-04-99 | Troy Tenace | W-M-37 | Lucas | W |
| 08-29-00 | James Jordan | B-M-46 | Lucas | 2W |
| 10-02-02 | Grady Brinkley | B-M-34 | Lucas | B |
| 08-20-85 | William Wickline Jr. | W-M-32 | Franklin | 2W |
| 12-19-85 | John Glenn Roe | W-M-22 | Franklin | W |
| 11-06-87 | Warren Waddy | B-M-34 | Franklin | W |
| 10-22-90 | Mark Burke | B-M-28 | Franklin | B |
| 12-14-90 | Kevin Scudder | B-M-27 | Franklin | W |
| 01-14-94 | Warren Henness | W-M-30 | Franklin | W |
| 04-12-95 | Jason Robb | W-M-27 | ³Franklin | W |
| 02-19-98 | Kareem Jackson | B-M-24 | Franklin | 2B |
| 06-16-98 | Ulysses Murphy | B-M-27 | Franklin | B |
| 06-16-99 | David Braden | W-M-39 | Franklin | 2W |
| 04-20-01 | Alva Campbell Jr. | W-M-52 | Franklin | W |
| 11-06-02 | Jonathan D. Monroe | B-M-29 | Franklin | 2B |
| 12-20-02 | Michael Ray Turner | W-M-44 | Franklin | 2W |
| 02-19-03 | James T. Conway III (I) | W-M-24 | Franklin | W |
| 08-21-03 | Robert W. Bethel | W-M-25 | Franklin | B/W |
| 09-30-03 | James T. Conway III (II) | W-M-25 | Franklin | W |
| 07-11-85 | Paul Greer | B-M-30 | Summit | W |
| 05-29-86 | Glenn Benner II | W-M-23 | Summit | 2W |
| 12-04-86 | Richard Cooey | W-M-19 | Summit | 2W |
| 08-11-93 | Willie J. Williams | B-M-36 | ⁴Summit | 4B |
| 09-14-93 | Ronald Phillips | W-M-19 | Summit | W |
| 06-09-94 | Lawrence Reynolds Jr. | W-M-28 | Summit | W |
| 12-29-94 | Adremy Dennis | B-M-18 | Summit | W |
| 10-29-96 | Clifton White III | B-M-23 | Summit | 2W |
| 02-25-98 | Michael Stallings | B-M-20 | Summit | B |
| 05-22-98 | Brett X. Hartman | W-M-23 | Summit | W |
| 02-28-86 | Danny Hill | B-M-18 | Trumbull | W |
| 12-09-86 | Charles Lorraine | W-M-20 | Trumbull | 2W |
| 03-15-89 | Andre Williams | B-M-21 | Trumbull | W |
| 10-29-91 | Kenneth Biros | W-M-33 | Trumbull | W |
| 03-25-92 | Roderick Davie | B-M-20 | Trumbull | 2W |
| 09-12-96 | Jason Getsy | W-M-20 | Trumbull | W |
| 04-02-98 | Sean Carter | B-M-18 | Trumbull | B |
| 10-01-01 | Stanley Adams | W-M-33 | Trumbull | 2W |
| 12-09-02 | Nathaniel Jackson | B-M-30 | Trumbull | W |
| 06-20-03 | Donna Roberts | W-F-59 | Trumbull | W |

## DEATH ROW RESIDENTS BY COUNTY

| Sentence Date | Defendant | Race, Sex and Age | County | Victim's Race |
|---|---|---|---|---|
| 01-26-85 | Danny Hooks | W-M-39 | [5]Montgomery | 2W |
| 04-24-86 | Samuel Moreland | B-M-32 | Montgomery | 5B |
| 12-10-93 | Marvallous Keene | B-M-20 | Montgomery | 2B/2W/1O |
| 01-30-96 | George Skatzes | W-M-48 | [6]Montgomery | 2W |
| 09-25-96 | Davel Chinn | B-M-39 | Montgomery | W |
| 08-27-98 | Antonio Franklin | B-M-19 | Montgomery | 3B |
| 06-20-01 | Scott A. Mink | W-M-37 | Montgomery | 2W |
| 07-03-01 | Larry Gapen | W-M-52 | Montgomery | 3W |
| 09-12-03 | Darrell W. Ferguson | W-M-25 | Montgomery | 3W |
| | | | | |
| 08-25-87 | John Eley | B-M-37 | Mahoning | O |
| 11-20-89 | Warren Spivey | B-M-19 | Mahoning | W |
| 10-03-95 | Stephen Vrabel | W-M-38 | Mahoning | 2W |
| 02-27-96 | Mark A. Brown | B-M-23 | Mahoning | O |
| 05-28-97 | Sidney Cornwell | B-M-20 | Mahoning | W |
| 02-19-98 | Willie Herring | B-M-20 | Mahoning | 2B/1W |
| 04-23-99 | Scott Group | W-M-34 | Mahoning | W |
| 11-07-03 | Martin L. Koliser Jr. | W-M-30 | Mahoning | W |
| | | | | |
| 06-25-85 | Rhett DePew | W-M-31 | Butler | 3W |
| 08-04-89 | Von Clark Davis | B-M-42 | Butler | B |
| 02-08-91 | Clifford Williams | B-M-18 | Butler | B |
| 11-12-91 | Jose Trinidad Loza | L-M-19 | Butler | 4W |
| 06-24-93 | Michael Benge | W-M-31 | Butler | W |
| 02-08-96 | Kenny Smith | W-M-29 | Butler | 2W |
| | | | | |
| 03-13-85 | Ronald Ray Post | W-M-24 | Lorain | W |
| 05-08-92 | Daniel Wilson | W-M-21 | Lorain | W |
| 05-12-95 | Freddie McNeill Jr. | B-M-20 | Lorain | W |
| 08-01-95 | James Filiaggi | W-M-30 | Lorain | W |
| 01-05-96 | Raymond A. Smith | B-M-56 | Lorain | W |
| 04-10-96 | Stanley Jalowiec | W-M-25 | Lorain | W |
| | | | | |
| 02-25-91 | Richard Joseph | W-M-19 | Allen | W |
| 06-25-02 | Jeronique Cunningham | B-M-29 | Allen | 2B |
| 08-05-02 | Cleveland Jackson | B-M-24 | Allen | 2B |
| | | | | |
| 05-01-91 | Juan Kinley | B-M-24 | Clark | 2W |
| 03-03-97 | Timothy Coleman | B-M-27 | Clark | B |
| 10-21-99 | William K. Sapp | W-M-37 | Clark | 3W |
| | | | | |
| 05-13-88 | Jerry Lawson | W-M-35 | Clermont | W |
| 07-16-91 | Michael Webb | W-M-42 | Clermont | W |
| 04-16-97 | Jessie James Cowans | W-M-36 | Clermont | W |

# DEATH ROW RESIDENTS BY COUNTY

| Sentence Date | Defendant | Race, Sex and Age | County | Victim's Race |
|---|---|---|---|---|
| 12-15-03 | Richard R. Bays | W-M-30 | Greene | W |
| 03-01-96 | David Lee Myers | W-M-31 | Greene | W |
| 04-06-99 | James Taylor Sr. | W-M-68 | Greene | 2W |
| | | | | |
| 03-25-99 | Steven Smith | W-M-31 | Richland | W |
| 05-18-99 | August Cassano | W-M-45 | Richland | W |
| 02-10-03 | Christopher J. Newton | W-M-33 | Richland | W |
| | | | | |
| 06-18-85 | John Gillard | W-M-40 | Stark | 2W |
| 07-30-86 | David Allen Sneed* | B-M-25 | Stark | W |
| | *nka Muhammad Khaaleeq Ismaa'eel | | | |
| 04-10-00 | Michael Dean Scott | B-M-22 | Stark | B/W |
| | | | | |
| 11-20-98 | James Hanna | W-M-49 | Warren | W |
| 10-10-03 | Rocky Barton | W-M-47 | Warren | W |
| 10-21-03 | Timothy Hancock | W-M-34 | Warren | W |
| | | | | |
| 10-26-89 | Donald Palmer Jr. | W-M-24 | Belmont | 2W |
| 02-02-01 | Nawaz Ahmed | O-M-46 | Belmont | 4O |
| | | | | |
| 04-07-93 | Raymond Twyford III | W-M-30 | Jefferson | W |
| 09-27-00 | Terrell Yarbrough | B-M-20 | Jefferson | 2W |
| | | | | |
| 09-21-90 | Jeffrey Lundgren | W-M-40 | Lake | 5W |
| 02-23-95 | Frederick Treesh | W-M-31 | Lake | B |
| | | | | |
| 06-11-97 | Herman Ashworth | W-M-24 | Licking | W |
| 11-19-03 | Phillip L. Elmore | B-M-40 | Licking | W |
| | | | | |
| 09-14-87 | Joseph Murphy | W-M-22 | Marion | W |
| 07-07-94 | Maurice Mason | B-M-30 | Marion | W |
| | | | | |
| 01-29-86 | Mark Wiles | W-M-22 | Portage | W |
| 02-20-96 | Tyrone L. Noling | W-M-23 | Portage | 2W |
| | | | | |
| 07-10-96 | Maxwell White, Jr. | W-M-31 | Ashland | W |
| 06-08-98 | Odraye Jones | B-M-22 | Ashtabula | W |
| 09-15-97 | Carl Lindsey | W-M-35 | Brown | W |
| 08-18-95 | James Goff | W-M-20 | Clinton | W |
| 05-31-94 | Kevin Keith | B-M-31 | Crawford | 3B |
| 06-04-03 | Gerald "Bob" Hand | W-M-54 | Delaware | B/W |
| 09-24-84 | John D. Stumpf | W-M-25 | Guernsey | W |
| 08-21-95 | Keith LaMar | B-M-26 | [7]Lawrence | 3W/1B |
| 04-18-97 | John Stojetz | W-M-41 | Madison | B |
| 09-04-96 | Tony R. Gross | W-M-42 | Muskingum | W |
| 12-23-94 | Dennis McGuire | W-M-34 | Preble | W |

# DEATH ROW RESIDENTS BY COUNTY

| Sentence Date | Defendant | Race, Sex and Age | County | Victim's Race |
|---|---|---|---|---|
| 01-26-87 | Kenneth Richey | W-M-23 | Putnam | W |
| 04-02-86 | Lawrence Landrum | W-M-23 | Ross | W |
| 05-28-85 | William Bradley | B-M-57 | Scioto | W |
| 02-03-97 | Kevin Yarbrough | B-M-38 | Shelby | W |
| 09-24-84 | John G. Spirko Jr. | W-M-36 | Van Wert | W |
| 10-25-02 | Gregory McKnight | B-M-26 | Vinton | W |

[1] **SANDERS** - Venue was changed from Scioto County

[2] **WERE** - Venue was changed from Scioto County

[3] **ROBB** - Venue was changed from Scioto County

[4] **W. WILLIAMS** - Venue was changed from Mahoning County

[5] **HOOKS** - Venue was changed from Clinton County

[6] **SKATZES** - Venue was changed from Scioto County

[7] **LAMAR** - Venue was changed from Scioto County

# FORMER DEATH ROW RESIDENTS UNDER 1981 LAW
## Total: 63

| Date Removed | Defendant | Date Sentenced | Race, Sex and Age at Sentencing | County | Victim's Race | Reason Removed |
|---|---|---|---|---|---|---|
| 04-05-85 | Terry Coffman | 10-26-84 | W-M-29 | Clinton | 3W | Accidental overdose |
| 03-29-86 | John Mize | 10-01-85 | W-M-42 | Hamilton | 2W | Natural death |
| 05-26-87 | Sharon Young | 09-30-83 | W-F-26 | Hamilton | W | Conviction reversed |
| 07-06-87 | Donald Glenn | 11-21-85 | W-M-29 | Guernsey | W | Sentence vacated |
| 09-16-87 | Joseph Zuranski | 05-20-85 | W-M-37 | Cuyahoga | 2W | Sentence vacated |
| 12-03-87 | Billy Penix | 03-15-83 | W-M-19 | Clark | W | Sentence vacated |
| 12-24-87 | Jeffery Thompson | 07-01-83 | W-M-23 | Licking | W | Sentence vacated |
| 01-30-88 | Lincoln Carter | 02-10-84 | B-M-37 | Hamilton | W | Accidental overdose |
| 06-21-88 | Kent Malcolm | 07-08-85 | W-M-44 | Cuyahoga | W | Conviction reversed |
| 11-21-88 | Glenn Fort | 10-20-86 | B-M-30 | Cuyahoga | B | Conviction reversed |
| 12-09-88 | Charles Tolliver | 04-21-86 | B-M-48 | Cuyahoga | 2B | Reversed, acquittal |
| 03-14-89 | Billy Rogers | 10-29-82 | W-M-42 | Lucas | W | Conviction reversed |
| 05-10-89 | Dwight Denson | 05-06-85 | B-M-22 | Hamilton | W | Sentence vacated |
| 10-24-89 | Jeffrey Lawrence | 04-21-89 | W-M-34 | Cuyahoga | 2W | Sentence inaapropriate |
| 06-17-90 | Dale Johnston | 10-25-84 | W-M-51 | Hocking | 2W | Reversed, charges dismissed |
| 09-13-89 | Charles Henderson | 03-17-88 | W-M-47 | Clark | W | Conviction reversed |
| 04-25-90 | Wayne Heinish | 08-25-87 | W-M-34 | Cuyahoga | W | Specification vacated |
| 01-10-91 | Donald Maurer | 04-04-83 | W-M-26 | Stark | W | Commuted to LWOP |
| 01-10-91 | Leonard Jenkins | 04-16-82 | B-M-27 | Cuyahoga | B | Commuted to LWOP |
| 01-10-91 | Willie Lee Jester | 07-13-84 | B-M-20 | Cuyahoga | B | Commuted to LWOP |
| 01-10-91 | Lee Seiber | 07-17-86 | W-M-37 | Franklin | W | Commuted to LWOP |

## FORMER DEATH ROW RESIDENTS UNDER 1981 LAW

| | | | | | | |
|---|---|---|---|---|---|---|
| 01-10-91 | Rosalie Grant | 11-01-83 | B-F-22 | Mahoning | 2B | Commuted to Life |
| 01-10-91 | Elizabeth Green | 07-11-88 | B-F-24 | Hamilton | B | Commuted to LWOP |
| 01-10-91 | Beatrice Lampkin | 04-26-89 | B-F-47 | Hamilton | B | Commuted to Life |
| 01-10-91 | Debra Brown | 06-10-85 | B-F-22 | Hamilton | B | Commuted to LWOP |
| 05-09-90 | Ediberto Huertas | 03-24-87 | L-M-27 | Lorain | B | Sentence vacated |
| 05-17-91 | Sterling Barnes | 02-09-84 | B-M-28 | Lucas | B | Sentence vacated |
| 06-19-91 | Kevin Watson | 11-24-87 | B-M-26 | Butler | W | Sentence inappropriate |
| 07-31-91 | Justin Claytor | 12-02-86 | B-M-29 | Cuyahoga | 1B/1W | Sentence inappropriate |
| 04-25-91 | Dorian Hill | 11-29-88 | B-M-23 | Cuyahoga | W | Sentence vacated |
| 07-08-92 | Raymond Davis | 06-03-88 | W-M-60 | Lorain | 2W | Natural death |
| 04-20-93 | Kevin Myers | 03-09-93 | W-M-32 | Licking | W | Suicide |
| 05-26-93 | Rayvon Taylor | 11-14-89 | B-M-28 | Cuyahoga | B | Specification vacated |
| 05-28-93 | David Hudson | 11-30-88 | W-M-25 | Jefferson | B | Sentence vacated |
| 11-93 | Anthony Walker | 11-02-91 | B-M-27 | Cuyahoga | B | Conviction, sentence vacated |
| 04-24-94 | Derrick Flemming | 02-22-94 | B-M-22 | Cuyahoga | B | New trial motion granted |
| 11-15-94 | Carl Haight | 08-21-92 | W-M-29 | Franklin | W | Conviction, sentence vacated |
| 12-23-94 | Michael Johnson | 03-28-91 | W-M-31 | Summit | W | Conviction, sentence vacated |
| 12-21-95 | John Glenn | 09-03-82 | B-M-19 | Mahoning | W | Sentence reversed |
| 03-04-92 | Carroll Dean Pless | 03-04-92 | W-M-26 | Mahoning | W | Conviction reversed |
| 07-06-95 | Theodore Soke | 05-15-92 | W-M-50 | Cuyahoga | 2W | Sentence vacated |
| 03-04-96 | Antonio Brooks | 02-16-93 | B-M-19 | Summit | 3B | Sentence vacated |
| 04-12-96 | Steven Kidwell | 09-15-95 | W-M-24 | Cuyahoga | W | Suicide |
| 04-26-96 | Daniel Brock | 12-12-94 | W-M-19 | Shelby | W | Conviction reversed |
| 03-13-97 | Tyson Dixon | 11-23-94 | B-M-23 | Cuyahoga | 2B | Sentence vacated |
| 06-25-97 | John Simko Jr. | 09-17-91 | W-M-57 | Lorain | W | Natural death |

## FORMER DEATH ROW RESIDENTS UNDER 1981 LAW

| | | | | | | |
|---|---|---|---|---|---|---|
| 06-27-97 | John Dougherty | 12-12-93 | W-M-20 | Hancock | W | Suicide |
| 02-19-99 | Wilford Berry | 08-13-90 | W-M-27 | Cuyahoga | W | **Executed** |
| 07-04-99 | John Gerish | 06-23-92 | W-M-40 | Mahoning | 1W/1B | Natural death |
| 04-30-00 | Jerry Lee Allard | 02-22-93 | W-M-35 | Knox | 2W | Natural death |
| 02-16-01 | Ronald Combs | 03-03-88 | W-M-29 | Hamilton | 2W | Conviction reversed |
| 04-06-01 | Joseph Green | 03-11-98 | B-M-19 | Lucas | O | Sentence vacated |
| 06-14-01 | Jay D. Scott | 04-03-84 | B-M-30 | Cuyahoga | B | **Executed** |
| 02-04-02 | Gordon Reynolds | 04-28-95 | W-M-66 | Columbiana | W | Natural death |
| 02-19-02 | John W. Byrd Jr. | 08-10-83 | W-M-19 | Hamilton | W | **Executed** |
| 04-26-02 | Alton Coleman | 05-06-85/ 06-24-85 | B-M-28 | Hamilton | W B | **Executed** |
| 09-25-02 | Robert Buell | 04-11-84 | W-M-42 | Cuyahoga | W | **Executed** |
| 10-02-02 | Tazwell Lomax | 03-25-99 | W-M-25 | Sandusky | W | Sentence vacated |
| 01-14-03 | Jerry Hessler | 10-29-96 | W-M-39 | Franklin | 4W | Natural death |
| 02-12-03 | Richard Fox | 06-27-90 | W-M-34 | Wood | W | **Executed** |
| 04-29-03 | David Brewer | 10-16-85 | W-M-25 | Greene | W | **Executed** |
| 06-18-03 | Ernest Martin | 07-08-83 | B-M-22 | Cuyahoga | B | **Executed** |
| 06-26-03 | Jerome Campbell | 05-18-89 | B-M-27 | Hamilton | B | Clemency |

## DEATH ROW RESIDENTS EXECUTED UNDER 1981 LAW
### Total: 8

| Date Executed | Defendant | Date Sentenced | Race, Sex and Age at Sentencing | County | Victim's Race | Method of Execution |
|---|---|---|---|---|---|---|
| 02-19-99 | Wilford Berry | 08-13-90 | W-M-27 | Cuyahoga | W | Lethal injection |
| 06-14-01 | Jay D. Scott | 04-03-84 | B-M-30 | Cuyahoga | B | Lethal Injection |
| 02-19-02 | John W. Byrd Jr. | 08-10-83 | W-M-19 | Hamilton | W | Lethal Injection |
| 04-26-02 | Alton Coleman | 05-06-85/ 06-24-85 | B-M-28 | Hamilton | W B | Lethal injection |
| 09-25-02 | Robert Buell | 04-11-84 | W-M-42 | Cuyahoga | W | Lethal injection |
| 02-12-03 | Richard Fox | 06-27-90 | W-M-34 | Wood | W | Lethal injection |
| 04-29-03 | David Brewer | 10-16-85 | W-M-25 | Greene | W | Lethal injection |
| 06-18-03 | Ernest Martin | 07-08-83 | B-M-22 | Cuyahgoa | B | Lethal injection |

## IN THE COURT OF COMMON PLEAS
## TRUMBULL COUNTY, OHIO

STATE OF OHIO,                           :

      Plaintiff,                      :  Case No. 01-CR-794

-vs-                                     :

NATHANIEL JACKSON,                       :

      Defendant.                      :

### EXHIBIT _____

### AFFIDAVIT OF RANDALL L. PORTER

STATE OF OHIO          :
                 : ss:
COUNTY OF Franklin     :

      Randall L. Porter, after being duly sworn according to law, states as follows:

      1.    I am an attorney licensed to practice law in the State of Ohio

      2.    I am employed by the Office of the Ohio Public Defender as an Assistant State Public Defender.  In that capacity I was assigned to the above case.

      3.    The information that is contained in Paragraph 28 concerning the race of the victim in cases in which a sentence of less that than death was imposed was provided to me by attorneys from the Trumbull County Public Defenders Office.

      4.    The information contained in Paragraph 30 concerning a plea bargain was provided to me by one of the attorneys, John Juhasz, who represented Donna Roberts at trial.

      5.    The information contained in Paragraph 60 concerning the existence of a police report concerning Robert Fingerhut was provided to me by one of the attorneys, John Juhasz, who represented Donna Roberts at trial.

      6.    The information contained in Paragraph 70 was provided to me by Attorney Dennis Day Lagar who represents Petitioner on his direct appeal of right to the Ohio Supreme Court.



EXHIBIT

3

Futher Affiant sayeth naught

Randall L Porter

Sworn and subscribed to me this the _____ day of January 2004

Dawn L Hall
Notary Public
Notary Public, State of Ohio
My Commision Expires 7-7-08

JURR8045

Service:  C10-8

PETIT COURT
SORT: NUMERIC

| Service No. | Name | Address | DOB | SSN | Annual No. | T N |
|---|---|---|---|---|---|---|
| 1 | BISHOP JR, WALTER A | 504 MONTROSE AVE YOUNGSTOWN OH 44505 | 03/18/1954 | | 10761 | 6 |
| 2 | MANCINI, KIMBERLY A | 307 CLIFTON DR NE WARREN OH 44484 | 09/01/1978 | | 7269 | 1 |
| 3 | FENTON, HAROLD W | 148 ROSELAWN AVE NE WARREN OH 44483 | 02/09/1933 | 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 | 9739 | 1 |
| 4 | GREGORY, BILL L | 5140 KUSZMAUL AVE NW WARREN OH 44483 | 05/03/1933 | 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 | 5263 | 16 |
| 5 | CALDWELL, CASSENDRA A | 5947 DOWNS RD NW WARREN OH 44481 | 08/27/1982 | | 5804 | 219 |
| 6 | BARTZ, JAMES N | 1143 WESTOVER DR SE WARREN OH 44484 | 01/10/1933 | 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 | 11623 | 2708 |
| 7 | PHILLIPS, ARTHUR P | 1179 LESLIE LANE GIRARD OH 44420 | 02/11/1950 | 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 | 13118 | 1647 |
| 8 | BOWERS, LYNN M | 163 KENILWORTH AVE NE WARREN OH 44483 | 07/08/1960 | 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 | 7414 | 1829 |
| 9 | STAN, EUGENE | 3945 ALEESA DR SE WARREN OH 44484 | 05/21/1934 | 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 | 12622 | 196 |
| 10 | BURR, NAUDEAN B | 485 NILES CORTLAND RD NE WARREN OH 44484 | 06/26/1935 | 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 | 1963 | 90 |
| 11 | SPRAGUE, JEFF | 1260 FLAGG RD E ORWELL OH 44076 | 03/21/1963 | 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 | 872 | 1924 |
| 12 | LEE, KIM R | 492 ORIOLE PL SW WARREN OH 44485 | 02/26/1956 | 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 | 10441 | 2376 |
| 13 | SEEKINS, WILLIAM W | 421 HOGARTH AVE NILES OH 44446 | 02/04/1931 | 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 | 4878 | 2641 |
| 14 | MENZ, HARRY P | 2524 FOREST SPRINGS DR SE WARREN OH 44484 | 09/01/1943 | 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 | 7737 | 202 |
| 15 | MIDDLETON, DEBRA R | 5809 DOWNS RD NW WARREN OH 44481 | 02/16/1959 | 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 | 861 | 2189 |
| 16 | GILMORE, JUDITH R | 3033 POTHOUR WHEELER RD HUBBARD OH 44425 | 06/16/1951 | 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 | 5542 | 940 |
| 17 | CUTTINGS JR, JIM | 4193 NELSON MOSIER RD LEAVITTSBURG OH 44430 | 09/20/1959 | 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 | 12432 | 2259 |
| 18 | ANGELO, CYNTHIA M | 2982 CARLTON DR NW WARREN OH 44485 | 04/19/1955 | 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 | 10581 | 2097 |
| 19 | TERRILL, CLARK | 7679 STATE ROUTE 5 APT 3 KINSMAN OH 44428 | 04/13/1975 | | 9470 | 62 |
| 20 | MCCURDY JR, WILLIAM F | 609 PRATT ST NILES OH 44446 | 04/07/1946 | 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 | 8089 | 408 |
| 21 | PERLINE, MICHAEL J | 467 HELEN DR HUBBARD OH 44425 | 12/07/1921 | 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 | 711 | 794 |
| 22 | LEPOSA, MATTHEW | 167 STEWART AVE NW WARREN OH 44483 | 09/22/1977 | 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 | 13526 | 1050 |
| 23 | HAYES, KELLY A | 12 WYN DR BROOKFIELD OH 44403 | 08/14/1963 | 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 | 3827 | 144 |

EXHIBIT

JURR8045

SORT: NUMERIC

Service:    C10-8

| Service No. | Name | Address | DOB | SSN | Annual No. | Term No. |
|---|---|---|---|---|---|---|
| 24 | BUTCHER, GUY B | 1174 BAILEY ANDERSON RD LEAVITTSBURG OH 44430 | 05/13/1942 | 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 | 5295 | 235 |
| 25 | RICHARDSON, DAMIAN | 547 PHILLIPS DR SW WARREN OH 44485 | 08/01/1977 | | 6467 | 1751 |
| 26 | KEEN, DAVD J | 200 PEGOTTY CT NE WARREN OH 44484 | 10/06/1982 | 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 | 9639 | 2369 |
| 27 | GOLLAN, LORI C | 3781 WARREN SHARON RD VIENNA OH 44473 | 02/22/1961 | 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 | 10155 | 16 |
| 28 | MILLER, BONNIE Q | 1253 GRANDVIEW AVE NILES OH 44446 | 01/16/1947 | 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 | 10373 | 1780 |
| 29 | JETHROE, JAMES A | 2805 HEATHER LANE NW WARREN OH 44485 | 06/01/1942 | 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 | 12277 | 373 |
| 30 | FALATIC, BETTY M | 1398 HAZELWOOD AVE SE WARREN OH 44484 | 05/27/1934 | 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 | 3875 | 1235 |
| 31 | MILES, RAYMOND L | 8935 ALTURA DR NE WARREN OH 44484 | 06/04/1945 | 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 | 11892 | 1517 |
| 32 | BRACKEN, JENNIFER R | 76 LAKEVIEW RD NILES OH 44446 | 09/09/1981 | 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 | 1281 | 2128 |
| 33 | KACZMARK, JACK M | 400 IDAHO ST GIRARD OH 44420 | 08/26/1927 | | 2643 | 125 |
| 34 | HEDRICK, RENE M | 984 GLENWOOD ST NE WARREN OH 44483 | 03/01/1958 | 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 | 1140 | 314 |
| 35 | DESANTIS, ANGELA M | 529 REBECCA AVE HUBBARD OH 44425 | 06/28/1961 | 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 | 12428 | 1443 |
| 36 | LUTHER, MICHELLE D | 111 LIBERTY ST E GIRARD OH 44420 | 08/27/1964 | 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 | 7174 | 2475 |
| 37 | SANFREY, CONNIE L | 1525 EDGEWOOD ST NE WARREN OH 44483 | 06/20/1963 | | 6148 | 492 |
| 38 | SCHARBA, RICHARD D | 6761 CHAGRIN FALLS GREENVILLE RD KINSMAN OH 44428 | 03/06/1953 | 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 | 12356 | 2301 |
| 39 | DICKERSON, JERRY L | 132 BROOK DR BROOKFIELD OH 44403 | 05/26/1942 | 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 | 5539 | 541 |
| 40 | BARTLOMAIN, JOSEPH V | 606 KLINE ST E GIRARD OH 44420 | 09/05/1934 | 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 | 3865 | 2367 |
| 41 | STEIN, CARL E | 391 SCOVILLE DR VIENNA OH 44473 | 12/02/1940 | 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 | 10615 | 2670 |
| 42 | LATRONICA, DIANE L | 701 SUMMIT AVE APT 76 NILES OH 44446 | 09/26/1949 | 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 | 2465 | 2027 |
| 43 | BAYTOS, REBECCA A | 3526 KIMBERLY DR NE WARREN OH 44483 | 09/04/1960 | 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 | 6424 | 399 |
| 44 | GORE, COURTNEY | 1233 NORTH PARK LANE BROOKFIELD OH 44403 | 08/28/1981 | 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 | 3752 | 435 |
| 45 | EGBERT, JASON | 344 REBECCA AVE HUBBARD OH 44425 | 02/15/1966 | 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 | 4479 | 1567 |
| 46 | POSPISIL, LINDA S | 4991 BUSHNELL CAMPBELL RD KINSMAN OH 44428 | 02/26/1960 | 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 | 8300 | 951 |

JURR8045

Service:   C10-8

| Service No. | Name | Address | DOB | SSN | Annual No. | Term No. |
|---|---|---|---|---|---|---|
| 47 | LOYCHIK, R E | 615 DEBRA PLACE #4 CORTLAND OH 44410 | 02/12/1966 | 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 | 10049 | 490 |
| 48 | KUBIAK, ROBERT A | 689 SHADOWOOD LN SE WARREN OH 44484 | 09/28/1947 | 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 | 10082 | 1339 |
| 49 | CRANK, MARSHA | 102 ANDREA BLVD NILES OH 44446 | 08/26/1945 | | 9549 | 1234 |
| 50 | HALL, BRIAN | 615 PHILLIPS DR SW WARREN OH 44485 | 04/30/1965 | | 10361 | 1330 |
| 51 | ZDUNIAK, FLORENCE | 1255 NILES CORTLAND RD NE WARREN OH 44484 | 08/24/1948 | 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 | 9495 | 1015 |
| 52 | DAVIS, ROSE I | 44 PLEASANT AVE N NILES OH 44446 | 11/09/1922 | 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 | 1054 | 1622 |
| 53 | MILLER, JOSEPH L | 1146 BRACEVILLE ROBINSON RD NW APT B SOUTHINGTON OH 44470 | 05/11/1967 | 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 | 11524 | 1283 |
| 54 | HELMUTH, ERVIN E | 9153 CREASER RD N BLOOMFIELD OH 44450 | 04/07/1946 | 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 | 11677 | 1792 |
| 55 | KIDWELL, KENNY K | 9720 KINSMAN PYMATUNING RD KINSMAN OH 44428 | 03/13/1953 | 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 | 79 | 2595 |
| 56 | SWANSON, CAROL J | 1518 SPRUCE CT NILES OH 44446 | 09/06/1940 | 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 | 6640 | 577 |
| 57 | MENOLD, MARLENE R | 1614 JUDITH LN GIRARD OH 44420 | 01/19/1937 | 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 | 6015 | 524 |
| 58 | SMITH, LUCILLE M | 450 QUARRY LN NE WARREN OH 44483 | 02/28/1923 | 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 | 10484 | 385 |
| 59 | LANHAM, GILBERT J | 654 NORTH RD SE WARREN OH 44484 | 04/29/1941 | 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 | 4918 | 1906 |
| 60 | SANDERS, JAMES E | 329 OAK KNOLL ST NEWTON FALLS OH 44444 | 06/18/1921 | 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 | 10738 | 1265 |
| 61 | SOLLITTO, CAROL F | 3548 KIMBERLY DR NE WARREN OH 44483 | 10/19/1939 | 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 | 1453 | 277 |
| 62 | TORRES-REEP, PAULA L | 2981 STATE ROUTE 5 LEAVITTSBURG OH 44430 | 12/23/1965 | 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 | 9853 | 64 |
| 63 | TAKAT-MURPHY, SHERRIE L | 6145 STODDARD HAYES RD FARMDALE OH 44417 | 10/05/1963 | 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 | 7502 | 1385 |
| 64 | VISLOSKY, ELAINE P | 225 TERRE HILL DR CORTLAND OH 44410 | 06/13/1938 | 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 | 13972 | 2222 |
| 65 | ROGERS, HAROLD | 471 HIGH ST S CORTLAND OH 44410 | 06/12/1942 | | 11640 | 223 |
| 66 | DAVIS, CAROL N | 3481 NILES CORTLAND RD LOT 24 CORTLAND OH 44410 | 12/24/1944 | 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 | 13296 | 2264 |
| 67 | DELBENE, SANDRA L | 1125 WOODLAWN AVE GIRARD OH 44420 | 02/20/1952 | 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 | 8824 | 1673 |
| 68 | MCCULLOUGH, MARILYN M | 304 FONDERLAC DR SE WARREN OH 44484 | 05/01/1949 | 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 | 6758 | 1913 |

Date: 09/26/2002
Time: 09:52:13
JURR8045

10/08/2002 Tuesday, 22/90001

PETIT COURT
SORT: NUMERIC

Service:    C10-8

| Service No. | Name | Address | DOB | SSN | Annual No. | Term No. |
|---|---|---|---|---|---|---|
| 69 | PADEN, MARGARET E | 2568 CHESTNUT ST GIRARD OH 44420 | 05/03/1963 | 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 | 8963 | 2058 |
| 70 | TIGERT, CAROL A | 94 ROYAL MALL DR NILES OH 44446 | 07/10/1958 | 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 | 10166 | 2282 |
| 71 | SHEPHERD, GREGORY | 518 LIBERTY ST W #337 HUBBARD OH 44425 | 01/11/1984 | 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 | 13500 | 545 |
| 72 | ARNAUT, CAROL A | 503 WENDEMERE DR HUBBARD OH 44425 | 02/25/1946 | 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 | 7846 | 2599 |
| 73 | CHEHOVITS, K D | 8531 BLACK OAK DR WARREN OH 44484 | 11/21/1958 | 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 | 10535 | 2582 |
| 74 | MELIDONA, GRACE J | 1608 MORRIS PL NILES OH 44446 | 04/12/1946 | 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 | 9905 | 968 |
| 75 | WAGGONER, DAWN | 2230 BARCLAY MESSERLY RD SOUTHINGTON OH 44470 | 07/18/1979 | 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 | 1911 | 1671 |
| 76 | GLOSSER, RALPH W | 164 TURQUOISE DR CORTLAND OH 44410 | 09/19/1935 | 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 | 2073 | 2726 |
| 77 | DRAGHI, SUSAN D | 301 VENTURA DR YOUNGSTOWN OH 44505 | 12/31/1952 | 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 | 938 | 14 |
| 78 | SAMMARONE, CHRISTOPHER | 94 ORIOLE DR YOUNGSTOWN OH 44505 | 05/14/1972 | 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 | 11996 | 381 |
| 79 | SCHOONOVER, DANNY | 55 LEAVITT RD S LEAVITTSBURG OH 44430 | 09/10/1955 | 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 | 2749 | 2046 |
| 80 | JOLTIN, SHELLEY | 4738 MICHIGAN BLVD YOUNGSTOWN OH 44505 | 12/21/1949 | 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 | 8746 | 288 |
| 81 | GABRIELE, PATRICK E | 5412 BRADLEY BROWNLEE RD FOWLER OH 44418 | 09/09/1929 | 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 | 11846 | 1582 |
| 82 | SEIFER, MARY E | 3065 LYNWOOD DR NW WARREN OH 44485 | 02/04/1945 | 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 | 6145 | 1098 |
| 83 | ZAP, LINDA J | 261 SECOND ST E GIRARD OH 44420 | 07/20/1948 | 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 | 1194 | 2115 |
| 84 | RIDGEWAY, PENELOPE | 9544 CREASER RD N BLOOMFIELD OH 44450 | 09/10/1950 | 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 | 11239 | 414 |
| 85 | MENDENHALL, CHARLES F | 6517 PARK RD NW LEAVITTSBURG OH 44430 | 01/30/1970 | 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 | 7673 | 2078 |
| 86 | STOIAN, ELISABETH | 2065 CLERMONT AVE NE WARREN OH 44483 | 10/11/1929 | 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 | 10423 | 2118 |
| 87 | MCCALE, TAMMIE | 2360 MCDONALD OHLTOWN RD MCDONALD OH 44437 | 09/28/1958 | 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 | 4294 | 2326 |
| 88 | WINTERS, RODERICK N | 2326 ESTABROOK AVE NW WARREN OH 44485 | 10/07/1963 | | 9036 | 2312 |
| 89 | WILKERSON, RICHARD | 3000 NORTH RIVER RD NE UNIT F20 WARREN OH 44483 | 03/28/1952 | | 1361 | 750 |
| 90 | MILLER, JUDITH D | 526 LIBERTY ST E HUBBARD OH 44425 | 10/19/1946 | | 13003 | 1226 |
| 91 | GLESS, JEREMY A | 877 YOUNGSTOWN KINGSVILLE RD NE VIENNA OH 44473 | 08/23/1984 | 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 | 10936 | 83 |

```
Date:
Time:  09:52:13
JURR8045
```

PETIT COURT
SORT: NUMERIC

Service:   C10-8

| Service No. | Name | Address | DOB | SSN | Annual No. | Term No. |
|---|---|---|---|---|---|---|
| 92 | HAUN, RAY G | 7591 FRANCIS ST MASURY OH 44438 | 01/07/1937 | 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 | 10163 | 1143 |
| 93 | MOWATT-LARSSEN, COURTNEY | 8911 STONE RIDGE DR SE WARREN OH 44484 | 06/21/1974 | 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 | 6404 | 2106 |
| 94 | SHIVELY, LARRY B | 32 BENTLEY AVE N NILES OH 44446 | 02/23/1945 | 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 | 5227 | 382 |
| 95 | BOYE, PAULINE R | 1056 HOWLAND SPRINGS BLVD SE WARREN OH 44484 | 01/13/1934 | 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 | 12997 | 1206 |
| 96 | MENTEN, MARY A | 607 KENILWORTH AVE NE WARREN OH 44483 | 10/22/1953 | 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 | 4165 | 306 |
| 97 | BEIL, LINDA L | 4773 WARREN SHARON RD VIENNA OH 44473 | 03/19/1961 | 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 | 6270 | 565 |
| 98 | MOORE, JOHN D | 5641 RIDGE RD CORTLAND OH 44410 | 09/27/1940 | 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 | 9500 | 290 |
| 99 | TODA, KAREN M | 407 TURNBERRY CT NE WARREN OH 44484 | 11/27/1949 | 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 | 5398 | 146 |
| 100 | STRINGER, AUDREY | 2513 LINDA DR NW WARREN OH 44485 | 07/22/1954 | 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 | 3056 | 1510 |
| 101 | PITTS, HILDA G | 1192 MOORELENE DR GIRARD OH 44420 | 02/04/1924 | 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 | 13100 | 527 |
| 102 | GAYDOSH, DEBRA | 195 HAZELWOOD AVE SE WARREN OH 44483 | 09/28/1957 | 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 | 11013 | 272 |
| 103 | ISOM, MONICA | 677 THIRD ST SW WARREN OH 44483 | 01/04/1967 | 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 | 10468 | 985 |
| 104 | RANKIN, GRACE E | 2131 MILLER GRABER RD NEWTON FALLS OH 44444 | 09/20/1916 | 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 | 10355 | 2068 |
| 105 | HENRY, ORRIN E | 2276 HYDE SHAFFER RD BRISTOLVILLE OH 44402 | 12/31/1946 | 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 | 2785 | 939 |
| 106 | CROYTS, JENNIFER D | 204 WHEELOCK DR NE WARREN OH 44484 | 09/02/1975 | 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 | 2829 | 302 |
| 107 | THURBER, MARILYN M | 6161 BEACH SMITH RD KINSMAN OH 44428 | 09/03/1925 | | 4452 | 809 |
| 108 | TOTO-BINION, CARMELA D | 2360 SALT SPRINGS RD WARREN OH 44481 | 05/04/1923 | 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 | 7059 | 1654 |
| 109 | ROOK, RAYMOND R | 226 EMMA ST NILES OH 44446 | 02/19/1954 | 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 | 5202 | 1427 |
| 110 | OPRITZA, MARY | 155 HENN HYDE RD NE WARREN OH 44484 | 01/05/1924 | 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 | 5634 | 18 |
| 111 | RAFFERTY, BRIAN | 2574 ELM DR GIRARD OH 44420 | 09/01/1977 | | 8640 | 2743 |
| 112 | DAVIS, BRIAN A | 10041 STATE ROUTE 46 N BLOOMFIELD OH 44450 | 04/04/1969 | 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 | 4335 | 1167 |
| 113 | STEWART, WILBUR E | 2780 WARREN MEADVILLE RD CORTLAND OH 44410 | 06/19/1947 | 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 | 9777 | 40 |
| 114 | COX, JACQUELINE K | 3003 REPUBLIC AVE SE WARREN OH 44484 | 12/10/1947 | 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 | 6047 | 803 |

```
Date:  09/26/2002
Time:  09:52:14                  26/08/2202  Time / 09/00/0
JURR8045                              PETIT COURT
                                     SORT: NUMERIC
Service:   C10-8
```

| Service No. | Name | Address | DOB | SSN | Annual No. | Term No. |
|---|---|---|---|---|---|---|
| 115 | KAPPAS, DEAN D | 5508 PHILLIPS RICE RD CORTLAND OH 44410 | 09/12/1951 | | 12530 | 1848 |
| 116 | SANCHEZ, LILLIAN | 2920 OAKLAND AVE YOUNGSTOWN OH 44505 | 08/17/1954 | 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 | 5165 | 1607 |
| 117 | OSIPCHAK, RICHARD D | 7703 PEGOTTY DR NE WARREN OH 44484 | 10/05/1944 | 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 | 1837 | 2086 |
| 118 | BURAN, JOSEPH J | 774 HOLLYWOOD ST NE WARREN OH 44483 | 01/14/1955 | 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 | 8699 | 2083 |
| 119 | SMITH, ALFREDA W | 1315 HOLLYWOOD ST NE WARREN OH 44483 | 11/03/1910 | 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 | 3544 | 2594 |
| 120 | MILLER, E G | 3329 SODOM HUTCHINGS RD FOWLER OH 44418 | 12/19/1974 | 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 | 10642 | 201 |
| 121 | REESE, TRISHA A | 3873 FOREST RIDGE CT MINERAL RIDGE OH 44440 | 10/29/1967 | 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 | 4890 | 2180 |
| 122 | PALKO, HELEN | 379 SEABURN ST BROOKFIELD OH 44403 | 01/08/1930 | 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 | 2644 | 333 |
| 123 | LYKINS SR, DONALD R | 619 SUGAR PINES DR SW WARREN OH 44481 | 03/06/1938 | 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 | 9159 | 1795 |
| 124 | SIMKINS, RICHARD L | 1070 PATRICIA DR APT 6 GIRARD OH 44420 | 03/09/1947 | 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 | 12042 | 2465 |
| 125 | GRAY II, MICHAEL D | 273 ATLANTIC ST NE WARREN OH 44483 | 11/21/1976 | | 7086 | 1993 |
| 126 | GARLITZ, BEVERLY A | 3936 CADWALLADER SONK RD CORTLAND OH 44410 | 02/29/1936 | 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 | 6904 | 188 |
| 127 | AMORGIANOS, GEORGE N | 369 MACKEY DR VIENNA OH 44473 | 12/30/1980 | 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 | 5947 | 1189 |
| 128 | AIRHART, CHRISTINE | 316 ILLINOIS AVE MCDONALD OH 44437 | 11/30/1978 | | 5293 | 1771 |
| 129 | HITCHINGS, THOMAS R | 192 CAMROSE DR NILES OH 44446 | 06/12/1954 | 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 | 4956 | 453 |
| 130 | DEJOY, KATHY A | 7192 LEE RD NE BROOKFIELD OH 44403 | 03/31/1951 | 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 | 8476 | 1534 |
| 131 | SIMMONS, JENNIFER A | 6233 OAK HILL DR W FARMINGTON OH 44491 | 09/24/1968 | 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 | 7969 | 1202 |
| 132 | FLASK JR, JAMES H | 4331 STATE ROUTE 87 FARMDALE OH 44417 | 09/27/1942 | 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 | 7318 | 1927 |
| 133 | BISSELL, BARBARA J | 626 WYOMING AVE NILES OH 44446 | 11/26/1938 | 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 | 10848 | 141 |
| 134 | DRUMMOND, SALLY A | 3643 WOODBINE AVE HUBBARD OH 44425 | 05/29/1946 | 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 | 13114 | 2290 |
| 135 | RUBINS, EDWARD E | 4095 KING GRAVES RD VIENNA OH 44473 | 10/29/1926 | 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 | 13388 | 2623 |
| 136 | PAPPA JR, FREDERICK J | 6847 STEWART SHARON RD BROOKFIELD OH 44403 | 12/21/1951 | 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 | 550 | 2485 |
| 137 | HOFFMAN, NANCY H | 520 HIGH ST NEWTON FALLS OH 44444 | 01/08/1952 | 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 | 11064 | 2200 |

Date: 09/26/2002
Time: 09:52:14
JURR8045

10/08/2002 Thru 11/22/90/31

PETIT COURT
SORT: NUMERIC

Service:   C10-8

| Service No. | Name | Address | DOB | SSN | Annual No. | Term No. |
|---|---|---|---|---|---|---|
| 138 | NICULA, CYNTHIA L | 5077 WILSON SHARPSVILLE RD FOWLER OH 44418 | 11/30/1956 | | 7040 | 2031 |
| 139 | BAIN, KATHLEEN A | 536 OAK CIR SW WARREN OH 44485 | 07/08/1957 | 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 | 7119 | 1743 |
| 140 | NATALE, DENNIS G | 111 MAPLE DR CORTLAND OH 44410 | 03/20/1951 | 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 | 503 | 1240 |
| 141 | MARLOWE, JAMES A | 714 KALE ADAMS RD LEAVITTSBURG OH 44430 | 12/22/1916 | 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 | 1781 | 875 |
| 142 | WALLACE, JOHN W | P O BOX 392 CORTLAND OH 44410  3836 MCCLEARY JACOBY RD CORTLAND OH 44410 | 01/14/1937 | 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 | 8613 | 1169 |
| 143 | CROWE, KARRIE L | 638 PROSPECT NW WARREN OH 44483 | 10/01/1969 | 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 | 2893 | 2229 |
| 144 | LAMB, MARY F | 634 INDIANA AVE NILES OH 44446 | 01/21/1948 | 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 | 13010 | 2055 |
| 145 | SHOENBERGER, RANDEE S | 871 BENTZ RD LEAVITTSBURG OH 44430 | 02/02/1951 | 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 | 7958 | 1279 |
| 146 | ROSTAN, RICHARD E | 2236 SIXTH ST MCDONALD OH 44437 | 02/10/1954 | 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 | 11350 | 1948 |
| 147 | MADERITZ, BYRON | 1233 KEEFER ROAD GIRARD OH 44420 | 11/22/1953 | 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 | 13487 | 1214 |
| 148 | STEWART, TANGA C | 7203 CORINTH COURT RD FARMDALE OH 44417 | 05/23/1956 | 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 | 929 | 1417 |
| 149 | BEADLING, HOWARD J | 480 CATHERINE ST YOUNGSTOWN OH 44505 | 08/13/1911 | 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 | 8274 | 653 |
| 150 | LEW, ANGELA | 778 GREENVILLE RD NW BRISTOLVILLE OH 44402 | 01/27/1979 | | 4270 | 169 |
| 151 | OBRIEN, RITA A | 536 KLINE ST E GIRARD OH 44420 | 02/10/1936 | 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 | 1162 | 1956 |
| 152 | HOLLAND, CHRISTINE | 1748 MORRIS ST MINERAL RIDGE OH 44440 | 10/24/1966 | 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 | 7562 | 2271 |
| 153 | OBLINGER, DENNIS R | 169 WEST RIVER RD PB355 NEWTON FALLS OH 44444 | 06/01/1955 | 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 | 9727 | 1717 |
| 154 | SEREDAY, DOROTHY | 7762 ADDISON RD MASURY OH 44438 | 08/22/1925 | 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 | 13431 | 597 |
| 155 | DINARD, MARY A | 428 SEVENTH ST E MCDONALD OH 44437 | 10/09/1915 | | 8281 | 2054 |
| 156 | SIMEONE, KARI J | 860 YOUNGSTOWN KINGSVILLE RD SE VIENNA OH 44473 | 09/03/1968 | 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 | 10348 | 379 |
| 157 | JACKSON, JOHN W | 6495 WASHINGTON AVE HUBBARD OH 44425 | 01/26/1938 | 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 | 11668 | 786 |
| 158 | EUCKER, BONNIE D | 6579 STATE ROUTE 305 FOWLER OH 44418 | 12/11/1948 | 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 | 8713 | 972 |
| 159 | DANDREA, MICHAEL A | 1330 GYPSY LN NILES OH 44446 | 10/17/1962 | 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 | 7589 | 9 |

Date: 09/26/2002
Time: 09:52:15
JURR8045

10/08/2002 TO 11/27/2002
PETIT COURT
SORT: NUMERIC

Service:    C10-8

| Service No. | Name | Address | DOB | SSN | Annual No. | Term No. |
|---|---|---|---|---|---|---|
| 160 | THIRY, MARCEL S | 3455 OAKMONT DR HUBBARD OH 44425 | 02/25/1959 | | 3458 | 151 |
| 161 | KNIGHT, CYNTHIA L | 830 WARREN AVE NILES OH 44446 | 01/26/1959 | | 2082 | 738 |
| 162 | RIEDMANN, CONNIE | 1740 IRENE AVE NE WARREN OH 44483 | 01/03/1964 | 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 | 1613 | 454 |
| 163 | WILLIAMS, NANCY A | 201 HIDDEN TRAIL NW WARREN OH 44483 | 03/13/1949 | 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 | 6377 | 376 |
| 164 | HARRIS, JENNIFER J | 713 NORTH AVE GIRARD OH 44420 | 03/12/1978 | 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 | 7652 | 274 |
| 165 | SCHULTZ, RHEANNE | 100 RUTH AVE CORTLAND OH 44410 | 05/20/1983 | 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 | 12120 | 1408 |
| 166 | PERSKY, ARNETTA K | 2035 CRESTWOOD BLVD YOUNGSTOWN OH 44505 | 11/23/1946 | 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 | 9665 | 2176 |
| 167 | KRONER, MAE | 1392 WARNER RD NE BROOKFIELD OH 44403 | 09/22/1931 | 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 | 11329 | 1070 |
| 168 | YOUNG, TABATHA J | 1543 NILES CORTLAND RD NILES OH 44446 | 06/14/1981 | | 12548 | 2656 |
| 169 | EBINGER, AMY S | 103 ATLANTIC AVE, APT 2R BROOKLYN NY 11201 | 04/28/1973 | 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 | 3714 | 5 |
| 170 | GASKILL, SUSAN M | 529 MASON ST NILES OH 44446 | 08/13/1959 | | 6777 | 101 |
| 171 | SPIEGEL, LEONARD B | 455 ARBOR CIR YOUNGSTOWN OH 44505 | 05/26/1929 | 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 | 5193 | 1069 |
| 172 | MARINO, MARY K | 1263 THOMAS RD HUBBARD OH 44425 | 02/01/1953 | 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 | 2623 | 726 |
| 173 | BOWSER, HEATHER J | 9782 STATE ROUTE 7 KINSMAN OH 44428 | 02/17/1970 | 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 | 7161 | 1726 |
| 174 | RUSCITTI, ANGELO M | 703 LAKEVIEW DR CORTLAND OH 44410 | 12/25/1956 | 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 | 7653 | 1289 |
| 175 | ECKENROD, MARION | 2415 YOUNGSTOWN RD SE WARREN OH 44484 | 10/13/1921 | 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 | 2910 | 1439 |
| 176 | DIXON, WALTER R | 3686 HOMEWOOD AVE HUBBARD OH 44425 | 12/09/1968 | 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 | 7320 | 1434 |
| 177 | JONES, JOSH J | 735 BROOKFIELD AVE MASURY OH 44438 | 02/11/1941 | 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 | 236 | 1768 |
| 178 | DUEZ, TRACY A | 637 RAYMOND DR HUBBARD OH 44425 | 09/20/1964 | 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 | 13752 | 929 |
| 179 | HURTON, AMY | 116 GREENBRIAR DR CORTLAND OH 44410 | 06/22/1976 | 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 | 12240 | 1958 |
| 180 | BAILEY, LAUREN | 501 MELODY LN HUBBARD OH 44425 | 02/14/1981 | 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 | 3618 | 2175 |
| 181 | DIGLAW, JAMES M | 7718 PEGOTTY DR NE WARREN OH 44484 | 05/26/1957 | 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 | 7785 | 2608 |
| 182 | SWEGAN, MEGAN L | 733 POTIC DR LEAVITTSBURG OH 44430 | 10/14/1974 | 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 | 6833 | 232 |

```
Date:  09/20/2006
Time:  09:52:15
JURR8045
                                                  PETIT COURT
Service:  C10-8                                   SORT: NUMERIC
```

| Service No. | Name | Address | DOB | SSN | Annual No. | Term No. |
|---|---|---|---|---|---|---|
| 183 | THOMPSON, DONNA | 1536 MORRIS ST MINERAL RIDGE OH 44440 | 01/18/1984 | 000-00-000 | 10394 | 2447 |
| 184 | WEST, TIM | 6859 SHAFFER RD NW WARREN OH 44481 | 10/29/1959 | | 6228 | 1527 |
| 185 | BATSON, SCOTT B | 915 JOHN ST NILES OH 44446 | 03/29/1969 | | 2682 | 672 |
| 186 | FRIEDMAN, ANNA MAE | 5080 SAMPSON DR YOUNGSTOWN OH 44505 | 10/15/1922 | 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 | 225 | 1465 |
| 187 | BROWN, DANIEL L | 402 HYDE AVE NILES OH 44446 | 12/07/1983 | | 11381 | 147 |
| 188 | PALM, DONALD L | 3011 MALIBU DR SW WARREN OH 44481 | 04/12/1947 | 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 | 1582 | 1321 |
| 189 | HARDIN, WILLIAM C | 148 DRUMMOND AVE HUBBARD OH 44425 | 10/05/1923 | 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 | 9565 | 1353 |
| 190 | MURRAY, JEFFRY L | 876 KENILWORTH AVE SE WARREN OH 44484 | 02/11/1963 | 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 | 1824 | 1219 |
| 191 | SZEGEDI, LENA N | 328 OHIO AVE MCDONALD OH 44437 | 11/24/1959 | 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 | 532 | 787 |
| 192 | ELBEL, GERALD R | 2585 LEWIS SEIFERT RD HUBBARD OH 44425 | 04/27/1942 | 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 | 3624 | 2193 |
| 193 | LEASURE, KAREN S | 623 DAKOTA AVE NILES OH 44446 | 11/12/1969 | 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 | 5709 | 2640 |
| 194 | MCCULLOUGH, JOHN A | 2045 BEATTY RD HUBBARD OH 44425 | 12/07/1929 | 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 | 512 | 2179 |
| 195 | MCKINNISS, JENNIFER R | 2934 CARRIE AVE SOUTHINGTON OH 44470 | 05/09/1958 | | 9956 | 2563 |
| 196 | ALTAFFER, MARGARET J | 724 NEW YORK AVE MCDONALD OH 44437 | 06/02/1935 | 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 | 5643 | 1496 |
| 197 | TURK, SANDRA L | 338 PARK AVE MCDONALD OH 44437 | 07/19/1953 | 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 | 2728 | 1193 |
| 198 | WALLS, DENISE L | 3183 WILDWOOD DRIVE MCDONALD OH 44437 | 08/15/1958 | 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 | 69 | 1211 |
| 199 | MILLER, NICHOLAS J | 5683 HOFFMAN NORTON RD BRISTOLVILLE OH 44402 | 04/26/1962 | | 12872 | 2386 |
| 200 | FOTY JR, ANTHONY | 123 PROSPECT ST E GIRARD OH 44420 | 05/13/1936 | 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 | 1786 | 2342 |
| 201 | ROOD JR, RONALD F | 1196 BRACEVILLE ROBINSON RD NW SOUTHINGTON OH 44470 | 05/28/1976 | 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 | 6286 | 2107 |
| 202 | CRUMP, MARY | 2420 HUBBARD MASURY RD HUBBARD OH 44425 | 02/16/1937 | 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 | 13324 | 966 |
| 203 | HYATT, FRANK T | 2381 GRIFFITH DR CORTLAND OH 44410 | 05/20/1962 | 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 | 3910 | 1918 |
| 204 | SALCONE, EILEEN J | 750 ROSELAWN AVE NE WARREN OH 44483 | 01/16/1930 | 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 | 11967 | 21 |
| 205 | DZEDA, EDWARD R | 1624 SQUAW CT GIRARD OH 44420 | 04/10/1917 | 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 | 4629 | 73 |

Date: 09/26/2002
Time: 09:52:15
JURR8045

Case: 4:07-cv-00880-JG  Doc #: 35-1 Filed: 03/07/13  137 of 209.  PageID #: 2344
10/08/2002 TO 11/22/2002
PETIT COURT
SORT: NUMERIC

Page: 10

Service:    C10-8

| Service No. | Name | Address | DOB | SSN | Annual No. | Term No. |
|---|---|---|---|---|---|---|
| 206 | BUBON, KIMBERLY L | 3629 SOUTHWOOD DR SE WARREN OH 44484 | 07/09/1960 | 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 | 12072 | 2198 |
| 207 | BELLINO, NICHOLAS D | 567 MURRAY HILL DR YOUNGSTOWN OH 44505 | 05/18/1982 | 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 | 8229 | 2041 |
| 208 | LOEW, JANET | 1438 TOMILU DR GIRARD OH 44420 | 01/21/1950 | 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 | 11481 | 1653 |
| 209 | RUPERT, LAURELIN | 4863 KINGSHILL DR, APT 322 COLUMBUS OH 43229 | 04/08/1979 | 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 | 2400 | 207 |
| 210 | CLONCH, RONALD A | 5060 WOODLAWN AVE NEWTON FALLS OH 44444 | 10/16/1965 | 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 | 2939 | 2164 |
| 211 | FAMOR, PATRICIA A | 1530 SUNNY ESTATES DR NILES OH 44446 | 12/16/1946 | 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 | 1996 | 2239 |
| 212 | GALATI, JUDITH L | 45 NORTH OURTER DR VIENNA OH 44473 | 11/23/1952 | 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 | 1813 | 1026 |
| 213 | RAVIZEE, JOHN H | 344 MARYLAND ST NW WARREN OH 44483 | 12/28/1941 | 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 | 11413 | 55 |
| 214 | HETTRICK, NANCY J | 105 LIBERTY ST W APT 104 HUBBARD OH 44425 | 11/28/1936 | 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 | 10268 | 582 |
| 215 | RICHARDS, FRED C | 1760 DODGE DR NW WARREN OH 44485 | 11/03/1927 | 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 | 12364 | 165 |
| 216 | THIRION JR, THAD H | 2976 FOREST AVE NILES OH 44446 | 11/18/1944 | 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 | 8973 | 2029 |
| 217 | KRUK, LILLIAN A | 1078 GREENVILLE RD NW BRISTOLVILLE OH 44402 | 08/05/1918 | 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 | 30 | 676 |
| 218 | POKRIVNAK, CARLA C | 1216 GEORGE ST MASURY OH 44438 | 01/17/1974 | 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 | 8167 | 1896 |
| 219 | ENGLISH, LAURA A | 3753 EAGLE CREEK RD LEAVITTSBURG OH 44430 | 05/26/1963 | 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 | 1808 | 1335 |
| 220 | CULVER JR, LARRY | 3382 WARREN RAVENNA RD NEWTON FALLS OH 44444 | 03/28/1979 | 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 | 3600 | 2515 |
| 221 | SWAUGER, TERRY A | 1480 BUTTERFIELD CIR NILES OH 44446 | 04/14/1969 | 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 | 4690 | 1953 |
| 222 | TALKINGTON JR, BILLY C | 2831 HOAGLAND BLACKSTUB RD CORTLAND OH 44410 | 08/25/1931 | 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 | 2398 | 2718 |
| 223 | MILLER, GREGORY A | 1868 TAFT AVE NILES OH 44446 | 08/28/1960 | 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 | 12795 | 1507 |
| 224 | HOOK, MELBA L | 1219 BEDFORD RD MASURY OH 44438 | 08/29/1942 | 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 | 12374 | 739 |
| 225 | WAGNER, BRADLEY E | 2007 BURNING TREE LN YOUNGSTOWN OH 44505 | 09/28/1983 | 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 | 11716 | 630 |
| 226 | HARRISON, RAYMOND D | 293 OLD OAK DR CORTLAND OH 44410 | 04/15/1940 | 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 | 12392 | 1730 |
| 227 | FRANCIS, JOYCE E | 8098 LIBERTY ST E HUBBARD OH 44425 | 08/21/1948 | 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 | 12507 | 1798 |
| 228 | PUSIN, KATHRYN D | 1454 MARLANE DR GIRARD OH 44420 | 05/09/1939 | 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 | 6655 | 367 |

Date: 09/26/2002                                           Page:   11
Time: 09:52:16
JURR8045
                        10/08/2002 TO 11/22/2002
                             PETIT COURT
                            SORT: NUMERIC

Service:   C10-8

| Service No. | Name | Address | DOB | SSN | Annual No. | Term No. |
|---|---|---|---|---|---|---|
| 229 | COOK, MARION M | 3379 MAIN ST MINERAL RIDGE OH 44440 | 05/22/1927 | 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 | 261 | 2126 |
| 230 | KOTANCHEK, ALAN L | 7490 JEWELL NORTH RD KINSMAN OH 44428 | 04/19/1974 | 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 | 2354 | 508 |
| 231 | DAVIES, WAYNE D | 434 JOHNSON PLANK RD NE WARREN OH 44481 | 09/23/1949 | 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 | 6084 | 1678 |
| 232 | MILLS, NICOLE E | 304 BROADWAY ST W GIRARD OH 44420 | 06/13/1981 | 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 | 201 | 1003 |
| 233 | SFERRA, SUSAN R | 3409 EAGLES LOFT UNIT A CORTLAND OH 44410 | 11/08/1954 | 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 | 12088 | 2323 |
| 234 | RODRIGUEZ-DIRANDO, GEORGEANN | 1774 DUMONT DR MINERAL RIDGE OH 44440 | 07/05/1975 | 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 | 1881 | 1820 |
| 235 | HOSTETLER, EDWIN L | 1350 FLAGG RD E ORWELL OH 44076 | 07/01/1980 | | 4590 | 1116 |
| 236 | DULKA, THERESA A | 2089 MAHAN DENMAN RD NW BRISTOLVILLE OH 44402 | 10/07/1961 | 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 | 2453 | 1847 |
| 237 | WYSENSKI, JUDY D | 1840 FOX NORTH RD N HUBBARD OH 44425 | 07/27/1959 | 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 | 10429 | 444 |
| 238 | BRUNETTE, MATTHEW G | 7862 SUTTON PLACE DR NE WARREN OH 44484 | 08/31/1980 | | 6737 | 1858 |
| 239 | WILMOTH, RONALD L | 125 EMERT RD LEAVITTSBURG OH 44430 | 04/14/1951 | | 12803 | 1919 |
| 240 | MORRISON, ROBERT H | 1676 HUBBARD MASURY RD MASURY OH 44438 | 05/22/1967 | 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 | 8838 | 1183 |
| 241 | PELLEGRENE, DENNIS G | 102 HAZEL ST GIRARD OH 44420 | 02/03/1945 | 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 | 383 | 1590 |
| 242 | PERRONE, ANTHONY C | 1363 KEARNEY ST NILES OH 44446 | 01/13/1972 | 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 | 12937 | 975 |
| 243 | ATWAY, SALWA | 2760 BELMAR DR YOUNGSTOWN OH 44505 | 02/01/1960 | 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 | 6136 | 2145 |
| 244 | BRODA, CURTIS P | P O BOX 27 FOWLER OH 44418 | 02/28/1953 | 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 | 9032 | 2255 |
| 245 | ANDRELLA, THOMAS M | 5969 EAGLE CREEK RD LEAVITTSBURG OH 44430 | 10/31/1941 | 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 | 8321 | 2022 |
| 246 | MCBRIDE, JOHN F | 8 TUTTLE LN GIRARD OH 44420 | 03/15/1952 | | 6576 | 2756 |
| 247 | GORDON, MICHELE L | 5267 MILLER SOUTH RD BRISTOLVILLE OH 44402 | 08/18/1968 | 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 | 5352 | 2742 |
| 248 | DAUGHERTY, JANET D | 663 MELWOOD DR NE WARREN OH 44483 | 02/07/1926 | 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 | 2936 | 2039 |
| 249 | EATON, CARL E | 375 ORCHARD LN CORTLAND OH 44410 | 12/01/1952 | 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 | 7365 | 2638 |
| 250 | HAINES, AMY M | 117 MAIN ST E GIRARD OH 44420 | 10/10/1981 | 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 | 3159 | 160 |

Date: 09/26/2002
Time: 09:52:16
JURR8045

10/08/2002 TO 11/22/2002
PETIT COURT
SORT: NUMERIC

Service:   C10-8

| Service No. | Name | Address | DOB | SSN | Annual No. | Term No. |
|---|---|---|---|---|---|---|
| 251 | KLINGER, ELMER R | P O BOX 7 W FARMINGTON OH 44491 | 04/15/1929 | 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 | 13525 | 1767 |
| 252 | MARTIN, REX A | 457 IOWA AVE GIRARD OH 44420 | 05/28/1953 | 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 | 4392 | 860 |
| 253 | SMITH, KIM D | 2737 ANDERSON MORRIS RD NILES OH 44446 | 12/16/1956 | 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 | 4237 | 932 |
| 254 | MCDONALD, JUDITH A | 526 VENTURA DR YOUNGSTOWN OH 44505 | 01/27/1947 | 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 | 5163 | 1535 |
| 255 | RICCI, LUCY | 245 YORK AVE NW WARREN OH 44485 | 07/25/1932 | 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 | 6003 | 1444 |
| 256 | MCQUEEN, SHARHONDA C | 3030 NORTHGATE DR YOUNGSTOWN OH 44505 | 12/15/1977 | 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 | 4269 | 2605 |
| 257 | MASON JR, DAVID H | 2549 ELM ROAD CORTLAND OH 44410 | 01/12/1967 | 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 | 562 | 833 |
| 258 | MARTINO, MICHAEL A | 1304 SURREY POINTE DR SE WARREN OH 44484 | 09/19/1939 | 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 | 4369 | 539 |
| 259 | DAVANZO, PAUL P | 962 WOODLAWN AVE GIRARD OH 44420 | 05/16/1956 | 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 | 10115 | 1325 |
| 260 | MERCER, ROBERT P | 299 AIRPORT RD NW WARREN OH 44481 | 04/20/1980 | 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 | 1470 | 2509 |
| 261 | MCMONAGLE, LESLIE | 3641 LIBERTY AVE HUBBARD OH 44425 | 11/25/1956 | | 3805 | 2539 |
| 262 | NORTH JR, WILLIAM W | 3514 CARDINAL DR SW WARREN OH 44481 | 06/14/1963 | 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 | 1260 | 2364 |
| 263 | WHITE, CHARLES E | 1000 COLONIAL DR YOUNGSTOWN OH 44505 | 09/27/1955 | 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 | 10399 | 2305 |
| 264 | SABLE, ALICE M | 223 FAIRMOUNT AVE NE WARREN OH 44483 | 04/08/1916 | 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 | 12912 | 1636 |
| 265 | MARSH, RAMONA L | 4920 SOUTH ST LEAVITTSBURG OH 44430 | 12/30/1970 | 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 | 624 | 1421 |
| 266 | SCHRECKENGOST, CATHERINE A | 315 TIBBETTS WICK RD GIRARD OH 44420 | 12/30/1957 | 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 | 5060 | 1106 |
| 267 | FRAZIER, CHARLES A | 1823 NORTH RD NE WARREN OH 44483 | 12/10/1915 | 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 | 401 | 1055 |
| 268 | WELLS, REGINALD | 185 CAMROSE DR NILES OH 44446 | 10/08/1957 | 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 | 1319 | 585 |
| 269 | GIANCOLA, SHERRY S | 3599 CREED AVE HUBBARD OH 44425 | 07/19/1956 | 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 | 2539 | 1966 |
| 270 | GUMINO JR, ANTHONY J | 5136 STATE ROUTE 5 NEWTON FALLS OH 44444 | 03/19/1978 | 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 | 1658 | 1299 |
| 271 | POWELL JR, GEORGE W | 353 STAHL AVE CORTLAND OH 44410 | 09/02/1957 | | 6167 | 1194 |
| 272 | OCONNELL, JOHN F | 968 KREHL AVE GIRARD OH 44420 | 06/21/1950 | 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 | 7418 | 177 |

Date: 09/26/2002
Time: 09:52:17
JURR8045

Case: 4:07-cv-00880-JG  Doc #: 35-1 Filed: 03/07/13  140 of 209.  PageID #: 2347

10/08/2002 TO 11/22/2002
PETIT COURT
SORT: NUMERIC

Page:  13

Service:   C10-8

| Service No. | Name | Address | DOB | SSN | Annual No. | Term No. |
|---|---|---|---|---|---|---|
| 273 | RUMBLE, JEANNE M | 3420 FIFTH AVE YOUNGSTOWN OH 44505 | 10/08/1949 | 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 | 11682 | 2740 |
| 274 | BUTERBAUGH, BENJAMIN B | 1068 PARK DR S BROOKFIELD OH 44403 | 07/06/1977 | | 1747 | 984 |
| 275 | BURNHAM, ROBERT M | 34 JAMES LANE GIRARD OH 44420 | 03/19/1970 | 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 | 1763 | 394 |
| 276 | FUNGI, ALICE B | 39 SUMMIT AVE N GIRARD OH 44420 | 10/01/1932 | 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 | 6251 | 78 |
| 277 | SENEDAK, KATHRYN P | 3861 NORTHLAWN DR YOUNGSTOWN OH 44505 | 09/08/1938 | | 7811 | 1333 |
| 278 | HEFNER, ROBERT D | 160 WILLARD AVE SE WARREN OH 44483 | 05/10/1926 | 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 | 3719 | 1245 |
| 279 | PARNABY, GERALD | 168 THIRD ST N W FARMINGTON OH 44491 | 05/27/1941 | 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 | 4175 | 1420 |
| 280 | CASSIDY. MARY F | 3572 LIBERTY AVE HUBBARD OH 44425 | 05/27/1941 | 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 | 4176 | 1001 |
| 281 | SALEM, EMIR | 4857 HOFFMAN NORTON RD BRISTOLVILLE OH 44402 | 09/27/1974 | 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 | 3582 | 1947 |
| 282 | DESIMONE. RALPH F | 1855 MEADOWLARK LN NILES OH 44446 | 12/29/1949 | | 3721 | 1230 |
| 283 | KUZMICK, PATRICIA | 4839 FISHER CORINTH RD FARMDALE OH 44417 | 01/12/1953 | | 5045 | 727 |
| 284 | SLATER, TERISA | 625 ARLINGTON RD NEWTON FALLS OH 44444 | 07/10/1962 | 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 | 5007 | 1150 |
| 285 | PRINCE, JAMIE L | 451 CLIFTON DR NE WARREN OH 44484 | 08/24/1972 | 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 | 8729 | 992 |
| 286 | STEVENS, ANNIE R | 8493 MAIN ST KINSMAN OH 44428 | 09/08/1963 | | 10184 | 2472 |
| 287 | MARADO, JEAN L | 8052 CASTLE ROCK DR NE WARREN OH 44484 | 07/19/1961 | | 2670 | 226 |
| 288 | BAUMAN, DEBRA L | P O BOX 276 CORTLAND OH 44410<br>7311 STATE ROUTE 46 CORTLAND OH 44410 | 08/25/1957 | 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 | 10241 | 2457 |
| 289 | WAGNER, ROSALIE | 100 OLD PALISADES RD, APT 2115 FORT LEE NJ 07024 | 10/12/1978 | 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 | 1842 | 467 |
| 290 | TRICKER, MELINDA O | 1159 MONCREST DR NW WARREN OH 44485 | 07/20/1964 | 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 | 5362 | 755 |
| 291 | BODNAR, JUDY | 1255 THOMAS RD HUBBARD OH 44425 | 12/10/1938 | 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 | 3076 | 1365 |
| 292 | FRITZ, RUTH A | 46 LAKEVIEW RD NILES OH 44446 | 02/25/1947 | 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 | 7845 | 1596 |
| 293 | ABERNATHY, CAROL J | 202 SAYERS AVE NILES OH 44446 | 05/08/1934 | 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 | 4423 | 36 |
| 294 | HUBER, THOMAS M | 1900 FOX NORTH RD N HUBBARD OH 44425 | 09/23/1951 | 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 | 6829 | 1164 |

Date: 09/26/2002
Time: 09:52:17
JURR8045

Case: 4:07-cv-00880-JG  Doc #: 35-1 Filed: 03/07/13  141 of 209.  PageID #: 2348

10/08/2002 TO 11/22/2002
PETIT COURT
SORT: NUMERIC

Page:   14

Service:   C10-8

| Service No. | Name | Address | DOB | SSN | Annual No. | Term No. |
|---|---|---|---|---|---|---|
| 295 | DAILEY, ROBERT J | 1836 SHERIDAN AVE NE WARREN OH 44483 | 02/08/1934 | 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 | 2546 | 1228 |
| 296 | PHILLIPS, ROBERT S | 7826 STATE ROUTE 193 FARMDALE OH 44417 | 06/08/1942 | 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 | 8098 | 813 |
| 297 | JONES, DENNIS E | 670 RAVENNA RD NEWTON FALLS OH 44444 | 10/03/1949 | 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 | 2791 | 1701 |
| 298 | SMITH, ROSE MARIE M | 1689 SUNNY ESTATES DR NILES OH 44446 | 08/08/1940 | 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 | 9978 | 2458 |
| 299 | MORETON, TAMMY | 132 WESTGATE DRIVE NEWTON FALLS OH 44444 | 08/05/1977 | 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 | 1157 | 510 |
| 300 | WISE, CAROL | 3982 SODOM HUTCHINGS RD CORTLAND OH 44410 | 07/12/1960 | | 2324 | 2381 |
| 301 | MILKON, ANTHONY | 163 STATE RD W WARREN OH 44483 | 10/02/1942 | 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 | 6221 | 2503 |
| 302 | VALERIO, DONNITA J | 3370 FRANKLIN AVE HUBBARD OH 44425 | 02/06/1959 | 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 | 9983 | 709 |
| 303 | DAYLIDA, RAYMOND | 1800 GRACEWOODS DR APT 22 NILES OH 44446 | 07/26/1912 | 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 | 6318 | 396 |
| 304 | EMERY, EUGENE R | 203 GOLF DR CORTLAND OH 44410 | 04/13/1938 | 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 | 2183 | 1813 |
| 305 | CRENSHAW JR, FRANK | 241 FEDERAL ST NE WARREN OH 44483 | 02/16/1929 | 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 | 13009 | 2505 |
| 306 | CULLISON, TONY R | 1058 PERKINS JONES RD - APT B-3 WARREN OH 44483 | 11/06/1976 | 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 | 5004 | 1045 |
| 307 | CARAWAY, DOROTHY A | 1678 LARCHMONT AVE NE WARREN OH 44483 | 05/23/1965 | 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 | 11169 | 2349 |
| 308 | SHAFER, GLENN A | 270 CENTENNIAL DR VIENNA OH 44473 | 10/20/1965 | 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 | 1051 | 2483 |
| 309 | GALLO-SCHADL, NATALIE | 350 NEBRASKA AVE MCDONALD OH 44437 | 05/05/1972 | 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 | 5572 | 1438 |
| 310 | WILDMAN, BONNIE L | 1730 MAPLEWOOD ST NE WARREN OH 44483 | 09/26/1951 | 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 | 12631 | 439 |
| 311 | MOCELLA-MERTEN, MICHELE | 830 BELVEDERE AVE NE WARREN OH 44483 | 09/07/1965 | 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 | 7678 | 100 |
| 312 | BRYAN, SCOTT J | 986 RIVERVIEW DR LEAVITTSBURG OH 44430 | 04/07/1968 | 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 | 1873 | 2541 |
| 313 | HUMENIK SR, JACK D | 322 YOUNGSTOWN KINGSVILLE RD SE VIENNA OH 44473 | 12/28/1964 | 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 | 8659 | 258 |
| 314 | HAINES, MILO F | 4686 PHILLIPS RICE RD CORTLAND OH 44410 | 06/16/1931 | 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 | 4250 | 334 |
| 315 | HOMICK, THOMAS E | 6947 MCCLURE RD HUBBARD OH 44425 | 09/01/1954 | 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 | 2487 | 977 |
| 316 | SCHRECENGOST, JACK L | 4009 NORTHWOOD DR SE WARREN OH 44484 | 05/24/1936 | 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 | 7982 | 990 |
| 317 | HEARN, ANITA L | 372 DAVID LN NE BROOKFIELD OH 44403 | 05/15/1946 | 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 | 8969 | 2564 |

Date: 09/20/2002
Time: 09:52:17
JURR8045

Case: 4:07-cv-00880-JG  Doc #: 35-1 Filed: 03/07/13  142 of 209.  PageID #: 2349

10/08/2002 TO 11/22/2002
PETIT COURT
SORT: NUMERIC

Page: 15

Service:    C10-8

| Service No. | Name | Address | DOB | SSN | Annual No. | Term No. |
|---|---|---|---|---|---|---|
| 318 | DATTILO, GARY A | 338 JACKSON ST HUBBARD OH 44425 | 09/09/1946 | 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 | 13434 | 1053 |
| 319 | FAIVER, WANDA S | 48 MANOR DR BROOKFIELD OH 44403 | 03/03/1933 | 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 | 12812 | 2534 |
| 320 | JURATOVIC, KATICA | 6638 STEWART SHARON RD BROOKFIELD OH 44403 | 05/21/1952 | 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 | 11294 | 456 |
| 321 | BARNES, GARY W | 115 LUTHER AVE #2 KENT OH 44240 | 08/01/1973 | 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 | 10937 | 2308 |
| 322 | COLBRUNN, ROY I | 856 WARNER RD SE BROOKFIELD OH 44403 | 11/19/1926 | 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 | 4577 | 120 |
| 323 | MILLER, ROBERT E | 9425 STATE ROUTE 45 ORWELL OH 44076 | 11/01/1960 | 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 | 12839 | 1032 |
| 324 | RAMSEY, ROMA L | 5948 MAYBURN BARCLAY RD FARMDALE OH 44417 | 04/05/1969 | 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 | 8744 | 384 |
| 325 | HIGBY, DIVA C | 926 WASHINGTON AVE GIRARD OH 44420 | 07/21/1922 | 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 | 11422 | 2159 |
| 326 | BOONE, SANDRA J | 29 RANDOLPH AVE S GIRARD OH 44420 | 09/09/1949 | 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 | 9454 | 1745 |
| 327 | MCCREADY, TERESA R | 631 STATE RD W WARREN OH 44483 | 12/28/1979 | 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 | 3201 | 1079 |
| 328 | KOLLAR, REBECCA S | 3889 MEANDER DR MINERAL RIDGE OH 44440 | 05/25/1948 | 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 | 4012 | 895 |
| 329 | PRENTICE, KAREN J | 1873 ORIEL RODGERS RD GIRARD OH 44420 | 09/16/1943 | 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 | 12699 | 547 |
| 330 | FOULK, CAROL H | 849 MEADOWBROOK AVE SE WARREN OH 44484 | 10/21/1933 | | 9080 | 75 |
| 331 | THIRY, JUSTIN | 3455 OAKMONT DR HUBBARD OH 44425 | 08/18/1979 | 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 | 13117 | 1868 |
| 332 | RUMAN, SYLVIA J | 1850 PLEASANT VALLEY RD GIRARD OH 44420 | 02/01/1938 | 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 | 9368 | 1526 |
| 333 | JOHNSON, PATRICIA A | 4065 MCCLURE EAST RD NEWTON FALLS OH 44444 | 01/29/1961 | 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 | 250 | 2250 |
| 334 | SMITH, JOYCE L | 3389 IVY HILL CIR UNIT D CORTLAND OH 44410 | 02/20/1947 | 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 | 1797 | 1486 |
| 335 | LAPROCINA, MELANIE C | 1523 MAIN ST N NILES OH 44446 | 05/24/1983 | 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 | 2984 | 1297 |
| 336 | TUTOKI, AUDREY J | 860 KENILWORTH AVE SE WARREN OH 44484 | 04/08/1931 | 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 | 11965 | 1081 |
| 337 | LOMBARDI, DUILIA | 707 TRUMBULL AVE SE WARREN OH 44484 | 11/24/1935 | 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 | 6947 | 81 |
| 338 | CASEY, ALICE M | 212 REBECCA AVE HUBBARD OH 44425 | 01/19/1921 | 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 | 4805 | 1728 |
| 339 | BEESON, JOSEPH W | 5990 MT EVERETT RD HUBBARD OH 44425 | 03/26/1969 | 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 | 10803 | 276 |
| 340 | BIANCO, BERNARD T | 1200 PENNSYLVANIA AVE MCDONALD OH 44437 | 11/12/1957 | 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 | 5730 | 876 |

Date: 09/26/2002
Time: 09:52:18
JUKR8045

10/08/2002 TO 11/22/2002
PETIT COURT
SORT: NUMERIC

Service:   C10-8

| Service No. | Name | Address | DOB | SSN | Annual No. | Term No. |
|---|---|---|---|---|---|---|
| 341 | WEISS, HARRY M | 1442 BURNETT ST MINERAL RIDGE OH 44440 | 08/29/1953 | 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 | 1108 | 2231 |
| 342 | CASTOR, DOMINIC J | 397 MACKEY DR VIENNA OH 44473 | 06/03/1950 | 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 | 12782 | 1888 |
| 343 | NORI, MICHAEL J | 1695 ROOSEVELT AVE NILES OH 44446 | 07/10/1967 | 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 | 5551 | 1969 |
| 344 | WADE, SHIRLEY A | 5601 RIDGE RD CORTLAND OH 44410 | 04/16/1960 | 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 | 3648 | 1591 |
| 345 | BUTLER, ROCHELLE L | 3882 CRESTVIEW SE WARREN OH 44484 | 10/08/1976 | 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 | 4592 | 1267 |
| 346 | BUCKNER, ANDREW | 1753 DUMONT DR MINERAL RIDGE OH 44440 | 09/04/1983 | 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 | 10135 | 336 |
| 347 | SPELICH, MONICA S | 2520 CHESTNUT ST GIRARD OH 44420 | 06/22/1962 | 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 | 13066 | 1648 |
| 348 | ALLEN, JAY R | 4600 LAKE RD N W FARMINGTON OH 44491 | 01/01/1900 | 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 | 6988 | 1920 |
| 349 | PAPIERNIK, MARLIA | 175 HILLVIEW DR HUBBARD OH 44425 | 11/28/1964 | | 12246 | 1588 |
| 350 | DENYS, THEODORE A | 151 YOUNGSTOWN HUBBARD RD APT 31 HUBBARD OH 44425 | 05/25/1926 | 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 | 945 | 263 |
| 351 | CLAYMAN, DEBORAH L | 468 ARBOR CIR YOUNGSTOWN OH 44505 | 08/11/1960 | 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 | 5799 | 1146 |
| 352 | MEYERS, RODNEY J | 1991 WICK CAMPBELL RD HUBBARD OH 44425 | 07/11/1967 | 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 | 3125 | 1008 |
| 353 | LYNDES, KEITH J | 2909 HALLOCK YOUNG RD SW WARREN OH 44481 | 10/25/1955 | 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 | 5140 | 2717 |
| 354 | PENNER, BENITA M | 3506 SOMERSET DR APT B YOUNGSTOWN OH 44505 | 08/10/1940 | 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 | 5409 | 2601 |
| 355 | NIEMI, TIMOTHY A | 2287 WILSON SHARPSVILLE RD CORTLAND OH 44410 | 11/18/1966 | 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 | 2521 | 2313 |
| 356 | HENDERSON, KAREN L | 232 ALBERT ST NEWTON FALLS OH 44444 | 08/01/1943 | 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 | 10542 | 224 |
| 357 | LEMMON, KENNETH L | 317 PROSPECT ST NEWTON FALLS OH 44444 | 11/19/1925 | 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 | 7330 | 20 |
| 358 | GILKEY, RENEE M | 637 GROVER AVE MASURY OH 44438 | 07/24/1954 | 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 | 13711 | 1809 |
| 359 | CAPIRANO, RALPH J | 342 BROAD ST E NEWTON FALLS OH 44444 | 10/06/1942 | 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 | 10734 | 1104 |
| 360 | MARGO, LINDA S | 516 WASHINGTON AVE NILES OH 44446 | 10/10/1956 | 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 | 9481 | 1744 |
| 361 | OHLIN, MARGARET M | 404 OAK KNOLL AVE SE WARREN OH 44483 | 06/15/1936 | 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 | 12058 | 920 |
| 362 | WOGAN, THELMA J | 4218 ALEESA DR SE WARREN OH 44484 | 08/30/1934 | | 6647 | 1223 |
| 363 | MCWHIRTER, JENNIFER | 2268 CANAL ST S NEWTON FALLS OH 44444 | 01/17/1983 | 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 | 10104 | 1570 |

Date: 09/26/2002
Time: 09:52:18
JURR8045

Case: 4:07-cv-00880-JG  Doc #: 35-1 Filed: 03/07/13  144 of 209.  PageID #: 2351

10/08/2002 TO 11/22/2002
PETIT COURT
SORT: NUMERIC

Page:  17

Service:   C10-8

| Service No. | Name | Address | DOB | SSN | Annual No. | Term No. |
|---|---|---|---|---|---|---|
| 364 | MEASE, RODGER L | 715 KINSMAN ST NW WARREN OH 44483 | 02/17/1945 | 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 | 13700 | 2684 |
| 365 | PARIS, SUSAN A | 5673 BREEZEWOOD LAKE DR BROOKFIELD OH 44403 | 10/19/1958 | 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 | 8286 | 770 |
| 366 | CICERO, RENEE L | 1261 PLEASANT VALLEY DR NE WARREN OH 44483 | 09/27/1955 | 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 | 1316 | 2087 |
| 367 | POWERS, RICHARD A | 4504 WILSON SHARPSVILLE RD CORTLAND OH 44410 | 07/27/1959 | 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 | 11002 | 1666 |
| 368 | BOATRIGHT, BONITA N | 787 HOUSEL CRAFT RD CORTLAND OH 44410 | 01/14/1953 | 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 | 117 | 2037 |
| 369 | CRANK, SHAWN M | 203 HELEN AVE NILES OH 44446 | 04/03/1969 | 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 | 11032 | 1292 |
| 370 | LOHR, GEORGE C | 51 WILSON AVE E GIRARD OH 44420 | 08/14/1957 | 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 | 8473 | 790 |
| 371 | COLE JR, JAMES S | 700 THE GREENS NE WARREN OH 44484 | 07/31/1948 | 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 | 12429 | 1709 |
| 372 | HENDERSON, LINDA | 2771 BARCLAY MESSERLY RD SOUTHINGTON OH 44470 | 08/25/1943 | 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 | 12752 | 2249 |
| 373 | WARGO, RICHARD G | 411 WASHINGTON AVE NILES OH 44446 | 02/06/1934 | | 8291 | 1278 |
| 374 | SHERIDAN, DEBRA L | 5185 KING GRAVES RD VIENNA OH 44473 | 02/05/1952 | 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 | 8210 | 2102 |
| 375 | CHALKER, JAMES P | 222 THIRD ST N W FARMINGTON OH 44491 | 04/22/1946 | 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 | 3084 | 1216 |
| 376 | THOMPSON, TONI | 509 ROBBINS AVE NILES OH 44446 | 01/18/1977 | 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 | 1448 | 1313 |
| 377 | DIGIACOBBE, EMIDIO A | 1060 WILSON SHARPSVILLE RD CORTLAND OH 44410 | 02/09/1926 | 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 | 5810 | 1649 |
| 378 | GAVITT, VIOLET C | 1544 SHERIDAN AVE NE WARREN OH 44483 | 04/21/1945 | 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 | 4865 | 537 |
| 379 | GIULIANO, JOSEPHINE T | 117 ORCHARD AVE NILES OH 44446 | 05/05/1934 | 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 | 12675 | 2437 |
| 380 | A, MARY M | 963 BROADACRES DR SE WARREN OH 44484 | 02/26/1946 | 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 | 4362 | 2158 |
| 381 | KUZMAN, KATHLEEN | 463 LIBERTY ST E GIRARD OH 44420 | 12/07/1969 | 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 | 3687 | 2412 |
| 382 | BAKER, MARY D | 2200 MILTON BLVD NEWTON FALLS OH 44444 | 05/31/1916 | 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 | 4439 | 330 |
| 383 | PHILLIPS, GARY R | 1150 CARSON SALT SPRINGS RD #34 WARREN OH 44481 | 05/12/1981 | 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 | 1795 | 1864 |
| 384 | GARNER, SAMUEL E | 3316 RED FOX RUN DR NW WARREN OH 44485 | 10/30/1979 | 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 | 8038 | 2199 |
| 385 | CLICK, CHERYL A | 2264 CLEARVIEW AVE NW WARREN OH 44483 | 06/25/1949 | 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 | 13411 | 2468 |
| 386 | ROSS, HAYWARD L | 5430 HERNER COUNTY LINE RD SOUTHINGTON OH 44470 | 03/30/1938 | 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 | 10934 | 241 |

Date: 09/26/2002
Time: 09:52:19
JUAR8045

10/08/2002 TO 11/22/2002
PETIT COURT
SORT: NUMERIC

Service:    C10-8

| Service No. | Name | Address | DOB | SSN | Annual No. | Term No. |
|---|---|---|---|---|---|---|
| 387 | ZEREFOS, KIMBERLY D | 5579 US ROUTE 422 SOUTHINGTON OH 44470 | 07/25/1965 | 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 | 8768 | 22 |
| 388 | MCCAFFERTY, CONSTANCE A | 2861 DURST COLEBROOK RD CORTLAND OH 44410 | 04/11/1943 | 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 | 9261 | 1062 |
| 389 | KERIOTIS, THEODORE M | 1957 ROBERTS LN NE WARREN OH 44483 | 10/02/1931 | 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 | 12817 | 1316 |
| 390 | MALITO, CONNIE S | 366 MOCCASIN TRL GIRARD OH 44420 | 08/08/1941 | 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 | 2523 | 668 |
| 391 | GARWOOD, JULIE M | 993 PATRICIA DRIVE #2 GIRARD OH 44420 | 09/27/1972 | 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 | 7181 | 1054 |
| 392 | DIAZ-GONZALEZ, RAFAEL J | 707 BELVEDERE AVE SE WARREN OH 44484 | 02/11/1983 | 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 | 13456 | 203 |
| 393 | BOARDLEY, THOMAS C | 636 OHIO AVE NW WARREN OH 44485 | 10/03/1943 | 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 | 481 | 1760 |
| 394 | HANICK, TIMOTHY | 969 LANDSDOWNE AVE NW WARREN OH 44485 | 04/26/1958 | 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 | 7935 | 1099 |
| 395 | EUBANK, BARBIE J | 1732 FRONT ST SW WARREN OH 44485 | 12/18/1977 | | 13976 | 1060 |
| 396 | NELSON, JOHN | 6590 STATE ROUTE 87 KINSMAN OH 44428 | 04/05/1952 | 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 | 9736 | 447 |
| 397 | CAMPBELL, TIMOTHY L | 279 SUNSET DR CORTLAND OH 44410 | 11/13/1953 | 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 | 1922 | 1038 |
| 398 | RATCLIFF, JOYCE P | 383 ORCHARD LN CORTLAND OH 44410 | 09/07/1940 | 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 | 3101 | 1351 |
| 399 | FURILLO, RICHARD J | P O BOX 293 BROOKFIELD OH 44403 | 10/10/1939 | 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 | 638 | 93 |
| 400 | KRAUSE, STELLA L | 2975 SEDGEWICK ST NE APT 196 WARREN OH 44483 | 12/10/1923 | 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 | 9672 | 2173 |

Total Number of Jurors   400

*** End of Report ***

JUN-15-2000  14:51          STATE OF OHIO                    614 728 3670    P.03/32

## OHIO
## NEWS BUREAU INC.
CLEVELAND, OHIO 44115
216/241-0675

SALEM NEWS
SALEM, OH.
PM CIRC. 9,100

FEB-20-92

## Potential juror raises race question

WARREN (AP) — A man who asked a judge why the pool of potential jurors for a murder trial didn't contained any blacks was told the situation was a result of Trumbull County's having a small minority population.

The man, who wasn't identified, was one of about 100 potential jurors called Tuesday for the trial of Roderick Davie, 20. Davie, who is black, is charged with shooting one person to death, fatally beating a second person and shooting a third last June 27. All three victims were former co-workers.

If convicted, he could be sentenced to death.

The juror who asked the question was dismissed from the jury pool by Trumbull County Common Pleas Judge John Stuard, who said the absence of blacks from the list was the luck of the draw.

Blacks make up less than 7 percent of the county's population, according to the 1990 U.S. Census, Prosecutor Dennis Watkins said. He said all-white jury pools aren't common in the county, but aren't planned.

"It has happened before and it will happen again," Watkins said. "It's like a lottery. It has nothing to do with color. It's just mathematics."

Jurors are selected in a lottery from voter registration lists

EXHIBIT

5

JUN-15-2000  14:51       STATE OF OHIO          614 728 3670    P.05/32

OHIO
NEWS BUREAU INC.
CLEVELAND, OHIO 44115
216/241-0675

TRIBUNE CHRONICLE
WARREN, OH.
PH CIRC. 40,760

FEB-18-92

# Murder trial jury pool makeup questioned

By JACQUENETTE S. GEGGUS
Tribune Chronicle

WARREN — A prospective juror questioned this morning why there appeared to be no black potential jurors for the murder trial of Roderick Davie.

The prospective juror asked Trumbull Common Pleas Judge John M. Stuard during the opening minutes of jury selection why he [Davie] is the only black guy in here," said the man, who did not identify himself.

Stuard replied that the jury pool is made up by the "luck of the draw." About 150 people have been brought in to make up the jury pool for the Davie trial.

The pool is culled from Trumbull County registered voters.

Davie, 19, of Warren, is charged in the June 27, 1991, shooting death of former Trumbull County Sheriff's Deputy John Coleman. He is also charged in the beating death of Tracey Jefferys, 21, of Lordstown; and the shooting of

William John Everett, 30, of Warren.

Expected to be heard in to the former VCA pet food distribution warehouse and attempted to execute Coleman, Jefferys and Everett.

Officers say that when Jefferys and Everett tried to flee, Davie beat Jefferys to death with a chair and attempted to run Everett over with a truck.

Davie maintains he is innocent and says he could not have hurt Jefferys.

Prosecutors say Davie broke members of Davie's family.

The taped confession Davie gave to Warren police officers the afternoon after the shootings, and two photographic lineups that police presented to an eyewitness on the day of the shootings and two weeks afterward.

Prosecutors also revealed this morning a list of 20 potential witnesses in the trial. Defense attorneys submitted a smaller list, which included four members of Davie's family.

JUN-15-2000  14:51        STATE OF OHIO                    614 728 3670    P.04/32

**OHIO**
**NEWS BUREAU INC.**
CLEVELAND. OHIO 44115
216/241-0875

AKRON BEACON JOURNAL
AKRON, OH.
AM CIRC. 153,550

## FEB-20-92

**❷** WARREN

## Potential juror asks about lack of blacks

249

A potential juror, one of 100 called Tuesday in the murder trial of a black man, asked a judge why there were no blacks in the jury pool.

He was told it was because Trumbull County has a small minority population. Then the juror was dismissed by Trumbull County Common Pleas Judge John Stuard.

Stuard had denied defense attorneys' requests to have a jury culled from driver's license lists instead of voter registration lists.

Blacks make up less than 7 percent of the county's population, according to the 1990 U.S. census, Prosecutor Dennis Watkins said.

Roderick Davie, 20, is charged with shooting two co-workers to death and fatally beating another last June 27.

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| RODERICK DAVIE, | ) | |
| | ) | |
| Petitioner, | ) | Case No. 1:99CV2400 |
| | ) | |
| vs. | ) | |
| | ) | |
| BETTY MITCHELL, WARDEN, | ) | Judge:  James G. Carr |
| | ) | |
| Respondent. | ) | |

EXHIBIT _____

## AFFIDAVIT OF DIANE WILEY

| | |
|---|---|
| STATE OF MINNESOTA | ) |
| | ) SS |
| COUNTY OF HENNEPIN | ) |

Diane Wiley, being first duly sworn, on oath, deposes and says:

1.   I am president of the National Jury Project Midwest.  My qualifications are attached as *Appendix I.*

2.   I was retained by the Ohio Public Defender Office in Columbus, Ohio, to evaluate whether or not the special jury venire [February 3, 1992 Venire -- Capital Offense] drawn in the case of *State of Ohio v. Roderick Davie* [Case No. 91-CR-288] in Trumbull County, Ohio was representative of the population of African Americans in Trumbull County during that time period.

If the percentage of African American jurors was less than the percentage of African American residents in the county, I was asked to determine whether this discrepancy could occur by chance with a truly random sample or whether it indicates a statistically significant deviation.

3.   In order to determine whether the percentage of African Americans was representative of the African American population in Trumbull County, I compared the percentages of African American with census data from Trumbull

EXHIBIT
6

JUN 15 2000 14:55    STATE OF OHIO                    614 728 3670    P.17/31

County. Given that there was an African American population of approximately 6% and there were no African Americans in the venire, I then determined the probability that this discrepancy could occur by chance with a truly random sample, which determines whether it indicates a statistically significant deviation.

4.    I have concluded that Trumbull County African American residents were seriously underrepresented in Roderick Davie's venire, and that this underrepresentation is extremely unlikely to have occurred by chance.

5.    There were no African American venirepersons. There should have been 7 or 8[1].

My analysis is based on United States Census Data[2] as compared to 130 total venirepersons as reported to have been present in the voir dire transcript from Mr. Davie's case. It was also reported in that transcript that there were no African Americans among the venirepersons.

I used the census figure of 5.987% African Americans between the ages of 18 and 74 for 1990 for Trumbull County.[3]

6.    While not every jury venire can be expected to be exactly representative of each cognizable class in a jurisdiction, random selection should result in roughly proportional representation.

In a fair, cross-sectional system, the probability of any eligible person being included in a jury pool would be the same for every eligible person, regardless of race. The Petit Jurors, if randomly selected from a representative jury pool, should also reflect the composition of the pool.

---

[1]    One would expect 7.8 African Americans out of a total of 130 jurors.

[2]    Racial and gender percentages of Trumbull County for 1990 are attached as *Appendix II*, Census Data: Trumbull County, Ohio, 1990. The percentages that were used were of persons age 18 to 74.

[3]    There were 158,054 persons between the ages of 18 and 74 in the 1990 Trumbull County census. 9,462 of those persons were African Americans between the ages of 18 and 74.

Affidavit of Diane Wiley – 14 June 2000                                      Page 2

7.    I have used three methods, which I understand have been discussed by the United States Supreme Court and the Ohio Supreme Court in various cases to calculate whether or not African Americans were underrepresented in Mr. Davie's special venire..

    A.    The Comparative Disparity Standard

    B.    Absolute Disparity

    C.    Statistical Significance

A.    The Comparative Disparity standard measures representativeness by the proportion by which the probability of serving is reduced for people in a particular cognizable class.

This percentage is determined by the following calculation:

$$\frac{P - Q}{P} \quad = \quad \textit{Comparative Disparity}$$

$P$ = Proportion of the population in the specified category
$Q$ = Proportion of the panel in the specified category

B.    Absolute Disparity is another measure of the extent to which a cognizable class is underrepresented.  The absolute disparity standard measures representativeness by the difference between the proportion of the population and the proportion of the pool in the underrepresented category.

This number is determined by the following calculation:

$$P - Q \quad = \quad \textit{Absolute Disparity}$$

$P$ = Proportion of the population in the specified category
$Q$ = Proportion of the panel in the specified category

Affidavit of Diane Wiley – 14 June 2000                                    Page 3

C.    Statistical Significance is another measure of the extent to which a cognizable class is under represented. The Statistical Significance test measures representativeness by calculating the probability of the disparity occurring by chance as the result of a random selection. If that probability is very low, the conclusion is drawn that the disparity is unlikely to be due to chance, but results from bias or discrimination.

The statistical significance test discussed in *Castandea v. Partida*, 430 U.S. at 496 n. 17, provides that a difference of "two to three standard deviations" distinguishes an allowable from an unconstitutional disparity. This test is determined by the following calculation:

$$\text{One Standard Deviation} = \sqrt{\text{Sample Size} \times \text{Proportion In Class} \times \text{Proportion Not In Class}}$$

$$\text{Absolute Disparity} = \text{Proportion of the Population in the Class} - \text{Proportion of the Venirepersons in the Class}$$

$$\text{Disparity} = \text{Sample Size} \times \text{Absolute Disparity}$$

$$\text{Number of Standard Deviations} = \text{Disparity} \div \text{One Standard Deviation}$$

8.    The following **Chart 1** lays out the Comparative Disparity, Absolute Disparity and the number of Standard Deviations for the proportion of African American jury venirepersons in Mr. Davie's venire.

Affidavit of Diane Wiley – 14 June 2000                                    Page 4

# CHART 1

## Representativeness of African Americans

## As Venirepersons

## In *State of Ohio v. Roderick Davie*

## Trumbull County  3 February 1992

| | |
|---|---|
| | There were<br>0 African American<br>Venirepersons<br>out of 130 Venirepersons |
| Comparative Disparity | 100%<br>UNDER REPRESENTED |
| Absolute Disparity<br><br>EXPECT 5.987 JURORS<br>OUT OF 100 | 5.987% |
| Standard Deviation<br><br>TO BE SIGNIFICANT,<br>MUST BE<br>"2 TO 3" | 2.877<br><br>SIGNIFICANT |

Affidavit of Diane Wiley – 14 June 2000                                   Page 5

JUN-15-2000  14:35        STATE OF OHIO                614 728 3670     P.21/31

9.   The number of African American citizens called to serve as jury
     venirepersons for *State of Ohio v. Roderick Davie*, on February 3, 1992 in
     Trumbull County Common Pleas Court under represented the percentage of
     African Americans in Trumbull County by 100%.

     This underrepresentation represents a statistically significant deviation from the
     number of African American persons who would be expected utilizing a truly
     random sampling method from a truly random pool representative of the county.

10.  Thus, I would recommend that other special venires drawn for death
     penalty cases in Trumbull County be analyzed to determine if there was also
     underrepresentation of African Americans in those venires.

     It is disturbing to find a venire of this size without even one African American
     juror being included in a jurisdiction with 6% African Americans.  This simply
     should not occur unless there was some kind of systematic discrimination.

11.  The jury selection procedures that resulted in all African Americans being
     excluded from Roderick Davie's petit jury venire could also have resulted in
     the underrepresentation of African Americans in the grand jury venire.

     It is my understanding that the same procedures are used to select venirepersons
     to serve on both petit and grand jury venires in the State of Ohio.   Thus, it is
     extremely likely that the venire from which Mr. Davie's grand jurors were
     chosen also under represented African Americans in Trumbull County.

     In order to determine whether or not African Americans were under represented
     in the grand jury venires during the period that Mr. Davie was indicted, it would
     be necessary to evaluate the composition of a number of grand jury venires from
     around that same time period.

12.  The process used for selecting grand jury forepersons in Ohio can easily
     result in the underrepresentation of African Americans because it is not a
     random process.

     It is my understanding that in Ohio, the presiding Common Pleas Court Judge
     often chose grand jury forepersons during the time period that Mr. Davie was
     indicted.  In addition, the foreperson did not have to be chosen from the grand
     jury venire, but simply had to be a registered voter of the county.

     I recently conducted a study of the grand jury forepersons chosen by judges in
     Hamilton County Ohio from 1982 through 1998.  In Hamilton County, the
     presiding judges were personally selecting grand jury forepersons from outside
     of the grand jury venire.

Affidavit of Diane Wiley – 14 June 2000                         Page 6

The purpose of the study was to evaluate whether or not the forepersons of the Hamilton County Grand Juries which returned death penalty indictments from 1982 to 1998 were representative of the population of African Americans in Hamilton County during that time period. I also looked at the percentage of women forepersons.

I found that African Americans were under represented by seventy-five percent and women were under represented by fifty percent. I also found there to be a number of persons who were chosen to be grand jury foreperson more than once. Given the large population of Hamilton County, the number of repeats would be unusual if a random process were used, and these were all white, primarily male forepersons.

Because there is only one foreperson on each grand jury, it is necessary to survey a large number of grand juries to determine if there is a statistically significant underrepresentation of any cognitive group.

Further affiant saith not.

_____
Diane Wiley

Sworn to and subscribed to before me this 14th day of June, 2000.

_____
Notary Public

LUCINDA M. BELEV
NOTARY PUBLIC-MINNESOTA
MY COMMISSION EXPIRES 1-31-2005

*Appendix I*

# Qualifications of Diane Wiley

# Diane Wiley
## *Trial Consultant*

Diane Wiley is the president of the National Jury Project Midwest, located at 322 First Avenue North, Suite 500, Minneapolis, Minnesota 55401. The National Jury Project is a non-profit corporation specializing in the study of the American jury system. The National Jury Project is incorporated in the State of Minnesota and has regional offices in New York, New York; Oakland, California; and Minneapolis, Minnesota. Primary areas of research include voir dire procedures, the trial communication process, jury composition, venue evaluation, and other issues related to minimizing the effects of juror bias on the trial process.

National Jury Project researchers have conducted and analyzed interviews with jurors and persons included in jury pools in both state and federal jurisdictions all over the United States.

Ms. Wiley is a founding member of the National Jury Project, and has been employed as a trial consultant since its inception in 1975. She began her research of the jury system as an independent researcher in 1973. Ms. Wiley's prior research experience was in the area of attitudes towards criminal justice, evaluation of programs for juvenile and adult offenders, and community attitudes towards housing developments for the Minnesota Center for Sociological Research, The Governor's Task Force for Victims of Sexual Assault, and The Law Enforcement Assistance Agency (LEAA) Juvenile Justice Project, among others.

Ms. Wiley has supervised, administered and/or consulted on venue evaluation studies in the following cases:

| | |
|---|---|
| *State of North Carolina v. Little* | Beaufort County, 1975 |
| *State of Wisconsin v. Sturdevant* | Dodge County, 1975 |
| *State of Pennsylvania v. Arms* | Berks County, 1975 |
| *State of Minnesota v. Davis* CR #763 | Beltrami County, 1976 |
| *United States v. Butler and Robideau* CR #75-5106-2,3 | District of South Dakota, Western Division, 1976 |
| *State of Oklahoma v. McCoy* #F-74-254 | Pittsburgh County, 1976 |

| | |
|---|---|
| *State of Nebraska v. Yellowbird*<br>#C-1470-71 | Sheridan County, 1976 |
| *State of South Dakota v. Martin*<br>#77-75 | Pennington County, 1977 |
| *State of Michigan v. Smith*<br>#416 | Kalkaska County, 1978 |
| *State of Minnesota v. Caldwell*<br>#49633 | St. Louis County, 1979 |
| *State of South Dakota v. Bettelyoun*<br>#78-58 | Jackson County, 1979 |
| *Schwans v. BASF-AG, et al*<br>#16843 | Lyon County, Minnesota, 1979 |
| *State of Minnesota v. Johnson*<br>#2064 | Faribault County, 1979 |
| *State of Illinois v. Perez, Santiago, et al*<br>#79-CF326 | Livingston County, 1979 |
| *State of Ohio v. Kilroy*<br>CR9-33B | Putnam County, 1980 |
| *State of Minnesota v. Blanchard*<br>#2959 | Becker County, 1980 |
| *State of Wisconsin v. Grancorwitz*<br>80-CR-395 | Vernon County, 1980 |
| *Kobes v. St. Joseph's Hospital, et al*<br>#39513 | Crow Wing County, Minnesota, 1980 |
| *State of Minnesota v. Marhoun* | Chisago County, 1980 |
| *State of Wisconsin v. Scherer*<br>#80-CR-3174 | Burnett County, 1981 |
| *Gauthier v. Strouth, et al* | St. Louis County, Minnesota, 1981 |
| *Wayne Bohlke v. Estate of John Ayers*<br>*and City of Le Sueur* | Blue Earth County, Minnesota, 1981 |
| *State of Minnesota v. Sprague*<br>#4458 | Washington County, 1981 |
| *State of South Dakota v. Wellner*<br>*& Wellner*<br>#13533,34 | Hand County, 1981 |
| *State of Illinois v. Brisbane, et al*<br>#80-CF-45 | Will County, 1981 |
| *State of Minnesota v. Koehler* | St. Louis County, 1982 |
| *Martell Mutual Town Insurance Company*<br>*v. John J. Hines, et al*<br>#80-CV-348 | St. Croix County, Minnesota, 1982 |

| | |
|---|---|
| *State of Nebraska v. Buckman and Janis* | Sheridan County, 1983 |
| *State of Minnesota v. Swanson* | Sherburne County, 1983 |
| *State of South Dakota v.* | |
|    *Collins Catch the Bear* | Pennington County, 1983 |
|     #82-207 | |
| *State of Minnesota v. Tisland* | Beltrami County, 1984 |
|     #K1-83-813 | |
| *State of Minnesota v. Foss* | Kandiyohi County, 1984 |
| *United States v. Elder* | Southern District of |
|     B-84-276-SI | Texas, Corpus Christi Division, 1984 |
| *United States v. Elder and Merkt* | Southern District of |
|     #B-84-746-SI | Texas, Brownsville Division, 1985 |
| *State of Minnesota v. Thom* | Kanabec County, 1985 |
|     #10128 | |
| *Nygaard v. Mayo Clinic* | Olmsted County, Minnesota, 1985 |
|     #44587 | |
| *United States v. Merkt* | Southern District of |
|     B-85-SI | Texas, Corpus Christi Division, 1986 |
| *State of Ohio v. Warner, et al* | Hamilton County, 1986 |
|     B854622 | |
| *State of Minnesota v. Curt Gruhl* | Goodhue County, 1986 |
|     #4656 | |
| *State of Minnesota v. Richards* | Hennepin County, 1987 |
| *State of Minnesota v. Israelson* | Rice County, 1988 |
|     #K-88-1162 | |
| *State of Minnesota v. Manning* | Itasca County, 1989 |
|     #K6-89-129 | |
| *State of Minnesota v. Doty* | Dodge County, 1991 |
|     #T4-91-508 | |
| *Chladek v. Independent School* | |
|    *District 205, et al* | Dodge County, Minnesota, 1991 |
| *Adkins v. Tolfree Memorial Hospital, et al* | Ogemaw County, Michigan, 1992 |
|     #90 1342 NH | |
| *State of Nebraska v. Frances Thompson* | Knox County, 1992 |
|     #11818 | |
| *State of Minnesota v. Calvin Jones* | Chisago County, 1995 |
|     No. K0-95-217 | |
| *State of Minnesota v. Darrell Johnson* | Chisago County, 1996 |
|     No. K2-95-218 | |
| *State of Minnesota v. Adrian Riley* | Carver County, 1996 |
|     No. K8-95-827 | |

JUN-15-2000  14:37          STATE OF OHIO                    614 728 3670    P.27/31

*State of Minnesota v.*
   *Olumuyiwa Shakirudee Akinosi*      Dakota County, 1996
     No. K6-96-1614
*State of Tennessee v.*
   *Charles Edward Hartman*      Davidson County, 1997
     No. 20101
*State of Minnesota v.*
   *Joseph Ture*      Washington County, 1997
     No. K6- 96- 6329
*Martinez v.*
   *Lincoln County Medical Center, et al*      Lincoln County, North Carolina 1998
*State of Iowa v.*
   *Randy Zaabal*      Brown County, 1999
     No. FECR-311701

The National Jury Project Midwest has been court appointed for the purposes of venue evaluation in *State of Minnesota v. Davis; State of South Dakota v. Martin; State of Illinois v. Brisbane; State of Minnesota v. Calvin Jones; and State of Tennessee v. Charles Edward Hartman.*

Ms. Wiley has consulted with attorneys in both state and federal jurisdictions in California, Colorado, District of Columbia, Georgia, Illinois, Indiana, Iowa, Kansas, Kentucky, Louisiana, Massachusetts, Michigan, Minnesota, Missouri, Nebraska, New Jersey, New York, North Dakota, Ohio, Oklahoma, Pennsylvania, Rhode Island, South Carolina, South Dakota, Tennessee, Texas, Washington and Wisconsin, in regards to voir dire procedures designed to reduce the effects of prejudice in both criminal and civil cases.

She has testified or submitted affidavits in 33 venue hearings for change of venue, including two appeal hearings.  She testified in the hearing for a new trial based on incompetence of counsel relating to inadequate voir dire in *Michigan v. LeBlanc*.

Ms. Wiley has supervised research and/or submitted affidavits in a number of cases involving evaluation of the composition of jury venires.

Ms. Wiley has provided in-court jury selection consultation and/or has prepared voir dire questions in hundreds of criminal and civil cases since 1973.

JUN-15-2000  14:38          STATE OF OHIO                    614 728 3670    P.28/31

Ms. Wiley is a co-author of the manual, <u>Jurywork: Systematic Techniques</u>, published
by the National Jury Project in 1978, and also of the second edition of this manual,
published by West Group.  She is a contributing editor and co-author of the
book, <u>Women's Self Defense Cases: Theory and Practice</u>, published by the Michie
Company.  Ms. Wiley is a contributing author of the book, <u>Handbook of Jury
Research</u>, published by ALI-ABA Philadelphia in 1998 and <u>Minnesota Criminal Jury
Trial Handbook</u>, published by Butterworths.  She has written other materials and
articles for legal publications and seminar materials.

Ms. Wiley regularly lectures at seminars and conferences on voir dire, case
presentation issues and jury selection for organizations such as State and Federal Public
Defender Associations, Bar Associations, Trial Lawyers Associations, Legal Services,
the National Women and Law Conference, the National Association of Teacher
Attorneys, and for Continuing Legal Education Programs sponsored by law schools and
other organizations.

JUN-15-2000  14:38        STATE OF OHIO                    614 728 3670    P.29/31

*Appendix II*

Census Data:

Trumbull County, Ohio

1990

990 Census Of Population And Housing Summary Tape File 3C

    040 Ohio
    050 Trumbull County

.GE
Universe: Persons

| | |
|---|---:|
| Under 1 year | 2,638 |
| 1 and 2 years | 6,462 |
| 3 and 4 years | 6,357 |
| 5 years | 3,293 |
| 6 years | 2,875 |
| 7 to 9 years | 9,828 |
| 10 and 11 years | 6,733 |
| 12 and 13 years | 5,926 |
| 14 years | 3,183 |
| 15 years | 3,624 |
| 16 years | 3,229 |
| 17 years | 3,556 |
| 18 years | 3,069 |
| 19 years | 2,973 |
| 20 years | 2,911 |
| 21 years | 2,843 |
| 22 to 24 years | 8,491 |
| 25 to 29 years | 15,815 |
| 30 to 34 years | 17,941 |
| 35 to 39 years | 18,179 |
| 40 to 44 years | 16,881 |
| 45 to 49 years | 13,107 |
| 50 to 54 years | 11,925 |
| 55 to 59 years | 11,029 |
| 60 and 61 years | 4,835 |
| 62 to 64 years | 7,212 |
| 65 to 69 years | 11,492 |
| 70 to 74 years | 9,351 |
| 75 to 79 years | 6,125 |
| 80 to 84 years | 3,335 |
| 85 years and over | 2,595 |

990 Census Of Population And Housing Summary Tape File 3C

040 Ohio
050 Trumbull County

ACE BY SEX BY AGE
niverse: Black males

| | |
|---|---:|
| nder 1 year.......................................................... | 175 |
| and 2 years......................................................... | 287 |
| and 4 years......................................................... | 320 |
| years............................................................... | 155 |
| years............................................................... | 160 |
| to 9 years......................................................... | 397 |
| 0 and 11 years...................................................... | 268 |
| 2 and 13 years...................................................... | 235 |
| 4 years............................................................. | 180 |
| 5 years............................................................. | 125 |
| 6 years............................................................. | 160 |
| 7 years............................................................. | 182 |
| 8 years............................................................. | 138 |
| 9 years............................................................. | 64 |
| 0 years............................................................. | 94 |
| 1 years............................................................. | 90 |
| 2 to 24 years....................................................... | 208 |
| 5 to 29 years....................................................... | 386 |
| 0 to 34 years....................................................... | 608 |
| 5 to 39 years....................................................... | 496 |
| 0 to 44 years....................................................... | 346 |
| 5 to 49 years....................................................... | 382 |
| 0 to 54 years....................................................... | 335 |
| 5 to 59 years....................................................... | 290 |
| 0 and 61 years...................................................... | 138 |
| 2 to 64 years....................................................... | 148 |
| 5 to 69 years....................................................... | 206 |
| 0 to 74 years....................................................... | 181 |
| 5 to 79 years....................................................... | 85 |
| 0 to 84 years....................................................... | 133 |
| 5 years and over.................................................... | 24 |

.90 Census Of Population And Housing Summary Tape File 3C

  040 Ohio
  050 Trumbull County

ACE BY SEX BY AGE
.iiverse: Black females

| | |
|---|---:|
| | 60 |
| .nder 1 year | 308 |
| and 2 years | 326 |
| and 4 years | 162 |
| years | 120 |
| years | 426 |
| to 9 years | 228 |
| 0 and 11 years | 291 |
| 2 and 13 years | 114 |
| 4 years | 127 |
| .5 years | 111 |
| .6 years | 229 |
| .7 years | 184 |
| .8 years | 99 |
| .9 years | 110 |
| :0 years | 115 |
| :1 years | 336 |
| :2 to 24 years | 519 |
| :5 to 29 years | 629 |
| :0 to 34 years | 619 |
| :5 to 39 years | 554 |
| :0 to 44 years | 460 |
| :5 to 49 years | 399 |
| 50 to 54 years | 366 |
| 55 to 59 years | 147 |
| 50 and 61 years | 236 |
| 52 to 64 years | 331 |
| 55 to 69 years | 248 |
| 70 to 74 years | 154 |
| 75 to 79 years | 98 |
| 80 to 84 years | 77 |
| 85 years and over | |

01-CR-794
**DIRECT PRESENTMENT**

# INDICTMENT
Crim R. 6, 7

AGGRAVATED MURDER (F)
WITH SPECIFICATIONS OF
A G G R A V A T I N G
C I R C U M S T A N C E S
(2903.01(A), 2941.14(C), and
2929.04(A)(7)

THE STATE OF OHIO        )

TRUMBULL . . . . . . . . . . . . . . . COUNTY, ss.)

**COURT OF COMMON PLEAS**

Of the Term September, in the year two thousand one,

*THE JURORS OF THE GRAND JURY of the State of Ohio, within and for the body of the County aforesaid, on their oaths, in the name and by the authority of the State of Ohio, do find and present that on or about the 11ᵗʰ day of December, 2001, at Trumbull County, Ohio,* **NATHANIEL E. JACKSON,** *did purposely and with prior calculation and design, cause the death of Robert S. Fingerhut, age 56,*

<u>SPECIFICATION #1 TO COUNT ONE: Aggravating Circumstance of Aggravated Burglary (2929.04(A)(7)</u>

THE GRAND JURORS further find and specify pursuant to Ohio Revised Code section 2929.04(A)(7) that the offense was committed while **NATHANIEL E. JACKSON** was committing, attempting to commit, or fleeing immediately after committing or attempting to commit Aggravated Burglary, and **NATHANIEL E. JACKSON** was the principal offender in the commission of the Aggravated Murder.

> You are hereby notified that you are under indictment for a felony of violence and pursuant to Section 2923.13 of the Ohio Revised Code you are prohibited from acquiring, having, carrying, or using any firearm or dangerous ordnance while under indictment.

Case No.     01-CR-794 - DIRECT PRESENTMENT
Defendant    JACKSON, Nathaniel E.

Page 1 of 6

**EXHIBIT**

**7**

SPECIFICATION #2 TO COUNT ONE: Aggravating Circumstance of Aggravated Robbery (2929.04(A)(7)

THE GRAND JURORS further find and specify pursuant to Ohio Revised Code section 2929.04(A)(7)

that the offense was committed while **NATHANIEL E. JACKSON** was committing, attempting to commit, or

fleeing immediately after committing or attempting to commit Aggravated Robbery, and **NATHANIEL E.**

**JACKSON** was the principal offender in the commission of the Aggravated Murder.

in violation of the Ohio Revised Code, Title 29, Section 2903.01(A), 2941.14(C), and 2929.04(A)(7), *and against*

*the peace and dignity of the State of Ohio.*

Case No. 01-CR-794 - DIRECT PRESENTMENT     Page 2 of 6
Defendant JACKSON, Nathaniel E.

**COUNT 2:**      AGGRAVATED MURDER (F) WITH SPECIFICATIONS OF AGGRAVATING CIRCUMSTANCES (2903.01(B), 2941.14(C), and 2929.04(A)(7)

THE JURORS OF THE GRAND JURY of the State of Ohio, within and for the body of the County aforesaid, on their oaths, in the name and by the authority of the State of Ohio, do find and present that on or about the 11th day of December, 2001, at Trumbull County, Ohio, **NATHANIEL E. JACKSON**, did purposely cause the death of Robert S. Fingerhut, age 56, while committing or attempting to commit, or while fleeing immediately after committing or attempting to commit, Aggravated Burglary and/or Aggravated Robbery,

SPECIFICATION #1 TO COUNT TWO: Aggravating Circumstance of Aggravated Burglary (2929.04(A)(7)

THE GRAND JURORS further find and specify pursuant to Ohio Revised Code section 2929.04(A)(7) that the offense was committed while **NATHANIEL E. JACKSON** was committing, attempting to commit, or fleeing immediately after committing or attempting to commit Aggravated Burglary, and **NATHANIEL E. JACKSON** was the principal offender in the commission of the Aggravated Murder.

SPECIFICATION #2 TO COUNT TWO: Aggravating Circumstance of Aggravated Robbery (2929.04(A)(7)

THE GRAND JURORS further find and specify pursuant to Ohio Revised Code section 2929.04(A)(7) that the offense was committed while **NATHANIEL E. JACKSON** was committing, attempting to commit, or fleeing immediately after committing or attempting to commit Aggravated Robbery, and **NATHANIEL E. JACKSON** was the principal offender in the commission of the Aggravated Murder.

in violation of Section 2903.01(B), 2941.14(C), and 2929.04(A)(7) of the Ohio Revised Code, *and against the peace and dignity of the State of Ohio.*

You are hereby notified that you are under indictment for a felony of violence and pursuant to Section 2923.13 of the Ohio Revised Code you are prohibited from acquiring, having, carrying, or using any firearm or dangerous ordnance while under indictment.

Case No.          01-CR-794 - DIRECT PRESENTMENT
Defendant         JACKSON, Nathaniel E.

Page 3 of 6

COUNT 3:     AGGRAVATED BURGLARY (F1) WITH FIREARM SPECIFICATION

*THE JURORS OF THE GRAND JURY of the State of Ohio, within and for the body of the County aforesaid,* on their oaths, in the name and by the authority of the State of Ohio, do find and present that on or about the 11th day of December, 2001, at Trumbull County, Ohio, **NATHANIEL E. JACKSON,** by force, stealth, or deception, did trespass in an occupied structure or in a separately secured or separately occupied portion of an occupied structure, to-wit: 254 Fonderlac, Howland Township, Ohio, when Robert S. Fingerhut, age 56, was present, with purpose to commit in the structure or in the separately secured or separately occupied portion of the structure any criminal offense, and **NATHANIEL E. JACKSON** did inflict, or attempted or threatened to inflict physical harm on Robert S. Fingerhut, and **NATHANIEL E. JACKSON** did have a deadly weapon or dangerous ordnance on or about his person or under his control,

SPECIFICATION #1 TO COUNT THREE: Firearm Specification (2941.145)

THE GRAND JURORS further find and specify pursuant to Ohio Revised Code 2941.145 that the said **NATHANIEL E. JACKSON** did at the time of his commission of the crime of Aggravated Burglary have a firearm on or about his person or under his control, and displayed the firearm, brandished the firearm, indicated that he possessed the firearm, or used it to facilitate the offense, said firearm being defined in Section 2923.11 of the Revised Code,

in violation of Section 2911.11(A)(1)(2) and 2941.145 of the Ohio Revised Code, *and against the peace and dignity of the State of Ohio.*

You are hereby notified that you are under indictment for a felony of violence and pursuant to Section 2923.13 of the Ohio Revised Code you are prohibited from acquiring, having, carrying, or using any firearm or dangerous ordnance while under indictment.

Case No.        01-CR-794 - DIRECT PRESENTMENT                        Page 4 of 6
Defendant       JACKSON, Nathaniel E.

**COUNT 4:**    AGGRAVATED ROBBERY (F1) WITH FIREARM SPECIFICATION

*THE JURORS OF THE GRAND JURY of the State of Ohio, within and for the body of the County aforesaid,* on their oaths, in the name and by the authority of the State of Ohio, do find and present that on or about the 11th day of December, 2001,  at Trumbull County, Ohio, **NATHANIEL E. JACKSON,** in attempting or committing a theft offense, as defined in section 2913.01 of the Revised Code, or in fleeing immediately after the attempt or offense, did have a deadly weapon on or about his person or under his control, and either displayed the weapon, brandished it, indicated that he possessed it, or used it, and **NATHANIEL E. JACKSON** did inflict, or attempt to inflict, serious physical harm on Robert S. Fingerhut, age 56,

SPECIFICATION #1 TO COUNT FOUR: Firearm Specification (2941.145)

THE GRAND JURORS further find and specify pursuant to Ohio Revised Code 2941.145 that the said **NATHANIEL E. JACKSON** did at the time of his commission of the crime of Aggravated Robbery have a firearm on or about his person or under his control, and displayed the firearm, brandished the firearm, indicated that he possessed the firearm, or used it to facilitate the offense, said firearm being defined in Section 2923.11 of the Revised Code,

in violation of Section 2911.01(A)(1)(3) and 2941.145 of the Ohio Revised Code, *and against the peace and dignity of the State of Ohio.*

You are hereby notified that you are under indictment for a felony of violence and pursuant to Section 2923.13 of the Ohio Revised Code you are prohibited from acquiring, having, carrying, or using any firearm or dangerous ordnance while under indictment.

_____
Dennis Watkins, Prosecuting Attorney

_____
Charles L. Morrow, Asst. Pros. Attorney

Case No.      01-CR-794 - DIRECT PRESENTMENT
Defendant     JACKSON, Nathaniel E.

Page 5 of 6

01-CR-794
DIRECT PRESENTMENT
September Eighth Term, 2001
**COMMON PLEAS COURT**
TRUMBULL COUNTY, OHIO

**THE STATE OF OHIO**
*vs.*
NATHANIEL E. JACKSON
c/o Trumbull County Jail
Warren, OH  44481
SSN: 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; DOB: 02/13/72

*Indictment for:* CT 1: AGG MURDER (F) W/SPECS
OF AGG CIRCUMSTANCES (2903.01(A),
2941.14(C), and 2929.04(A)(7);
CT 2: AGG MURDER (F) W/SPECS OF AGG
CIRCUMSTANCES (2903.01(B), 2941.14(C), and
2929.04(A)(7);
CT 3: AGG BURGLARY (F1) W/FIREARM SPEC
(2911.11(A)(1)(2) and 2941.145;
CT 4: AGG ROBBERY (F1) W/FIREARM SPEC
(2911.01(A)(1)(3) and 2941.145

*Dennis Watkins*
Prosecuting Attorney
**A TRUE BILL**

*Janice Winans*
Foreman of the Grand Jury
This Bill of Indictment found upon testimony sworn and sent before
the Grand Jury at the request of the Prosecuting Attorney

*Janice Winans*
Foreman of the Grand Jury

Filed_____, 20_____

_____ Clerk
By_____
_____ Deputy

On this _____day of_____20____

the within named _____

_____

Defendant was arraigned, and pleads

_____guilty to this indictment

_____ Clerk
By_____
Deputy

**The State of Ohio**
**Trumbull County.**

I, the undersigned, Clerk of the Court of
Common Pleas in and for said County, do hereby
certify that the foregoing is a full, true, and correct
copy of the original indictment, with endorsements
thereon, now on file in my office.

WITNESS my hand and seal of said Court at,
Warren,

Ohio, this 28 day of DEC, 20 01

*Margaret R O'Brien* Clerk
By *M Whippard*
Deputy

Case No.     01-CR-794 - DIRECT PRESENTMENT
Defendant    JACKSON, Nathaniel E.

Page 6 of 6

## IN THE COURT OF COMMON PLEAS
## TRUMBULL COUNTY, OHIO

STATE OF OHIO,                              :

     Plaintiff,                          :   Case No. 01-CR-794

-vs-                                       :

NATHANIEL JACKSON,                         :

     Defendant.                          :

### EXHIBIT 8

### AFFIDAVIT OF MARK ROOKS

State of Ohio            :
              :  SS:
County of Franklin       :

Mark Rooks, after being duly sworn according to law, states as follows:

1.      I am an investigator employed by the Office of the Ohio Public Defender.

2.      As part of my duties, I am assigned to the above case.

3.      On December 29,2003, I attempted to telephonically contact Janice Winans who resides at 2486 Greenbriar Drive, Cortland, Ohio 44410 and whose telephone number is 330-638-0765.

4.      I was unsuccessful and I renewed my efforts on December 30 and 31, 2003.  On December 31, 2003 I spoke with Ms. Winans' spouse who verified that Ms. Winans was Caucasian.

Further affiant saith naught.

_____
MARK ROOKS

### EXHIBIT
### 8

Sworn to and subscribed in my presence this 2nd day of January, 2004.

_Gloria Goerne_
NOTARY PUBLIC

191625

GLORIA GOERNE
My Commission Expires 7-24-2005

# Affidavit of
# Diane Wiley

STATE OF MINNESOTA )
                       ) SS
COUNTY OF HENNEPIN )

Diane Wiley, being first duly sworn, on oath, deposes and says:

1.    I am president of the National Jury Project Midwest. My qualifications are attached as *Appendix I*.

2.    I was retained by the Ohio Public Defender Office in Columbus, Ohio, to evaluate whether or not the forepersons of the Hamilton County Grand Juries which returned death penalty indictments from 1982 through 1998 were representative of the population of African Americans in Hamilton County during that time period. I also looked at the percentage of women forepersons.

    In order to determine whether the percentage of African American forepersons and women forepersons were representative of their respective populations in Hamilton County, I compared the percentages of African American and women forepersons with census data from Hamilton County. I then determined the probability that this discrepancy could occur by chance with a truly random sample, which determines whether it indicates a statistically significant deviation.

3.    I have concluded that Hamilton County African American residents have been seriously underrepresented as Grand Jury forepersons in the Grand Juries which returned death penalty indictments from 1982 through 1998.

    There were only 4 African American forepersons. There should have been 18 or 19. Thus, there were less than a quarter as many African American forepersons as would be expected, based on the percentage of African Americans in Hamilton County.

    This underrepresentation is statistically significant.

EXHIBIT
9

4.  In the first five years after the death penalty was reinstated, there were no African American Grand Jury forepersons of Grand Juries returning death indictments.  The first and only African American male to serve as such a Grand Jury foreperson was in 1987.  A female African American served in 1988, and 2 female African Americans served in 1992, for a total of 4 African American Grand Jury forepersons during the entire 17 years from 1982 through 1998.

5.  In addition, I have concluded that female Hamilton County residents have also been seriously underrepresented as Grand Jury forepersons in the Grand Juries which returned death penalty indictments from 1982 through 1998.

    There have been less than half as many women forepersons as would be expected, based on their percentage in the population of Hamilton County.

    This underrepresentation is also statistically significant.

6.  My analysis is based on United States Census Data[1] and an analysis of the race and gender of Grand Jury forepersons of Hamilton County Grand Juries which returned death penalty indictments from 1982 through 1998.

7.  I am using the census figures of 17.8% African Americans between the ages of 18 and 74 for 1980, and 19.3% African Americans between the ages of 18 and 74 for 1990.

    The percentage of African Americans in Hamilton County in the pertinent age groups increased only slightly between the 1980 and 1990 censuses[2].  Thus, for some of my calculations, I have used the average figure of 18.5% African Americans between the ages of 18 and 74 in Hamilton County from 1980 to 1998.

---

[1]  Racial and gender percentages of Hamilton County for 1980 and 1990 are attached as *Appendix II, Racial and Gender Census Data: Hamilton County, Ohio.*  The percentages that were used were of persons age 18 to 74.

[2]  There is only a difference of 1.5% African Americans in Hamilton County from the beginning of 1980 to the beginning of 1990.  Technically, the percentage of African Americans would also have changed over the course of each decade, which is reflected in estimates made by the US Census Bureau.  I am using only the percentages from earlier in each decade.  Since the percentage of African Americans has been increasing over time, the calculations I am using

8.  To the best of my knowledge, there were 87 Hamilton County Grand Jury Panels which returned 134 death penalty indictments from 1982 through 1998. The breakdown of Grand Jurors by race and gender is as follows[3]:

CHART 2

|  | Male | Female | Unknown Gender |
|---|---|---|---|
| African American Forepersons | 1 | 3 | |
| White Forepersons | 65[4] | 16 | 1 |
| Unknown Race | 1 | | |

---

[2]  The list of Grand Jury Forepersons, identified by number with race and gender identification are attached as *Appendix III* Hamilton County Grand Jury Forepersons -- Death Indicting Grand Juries Race and Gender 1982 – 1998.  I am not identifying the Grand Jurors by name because those who responded to surveys were promised confidentiality. This information will be made available to the court if necessary.

[3]  There were three Grand Jury indictments where there was a question about who of one to three persons was the selected foreperson. Only one person was counted per panel for purposes of this analysis.  Since all were white, there was no problem with categorization. In the one instance where there were both a male and female who could have been the foreperson,

9.    According to the 1980 and 1990 United States Census Data, the proportion of
African American persons in Hamilton County as compared with the percentage
of African American Grand Jury forepersons returning death indictments were as
follows:

CHART 1

|  | 1980 Percentage of Hamilton County | 1980's Percentage of Grand Jury Forepersons | 1990 Percentage in Hamilton County Population | 1990's Percentage of Grand Jury Forepersons |
|---|---|---|---|---|
| African Americans | 17.8% | 4.25% [2 out of 47] | 19.3% | 5% [2 out of 40] |
| Females | 53% | 12.77% [6 out of 47] | 52.8% | 32.5% [13 out of 40] |

10.    Investigators for the Ohio Public Defenders Office, under the direction of that
       office, and National Jury Project Midwest staff, under my direction, were able
       to ascertain the race of 86 of the 87 Grand Jury forepersons and the gender of 86
       of the 87 Grand Jury forepersons.[5]

       For purposes of the calculations here, I have assumed that the same proportions
       of race and gender would exist in the two Grand Jury forepersons, whose race or
       gender we were unable to ascertain.

11.    While not every jury panel can be expected to be exactly representative of each
       cognizable class in a jurisdiction, random selection should result in roughly
       proportional representation of those classes over time.

12.    In a fair, cross-sectional system, the probability of any eligible person being
       included in a jury pool would be the same for every eligible person, regardless
       of race and/or gender.  The Grand Jury forepersons, if randomly selected from a
       representative jury pool, should also reflect the composition of the pool.

13.    I have used three methods, which I understand have been discussed by the
       United States Supreme Court and the Ohio Supreme Court in various cases to
       calculate whether or not African Americans and women were underrepresented
       as Grand Jury forepersons.

       A.    The Comparative Disparity Standard

       B.    Absolute Disparity

       C.    Statistical Significance

---

        Race, ethnic background and gender were ascertained by investigators who talked
to Grand Jury forepersons or their relatives, or who found death certificates, and by National
Jury Project staff utilizing questionnaires, some of which were sent to Grand Jurors and others
which were asked over the phone call.  The phone interview screener and questionnaire, mail-
in questionnaire, death certificates and affidavits from the investigators, interviewers and data
input personnel are attached as *Appendix IV* Data Collection Materials.  There were a

A.  The Comparative Disparity standard measures representativeness by the proportion by which the probability of serving is reduced for people in a particular cognizable class.

This percentage is determined by the following calculation:

$$\frac{P - Q}{P} = \text{Comparative Disparity}$$

$P = $ *Proportion of the population in the specified category*
$Q = $ *Proportion of the panel in the specified category*

B.  Absolute Disparity is another measure of the extent to which a cognizable class is underrepresented.  The absolute disparity standard measures representativeness by the difference between the proportion of the population and the proportion of the pool in the underrepresented category.

This number is determined by the following calculation:

$$P - Q = \text{Absolute Disparity}$$

$P = $ *Proportion of the population in the specified category*
$Q = $ *Proportion of the panel in the specified category*

C.  Statistical Significance is another measure of the extent to which a cognizable class is underrepresented.  The Statistical Significance test measures representativeness by calculating the probability of the disparity occurring by chance as the result of a random selection.  If that probability is very low, the conclusion is drawn that the disparity is unlikely to be due to chance, but results from bias or discrimination.

The statistical significance test discussed in *Castaneda v. Partida*, 430 U.S. at 496 n. 17, provides that if there is a difference of "two to three standard deviations", then that distinguished an allowable from an unconstitutional disparity.  This test is determined by the following

$$
\text{One Standard Deviation} = \sqrt{\text{Sample Size} \ x \ \text{Proportion In Class} \ x \ \text{Proportion Not In Class}}
$$

$$
\text{Absolute Disparity} = \text{Proportion of the Population in the Class} - \text{Proportion of the Forepersons in the Class}
$$

$$
\text{Disparity} = \text{Sample Size } x \text{ Absolute Disparity}
$$

$$
\text{Number of Standard Deviations} = \text{Disparity} \div \text{One Standard Deviation}
$$

14. Following are Charts 3 and 4, which lay out the Comparative Disparity, Absolute Disparity and the number of Standard Deviations for the proportion of African American Grand Jury forepersons [CHART 3] and the proportion of Women Grand Jury forepersons [CHART 4] found in the 1982 - 1998 Hamilton County Grand Juries which brought death indictments:.

CHART 3

Representativeness of African Americans

As Grand Jury Forepersons

In Hamilton County   1982 - 1998

|  | 1982 – 1998<br><br>There were<br>4 African American<br>Forepersons<br>out of 87 Forepersons |
|---|---|
| Comparative Disparity | 75%<br>UNDERREPRESENTED |
| Absolute Disparity<br><br>EXPECT 18.5 JURORS<br>OUT OF 100 | 13.9% |
| Standard Deviation<br><br>TO BE SIGNIFICANT,<br>MUST BE MORE THAN<br>"2 TO 3" | 6.19<br><br>SIGNIFICANT |

CHART 4

## Representativeness of Women

## As Grand Jury Forepersons

## In Hamilton County   1982 - 1998

| | 1982 – 1998<br><br>There were 19 Women Forepersons out of 87 Forepersons |
|---|---|
| Comparative Disparity | 58%<br>UNDERREPRESENTED |
| Absolute Disparity<br><br>EXPECT 53 JURORS OUT OF 100 | 31% |
| Standard Deviation<br><br>TO BE SIGNIFICANT, MUST BE MORE THAN "2 TO 3" | 6.99<br><br>SIGNIFICANT |

15. Thus, the number of African American and female citizens called to serve as Grand Jury forepersons for Grand Juries which returned death indictments in Hamilton County Circuit Court from 1982 through 1998 significantly underrepresented the percentage of African American and female citizens in Hamilton County during that time period.

Further affiant saith not.

_Diane Wiley_
Diane Wiley

Sworn to and subscribed to before me this 13th day of January, 2000.

_Lucinda M. Belev_
Notary Public



*Appendix I*

Qualifications of Diane Wiley

# NATIONAL
# JURY PROJECT.

TRIAL CONSULTANTS

National Jury Project - Midwest
322 First Avenue North, Suite 500
Minneapolis, MN  55401-1618
Phone 612 338 2244  Fax 612 338 2607
Email nationaljury@... .com

## Diane Wiley
### *Trial Consultant*

Diane Wiley is the president of the National Jury Project Midwest, located at 322 First Avenue North, Suite 500, Minneapolis, Minnesota 55401.  The National Jury Project is a non-profit corporation specializing in the study of the American jury system.  The National Jury Project is incorporated in the State of Minnesota and has regional offices in New York, New York; Oakland, California; and Minneapolis, Minnesota.  Primary areas of research include voir dire procedures, the trial communication process, jury composition, venue evaluation, and other issues related to minimizing the effects of juror bias on the trial process.

National Jury Project researchers have conducted and analyzed interviews with jurors and persons included in jury pools in both state and federal jurisdictions all over the United States.

Ms. Wiley is a founding member of the National Jury Project, and has been employed as a trial consultant since its inception in 1975.  She began her research of the jury system as an independent researcher in 1973.  Ms. Wiley's prior research experience was in the area of attitudes towards criminal justice, evaluation of programs for juvenile and adult offenders, and community attitudes towards housing developments for the Minnesota Center for Sociological Research, The Governor's Task Force for Victims of Sexual Assault, and The Law Enforcement Assistance Agency (LEAA) Juvenile Justice Project, among others.

Ms. Wiley has supervised, administered and/or consulted on venue evaluation studies in the following cases:

| | |
|---|---|
| *State of North Carolina v. Little* | Beaufort County, 1975 |
| *State of Wisconsin v. Sturdevant* | Dodge County, 1975 |
| *State of Pennsylvania v. Arms* | Berks County, 1975 |
| *State of Minnesota v. Davis* | Beltrami County, 1976 |
| CR #763 | |

| | |
|---|---|
| *State of Nebraska v. Yellowbird*<br>#C-1470-71 | Sheridan County, 1976 |
| *State of South Dakota v. Martin*<br>#77-75 | Pennington County, 1977 |
| *State of Michigan v. Smith*<br>#416 | Kalkaska County, 1978 |
| *State of Minnesota v. Caldwell*<br>#49633 | St. Louis County, 1979 |
| *State of South Dakota v. Bettelyoun*<br>#78-58 | Jackson County, 1979 |
| *Schwans v. BASF-AG, et al*<br>#16843 | Lyon County, Minnesota, 1979 |
| *State of Minnesota v. Johnson*<br>#2064 | Faribault County, 1979 |
| *State of Illinois v. Perez, Santiago, et al*<br>#79-CF326 | Livingston County, 1979 |
| *State of Ohio v. Kilroy*<br>CR9-33B | Putnam County, 1980 |
| *State of Minnesota v. Blanchard*<br>#2959 | Becker County, 1980 |
| *State of Wisconsin v. Grancorwitz*<br>80-CR-395 | Vernon County, 1980 |
| *Kobes v. St. Joseph's Hospital, et al*<br>#39513 | Crow Wing County, Minnesota, 1980 |
| *State of Minnesota v. Marhoun* | Chisago County, 1980 |
| *State of Wisconsin v. Scherer*<br>#80-CR-3174 | Burnett County, 1981 |
| *Gauthier v. Strouth, et al* | St. Louis County, Minnesota, 1981 |
| *Wayne Bohlke v. Estate of John Ayers*<br>*and City of Le Sueur* | Blue Earth County, Minnesota, 1981 |
| *State of Minnesota v. Sprague*<br>#4458 | Washington County, 1981 |
| *State of South Dakota v. Wellner*<br>*& Wellner*<br>#13533,34 | Hand County, 1981 |
| *State of Illinois v. Brisbane, et al*<br>#80-CF-45 | Will County, 1981 |
| *State of Minnesota v. Koehler* | St. Louis County, 1982 |
| *Martell Mutual Town Insurance Company* | |

| | |
|---|---|
| *State of Nebraska v. Buckman and Janis* | Sheridan County, 1983 |
| *State of Minnesota v. Swanson* | Sherburne County, 1983 |
| *State of South Dakota v.* | |
| *Collins Catch the Bear* | Pennington County, 1983 |
| #82-207 | |
| *State of Minnesota v. Tisland* | Beltrami County, 1984 |
| #K1-83-813 | |
| *State of Minnesota v. Foss* | Kandiyohi County, 1984 |
| *United States v. Elder* | Southern District of |
| B-84-276-SI | Texas, Corpus Christi Division, 1984 |
| *United States v. Elder and Merkt* | Southern District of |
| #B-84-746-SI . | Texas, Brownsville Division, 1985 |
| *State of Minnesota v. Thom* | Kanabec County, 1985 |
| #10128 | |
| *Nygaard v. Mayo Clinic* | Olmsted County, Minnesota, 1985 |
| #44587 | |
| *United States v. Merkt* | Southern District of |
| B-85--SI | Texas, Corpus Christi Division, 1986 |
| *State of Ohio v. Warner, et al* | Hamilton County, 1986 |
| B854622 | |
| *State of Minnesota v. Curt Gruhl* | Goodhue County, 1986 |
| #4656 | |
| *State of Minnesota v. Richards* | Hennepin County, 1987 |
| *State of Minnesota v. Israelson* | Rice County, 1988 |
| #K-88-1162 | |
| *State of Minnesota v. Manning* | Itasca County, 1989 |
| #K6-89-129 | |
| *State of Minnesota v. Doty* | Dodge County, 1991 |
| #T4-91-508 | |
| *Chladek v. Independent School* | |
| *District 205, et al* | Dodge County, Minnesota, 1991 |
| *Adkins v. Tolfree Memorial Hospital, et al* | |
| #90 1342 NH | Ogemaw County, Michigan, 1992 |
| *State of Nebraska v. Frances Thompson* | Knox County, 1992 |
| #11818 | |
| *State of Minnesota v. Calvin Jones* | Chisago County, 1995 |
| No. K0-95-217 | |
| *State of Minnesota v. Darrell Johnson* | Chisago County, 1996 |
| No. K2-95-218 | |

*State of Minnesota v.*
    *Olunuyiwa Shakirudee Akinosi*        Dakota County, 1996
        No. K6-96-1614

*State of Tennessee v.*
    *Charles Edward Hartman*        Davidson County, 1997
        No. 20101

*State of Minnesota v.*
    *Joseph Ture*        Washington County, 1997
        No. K6- 96- 6329

*Martinez v.*
    *Lincoln County Medical Center, et al*        Lincoln County, North Carolina 1998

*State of Iowa v.*
    *Randy Zaabal*        Brown County, 1999
        No. FECR-311701

The National Jury Project Midwest has been court appointed for the purposes of venue evaluation in *State of Minnesota v. Davis; State of South Dakota v. Martin; State of Illinois v. Brisbane; State of Minnesota v. Calvin Jones; and State of Tennessee v. Charles Edward Hartman.*

Ms. Wiley has consulted with attorneys in both state and federal jurisdictions in California, Colorado, District of Columbia, Georgia, Illinois, Indiana, Iowa, Kansas, Kentucky, Louisiana, Massachusetts, Michigan, Minnesota, Missouri, Nebraska, New Jersey, New York, North Dakota, Ohio, Oklahoma, Pennsylvania, Rhode Island, South Carolina, South Dakota, Tennessee, Texas, Washington and Wisconsin, in regards to voir dire procedures designed to reduce the effects of prejudice in both criminal and civil cases.

She has testified or submitted affidavits in 33 venue hearings for change of venue, including two appeal hearings. She testified in the hearing for a new trial based on incompetence of counsel relating to inadequate voir dire in *Michigan v. LeBlanc*. Ms. Wiley has supervised research and/or submitted affidavits in a number of cases involving evaluation of the composition of jury venires.

Ms. Wiley has provided in-court jury selection consultation and/or has prepared voir dire questions in hundreds of criminal and civil cases since 1973.

published by West Group.  She is a contributing editor and co-author of the book, <u>Women's Self Defense Cases: Theory and Practice</u>, published by the Michie Company.  Ms. Wiley is a contributing author of the book, <u>Handbook of Jury Research</u>, published by ALI-ABA Philadelphia in 1998 and <u>Minnesota Criminal Jury Trial Handbook</u>, published by Butterworths.  She has written other materials and articles for legal publications and seminar materials.

Ms. Wiley regularly lectures at seminars and conferences on voir dire, case presentation issues and jury selection for organizations such as State and Federal Public Defender Associations, Bar Associations, Trial Lawyers Associations, Legal Services, the National Women and Law Conference, the National Association of Teacher Attorneys, and for Continuing Legal Education Programs sponsored by law schools and other organizations.

*Appendix II*

Racial and Gender Census Data:

Hamilton County, Ohio

1990 Census Of Population And Housing Summary Tape File 3C

   040 Ohio
   050 Hamilton County

PERSONS
Universe: Persons

Total.................................................... 866

1990 Census Of Population And Housing Summary Tape File 3C

   040 Ohio
   050 Hamilton County

SEX
Universe: Persons

Male............................................................... 410
Female............................................................. 456

1990 Census Of Population And Housing Summary Tape File 3C

   040 Ohio
   050 Hamilton County

AGE
Universe: Persons

| | |
|---|---|
| Under 1 year.............................................. | 11, |
| 1 and 2 years............................................. | 28, |
| 3 and 4 years............................................. | 27, |
| 5 years................................................... | 13, |
| 6 years................................................... | 13, |
| 7 to 9 years.............................................. | 39, |
| 10 and 11 years........................................... | 24, |
| 12 and 13 years........................................... | 22, |
| 14 years.................................................. | 10, |
| 15 years.................................................. | 11, |
| 16 years.................................................. | 10 |
| 17 years.................................................. | 11 |
| 18 years.................................................. | 11 |
| 19 years.................................................. | 13 |
| 20 years.................................................. | 12 |
| 21 years.................................................. | 12 |
| 22 to 24 years............................................ | 39 |
| 25 to 29 years............................................ | 75 |
| 30 to 34 years............................................ | 76 |
| 35 to 39 years............................................ | 68 |
| 40 to 44 years............................................ | 55 |
| 45 to 49 years............................................ | 44 |
| 50 to 54 years............................................ | 38 |
| 55 to 59 years............................................ | 37 |
| 60 and 61 years........................................... | 15 |
| 62 to 64 years............................................ | 23 |
| 65 to 69 years............................................ | 36 |
| 70 to 74 years............................................ | 27 |
| 75 to 79 years............................................ | 22 |
| 80 to 84 years............................................ | 15 |
| 85 years and over......................................... | 12 |

1990 Census Of Population And Housing Summary Tape File 3C

   040 Ohio
   050 Hamilton County

RACE BY SEX BY AGE
Universe: Black males

```
Under 1 year.................................................  1
1 and 2 years................................................  4
3 and 4 years................................................  3
5 years......................................................  1
6 years......................................................  1
7 to 9 years.................................................  5
10 and 11 years..............................................  3
12 and 13 years..............................................  2
14 years.....................................................  1
15 years.....................................................  1
16 years.....................................................  1
17 years.....................................................  1
18 years.....................................................  1
19 years.....................................................  1
20 years.....................................................  1
21 years.....................................................  1
22 to 24 years...............................................  3
25 to 29 years...............................................  6
30 to 34 years...............................................  6
35 to 39 years...............................................  5
40 to 44 years...............................................  4
45 to 49 years...............................................  3
50 to 54 years...............................................  3
55 to 59 years...............................................  3
60 and 61 years..............................................  1
62 to 64 years...............................................  1
65 to 69 years...............................................  2
70 to 74 years...............................................  1
75 to 79 years...............................................  1
80 to 84 years...............................................
85 years and over............................................
```

1990 Census Of Population And Housing Summary Tape File 3C

040 Ohio
050 Hamilton County

RACE BY SEX BY AGE
Universe: Black females

```
Under 1 year.................................................  1,
1 and 2 years...............................................  3,
3 and 4 years...............................................  3,
5 years.....................................................  1,
6 years.....................................................  1,
7 to 9 years................................................  5,
10 and 11 years.............................................  3,
12 and 13 years.............................................  2,
14 years....................................................  1,
15 years....................................................  1,
16 years....................................................  1
17 years....................................................  1
18 years....................................................  1
19 years....................................................  1
20 years....................................................  1
21 years....................................................  1
22 to 24 years..............................................  4
25 to 29 years..............................................  8
30 to 34 years..............................................  8
35 to 39 years..............................................  7,
40 to 44 years..............................................  5,
45 to 49 years..............................................  4,
50 to 54 years..............................................  4,
55 to 59 years..............................................  4,
60 and 61 years.............................................  1,
62 to 64 years..............................................  2
65 to 69 years..............................................  3
70 to 74 years..............................................  2
75 to 79 years..............................................  2
80 to 84 years..............................................  1
85 years and over...........................................  1
```

1990 Census Of Population And Housing Summary Tape File 3C

   040 Ohio
   050 Hamilton County

RACE BY SEX BY AGE
Universe: White males

| | |
|---|---:|
| Under 1 year......................................................... | 4, |
| 1 and 2 years........................................................ | 10, |
| 3 and 4 years........................................................ | 10, |
| 5 years.............................................................. | 5, |
| 6 years.............................................................. | 4, |
| 7 to 9 years......................................................... | 14, |
| 10 and 11 years...................................................... | 8, |
| 12 and 13 years...................................................... | 8, |
| 14 years............................................................. | 3, |
| 15 years............................................................. | 4, |
| 16 years............................................................. | 3, |
| 17 years............................................................. | 4, |
| 18 years............................................................. | 4, |
| 19 years............................................................. | 5, |
| 20 years............................................................. | 4, |
| 21 years............................................................. | 5, |
| 22 to 24 years....................................................... | 15, |
| 25 to 29 years....................................................... | 28, |
| 30 to 34 years....................................................... | 29, |
| 35 to 39 years....................................................... | 26, |
| 40 to 44 years....................................................... | 21, |
| 45 to 49 years....................................................... | 17, |
| 50 to 54 years....................................................... | 14, |
| 55 to 59 years....................................................... | 14, |
| 60 and 61 years...................................................... | 5, |
| 62 to 64 years....................................................... | 8, |
| 65 to 69 years....................................................... | 13, |
| 70 to 74 years....................................................... | 9, |
| 75 to 79 years....................................................... | 6, |
| 80 to 84 years....................................................... | 4, |
| 85 years and over.................................................... | 2, |

1990 Census Of Population And Housing Summary Tape File 3C

   040 Ohio
   050 Hamilton County

RACE BY SEX BY AGE
Universe: White females

Under 1 year.................................................
1 and 2 years...............................................
3 and 4 years...............................................
5 years.....................................................
6 years.....................................................
7 to 9 years................................................
10 and 11 years.............................................
12 and 13 years.............................................
14 years....................................................
15 years....................................................
16 years....................................................
17 years....................................................
18 years....................................................
19 years....................................................
20 years....................................................
21 years....................................................
22 to 24 years..............................................
25 to 29 years..............................................
30 to 34 years..............................................
35 to 39 years..............................................
40 to 44 years..............................................
45 to 49 years..............................................
50 to 54 years..............................................
55 to 59 years..............................................
60 and 61 years.............................................
62 to 64 years..............................................
65 to 69 years..............................................
70 to 74 years..............................................
75 to 79 years..............................................
80 to 84 years..............................................
85 years and over...........................................

1990 Census Of Population And Housing Summary Tape File 3C

   040 Ohio
   050 Hamilton County

RACE BY SEX BY AGE
Universe: American Indian, Eskimo, or Aleut males

Under 1 year..................................................
1 and 2 years................................................
3 and 4 years................................................
5 years......................................................
6 years......................................................
7 to 9 years.................................................
10 and 11 years..............................................
12 and 13 years..............................................
14 years.....................................................
15 years.....................................................
16 years.....................................................
17 years.....................................................
18 years.....................................................
19 years.....................................................
20 years.....................................................
21 years.....................................................
22 to 24 years...............................................
25 to 29 years...............................................
30 to 34 years...............................................
35 to 39 years...............................................
40 to 44 years...............................................
45 to 49 years...............................................
50 to 54 years...............................................
55 to 59 years...............................................
60 and 61 years..............................................
62 to 64 years...............................................
65 to 69 years...............................................
70 to 74 years...............................................
75 to 79 years...............................................
80 to 84 years...............................................
85 years and over............................................

1990 Census Of Population And Housing Summary Tape File 3C

    040 Ohio
    050 Hamilton County

RACE BY SEX BY AGE
Universe: Asian or Pacific Islander males

Under 1 year...................................................
1 and 2 years.................................................
3 and 4 years.................................................
5 years.......................................................
6 years.......................................................
7 to 9 years..................................................
10 and 11 years...............................................
12 and 13 years...............................................
14 years......................................................
15 years......................................................
16 years......................................................
17 years......................................................
18 years......................................................
19 years......................................................
20 years......................................................
21 years......................................................
22 to 24 years................................................
25 to 29 years................................................
30 to 34 years................................................
35 to 39 years................................................
40 to 44 years................................................
45 to 49 years................................................
50 to 54 years................................................
55 to 59 years................................................
60 and 61 years...............................................
62 to 64 years................................................
65 to 69 years................................................
70 to 74 years................................................
75 to 79 years................................................
80 to 84 years................................................
85 years and over.............................................

1990 Census Of Population And Housing Summary Tape File 3C

  040 Ohio
  050 Hamilton County

RACE BY SEX BY AGE
Universe: American Indian, Eskimo, or Aleut females

Under 1 year..............................................................
1 and 2 years.............................................................
3 and 4 years.............................................................
5 years...................................................................
6 years...................................................................
7 to 9 years..............................................................
10 and 11 years...........................................................
12 and 13 years...........................................................
14 years..................................................................
15 years..................................................................
16 years..................................................................
17 years..................................................................
18 years..................................................................
19 years..................................................................
20 years..................................................................
21 years..................................................................
22 to 24 years............................................................
25 to 29 years............................................................
30 to 34 years............................................................
35 to 39 years............................................................
40 to 44 years............................................................
45 to 49 years............................................................
50 to 54 years............................................................
55 to 59 years............................................................
60 and 61 years...........................................................
62 to 64 years............................................................
65 to 69 years............................................................
70 to 74 years............................................................
75 to 79 years............................................................
80 to 84 years............................................................
85 years and over.........................................................

1990 Census Of Population And Housing Summary Tape File 3C

  040 Ohio
  050 Hamilton County

RACE BY SEX BY AGE
Universe: Asian or Pacific Islander females

Under 1 year..................................................
1 and 2 years.................................................
3 and 4 years.................................................
5 years.......................................................
6 years.......................................................
7 to 9 years..................................................
10 and 11 years...............................................
12 and 13 years...............................................
14 years......................................................
15 years......................................................
16 years......................................................
17 years......................................................
18 years......................................................
19 years......................................................
20 years......................................................
21 years......................................................
22 to 24 years................................................
25 to 29 years................................................
30 to 34 years................................................
35 to 39 years................................................
40 to 44 years................................................
45 to 49 years................................................
50 to 54 years................................................
55 to 59 years................................................
60 and 61 years...............................................
62 to 64 years................................................
65 to 69 years................................................
70 to 74 years................................................
75 to 79 years................................................
80 to 84 years................................................
85 years and over.............................................

1990 Census Of Population And Housing Summary Tape File 3C

  040 Ohio
  050 Hamilton County

RACE BY SEX BY AGE
Universe: Other race males

Under 1 year.............................................................
1 and 2 years...........................................................
3 and 4 years...........................................................
5 years.................................................................
6 years.................................................................
7 to 9 years............................................................
10 and 11 years.........................................................
12 and 13 years.........................................................
14 years................................................................
15 years................................................................
16 years................................................................
17 years................................................................
18 years................................................................
19 years................................................................
20 years................................................................
21 years................................................................
22 to 24 years..........................................................
25 to 29 years..........................................................
30 to 34 years..........................................................
35 to 39 years..........................................................
40 to 44 years..........................................................
45 to 49 years..........................................................
50 to 54 years..........................................................
55 to 59 years..........................................................
60 and 61 years.........................................................
62 to 64 years..........................................................
65 to 69 years..........................................................
70 to 74 years..........................................................
75 to 79 years..........................................................
80 to 84 years..........................................................
85 years and over.......................................................

1990 Census Of Population And Housing Summary Tape File 3C

   040 Ohio
   050 Hamilton County

RACE BY SEX BY AGE
Universe: Other race females

Under 1 year.................................................................
1 and 2 years...............................................................
3 and 4 years...............................................................
5 years.....................................................................
6 years.....................................................................
7 to 9 years................................................................
10 and 11 years.............................................................
12 and 13 years.............................................................
14 years....................................................................
15 years....................................................................
16 years....................................................................
17 years....................................................................
18 years....................................................................
19 years....................................................................
20 years....................................................................
21 years....................................................................
22 to 24 years..............................................................
25 to 29 years..............................................................
30 to 34 years..............................................................
35 to 39 years..............................................................
40 to 44 years..............................................................
45 to 49 years..............................................................
50 to 54 years..............................................................
55 to 59 years..............................................................
60 and 61 years.............................................................
62 to 64 years..............................................................
65 to 69 years..............................................................
70 to 74 years..............................................................
75 to 79 years..............................................................
80 to 84 years..............................................................
85 years and over...........................................................

Table 44. General Characteristics for Counties and County Subdivisions: 1980—Con.

[For meanings of symbols, see Introduction. For definitions of terms, see appendixes A and B]

| Counties / County Subdivisions | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

## Table B. Counties — Area and Population

| Metropolitan area code | State and county code | County | Land area 1990 (Sq mi) [1] | Total persons [2] | Rank [3] | Per square mile [4] | 1990 [5] | 1992 [6] | Net change 1990-1992 Number [7] | Percent [8] | White [9] | Black [10] | American Indian Eskimo or Aleut [11] | Asian or Pacific Islander [12] |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | **NORTH DAKOTA —Con** | | | | | | | | | | | | |
| | 38 087 | Sioux | 1 218 | 897 | 3 | 1 | 907 | 1 157 | -250 | -22.5 | 902 | - | 3 | - |
| | 38 089 | Slope | 1 338 | 22 809 | 1 559 | 17 | 22 832 | 23 697 | -888 | -3.7 | 22 555 | 17 | 144 | 79 |
| | 38 091 | Steele | 712 | 2 309 | 2 036 | 3 | 2 420 | 3 104 | -797 | -25.7 | 2 415 | - | 2 | 2 |
| | 38 093 | Stutsman | 2 222 | 21 838 | 1 606 | 10 | 22 241 | 24 154 | -2 316 | -11.6 | 21 930 | 51 | 144 | 96 |
| | 38 095 | Towner | 1 025 | 3 371 | 2 965 | 3 | 3 627 | 4 052 | -681 | -16.8 | 3 366 | 2 | 143 | 3 |
| | 38 097 | Traill | 862 | 8 562 | 2 510 | 10 | 8 752 | 9 624 | -1 062 | -11.0 | 8 618 | 12 | 44 | 22 |
| | 38 099 | Walsh | 1 282 | 13 191 | 2 125 | 10 | 13 840 | 15 371 | -2 180 | -14.2 | 13 453 | 17 | 97 | 59 |
| | 38 101 | Ward | 2 013 | 57 522 | 774 | 29 | 57 921 | 58 392 | -870 | -1.5 | 54 545 | 411 | 563 | 777 |
| | 38 103 | Wells | 1 271 | 5 545 | 2 801 | 4 | 5 864 | 6 979 | -1 434 | -20.5 | 5 649 | 2 | 8 | 3 |
| | 38 105 | Williams | 2 071 | 20 813 | 1 652 | 10 | 21 129 | 22 237 | -1 424 | -6.4 | 20 025 | 15 | 1 010 | 43 |
| | 39 000 | **OHIO** | 40 953 | 11 021 419 | X | 259 | 10 847 115 | 10 797 603 | 223 816 | 2.1 | 9 521 756 | 1 154 826 | 20 358 | 91 179 |
| 4320 | 39 001 | Adams | 584 | 26 405 | 1 429 | 45 | 25 371 | 24 325 | 2 077 | 8.5 | 25 212 | 47 | 67 | 30 |
| | 39 003 | Allen | 405 | 110 179 | 434 | 272 | 109 755 | 112 241 | -2 062 | -1.8 | 96 177 | 12 313 | 202 | 572 |
| 1692 | 39 005 | Ashland | 424 | 48 623 | 876 | 115 | 47 507 | 46 178 | 2 455 | 5.3 | 46 686 | 460 | 49 | 271 |
| | 39 007 | Ashtabula | 703 | 100 924 | 471 | 144 | 99 821 | 104 215 | -3 291 | -3.2 | 95 465 | 3 138 | 196 | 350 |
| | 39 009 | Athens | 507 | 60 061 | 743 | 119 | 59 549 | 56 399 | 3 662 | 6.5 | 56 163 | 1 675 | 167 | 1 374 |
| 4320 | 39 011 | Auglaize | 401 | 45 983 | 919 | 115 | 44 585 | 42 554 | 3 429 | 8.1 | 44 225 | 66 | 50 | 177 |
| 9000 | 39 013 | Belmont | 537 | 70 696 | 646 | 122 | 71 074 | 82 569 | -11 873 | -14.4 | 69 520 | 1 308 | 81 | 112 |
| 1642 | 39 015 | Brown | 492 | 36 410 | 1 112 | 74 | 34 966 | 31 920 | 4 490 | 14.1 | 34 487 | 406 | 28 | 30 |
| 1642 | 39 017 | Butler | 467 | 305 041 | 166 | 653 | 291 479 | 258 787 | 46 254 | 17.9 | 274 892 | 13 134 | 379 | 2 659 |
| 1320 | 39 019 | Carroll | 395 | 27 204 | 1 406 | 69 | 26 521 | 25 598 | 1 606 | 6.3 | 26 254 | 135 | 65 | 5 |
| 2000 | 39 021 | Champaign | 429 | 36 646 | 1 104 | 86 | 36 019 | 33 649 | 2 997 | 8.9 | 34 698 | 992 | 68 | 112 |
| 2000 | 39 023 | Clark | 400 | 147 891 | 328 | 370 | 147 548 | 150 236 | -2 345 | -1.6 | 133 242 | 13 031 | 294 | 655 |
| | 39 025 | Clermont | 452 | 158 161 | 308 | 350 | 150 187 | 125 483 | 29 678 | 23.7 | 148 084 | 1 291 | 294 | 650 |
| | 39 027 | Clinton | 411 | 36 685 | 1 101 | 89 | 35 415 | 34 603 | 2 082 | 6.0 | 34 471 | 716 | 59 | 136 |
| 9320 | 39 029 | Columbiana | 533 | 110 451 | 432 | 207 | 108 276 | 113 572 | -3 121 | -2.7 | 106 369 | 409 | 174 | 215 |
| | 39 031 | Coshocton | 564 | 35 751 | 1 128 | 63 | 35 427 | 36 024 | -273 | -.8 | 34 919 | 415 | 68 | 112 |
| 4800 | 39 033 | Crawford | 402 | 47 660 | 898 | 118 | 47 870 | 50 075 | -329 | -.7 | 47 361 | 253 | 69 | 116 |
| 1692 | 39 035 | Cuyahoga | 458 | 1 411 209 | 17 | 3 079 | 1 412 140 | 1 498 400 | -87 191 | -5.8 | 1 025 756 | 350 185 | 2 533 | 18 081 |
| | 39 037 | Darke | 603 | 53 664 | 815 | 89 | 53 619 | 55 096 | -1 432 | -2.6 | 53 067 | 184 | 96 | 114 |
| | 39 039 | Defiance | 411 | 39 608 | 1 033 | 96 | 39 350 | 39 987 | -379 | -.9 | 38 962 | 493 | 80 | 121 |
| 1840 | 39 041 | Delaware | 443 | 71 402 | 638 | 161 | 66 929 | 53 840 | 17 562 | 32.6 | 64 885 | 1 424 | 104 | 365 |
| 1840 | 39 043 | Erie | 255 | 77 512 | 596 | 305 | 76 779 | 79 655 | -2 143 | -2.7 | 63 613 | 6 312 | 150 | 622 |
| | 39 045 | Fairfield | 506 | 109 318 | 437 | 216 | 103 461 | 93 678 | 15 640 | 16.7 | 101 610 | 1 153 | 193 | 378 |
| | 39 047 | Fayette | 404 | 27 872 | 1 385 | 69 | 27 466 | 27 467 | 405 | 1.5 | 26 933 | 662 | 50 | 82 |
| 1840 | 39 049 | Franklin | 540 | 992 095 | 32 | 1 837 | 961 437 | 869 126 | 122 969 | 14.1 | 783 714 | 152 840 | 2 056 | 19 432 |
| 8400 | 39 051 | Fulton | 407 | 39 709 | 1 029 | 98 | 38 498 | 37 751 | 1 958 | 5.2 | 37 097 | 93 | 62 | 137 |
| 1692 | 39 053 | Gallia | 469 | 32 230 | 1 230 | 69 | 30 954 | 30 098 | 2 232 | 7.4 | 29 331 | 871 | 79 | 136 |
| 2000 | 39 055 | Geauga | 404 | 82 341 | 561 | 206 | 81 129 | 74 474 | 8 767 | 11.8 | 79 629 | 1 056 | 83 | 252 |
| | 39 057 | Greene | 415 | 140 120 | 344 | 338 | 136 731 | 129 769 | 10 351 | 8.0 | 124 081 | 9 611 | 398 | 2 132 |
| | 39 059 | Guernsey | 522 | 39 340 | 1 040 | 75 | 39 024 | 42 024 | -2 684 | -6.4 | 38 166 | 616 | 70 | 141 |
| 1642 | 39 061 | Hamilton | 407 | 872 025 | 37 | 2 140 | 866 225 | 873 203 | -1 177 | -.1 | 672 972 | 151 145 | 1 204 | 9 198 |
| | 39 063 | Hancock | 531 | 66 700 | 680 | 126 | 65 536 | 64 581 | 2 119 | 3.2 | 63 572 | 599 | 91 | 407 |
| | 39 065 | Hardin | 470 | 31 201 | 1 269 | 66 | 31 111 | 32 719 | -1 515 | -4.6 | 30 661 | 225 | 66 | 111 |
| | 39 067 | Harrison | 404 | 15 946 | 1 936 | 40 | 16 085 | 18 152 | -2 206 | -12.2 | 15 645 | 393 | 22 | 7 |
| | 39 069 | Henry | 417 | 29 452 | 1 330 | 71 | 29 108 | 28 383 | 1 069 | 3.8 | 27 951 | 147 | 53 | 97 |
| | 39 071 | Highland | 557 | 37 203 | 1 086 | 67 | 35 728 | 33 477 | 3 725 | 11.1 | 34 876 | 692 | 73 | 7 |
| | 39 073 | Hocking | 422 | 26 636 | 1 429 | 63 | 25 533 | 24 304 | 2 332 | 9.6 | 25 199 | 224 | 55 | 2 |
| | 39 075 | Holmes | 423 | 33 733 | 1 190 | 80 | 32 349 | 29 416 | 4 317 | 14.7 | 32 706 | 52 | 24 | 4 |
| | 39 077 | Huron | 493 | 57 656 | 772 | 117 | 56 240 | 54 608 | 3 048 | 5.6 | 54 982 | 597 | 85 | 15 |
| | 39 079 | Jackson | 420 | 31 375 | 1 262 | 75 | 30 230 | 30 592 | 783 | 2.6 | 29 935 | 213 | 53 | 3 |
| 8080 | 39 081 | Jefferson | 410 | 79 622 | 585 | 194 | 80 298 | 91 564 | -11 941 | -13.0 | 75 270 | 4 488 | 167 | 26 |
| | 39 083 | Knox | 527 | 48 478 | 880 | 92 | 47 473 | 46 304 | 2 174 | 4.7 | 46 747 | 381 | 93 | 19 |
| 1692 | 39 085 | Lake | 229 | 220 436 | 234 | 966 | 215 499 | 212 801 | 7 635 | 3.5 | 209 879 | 3 529 | 250 | 1 44? |
| 3400 | 39 087 | Lawrence | 455 | 63 105 | 707 | 139 | 61 834 | 63 849 | -744 | -1.2 | 60 115 | 1 559 | 57 | 7 |
| 1692 | 39 089 | Licking | 687 | 131 975 | 362 | 192 | 128 300 | 122 591 | 10 994 | 9.1 | 125 181 | 2 317 | 247 | 439 |
| | 39 091 | Logan | 459 | 43 701 | 950 | 95 | 42 310 | 39 155 | 4 546 | 11.5 | 41 156 | 804 | 58 | 24 |
| 1692 | 39 093 | Lorain | 493 | 276 679 | 186 | 562 | 271 125 | 274 909 | 1 770 | .6 | 241 549 | 21 220 | 738 | 1 47? |
| 8400 | 39 095 | Lucas | 340 | 461 503 | 86 | 1 356 | 462 361 | 471 741 | -10 233 | -2.2 | 350 155 | 88 456 | 1 664 | 6 29? |
| 1840 | 39 097 | Madison | 465 | 38 952 | 1 047 | 84 | 37 068 | 33 004 | 5 943 | 18.2 | 33 347 | 73 | 96 | 15 |
| 9320 | 39 099 | Mahoning | 415 | 265 607 | 192 | 640 | 264 606 | 289 487 | -23 580 | -8.2 | 221 109 | 39 681 | 444 | 90? |
| 1692 | 39 101 | Marion | 404 | 64 333 | 696 | 160 | 64 274 | 67 974 | -3 381 | -5.0 | 60 948 | 2 707 | 143 | 2? |
| | 39 103 | Medina | 422 | 129 513 | 374 | 305 | 122 354 | 113 150 | 15 363 | 13.5 | 129 681 | 550 | 172 | 9? |
| | 39 105 | Meigs | 433 | 23 426 | 1 534 | 55 | 22 987 | 23 641 | -205 | -.9 | 22 734 | 171 | 44 | 2? |
| | 39 107 | Mercer | 463 | 39 972 | 1 022 | 86 | 39 443 | 38 334 | 1 638 | 4.3 | 39 121 | 14 | 55 | 5? |
| | 39 109 | Miami | 407 | 95 894 | 504 | 232 | 93 182 | 90 381 | 4 513 | 5.0 | 90 519 | 1 779 | 158 | 3? |
| 2000 | 39 111 | Monroe | 456 | 15 250 | 1 981 | 34 | 15 497 | 17 382 | -2 102 | -12.1 | 15 147 | 19 | 25 | 1 |
| 2000 | 39 113 | Montgomery | 462 | 573 842 | 84 | 1 253 | 573 309 | 571 697 | 6 945 | 1.2 | 483 551 | 101 317 | 572 | 5 8? |
| | 39 115 | Morgan | 418 | 14 300 | 2 053 | 34 | 14 194 | 14 491 | -103 | -.7 | 13 524 | 553 | 21 | 4 |
| | 39 117 | Morrow | 406 | 29 577 | 1 361 | 72 | 27 749 | 26 480 | 2 097 | 7.3 | 29 364 | 47 | 49 | 2 |
| | 39 119 | Muskingum | 665 | 82 534 | 566 | 124 | 82 068 | 83 340 | -746 | -.9 | 78 125 | 3 468 | 214 | 1? |

1990

Federal Information Processing Standards (FIPS) codes for metropolitan areas defined as of June 30 1993.  FIPS codes for counties-county equivalents defined as of January... when counties share the same rank, the next lower rank is omitted.

Dry land and area temporarily or partially covered by water.  Based on 3,141 counties/county equivalents.  Based on 1990 land area.

## Table 8. Counties — Population Characteristics

| | Hispanic origin [1] | | Age, percent — | | | | | | | | | | | | Language spoken at home [3] percent speaking — | | Movers 19 perce |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| County | Number | Percent of total | Under 5 years | 5 to 17 years | 15 to 19 years | 21 to 24 years | 25 to 34 years | 35 to 44 years | 45 to 54 years | 55 to 64 years | 55 to 74 years | 75 years and over | Males per 100 females | Percent foreign born | Language other than English | Spanish | Total | Sa |
| | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | |
| **NORTH DAKOTA—Con.** | | | | | | | | | | | | | | | | | | |
| Slope | 1 | .1 | 6.9 | 23.0 | 3.1 | 3.7 | 13.7 | 14.9 | 9.2 | 13.0 | 9.3 | 3.6 | 111.4 | — | 1.7 | .5 | 23.1 | |
| Stark | 125 | .6 | 7.3 | 21.5 | 4.2 | 5.2 | 17.1 | 13.9 | 8.7 | 8.0 | 7.2 | 6.0 | 96.7 | 1.1 | 10.4 | .3 | 44.7 | |
| Steele | 5 | .2 | 6.6 | 19.5 | 2.1 | 2.5 | 12.9 | 12.3 | 11.5 | 12.3 | 11.3 | 8.4 | 100.8 | .8 | 5.4 | .1 | 27.7 | |
| Stutsman | 64 | .4 | 6.7 | 19.2 | 4.3 | 4.4 | 15.4 | 14.4 | 9.5 | 9.9 | 8.5 | 7.7 | 95.3 | 1.1 | 7.6 | .5 | 41.1 | |
| Towner | 5 | .1 | 7.9 | 19.0 | 2.7 | 3.0 | 13.6 | 12.3 | 8.5 | 10.4 | 10.9 | 11.7 | 100.4 | 1.3 | 4.7 | 1.0 | 30.5 | |
| Traill | 101 | .5 | 6.0 | 19.5 | 5.1 | 4.9 | 13.3 | 12.4 | 9.3 | 9.0 | 9.7 | 10.6 | 96.0 | 1.8 | 9.1 | 1.0 | 38.8 | |
| Walsh | 441 | 3.2 | 7.0 | 20.5 | 2.3 | 3.5 | 14.4 | 13.7 | 9.5 | 9.6 | 9.9 | 9.9 | 99.1 | 1.9 | 12.5 | 1.7 | 28.5 | |
| Ward | 657 | 1.5 | 8.7 | 19.4 | 5.6 | 7.8 | 18.6 | 13.6 | 8.0 | 7.0 | 5.9 | 5.3 | 99.1 | 2.3 | 5.3 | 1.0 | 50.5 | |
| Wells | 7 | .1 | 6.3 | 18.2 | 2.2 | 2.5 | 12.6 | 11.6 | 10.7 | 11.9 | 11.1 | 13.0 | 93.6 | 1.0 | 9.0 | — | 27.5 | |
| Williams | 110 | .5 | 7.5 | 22.4 | 3.4 | 3.3 | 16.2 | 15.0 | 9.4 | 8.5 | 7.6 | 6.6 | 96.7 | 1.6 | 5.0 | .9 | 44.3 | |
| **OHIO** | 139 696 | 1.3 | 7.2 | 18.6 | 4.7 | 5.8 | 16.5 | 14.9 | 10.3 | 9.0 | 7.5 | 5.8 | 93.0 | 2.4 | 5.4 | 1.4 | 42.4 | |
| Adams | 90 | .4 | 7.3 | 21.7 | 4.3 | 5.4 | 14.4 | 13.8 | 10.5 | 9.1 | 7.9 | 5.8 | 96.4 | .3 | 2.3 | .6 | 41.9 | |
| Allen | 1 240 | 1.1 | 7.6 | 19.8 | 4.9 | 5.2 | 16.1 | 14.5 | 9.8 | 8.9 | 7.7 | 6.7 | 98.1 | .8 | 2.8 | 1.0 | 41.2 | |
| Ashland | 191 | .4 | 7.0 | 20.3 | 5.3 | 5.5 | 14.6 | 14.1 | 10.5 | 8.9 | 7.7 | 6.0 | 95.5 | 1.0 | 4.7 | .5 | 41.8 | |
| Ashtabula | 1 538 | 1.5 | 7.3 | 20.0 | 4.0 | 4.8 | 14.8 | 14.6 | 10.3 | 9.5 | 8.5 | 6.2 | 93.4 | 1.5 | 5.7 | 1.5 | 39.8 | |
| Athens | 438 | .7 | 5.4 | 14.8 | 15.5 | 13.5 | 14.3 | 12.0 | 8.0 | 6.5 | 5.6 | 4.2 | 96.3 | 3.6 | 5.3 | 1.2 | 55.8 | |
| Auglaize | 243 | .5 | 8.0 | 21.3 | 3.8 | 4.9 | 15.7 | 14.7 | 9.5 | 8.7 | 7.5 | 5.9 | 95.0 | .5 | 2.3 | .5 | 37.0 | |
| Belmont | 194 | .3 | 5.9 | 17.5 | 3.8 | 4.2 | 13.8 | 14.7 | 10.3 | 10.7 | 10.7 | 8.0 | 88.7 | 1.1 | 4.5 | .6 | 30.1 | |
| Brown | 49 | .1 | 7.5 | 21.1 | 4.2 | 5.0 | 16.0 | 14.1 | 10.4 | 8.9 | 7.2 | 5.6 | 96.4 | .2 | 1.4 | .7 | 40.8 | |
| Butler | 1 467 | .5 | 7.4 | 18.6 | 6.4 | 6.8 | 16.7 | 15.2 | 10.1 | 8.5 | 6.1 | 4.1 | 93.8 | 1.4 | 2.3 | .9 | 50.1 | |
| Carroll | 99 | .4 | 7.0 | 20.4 | 4.1 | 4.2 | 15.5 | 15.0 | 10.9 | 9.4 | 8.3 | 5.4 | 96.5 | .5 | 3.1 | 1.2 | 34.0 | |
| Champaign | 246 | .7 | 6.8 | 19.7 | 4.4 | 5.1 | 15.0 | 14.9 | 12.5 | 8.5 | 7.3 | 5.5 | 96.9 | .7 | 2.3 | .7 | 42.3 | |
| Clark | 970 | .7 | 6.9 | 18.5 | 5.1 | 5.6 | 14.6 | 14.6 | 11.4 | 9.2 | 8.0 | 5.8 | 92.0 | 1.0 | 2.7 | 1.0 | 44.0 | |
| Clermont | 721 | .5 | 8.2 | 21.2 | 4.3 | 5.5 | 18.3 | 16.0 | 10.4 | 7.5 | 5.3 | 3.4 | 96.2 | .9 | 2.6 | 1.0 | 46.7 | |
| Clinton | 122 | .3 | 7.2 | 20.1 | 5.0 | 5.7 | 15.8 | 14.6 | 10.0 | 8.1 | 7.3 | 5.6 | 94.5 | .7 | 2.1 | .6 | 42.7 | |
| Columbiana | 405 | .4 | 7.0 | 19.5 | 4.0 | 4.6 | 14.8 | 14.8 | 10.5 | 9.9 | 9.0 | 6.8 | 93.1 | .8 | 2.7 | .9 | 35.2 | |
| Coshocton | 106 | .3 | 7.2 | 20.1 | 3.3 | 4.5 | 14.9 | 14.6 | 10.8 | 9.8 | 8.3 | 6.1 | 93.5 | .5 | 4.4 | — | 37.1 | |
| Crawford | 246 | .5 | 7.2 | 19.5 | 4.1 | 4.8 | 15.1 | 14.2 | 11.2 | 9.4 | 8.2 | 6.3 | 93.4 | .6 | 2.4 | 1.2 | 36.8 | |
| Cuyahoga | 31 447 | 2.2 | 7.1 | 16.8 | 4.0 | 5.4 | 16.9 | 14.4 | 10.0 | 9.8 | 9.2 | 6.4 | 88.6 | 5.5 | 10.5 | 2.2 | 39.2 | |
| Darke | 243 | .6 | 7.2 | 20.4 | 4.0 | 5.0 | 15.1 | 14.0 | 10.5 | 8.8 | 8.1 | 6.6 | 93.9 | .5 | 2.4 | 1.0 | 37.0 | |
| Defiance | 2 673 | 6.8 | 7.3 | 21.4 | 4.5 | 5.4 | 15.3 | 15.2 | 10.8 | 8.3 | 6.3 | 4.9 | 97.2 | .8 | 5.3 | 4.7 | 39.4 | |
| Delaware | 336 | .5 | 7.4 | 20.1 | 5.2 | 4.8 | 15.4 | 18.0 | 11.7 | 8.2 | 5.3 | 3.8 | 97.9 | 1.7 | 3.0 | 1.1 | 44.9 | |
| Erie | 1 180 | 1.5 | 7.0 | 19.1 | 4.0 | 4.6 | 15.3 | 15.2 | 11.3 | 10.3 | 9.6 | 4.1 | 94.9 | 1.5 | 3.3 | 1.0 | 41.1 | |
| Fairfield | 489 | .5 | 6.9 | 20.2 | 4.9 | 5.0 | 15.3 | 16.3 | 11.6 | 8.6 | 6.5 | 4.8 | 96.4 | .9 | 3.3 | .7 | 43.9 | |
| Fayette | 89 | .3 | 6.9 | 19.5 | 4.3 | 4.6 | 14.6 | 14.7 | 10.8 | 9.5 | 8.2 | 6.6 | 94.3 | .5 | 2.4 | .9 | 41.8 | |
| Franklin | 9 236 | 1.0 | 7.6 | 17.0 | 5.5 | 7.3 | 20.1 | 15.0 | 9.3 | 7.6 | 5.7 | 3.9 | 93.1 | 2.4 | 5.6 | 1.2 | 54.2 | |
| Fulton | 1 842 | 4.3 | 7.7 | 21.3 | 4.0 | 4.7 | 16.1 | 15.0 | 10.0 | 8.1 | 7.1 | 5.6 | 95.6 | 1.5 | 5.5 | 3.9 | 36.5 | |
| Gallia | 156 | .5 | 6.3 | 19.9 | 5.0 | 5.1 | 15.8 | 14.1 | 11.2 | 9.4 | 7.2 | 5.6 | 95.6 | .3 | 1.9 | .5 | 38.5 | |
| Geauga | 294 | .4 | 7.9 | 20.5 | 3.9 | 3.3 | 13.9 | 16.9 | 12.7 | 8.9 | 6.5 | 4.1 | 97.9 | 3.2 | 11.5 | .5 | 37.0 | |
| Greene | 1 379 | 1.0 | 6.7 | 19.0 | 6.3 | 6.5 | 15.3 | 15.3 | 11.3 | 8.8 | 5.2 | 3.6 | 95.9 | 2.4 | 4.2 | 1.2 | 49.3 | |
| Guernsey | 130 | .3 | 7.0 | 19.9 | 4.1 | 4.5 | 15.0 | 14.5 | 10.6 | 9.5 | 9.3 | 6.4 | 91.1 | .5 | 2.3 | .5 | 35.6 | |
| Hamilton | 5 198 | .6 | 7.3 | 18.2 | 4.5 | 6.1 | 17.4 | 14.3 | 9.5 | 8.9 | 7.4 | 5.9 | 89.8 | 2.6 | 4.5 | 1.1 | 44.9 | |
| Hancock | 1 680 | 2.6 | 7.4 | 19.5 | 4.4 | 5.5 | 16.6 | 14.9 | 10.4 | 8.3 | 7.4 | 5.6 | 93.9 | 1.2 | 3.9 | .9 | 43.6 | |
| Hardin | 145 | .5 | 6.7 | 19.0 | 7.4 | 7.3 | 14.6 | 13.1 | 9.9 | 8.5 | 7.5 | 6.1 | 96.1 | .7 | 3.3 | .7 | 39.2 | |
| Harrison | 43 | .2 | 5.5 | 19.5 | 3.9 | 4.3 | 13.8 | 14.5 | 10.5 | 10.4 | 9.9 | 7.5 | 93.3 | .6 | 3.4 | — | 30.2 | |
| Henry | 1 332 | 4.6 | 7.7 | 21.4 | 4.0 | 4.8 | 15.6 | 15.9 | 10.1 | 9.0 | 7.5 | 5.1 | 96.9 | 1.0 | 7.0 | 3.4 | 33.7 | |
| Highland | 108 | .3 | 7.2 | 20.1 | 4.1 | 4.9 | 14.4 | 13.7 | 10.5 | 9.6 | 8.5 | 5.5 | 94.4 | .5 | 1.8 | .7 | 43.5 | |
| Hocking | 93 | .4 | 7.0 | 19.6 | 4.0 | 5.0 | 15.2 | 14.4 | 11.7 | 9.5 | 7.7 | 5.7 | 100.1 | .5 | 3.1 | .2 | 38.3 | |
| Holmes | 123 | .4 | 10.3 | 25.1 | 4.7 | 5.3 | 14.7 | 12.4 | 9.7 | 7.8 | 5.8 | 4.9 | 96.9 | .5 | 43.0 | — | 22.7 | |
| Huron | 1 006 | 1.8 | 8.1 | 21.2 | 4.2 | 5.3 | 16.1 | 14.6 | 10.0 | 8.4 | 7.1 | 4.9 | 94.8 | 1.0 | 3.8 | 1.1 | 38.5 | |
| Jackson | 89 | .3 | 7.0 | 20.5 | 4.4 | 4.9 | 15.1 | 14.5 | 10.1 | 9.6 | 8.0 | 6.0 | 91.1 | .3 | 1.8 | 1.1 | 38.8 | |
| Jefferson | 426 | .5 | 5.7 | 17.9 | 4.4 | 4.5 | 12.4 | 14.6 | 11.0 | 11.3 | 10.4 | 6.8 | 89.7 | 1.5 | 4.3 | .9 | 31.1 | |
| Knox | 171 | .4 | 5.4 | 18.6 | 6.2 | 5.8 | 14.4 | 14.0 | 10.5 | 9.3 | 5.4 | 6.4 | 93.1 | 1.0 | 3.8 | .5 | 44.0 | |
| Lake | 1 469 | .7 | 6.9 | 18.0 | 3.9 | 5.2 | 17.3 | 15.9 | 11.4 | 9.4 | 7.5 | 4.5 | 94.4 | 3.3 | 6.1 | .8 | 39.7 | |
| Lawrence | 159 | .2 | 6.5 | 19.8 | 4.5 | 5.0 | 14.6 | 14.2 | 11.4 | 9.9 | 8.0 | 5.3 | 90.7 | .3 | 1.6 | 1.0 | 36.1 | |
| Licking | 504 | .5 | 7.2 | 19.1 | 5.0 | 5.2 | 16.0 | 15.1 | 11.5 | 9.1 | 5.3 | 4.4 | 93.8 | .5 | 2.5 | .9 | 43.2 | |
| Logan | 132 | .4 | 7.4 | 20.2 | 4.2 | 5.1 | 15.2 | 14.2 | 10.3 | 9.5 | 7.4 | 6.0 | 93.9 | .3 | 3.1 | .7 | 40.2 | |
| Lorain | 15 251 | 5.6 | 7.4 | 20.1 | 4.3 | 5.4 | 16.3 | 15.5 | 10.4 | 8.7 | 7.5 | 3.6 | 94.8 | 2.4 | 5.4 | 2.1 | 40.0 | |
| Lucas | 15 658 | 3.4 | 7.3 | 19.5 | 4.9 | 6.0 | 16.6 | 14.5 | 9.9 | 8.6 | 7.5 | 5.0 | 91.2 | 2.5 | 5.4 | 2.0 | 45.8 | |
| Madison | 216 | .6 | 6.3 | 17.3 | 4.2 | 6.5 | 20.0 | 16.2 | 10.6 | 7.6 | 6.1 | 4.0 | 115.0 | .3 | 5.1 | 1.9 | 45.0 | |
| Mahoning | 5 946 | 2.2 | 6.5 | 18.0 | 4.0 | 4.9 | 14.4 | 14.4 | 9.9 | 10.6 | 10.5 | 6.5 | 89.5 | 2.9 | 9.1 | 2.0 | 34.8 | |
| Marion | 465 | .8 | 7.5 | 19.2 | 3.3 | 5.2 | 16.7 | 15.4 | 10.5 | 9.9 | 7.5 | 5.2 | 99.4 | 1.0 | 2.9 | 1.1 | 42.7 | |
| Medina | 711 | .6 | 7.3 | 21.2 | 4.2 | 4.7 | 15.8 | 17.5 | 11.9 | 7.9 | 5.3 | 3.9 | 96.7 | 1.2 | 4.5 | 1.0 | 35.8 | |
| Meigs | 30 | .1 | 6.6 | 20.3 | 4.1 | 5.0 | 14.6 | 13.7 | 11.0 | 9.4 | 8.5 | 6.8 | 96.1 | .2 | 2.1 | — | 35.1 | |
| Mercer | 250 | .7 | 7.8 | 21.0 | 3.3 | 4.9 | 15.4 | 13.8 | 8.9 | 8.9 | 8.9 | 7.1 | 99.5 | .5 | 5.1 | 3.3 | 33.0 | |
| Miami | 366 | .4 | 7.3 | 19.3 | 4.2 | 4.3 | 15.4 | 15.3 | 11.3 | 9.1 | 7.5 | 5.1 | 94.5 | .5 | 2.5 | .5 | 41.2 | |
| Monroe | 24 | .2 | 6.3 | 19.4 | 3.3 | 4.1 | 14.1 | 13.1 | 10.5 | 9.9 | 9.4 | 6.3 | 94.4 | .4 | 1.1 | — | 26.1 | |
| Montgomery | 4 539 | .8 | 7.1 | 17.5 | 4.5 | 6.1 | 17.5 | 14.0 | 10.5 | 9.3 | 8.0 | 5.2 | 91.3 | 2.1 | 3.6 | 1.1 | 44.5 | |
| Morgan | 36 | .3 | 7.2 | 19.5 | 4.4 | 5.1 | 14.9 | 14.6 | 11.5 | 9.0 | 8.2 | 5.5 | 94.0 | .5 | 2.1 | — | 26.1 | |
| Morrow | 36 | .1 | 7.9 | 21.0 | 4.2 | 4.7 | 16.6 | 15.4 | 12.0 | 8.5 | 5.5 | 3.5 | 100.8 | .5 | 2.4 | — | 33.3 | |
| Muskingum | 247 | .3 | 7.2 | 19.5 | 4.0 | 5.5 | 15.4 | 14.0 | 10.3 | 9.4 | 8.2 | 6.5 | 92.8 | .4 | 2.2 | — | 36.1 | |

[1] Persons of Hispanic origin may be of any race ... [2] Persons 5 years and over ... [3] Persons 5 years and over ... other language, including those in those who speak a ... in 1940 but not in 1985.

## 45. Age by Race, Spanish Origin, and Sex for Counties: 1980—Con.

[For meaning of symbols, see Introduction. For definitions of terms, see appendixes A and B]

| | Race | | | | | | Spanish origin | | Race | | | | | | Spanish origin | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Total | | White | | Black | | | | Total | | White | | Black | | | |
| | Male | Female | Male | Female | Male | Female | Male | Female | Male | Female | Male | Female | Male | Female | Male | Female |

HAMILTON | | | | | | | | HANCOCK

HARDIN | | | | | | | | HARRISON

*Appendix III*

# Hamilton County Grand Jury Forepersons

# Death Indicting Grand Juries

# Race and Gender

# 1982 – 1998

## Hamilton County Grand Jury Forepersons 1982 – 1998
### Death Indicting Grand Juries
### Gender and Race[1]

| GJ # | Panel Date | Indictment Number | Gender | Race |
|------|-----------|-------------------|--------|------|
| 1 | 07/12/82 | 823360 | Male | White |
| 2 | 08/23/82 | 823723 | Female | White |
| 2 | 08/23/82 | 824004 | | |
| 3[2] | 12/06/82B | 825419 | Male | White |
| 3 | 12/06/82B | 825419 | | |
| 4 | 05/09/83 | 831662 | Male | White |
| 4 | 05/09/83 | 831880 | | |
| 5 | 06/20/83 | 832363 | Male | White |
| 5 | 06/20/83 | 832526 | | |
| 6 | 10/03/83 | 833488 | Male | White |
| 7 | 09/12/83 | 833548 | Male | White |
| 8 | 02/13/84 | 840343 | Male | White |
| 9 | 05/07/84 | 841565 | Male | White |
| 10 | 05/29/84 | 842052 | Male | White |
| 11 | 07/09/84 | 842559 | Male | White |
| 12 | 08/20/84 | 842856 | Male | White |
| 13 | 09/10/84 | 843195 | Male | White |
| 14 | 10/01/84 | 843548 | Male | White |
| 14 | 10/01/84 | 843548 | | |