# IN THE COURT OF COMMON PLEAS
## TRUMBULL COUNTY, OHIO

STATE OF OHIO,            :

     Plaintiff,         :   Case No. 01-CR-794

-vs-                    :

NATHANIEL JACKSON,      :

     Defendant.      :

---

## VOLUME I, EXHIBITS TO  NATHANIEL JACKSON'S
## AMENDED POST-CONVICTION PETITION

---

## U.S. Census Bureau

**State and County** *QuickFacts*



# Trumbull County, Ohio

Ohio counties - view map

[ Select a county      ▾ ]   **Go**

Locate a county by place name

Select a state
USA QuickFacts

Follow the ⓘ link for
definition and source information.

Browse more data sets for Trumbull County, Ohio

| | People QuickFacts | Trumbull County | Ohio |
|---|---|---:|---:|
| ⓘ | Population, 2001 estimate | 223,982 | 11,373,54 |
| ⓘ | Population percent change, April 1, 2000-July 1, 2001 | -0.5% | 0.2% |
| ⓘ | Population, 2000 | 225,116 | 11,353,14( |
| ⓘ | Population, percent change, 1990 to 2000 | -1.2% | 4.7% |
| ⓘ | Persons under 5 years old, percent, 2000 | 6.1% | 6.6% |
| ⓘ | Persons under 18 years old, percent, 2000 | 24.4% | 25.4% |
| ⓘ | Persons 65 years old and over, percent, 2000 | 15.7% | 13.3% |
| ⓘ | Female persons, percent, 2000 | 51.6% | 51.4% |
| ⓘ | White persons, percent, 2000 (a) | 90.2% | 85.0% |
| ⓘ | Black or African American persons, percent, 2000 (a) | 7.9% | 11.5% |
| ⓘ | American Indian and Alaska Native persons, percent, 2000 (a) | 0.1% | 0.2% |
| ⓘ | Asian persons, percent, 2000 (a) | 0.5% | 1.2% |
| ⓘ | Native Hawaiian and Other Pacific Islander, percent, 2000 (a) | Z | Z |
| ⓘ | Persons reporting some other race, percent, 2000 (a) | 0.2% | 0.8% |
| ⓘ | Persons reporting two or more races, percent, 2000 | 1.1% | 1.4% |
| ⓘ | Persons of Hispanic or Latino origin, percent, 2000 (b) | 0.8% | 1.9% |
| ⓘ | White persons, not of Hispanic/Latino origin, percent, 2000 | 89.7% | 84.0% |
| ⓘ | Living in same house in 1995 and 2000, pct age 5+, 2000 | 64.1% | 57.5% |
| ⓘ | Foreign born persons, percent, 2000 | 1.8% | 3.0% |
| ⓘ | Language other than English spoken at home, pct age 5+, 2000 | 5.7% | 6.1% |
| ⓘ | High school graduates, percent of persons age 25+, 2000 | 82.5% | 83.0% |
| ⓘ | Bachelor's degree or higher, pct of persons age 25+, 2000 | 14.5% | 21.1% |
| ⓘ | Persons with a disability, age 5+, 2000 | 39,747 | 1,909,489 |
| ⓘ | Mean travel time to work, workers age 16+ (minutes), 2000 | 21.0 | 22.9 |
| ⓘ | Housing units, 2000 | 95,117 | 4,783,05 |
| ⓘ | Homeownership rate, 2000 | 74.3% | 69.1% |
| ⓘ | Housing units in multi-unit structures, percent, 2000 | 18.0% | 24.1% |
| ⓘ | Median value of owner-occupied housing units, 2000 | | 700 |

**EXHIBIT**

**1**

| | Trumbull County | Ohio |
|---|---|---|
| Households, 2000 | 89,020 | 4,445,773 |
| Persons per household, 2000 | 2.48 | 2.49 |
| Median household money income, 1999 | $38,298 | $40,956 |
| Per capita money income, 1999 | $19,188 | $21,003 |
| Persons below poverty, percent, 1999 | 10.3% | 10.6% |

| Business QuickFacts | Trumbull County | Ohio |
|---|---|---|
| Private nonfarm establishments, 1999 | 4,785 | 270,766 |
| Private nonfarm employment, 1999 | 84,059 | 4,867,368 |
| Private nonfarm employment, percent change 1990-1999 | -3.4% | 14.6% |
| Nonemployer establishments, 1999 | 10,724 | 591,150 |
| Manufacturers shipments, 1997 ($1000) | 11,235,598 | 241,902,924 |
| Retail sales, 1997 ($1000) | 1,943,241 | 102,938,830 |
| Retail sales per capita, 1997 | $8,551 | $9,181 |
| Minority-owned firms, percent of total, 1997 | 5.1% | 6.3% |
| Women-owned firms, percent of total, 1997 | 24.8% | 26.2% |
| Housing units authorized by building permits, 2000 | 468 | 49,745 |
| Federal funds and grants, 2001 ($1000) | 1,051,817 | 61,704,785 |
| Local government employment - full-time equivalent, 1997 | 7,544 | 421,092 |

| Geography QuickFacts | Trumbull County | Ohio |
|---|---|---|
| Land area, 2000 (square miles) | 616 | 40,948 |
| Persons per square mile, 2000 | 365.2 | 277.3 |
| Metropolitan Area | Youngstown-Warren, OH MSA | |

Download delimited tables | Download Excel tables

(a) Includes persons reporting only one race.
(b) Hispanics may be of any race, so also are included in applicable race categories.

FN: Footnote on this item for this area in place of data
NA: Not available
D: Suppressed to avoid disclosure of confidential information
X: Not applicable
S: Suppressed; does not meet publication standards
Z: Value greater than zero but less than half unit of measure shown
F: Fewer than 100 firms

Data Quality Statement

What do you think of QuickFacts?

Source U.S. Census Bureau: State and County QuickFacts. Data derived from Population Estimates, 2000 Census of Population and Housing, 1990 Census of Population and Housing, Small Area Income and Poverty Estimates, County Business Patterns, 1997 Economic Census, Minority- and Women-Owned Business, Building Permits, Consolidated Federal Funds Report, 1997 Census of Governments

Last Revised: Tuesday, 15-Jul-2003 11:48:38 EDT

Browse more data sets for Trumbull County, Ohio

Census 2000 | Subjects A to Z | Search | Product Catalog | FOIA | Quality | Privacy Policy | Other Policies | Contact Us | Census Home

# U S C E N S U S B U R E A U
*Helping You Make Informed Decisions*

**U.S. Census Bureau**

State and County *QuickFacts*

# Race

**Source:** U.S. Census Bureau, 2000 Census of Population, Public Law 94-171 Redistricting Data File. Updated every 10 years. http://factfinder.census.gov.

**Definition:**

The concept of race as used by the Census Bureau reflects self-identification by people according to the race or races with which they most closely identify. These categories are sociopolitical constructs and should not be interpreted as being scientific or anthropological in nature. Furthermore, the race categories include both racial and national-origin groups.

The racial classifications used by the Census Bureau adhere to the October 30,1997, Federal Register Notice entitled,"Revisions to the Standards for the Classification of Federal Data on Race and Ethnicity" issued by the Office of Management and Budget (OMB).

**White.** A person having origins in any of the original peoples of Europe, the Middle East, or North Africa. It includes people who indicate their race as "White" or report entries such as Irish, German, Italian, Lebanese, Near Easterner, Arab, or Polish.

**Black or African American.** A person having origins in any of the Black racial groups of Africa. It includes people who indicate their race as "Black, African Am., or Negro," or provide written entries such as African American, Afro American, Kenyan, Nigerian, or Haitian.

**American Indian and Alaska Native.** A person having origins in any of the original peoples of North and South America (including Central America) and who maintain tribal affiliation or community attachment.

**Asian.** A person having origins in any of the original peoples of the Far East, Southeast Asia, or the Indian subcontinent including, for example, Cambodia, China, India, Japan, Korea, Malaysia, Pakistan, the Philippine Islands, Thailand, and Vietnam. It includes "Asian Indian," "Chinese," "Filipino," "Korean," "Japanese," "Vietnamese," and "Other Asian."

**Native Hawaiian and Other Pacific Islander.** A person having origins in any of the original peoples of Hawaii, Guam, Samoa, or other Pacific Islands. It includes people who indicate their race as "Native Hawaiian," "Guamanian or Chamorro," "Samoan," and "Other Pacific Islander."

**Some other race.** Includes all other responses not included in the "White", "Black or African American", "American Indian and Alaska Native", "Asian" and "Native Hawaiian and Other Pacific Islander" race categories described above. Respondents providing write-in entries such as multiracial, mixed, interracial, Wesort, or a Hispanic/Latino group (for example, Mexican, Puerto Rican, or Cuban) in the "Some other race" category are included here.

**Two or more races.** People may have chosen to provide two or more races either by checking two or more race response check boxes, by providing multiple write-in responses, or by some combination of check boxes and write-in responses.

**Comparability.** The data on race in Census 2000 are not directly comparable to those collected in previous censuses.

The concept of race is separate from the concept of Hispanic origin. Percentages for the various race categories add to 100 percent, and should not be combined with the percent Hispanic. Tallies that show race categories for Hispanics and nonHispanics separately are also available.

**Scope and Methodology:**

The data on race were derived from answers to the question on race that was asked of all people in Census 2000.

More Information:

- Other data available for race populations
- Race for Hispanic and nonHispanic populations (pdf, see table 10)
- Data available on businesses owned by particular race groups

Census 2000 | Subjects A to Z | Search | Product Catalog | FOIA | Quality | Privacy Policy | Other Policies | Contact Us | Census Home

# U S C E N S U S B U R E A U
*Helping You Make Informed Decisions*

## DEATH PENALTY PROPORTIONALITY STATISTICS

Prepared by Brenda L. Jones, Administrative Assistant, Death Penalty Division,
Ohio Public Defender Office, November 19, 2003

| | | | | | |
|---|---|---|---|---|---|
| Death Row Residents: | 212 | | Females: 1 | TOTAL | 213 |
| *Death-Sentenced Defendants: | Males: 195 | | Females: 1 | TOTAL | 196 |

| Race of Defendants: | | | | |
|---|---|---|---|---|
| | African-American | 105 | Caucasian | 99M/1F |
| | Native American | 2 | Latino | 2 |
| | Other | 4 | Unknown | 0 |
| | | | TOTAL | 213 |

**\*Race of Defendant - Victim:**

| | |
|---|---|
| African-American  -  African-American | 47 |
| African-American  -  Caucasian | 49 |
| African-American  -  Other | 5 |
| African-American  -  African-American & Caucasian | 3 |
| African-American  -  African-American & Caucasian & Other | 1 |
| African-American - unknown | 0 |
| *Caucasian  -  Caucasian | 92M/1F |
| Caucasian  -  African-American | 3 |
| Caucasian  -  African-American & Caucasian | 4 |
| Caucasian  -  Latino | 1 |
| Caucasian  -  unknown | 0 |
| Latino  -  Caucasian | 2 |
| Native American  -  Caucasian | 1 |
| Native American  -  Latino | 1 |
| Other  -  Other | 3 |
| Other  -  Caucasian | 1 |
| *TOTAL | 214 |

*Reflects 2 death sentence cases for James Conway

| Executed Defendants: | Male | 8 |
|---|---|---|
| Race of Defendants: | Caucasian | 5 |
| | African-American | 3 |
| Race of Defendant - Victim: | Caucasian  -  Caucasian | 5 |
| | African-American  -  African-American | 3 |
| | African-American  -  Caucasian | 1 |

*Difference between figures is due to legal relief, but not final relief.

EXHIBIT

2

## DEATH ROW CURRENT RESIDENTS

| Sentence Date | Defendant | Race, Sex and Age | County | Victim's Race |
|---|---|---|---|---|
| 05-25-83 | David Steffen | W-M-22 | Hamilton | W |
| *06-14-83* | *David Mapes* | *B-M-29* | *Cuyahoga* | *W* |
| 08-10-83 | Frank Spisak Jr. | W-M-31 | Cuyahoga | 2B/1W |
| 10-25-83 | Michael Beuke | W-M-21 | Hamilton | W |
| 11-03-83 | Billy Joe Sowell | B-M-46 | Hamilton | B |
| | | | | |
| 11-03-83 | Lewis Williams | B-M-24 | Cuyahoga | W |
| 12-01-83 | Reginald Brooks Sr. | B-M-37 | Cuyahoga | 3B |
| 04-27-84 | David Hamblin | W-M-32 | Cuyahoga | W |
| *05-22-84* | *Gregory Esparza* | *L-M-20* | *Lucas* | *W* |
| 08-03-84 | Donald Williams | B-M-38 | Cuyahoga | B |
| | | | | |
| 09-24-84 | John G. Spirko Jr. | W-M-36 | Van Wert | W |
| 09-24-84 | John D. Stumpf | W-M-25 | Guernsey | W |
| 10-05-84 | William Zuern | W-M-25 | Hamilton | W |
| 11-05-84 | Allan Earl Holloway | W-M-30 | Hamilton | W |
| 11-09-84 | Daniel Lee Bedford | W-M-36 | Hamilton | 2W |
| | | | | |
| 11-28-84 | Joseph Lewis Clark | B-M-35 | Lucas | W |
| 01-08-85 | Anthony Apanovitch | W-M-29 | Cuyahoga | W |
| 01-26-85 | Danny Hooks | W-M-39 | ¹Montgomery | 2W |
| 03-13-85 | Ronald Ray Post | W-M-24 | Lorain | W |
| 05-28-85 | William Bradley | B-M-57 | Scioto | W |
| | | | | |
| *06-12-85* | *Dewaine Poindexter* | *B-M-25* | *Hamilton* | *B* |
| *06-18-85* | *John Gillard* | *W-M-40* | *Stark* | *2W* |
| *06-25-85* | *Rhett DePew* | *W-M-31* | *Butler* | *3W* |
| 07-11-85 | Paul Greer | B-M-30 | Summit | W |
| 08-05-85 | Jerome Henderson | B-M-26 | Hamilton | B |
| | | | | |
| 08-08-85 | Robert Van Hook | W-M-25 | Hamilton | W |
| 08-20-85 | William Wickline Jr. | W-M-32 | Franklin | 2W |
| 10-16-85 | Romell Broom | B-M-28 | Cuyahoga | B |
| *10-18-85* | *Derrick Jamison* | *B-M-24* | *Hamilton* | *W* |
| 11-07-85 | Frederick Dickerson | B-M-29 | Lucas | 2B |
| | | | | |
| 12-19-85 | John Glenn Roe | W-M-22 | Franklin | W |
| *01-08-86* | *Alfred Morales* | *NA-M-22* | *Cuyahoga* | *L* |
| 01-29-86 | Mark Wiles | W-M-22 | Portage | W |
| 01-30-86 | Arthur Tyler | B-M-23 | Cuyahoga | B |
| 02-07-86 | Percy Hutton | B-M-32 | Cuyahoga | B |

## DEATH ROW CURRENT RESIDENTS

| Sentence Date | Defendant | Race, Sex and Age | County | Victim's Race |
|---|---|---|---|---|
| 02-21-86 | John Hicks | B-M-29 | Hamilton | 2B |
| 02-28-86 | Danny Hill | B-M-18 | Trumbull | W |
| 04-02-86 | Lawrence Landrum | W-M-23 | Ross | W |
| 04-24-86 | Samuel Moreland | B-M-32 | Montgomery | 5B |
| 05-29-86 | Glenn Benner II | W-M-23 | Summit | 2W |
| 07-30-86 | David Allen Sneed* | B-M-25 | Stark | W |
| | *nka Muhammad Khaaleeq Ishmaa'eel | | | |
| 11-07-86 | William Montgomery | B-M-20 | Lucas | 2W |
| 12-04-86 | Richard Cooey | W-M-19 | Summit | 2W |
| 12-09-86 | Charles Lorraine | W-M-20 | Trumbull | 2W |
| 01-02-87 | Gary Johnson* | B-M-33 | Cuyahoga | B |
| | *nka Sha'bba Shahid | | | |
| 01-26-87 | Kenneth Richey | W-M-23 | Putnam | W |
| *01-27-87* | *Tony Powell* | *B-M-19* | *Hamilton* | *B* |
| 08-25-87 | John Eley | B-M-37 | Mahoning | O |
| 09-01-87 | Gregory Lott | B-M-26 | Cuyahoga | W |
| 09-14-87 | Joseph Murphy | W-M-22 | Marion | W |
| 09-18-87 | Reginald Jells | B-M-21 | Cuyahoga | B |
| 09-22-87 | Wayne Frazier* | B-M-29 | Cuyahoga | 2B |
| | *nka Abdul Haliym | | | |
| 10-16-87 | Derrick Evans | B-M-29 | Cuyahoga | 2B |
| 11-06-87 | Warren Waddy | B-M-34 | Franklin | W |
| 03-29-88 | Melvin Bonnell | W-M-29 | Cuyahoga | W |
| 04-14-88 | Billy Slagle | NA-M-19 | Cuyahoga | W |
| 04-14-88 | William Henry Smith | B-M-30 | Hamilton | B |
| 04-21-88 | Andre Jackson | B-M-21 | Cuyahoga | W |
| 05-06-88 | Martin Rojas | O-M-29 | Hamilton | W |
| *05-13-88* | *Jerry Lawson* | *W-M-35* | *Clermont* | *W* |
| 09-13-88 | James Mills | B-M-46 | Hamilton | W |
| 12-19-88 | Darryl Durr | B-M-25 | Cuyahoga | W |
| *01-04-89* | *George Franklin* | *B-M-22* | *Hamilton* | *W* |
| 02-23-89 | Joseph D'Ambrosio | W-M-26 | Cuyahoga | W |
| 03-15-99 | Andre Williams | B-M-21 | Trumbull | W |
| 04-04-89 | Von Clark Davis | B-M-42 | Butler | B |
| 08-16-89 | Clarence Carter | B-M-27 | Hamilton | B |
| 10-26-89 | Donald Palmer Jr. | W-M-24 | Belmont | 2W |
| 11-20-89 | Warren Spivey | B-M-19 | Mahoning | W |
| 01-26-90 | Shawn Hawkins | B-M-21 | Hamilton | 2B |

# DEATH ROW CURRENT RESIDENTS

| Sentence Date | Defendant | Race, Sex and Age | County | Victim's Race |
|---|---|---|---|---|
| 04-23-90 | Donald Lewis | B-M-28 | Cuyahoga | B |
| 09-05-90 | Derrick Cook | B-M-34 | Hamilton | W |
| 09-21-90 | Jeffrey Lundgren | W-M-40 | Lake | 5W |
| 10-22-90 | Mark Burke | B-M-28 | Franklin | B |
| 11-28-90 | Eugene Woodard | B-M-19 | Cuyahoga | B |
| 12-14-90 | Kevin Scudder | B-M-27 | Franklin | W |
| 02-08-91 | Clifford Williams | B-M-18 | Butler | B |
| 02-25-91 | Richard Joseph | W-M-19 | Allen | W |
| 05-01-91 | Juan Kinley | B-M-24 | Clark | 2W |
| 07-15-91 | David Allen | W-M-33 | Cuyahoga | W |
| 07-16-91 | Michael Webb | W-M-42 | Clermont | W |
| 08-01-91 | Clarence Mack | W-M-42 | Cuyahoga | W |
| *08-29-91* | *Richard Frazier* | *W-M-45* | *Cuyahoga* | *W* |
| *10-29-91* | *Kenneth Biros* | *W-M-33* | *Trumbull* | *W* |
| 11-12-91 | Jose Trinidad Loza | L-M-19 | Butler | 4W |
| 12-07-91 | Genesis Hill | B-M-19 | Hamilton | B |
| 03-25-92 | Roderick Davie* | B-M-20 | Trumbull | 2W |
|  | *nka Abdul Hakiym Zakiy |  |  |  |
| 05-08-92 | Daniel Wilson | W-M-21 | Lorain | W |
| *06-01-92* | *Wiley Davis* | *B-M-32* | *Cuyahoga* | *W* |
| 07-01-92 | Jeffrey Hill | B-M-27 | Hamilton | B |
| 07-01-92 | Tyrone Ballew | B-M-23 | Hamilton | B |
| 07-20-92 | Cedric Carter | B-M-19 | Hamilton | W |
| 09-16-92 | John Fautenberry | W-M-28 | Hamilton | W |
| 10-06-92 | Gary Otte | W-M-20 | Cuyahoga | 2W |
| 10-20-92 | Michael Bies | W-M-20 | Hamilton | W |
| 11-05-92 | William Garner | B-M-20 | Hamilton | 5B |
| 11-25-92 | Darryl Gumm | W-M-26 | Hamilton | W |
| 12-11-92 | Abdul Awkal | O-M-32 | Cuyahoga | 2O |
| 02-01-93 | Timothy Dunlap | W-M-24 | Hamilton | W |
| 03-15-93 | Jeffrey Wogenstahl | W-M-32 | Hamilton | W |
| 04-07-93 | Raymond Twyford III | W-M-30 | Jefferson | W |
| *05-28-93* | *Michael Taylor* | *B-M-44* | *Cuyahoga* | *B* |
| 06-24-93 | Michael Benge | W-M-31 | Butler | W |
| 08-11-93 | Willie J. Williams | B-M-36 | [2]Summit | 4B |
| 09-14-93 | Ronald Phillips | W-M-19 | Summit | W |

# DEATH ROW CURRENT RESIDENTS

| Sentence Date | Defendant | Race, Sex and Age | County | Victim's Race |
|---|---|---|---|---|
| 12-10-93 | Marvallous Keene | B-M-20 | Montgomery | 2B/2W/1O |
| 12-22-93 | Gregory Bryant-Bey | B-M-37 | Lucas | W |
| 01-14-94 | Warren Henness | W-M-30 | Franklin | W |
| 03-22-94 | Vernon Smith* | B-M-22 | Lucas | B |
| | *nka Abdullah Sharif Kaazim Mahdi | | | |
| 04-13-94 | Thomas M. Keenan | W-M-44 | Cuyahoga | W |
| 05-31-94 | Kevin Keith | B-M-31 | Crawford | 3B |
| 06-09-94 | Lawrence Reynolds Jr. | W-M-28 | Summit | W |
| 07-07-94 | Maurice Mason | B-M-30 | Marion | W |
| 11-21-94 | Harry Mitts Jr. | W-M-42 | Cuyahoga | B/W |
| 12-14-94 | Lee Edward Moore Jr. | B-M-20 | Hamilton | W |
| 12-23-94 | Dennis McGuire | W-M-34 | Preble | W |
| 12-29-94 | Adremy Dennis | B-M-18 | Summit | W |
| 12-29-94 | Michael Goodwin | B-M-19 | Cuyahoga | O |
| 02-23-95 | Frederick Treesh | W-M-31 | Lake | B |
| 02-24-95 | Johnnie Baston | B-M-21 | Lucas | O |
| 04-12-95 | Jason Robb | W-M-27 | [3]Franklin | W |
| 05-12-95 | Freddie McNeill Jr. | B-M-20 | Lorain | W |
| 05-30-95 | Bobby Sheppphard | B-M-18 | Hamilton | W |
| 06-01-95 | Timothy Hoffner | W-M-21 | Lucas | W |
| 08-01-95 | James Filiaggi | W-M-30 | Lorain | W |
| 08-18-95 | James Goff | W-M-20 | Clinton | W |
| 08-21-95 | Keith LaMar | B-M-26 | [4]Lawrence | 1B/3W |
| 10-03-95 | Stephen Vrabel | W-M-38 | Mahoning | 2W |
| 11-22-95 | Archie Dixon | W-M-22 | Lucas | W |
| 12-04-95 | William Thomas | B-M-39 | Lucas | W |
| 12-11-95 | James D. O'Neal | B-M-41 | Hamilton | B |
| 12-15-95 | Richard R. Bays | W-M-30 | Greene | W |
| 01-05-96 | Raymond A. Smith | B-M-56 | Lorain | W |
| 01-30-96 | George Skatzes | W-M-48 | [5]Montgomery | 2W |
| 02-08-96 | Kenny Smith | W-M-29 | Butler | 2W |
| 02-20-96 | Tyrone L. Noling | W-M-23 | Portage | 2W |
| 02-27-96 | Mark A. Brown | B-M-23 | Mahoning | O |
| 03-01-96 | David Lee Myers | W-M-31 | Greene | W |
| 03-06-96 | Carlos Sanders* | B-M-33 | [6]Hamilton | W |
| | *nka Siddique Abdullah Hasan | | | |
| 04-10-96 | Stanley Jalowiec | W-M-25 | Lorain | W |

# DEATH ROW CURRENT RESIDENTS

| Sentence Date | Defendant | Race, Sex and Age | County | Victim's Race |
|---|---|---|---|---|
| *04-11-96* | *Kenneth Green* | *B-M-42* | *Cuyahoga* | *2B* |
| 07-10-96 | Maxwell White, Jr. | W-M-31 | Ashland | W |
| *09-04-96* | *Tony R. Gross* | *W-M-42* | *Muskingum* | *W* |
| 09-12-96 | Jason Getsy | W-M-20 | Trumbull | W |
| 09-25-96 | Davel Chinn | B-M-39 | Montgomery | W |
| | | | | |
| 10-29-96 | Clifton White III | B-M-23 | Summit | 2W |
| 11-01-96 | Gerald Clemons | W-M-53 | Hamilton | 3W |
| 11-06-96 | Walter Raglin | B-M-19 | Hamilton | W |
| *11-22-96* | *Jamie Madrigal* | *B-M-22* | *Lucas* | *W* |
| 01-09-97 | Elwood Jones | B-M-44 | Hamilton | W |
| | | | | |
| 02-03-97 | Kevin Yarbrough | B-M-38 | Shelby | W |
| 03-03-97 | Timothy Coleman | B-M-27 | Clark | B |
| 04-16-97 | Jessie James Cowans | W-M-36 | Clermont | W |
| 04-18-97 | John Stojetz | W-M-41 | Madison | B |
| 05-28-97 | Sidney Cornwell | B-M-20 | Mahoning | W |
| | | | | |
| 06-11-97 | Herman Ashworth | W-M-24 | Licking | W |
| 09-15-97 | Carl Lindsey | W-M-35 | Brown | W |
| 12-10-97 | Angelo Fears | B-M-23 | Hamilton | B |
| 12-22-97 | Richard Nields | W-M-47 | Hamilton | W |
| 02-19-98 | Kareem Jackson | B-M-24 | Franklin | 2B |
| | | | | |
| 02-19-98 | Willie Herring | B-M-20 | Mahoning | 2B/1W |
| 02-25-98 | Michael Stallings | B-M-20 | Summit | B |
| 04-02-98 | Sean Carter | B-M-19 | Trumbull | B |
| 05-22-98 | Brett X. Hartman | W-M-23 | Summit | W |
| 06-01-98 | Rayshawn Johnson | B-M-20 | Hamilton | W |
| | | | | |
| 06-08-98 | Douglas Coley | B-M-22 | Lucas | O |
| 06-08-98 | Odraye Jones | B-M-22 | Ashtabula | W |
| 06-16-98 | Ulysses Murphy | B-M-27 | Franklin | B |
| 07-06-98 | Gary Hughbanks | W-M-31 | Hamilton | 2W |
| 08-27-98 | Raymond Tibbetts | W-M-41 | Hamilton | 2W |
| | | | | |
| 08-27-98 | Antonio Franklin | B-M-19 | Montgomery | 3B |
| 10-16-98 | Ahmad Fawzi Issa | O-M-28 | Hamilton | O |
| 11-20-98 | James Hanna | W-M-49 | Warren | W |
| 03-25-99 | Steven Smith | W-M-31 | Richland | W |
| 04-06-99 | James Taylor Sr. | W-M-68 | Greene | 2W |

# DEATH ROW CURRENT RESIDENTS

| Sentence Date | Defendant | Race, Sex and Age | County | Victim's Race |
|---|---|---|---|---|
| 04-23-99 | Scott Group | W-M-34 | Mahoning | W |
| *05-05-99* | *Shawn Williams* | *B-M-25* | *Lucas* | *B* |
| 05-18-99 | August Cassano | W-M-45 | Richland | W |
| 06-16-99 | David Braden | W-M-39 | Franklin | 2W |
| 09-03-99 | Robert Williams Jr. | B-M-35 | Lucas | W |
| 10-13-99 | Ralph Lynch | W-M-49 | Hamilton | B |
| 10-21-99 | William K. Sapp | W-M-37 | Clark | 3W |
| 11-04-99 | Troy Tenace | W-M-37 | Lucas | W |
| 04-10-00 | Michael Dean Scott | B-M-22 | Stark | B/W |
| 08-29-00 | James Jordan | B-M-46 | Lucas | 2W |
| 09-28-00 | Terrell Yarbrough | B-M-20 | Jefferson | 2W |
| 11-16-00 | Quisi Bryan | B-M-30 | Cuyahoga | W |
| 02-02-01 | Nawaz Ahmed | O-M-46 | Belmont | 4O |
| 04-20-01 | Alva Campbell Jr. | W-M-52 | Franklin | W |
| 06-20-01 | Scott A. Mink | W-M-37 | Montgomery | 2W |
| 06-28-01 | Patrick Leonard | W-M-31 | Hamilton | W |
| 07-03-01 | Larry Gapen | W-M-52 | Montgomery | 3W |
| 10-10-01 | Stanley Adams | W-M-33 | Trumbull | 2W |
| 01-11-02 | Kelly Foust | W-M-24 | Cuyahoga | L |
| 02-15-02 | Stanley Fitzpatrick | B-M-34 | Hamilton | 3B |
| 06-25-02 | Jeronique Cunningham | B-M-29 | Allen | 2B |
| 08-05-02 | Cleveland Jackson | B-M-24 | Allen | 2B |
| 10-02-02 | Grady Brinkley | B-M-34 | Lucas | B |
| 10-25-02 | Gregory McKnight | B-M-26 | Vinton | W |
| 11-06-02 | Jonathan D. Monroe | B-M-29 | Franklin | 2B |
| 12-09-02 | Nathaniel Jackson | B-M-30 | Trumbull | W |
| 12-20-02 | Michael Ray Turner | W-M-44 | Franklin | 2W |
| 02-10-03 | Christopher J. Newton | W-M-33 | Richland | W |
| 02-19-03 | James T. Conway III (I) | W-M-24 | Franklin | W |
| 06-04-03 | Gerald "Bob" Hand | W-M-54 | Delaware | B/W |
| 06-06-03 | James Were | B-M-46 | [7]Hamilton | W |
| 06-20-03 | Donna Roberts | W-F-59 | Trumbull | W |
| 08-21-03 | Robert W. Bethel | W-M-25 | Franklin | B/W |
| 09-12-03 | Darrell W. Ferguson | W-M-25 | Montgomery | 3W |
| 09-30-03 | James T. Conway III (II) | W-M-25 | Franklin | W |

# DEATH  ROW  CURRENT RESIDENTS

| Sentence Date | Defendant | Race, Sex and Age | County | Victim's Race |
|---|---|---|---|---|
| 10-10-03 | Rocky Barton | W-M-47 | Warren | W |
| 10-21-03 | Timothy Hancock | W-M-34 | Warren | W |
| 11-07-03 | Martin L. Koliser Jr. | W-M-30 | Mahoning | W |
| 11-19-03 | Phillip L. Elmore | B-M-40 | Licking | W |

*Italics = legal relief granted but not final relief, defendant still on death row.*

[1] HOOKS - Venue was changed from Clinton County

[2] W. WILLIAMS - Venue was changed from Mahoning County

[3] ROBB - Venue was changed from Scioto County

[4] LAMAR - Venue was changed from Scioto County

[5] SKATZES - Venue was changed from Scioto County

[6] SANDERS - Venue was changed from Scioto County

[7] WERE - Venue was changed from Scioto County

# NUMBER OF DEATH ROW RESIDENTS PER COUNTY

### Total Number of Residents: 213

| COUNTY | TOTAL | COUNTY | TOTAL | COUNTY | TOTAL |
|--------|-------|--------|-------|--------|-------|
| Adams | 0 | Hamilton | 46 | Noble | 0 |
| Allen | 3 | Hancock | 0 | Ottawa | 0 |
| Ashland | 1 | Hardin | 0 | Paulding | 0 |
| Ashtabula | 1 | Harrison | 0 | Perry | 0 |
| Athens | 0 | Henry | 0 | Pickaway | 0 |
| Auglaize | 0 | Highland | 0 | Pike | 0 |
| Belmont | 2 | Hocking | 0 | Portage | 2 |
| Brown | 1 | Holmes | 0 | Preble | 1 |
| Butler | 6 | Huron | 0 | Putnam | 1 |
| Carroll | 0 | Jackson | 0 | Richland | 3 |
| Champaign | 0 | Jefferson | 2 | Ross | 1 |
| Clark | 3 | Knox | 0 | Sandusky | 0 |
| Clermont | 3 | Lake | 2 | Scioto | 1 |
| Clinton | 1 | Lawrence | 1 | Seneca | 0 |
| Columbiana | 0 | Licking | 2 | Shelby | 1 |
| Coshocton | 0 | Logan | 0 | Stark | 3 |
| Crawford | 1 | Lorain | 6 | Summit | 10 |
| Cuyahoga | 36 | Lucas | 17 | Trumbull | 10 |
| Darke | 0 | Madison | 1 | Tuscarawas | 0 |
| Defiance | 0 | Mahoning | 8 | Union | 0 |
| Delaware | 1 | Marion | 2 | Van Wert | 1 |
| Erie | 0 | Medina | 0 | Vinton | 1 |
| Fairfield | 0 | Meigs | 0 | Warren | 3 |
| Fayette | 0 | Mercer | 0 | Washington | 0 |
| Franklin | *16 | Miami | 0 | Wayne | 0 |
| Fulton | 0 | Monroe | 0 | Williams | 0 |
| Gallia | 0 | Montgomery | 9 | Wood | 0 |
| Geauga | 0 | Morgan | 0 | Wyandot | 0 |
| Greene | 3 | Morrow | 0 | | |
| Guernsey | 1 | Muskingum | 1 | | |

*Reflects 2 death sentence cases for James Conway

BJ/1271/ZB01!.XLS

## DEATH  ROW  RESIDENTS BY COUNTY

| Sentence Date | Defendant | Race, Sex and Age | County | Victim's Race |
|---|---|---|---|---|
| 05-25-83 | David Steffen | W-M-22 | Hamilton | W |
| 10-25-83 | Michael Beuke | W-M-21 | Hamilton | W |
| 11-03-83 | Billy Joe Sowell | B-M-46 | Hamilton | B |
| 10-05-84 | William Zuern | W-M-25 | Hamilton | W |
| 11-05-84 | Allan Earl Holloway | W-M-30 | Hamilton | W |
| 11-09-84 | Daniel Lee Bedford | W-M-36 | Hamilton | 2W |
| 06-12-85 | Dewaine Poindexter | B-M-25 | Hamilton | B |
| 08-05-85 | Jerome Henderson | B-M-26 | Hamilton | B |
| 08-08-85 | Robert Van Hook | W-M-25 | Hamilton | W |
| 10-18-85 | Derrick Jamison | B-M-24 | Hamilton | W |
| 02-21-86 | John Hicks | B-M-29 | Hamilton | 2B |
| 01-27-87 | Tony Powell | B-M-19 | Hamilton | B |
| 04-14-88 | William Henry Smith | B-M-30 | Hamilton | B |
| 05-06-88 | Martin Rojas | O-M-29 | Hamilton | W |
| 09-13-88 | James Mills | B-M-46 | Hamilton | W |
| 01-04-89 | George Franklin | B-M-22 | Hamilton | W |
| 08-16-89 | Clarence Carter | B-M-27 | Hamilton | B |
| 01-26-90 | Shawn Hawkins | B-M-21 | Hamilton | 2B |
| 09-05-90 | Derrick Cook | B-M-34 | Hamilton | W |
| 12-07-91 | Genesis Hill | B-M-19 | Hamilton | B |
| 07-01-92 | Jeffrey Hill | B-M-27 | Hamilton | B |
| 07-01-92 | Tyrone Ballew | B-M-23 | Hamilton | B |
| 07-20-92 | Cedric Carter | B-M-19 | Hamilton | W |
| 09-16-92 | John Fautenberry | W-M-28 | Hamilton | W |
| 10-20-92 | Michael Bies | W-M-20 | Hamilton | W |
| 11-05-92 | William Garner | B-M-20 | Hamilton | 5B |
| 11-25-92 | Darryl Gumm | W-M-26 | Hamilton | W |
| 02-01-93 | Timothy Dunlap | W-M-24 | Hamilton | W |
| 03-15-93 | Jeffrey Wogenstahl | W-M-32 | Hamilton | W |
| 12-14-94 | Lee Edward Moore Jr. | B-M-20 | Hamilton | W |
| 05-30-95 | Bobby Shepphard | B-M-18 | Hamilton | W |
| 12-11-95 | James D. O'Neal | B-M-41 | Hamilton | B |
| 03-06-96 | Carlos Sanders | B-M-33 | [1]Hamilton | W |
| 11-01-96 | Gerald Clemons | W-M-53 | Hamilton | 3W |
| 11-06-96 | Walter Raglin | B-M-19 | Hamilton | W |
| 01-09-97 | Elwood Jones | B-M-44 | Hamilton | W |
| 12-10-97 | Angelo Fears | B-M-23 | Hamilton | B |
| 12-22-97 | Richard Nields | W-M-47 | Hamilton | W |
| 06-01-98 | Rayshawn Johnson | B-M-20 | Hamilton | W |
| 07-06-98 | Gary Hughbanks | W-M-31 | Hamilton | 2W |
| 08-27-98 | Raymond Tibbetts | W-M-41 | Hamilton | 2W |
| 10-16-98 | Ahmad Fawzi Issa | O-M-28 | Hamilton | O |
| 10-13-99 | Ralph Lynch | W-M-49 | Hamilton | B |
| 06-28-01 | Patrick Leonard | W-M-31 | Hamilton | W |
| 02-15-02 | Stanley Fitzpatrick | B-M-34 | Hamilton | 3B |
| 06-06-03 | James Were | B-M-46 | [2]Hamilton | W |

# DEATH ROW RESIDENTS BY COUNTY

| Sentence Date | Defendant | Race, Sex and Age | County | Victim's Race |
|---|---|---|---|---|
| 06-14-83 | David Mapes | B-M-29 | Cuyahoga | W |
| 08-10-83 | Frank Spisak Jr. | W-M-31 | Cuyahoga | 2B/1W |
| 11-03-83 | Lewis Williams | B-M-24 | Cuyahoga | W |
| 12-01-83 | Reginald Brooks Sr. | B-M-37 | Cuyahoga | 3B |
| 04-27-84 | David Hamblin | W-M-32 | Cuyahoga | W |
| 08-03-84 | Donald Williams | B-M-38 | Cuyahoga | B |
| 01-08-85 | Anthony Apanovitch | W-M-29 | Cuyahoga | W |
| 10-16-85 | Romell Broom | B-M-28 | Cuyahoga | B |
| 01-08-86 | Alfred Morales | NA-M-22 | Cuyahoga | L |
| 01-30-86 | Arthur Tyler | B-M-23 | Cuyahoga | B |
| 02-07-86 | Percy Hutton | B-M-32 | Cuyahoga | B |
| 01-02-87 | Gary Johnson | B-M-33 | Cuyahoga | B |
| 09-01-87 | Gregory Lott | B-M-26 | Cuyahoga | W |
| 09-18-87 | Reginald Jells | B-M-21 | Cuyahoga | B |
| 09-22-87 | Wayne Frazier | B-M-29 | Cuyahoga | 2B |
| 10-16-87 | Derrick Evans | B-M-29 | Cuyahoga | 2B |
| 03-29-88 | Melvin Bonnell | W-M-29 | Cuyahoga | W |
| 04-14-88 | Billy Slagle | NA-M-19 | Cuyahoga | W |
| 04-21-88 | Andre Jackson | B-M-21 | Cuyahoga | W |
| 12-19-88 | Darryl Durr | B-M-25 | Cuyahoga | W |
| 02-23-89 | Joseph D'Ambrosio | W-M-26 | Cuyahoga | W |
| 04-23-90 | Donald Lewis | B-M-28 | Cuyahoga | B |
| 11-28-90 | Eugene Woodard | B-M-19 | Cuyahoga | B |
| 07-15-91 | David Allen | W-M-33 | Cuyahoga | W |
| 08-01-91 | Clarence Mack | W-M-42 | Cuyahoga | W |
| 08-29-91 | Richard Frazier | W-M-45 | Cuyahoga | W |
| 06-01-92 | Wiley Davis | B-M-32 | Cuyahoga | W |
| 10-06-92 | Gary Otte | W-M-20 | Cuyahoga | 2W |
| 12-11-92 | Abdul Awkal | O-M-32 | Cuyahoga | 2O |
| 05-28-93 | Michael Taylor | B-M-44 | Cuyahoga | B |
| 04-13-94 | Thomas M. Keenan | W-M-44 | Cuyahoga | W |
| 11-21-94 | Harry Mitts Jr. | W-M-42 | Cuyahoga | B/W |
| 12-29-94 | Michael Goodwin | B-M-19 | Cuyahoga | O |
| 11-16-00 | Quisi Bryan | B-M-30 | Cuyahoga | W |
| 01-11-02 | Kelly Foust | W-M-24 | Cuyahoga | L |
| 05-22-84 | Gregory Esparza | L-M-20 | Lucas | W |
| 11-28-84 | Joseph Lewis Clark | B-M-35 | Lucas | W |
| 11-07-85 | Frederick Dickerson | B-M-29 | Lucas | 2B |
| 11-07-86 | William Montgomery | B-M-20 | Lucas | 2W |
| 12-22-93 | Gregory Bryant-Bey | B-M-37 | Lucas | W |
| 03-22-94 | Vernon Smith | B-M-22 | Lucas | B |
| 02-24-95 | Johnnie Baston | B-M-21 | Lucas | O |
| 06-01-95 | Timothy Hoffner | W-M-21 | Lucas | W |
| 11-22-95 | Archie Dixon | W-M-22 | Lucas | W |
| 12-04-95 | William Thomas | B-M-39 | Lucas | W |

# DEATH  ROW  RESIDENTS BY COUNTY

| Sentence Date | Defendant | Race, Sex and Age | County | Victim's Race |
|---|---|---|---|---|
| 11-22-96 | Jamie Madrigal | B-M-22 | Lucas | W |
| 06-08-98 | Douglas Coley | B-M-22 | Lucas | O |
| 05-05-99 | Shawn Williams | B-M-25 | Lucas | B |
| 09-03-99 | Robert Williams | B-M-35 | Lucas | W |
| 11-04-99 | Troy Tenace | W-M-37 | Lucas | W |
| 08-29-00 | James Jordan | B-M-46 | Lucas | 2W |
| 10-02-02 | Grady Brinkley | B-M-34 | Lucas | B |
| 08-20-85 | William Wickline Jr. | W-M-32 | Franklin | 2W |
| 12-19-85 | John Glenn Roe | W-M-22 | Franklin | W |
| 11-06-87 | Warren Waddy | B-M-34 | Franklin | W |
| 10-22-90 | Mark Burke | B-M-28 | Franklin | B |
| 12-14-90 | Kevin Scudder | B-M-27 | Franklin | W |
| 01-14-94 | Warren Henness | W-M-30 | Franklin | W |
| 04-12-95 | Jason Robb | W-M-27 | [3]Franklin | W |
| 02-19-98 | Kareem Jackson | B-M-24 | Franklin | 2B |
| 06-16-98 | Ulysses Murphy | B-M-27 | Franklin | B |
| 06-16-99 | David Braden | W-M-39 | Franklin | 2W |
| 04-20-01 | Alva Campbell Jr. | W-M-52 | Franklin | W |
| 11-06-02 | Jonathan D. Monroe | B-M-29 | Franklin | 2B |
| 12-20-02 | Michael Ray Turner | W-M-44 | Franklin | 2W |
| 02-19-03 | James T. Conway III (I) | W-M-24 | Franklin | W |
| 08-21-03 | Robert W. Bethel | W-M-25 | Franklin | B/W |
| 09-30-03 | James T. Conway III (II) | W-M-25 | Franklin | W |
| 07-11-85 | Paul Greer | B-M-30 | Summit | W |
| 05-29-86 | Glenn Benner II | W-M-23 | Summit | 2W |
| 12-04-86 | Richard Cooey | W-M-19 | Summit | 2W |
| 08-11-93 | Willie J. Williams | B-M-36 | [4]Summit | 4B |
| 09-14-93 | Ronald Phillips | W-M-19 | Summit | W |
| 06-09-94 | Lawrence Reynolds Jr. | W-M-28 | Summit | W |
| 12-29-94 | Adremy Dennis | B-M-18 | Summit | W |
| 10-29-96 | Clifton White III | B-M-23 | Summit | 2W |
| 02-25-98 | Michael Stallings | B-M-20 | Summit | B |
| 05-22-98 | Brett X. Hartman | W-M-23 | Summit | W |
| 02-28-86 | Danny Hill | B-M-18 | Trumbull | W |
| 12-09-86 | Charles Lorraine | W-M-20 | Trumbull | 2W |
| 03-15-89 | Andre Williams | B-M-21 | Trumbull | W |
| 10-29-91 | Kenneth Biros | W-M-33 | Trumbull | W |
| 03-25-92 | Roderick Davie | B-M-20 | Trumbull | 2W |
| 09-12-96 | Jason Getsy | W-M-20 | Trumbull | W |
| 04-02-98 | Sean Carter | B-M-19 | Trumbull | B |
| 10-01-01 | Stanley Adams | W-M-33 | Trumbull | 2W |
| 12-09-02 | Nathaniel Jackson | B-M-30 | Trumbull | W |
| 06-20-03 | Donna Roberts | W-F-59 | Trumbull | W |

# DEATH ROW RESIDENTS BY COUNTY

| Sentence Date | Defendant | Race, Sex and Age | County | Victim's Race |
|---|---|---|---|---|
| 01-26-85 | Danny Hooks | W-M-39 | [5]Montgomery | 2W |
| 04-24-86 | Samuel Moreland | B-M-32 | Montgomery | 5B |
| 12-10-93 | Marvallous Keene | B-M-20 | Montgomery | 2B/2W/1O |
| 01-30-96 | George Skatzes | W-M-48 | [6]Montgomery | 2W |
| 09-25-96 | Davel Chinn | B-M-39 | Montgomery | W |
| 08-27-98 | Antonio Franklin | B-M-19 | Montgomery | 3B |
| 06-20-01 | Scott A. Mink | W-M-37 | Montgomery | 2W |
| 07-03-01 | Larry Gapen | W-M-52 | Montgomery | 3W |
| 09-12-03 | Darrell W. Ferguson | W-M-25 | Montgomery | 3W |
| 08-25-87 | John Eley | B-M-37 | Mahoning | O |
| 11-20-89 | Warren Spivey | B-M-19 | Mahoning | W |
| 10-03-95 | Stephen Vrabel | W-M-38 | Mahoning | 2W |
| 02-27-96 | Mark A. Brown | B-M-23 | Mahoning | O |
| 05-28-97 | Sidney Cornwell | B-M-20 | Mahoning | W |
| 02-19-98 | Willie Herring | B-M-20 | Mahoning | 2B/1W |
| 04-23-99 | Scott Group | W-M-34 | Mahoning | W |
| 11-07-03 | Martin L. Koliser Jr. | W-M-30 | Mahoning | W |
| 06-25-85 | Rhett DePew | W-M-31 | Butler | 3W |
| 08-04-89 | Von Clark Davis | B-M-42 | Butler | B |
| 02-08-91 | Clifford Williams | B-M-18 | Butler | B |
| 11-12-91 | Jose Trinidad Loza | L-M-19 | Butler | 4W |
| 06-24-93 | Michael Benge | W-M-31 | Butler | W |
| 02-08-96 | Kenny Smith | W-M-29 | Butler | 2W |
| 03-13-85 | Ronald Ray Post | W-M-24 | Lorain | W |
| 05-08-92 | Daniel Wilson | W-M-21 | Lorain | W |
| 05-12-95 | Freddie McNeill Jr. | B-M-20 | Lorain | W |
| 08-01-95 | James Filiaggi | W-M-30 | Lorain | W |
| 01-05-96 | Raymond A. Smith | B-M-56 | Lorain | W |
| 04-10-96 | Stanley Jalowiec | W-M-25 | Lorain | W |
| 02-25-91 | Richard Joseph | W-M-19 | Allen | W |
| 06-25-02 | Jeronique Cunningham | B-M-29 | Allen | 2B |
| 08-05-02 | Cleveland Jackson | B-M-24 | Allen | 2B |
| 05-01-91 | Juan Kinley | B-M-24 | Clark | 2W |
| 03-03-97 | Timothy Coleman | B-M-27 | Clark | B |
| 10-21-99 | William K. Sapp | W-M-37 | Clark | 3W |
| 05-13-88 | Jerry Lawson | W-M-35 | Clermont | W |
| 07-16-91 | Michael Webb | W-M-42 | Clermont | W |
| 04-16-97 | Jessie James Cowans | W-M-36 | Clermont | W |

# DEATH ROW RESIDENTS BY COUNTY

| Sentence Date | Defendant | Race, Sex and Age | County | Victim's Race |
|---|---|---|---|---|
| 12-15-03 | Richard R. Bays | W-M-30 | Greene | W |
| 03-01-96 | David Lee Myers | W-M-31 | Greene | W |
| 04-06-99 | James Taylor Sr. | W-M-68 | Greene | 2W |
| 03-25-99 | Steven Smith | W-M-31 | Richland | W |
| 05-18-99 | August Cassano | W-M-45 | Richland | W |
| 02-10-03 | Christopher J. Newton | W-M-33 | Richland | W |
| 06-18-85 | John Gillard | W-M-40 | Stark | 2W |
| 07-30-86 | David Allen Sneed* | B-M-25 | Stark | W |
| | *nka Muhammad Khaaleeq Ismaa'eel | | | |
| 04-10-00 | Michael Dean Scott | B-M-22 | Stark | B/W |
| 11-20-98 | James Hanna | W-M-49 | Warren | W |
| 10-10-03 | Rocky Barton | W-M-47 | Warren | W |
| 10-21-03 | Timothy Hancock | W-M-34 | Warren | W |
| 10-26-89 | Donald Palmer Jr. | W-M-24 | Belmont | 2W |
| 02-02-01 | Nawaz Ahmed | O-M-46 | Belmont | 4O |
| 04-07-93 | Raymond Twyford III | W-M-30 | Jefferson | W |
| 09-27-00 | Terrell Yarbrough | B-M-20 | Jefferson | 2W |
| 09-21-90 | Jeffrey Lundgren | W-M-40 | Lake | 5W |
| 02-23-95 | Frederick Treesh | W-M-31 | Lake | B |
| 06-11-97 | Herman Ashworth | W-M-24 | Licking | W |
| 11-19-03 | Phillip L. Elmore | B-M-40 | Licking | W |
| 09-14-87 | Joseph Murphy | W-M-22 | Marion | W |
| 07-07-94 | Maurice Mason | B-M-30 | Marion | W |
| 01-29-86 | Mark Wiles | W-M-22 | Portage | W |
| 02-20-96 | Tyrone L. Noling | W-M-23 | Portage | 2W |
| 07-10-96 | Maxwell White, Jr. | W-M-31 | Ashland | W |
| 06-08-98 | Odraye Jones | B-M-22 | Ashtabula | W |
| 09-15-97 | Carl Lindsey | W-M-35 | Brown | W |
| 08-18-95 | James Goff | W-M-20 | Clinton | W |
| 05-31-94 | Kevin Keith | B-M-31 | Crawford | 3B |
| 06-04-03 | Gerald "Bob" Hand | W-M-54 | Delaware | B/W |
| 09-24-84 | John D. Stumpf | W-M-25 | Guernsey | W |
| 08-21-95 | Keith LaMar | B-M-26 | [7]Lawrence | 3W/1B |
| 04-18-97 | John Stojetz | W-M-41 | Madison | B |
| 09-04-96 | Tony R. Gross | W-M-42 | Muskingum | W |
| 12-23-94 | Dennis McGuire | W-M-34 | Preble | W |

## DEATH ROW RESIDENTS BY COUNTY

| Sentence Date | Defendant | Race, Sex and Age | County | Victim's Race |
|---|---|---|---|---|
| 01-26-87 | Kenneth Richey | W-M-23 | Putnam | W |
| 04-02-86 | Lawrence Landrum | W-M-23 | Ross | W |
| 05-28-85 | William Bradley | B-M-57 | Scioto | W |
| 02-03-97 | Kevin Yarbrough | B-M-38 | Shelby | W |
| 09-24-84 | John G. Spirko Jr. | W-M-36 | Van Wert | W |
| 10-25-02 | Gregory McKnight | B-M-26 | Vinton | W |

[1] SANDERS - Venue was changed from Scioto County
[2] WERE - Venue was changed from Scioto County
[3] ROBB - Venue was changed from Scioto County
[4] W. WILLIAMS - Venue was changed from Mahoning County
[5] HOOKS - Venue was changed from Clinton County
[6] SKATZES - Venue was changed from Scioto County
[7] LAMAR - Venue was changed from Scioto County

# FORMER DEATH ROW RESIDENTS UNDER 1981 LAW
## Total: 63

| Date Removed | Defendant | Date Sentenced | Race, Sex and Age at Sentencing | County | Victim's Race | Reason Removed |
|---|---|---|---|---|---|---|
| 04-05-85 | Terry Coffman | 10-26-84 | W-M-29 | Clinton | 3W | Accidental overdose |
| 03-29-86 | John Mize | 10-01-85 | W-M-42 | Hamilton | 2W | Natural death |
| 05-26-87 | Sharon Young | 09-30-83 | W-F-26 | Hamilton | W | Conviction reversed |
| 07-06-87 | Donald Glenn | 11-21-85 | W-M-29 | Guernsey | W | Sentence vacated |
| 09-16-87 | Joseph Zuranski | 05-20-85 | W-M-37 | Cuyahoga | 2W | Sentence vacated |
| 12-03-87 | Billy Penix | 03-15-83 | W-M-19 | Clark | W | Sentence vacated |
| 12-24-87 | Jeffery Thompson | 07-01-83 | W-M-23 | Licking | W | Sentence vacated |
| 01-30-88 | Lincoln Carter | 02-10-84 | B-M-37 | Hamilton | W | Accidental overdose |
| 06-21-88 | Kent Malcolm | 07-08-85 | W-M-44 | Cuyahoga | W | Conviction reversed |
| 11-21-88 | Glenn Fort | 10-20-86 | B-M-30 | Cuyahoga | B | Conviction reversed |
| 12-09-88 | Charles Tolliver | 04-21-86 | B-M-48 | Cuyahoga | 2B | Reversed, acquittal |
| 03-14-89 | Billy Rogers | 10-29-82 | W-M-42 | Lucas | W | Conviction reversed |
| 05-10-89 | Dwight Denson | 05-06-85 | B-M-22 | Hamilton | W | Sentence vacated |
| 10-24-89 | Jeffrey Lawrence | 04-21-89 | W-M-34 | Cuyahoga | 2W | Sentence inaapropriate |
| 06-17-90 | Dale Johnston | 10-25-84 | W-M-51 | Hocking | 2W | Reversed, charges dismissed |
| 09-13-89 | Charles Henderson | 03-17-88 | W-M-47 | Clark | W | Conviction reversed |
| 04-25-90 | Wayne Heinish | 08-25-87 | W-M-34 | Cuyahoga | W | Specification vacated |
| 01-10-91 | Donald Maurer | 04-04-83 | W-M-26 | Stark | W | Commuted to LWOP |
| 01-10-91 | Leonard Jenkins | 04-16-82 | B-M-27 | Cuyahoga | B | Commuted to LWOP |
| 01-10-91 | Willie Lee Jester | 07-13-84 | B-M-20 | Cuyahoga | B | Commuted to LWOP |
| 01-10-91 | Lee Seiber | 07-17-86 | W-M-37 | Franklin | W | Commuted to LWOP |

## FORMER DEATH ROW RESIDENTS UNDER 1981 LAW

| | | | | | | |
|---|---|---|---|---|---|---|
| 01-10-91 | Rosalie Grant | 11-01-83 | B-F-22 | Mahoning | 2B | Commuted to Life |
| 01-10-91 | Elizabeth Green | 07-11-88 | B-F-24 | Hamilton | B | Commuted to LWOP |
| 01-10-91 | Beatrice Lampkin | 04-26-89 | B-F-47 | Hamilton | B | Commuted to Life |
| 01-10-91 | Debra Brown | 06-10-85 | B-F-22 | Hamilton | B | Commuted to LWOP |
| 05-09-90 | Ediberto Huertas | 03-24-87 | L-M-27 | Lorain | B | Sentence vacated |
| 05-17-91 | Sterling Barnes | 02-09-84 | B-M-28 | Lucas | B | Sentence vacated |
| 06-19-91 | Kevin Watson | 11-24-87 | B-M-26 | Butler | W | Sentence inappropriate |
| 07-31-91 | Justin Claytor | 12-02-86 | B-M-29 | Cuyahoga | 1B/1W | Sentence inappropriate |
| 04-25-91 | Dorian Hill | 11-29-88 | B-M-23 | Cuyahoga | W | Sentence vacated |
| 07-08-92 | Raymond Davis | 06-03-88 | W-M-60 | Lorain | 2W | Natural death |
| 04-20-93 | Kevin Myers | 03-09-93 | W-M-32 | Licking | W | Suicide |
| 05-26-93 | Rayvon Taylor | 11-14-89 | B-M-28 | Cuyahoga | B | Specification vacated |
| 05-28-93 | David Hudson | 11-30-88 | W-M-25 | Jefferson | B | Sentence vacated |
| 11-93 | Anthony Walker | 11-02-91 | B-M-27 | Cuyahoga | B | Conviction, sentence vacated |
| 04-24-94 | Derrick Flemming | 02-22-94 | B-M-22 | Cuyahoga | B | New trial motion granted |
| 11-15-94 | Carl Haight | 08-21-92 | W-M-29 | Franklin | W | Conviction, sentence vacated |
| 12-23-94 | Michael Johnson | 03-28-91 | W-M-31 | Summit | W | Conviction, sentence vacated |
| 12-21-95 | John Glenn | 09-03-82 | B-M-19 | Mahoning | W | Sentence reversed |
| 03-04-92 | Carroll Dean Pless | 03-04-92 | W-M-26 | Mahoning | W | Conviction reversed |
| 07-06-95 | Theodore Soke | 05-15-92 | W-M-50 | Cuyahoga | 2W | Sentence vacated |
| 03-04-96 | Antonio Brooks | 02-16-93 | B-M-19 | Summit | 3B | Sentence vacated |
| 04-12-96 | Steven Kidwell | 09-15-95 | W-M-24 | Cuyahoga | W | Suicide |
| 04-26-96 | Daniel Brock | 12-12-94 | W-M-19 | Shelby | W | Conviction reversed |
| 03-13-97 | Tyson Dixon | 11-23-94 | B-M-23 | Cuyahoga | 2B | Sentence vacated |
| 06-25-97 | John Simko Jr. | 09-17-91 | W-M-57 | Lorain | W | Natural death |

## FORMER DEATH ROW RESIDENTS UNDER 1981 LAW

| | | | | | | |
|---|---|---|---|---|---|---|
| 06-27-97 | John Dougherty | 12-12-93 | W-M-20 | Hancock | W | Suicide |
| 02-19-99 | Wilford Berry | 08-13-90 | W-M-27 | Cuyahoga | W | **Executed** |
| 07-04-99 | John Gerish | 06-23-92 | W-M-40 | Mahoning | 1W/1B | Natural death |
| 04-30-00 | Jerry Lee Allard | 02-22-93 | W-M-35 | Knox | 2W | Natural death |
| 02-16-01 | Ronald Combs | 03-03-88 | W-M-29 | Hamilton | 2W | Conviction reversed |
| 04-06-01 | Joseph Green | 03-11-98 | B-M-19 | Lucas | O | Sentence vacated |
| 06-14-01 | Jay D. Scott | 04-03-84 | B-M-30 | Cuyahoga | B | **Executed** |
| 02-04-02 | Gordon Reynolds | 04-28-95 | W-M-66 | Columbiana | W | Natural death |
| 02-19-02 | John W. Byrd Jr. | 08-10-83 | W-M-19 | Hamilton | W | **Executed** |
| 04-26-02 | Alton Coleman | 05-06-85/ 06-24-85 | B-M-28 | Hamilton | W B | **Executed** |
| 09-25-02 | Robert Buell | 04-11-84 | W-M-42 | Cuyahoga | W | **Executed** |
| 10-02-02 | Tazwell Lomax | 03-25-99 | W-M-25 | Sandusky | W | Sentence vacated |
| 01-14-03 | Jerry Hessler | 10-29-96 | W-M-39 | Franklin | 4W | Natural death |
| 02-12-03 | Richard Fox | 06-27-90 | W-M-34 | Wood | W | **Executed** |
| 04-29-03 | David Brewer | 10-16-85 | W-M-25 | Greene | W | **Executed** |
| 06-18-03 | Ernest Martin | 07-08-83 | B-M-22 | Cuyahoga | B | **Executed** |
| 06-26-03 | Jerome Campbell | 05-18-89 | B-M-27 | Hamilton | B | Clemency |

## DEATH  ROW  RESIDENTS EXECUTED UNDER 1981 LAW
### Total:  8

| Date Executed | Defendant | Date Sentenced | Race, Sex and Age at Sentencing | County | Victim's Race | Method of Execution |
|---|---|---|---|---|---|---|
| 02-19-99 | Wilford Berry | 08-13-90 | W-M-27 | Cuyahoga | W | Lethal injection |
| 06-14-01 | Jay D. Scott | 04-03-84 | B-M-30 | Cuyahoga | B | Lethal Injection |
| 02-19-02 | John W. Byrd Jr. | 08-10-83 | W-M-19 | Hamilton | W | Lethal Injection |
| 04-26-02 | Alton Coleman | 05-06-85/ 06-24-85 | B-M-28 | Hamilton | W B | Lethal injection |
| 09-25-02 | Robert Buell | 04-11-84 | W-M-42 | Cuyahoga | W | Lethal injection |
| 02-12-03 | Richard Fox | 06-27-90 | W-M-34 | Wood | W | Lethal injection |
| 04-29-03 | David Brewer | 10-16-85 | W-M-25 | Greene | W | Lethal injection |
| 06-18-03 | Ernest Martin | 07-08-83 | B-M-22 | Cuyahgoa | B | Lethal injection |

| Ohio Department of Rehabilitation and Correction |
| :---: |
| **Offender Data** |



| **STANLEY T ADAMS -A** 420071 | |
| :--- | :--- |
| Offense | RAPE, MURDER, KIDNAPPING, AGG BURGLARY, RAPE, AGG MURDER |
| Committing County | TRUMBULL |
| Date of Admission (yyyymmdd) | 20011012 |
| Institution | MANSFIELD CORRECTIONAL INSTITUTION |
| Status | INCARCERATED |
| Parole or Release Detail | |

| Sentence Information | | |
| :--- | :--- | :--- |
| Stated Prison Term (crimes committed on or after 7/1/96) | | |
| Definite Sentence | -------- | |
| Indefinite Sentence | Minimum: | Death |
| | Maximum: | Death |
| Gun Specification, if any | -------- | |
| Next Parole Hearing Date | -------- | |

The above information may not contain a complete list of sentencing information for each offender.

Any person, agency or entity, public or private, who reuses, publishes or communicates the information available from this server shall be solely liable and responsible for any claim or cause of action based upon or alleging an improper or inaccurate disclosure arising from such reuse, re-publication or communication, including but not limited to actions for defamation and invasion of privacy.
Questions concerning the information contained in these documents should be sent via the U.S. Mail to the appropriate correctional institution, attn: Record Office. Addresses are available at www.drc.state.oh.us/mapserve/inst.htm.

**EXHIBIT**

3

| Ohio Department of Rehabilitation and Correction |
|:---:|
| **Offender Data** |



| KENNETH BIROS -A 249514 | |
|---|---|
| Offense | AGG MURDER, FEL SEXUAL PENETRATION, RAPE, AGG ROBBERY |
| Committing County | TRUMBULL |
| Date of Admission (yyyymmdd) | 19911030 |
| Institution | MANSFIELD CORRECTIONAL INSTITUTION |
| Status | INCARCERATED |
| Parole or Release Detail | |

| Sentence Information | | |
|---|---|---|
| Stated Prison Term (crimes committed on or after 7/1/96) | | |
| Definite Sentence | -------- | |
| Indefinite Sentence | Minimum: | -------- |
| | Maximum: | -------- |
| Gun Specification, if any | -------- | |
| Next Parole Hearing Date | -------- | |

The above information may not contain a complete list of sentencing information for each offender.

Any person, agency or entity, public or private, who reuses, publishes or communicates the information available from this server shall be solely liable and responsible for any claim or cause of action based upon or alleging an improper or inaccurate disclosure arising from such reuse, re-publication or communication, including but not limited to actions for defamation and invasion of privacy.
Questions concerning the information contained in these documents should be sent via the U.S. Mail to the appropriate correctional institution, attn: Record Office. Addresses are available at www.drc.state.oh.us/mapserve/inst.htm.



EXHIBIT
4

| Ohio Department of Rehabilitation and Correction |
| :---: |
| **Offender Data** |



| SEAN CARTER -A 356659 | |
| :--- | :--- |
| Offense | AGG ROBBERY, RAPE, AGG MURDER |
| Committing County | TRUMBULL |
| Date of Admission (yyyymmdd) | 19980403 |
| Institution | MANSFIELD CORRECTIONAL INSTITUTION |
| Status | INCARCERATED |
| Parole or Release Detail | |

| Sentence Information | | |
| :--- | :--- | :--- |
| Stated Prison Term (crimes committed on or after 7/1/96) | 20 Years | |
| Definite Sentence | -------- | |
| Indefinite Sentence | Minimum: | Death |
| | Maximum: | Death |
| Gun Specification, if any | -------- | |
| Next Parole Hearing Date | -------- | |

The above information may not contain a complete list of sentencing information for each offender.

Any person, agency or entity, public or private, who reuses, publishes or communicates the information available from this server shall be solely liable and responsible for any claim or cause of action based upon or alleging an improper or inaccurate disclosure arising from such reuse, re-publication or communication, including but not limited to actions for defamation and invasion of privacy.
Questions concerning the information contained in these documents should be sent via the U.S. Mail to the appropriate correctional institution, attn: Record Office. Addresses are available at www.drc.state.oh.us/mapserve/inst.htm.



EXHIBIT
5

| Ohio Department of Rehabilitation and Correction |
| :---: |
| **Offender Data** |



| **RODERICK D DAVIE -A 253718** | |
| :--- | :--- |
| Offense | AGG BURGLARY, AGG MURDER, ATT TO COMMIT AN OFFENSE, KIDNAPPING, AGG ROBBERY, AGG MURDER |
| Committing County | TRUMBULL |
| Date of Admission (yyyymmdd) | 19920325 |
| Institution | MANSFIELD CORRECTIONAL INSTITUTION |
| Status | INCARCERATED |
| Parole or Release Detail | |

| Sentence Information | | |
| :--- | :--- | :--- |
| **Stated Prison Term** (crimes committed on or after 7/1/96) | | |
| Definite Sentence | -------- | |
| Indefinite Sentence | Minimum: | Death |
| | Maximum: | Death |
| Gun Specification, if any | 3 Years | |
| Next Parole Hearing Date | -------- | |

The above information may not contain a complete list of sentencing information for each offender.

Any person, agency or entity, public or private, who reuses, publishes or communicates the information available from this server shall be solely liable and responsible for any claim or cause of action based upon or alleging an improper or inaccurate disclosure arising from such reuse, re-publication or communication, including but not limited to actions for defamation and invasion of privacy.
Questions concerning the information contained in these documents should be sent via the U.S. Mail to the appropriate correctional institution, attn: Record Office. Addresses are available at www.drc.state.oh.us/mapserve/inst.htm.



EXHIBIT

6

| Ohio Department of Rehabilitation and Correction |
| :---: |
| **Offender Data** |



| **JASON A GETSY -A 330121** | |
| :--- | :--- |
| Offense | AGG MURDER, ATT AGG MURDER, AGG BURGLARY |
| Committing County | TRUMBULL |
| Date of Admission (yyyymmdd) | 19960913 |
| Institution | MANSFIELD CORRECTIONAL INSTITUTION |
| Status | INCARCERATED |
| Parole or Release Detail | |

| Sentence Information | | |
| :--- | :--- | :--- |
| Stated Prison Term (crimes committed on or after 7/1/96) | | |
| Definite Sentence | -------- | |
| Indefinite Sentence | Minimum: | Death |
| | Maximum: | Death |
| Gun Specification, if any | -------- | |
| Next Parole Hearing Date | -------- | |

The above information may not contain a complete list of sentencing information for each offender.

Any person, agency or entity, public or private, who reuses, publishes or communicates the information available from this server shall be solely liable and responsible for any claim or cause of action based upon or alleging an improper or inaccurate disclosure arising from such reuse, re-publication or communication, including but not limited to actions for defamation and invasion of privacy.
Questions concerning the information contained in these documents should be sent via the U.S. Mail to the appropriate correctional institution, attn: Record Office. Addresses are available at www.drc.state.oh.us/mapserve/inst.htm.

EXHIBIT

7

## Ohio Department of Rehabilitation and Correction

## Offender Data



### DANNY LEE HILL -A 189528

| | |
|---|---|
| Offense | FEL SEXUAL PENETRATION, AGG ARSON, RAPE, KIDNAPPING, AGG MURDER |
| Committing County | TRUMBULL |
| Date of Admission (yyyymmdd) | 19860306 |
| Institution | MANSFIELD CORRECTIONAL INSTITUTION |
| Status | INCARCERATED |
| Parole or Release Detail | |

| Sentence Information | | |
|---|---|---|
| Stated Prison Term (crimes committed on or after 7/1/96) | | |
| Definite Sentence | -------- | |
| Indefinite Sentence | Minimum: | Death |
| | Maximum: | Death |
| Gun Specification, if any | -------- | |
| Next Parole Hearing Date | -------- | |

The above information may not contain a complete list of sentencing information for each offender.

Any person, agency or entity, public or private, who reuses, publishes or communicates the information available from this server shall be solely liable and responsible for any claim or cause of action based upon or alleging an improper or inaccurate disclosure arising from such reuse, re-publication or communication, including but not limited to actions for defamation and invasion of privacy.
Questions concerning the information contained in these documents should be sent via the U.S. Mail to the appropriate correctional institution, attn: Record Office. Addresses are available at www.drc.state.oh.us/mapserve/inst.htm.



EXHIBIT
8

| Ohio Department of Rehabilitation and Correction |
| :---: |
| **Offender Data** |



| NATHANIEL E JACKSON -A 440891 | |
| :--- | :--- |
| Offense | AGG BURGLARY, AGG ROBBERY, AGG MURDER |
| Committing County | TRUMBULL |
| Date of Admission (yyyymmdd) | 20021211 |
| Institution | MANSFIELD CORRECTIONAL INSTITUTION |
| Status | INCARCERATED |
| Parole or Release Detail | |

| Sentence Information | | |
| :--- | :--- | :--- |
| Stated Prison Term (crimes committed on or after 7/1/96) | | 20 Years |
| Definite Sentence | | -------- |
| Indefinite Sentence | Minimum: | Death |
| | Maximum: | Death |
| Gun Specification, if any | | 3 Years |
| Next Parole Hearing Date | | -------- |

The above information may not contain a complete list of sentencing information for each offender.

Any person, agency or entity, public or private, who reuses, publishes or communicates the information available from this server shall be solely liable and responsible for any claim or cause of action based upon or alleging an improper or inaccurate disclosure arising from such reuse, re-publication or communication, including but not limited to actions for defamation and invasion of privacy.
Questions concerning the information contained in these documents should be sent via the U.S. Mail to the appropriate correctional institution, attn: Record Office. Addresses are available at www.drc.state.oh.us/mapserve/inst.htm.

EXHIBIT

9

---

### Ohio Department of Rehabilitation and Correction

## Offender Name Search Results

---

Below is a list of offenders meeting the search criteria.

To obtain additional information about an offender, click the offender number.

| Photo (if available)* | Name | Offender Number | Date of Birth | Offense |
|---|---|---|---|---|
|  | CHARLES L LORRAINE | A 194013 | 19661012 | AGG BURGLARY, AGG MURDER, ROBBERY, BURGLARY, COMPLICITY |

*Generally, photos are not available for inmates released prior to 1998.

Any person, agency or entity, public or private, who reuses, publishes or communicates the information available from this server shall be solely liable and responsible for any claim or cause of action based upon or alleging an improper or inaccurate disclosure arising from such reuse, re-publication or communication, including but not limited to actions for defamation and invasion of privacy. Questions concerning the information contained in these documents should be sent via the U.S. Mail to the appropriate correctional institution, attn: Record Office. Addresses are available at www.drc.state.oh.us/mapserve/inst.htm.

---

EXHIBIT

10

---

## Ohio Department of Rehabilitation and Correction

## Offender Data



| DONNA MARIE ROBERTS -W 055276 | |
|---|---|
| Offense | COM AGG MURDER, COM AGG BURGLARY, COM AGG ROBBERY |
| Committing County | TRUMBULL |
| Date of Admission (yyyymmdd) | 20030626 |
| Institution | OHIO REFORMATORY FOR WOMEN |
| Status | INCARCERATED |
| Parole or Release Detail | |

| Sentence Information | | |
|---|---|---|
| Stated Prison Term (crimes committed on or after 7/1/96) | 20 Years | |
| Definite Sentence | -------- | |
| Indefinite Sentence | Minimum: | -------- |
| | Maximum: | Death |
| Gun Specification, if any | 3 Years | |
| Next Parole Hearing Date | -------- | |

The above information may not contain a complete list of sentencing information for each offender.

Any person, agency or entity, public or private, who reuses, publishes or communicates the information available from this server shall be solely liable and responsible for any claim or cause of action based upon or alleging an improper or inaccurate disclosure arising from such reuse, re-publication or communication, including but not limited to actions for defamation and invasion of privacy.

Questions concerning the information contained in these documents should be sent via the U.S. Mail to the appropriate correctional institution, attn: Record Office. Addresses are available at www.drc.state.oh.us/mapserve/inst.htm.

---

EXHIBIT

11

## Ohio Department of Rehabilitation and Correction

## Offender Data



| ANDRE WILLIAMS -A 209534 | |
|---|---|
| Offense | AGG MURDER, ATT TO COMMIT AN OFFENSE, AGG BURGLARY, AGG ROBBERY, RAPE, AGG MURDER |
| Committing County | TRUMBULL |
| Date of Admission (yyyymmdd) | 19890316 |
| Institution | MANSFIELD CORRECTIONAL INSTITUTION |
| Status | INCARCERATED |
| Parole or Release Detail | |

| Sentence Information | | |
|---|---|---|
| Stated Prison Term (crimes committed on or after 7/1/96) | | |
| Definite Sentence | | -------- |
| Indefinite Sentence | Minimum: | Death |
| | Maximum: | Death |
| Gun Specification, if any | | -------- |
| Next Parole Hearing Date | | -------- |

The above information may not contain a complete list of sentencing information for each offender.

Any person, agency or entity, public or private, who reuses, publishes or communicates the information available from this server shall be solely liable and responsible for any claim or cause of action based upon or alleging an improper or inaccurate disclosure arising from such reuse, re-publication or communication, including but not limited to actions for defamation and invasion of privacy.

Questions concerning the information contained in these documents should be sent via the U.S. Mail to the appropriate correctional institution, attn: Record Office. Addresses are available at www.drc.state.oh.us/mapserve/inst.htm.

EXHIBIT

12

| Ohio Department of Rehabilitation and Correction |
| :---: |
| **Offender Data** |



| RICKEY COUTEE ALEXANDER -A 281461 | |
| :--- | :--- |
| Offense | AGG MURDER, AGG ROBBERY |
| Committing County | TRUMBULL |
| Date of Admission<br>(yyyymmdd) | 19930914 |
| Institution | LAKE ERIE CORRECTIONAL INSTITUTION |
| Status | INCARCERATED |
| Parole or Release Detail | |

| Sentence Information | | |
| :--- | :--- | :--- |
| Stated Prison Term<br>(crimes committed on or after 7/1/96) | | |
| Definite Sentence | | -------- |
| Indefinite Sentence | Minimum: | 10 Years |
| | Maximum: | Life |
| Gun Specification, if any | | 3 Years |
| Next Parole Hearing Date | | 20320927  (yyyymmdd) |

The above information may not contain a complete list of sentencing information for each offender.

Any person, agency or entity, public or private, who reuses, publishes or communicates the information available from this server shall be solely liable and responsible for any claim or cause of action based upon or alleging an improper or inaccurate disclosure arising from such reuse, re-publication or communication, including but not limited to actions for defamation and invasion of privacy.
Questions concerning the information contained in these documents should be sent via the U.S. Mail to the appropriate correctional institution, attn: Record Office. Addresses are available at www.drc.state.oh.us/mapserve/inst.htm.



**EXHIBIT**

13

ORIGINAL                                    CC⊃2131

In The Court of Common Pleas of  **TRUMBULL**  County

State of Ohio,
     Plaintiff,        :
                  :    Notice to Supreme Court of
                  :    Ohio of Filing of Indictment
     v.          :    Charging Aggravated Murder
                  :    with Specification(s) of
**RICKY  ALEXANDER**    :    Aggravting Circumstances
     Defendant.     :    [ R.C. 2929.021(A)]
                  :

Name of defendant:

RICKEY     ALEXANDER

The court in which the case will be heard:

THE TRUMBULL  COUNTY COMMON PLEAS  WARREN  OHIO

Case number(s):

92 CR  605

Date on which indictment was filed:

OCTOBER  26  1992

                  **MARGARET  R.  O' BRIEN**
                  Clerk of Courts of  **TRUMBULL**  County
                  Date: OCTOBER 26 1992

FILED

OCT 3 0 1992

MARCIA J. MENGEL, CLERK
SUPREME COU



EXHIBIT
14

| Ohio Department of Rehabilitation and Correction |
|---|
| **Offender Data** |



| SHAWN ARMSTRONG -A 409737 | |
|---|---|
| Offense | AGG MURDER |
| Committing County | TRUMBULL |
| Date of Admission (yyyymmdd) | 20010928 |
| Institution | TRUMBULL CORRECTIONAL INSTITUTION |
| Status | INCARCERATED |
| Parole or Release Detail | |

| Sentence Information | | |
|---|---|---|
| Stated Prison Term (crimes committed on or after 7/1/96) | | |
| Definite Sentence | | -------- |
| Indefinite Sentence | Minimum: | 20 Years |
| | Maximum: | Life |
| Gun Specification, if any | | 3 Years |
| Next Parole Hearing Date | | 20230522   (yyyymmdd) |

The above information may not contain a complete list of sentencing information for each offender.

Any person, agency or entity, public or private, who reuses, publishes or communicates the information available from this server shall be solely liable and responsible for any claim or cause of action based upon or alleging an improper or inaccurate disclosure arising from such reuse, re-publication or communication, including but not limited to actions for defamation and invasion of privacy.
Questions concerning the information contained in these documents should be sent via the U.S. Mail to the appropriate correctional institution, attn: Record Office. Addresses are available at www.drc.state.oh.us/mapserve/inst.htm.



EXHIBIT
15

CC00038                                    ORIGINAL

In the Court of Common Please of Trumbull County

State of Ohio,                          :
      Plaintiff,                     :        Notice to Supreme Court of
                           :        Ohio of Filing of Indictment
      v.                             :        Charging Aggravated Murder
                           :        with Specification(s) of
SHAWN ARMSTRONG                         :        Aggravating Circumstances
      Defendant.                     :        [R.C. 2929.021(A)]

Name of defendant:     **SHAWN ARMSTRONG**

The court in which the case will be heard:

                JUDGE ANDREW D LOGAN

Case number(s):        **2000CR274**

Date on which indictment was filed:

               **MAY 9 2000**

FILED
MAY 15 2000
MARCIA J. MENGEL, CLERK
SUPREME COURT OF OHIO

*Margaret R O'Brien*
Clerk of Courts of Trumbull County

Date:  May 9, 2000

| Ohio Department of Rehabilitation and Correction |
| :---: |
| **Offender Data** |



| CLIFFORD SONNY BELDEN -A <u>191695</u> | |
| :--- | :--- |
| Offense | AGG MURDER, ATT TO COMMIT AN OFFENSE, MURDER |
| Committing County | TRUMBULL |
| Date of Admission (yyyymmdd) | 19860717 |
| Institution | TRUMBULL CORRECTIONAL INSTITUTION |
| Status | INCARCERATED |
| Parole or Release Detail | |

| Sentence Information | | |
| :--- | :--- | :--- |
| Stated Prison Term (crimes committed on or after 7/1/96) | | |
| Definite Sentence | | -------- |
| Indefinite Sentence | Minimum: | 15 Years |
| | Maximum: | Life |
| Gun Specification, if any | | 3 Years |
| Next Parole Hearing Date | | 20060201   (yyyymmdd) |

The above information may not contain a complete list of sentencing information for each offender.

Any person, agency or entity, public or private, who reuses, publishes or communicates the information available from this server shall be solely liable and responsible for any claim or cause of action based upon or alleging an improper or inaccurate disclosure arising from such reuse, re-publication or communication, including but not limited to actions for defamation and invasion of privacy.

Questions concerning the information contained in these documents should be sent via the U.S. Mail to the appropriate correctional institution, attn: Record Office. Addresses are available at www.drc.state.oh.us/mapserve/inst.htm.

.



EXHIBIT
16

CC86-40

In The Court of Common Pleas of ___TRUMBULL___ County

State of Ohio,                          :
    Plaintiff,                      :     Notice to Supreme Court of
                                    :     Ohio of Filing of Indictment
    v.                              :     Charging Aggravated Murder
                                    :     with Specification(s) of
CLIFFORD   BELDEN                       :     Aggravting Circumstances
    Defendant.                      :     [R.C. 2929.021(A)]
                                    :

```
FILED CO.
MAY 2 2 1986
SUPREME COURT OF OHIO
JAMES Wm. KELLY, Clerk
```

Name of defendant:     CLIFFORD   BELDEN

The court in which the case will be heard:   TRUMBULL COUNTY
                                              COMMON PLEAS
                                              JUDGE ROBERT A. NADER

Case number(s):  85CR477

Date on which indictment was filed:   JANUARY 23, 1986

_Violet C. Whitman_
Clerk of Courts of _Trumbull___ County
Date:

Clk. 279-D

CC 86-40

# INDICTMENT— TWO COUNTS

Crim. Rule 6, 7

85-CR-477

AGGRAVATED MURDER WITH
TWO SPECIFICATIONS

### THE STATE OF OHIO }

**COURT OF COMMON PLEAS**

............................Trumbull............County, ss.

Of the Term January in the year one thousand nine hundred and eighty-six

*THE JURORS OF THE GRAND JURY of the State of Ohio, within and for the*

*body of the County aforesaid, on their oaths, in the name and by the authority of*

*the State of Ohio, do find and present that on or about the* .................29th................ *day*

*of* .............December......... *19* 85 *, at* ................Trumbull County....................*, Ohio,*

..............................CLIFFORD BELDEN.............................. *did*

* did purposely and with prior calculation and design, cause the death of Gregory
Tonkovich,

SPECIFICATION #1

THE GRAND JURORS further find and specify pursuant to Ohio Revised Code
2941.141 that: The said CLIFFORD BELDEN did at the time of his commission of the
crime of Aggravated Murder have a firearm on or about his person or under his
control; said firearm being defined in Section 2923.11 of the Ohio Revised Code.

SPECIFICATION #2

THE GRAND JURORS further find and specify pursuant to Ohio Revised Code
2929.04 that at the time of the commission of the crime of Aggravated Murder
the offense at bar was part of a course of criminal conduct involving the
purposeful attempt to kill two (2) or more persons by Clifford Belden.

You are hereby notified that you are under indictment
for a felony of violence and pursuant to Section 2923.13
of the Ohio Revised Code you are prohibited from acquir-
ing, having, carrying, or using any firearm or dangerous
ordnance while under indictment.

*Set forth the offense in any words sufficient to give the defendant notice of all elements of the offense, or otherwise in
proper form pursuant to Criminal Rule 7 (B).

*in violation of the Ohio Revised Code, Title* ......29................. *Section* 2903.01(A)*,*
*and against the peace and dignity of the State of Ohio.*

**SECOND COUNT:**                          ATTEMPTED AGGRAVATED MURDER WITH SPECIFICATION

*THE JURORS OF THE GRAND JURY of the State of Ohio, within and for the*

*body of the County aforesaid, on their oaths, in the name and by the authority of*

*the State of Ohio, do find and present that on or about the* ................29th................. *day*

*of* .............December.............19 85...., *at* ...............Trumbull..County........................., *Ohio,*

.........................................CLIFFORD BELDEN................................................... *did*

• purposely or knowingly with sufficient culpability for commission of a violation

of Section 2903.01(A) (Aggravated Murder) of the Revised Code, engage in conduct

which, if successful, would constitute or result in a violation of Section

2903.01(A) (Aggravated Murder) of the Revised Code.

SPECIFICATION

THE GRAND JURORS further find and specify pursuant to Ohio Revised Code

2941.141 that: The said CLIFFORD BELDEN did at the time of his commission of the

crime of Attempted Aggravated Murder have a firearm on or about his person or

under his control; said firearm being defined in Section 2923.11 of the Ohio

You are hereby notified that you are under indictment
for a felony of violence and pursuant to Section 2923.13
of the Ohio Revised Code you are prohibited from acquir-
ing, having, carrying, or using any firearm or dangerous
ordnance while under indictment.

*in violation of the Ohio Revised Code, Title* .......... 29 ............. *Section* 2923.02 (2903.02(A)
*and against the peace and dignity of the State of Ohio.*

*Dennis Watkins*
............................................................................
*Prosecuting Attorney*

............................................................................
*Asst. Prosecuting Attorney*

*Set forth the offense in any words sufficient to give the defendant notice of all elements of the offense, or otherwise in proper form pursuant to Criminal Rule 7 (B).*

**The State of Ohio,** _____ Trumbull _____ **County.**

*I, the undersigned, Clerk of the Court of Common Pleas in and for said County,*

*do hereby certify that the foregoing is a full, true and correct copy of the original*

*indictment, with the endorsements thereon, now on file in my office.*

*WITNESS my hand and the seal of said Court, at*

.................................................*Ohio, this*..............

*day of*.........................................................*19*.......

............................................................................
**Clerk**

*By* ............................................................................
**Deputy**

No. 85-CR-477

JANUARY, FIRST ———— Term, 19 86

COMMON PLEAS COURT -

Trumbull ———— County, O.

THE STATE OF OHIO
vs.

CLIFFORD BELDEN
181 North 3rd Street
West Farmington, OH

Indictment for CT. 1: AGGRAVATED
MURDER W/2 SPECIFICATIONS (2903.01(A)
W/SPECIFICATION (2903.02, 2903.01(A)
CT. 2: ATTEMPTED AGGRAVATED MURDER

_Ramona Allgatore_
Prosecuting Attorney

By ————————————————————
Deputy

A TRUE BILL

_Julian Cubysk_
Foreman Grand Jury

This Bill of Indictment found upon testimony sworn
and sent before the Grand Jury at the request of the
Prosecuting Attorney.

_William Bagly_
Foreman of the Grand Jury

Filed ———————————— , 19 ——

———————————————————— Clerk

By ———————————— Deputy

Elliott Sortoial Publisher, Springfield, Ohio

On this ———————————————— day of

———————————————— 19 ——

the within named ————————————

Defendant arraigned, and pleads

———————— guilty to this indictment.

———————————————————————
Clerk

By ————————————————————
Deputy

*This signature not necessary in a FELONY, a
liquor case, nor if the prosecuting witness has become
security for costs.

CC00040

ORIGINAL

In the Court of Common Please of Trumbull County

State of Ohio,                    :
        Plaintiff,                :        Notice to Supreme Court of
                                  :        Ohio of Filing of Indictment
        v.                        :        Charging Aggravated Murder
                                  :        with Specification(s) of
ARTHUR BELL                       :        Aggravating Circumstances
        Defendant.                :        [R.C. 2929.021(A)]

Name of defendant:        **ARTHUR BELL**

The court in which the case will be heard:

                JUDGE W. WYATT MCKAY

Case number(s):        2000CR279

Date on which indictment was filed:

                **MAY 11 2000**

_Margaret OBrien_
Clerk of Courts of Trumbull County

Date:  May 11, 2000



FILED
MAY 1 6 2000
MARCIA J. MENGEL, CLERK
SUPREME COURT OF OHIO

EXHIBIT
17

## Ohio Department of Rehabilitation and Correction

## Offender Data



| SCOTT BURROWS -A 388890 | |
|---|---|
| Offense | KIDNAPPING, AGG ROBBERY, AGG BURGLARY, AGG MURDER |
| Committing County | TRUMBULL |
| Date of Admission (yyyymmdd) | 20000615 |
| Institution | SOUTHERN OHIO CORRECTIONAL FACILITY |
| Status | INCARCERATED |
| Parole or Release Detail | |

| Sentence Information | | |
|---|---|---|
| Stated Prison Term (crimes committed on or after 7/1/96) | | 40 Years |
| Definite Sentence | | -------- |
| Indefinite Sentence | Minimum: | Life |
| | Maximum: | Life |
| Gun Specification, if any | | -------- |
| Next Parole Hearing Date | | -------- |

The above information may not contain a complete list of sentencing information for each offender.

Any person, agency or entity, public or private, who reuses, publishes or communicates the information available from this server shall be solely liable and responsible for any claim or cause of action based upon or alleging an improper or inaccurate disclosure arising from such reuse, re-publication or communication, including but not limited to actions for defamation and invasion of privacy.
Questions concerning the information contained in these documents should be sent via the U.S. Mail to the appropriate correctional institution, attn: Record Office. Addresses are available at www.drc.state.oh.us/mapserve/inst.htm.



EXHIBIT
18

| Ohio Department of Rehabilitation and Correction |
|---|
| **Offender Data** |



| **CARVIN HOBART CLEMMONS -A 310670** | |
|---|---|
| Offense | INVOL MANSLAUGHTER |
| Committing County | TRUMBULL |
| Date of Admission (yyyymmdd) | 19950710 |
| Institution | RICHLAND CORRECTIONAL INSTITUTION |
| Status | PAROLED - 20031124 |
| Parole or Release Detail | REGULAR PAROLE |

| Sentence Information | | |
|---|---|---|
| Stated Prison Term (crimes committed on or after 7/1/96) | | |
| Definite Sentence | -------- | |
| Indefinite Sentence | Minimum: | 10 Years |
| | Maximum: | 25 Years |
| Gun Specification, if any | -------- | |
| Next Parole Hearing Date | -------- | |

The above information may not contain a complete list of sentencing information for each offender.

Any person, agency or entity, public or private, who reuses, publishes or communicates the information available from this server shall be solely liable and responsible for any claim or cause of action based upon or alleging an improper or inaccurate disclosure arising from such reuse, re-publication or communication, including but not limited to actions for defamation and invasion of privacy.
Questions concerning the information contained in these documents should be sent via the U.S. Mail to the appropriate correctional institution, attn: Record Office. Addresses are available at www.drc.state.oh.us/mapserve/inst.htm.



EXHIBIT
19

CC93-74 ORIGINAL

In The Court of Common Pleas of ___TRUMBULL___ County

State of Ohio,
  Plaintiff,

   v.

CARVIN CLEMMONS
_____
  Defendant.

: : : : : : : : : :

Notice to Supreme Court of
Ohio of Filing of Indictment
Charging Aggravated Murder
with Specification(s) of
Aggravting Circumstances
[R.C. 2929.021(A)]

Name of defendant:

CARVIN CLEMMONS

The court in which the case will be heard:
TRUMBULL COUNTY COMMON PLEAS
TRUMBULL COUNTY OHIO
WARREN OHIO

Case number(s):

93CR 459

Date on which indictment was filed:

OCTOBER 12 1993

MARGARET R. O'BRIEN
_____
Clerk of Courts of ___TRUMBULL___ County
Date: OCTOBER 12 1993


FILED
OCT 15 1993
MARCIA J. MENGEL, CLERK
SUPREME COURT OF OHIO

### Ohio Department of Rehabilitation and Correction

### Offender Data



| WARREN LEON CROMETY -A 290969 | |
|---|---|
| Offense | ATT MURDER, AGG BURGLARY, AGG ROBBERY, ROBBERY, AGG MURDER, ESCAPE |
| Committing County | TRUMBULL |
| Date of Admission (yyyymmdd) | 19940420 |
| Institution | OHIO STATE PENITENTIARY |
| Status | INCARCERATED |
| Parole or Release Detail | |

| Sentence Information | | |
|---|---|---|
| Stated Prison Term (crimes committed on or after 7/1/96) | | |
| Definite Sentence | -------- | |
| Indefinite Sentence | Minimum: | 5 Years |
| | Maximum: | Life |
| Gun Specification, if any | -------- | |
| Next Parole Hearing Date | 20170104   (yyyymmdd) | |

The above information may not contain a complete list of sentencing information for each offender.

Any person, agency or entity, public or private, who reuses, publishes or communicates the information available from this server shall be solely liable and responsible for any claim or cause of action based upon or alleging an improper or inaccurate disclosure arising from such reuse, re-publication or communication, including but not limited to actions for defamation and invasion of privacy.
Questions concerning the information contained in these documents should be sent via the U.S. Mail to the appropriate correctional institution, attn: Record Office. Addresses are available at www.drc.state.oh.us/mapserve/inst.htm.



EXHIBIT
20

## CC93-75

In The Court of Common Pleas of _____TRUMBULL_____ County

State of Ohio,
    Plaintiff,

      v.
WARREN   CROMETY

_____
    Defendant.

:
:
:
:
:
:
:
:
:

Notice to Supreme Court of
Ohio of Filing of Indictment
Charging Aggravated Murder
with Specification(s) of
Aggravting Circumstances
[R.C. 2929.021(A)]

Name of defendant:

WARREN   CROMETY

The court in which the case will be heard:

TRUMBULL  COUNTY  COMMON  PLEAS
TRUMBULL  COUNTY  OHIO
WARREN  OHIO
Case number(s):

93 CR 460

Date on which indictment was filed:

OCTOBER  12  1993

_____
      MARGARET   R.  O'BRIEN
Clerk of Courts of ____TRUMBULL____ County
Date: OCTOBER  12  1993



FILED

OCT 15 1993

MARCIA J. MENGEL, CLERK
SUPREME COURT OF OHIO

CC88113    ORIGINAL

In The Court of Common Pleas of ___TRUMBULL___ County

                                             88 CR  364

State of Ohio,
    Plaintiff,            :    Notice to Supreme Court of
                      :    Ohio of Filing of Indictment
    v.                :    Charging Aggravated Murder
CHRISTOPHER W. DANIELS    :    with Specification(s) of
                      :    Aggravated Circumstances
       Defendant.      :    [ R.C. 2929.021(A)]
                      :

Name of defendant:

CHRISTOPHER W.  DANIELS

The court in which the case will be heard:

TRUMBULL COUNTY COMMON PLEAS COURT

Case number(s):

            88CR364

Date on which indictment was filed:
SEPTEMBER 28, 1988
CT.1 AGGRAVATED MURDER W/SPECIFICATION OF AGGRAVATED CIRCUMSTANCES
    O.R.C.2903.01(B)
CT.2 AGGRAVATED MURDER W/SPEC. OF AGGRAVATED CIRCUMSTANCES O.R.C.
    2903.01(B)
CT.3 ATTEMPTED AGGRAVATED MURDER O.R.C. 2923.01   *Margaret L. Whitman*
CT.4 AGGRAVATED BURGLARY
    O.R.C. 2911.11                                    
CT.5 AGGRAVATED ROBBERY       Clerk of Courts of ___TRUMBULL___ Cou
    O.R.C. 2911.01(B)         Date:



FILED

SEP 3 0 1988

MARCIA J. MENGEL, CL
SUPREME COURT OF O

EXHIBIT
21

Ohio Department of Rehabilitation and Correction

## Offender Data



| SHERRY MARIE DELKER -W 053417 | |
|---|---|
| Offense | AGG MURDER |
| Committing County | TRUMBULL |
| Date of Admission (yyyymmdd) | 20021004 |
| Institution | OHIO REFORMATORY FOR WOMEN |
| Status | INCARCERATED |
| Parole or Release Detail | |

| Sentence Information | | |
|---|---|---|
| Stated Prison Term (crimes committed on or after 7/1/96) | | |
| Definite Sentence | | -------- |
| Indefinite Sentence | Minimum: | 20 Years |
| | Maximum: | Life |
| Gun Specification, if any | | -------- |
| Next Parole Hearing Date | | 20220323   (yyyymmdd) |

The above information may not contain a complete list of sentencing information for each offender.

Any person, agency or entity, public or private, who reuses, publishes or communicates the information available from this server shall be solely liable and responsible for any claim or cause of action based upon or alleging an improper or inaccurate disclosure arising from such reuse, re-publication or communication, including but not limited to actions for defamation and invasion of privacy.
Questions concerning the information contained in these documents should be sent via the U.S. Mail to the appropriate correctional institution, attn: Record Office. Addresses are available at www.drc.state.oh.us/mapserve/inst.htm.

EXHIBIT
22

| Ohio Department of Rehabilitation and Correction |
|---|
| **Offender Data** |



| RANDY FELLOWS -A 173423 | |
|---|---|
| Offense | AGG MURDER |
| Committing County | TRUMBULL |
| Date of Admission (yyyymmdd) | 19830428 |
| Institution | MANSFIELD CORRECTIONAL INSTITUTION |
| Status | INCARCERATED |
| Parole or Release Detail | |

| Sentence Information | | |
|---|---|---|
| Stated Prison Term (crimes committed on or after 7/1/96) | | |
| Definite Sentence | -------- | |
| Indefinite Sentence | Minimum: | Life |
| | Maximum: | Life |
| Gun Specification, if any | -------- | |
| Next Parole Hearing Date | 20121201   (yyyymmdd) | |

The above information may not contain a complete list of sentencing information for each offender.

Any person, agency or entity, public or private, who reuses, publishes or communicates the information available from this server shall be solely liable and responsible for any claim or cause of action based upon or alleging an improper or inaccurate disclosure arising from such reuse, re-publication or communication, including but not limited to actions for defamation and invasion of privacy.
Questions concerning the information contained in these documents should be sent via the U.S. Mail to the appropriate correctional institution, attn: Record Office. Addresses are available at www.drc.state.oh.us/mapserve/inst.htm.


EXHIBIT
23

In The Court of Common Pleas of ___**TRUMBULL**___ County

State of Ohio,
    Plaintiff,

    v.

**RANDY FELLOWS**

    Defendant.

:
:
:
:
:
:
:
:
:

Notice to Supreme Court of
Ohio of Filing of Indictment
Charging Aggravated Murder
with Specification(s) of
Aggravting Circumstances
[R.C. 2929.021(A)]

CC82-93⁴

Name of defendant:    RANDY FELLOWS
                          21 Neil St.
                          Niles, Ohio 44446

The court in which the case will be heard:

    JUDGE DONALD R. FORD
    COURT ROOM NO. 1

Case number(s):

    82-CR-470 (Counts #1 & #2)

Date on which indictment was filed:

    December 14, 1982

FILED
DEC 17 1982
SUPREME COURT OF OHIO
THOMAS L. STARTZMAN, Clerk

_Violet C. Whitman_

Clerk of Courts of ___**Trumbull**___ Count

Date: December 15, 1982

By _Nancy B. Onder_
    Deputy Clerk
    Criminal Division

| Ohio Department of Rehabilitation and Correction |
|---|
| **Offender Data** |



| CHRISTOPHER L FERRELL -A 272486 | |
|---|---|
| Offense | ATT AGG BURGLARY, AGG BURGLARY, AGG MURDER, AGG BURGLARY, AGG ROBBERY, KIDNAPPING, AGG BURGLARY |
| Committing County | TRUMBULL |
| Date of Admission (yyyymmdd) | 19930312 |
| Institution | MANSFIELD CORRECTIONAL INSTITUTION |
| Status | INCARCERATED |
| Parole or Release Detail | |

| Sentence Information | | |
|---|---|---|
| Stated Prison Term (crimes committed on or after 7/1/96) | | |
| Definite Sentence | | -------- |
| Indefinite Sentence | Minimum: | 20 Years |
| | Maximum: | Life |
| Gun Specification, if any | | 3 Years |
| Next Parole Hearing Date | | 20090626   (yyyymmdd) |

The above information may not contain a complete list of sentencing information for each offender.

Any person, agency or entity, public or private, who reuses, publishes or communicates the information available from this server shall be solely liable and responsible for any claim or cause of action based upon or alleging an improper or inaccurate disclosure arising from such reuse, re-publication or communication, including but not limited to actions for defamation and invasion of privacy.

Questions concerning the information contained in these documents should be sent via the U.S. Mail to the appropriate correctional institution, attn: Record Office. Addresses are available at www.drc.state.oh.us/mapserve/inst.htm.



EXHIBIT
24

CC92123

ORIGINAL

In The Court of Common Pleas of ___TRUMBULL___ County

State of Ohio,                          :
        Plaintiff,                       :       Notice to Supreme Court of
                                         :       Ohio of Filing of Indictment
        v.                               :       Charging Aggravated Murder
                                         :       with Specification(s) of
CHRISTOPHER  L.  FERRELL                  :       Aggravting Circumstances
        Defendant.                       :       [R.C. 2929.021(A)]
                                         :


Name of defendant:

CHRISTOPHER  L.  FERRELL


The court in which the case will be heard:

TRUMBULL COUNTY  COMMON  PLEAS  WARREN  OHIO


Case number(s):

92 CR 525


Date on which indictment was filed:

OCTOBER  5  1992


                        MARGARET  R.  O'BRIEN
                        Clerk of Courts of TRUMBULL ____ County
                        Date: OCTOBER  5 1992


                    ┌─────────────────────────┐
                    │          FILED          │
                    │                         │
                    │        OCT 14 1992      │
                    │                         │
                    │   MARCIA J. MENGEL, CLERK │
                    │   SUPREME COURT OF OHIO  │
                    └─────────────────────────┘

---

### Ohio Department of Rehabilitation and Correction

### Offender Data



| VAN GENTRY GENTRY FICKES -A 185841 | |
|---|---|
| Offense | MURDER |
| Committing County | TRUMBULL |
| Date of Admission (yyyymmdd) | 19850715 |
| Institution | NORTH CENTRAL CORRECTIONAL INSTITUTION |
| Status | INCARCERATED |
| Parole or Release Detail | |

| Sentence Information | | |
|---|---|---|
| Stated Prison Term (crimes committed on or after 7/1/96) | | |
| Definite Sentence | -------- | |
| Indefinite Sentence | Minimum: | 30 Years |
| | Maximum: | Life |
| Gun Specification, if any | -------- | |
| Next Parole Hearing Date | 20050808   (yyyymmdd) | |

The above information may not contain a complete list of sentencing information for each offender.

Any person, agency or entity, public or private, who reuses, publishes or communicates the information available from this server shall be solely liable and responsible for any claim or cause of action based upon or alleging an improper or inaccurate disclosure arising from such reuse, re-publication or communication, including but not limited to actions for defamation and invasion of privacy.
Questions concerning the information contained in these documents should be sent via the U.S. Mail to the appropriate correctional institution, attn: Record Office. Addresses are available at www.drc.state.oh.us/mapserve/inst.htm.

---

**EXHIBIT**

**25**

CC83-127

In The Court of Common Pleas of _____TRUMBULL_____ County

State of Ohio,                    :
    Plaintiff,                  :    Notice to Supreme Court of
                                :    Ohio of Filing of Indictment
    v.                          :    Charging Aggravated Murder
                                :    with Specification(s) of
**VAN GENTRY FICKES**             :    Aggravating Circumstances
_____           :    [ R.C. 2929.021(A)]
    Defendant.                  :
                                :


Name of defendant:

    **VAN GENTRY FICKES**

The court in which the case will be heard:

    **JUDGE DAVID F. McLAIN**
    **COURT ROOM NO. 1**
    **TRUMBULL COUNTY COMMON PLEAS COURT**
Case number(s):

    **83-CR-367 (Count Nos. 1 & 2)**


Date on which indictment was filed:

    **OCTOBER 13, 1983**

FILED
OCT 17 1983
SUPREME COURT OF OHIO
JAMES Wm. KELLY, Clerk

_Violet C. Whitman_
Clerk of Courts of **TRUMBULL** County
Date:  **OCTOBER 14, 1983**

# CC83127

In The Court of Common Pleas of ___TRUMBULL___ County

State of Ohio,
    Plaintiff,

v.

___VAN GENTRY FICKES___

    Defendant.

:
:
:
:
:
:
:
:

Notice to Supreme Court of Ohio
of Plea of Guilty or of No
Contest, to, and Notice of
Dismissal of, Indicting Charging
Aggravated Murder with
Specification(s) of Aggravating
Circumstances [R.C. 2929.021(B)]

Name of defendant: VAN GENTRY FICKES

The court in which the case is being heard:

    TRUMBULL COUNTY COMMON PLEAS COURT

Case number(s):  83 CR 367 and 83 CR 404

Indicate whether plea of guilty or of no contest:
  (If plea entered to only specific count(s), list each count
  and the plea entered for that court)

Sentence imposed:
  (If sentence imposed on specific count(s), list each count
  and the sentence on that count)

Date indictment dismissed:
  (If only specific count(s) of indictment are dismissed, list
  each count and date dismissed)
  5-4-85 SPECIFICATIONS OF AGGRAVATING CIRCUMSTANCES DISMISSED.
  SEE ATTACHED JOURNAL ENTRY.



FILED CO.
JUN 1 3 1985
SUPREME COURT OF OHIO
JAMES WID. KELLY, Clerk

_Violet C. Whitman_
Clerk of Courts of _Trumbull_ County
Date:

IN THE COURT OF COMMON PLEAS
TRUMBULL COUNTY, OHIO

STATE OF OHIO,                          )
                                        )
          Plaintiff                     )        CASE NOS. 83-CR-367 &
                                        )                  83-CR-404
     -vs-                               )
                                        )
VAN GENTRY FICKES,                      )        JOURNAL ENTRY
                                        )       (Dismissal of Aggravating
          Defendant                     )            Circumstances)

     Upon Motion of the Prosecuting Attorney, the Court hereby
ORDERS that the specifications of aggravating circumstances be
dismissed.

                                    _____
                                    HONORABLE DAVID F. McLAIN
                                    Judge of the Court of Common Pleas
                                    Trumbull County, Ohio

DATED: _____, 1985.

# COURT OF COMMON PLEAS

### County of Trumbull, State of Ohio

No. 83 CR 367 and

83 CR 404

STATE OF OHIO

**AGAINST**

VAN GENTRY FICKES

# CERTIFIED COPY

I, **VIOLET CAMPANA WHITMAN**, Clerk of the Court of Common Pleas, hereby certify that the within is a true copy of the original

JOURNAL ENTRY (DISMISSAL OF

AGGRAVATING CIRCUMSTANCES)

**FILED** JUNE 5 19 85

in the above entitled case.

**VIOLET CAMPANA WHITMAN, Clerk**

By Violet C. Whitman Deputy

**Certified** JUNE 7 19 85

Ohio Department of Rehabilitation and Correction

## Offender Data



| GEORGE FOSTER -A 386253 | |
|---|---|
| Offense | KIDNAPPING, RAPE, AGG MURDER |
| Committing County | TRUMBULL |
| Date of Admission (yyyymmdd) | 20000223 |
| Institution | SOUTHERN OHIO CORRECTIONAL FACILITY |
| Status | INCARCERATED |
| Parole or Release Detail | |

| Sentence Information | | |
|---|---|---|
| Stated Prison Term (crimes committed on or after 7/1/96) | | |
| Definite Sentence | | -------- |
| Indefinite Sentence | Minimum: | Life |
| | Maximum: | Life |
| Gun Specification, if any | | -------- |
| Next Parole Hearing Date | | -------- |

The above information may not contain a complete list of sentencing information for each offender.

Any person, agency or entity, public or private, who reuses, publishes or communicates the information available from this server shall be solely liable and responsible for any claim or cause of action based upon or alleging an improper or inaccurate disclosure arising from such reuse, re-publication or communication, including but not limited to actions for defamation and invasion of privacy.
Questions concerning the information contained in these documents should be sent via the U.S. Mail to the appropriate correctional institution, attn: Record Office. Addresses are available at www.drc.state.oh.us/mapserve/inst.htm.

EXHIBIT
26

CC99C27

ORIGINAL

In The Court of Common Pleas of *Trumbull* County

State of Ohio,
            Plaintiff,

            v.

*George Foster*
            Defendant.

:
:
:
:
:
:
:
:

Notice to Supreme Court of
Ohio of Filing of Indictment
Charging Aggravated Murder
with Specification(s) of
Aggravting Circumstances
[R.C. 2929.021(A)]

Name of defendant: *George Foster*

The court in which the case will be heard:

*Common Pleas Court*
*Trumbull County    Warren Ohio*

Case number(s):

*99 CR 354*

Date on which indictment was filed: *May 24, 1999*

FILED

MAY 28 1999

MARCIA J. MENGEL, CLERK
SUPREME COURT OF OHIO

*Margaret R OBrien*

Clerk of Courts of *Trumbull* County
Date: 5-24-99

ORIGINAL

## IN THE COURT OF COMMON PLEAS
OF _Trumbull_ COUNTY, OHIO

CC99050

State of Ohio,
Plaintiff,

Case No(s). _99 CR 354_

v.

_George Foster,_
Defendant

Notice to Supreme Court of Filing of
Indictment Charging Aggravated
Murder with Specification(s) of
Aggravating Circumstances.
R.C. 2929.021(A).

Court in which case will be heard _Trumbull County_
_Common Pleas_
_Judge W. Wyatt McKay_

Date indictment filed: _August 31, 1999_
_Superceding Indictment_

Clerk of Courts for _Trumbull_ County
_Margaret O'Brien_  9-1-99.
Signature                           Date
MARGARET. R. O'BRIEN
Name

O.S.C. DOC#8869 REVISED 05/95

FILED
SEP 07 1999
MARCIA J. MENGEL, CLERK
SUPREME COURT OF OHIO

IN THE COURT OF COMMON PLEAS
TRUMBULL COUNTY, OHIO

| | | |
|---|---|---|
| STATE OF OHIO | ) | CASE NO. 99-CR-354 |
| | ) | (Superceding Indictment) |
| Plaintiff | ) | |
| | ) | |
| -vs- | ) | JUDGE W. WYATT McKAY |
| | ) | |
| GEORGE FOSTER, | ) | JUDGMENT ENTRY: |
| | ) | STATE ORDERED TO PROCEED ON |
| Defendant | ) | SUPERCEDING INDICTMENT |
| | ) | |

The Court having before it State's Motion to Proceed on
Superceding Indictment, and having found that Defendant was
duly served with same, and in open Court after hearing
arguments from both parties, if any, find the State's Motion
and Election to proceed on the SUPERCEDING INDICTMENT well
taken, and;

WHEREFORE, it is HEREBY ORDERED that the original
indictment against George Foster be dismissed; and that all
prior, pending, and future papers, filings, and proceedings
against Defendant George Foster be filed in 99-CR-354 titled
SUPERCEDING INDICTMENT.

IT IS FURTHER ORDERED that the Clerk of Court cause notice
of the Superceding Indictment to be filed timely with the Ohio
Supreme Court as required in Ohio Revised Code Section
2929.02.1.

_____
9/1/99
Date

_____
HONORABLE W. WYATT McKAY
Judge, Court of Common Pleas
Trumbull County, Ohio

cc: Dennis Watkins
James Lewis

FILED

SEP 07 1999

MARCIA J. MENGEL, CLERK
SUPREME COURT OF OHIO

RECEIVED

FEB 28 2000

MARCIA J. MENGEL, CLERK
SUPREME COURT OF OHIO

CC99-027

# IN THE COURT OF COMMON PLEAS
# TRUMBULL COUNTY, OHIO

STATE OF OHIO,

FILED

FEB 28 2000

MARCIA J. MENGEL, CLERK
SUPREME COURT OF OHIO

Plaintiff

-vs-

GEORGE FOSTER,

Defendant

)
)
)
)
)
)
)
)
)
)

CASE NO. 99-CR-354

JUDGE W. WYATT McKAY

SENTENCE TO THE LORAIN
CORRECTIONAL INSTITUTION

ENTRY ON SENTENCE

The Defendant herein having been indicted by the May Eighth, 1999, term of the Grand

Jury of Trumbull County, Ohio, for Count 1: Aggravated Murder of Bridget Wetzl with five (5)

separate Specifications of Aggravating Circumstances (ORC 2903.01(C), 2929.04(A)(7)(9), &

2941.14(B)(C); Count 2: Aggravated Murder of Bridget Wetzl with five (5) separate

Specifications of Aggravating Circumstances (ORC 2903.01(B), 2929.04(A)(7)(9), &

2941.14(B)(C); Count 3: Kidnapping (F1) (ORC 2905.01(A)(4); and Counts 4, 5, & 6:  Rape

(F1/LIFE) (ORC 2907.02(A)(1)(b) & 2907.02(B) and on the 18th day of January, 2000, having

been brought into Court for trial before a petit jury and being represented by counsel, Attorney

Anthony Consoldane and Attorney James Lewis, and the jury having been empaneled, and after

deliberation on February 10, 2000, was found guilty of Count 1: Aggravated Murder (O.R.C.

2903.01(C) and 2941.14(B)(C)) of Bridget Wetzl with five (5) separate Specifications of

Aggravating Circumstances, to wit: Specification No. 1: O.R.C. 2929.04(A)(7), Specification No.

2: O.R.C. 2929.04(A)(7), Specification No. 3: O.R.C. 2929.04(A)(7), Specification No. 4: O.R.C.

2929.04(A)(7), and Specification No. 5: O.R.C. 2929.04 (A)(9); Count 2: Aggravated Murder

(O.R.C. 2903.01(B) and 2941.14(B)(C)) of Bridget Wetzl with five (5) separate Specifications

0914  499

of Aggravating Circumstances, to wit: Specification No. 1: O.R.C. 2929.04(A)(7), Specification

No. 2: O.R.C. 2929.04(A)(7), Specification No. 3: O.R.C. 2929.04(A)(7), Specification No. 4:

O.R.C. 2929.04(A)(7), and Specification No. 5: O.R.C. 2929.04 (A)(9); Count 3: Kidnapping

(F1) (O.R.C. 2905.01(A)(4)); and Counts 4, 5, & 6:  Rape (F1/LIFE) (O.R.C. 2907.02(A)(1)(b)

& 2907.02(B)).  Thereafter, Count 1 was removed from the jury pursuant to a Motion to Dismiss

by the State.

On February 14, 2000, the Defendant having been brought into Court to give evidence in

mitigation on Count 2 of the indictment, and after arguments of counsel and instructions of law,

and after due deliberation, it was the finding and recommendation of the jury on February 15,

2000, that one sentence of life imprisonment without parole be imposed on the Defendant.

On February 17, 2000 the defendant's sentencing hearing was held pursuant to Ohio

Revised Code Section 2929.19.   Defense Attorney Anthony Consoldane and Attorney James

Lewis, Prosecuting Attorney Dennis Watkins,  Assistant Prosecutor Thomas C. Wrenn and

Assistant Prosecutor Diane L. Barber were present, as was Defendant who was afforded all rights

pursuant to Criminal Rule 32.  The Court has considered the record, oral statements, any victim

impact statements, as well as the principles and purposes of sentencing under Ohio Revised Code

section 2929.11, and has balanced the seriousness and recidivism factors under Ohio Revised

Code section 2929.12.

The Court finds that the Defendant has been convicted of Count 2: Aggravated Murder

(O.R.C. 2903.01(B) and 2941.14(B)(C)) with five (5) separate Specifications of Aggravating

Circumstances, to wit: Specification No. 1: O.R.C. 2929.04(A)(7), Specification No. 2: O.R.C.

2929.04(A)(7),  Specification  No. 3:  O.R.C.  2929.04(A)(7),  Specification  No. 4:  O.R.C.

2929.04(A)(7), and Specification No. 5: O.R.C. 2929.04 (A)(9) ; Count 3: Kidnapping (F1) (ORC

0914   500

2905.01(A)(4); and Counts 4, 5, & 6:  Rape (F1/LIFE) (ORC 2907.02(A)(1)(b) & 2907.02(B),

subject to a presumption in favor of prison under division (D) of section 2929.13 of the Ohio

Revised Code.

It is therefore ORDERED, ADJUDGED, and DECREED that the defendant serve a stated

The Court finds that consecutive terms are necessary to protect the public or adequately

punish the offender, and that consecutive terms are not disproportionate to the seriousness of the

offender's conduct and the public danger posed by the defendant.  The harm to the victim was

so great that a single term does not adequately reflect the seriousness of the conduct of the

defendant.

It is therefore ORDERED, ADJUDGED, and DECREED that the defendant serve a stated

prison term of ten (10) years on Count 3; Life sentence on Count 4 to run consecutively to the

sentence imposed in Count 3; Life sentence on Count 5 to run consecutively to the sentences

imposed in Counts 3 & 4; Life sentence on Count 6 to run consecutively to the sentences imposed

in Counts 3, 4 & 5; and Life without parole on Count 2 to run consecutively to the sentences

imposed in Counts 3, 4, 5 & 6, and pay the cost of prosecution taxed in the amount of

$_____ for which execution is awarded.  Further the State and the Defendant stipulate that

the defendant shall be classified as a sexually oriented offender and the Court hereby orders that

the Defendant shall be classified as a sexually oriented offender.

It is therefore ordered that the Superintendent of the LORAIN CORRECTIONAL

INSTITUTION shall take note that the Defendant herein has been incarcerated in the Trumbull

County Jail pursuant to this charge from May 16, 1999 to date.

_____2/18/00_____        0914  501_____W. Wyatt McKay_____
DATED                                                   HONORABLE W. WYATT McKAY
                                                                 JUDGE, COURT OF COMMON PLEAS
                                                                 TRUMBULL COUNTY, OHIO

### Ohio Department of Rehabilitation and Correction

## Offender Data

### GENTRY WILLIAM FREEMAN -A 460851

| | |
|---|---|
| Offense | VOL MANSLAUGHTER, KIDNAPPING |
| Committing County | TRUMBULL |
| Date of Admission (yyyymmdd) | 20040106 |
| Institution | TRUMBULL CORRECTIONAL INSTITUTION |
| Status | INCARCERATED |
| Parole or Release Detail | |

| Sentence Information | | |
|---|---|---|
| Stated Prison Term (crimes committed on or after 7/1/96) | 16 Years | |
| Definite Sentence | -------- | |
| Indefinite Sentence | Minimum: | -------- |
| | Maximum: | -------- |
| Gun Specification, if any | -------- | |
| Next Parole Hearing Date | -------- | |

The above information may not contain a complete list of sentencing information for each offender.

Any person, agency or entity, public or private, who reuses, publishes or communicates the information available from this server shall be solely liable and responsible for any claim or cause of action based upon or alleging an improper or inaccurate disclosure arising from such reuse, re-publication or communication, including but not limited to actions for defamation and invasion of privacy.

Questions concerning the information contained in these documents should be sent via the U.S. Mail to the appropriate correctional institution, attn: Record Office. Addresses are available at www.drc.state.oh.us/mapserve/inst.htm.

EXHIBIT

27

ORIGINAL

In the Court of Common Please of Trumbull County

State of Ohio,                    :
        Plaintiff,                :        Notice to Supreme Court of
                                  :        Ohio of Filing of Indictment
        v.                        :        Charging Aggravated Murder
                                  :        with Specification(s) of
GENTRY FREEMAN                     :        Aggravating Circumstances
        Defendant.                :        [R.C. 2929.021(A)]


Name of defendant:        **GENTRY FREEMAN**


The court in which the case will be heard:

        **JUDGE ANDREW D LOGAN**


Case number(s):        2002CR282


Date on which indictment was filed:

        **MAY 8 2002**


_____
Clerk of Courts of Trumbull County

Date:  May 13, 2002

FILED

MAY 17 2002

MARCIA J. MENGEL, CLERK
SUPREME COURT OF OHIO

### Ohio Department of Rehabilitation and Correction

### Offender Data



| DAVID D GOTHAY -A 376861 | |
|---|---|
| Offense | AGG MURDER |
| Committing County | TRUMBULL |
| Date of Admission (yyyymmdd) | 19990805 |
| Institution | TRUMBULL CORRECTIONAL INSTITUTION |
| Status | INCARCERATED |
| Parole or Release Detail | |

| Sentence Information | | |
|---|---|---|
| Stated Prison Term (crimes committed on or after 7/1/96) | | |
| Definite Sentence | | -------- |
| Indefinite Sentence | Minimum: | 20 Years |
| | Maximum: | Life |
| Gun Specification, if any | | -------- |
| Next Parole Hearing Date | 20130627   (yyyymmdd) | |

The above information may not contain a complete list of sentencing information for each offender.

Any person, agency or entity, public or private, who reuses, publishes or communicates the information available from this server shall be solely liable and responsible for any claim or cause of action based upon or alleging an improper or inaccurate disclosure arising from such reuse, re-publication or communication, including but not limited to actions for defamation and invasion of privacy.
Questions concerning the information contained in these documents should be sent via the U.S. Mail to the appropriate correctional institution, attn: Record Office. Addresses are available at www.drc.state.oh.us/mapserve/inst.htm.



EXHIBIT

28

ORIGINAL

In the Court of Common Pleas CC00035

OF _Trumbull_ COUNTY, OHIO

State of Ohio,
Plaintiff,

Case No(s). _99 CR 439_

v.

_David D. Gothay_
Defendant.

Notice to Supreme Court of Filing of
Indictment Charging Aggravated
Murder with Specification(s) of
Aggravating Circumstances.
R.C. 2929.021(A).

Court in which case will be heard: _Trumbull County_
_Common Pleas Court_
_Judge W. Wyatt McKay_

Date indictment filed: _July 8, 1999_

Clerk of Courts for _Trumbull_ County

_Margaret R. O'Brien_ 7-9-99
Signature                              Date

Name _____

FILED

JUL 15 1999

MARCIA J. MENGEL, CLERK
SUPREME COURT OF OHIO
REVISED 05/95

CC99-035

TO:     SUPREME COURT OF OHIO

\* \* \* \* \* \* \* \* \* \* \* \* \* \*

## COURT NOTICE OF FILING

TRUMBULL CO., Warren, Ohio, 7/21/99

Case No. **99 CR 00439**

In Case of:

**STATE OF OHIO**
Plaintiff

VS.

**DAVID GOTHAY**
Defendant

FILED

JUL 29 1999

MARCIA J. MENGEL, CLERK
SUPREME COURT OF OHIO

This is to notify that the Court of Common Pleas has this
made the following entry in the above entitled case.

DEFENDANT SENTENCED FOR THE INDETERMINATE PERIOD OF LIFE
SEE JE

**MARGARET R. O'BRIEN**
Clerk of Courts

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

IN THE COURT OF COMMON PLEAS
TRUMBULL COUNTY, OHIO

STATE OF OHIO,                        )      CASE NO. 99-CR-439
                                      )
          Plaintiff                   )      JUDGE W. WYATT McKAY
                                      )
-vs-                                  )      SENTENCED TO LORAIN
                                      )      CORRECTIONAL INSTITUTION
DAVID D. GOTHAY,                      )
                                      )      ENTRY ON SENTENCE
          Defendant                   )

The Defendant herein having been indicted by the May Fifth,

1999, Term of the Grand Jury of Trumbull County, Ohio for Count

1: Aggravated Murder With Specification of Aggravating

Circumstance (ORC 2903.01(B), 2929.04(A)(7), & 2941.14(B)(C), and

Count 2: Aggravated Robbery (F1) (ORC 2911.01(A)(3), and on the

20th day of July, 1999, having been brought into Court, and being

fully advised in the premises and being represented by counsel.

Atty. James Lewis, and on said date entered a plea of guilty to

amended indictment, Count 1: Aggravated Murder Without

Specification of Aggravating Circumstance, with the approval of

the Prosecuting Attorney's Office, Count 2 of the indictment

having been dismissed, and said plea being accepted by the Court,

and probation report having been waived.

This day, July 20, 1999, the Court made inquiry as to

whether this Defendant had anything to say why judgement should

VOL **0900** PAGE **998**

not be pronounced against him, and the Defendant in answer showed no good cause or sufficient reason why sentence should not be pronounced.

It is therefore ORDERED, ADJUDGED, and DECREED that the Defendant, DAVID D. GOTHAY, be taken to the Trumbull County Jail and from thence to the Lorain Correctional Institution at Grafton, Ohio, and imprisoned therein for the indeterminate period of Life, as provided by law, and that he pay the cost of prosecution taxed in the amount of $_____ for which execution is awarded.

It is further ORDERED that the Superintendent of the LORAIN CORRECTIONAL INSTITUTION shall take note that the Defendant herein has been incarcerated in the Trumbull County Jail pursuant to these charges from July 1, 1999 to date.

_____7/21/99_____
DATED

_____
HONORABLE W. WYATT McKAY
Judge, Court of Common Pleas
Trumbull County, Ohio

You are hereby notified that you have been convicted of a felony of violence and pursuant to Section 2923.13 of the Ohio Revised Code, you are prohibited from acquiring, having, carrying, or using any firearm or dangerous ordnance.

VOL 0900 PAGE 999

TO THE CLERK OF COURTS: YOU ARE ORDERED TO SER~
COPIES OF THIS JUDGEMENT ON ALL COUNSEL OF RE~
~PON THE PARTIES WHO ARE UNREPRESENTED FOR~
~ BY ORDINARY MAIL

7-27-99 Copies to James Lewis
3 Pcs

---

Ohio Department of Rehabilitation and Correction

## Offender Data

---



| ROYDEN M HUFFMAN -A 397357 | |
|---|---|
| Offense | MURDER |
| Committing County | TRUMBULL |
| Date of Admission (yyyymmdd) | 20001116 |
| Institution | MANSFIELD CORRECTIONAL INSTITUTION |
| Status | INCARCERATED |
| Parole or Release Detail | |

| Sentence Information | | |
|---|---|---|
| Stated Prison Term (crimes committed on or after 7/1/96) | | |
| Definite Sentence | -------- | |
| Indefinite Sentence | Minimum: | 15 Years |
| | Maximum: | Life |
| Gun Specification, if any | -------- | |
| Next Parole Hearing Date | 20150609   (yyyymmdd) | |

The above information may not contain a complete list of sentencing information for each offender.

Any person, agency or entity, public or private, who reuses, publishes or communicates the information available from this server shall be solely liable and responsible for any claim or cause of action based upon or alleging an improper or inaccurate disclosure arising from such reuse, re-publication or communication, including but not limited to actions for defamation and invasion of privacy.

Questions concerning the information contained in these documents should be sent via the U.S. Mail to the appropriate correctional institution, attn: Record Office. Addresses are available at www.drc.state.oh.us/mapserve/inst.htm.

---



EXHIBIT
29

In the Court of Common Please of Trumbull County

State of Ohio,                    :
      Plaintiff,              :        Notice to Supreme Court of
                              :        Ohio of Filing of Indictment
      v.                      :        Charging Aggravated Murder
                              :        with Specification(s) of
ROYDEN M HUFFMAN                   :        Aggravating Circumstances
      Defendant.              :        [R.C. 2929.021(A)]


Name of defendant:     **ROYDEN M HUFFMAN**


The court in which the case will be heard:

      JUDGE PETER J. KONTOS

Case number(s):        **2000CR371**


Date on which indictment was filed:

      **JUNE 26 2000**


_Margaret R O'Brien_
Clerk of Courts of Trumbull County

      Date:   June 27, 2000


FILED

JUL 03 2000

MARCIA J. MENGEL, CLERK
SUPREME COURT OF OHIO

## Ohio Department of Rehabilitation and Correction

## Offender Data



| BERNIE E LEE -A 313878 | |
|---|---|
| Offense | AGG BURGLARY, AGG MURDER |
| Committing County | TRUMBULL |
| Date of Admission (yyyymmdd) | 19951130 |
| Institution | MANSFIELD CORRECTIONAL INSTITUTION |
| Status | INCARCERATED |
| Parole or Release Detail | |

| Sentence Information | | |
|---|---|---|
| Stated Prison Term (crimes committed on or after 7/1/96) | | |
| Definite Sentence | -------- | |
| Indefinite Sentence | Minimum: | 5 Years |
| | Maximum: | Life |
| Gun Specification, if any | -------- | |
| Next Parole Hearing Date | 20280531   (yyyymmdd) | |

The above information may not contain a complete list of sentencing information for each offender.

Any person, agency or entity, public or private, who reuses, publishes or communicates the information available from this server shall be solely liable and responsible for any claim or cause of action based upon or alleging an improper or inaccurate disclosure arising from such reuse, re-publication or communication, including but not limited to actions for defamation and invasion of privacy.

Questions concerning the information contained in these documents should be sent via the U.S. Mail to the appropriate correctional institution, attn: Record Office. Addresses are available at www.drc.state.oh.us/mapserve/inst.htm.



EXHIBIT
30

| Ohio Department of Rehabilitation and Correction |
| :---: |
| **Offender Data** |



| ERIC LEE PORTERFIELD -A <u>420502</u> | |
| :--- | :--- |
| Offense | KIDNAPPING, AGG BURGLARY, AGG ROBBERY, ATT AGG MURDER, AGG MURDER |
| Committing County | TRUMBULL |
| Date of Admission (yyyymmdd) | 20011030 |
| Institution | SOUTHERN OHIO CORRECTIONAL FACILITY |
| Status | INCARCERATED |
| Parole or Release Detail | |

| Sentence Information | | |
| :--- | :--- | :--- |
| **Stated Prison Term** (crimes committed on or after 7/1/96) | 10 Years | |
| Definite Sentence | -------- | |
| Indefinite Sentence | Minimum: | 40 Years |
| | Maximum: | Life |
| Gun Specification, if any | 3 Years | |
| Next Parole Hearing Date | 20530610   (yyyymmdd) | |

The above information may not contain a complete list of sentencing information for each offender.

Any person, agency or entity, public or private, who reuses, publishes or communicates the information available from this server shall be solely liable and responsible for any claim or cause of action based upon or alleging an improper or inaccurate disclosure arising from such reuse, re-publication or communication, including but not limited to actions for defamation and invasion of privacy.
Questions concerning the information contained in these documents should be sent via the U.S. Mail to the appropriate correctional institution, attn: Record Office. Addresses are available at www.drc.state.oh.us/mapserve/inst.htm.



EXHIBIT

31

# THE SUPREME COURT OF OHIO

In the Common Pleas Court of _____Trumbull_____ County

## Disposition of a Capital Case by the Trial Court

This form is used pursuant to Rule 20 of the Rules of Superintendence for the Courts of Ohio to report the disposition of a capital case. **Return this form within two weeks of disposition to: Nan Cairney, Supreme Court of Ohio, 30 E. Broad Street, Third Floor, Columbus, OH 43266-0419.**

Defendant's Name: _____Eric Lee Porterfield_____  Case No. _____2000-CR-402_____

Lead Trial Counsel: _____Lawrence R. Smith_____  Trial Co-Counsel _____Thomas L. Adgate_____

Outcome of the Proceedings in this Court:

_____ Found not guilty
_____ Pleaded guilty
__X__ Pleaded guilty to lesser offense: _See attached "Finding on Guilty Plea to Amended Indictment_
_____ Found guilty of aggravated murder & specification by jury
_____ Found guilty of lesser offense by jury: _____
_____ Found guilty of aggravated murder & specification by three judge panel
_____ Found guilty of lesser offense by three judge panel: _____
_____ Other: _____
Sentence: _____See attached "Entry on Sentence"_____

**Complete the following ONLY if the defendant was sentenced to death. Attach a copy of the sentencing entry.**

**This court has appointed the following two counsel to represent defendant on appeal:**

Name:_____        Name:_____
Atty. Reg. No._____   Atty.Reg. No._____
Address:_____       Address:_____

Telephone:_____  —    Telephone:_____

Certified under Sup.R. 20 as:      Certified under Sup.R. 20 as:
Lead Counsel_____      Lead Counsel_____
Co-Counsel _____       Co-Counsel _____
Appellate Counsel_____  Appellate Counsel _____

Judge:_____          Date of Appointment:_____

## ATTORNEY CERTIFICATION

We hereby <u>accept</u> appointment as appellate counsel in this case, <u>affirm</u> that we are currently certified under Sup.R. 20 to accept appointment as appellate counsel, and <u>certify</u> that this appointment will not create a total workload so excessive that it interferes with or prevents the rendering of quality representation in accordance with constitutional and professional standards.

_____             _____
Appellate Counsel        Date     Appellate Counsel        Date
Rev. 7/1/97

IN THE COURT OF COMMON PLEAS
TRUMBULL COUNTY, OHIO

Oct 26   3 28 PM '01

STATE OF OHIO                          )        CASE NO. 00-CR-402
                                       )
        Plaintiff                      )        JUDGE W. WYATT McKAY
                                       )
-vs-                                   )
                                       )        FINDING ON GUILTY PLEA
ERIC LEE PORTERFIELD,                  )        TO AMENDED INDICTMENT
                                       )
        Defendant                      )


        After being fully informed by my counsel and the Court of the charge against me, I am

making a plea voluntarily with the understanding of the nature of the charge and the

consequences, including the penalty of the plea, which can be from:

COUNTS 1 & 2:   Life  imprisonment and up to $25,000.00 on each count and 3 years on
each firearm specification to be served prior to and consecutive to the sentence on the
principal offense on each count.

COUNTS 3, 4, 5, 6, & 7:   3, 4, 5, 6, 7, 8, 9, or 10 years and up to $20,000.00 fine and
3 years on the firearm specification to be served prior to and consecutive to the sentence
on the principal offense on each count.


        Said prison term is presumed necessary as to all counts and firearm specifications, and

is mandatory as to all counts and firearm specifications.

        Court costs, restitution and other financial sanctions including day fine, standard fine,

reimbursement for the cost of community sanctions may be imposed.

        If you are now on felony probation or parole, this plea may result in revocation

proceedings and any new sentence could be imposed consecutively.

1

In addition, a period of control or supervision by the Adult Parole Authority, after release from prison, is **mandatory** in this case.  A violation of any post-release control rule or condition can result in a more restrictive sanction while released, an increased duration of supervision or control, up to the maximum set out above and /or re-imprisonment even though you have served in entire stated prison sentence imposed upon you by this Court for all offenses set out above.  Re-imprisonment can be imposed in segments of up to 9 months but cannot exceed a maximum of ½ of the total term imposed for all of the offenses set out above.  If you commit another felony while subject to this period of control or supervision you may be subject to an additional prison term consisting of the maximum period of unserved time remaining on the post-release control as set out above or 12 months whichever is greater.  This prison term must be served consecutively to any term imposed for the new felony you are convicted of committing.  If this Court is not required by law to impose a prison sanction, it may impose a community control sanction or non-prison sanction upon you.  If you violate the rules or conditions of such a community control sanction, the Court may extend the time for which you are subject to this sanction up to a maximum of 5 years, impose a more restrictive sanction, or imprison you for up to the maximum term allowed for the offense/offenses as set out above.

I understand that the Court upon acceptance of a plea of guilty may proceed with judgment and sentencing.  I understand I have the right to a jury trial.  I understand I have the right to confront and cross-examine the witnesses against me, and the right to have compulsory process for obtaining witnesses in my favor and to require the State to prove my guilt beyond a reasonable doubt at a trial at which I cannot be compelled to testify against myself.  Upon

2

conviction, I would have the further right of Appeal.  However, I waive all those rights, including right to a trial by jury.  I withdraw my former plea of "not guilty" and enter a plea of "guilty" to the amended indictment charging me with the crime of:

COUNTS 1 & 2:   AGGRAVATED MURDER WITH FIREARM SPECIFICATION
(ORC 2903.01(B) & 2941.145)

COUNT 3:   ATTEMPTED AGGRAVATED MURDER WITH FIREARM
SPECIFICATION (F1) (ORC 2923.02, 2903.01(B) & 2941.145)

COUNTS 4 & 5:   KIDNAPPING (F1) WITH FIREARM SPECIFICATION
(ORC 2905.01(A)(2) & 2941.145)

COUNT 6:   AGGRAVATED BURGLARY (F1) WITH FIREARM SPECIFICATION
(ORC 2911.11(A)(1) and/or (2)  & 2941.145)

COUNT 7:   AGGRAVATED ROBBERY (F1) WITH FIREARM SPECIFICATION
(ORC 2911.01(A)(1) and/or (3)  & 2941.145)

Furthermore, I am entering the plea of guilty after being fully informed by my counsel and by the  Court of the elements of the charge.  Those elements are:

COUNT 1:   The Defendant did in Trumbull County, Ohio, purposely cause the death of Garry D. Bell, age 40, while committing or attempting to commit, or while fleeing immediately after committing or attempting to commit Kidnapping, and/or Aggravated Robbery, and/or Aggravated Burglary,

FIREARM SPECIFICATION AS TO COUNT ONE :   Pursuant to Ohio Revised Code Section 2941.145, the said Eric Lee Porterfield did, at the time of his commission of the offense of Aggravated Murder, have a firearm on or about his person or under his control, and displayed the firearm, brandished the firearm, indicated that he possessed the firearm, or used it to facilitate  the offense, and said firearm being defined in Section 2923.11 of the Ohio Revised Code.

3

COUNT 2:   The Defendant did in Trumbull County, Ohio, purposely cause the death of Charles Mathey III, age 40, while committing or attempting to commit, or while fleeing immediately after committing or attempting to commit Kidnapping, and/or Aggravated Robbery, and/or Aggravated Burglary,

FIREARM SPECIFICATION AS TO COUNT TWO:   Pursuant to Ohio Revised Code Section 2941.145, the said Eric Lee Porterfield did, at the time of his commission of the offense of Aggravated Murder, have a firearm on or about his person or under his control, and displayed the firearm, brandished the firearm, indicated that he possessed the firearm, or used it to facilitate  the offense, and said firearm being defined in Section 2923.11 of the Ohio Revised Code.

COUNT 3:   The Defendant did in Trumbull County, Ohio, purposely engage in conduct that, if successful, would have resulted in the offense of Aggravated Murder,  in violation of Ohio Revised Code Section 2903.01(B), to wit:  did purposely cause the death of Dave Harper, age 38, while committing or attempt to commit, or while fleeing immediately after committed or attempting to commit Kidnapping, and/or Aggravated Robbery, and/or Aggravated Burglary.

FIREARM  SPECIFICATION AS TO COUNT THREE:   Pursuant to Ohio Revised Code Section 2941.145, the said Eric Lee Porterfield did, at the time of his commission of the offense of Attempted Aggravated Murder, have a firearm on or about his person or under his control, and displayed the firearm, brandished the firearm, indicated that he possessed the firearm, or used it to facilitate  the offense, and said firearm being defined in Section 2923.11 of the Ohio Revised Code.

COUNT 4:   The Defendant did in Trumbull County, Ohio, by force, threat, or deception, remove Karen Mathey from the place where she was found, or did restrain the liberty of said Karen Mathey to facilitate the commission of any felony or fight thereafter,

4

**FIREARM SPECIFICATION AS TO COUNT FOUR:**  Pursuant to Ohio Revised Code Section 2941.145, the said Eric Lee Porterfield did, at the time of his commission of the offense of Kidnapping, have a firearm on or about his person or under his control, and displayed the firearm, brandished the firearm, indicated that he possessed the firearm, or used it to facilitate  the offense, and said firearm being defined in Section 2923.11 of the Ohio Revised Code.

**COUNT 5:**  The Defendant did in Trumbull County, Ohio, by force, threat, or deception, remove Dave Harper from the place where he was found, or did restrain the liberty of said Dave Harper to facilitate the commission of any felony or fight thereafter,

**FIREARM SPECIFICATION AS TO COUNT FIVE:**  Pursuant to Ohio Revised Code Section 2941.145, the said Eric Lee Porterfield did, at the time of his commission of the offense of Kidnapping, have a firearm on or about his person or under his control, and displayed the firearm, brandished the firearm, indicated that he possessed the firearm, or used it to facilitate  the offense, and said firearm being defined in Section 2923.11 of the Ohio Revised Code.

**COUNT 6:**  The Defendant did in Trumbull County, Ohio, by force, stealth, or deception, trespass in an occupied structure, to wit:  4520 Prospect Street, Newton Township, Ohio, when another person other than an accomplice of the offender was present, with purpose to commit in the structure, any criminal offense, and Eric Lee Porterfield did inflict, or attempted or threatened to inflict physical harm on other, and/or Eric Lee Porterfield had a deadly weapon on or about his person or under his control, to wit:  a firearm.

**FIREARM SPECIFICATION AS TO COUNT SIX:**  Pursuant to Ohio Revised Code Section 2941.145, the said Eric Lee Porterfield did, at the time of his commission of the offense of  Aggravated Burglary, have a firearm on or about his person or under his control, and displayed the firearm, brandished the firearm, indicated that he possessed the firearm, or used it to facilitate  the offense, and said firearm being defined in Section 2923.11 of the Ohio Revised Code.

5

<u>COUNT 7</u>:   The Defendant did in Trumbull County, Ohio, while attempting or committing a theft offense, as defined in Section 2913.01 of the Ohio Revised Code, or in fleeing immediately after the attempt or offense, have a deadly weapon on or about his person or under his control, and either displayed the weapon, brandished it, indicated that he possessed it, or used it, and/or inflict, or attempted to inflict serious physical harm on others.

<u>FIREARM SPECIFICATION AS TO COUNT SEVEN</u>:   Pursuant to Ohio Revised Code Section 2941.145, the said Eric Lee Porterfield did, at the time of his commission of the offense of Aggravated Robbery, have a firearm on or about his person or under his control, and displayed the firearm, brandished the firearm, indicated that he possessed the firearm, or used it to facilitate the offense, and said firearm being defined in Section 2923.11 of the Ohio Revised Code.


Furthermore, I have been informed by the Court and understand that I am **NOT** eligible for probation or community control sanction or (if applicable) that my plea of guilty may result in an additional sentence for a parole or post release control violation, and/or probation or community control sanction violation and such sentence shall be consecutive. Further my attorney has advised me of the possible appellate rights that may be applicable conditioned on the sentence imposed. Furthermore, my counsel and I have fully discussed the facts and circumstances surrounding this case including the names of all witnesses. My attorney has investigated these facts and circumstances to the best of my knowledge and has discussed with me the making of or the necessity of pre-trial motions. I am, therefore, satisfied that I am now entering this plea with full understanding of my legal rights under the facts and circumstances

6

as explained me by my attorney and the Court.  I have further advised my counsel and this Court that I am a citizen of the United States of America.

If you are not a citizen of the United States you are hereby advised that conviction of the offense to which you are pleading guilty may have the consequences of deportation, exclusion from admission to the United States, or denial of naturalization pursuant to the laws of the United States.

The underlying agreement upon which the plea is based as follows: Defendant to waive PSI.  Defendant stipulates as follows: (1) that he has served a prior prison term; (2) that he committed the worst form of the offenses; (3) that consecutive prison terms are necessary to protect the public and punish the offender; (4) that consecutive terms are not disproportionate to the conduct and to the danger the offender poses; and (5) and that the harm is so great or unusual that single terms do not adequately reflect the seriousness of the defendant's conduct.  State to recommend that Defendant be sentenced to ten (10) years on Count Three; ten (10) years on each of Counts Four, Five, Six, and Seven to be served concurrently to the sentence imposed in Count Three; life with parole eligibility after serving twenty (20) years of imprisonment on Count One to be served consecutively to the sentence imposed in Count Three; and life with parole eligibility after serving twenty (20) years of imprisonment on Count Two to be served consecutively to the sentences imposed in Counts One and Three.  Defendant to be sentenced to three (3) years on the firearm specification in Count Three which shall be served prior to and consecutive to the principal sentence.  The firearm specifications in

7

Counts One, Two, Four, Five, Six, and Seven will merge with the firearm specification in Count Three, for an aggregate sentence of 53 years to life.   State to *nolle prosequi* Specifications One through Four on Count One, and Specifications One through Four on Count Two.

_____
THOMAS L. ADGATE
ATTORNEY FOR DEFENDANT

_____
ERIC LEE PORTERFIELD
DEFENDANT

_____
LAWRENCE R. SMITH
ATTORNEY FOR DEFENDANT

The Court is satisfied that there is a factual basis for the plea; that the Defendant was advised of his/her constitutional rights and that he/she understood and waived them before entering the plea.  The plea of guilty is accepted.

_____
DATE

_____
HONORABLE  W. WYATT McKAY
JUDGE, COURT OF COMMON PLEAS
TRUMBULL COUNTY, OHIO

8

# IN THE COURT OF COMMON PLEAS
## TRUMBULL COUNTY, OHIO

| | |
|---|---|
| STATE OF OHIO, | ) CASE NO. 00-CR-402 |
| | ) |
| Plaintiff | ) JUDGE W. WYATT MCKAY |
| | ) |
| -vs- | ) SENTENCE TO THE LORAIN |
| | ) CORRECTIONAL INSTITUTION |
| ERIC LEE PORTERFIELD, | ) |
| | ) **ENTRY ON SENTENCE** |
| Defendant | ) |

The Defendant herein having been indicted by the May Fourth, 2000, terms of the Grand Jury of Trumbull County, Ohio, for Count 1: Aggravated Murder of Garry D. Bell With four (4) separate Specifications of Aggravating Circumstances and a Firearm Specification (ORC 2903.01(B); 2929.04(A)(5) and(7); 2941.14(C); & 2941.145); Count 2: Aggravated Murder of Charles Mathey III With four (4) separate Specifications of Aggravating Circumstances and a Firearm Specification (ORC 2903.01(B); 2929.04(A)(5) and (7); 2941.14(C); & 2941.145); Count 3: Attempted Aggravated Murder with Firearm Specification (F1) (ORC 2923.02, 2903.01(B) & 2941.145); Counts 4 & 5: Kidnapping with Firearm Specification (F1) (ORC 2905.01(A)(2) & 2941.145); Count 6: Aggravated Burglary with Firearm Specification (F1) (ORC 2911.11(A)(1) and/or (2) & 2941.145); and Count 7: Aggravated Robbery with Firearm Specification (F1) (ORC 2911.01(A)(1) and/or(3) & 2941.145), and on the 26th day of October, 2001, having been brought into Court and being represented by counsel, Attorney Thomas Adgate and Attorney Lawrence Smith, and entered a plea of guilty to an amended indictment charging him with Counts 1 & 2: Aggravated Murder With Firearm Specification, in violation

of ORC 2903.01(B) & 2941.145; Count 3: Attempted Aggravated Murder With Firearm Specification (F1), in violation of ORC 2923.02, 2903.01(B) & 2941.145; Counts 4 & 5: Kidnapping (F1) With Firearm Specification, in violation of ORC 2905.01(A)(2) & 2941.145; Count 6: Aggravated Burglary (F1) With Firearm Specification, in violation of ORC 2911.11(A)(1) and/or (2) & 2941.145; and Count 7: Aggravated Robbery (F1) With Firearm Specification, in violation of ORC 2911.01(A)(1) and/or (3) & 2941.145, said plea being accepted by the Court and pre-sentence investigation report having been waived.

On October 26, 2001, the defendant's sentencing hearing was held pursuant to Ohio Revised Code Section 2929.19. Defense Attorney Thomas Adgate and Attorney Lawrence Smith, and Assistant Prosecuting Attorneys Diane L. Barber and Kenneth N. Bailey were present, as was Defendant who was afforded all rights pursuant to Criminal Rule 32..

The Court finds that the Defendant has been convicted of Counts 1 & 2: Aggravated Murder With Firearm Specification, in violation of ORC 2903.01(B) & 2941.145; Count 3: Attempted Aggravated Murder With Firearm Specification (F1), in violation of ORC 2923.02, 2903.01(B) & 2941.145; Counts 4 & 5: Kidnapping (F1) With Firearm Specification, in violation of ORC 2905.01(A)(2) & 2941.145; Count 6: Aggravated Burglary (F1) With Firearm Specification, in violation of ORC 2911.11(A)(1) and/or (2) & 2941.145; and Count 7: Aggravated Robbery (F1) With Firearm Specification, in violation of ORC 2911.01(A)(1) and/or (3) & 2941.145, subject to a presumption in favor of prison under division (D) of section 2929.13 of the Ohio Revised Code.

2

The Court has considered the record, oral statements, victim impact statements, as well as taking into consideration the principles and purposes of sentencing under O. R. C. Section 2929.11, and has balanced the seriousness and recidivism factors under O. R. C. Section 2929.12. The Court further makes the following findings:  (1) that Defendant has served a prior prison term; (2) that he committed the worst form of the offenses; (3) that consecutive prison terms are necessary to protect the public and punish the offender; (4) that consecutive terms are not disproportionate to the conduct and to the danger the offender poses; and (5) and that the harm is so great or unusual that single terms do not adequately reflect the seriousness of the defendant's conduct.

It is therefore ORDERED, ADJUDGED, and DECREED that the defendant serve a stated prison term of ten (10) years on Count Three; ten (10) years on each of Counts Four, Five, Six, and Seven to be served concurrently to the sentence imposed in Count Three; Life with parole eligibility after serving twenty (20) years of imprisonment on Count One to be served consecutively to the sentence imposed in Count Three; and Life with parole eligibility after serving twenty (20) years of imprisonment on Count Two to be served consecutively to the sentences imposed in Counts One and Three.  Defendant to be sentenced to three (3) years on the firearm specification in Count Three which shall be served prior to and consecutive to the principal sentence.  The firearm specifications in Counts One, Two, Four, Five, Six, and Seven will merge with the firearm specification in Count Three, for an aggregate sentence of fifty-three (53) years to life.  Defendant is Ordered to pay the cost of prosecution taxed in the amount of $_____ for which execution is awarded.

3

It is therefore ordered that the Superintendent of the LORAIN CORRECTIONAL

INSTITUTION shall take note that the Defendant herein has been incarcerated in the Trumbull

County Jail pursuant to this charge from June 24, 2000 to date.

_____10/26/01_____
DATED

_____
HONORABLE W. WYATT McKAY
JUDGE, COURT OF COMMON PLEAS
TRUMBULL COUNTY, OHIO

You are hereby notified that you have
been convicted of a felony of violence
and pursuant to Section 2923.13 of the
Ohio Revised Code, you are
prohibited from acquiring, having,
carrying or using any firearm or
dangerous ordinance.

4

---

### Ohio Department of Rehabilitation and Correction

## Offender Data



### RONALD LYNN SHAFFER -A 399881

| | |
|---|---|
| Offense | AGG ROBBERY, AGG BURGLARY, KIDNAPPING, ATT AGG MURDER, AGG MURDER, AGG MURDER |
| Committing County | TRUMBULL |
| Date of Admission (yyyymmdd) | 20010309 |
| Institution | LEBANON CORRECTIONAL INSTITUTION |
| Status | INCARCERATED |
| Parole or Release Detail | |

| Sentence Information | | |
|---|---|---|
| Stated Prison Term (crimes committed on or after 7/1/96) | | 9 Years |
| Definite Sentence | | -------- |
| Indefinite Sentence | Minimum: | Life |
| | Maximum: | Life |
| Gun Specification, if any | | 3 Years |
| Next Parole Hearing Date | | -------- |

The above information may not contain a complete list of sentencing information for each offender.

Any person, agency or entity, public or private, who reuses, publishes or communicates the information available from this server shall be solely liable and responsible for any claim or cause of action based upon or alleging an improper or inaccurate disclosure arising from such reuse, re-publication or communication, including but not limited to actions for defamation and invasion of privacy.
Questions concerning the information contained in these documents should be sent via the U.S. Mail to the appropriate correctional institution, attn: Record Office. Addresses are available at www.drc.state.oh.us/mapserve/inst.htm.

EXHIBIT
32

## Ohio Department of Rehabilitation and Correction

## Offender Data



| JOHN P STAPLES -A 431657 | |
| --- | --- |
| Offense | AGG MURDER |
| Committing County | TRUMBULL |
| Date of Admission (yyyymmdd) | 20020626 |
| Institution | LEBANON CORRECTIONAL INSTITUTION |
| Status | INCARCERATED |
| Parole or Release Detail | |

| Sentence Information | | |
| --- | --- | --- |
| Stated Prison Term (crimes committed on or after 7/1/96) | | |
| Definite Sentence | | -------- |
| Indefinite Sentence | Minimum: | -------- |
| | Maximum: | Life |
| Gun Specification, if any | 3 Years | |
| Next Parole Hearing Date | 20450216   (yyyymmdd) | |

The above information may not contain a complete list of sentencing information for each offender.

Any person, agency or entity, public or private, who reuses, publishes or communicates the information available from this server shall be solely liable and responsible for any claim or cause of action based upon or alleging an improper or inaccurate disclosure arising from such reuse, re-publication or communication, including but not limited to actions for defamation and invasion of privacy.
Questions concerning the information contained in these documents should be sent via the U.S. Mail to the appropriate correctional institution, attn: Record Office. Addresses are available at www.drc.state.oh.us/mapserve/inst.htm.

EXHIBIT

33

| Ohio Department of Rehabilitation and Correction |
|:---:|
| **Offender Data** |



| MARK A WORLEY -A 405403 | |
|---|---|
| Offense | KIDNAPPING, AGG ROBBERY, AGG BURGLARY, MURDER, AGG MURDER |
| Committing County | TRUMBULL |
| Date of Admission (yyyymmdd) | 20010330 |
| Institution | LEBANON CORRECTIONAL INSTITUTION |
| Status | INCARCERATED |
| Parole or Release Detail | |

| Sentence Information | | |
|---|---|---|
| Stated Prison Term (crimes committed on or after 7/1/96) | 40 Years | |
| Definite Sentence | -------- | |
| Indefinite Sentence | Minimum: | Life |
| | Maximum: | Life |
| Gun Specification, if any | -------- | |
| Next Parole Hearing Date | -------- | |

The above information may not contain a complete list of sentencing information for each offender.

Any person, agency or entity, public or private, who reuses, publishes or communicates the information available from this server shall be solely liable and responsible for any claim or cause of action based upon or alleging an improper or inaccurate disclosure arising from such reuse, re-publication or communication, including but not limited to actions for defamation and invasion of privacy.
Questions concerning the information contained in these documents should be sent via the U.S. Mail to the appropriate correctional institution, attn: Record Office. Addresses are available at www.drc.state.oh.us/mapserve/inst.htm.

**EXHIBIT**

**34**

CC00002

In The Court of Common Pleas of _Trumbull_ County

| | | |
|---|---|---|
| State of Ohio, | : | Notice to Supreme Court of |
| Plaintiff, | : | Ohio of Filing of Indictment |
| | : | Charging Aggravated Murder |
| v. | : | with Specification(s) of |
| _Mark Andrew Warley_ | : | Aggravting Circumstances |
| Defendant. | : | [R.C. 2929.021(A)] |
| | : | |

Name of defendant: _Mark Andrew Warley_

The court in which the case will be heard:
_Trumbull County Common Pleas_
_Warren Ohio_

Case number(s):
_94 C R 783_

Date on which indictment was filed:

_December 28,1999_

_Margaret R OBrien_
Clerk of Courts of _Trumbull_ County
Date:

```
┌─────────────────────────┐
│         FILED           │
│                         │
│      JAN 10 2000        │
│                         │
│  MARCIA J. MENGEL, CLERK│
│  SUPREME COURT OF OHIO  │
└─────────────────────────┘
```

## IN THE COURT OF COMMON PLEAS
## TRUMBULL COUNTY, OHIO

STATE OF OHIO,                          :

      Plaintiff,                        :    Case No. 01-CR-794

-vs-                                    :

NATHANIEL JACKSON,                      :

      Defendant.                        :

## AFFIDAVIT OF RANDALL L. PORTER

STATE OF OHIO          :
                  : ss:
COUNTY OF Franklin     :

Randall L. Porter, after being duly sworn according to law, states as follows:

1.      I am an attorney licensed to practice law in the State of Ohio

2.      I am employed by the Office of the Ohio Public Defender as an Assistant State Public Defender.  In that capacity I was assigned to the above case.

3.      The information that is contained in Paragraph 21 concerning the race of the victims in cases in which a sentence of less that than death was imposed was provided to me by attorneys from the Trumbull County Public Defenders Office.

4.      The information contained in Paragraph 23 concerning a plea bargain was provided to me by one of the attorneys, John Juhasz, who represented Donna Roberts at trial.

5.      The information contained in Paragraph 53 concerning the existence of a police report concerning Robert Fingerhut was provided to me by one of the attorneys, John Juhasz, who represented Donna Roberts at trial.

Futher Affiant sayeth naught



EXHIBIT
35

Randall L. Porter

Sworn and subscribed to me this the 29th day of March 2004

Notary Public



**KATHRYN L. SANDFORD, ATTORNEY AT LAW**
NOTARY PUBLIC, STATE OF OHIO
My commission has no expiration date.
Section 147.03 R.C.

JUN-19-2003  14:51    STATE OF OHIO                    614 728 3670    P.05/32

OHIO
NEWS BUREAU INC.
CLEVELAND, OHIO 44115
216/241-0675

TRIBUNE CHRONICLE
WARREN, OH.
PM CIRC. 40,700

FEB-18-92

# Murder trial jury pool makeup questioned

By JACQUENETTE S. GEGGUS
Tribune Chronicle

WARREN — A prospective juror questioned this morning why there appeared to be no black potential jurors for the murder trial of Roderick Davie.

The prospective juror asked Trumbull Common Pleas Judge John M. Stuard during the opening minutes of jury selection: "What I don't understand is why he [Davie] is the only black guy in here," said the man, who did not identify himself.

Stuard replied that the jury pool is made up by the "luck of the draw." About 150 people have been brought in to make up the jury pool for the Davie trial.

The pool is culled from Trumbull County registered voters.

Davie, 19, of Warren, is charged in the June 27, 1991, shooting death of former Trumbull County Sheriff's Deputy John Coleman, 38, of Warren; the beating death of Tracey Jefferys, 21, of Lordstown; and the shooting of

William John Everett, 30, of Warren.

Expected to be heard in evidence will be the taped confession Davie gave to Warren police officers the afternoon after the shootings, and two photographic lineups that police presented to an eyewitness on the day of the shootings and two weeks afterward.

Prosecutors also revealed this morning a list of 20 potential witnesses in the trial. Defense attorneys submitted a smaller

list, which included four members of Davie's family.

Prosecutors say Davie broke into the former VCA pet food distribution warehouse and attempted to execute Coleman, Jefferys and Everett.

Officers say that when Jefferys and Everett tried to flee, Davie beat Jefferys to death with a chair and attempted to run Everett over with a truck.

Davie maintains he is innocent and says he could not have hurt Jefferys.

OHIO
NEWS BUREAU INC.
CLEVELAND, OHIO 44115
216/241-0675

SALEM NEWS
SALEM, OH.
PM CIRC. 9,188

FEB-20-92

## Potential juror raises race question

WARREN (AP) — A man who asked a judge why the pool of potential jurors for a murder trial didn't contained any blacks was told the situation was a result of Trumbull County's having a small minority population.

The man, who wasn't identified, was one of about 100 potential jurors called Tuesday for the trial of Roderick Davie, 20. Davie, who is black, is charged with shooting one person to death, fatally beating a second person and shooting a third last June 27. All three victims were former co-workers.

If convicted, he could be sentenced to death.

The juror who asked the question was dismissed from the jury pool by Trumbull County Common Pleas Judge John Stuard, who said the absence of blacks from the list was the luck of the draw.

Blacks make up less than 7 percent of the county's population, according to the 1990 U.S. Census, Prosecutor Dennis Watkins said. He said all-white jury pools aren't common in the county, but aren't planned.

"It has happened before and it will happen again," Watkins said. "It's like a lottery. It has nothing to do with color. It's just mathematics."

Jurors are selected in a lottery from voter registration lists

EXHIBIT
37

**OHIO**
**NEWS BUREAU INC.**
CLEVELAND, OHIO 44115
216/241-0675

AKRON BEACON JOURNAL
AKRON, OH.
AM CIRC. 153,558

## FEB-20-92

☻ WARREN

## Potential juror asks about lack of blacks

A potential juror, one of 100 called Tuesday in the murder trial of a black man, asked a judge why there were no blacks in the jury pool.

He was told it was because Trumbull County has a small minority population. Then the juror was dismissed by Trumbull County Common Pleas Judge John Stuard.

Stuard had denied defense attorneys' requests to have a jury culled from driver's license lists instead of voter registration lists.

Blacks make up less than 7 percent of the county's population, according to the 1990 U.S. census, Prosecutor Dennis Watkins said.

Roderick Davie, 20, is charged with shooting two co-workers to death and fatally beating another last June 27.

EXHIBIT
38

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| RODERICK DAVIE, | ) | |
| | ) | |
| Petitioner, | ) | Case No. 1:99CV2400 |
| | ) | |
| vs. | ) | |
| | ) | |
| BETTY MITCHELL, WARDEN, | ) | Judge: James G. Carr |
| | ) | |
| Respondent. | ) | |

## EXHIBIT ____

## AFFIDAVIT OF DIANE WILEY

| | |
|---|---|
| STATE OF MINNESOTA | ) |
| | ) SS |
| COUNTY OF HENNEPIN | ) |

Diane Wiley, being first duly sworn, on oath, deposes and says:

1.  I am president of the National Jury Project Midwest. My qualifications are attached as *Appendix I*.

2.  I was retained by the Ohio Public Defender Office in Columbus, Ohio, to evaluate whether or not the special jury venire [February 3, 1992 Venire -- Capital Offense] drawn in the case of *State of Ohio v. Roderick Davie* [Case No. 91-CR-288] in Trumbull County, Ohio was representative of the population of African Americans in Trumbull County during that time period.

    If the percentage of African American jurors was less than the percentage of African American residents in the county, I was asked to determine whether this discrepancy could occur by chance with a truly random sample or whether it indicates a statistically significant deviation.

3.  In order to determine whether the percentage of African Americans was representative of the African American population in Trumbull County, I compared the percentages of African American with census data from Tr

EXHIBIT
39

County. Given that there was an African American population of approximately 6% and there were no African Americans in the venire, I then determined the probability that this discrepancy could occur by chance with a truly random sample, which determines whether it indicates a statistically significant deviation.

4.  I have concluded that Trumbull County African American residents were seriously underrepresented in Roderick Davie's venire, and that this underrepresentation is extremely unlikely to have occurred by chance.

5.  There were no African American venirepersons. There should have been 7 or 8[1].

My analysis is based on United States Census Data[2] as compared to 130 total venirepersons as reported to have been present in the voir dire transcript from Mr. Davie's case. It was also reported in that transcript that there were no African Americans among the venirepersons.

I used the census figure of 5.987% African Americans between the ages of 18 and 74 for 1990 for Trumbull County.[3]

6.  While not every jury venire can be expected to be exactly representative of each cognizable class in a jurisdiction, random selection should result in roughly proportional representation.

In a fair, cross-sectional system, the probability of any eligible person being included in a jury pool would be the same for every eligible person, regardless of race. The Petit Jurors, if randomly selected from a representative jury pool, should also reflect the composition of the pool.

---

[1]  One would expect 7.8 African Americans out of a total of 130 jurors.

[2]  Racial and gender percentages of Trumbull County for 1990 are attached as *Appendix II*, Census Data: Trumbull County, Ohio, 1990. The percentages that were used were of persons age 18 to 74.

[3]  There were 158,054 persons between the ages of 18 and 74 in the 1990 Trumbull County census. 9,462 of those persons were African Americans between the ages of 18 and 74.

7. I have used three methods, which I understand have been discussed by the United States Supreme Court and the Ohio Supreme Court in various cases to calculate whether or not African Americans were underrepresented in Mr. Davie's special venire..

      A.    The Comparative Disparity Standard

      B.    Absolute Disparity

      C.    Statistical Significance

A.    The Comparative Disparity standard measures representativeness by the proportion by which the probability of serving is reduced for people in a particular cognizable class.

This percentage is determined by the following calculation:

$$\frac{P - Q}{P} \quad = \quad Comparative\ Disparity$$

$P$ = Proportion of the population in the specified category
$Q$ = Proportion of the panel in the specified category

B.    Absolute Disparity is another measure of the extent to which a cognizable class is underrepresented. The absolute disparity standard measures representativeness by the difference between the proportion of the population and the proportion of the pool in the underrepresented category.

This number is determined by the following calculation:

$$P - Q \quad = \quad Absolute\ Disparity$$

$P$ = Proportion of the population in the specified category
$Q$ = Proportion of the panel in the specified category

Affidavit of Diane Wiley – 14 June 2000             Page 3

C. Statistical Significance is another measure of the extent to which a cognizable class is under represented. The Statistical Significance test measures representativeness by calculating the probability of the disparity occurring by chance as the result of a random selection. If that probability is very low, the conclusion is drawn that the disparity is unlikely to be due to chance, but results from bias or discrimination.

The statistical significance test discussed in *Castaneda v. Partida*, 430 U.S. at 496 n. 17, provides that a difference of "two to three standard deviations" distinguishes an allowable from an unconstitutional disparity. This test is determined by the following calculation:

*One Standard*
*Deviation* = $\sqrt{Sample\ Size\ \times\ Proportion\ In\ Class\ \times\ Proportion\ Not\ In\ Class}$

*Absolute* = *Proportion of the Population in the Class*
*Disparity* – *Proportion of the Venirepersons in the Class*

*Disparity* = *Sample Size x Absolute Disparity*

*Number of*
*Standard*
*Deviations* = *Disparity ÷ One Standard Deviation*

8. The following **Chart 1** lays out the Comparative Disparity, Absolute Disparity and the number of Standard Deviations for the proportion of African American jury venirepersons in Mr. Davie's venire.

# CHART 1

## Representativeness of African Americans

### As Venirepersons

#### In *State of Ohio v. Roderick Davie*

#### Trumbull County   3 February 1992

| | |
|---|---|
| | There were 0 African American Venirepersons out of 130 Venirepersons |
| Comparative Disparity | 100% UNDER REPRESENTED |
| Absolute Disparity EXPECT 5.987 JURORS OUT OF 100 | 5.987% |
| Standard Deviation TO BE SIGNIFICANT, MUST BE "2 TO 3" | 2.877 SIGNIFICANT |

9. The number of African American citizens called to serve as jury venirepersons for *State of Ohio v. Roderick Davie*, on February 3, 1992 in Trumbull County Common Pleas Court under represented the percentage of African Americans in Trumbull County by 100%.

This underrepresentation represents a statistically significant deviation from the number of African American persons who would be expected utilizing a truly random sampling method from a truly random pool representative of the county.

10. Thus, I would recommend that other special venires drawn for death penalty cases in Trumbull County be analyzed to determine if there was also underrepresentation of African Americans in those venires.

It is disturbing to find a venire of this size without even one African American juror being included in a jurisdiction with 6% African Americans. This simply should not occur unless there was some kind of systematic discrimination.

11. The jury selection procedures that resulted in all African Americans being excluded from Roderick Davie's petit jury venire could also have resulted in the underrepresentation of African Americans in the grand jury venire.

It is my understanding that the same procedures are used to select venirepersons to serve on both petit and grand jury venires in the State of Ohio. Thus, it is extremely likely that the venire from which Mr. Davie's grand jurors were chosen also under represented African Americans in Trumbull County.

In order to determine whether or not African Americans were under represented in the grand jury venires during the period that Mr. Davie was indicted, it would be necessary to evaluate the composition of a number of grand jury venires from around that same time period.

12. The process used for selecting grand jury forepersons in Ohio can easily result in the underrepresentation of African Americans because it is not a random process.

It is my understanding that in Ohio, the presiding Common Pleas Court Judge often chose grand jury forepersons during the time period that Mr. Davie was indicted. In addition, the foreperson did not have to be chosen from the grand jury venire, but simply had to be a registered voter of the county.

I recently conducted a study of the grand jury forepersons chosen by judges in Hamilton County Ohio from 1982 through 1998. In Hamilton County, the presiding judges were personally selecting grand jury forepersons from outside of the grand jury venire.

Affidavit of Diane Wiley – 14 June 2000                                    Page 6

The purpose of the study was to evaluate whether or not the forepersons of the Hamilton County Grand Juries which returned death penalty indictments from 1982 to 1998 were representative of the population of African Americans in Hamilton County during that time period. I also looked at the percentage of women forepersons.

I found that African Americans were under represented by seventy-five percent and women were under represented by fifty percent. I also found there to be a number of persons who were chosen to be grand jury foreperson more than once. Given the large population of Hamilton County, the number of repeats would be unusual if a random process were used, and these were all white, primarily male forepersons.

Because there is only one foreperson on each grand jury, it is necessary to survey a large number of grand juries to determine if there is a statistically significant underrepresentation of any cognitive group.

Further affiant saith not.

Diane Wiley
_____
Diane Wiley

Sworn to and subscribed to before me this 14ᵗʰ day of June, 2000.

_____
Notary Public



Affidavit of Diane Wiley – 14 June 2000                           Page 7

*Appendix I*

Qualifications of Diane Wiley

# Diane Wiley
*Trial Consultant*

Diane Wiley is the president of the National Jury Project Midwest, located at 322 First Avenue North, Suite 500, Minneapolis, Minnesota 55401. The National Jury Project is a non-profit corporation specializing in the study of the American jury system. The National Jury Project is incorporated in the State of Minnesota and has regional offices in New York, New York; Oakland, California; and Minneapolis, Minnesota. Primary areas of research include voir dire procedures, the trial communication process, jury composition, venue evaluation, and other issues related to minimizing the effects of juror bias on the trial process.

National Jury Project researchers have conducted and analyzed interviews with jurors and persons included in jury pools in both state and federal jurisdictions all over the United States.

Ms. Wiley is a founding member of the National Jury Project, and has been employed as a trial consultant since its inception in 1975. She began her research of the jury system as an independent researcher in 1973. Ms. Wiley's prior research experience was in the area of attitudes towards criminal justice, evaluation of programs for juvenile and adult offenders, and community attitudes towards housing developments for the Minnesota Center for Sociological Research, The Governor's Task Force for Victims of Sexual Assault, and The Law Enforcement Assistance Agency (LEAA) Juvenile Justice Project, among others.

Ms. Wiley has supervised, administered and/or consulted on venue evaluation studies in the following cases:

| | |
|---|---|
| *State of North Carolina v. Little* | Beaufort County, 1975 |
| *State of Wisconsin v. Sturdevant* | Dodge County, 1975 |
| *State of Pennsylvania v. Arms* | Berks County, 1975 |
| *State of Minnesota v. Davis* | Beltrami County, 1976 |
|     CR #763 | |
| *United States v. Butler and Robideau* | District of South Dakota, Western |
|     CR #75-5106-2,3 | Division, 1976 |
| *State of Oklahoma v. McCoy* | Pittsburgh County, 1976 |
|     #F-74-254 | |

| | |
|---|---|
| *State of Nebraska v. Yellowbird*<br>#C-1470-71 | Sheridan County, 1976 |
| *State of South Dakota v. Martin*<br>#77-75 | Pennington County, 1977 |
| *State of Michigan v. Smith*<br>#416 | Kalkaska County, 1978 |
| *State of Minnesota v. Caldwell*<br>#49633 | St. Louis County, 1979 |
| *State of South Dakota v. Bettelyoun*<br>#78-58 | Jackson County, 1979 |
| *Schwans v. BASF-AG, et al*<br>#16843 | Lyon County, Minnesota, 1979 |
| *State of Minnesota v. Johnson*<br>#2064 | Faribault County, 1979 |
| *State of Illinois v. Perez, Santiago, et al*<br>#79-CF326 | Livingston County, 1979 |
| *State of Ohio v. Kilroy*<br>CR9-33B | Putnam County, 1980 |
| *State of Minnesota v. Blanchard*<br>#2959 | Becker County, 1980 |
| *State of Wisconsin v. Grancorwitz*<br>80-CR-395 | Vernon County, 1980 |
| *Kobes v. St. Joseph's Hospital, et al*<br>#39513 | Crow Wing County, Minnesota, 1980 |
| *State of Minnesota v. Marhoun* | Chisago County, 1980 |
| *State of Wisconsin v. Scherer*<br>#80-CR-3174 | Burnett County, 1981 |
| *Gauthier v. Strouth, et al* | St. Louis County, Minnesota, 1981 |
| *Wayne Bohlke v. Estate of John Ayers*<br>  *and City of Le Sueur* | Blue Earth County, Minnesota, 1981 |
| *State of Minnesota v. Sprague*<br>#4458 | Washington County, 1981 |
| *State of South Dakota v. Wellner*<br>  *& Wellner*<br>#13533,34 | Hand County, 1981 |
| *State of Illinois v. Brisbane, et al*<br>#80-CF-45 | Will County, 1981 |
| *State of Minnesota v. Koehler* | St. Louis County, 1982 |
| *Martell Mutual Town Insurance Company*<br>  *v. John J. Hines, et al*<br>#80-CV-348 | St. Croix County, Minnesota, 1982 |

| | |
|---|---|
| *State of Nebraska v. Buckman and Janis* | Sheridan County, 1983 |
| *State of Minnesota v. Swanson* | Sherburne County, 1983 |
| *State of South Dakota v.* | |
| *Collins Catch the Bear* | Pennington County, 1983 |
| #82-207 | |
| *State of Minnesota v. Tisland* | Beltrami County, 1984 |
| #K1-83-813 | |
| *State of Minnesota v. Foss* | Kandiyohi County, 1984 |
| *United States v. Elder* | Southern District of |
| B-84-276-SI | Texas, Corpus Christi Division, 1984 |
| *United States v. Elder and Merkt* | Southern District of |
| #B-84-746-SI | Texas, Brownsville Division, 1985 |
| *State of Minnesota v. Thom* | Kanabec County, 1985 |
| #10128 | |
| *Nygaard v. Mayo Clinic* | Olmsted County, Minnesota, 1985 |
| #44587 | |
| *United States v. Merkt* | Southern District of |
| B-85–SI | Texas, Corpus Christi Division, 1986 |
| *State of Ohio v. Warner, et al* | Hamilton County, 1986 |
| B854622 | |
| *State of Minnesota v. Curt Gruhl* | Goodhue County, 1986 |
| #4656 | |
| *State of Minnesota v. Richards* | Hennepin County, 1987 |
| *State of Minnesota v. Israelson* | Rice County, 1988 |
| #K-88-1162 | |
| *State of Minnesota v. Manning* | Itasca County, 1989 |
| #K6-89-129 | |
| *State of Minnesota v. Doty* | Dodge County, 1991 |
| #T4-91-508 | |
| *Chladek v. Independent School* | |
| *District 205, et al* | Dodge County, Minnesota, 1991 |
| *Adkins v. Tolfree Memorial Hospital, et al* | |
| #90 1342 NH | Ogemaw County, Michigan, 1992 |
| *State of Nebraska v. Frances Thompson* | Knox County, 1992 |
| #11818 | |
| *State of Minnesota v. Calvin Jones* | Chisago County, 1995 |
| No. K0-95-217 | |
| *State of Minnesota v. Darrell Johnson* | Chisago County, 1996 |
| No. K2-95-218 | |
| *State of Minnesota v. Adrian Riley* | Carver County, 1996 |
| No. K8-95-827 | |

| | |
|---|---|
| *State of Minnesota v.* | Dakota County, 1996 |
| *Olumuyiwa Shakirudee Akinosi* | |
| No. K6-96-1614 | |
| *State of Tennessee v.* | Davidson County, 1997 |
| *Charles Edward Hartman* | |
| No. 20101 | |
| *State of Minnesota v.* | Washington County, 1997 |
| *Joseph Ture* | |
| No. K6- 96- 6329 | |
| *Martinez v.* | Lincoln County, North Carolina 1998 |
| *Lincoln County Medical Center, et al* | |
| *State of Iowa v.* | Brown County, 1999 |
| *Randy Zaabal* | |
| No. FECR-311701 | |

The National Jury Project Midwest has been court appointed for the purposes of venue evaluation in *State of Minnesota v. Davis; State of South Dakota v. Martin; State of Illinois v. Brisbane; State of Minnesota v. Calvin Jones; and State of Tennessee v. Charles Edward Hartman.*

Ms. Wiley has consulted with attorneys in both state and federal jurisdictions in California, Colorado, District of Columbia, Georgia, Illinois, Indiana, Iowa, Kansas, Kentucky, Louisiana, Massachusetts, Michigan, Minnesota, Missouri, Nebraska, New Jersey, New York, North Dakota, Ohio, Oklahoma, Pennsylvania, Rhode Island, South Carolina, South Dakota, Tennessee, Texas, Washington and Wisconsin, in regards to voir dire procedures designed to reduce the effects of prejudice in both criminal and civil cases.

She has testified or submitted affidavits in 33 venue hearings for change of venue, including two appeal hearings.  She testified in the hearing for a new trial based on incompetence of counsel relating to inadequate voir dire in *Michigan v. LeBlanc*.

Ms. Wiley has supervised research and/or submitted affidavits in a number of cases involving evaluation of the composition of jury venires.

Ms. Wiley has provided in-court jury selection consultation and/or has prepared voir dire questions in hundreds of criminal and civil cases since 1973.

Ms. Wiley is a co-author of the manual, Jurywork: Systematic Techniques, published by the National Jury Project in 1978, and also of the second edition of this manual, published by West Group.  She is a contributing editor and co-author of the book, Women's Self Defense Cases: Theory and Practice, published by the Michie Company.  Ms. Wiley is a contributing author of the book, Handbook of Jury Research, published by ALI-ABA Philadelphia in 1998 and Minnesota Criminal Jury Trial Handbook, published by Butterworths.  She has written other materials and articles for legal publications and seminar materials.

Ms. Wiley regularly lectures at seminars and conferences on voir dire, case presentation issues and jury selection for organizations such as State and Federal Public Defender Associations, Bar Associations, Trial Lawyers Associations, Legal Services, the National Women and Law Conference, the National Association of Teacher Attorneys, and for Continuing Legal Education Programs sponsored by law schools and other organizations.

*Appendix II*

Census Data:

Trumbull County, Ohio

1990

JUN-15-2000 14:55 STATE OF OHIO 614 728 3670 P.30/31

990 Census Of Population And Housing Summary Tape File 3C

040 Ohio
050 Trumbull County

AGE
Universe: Persons

| | |
|---|---:|
| Under 1 year.......................................................... | 2,638 |
| 1 and 2 years......................................................... | 6,462 |
| 3 and 4 years......................................................... | 6,357 |
| 5 years............................................................... | 3,293 |
| 6 years............................................................... | 2,875 |
| 7 to 9 years.......................................................... | 9,828 |
| 10 and 11 years....................................................... | 6,733 |
| 12 and 13 years....................................................... | 5,926 |
| 14 years.............................................................. | 3,183 |
| 15 years.............................................................. | 3,624 |
| 16 years.............................................................. | 3,229 |
| 17 years.............................................................. | 3,556 |
| 18 years.............................................................. | 3,069 |
| 19 years.............................................................. | 2,973 |
| 20 years.............................................................. | 2,911 |
| 21 years.............................................................. | 2,843 |
| 22 to 24 years........................................................ | 8,491 |
| 25 to 29 years........................................................ | 15,815 |
| 30 to 34 years........................................................ | 17,941 |
| 35 to 39 years........................................................ | 18,179 |
| 40 to 44 years........................................................ | 16,881 |
| 45 to 49 years........................................................ | 13,107 |
| 50 to 54 years........................................................ | 11,925 |
| 55 to 59 years........................................................ | 11,029 |
| 60 and 61 years....................................................... | 4,835 |
| 62 to 64 years........................................................ | 7,212 |
| 65 to 69 years........................................................ | 11,492 |
| 70 to 74 years........................................................ | 9,351 |
| 75 to 79 years........................................................ | 6,125 |
| 80 to 84 years........................................................ | 3,335 |
| 85 years and over..................................................... | 2,595 |

JUN-15-2000  14:55     STATE OF OHIO                    614 728 5670    P.31/31

990 Census Of Population And Housing Summary Tape File 3C

  040 Ohio
  050 Trumbull County

ACE BY SEX BY AGE
niverse: Black males

|  |  |
|---|---:|
|  | 175 |
| Under 1 year...... | 287 |
| 1 and 2 years...... | 320 |
| 3 and 4 years...... | 155 |
| 5 years...... | 160 |
| 6 years...... | 397 |
| 7 to 9 years...... | 268 |
| 10 and 11 years...... | 235 |
| 12 and 13 years...... | 180 |
| 14 years...... | 125 |
| 15 years...... | 160 |
| 16 years...... | 182 |
| 17 years...... | 138 |
| 18 years...... | 64 |
| 19 years...... | 94 |
| 20 years...... | 90 |
| 21 years...... | 208 |
| 22 to 24 years...... | 386 |
| 25 to 29 years...... | 608 |
| 30 to 34 years...... | 496 |
| 35 to 39 years...... | 346 |
| 40 to 44 years...... | 382 |
| 45 to 49 years...... | 335 |
| 50 to 54 years...... | 290 |
| 55 to 59 years...... | 138 |
| 60 and 61 years...... | 148 |
| 62 to 64 years...... | 206 |
| 65 to 69 years...... | 161 |
| 70 to 74 years...... | 85 |
| 75 to 79 years...... | 133 |
| 80 to 84 years...... | 24 |
| 85 years and over...... |  |

90 Census Of Population And Housing Summary Tape File 3C

040 Ohio
050 Trumbull County

ACE BY SEX BY AGE
niverse: Black females

|  |  |
|---|---:|
| ... | 60 |
| nder 1 year.................................................. | 308 |
| and 2 years................................................. | 326 |
| and 4 years................................................. | 162 |
| years...................................................... | 120 |
| years...................................................... | 426 |
| to 9 years................................................. | 228 |
| 0 and 11 years.............................................. | 291 |
| 2 and 13 years.............................................. | 114 |
| 4 years..................................................... | 127 |
| 5 years..................................................... | 111 |
| 6 years..................................................... | 229 |
| 7 years..................................................... | 184 |
| 8 years..................................................... | 99 |
| 9 years..................................................... | 110 |
| 0 years..................................................... | 115 |
| 1 years..................................................... | 336 |
| 2 to 24 years.............................................. | 519 |
| 5 to 29 years.............................................. | 629 |
| 0 to 34 years.............................................. | 619 |
| 5 to 39 years.............................................. | 554 |
| 0 to 44 years.............................................. | 460 |
| 5 to 49 years.............................................. | 399 |
| 0 to 54 years.............................................. | 366 |
| 5 to 59 years.............................................. | 147 |
| 0 and 61 years............................................. | 236 |
| 2 to 64 years.............................................. | 331 |
| 5 to 69 years.............................................. | 248 |
| 0 to 74 years.............................................. | 154 |
| 5 to 79 years.............................................. | 98 |
| 0 to 84 years.............................................. | 77 |
| 85 years and over.......................................... |  |

## AFFIDAVIT OF MATT FRANKLIN

STATE OF OHIO            )
                         )      ss:
COUNTY OF FRANKLIN       )

I, Matt Franklin, after being duly sworn according to law, state as follows:

1)      I am an investigator employed by the Ohio Public Defender ("OPD").

2)      In the course of my employment, OPD requested that I verify the race of individuals who had served as grand jury forepeople in Hamilton County, Ohio.

3)      I verified that Foreperson Juanita Crosswhite is a black female.

4)      I verified that Foreperson Elizabeth Davis is a black female.

5)      I verified that Foreperson John F. Matthews is a white male.

6)      I verified that Foreperson Donald E. Edwards is a white male.

7)      I verified that Foreperson Robert L. Wenzel is a white male.

Further affiant saith naught.

_____
MATT FRANKLIN

Sworn to and subscribed in my presence this 18 day of February, 2000

_____
NOTARY PUBLIC

DORIAN L. HALL
NOTARY PUBLIC, STATE OF OHIO
MY COMMISSION EXPIRES JULY 7, 2003

## AFFIDAVIT OF KELLY HEIBY

STATE OF OHIO         )
                    )    ss:

COUNTY OF FRANKLIN  )

I, Kelly Heiby, after being duly sworn according to law, state as follows:

1)     I am an investigator employed by the Ohio Public Defender ("OPD").

2)     In the course of my employment, OPD requested that I verify the race of individuals who had served as grand jury forepeople in Hamilton County, Ohio.

3)     I verified that Foreperson Michael J. Ries is a white male.

4)     I verified that Foreperson Laverne M. Hust is a white female.

5)     I verified that Foreperson William L. Kathman is a white male.

6)     I verified that Foreperson Burt Gross is a white male.

7)     I verified that Foreperson Paul W. Schinkal is a white male.

Further affiant saith naught.

_____
KELLY HEIBY

Sworn to and subscribed in my presence this 18 day of February, 2000

_____
NOTARY PUBLIC

DORIAN L. HALL
NOTARY PUBLIC, STATE OF OHIO
MY COMMISSION EXPIRES JULY 7, 2003

## AFFIDAVIT OF MARTHA PHILLIPS

STATE OF OHIO )
)  ss.
COUNTY OF FRANKLIN )

I, Martha Phillips, after being duly sworn according to law, state as follows:

1) I am an investigator employed by the Ohio Public Defender ("OPD").

2) In the course of my employment, OPD requested that I verify the race of individuals who had served as grand jury forepeople in Hamilton County, Ohio.

3) I verified that Foreperson William Stroup is a white male.

4) I verified that Foreperson Larry Browning is a white male.

Further affiant saith naught.

_____
MARTHA PHILLIPS

Sworn to and subscribed in my presence this _18_ day of February, 2000

_____
NOTARY PUBLIC

DORIAN L. HALL
NOTARY PUBLIC, STATE OF OHIO
MY COMMISSION EXPIRES JULY 7, 2003

AFFIDAVIT OF FELICIA CRAWFORD

STATE OF OHIO            )
                        )        ss:
COUNTY OF FRANKLIN      )

I, Felicia Crawford, after being duly sworn according to law, state as follows:

1)      I am an investigator employed by the Ohio Public Defender ("OPD").

2)      In the course of my employment, OPD requested that I verify the race of individuals who had served as grand jury forepeople in Hamilton County, Ohio.

3)      I verified that Foreperson Ruth Leisring is a white female.

4)      I verified that Foreperson Jeff E. Roan is a white male.

5)      I verified that Foreperson Roxanne E. Ross is a white female.

6)      I verified that Foreperson Kenneth A. Gates is a white male.

7)      I verified that Foreperson Ronald R. Hank is a white male.

8)      I verified that Foreperson Thomas Griswold is a white male.

9)      I verified that Foreperson Todd Minges is a white male.

10)     I verified that Foreperson Harry M. Taylor is a white male.

11)     I verified that Foreperson Maxwell C. Dieffenbach is a white male.

12)     I verified that Foreperson James Edward Buchanan is a white male.

13)     I verified that Foreperson Stephen M. Wright is a white male.

14)     I verified that Foreperson Sandra L. Keiser is a white female.

15)     I verified that Foreperson Thomas Balish is a white male.

16)     I verified that Foreperson Bernice Childs is a black male.

17)     I verified that Foreperson Mary Ellen Tressler is a white female.

Further affiant saith naught.

_Felicia Crawford_
FELICIA CRAWFORD

Sworn to and subscribed in my presence this 1̲8̲ day of February, 2000

_Dorian L. Hall_
NOTARY PUBLIC

DORIAN L. HALL
NOTARY PUBLIC, STATE OF OHIO
MY COMMISSION EXPIRES JULY 7, 2003

1    UNITED STATES DISTRICT COURT

2    SOUTHERN DISTRICT OF OHIO

3    WESTERN DIVISION

EXHIBIT

C

4                         - - -

5    SHAWN HAWKINS,              :

6         Petitioner,           :   CASE NOS. C-1-97-479

7    vs.                        :            97-CV-296

8    RALPH COYLE, WARDEN,       :       Judge Dlott

9         Respondent.           :

10                        - - -

11        Deposition of JUDGE MELBA MARSH, a witness

12   herein, taken by the petitioner as upon

13   cross-examination pursuant to the Federal Rules of

14   Civil Procedure and pursuant to Subpoena as to the

15   time and place, and stipulations hereinafter set

16   forth, at the offices of Drew & Ward,

17   2400 Fourth & Vine Tower, One West Fourth Street,

18   Cincinnati, Ohio, at 1:03 p.m. on Thursday,

19   September 24, 1998, before Lisa L. Weisenberger, a

20   notary public within and for the State of Ohio.

21                        - - -

22

23            Cin-Tel Corporation
              813 Broadway
              Cincinnati, Ohio  45202
                (513) 621-7723

1    would you have been one of the trial counsel on

2    the case?

3         A    I started the case and -- but that is

4    true.  I left the case, and it was finished by

5    Karla Grady and Jerry Krumpelbeck.

6         Q    By the way, how are grand juries

7    selected in Hamilton County?

8         A    Grand juries are selected by the same

9    means regular jurors are selected.  What happens

10   is that on every third Monday, a special panel is

11   separated from the regular number of jurors.

12   However, the foreperson on the grand jury is

13   selected by a judge.  And then the foreperson and

14   the jurors meet in the prosecutor's office in a

15   separate part of the prosecutor's office.  They

16   hear cases as the case is presented, and then they

17   make a determination as to whether a true bill or

18   not true bill.

19        Q    So the jurors are selected from the

20   same pool as common pool?

21        A    Oh, yes.

22        Q    All right.  And then the foreperson

23   is selected by --

24        A    Judge.

1        Q      Is it any particular judge?

2        A      Whoever is the presiding criminal

3    judge of that particular month.

4        Q      And does the foreperson come out of

5    the pool, or is it a special --

6        A      No, that is selection.  The judge

7    gives a name to the prosecutor's office, and the

8    prosecutor's office accepts that.  There is some

9    restrictions.  You can't serve more than once in a

10   two-year term.  But I don't know of any other

11   restrictions.

12       Q      Okay.  So just hypothetically if --

13   well, I believe Judge Nadel is the presiding judge

14   this year.

15       A      But Judge Martin is the criminal

16   judge this month.

17       Q      Oh, okay.  So it is the presiding

18   criminal judge who selects the foreperson of the

19   grand jury?

20       A      Correct.

21       Q      I happen to know Judge Nadel.  That

22   is why I was going to use him as an example.  But

23   Judge Martin could call me up -- I mean, I am a

1    could call me up and say, "Tony, we would like you

2    to be the foreperson of the grand jury"?

3          A     And if you accept and there is no

4    other restrictions barring your way, then you are

5    the foreperson.

6          Q     Do you know what the other

7    restrictions are?

8          A     The only one I can think of right now

9    is that you can't serve more than once in every

10   24 months. But I can't remember what the other

11   restrictions are. I would gather that you would

12   have to be a voter. I would gather. And I would

13   gather that there might be other restrictions. I

14   just don't know what they are.

15         Q     Okay. Are these rules written down

16   anyplace?

17         A     I would think they would be.

18         Q     Have people served as forepersons to

19   the grand jury more than once? If you've got the

20   rule not more than once every two years.

21         A     That I don't know. You will have to

22   contact the jury commissioner. He would be able

23   to give you some idea about that.

24         Q     Does the jury commissioner have

1    the --

2            A    I don't know.

3            Q    -- the rules?

4            A    I don't know.

5            Q    Okay.  Did you have any contact with

6    a person named Keith Myre in regard to this case?

7            A    It doesn't ring a bell.

8            Q    Okay.

9            A    I don't recall the name.

10           Q    If I told you that Keith Myre at one

11   point was proposed as a witness who had heard a

12   jailhouse confession from Shawn Hawkins, does

13   that --

14           A    Remember, at this particular point in

15   time, I was not the trial counsel.  Once we got

16   the case past the grand jury, my involvement began

17   to wane.  So that would probably be an issue that

18   one of the other counsels who actually tried the

19   case had to deal with.

20           Q    Okay.

21           A    I don't believe that I dealt with

22   this issue.  I'm not saying I didn't.  I just

23   don't recall ever dealing with it.

24           Q    It is my information that this case

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

JAMES ETHAN MILLS,                          :

    Petitioner,                         :          Case No. C-1-96-423

-vs-                                        :          JUDGE SUSAN J. DLOTT

CARL S. ANDERSON, Warden,                   :

    Respondent.                         :

EXHIBIT ____

AFFIDAVIT OF KIMBERLEE GRAY

IN THE STATE OF OHIO,

COUNTY OF HAMILTON, SS:

    I, Kimberlee Gray, after being duly sworn according to law states as follows:

    1) I am a criminal investigator licensed in the State of Ohio.

    2) I have a Bachelor of Arts degree from University of Cincinnati.

    3) From 1990 to 1994, I worked as a criminal investigator for the Office of the Ohio Public Defender.

    4) As part of my employment and licensing, I received one hundred twenty hours of training at the Ohio Peace Officer Training Academy in London, Ohio.

    5) Since March, 1994, I have operated my own business, Gray Investigations. I perform investigative services for private attorneys who provide representation in criminal and civil (personal injury) cases. I also perform some investigative services for the Hamilton County Legal Aid Society and the Hamilton County Public Defender.

Ian-05-98 04:43P Kimb   lee Gray              51   751-5400           P.03

6) In 1994, I was approached by Randall L. Porter, Assistant State Public Defender, to provide investigative services with respect to Derrick Jamison's case.

7) Mr. Porter provided me with the names and 1983 addresses of twenty-one individuals who he identified as forepersons for Hamilton County grand juries which returned capital indictments. Mr. Porter requested that I update the addresses of these twenty-one individuals and verify their race.

8) After updating the addresses, I then personally ascertained the race of the forepersons by going to each individual's address:

| DEFENDANT | FOREPERSON | RACE |
|---|---|---|
| 1. Alton Coleman | James R. Kuntz<br>13035 Coopermeadow Ln.<br>Cincinnati, Ohio 45242 | White |
| 2. Dewaine Poindexter | Margaret R. Seta<br>2101 Beech Grove Dr.<br>Cincinnati, Ohio 45238 | White |
| 3. Derrick Jamison | Kenneth R. Kirwan<br>4236 Cloverhill Ter.<br>Cincinnati, Ohio 45231 | White |
| 4. James Mills | Donald Day<br>1047 Rutledge Ave.<br>Cincinnati, Ohio 45204 | White |
| 5. Derrick Cook | Glenn Laib<br>253 Centerview Dr.<br>Cincinnati, Ohio 45238 | White |
| 6. David Steffen | Phyllis H. Layton<br>967 Chesterton Way<br>Cincinnati, Ohio 45230 | White |
| 7. Billy Joe Sowell | Lawrence R. Verne<br>9789 Pinto Ct.<br>Cincinnati, Ohio 45242 | White |

Jan-05-98  04:45P  Kime       Hob  Gray

| | | |
|---|---|---|
| 8.  Michael Beuke | William M. Welsh<br>658 Flagstaff Dr.<br>Cincinnati, Ohio  45215 | White |
| 9.  Lincoln Carter | Robert Minges<br>7500 E. Miami River Rd.<br>Cincinnati, Ohio  45247 | White |
| 10.  Daniel Bedford | John J. Kennedy<br>994 Anderson Hills Dr<br>Cincinnati, Ohio  45230 | White |
| 11.  Alton Coleman | E.W. Boggs<br>12456 Gentle Knowll E. Dr.<br>Jacksonville, Fl. 32258 | White |
| 12.  John Mize | Richard J. Plagge<br>5688 Midforest Lane<br>Cincinnati, Ohio  45238 | White |
| 13.  Dwight Denson | Andrew Hopple<br>2373 Maryland Ave.<br>Cincinnati, Ohio  45204 | Unable to locate |
| 14.  Jerome Henderson | Dale D. Streid<br>6720 Druwood Ln.<br>Cincinnati, Ohio  45243 | White |
| 15.  John Hicks | Fred A. Fischer, DDS<br>564 Laramie Trail<br>Cincinnati, Ohio  45215 | White |
| 16.  Tony Powell | Robert Ott<br>7821 Gail Dr.<br>Cincinnati, Ohio  45236 | White |
| 17.  Martin Rojas | Dr. Meyer Schneider<br>5300 Hamilton Ave. 506<br>Cincinnati, Ohio  45224 | White |
| 18.  Ronald Combs | Pamela Olivia<br>2357 Wheeler St.<br>Cincinnati, Ohio  45220 | Unable to locate |
| 19.  Elizabeth Green | Jerry Korte<br>3241 Braewood Dr. | White |

Cincinnati, Ohio 45241

20.  Jerome Campbell          George Rebeck                    White
                             8914 Appleknoll Ln.                    |
                             Cincinnati, Ohio  45236

21.  Shawn Hawkins           Paul Hill                        White
                             3110 Limestone Cir.
                             Cincinnati, Ohio  45239

Further affiant sayeth naught.

_____
KIMBERLEE GRAY

Sworn and subscribed before me, a Notary Public, on this ___ day of January, ____

_____
NOTARY PUBLIC

RAVERT J CLARK ESQ
630 READING RD SUITE 250
CINCINNATI OH 45202
4070236580

×60302/gg

01-CR-794
DIRECT PRESENTMENT

**INDICTMENT**
Crim R. 6, 7

AGGRAVATED MURDER (F)
WITH SPECIFICATIONS OF
A G G R A V A T I N G
C I R C U M S T A N C E S
(2903.01(A), 2941.14(C), and
2929.04(A)(7)

THE STATE OF OHIO         )

                              )

TRUMBULL ................ COUNTY, ss.)

COURT OF COMMON PLEAS

Of the Term September, in the year two thousand one,

*THE JURORS OF THE GRAND JURY of the State of Ohio, within and for the body of the County*

*aforesaid, on their oaths, in the name and by the authority of the State of Ohio, do find and present that* on or

about the 11th day of December, 2001, at Trumbull County, Ohio, **NATHANIEL E. JACKSON**, did purposely,

and with prior calculation and design, cause the death of Robert S. Fingerhut, age 56,

SPECIFICATION #1 TO COUNT ONE: Aggravating Circumstance of Aggravated Burglary (2929.04(A)(7)

      THE GRAND JURORS further find and specify pursuant to Ohio Revised Code section 2929.04(A)(7)

that the offense was committed while **NATHANIEL E. JACKSON** was committing, attempting to commit, or

fleeing immediately after committing or attempting to commit Aggravated Burglary, and **NATHANIEL E.**

**JACKSON** was the principal offender in the commission of the Aggravated Murder.

> You are hereby notified that you are under indictment
> for a felony of violence and pursuant to Section 2923.13
> of the Ohio Revised Code you are prohibited from acquir-
> ing, having, carrying, or using any firearm or dangerous
> ordnance while under indictment.

Case No.      01-CR-794 - DIRECT PRESENTMENT
Defendant    JACKSON, Nathaniel E.

Page 1 of 6


EXHIBIT
40

SPECIFICATION #2 TO COUNT ONE: Aggravating Circumstance of Aggravated Robbery (2929.04(A)(7)

THE GRAND JURORS further find and specify pursuant to Ohio Revised Code section 2929.04(A)(7)

that the offense was committed while NATHANIEL E. JACKSON was committing, attempting to commit, or

fleeing immediately after committing or attempting to commit Aggravated Robbery, and NATHANIEL E.

JACKSON was the principal offender in the commission of the Aggravated Murder.

in violation of the Ohio Revised Code, Title 29, Section 2903.01(A), 2941.14(C), and 2929.04(A)(7), *and against*

*the peace and dignity of the State of Ohio.*

COUNT 2: AGGRAVATED MURDER (F) WITH SPECIFICATIONS OF AGGRAVATING CIRCUMSTANCES (2903.01(B), 2941.14(C), and 2929.04(A)(7)

*THE JURORS OF THE GRAND JURY of the State of Ohio, within and for the body of the County aforesaid,* on their oaths, in the name and by the authority of the State of Ohio, do find and present that on or about the 11th day of December, 2001, at Trumbull County, Ohio, **NATHANIEL E. JACKSON**, did purposely cause the death of Robert S. Fingerhut, age 56, while committing or attempting to commit, or while fleeing immediately after committing or attempting to commit, Aggravated Burglary and/or Aggravated Robbery,

SPECIFICATION #1 TO COUNT TWO: Aggravating Circumstance of Aggravated Burglary (2929.04(A)(7)

THE GRAND JURORS further find and specify pursuant to Ohio Revised Code section 2929.04(A)(7) that the offense was committed while **NATHANIEL E. JACKSON** was committing, attempting to commit, or fleeing immediately after committing or attempting to commit Aggravated Burglary, and **NATHANIEL E. JACKSON** was the principal offender in the commission of the Aggravated Murder.

SPECIFICATION #2 TO COUNT TWO: Aggravating Circumstance of Aggravated Robbery (2929.04(A)(7)

THE GRAND JURORS further find and specify pursuant to Ohio Revised Code section 2929.04(A)(7) that the offense was committed while **NATHANIEL E. JACKSON** was committing, attempting to commit, or fleeing immediately after committing or attempting to commit Aggravated Robbery, and **NATHANIEL E. JACKSON** was the principal offender in the commission of the Aggravated Murder.

in violation of Section 2903.01(B), 2941.14(C), and 2929.04(A)(7) of the Ohio Revised Code, *and against the peace and dignity of the State of Ohio.*

You are hereby notified that you are under indictment for a felony of violence and pursuant to Section 2923.13 of the Ohio Revised Code you are prohibited from acquiring, having, carrying, or using any firearm or dangerous ordnance while under indictment.

Case No.        01-CR-794 - DIRECT PRESENTMENT
Defendant       JACKSON, Nathaniel E.

Page 3 of 6

COUNT 3:    AGGRAVATED BURGLARY (F1) WITH FIREARM SPECIFICATION

*THE JURORS OF THE GRAND JURY of the State of Ohio, within and for the body of the County*

*aforesaid,* on their oaths, in the name and by the authority of the State of Ohio, do find and present that on or about

the 11th day of December, 2001, at Trumbull County, Ohio, **NATHANIEL E. JACKSON,** by force, stealth, or

deception, did trespass in an occupied structure or in a separately secured or separately occupied portion of an

occupied structure, to-wit: 254 Fonderlac, Howland Township, Ohio, when Robert S. Fingerhut, age 56, was

present, with purpose to commit in the structure or in the separately secured or separately occupied portion of the

structure any criminal offense, and **NATHANIEL E. JACKSON** did inflict, or attempted or threatened to inflict

physical harm on Robert S. Fingerhut, and **NATHANIEL E. JACKSON** did have a deadly weapon or dangerous

ordnance on or about his person or under his control,

SPECIFICATION #1 TO COUNT THREE: Firearm Specification (2941.145)

THE GRAND JURORS further find and specify pursuant to Ohio Revised Code 2941.145 that the said

NATHANIEL E. JACKSON did at the time of his commission of the crime of Aggravated Burglary have a

firearm on or about his person or under his control, and displayed the firearm, brandished the firearm, indicated

that he possessed the firearm, or used it to facilitate the offense, said firearm being defined in Section 2923.11 of

the Revised Code,

in violation of Section 2911.11(A)(1)(2) and 2941.145 of the Ohio Revised Code, *and against the peace and*

*dignity of the State of Ohio.*

You are hereby notified that you are under indictment
for a felony of violence and pursuant to Section 2923.13
of the Ohio Revised Code you are prohibited from acquir-
ing, having, carrying, or using any firearm or dangerous
ordnance while under indictment.

Case No.        01-CR-794 - DIRECT PRESENTMENT                                Page 4 of 6
Defendant      JACKSON, Nathaniel E.

<u>COUNT 4:</u>    AGGRAVATED ROBBERY (F1) WITH FIREARM SPECIFICATION

*THE JURORS OF THE GRAND JURY of the State of Ohio, within and for the body of the County aforesaid*, on their oaths, in the name and by the authority of the State of Ohio, do find and present that on or about the 11ᵗʰ day of December, 2001,  at Trumbull County, Ohio, **NATHANIEL E. JACKSON,** in attempting or committing a theft offense, as defined in section 2913.01 of the Revised Code, or in fleeing immediately after the attempt or offense, did have a deadly weapon on or about his person or under his control, and either displayed the weapon, brandished it, indicated that he possessed it, or used it, and **NATHANIEL E. JACKSON** did inflict, or attempt to inflict, serious physical harm on Robert S. Fingerhut, age 56,

<u>SPECIFICATION #1 TO COUNT FOUR: Firearm Specification (2941.145)</u>

THE GRAND JURORS further find and specify pursuant to Ohio Revised Code 2941.145 that the said NATHANIEL E. JACKSON did at the time of his commission of the crime of Aggravated Robbery have a firearm on or about his person or under his control, and displayed the firearm, brandished the firearm, indicated that he possessed the firearm, or used it to facilitate the offense, said firearm being defined in Section 2923.11 of the Revised Code,

in violation of Section 2911.01(A)(1)(3) and 2941.145 of the Ohio Revised Code, *and against the peace and dignity of the State of Ohio.*

You are hereby notified that you are under indictment for a felony of violence and pursuant to Section 2923.13 of the Ohio Revised Code you are prohibited from acquiring, having, carrying, or using any firearm or dangerous ordnance while under indictment.

Dennis Watkins, Prosecuting Attorney

Charles L. Morrow, Asst. Pros. Attorney

Case No.    01-CR-794 - DIRECT PRESENTMENT              Page 5 of 6
Defendant   JACKSON, Nathaniel E.

01-CR-794
DIRECT PRESENTMENT
September Eighth Term, 2001
COMMON PLEAS COURT
TRUMBULL COUNTY, OHIO

## THE STATE OF OHIO
vs.

NATHANIEL E. JACKSON
c/o Trumbull County Jail
Warren, OH  44481
SSN: 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; DOB: 02/13/72

*Indictment for:* CT 1: AGG MURDER (F) W/SPECS
OF AGG CIRCUMSTANCES (2903.01(A),
2941.14(C), and 2929.04(A)(7);
CT 2: AGG MURDER (F) W/SPECS OF AGG
CIRCUMSTANCES (2903.01(B), 2941.14(C), and
2929.04(A)(7);
CT 3: AGG BURGLARY (F1) W/FIREARM SPEC
(2911.11(A)(1)(2) and 2941.145;
CT 4: AGG ROBBERY (F1) W/FIREARM SPEC
(2911.01(A)(1)(3) and 2941.145

_____
Prosecuting Attorney

A TRUE BILL

_____
Foreman of the Grand Jury

This Bill of Indictment found upon testimony sworn and sent before
the Grand Jury at the request of the Prosecuting Attorney

_____
Foreman of the Grand Jury

*Filed*_____, 20_____

_____
                                        Clerk
*By*_____
                                        Deputy

---

*On this* _____*day of*_____20___

*the within named* _____

_____

*Defendant was arraigned, and pleads*

_____*guilty to this indictment*

_____
                                        Clerk
*By*_____
                                        Deputy

The State of Ohio
Trumbull County.

   I, the undersigned, Clerk of the Court of
*Common Pleas in and for said County, do hereby*
*certify that the foregoing is a full, true, and correct*
*copy of the original indictment, with endorsements*
*thereon, now on file in my office.*

*WITNESS my hand and seal of said Court at,*
*Warren,*

*Ohio, this* ___28___ *day of* _Dec_ , 20 _01_

_Margaret R O'Brien_

_____
                                        Clerk
*By*_____
                                        Deputy

---

Case No.        01-CR-794 - DIRECT PRESENTMENT
Defendant       JACKSON, Nathaniel E.

Page 6 of 6

IN THE COURT OF COMMON PLEAS
TRUMBULL COUNTY, OHIO

STATE OF OHIO,                          :

     Plaintiff,                        :     Case No. 01-CR-794

-vs-                                    :

NATHANIEL JACKSON,                      :

     Defendant.                        :

EXHIBIT *84 I*

### AFFIDAVIT OF MARK ROOKS

State of Ohio          :
             :     ss:
County of Franklin     :

Mark Rooks, after being duly sworn according to law, states as follows:

1.     I am an investigator employed by the Office of the Ohio Public Defender.

2.     As part of my duties, I am assigned to the above case.

3.     On December 29, 2003, I attempted to telephonically contact Janice Winans who resides at 2486 Greenbriar Drive, Cortland, Ohio 44410 and whose telephone number is 330-638-0765.

4.     I was unsuccessful and I renewed my efforts on December 30 and 31, 2003. On December 31, 2003 I spoke with Ms. Winans' spouse who verified that Ms. Winans was Caucasian.

Further affiant saith naught.

_____
MARK ROOKS

EXHIBIT
41

Sworn to and subscribed in my presence this 2ⁿᵈ day of January, 2004.

_Gloria Govine_
NOTARY PUBLIC

191625

NOTARIAL SEAL
STATE OF OHIO

GLORIA GOVINE
My Commission Expires 7-24-2005

# Affidavit of
# Diane Wiley

STATE OF MINNESOTA    )
                              ) SS

COUNTY OF HENNEPIN    )

Diane Wiley, being first duly sworn, on oath, deposes and says:

1.    I am president of the National Jury Project Midwest. My qualifications are attached as *Appendix I*.

2.    I was retained by the Ohio Public Defender Office in Columbus, Ohio, to evaluate whether or not the forepersons of the Hamilton County Grand Juries which returned death penalty indictments from 1982 through 1998 were representative of the population of African Americans in Hamilton County during that time period. I also looked at the percentage of women forepersons.

    In order to determine whether the percentage of African American forepersons and women forepersons were representative of their respective populations in Hamilton County, I compared the percentages of African American and women forepersons with census data from Hamilton County. I then determined the probability that this discrepancy could occur by chance with a truly random sample, which determines whether it indicates a statistically significant deviation.

3.    I have concluded that Hamilton County African American residents have been seriously underrepresented as Grand Jury forepersons in the Grand Juries which returned death penalty indictments from 1982 through 1998.

    There were only 4 African American forepersons. There should have been 18 or 19. Thus, there were less than a quarter as many African American forepersons as would be expected, based on the percentage of African Americans in Hamilton County.

    This underrepresentation is statistically significant.

EXHIBIT
9

4.   In the first five years after the death penalty was reinstated, there were no African American Grand Jury forepersons of Grand Juries returning death indictments. The first and only African American male to serve as such a Grand Jury foreperson was in 1987. A female African American served in 1988, and 2 female African Americans served in 1992, for a total of 4 African American Grand Jury forepersons during the entire 17 years from 1982 through 1998.

5.   In addition, I have concluded that female Hamilton County residents have also been seriously underrepresented as Grand Jury forepersons in the Grand Juries which returned death penalty indictments from 1982 through 1998.

There have been less than half as many women forepersons as would be expected, based on their percentage in the population of Hamilton County.

This underrepresentation is also statistically significant.

6.   My analysis is based on United States Census Data[1] and an analysis of the race and gender of Grand Jury forepersons of Hamilton County Grand Juries which returned death penalty indictments from 1982 through 1998.

7.   I am using the census figures of 17.8% African Americans between the ages of 18 and 74 for 1980, and 19.3% African Americans between the ages of 18 and 74 for 1990.

The percentage of African Americans in Hamilton County in the pertinent age groups increased only slightly between the 1980 and 1990 censuses[2]. Thus, for some of my calculations, I have used the average figure of 18.5% African Americans between the ages of 18 and 74 in Hamilton County from 1980 to 1998.

---

[1]   Racial and gender percentages of Hamilton County for 1980 and 1990 are attached as *Appendix II*, Racial and Gender Census Data: Hamilton County, Ohio. The percentages that were used were of persons age 18 to 74.

[2]   There is only a difference of 1.5% African Americans in Hamilton County from the beginning of 1980 to the beginning of 1990. Technically, the percentage of African Americans would also have changed over the course of each decade, which is reflected in estimates made by the US Census Bureau. I am using only the percentages from earlier in each decade. Since the percentage of African Americans has been increasing over time, the calculations I am using

8.  To the best of my knowledge, there were 87 Hamilton County Grand Jury
    Panels which returned 134 death penalty indictments from 1982 through 1998.
    The breakdown of Grand Jurors by race and gender is as follows[3]:

CHART 2

|  | Male | Female | Unknown Gender |
|---|---|---|---|
| African American Forepersons | 1 | 3 | |
| White Forepersons | 65[4] | 16 | 1 |
| Unknown Race | 1 | | |

---

[2]  The list of Grand Jury Forepersons, identified by number with race and gender
identification are attached as *Appendix III* Hamilton County Grand Jury Forepersons --
Death Indicting Grand Juries Race and Gender 1982 – 1998.  I am not identifying the
Grand Jurors by name because those who responded to surveys were promised confidentiality.
This information will be made available to the court if necessary.

[3]  There were three Grand Jury indictments where there was a question about who of
one to three persons was the selected foreperson.  Only one person was counted per panel for
purposes of this analysis.  Since all were white, there was no problem with categorization.  In
the instances where there were both a male and female who could have been the foreperson,

9.  According to the 1980 and 1990 United States Census Data, the proportion of African American persons in Hamilton County as compared with the percentage of African American Grand Jury forepersons returning death indictments were as follows:

CHART 1

|  | 1980 Percentage of Hamilton County | 1980's Percentage of Grand Jury Forepersons | 1990 Percentage in Hamilton County Population | 1990's Percentage of Grand Jury Forepersons |
|---|---|---|---|---|
| African Americans | 17.8% | 4.25% [2 out of 47] | 19.3% | 5% [2 out of 40] |
| Females | 53% | 12.77% [6 out of 47] | 52.8% | 32.5% [13 out of 40] |

10. Investigators for the Ohio Public Defenders Office, under the direction of that office, and National Jury Project Midwest staff, under my direction, were able to ascertain the race of 86 of the 87 Grand Jury forepersons and the gender of 86 of the 87 Grand Jury forepersons.[5]

   For purposes of the calculations here, I have assumed that the same proportions of race and gender would exist in the two Grand Jury forepersons, whose race or gender we were unable to ascertain.

11. While not every jury panel can be expected to be exactly representative of each cognizable class in a jurisdiction, random selection should result in roughly proportional representation of those classes over time.

12. In a fair, cross-sectional system, the probability of any eligible person being included in a jury pool would be the same for every eligible person, regardless of race and/or gender. The Grand Jury forepersons, if randomly selected from a representative jury pool, should also reflect the composition of the pool.

13. I have used three methods, which I understand have been discussed by the United States Supreme Court and the Ohio Supreme Court in various cases to calculate whether or not African Americans and women were underrepresented as Grand Jury forepersons.

   A.   The Comparative Disparity Standard

   B.   Absolute Disparity

   C.   Statistical Significance

---

   Race, ethnic background and gender were ascertained by investigators who talked to Grand Jury forepersons or their relatives, or who found death certificates, and by National Jury Project staff utilizing questionnaires, some of which were sent to Grand Jurors and others which were asked over the phone call. The phone interview screener and questionnaire, mail-in questionnaire, death certificates and affidavits from the investigators, interviewers and data input personnel are attached as *Appendix IV* Data Collection Materials. There were a _____ as forepersons on more than one Grand Jury over the

A.   The Comparative Disparity standard measures representativeness by the proportion by which the probability of serving is reduced for people in a particular cognizable class.

This percentage is determined by the following calculation:

$$\frac{P - Q}{P} = Comparative\ Disparity$$

$P$ = Proportion of the population in the specified category
$Q$ = Proportion of the panel in the specified category

B.   Absolute Disparity is another measure of the extent to which a cognizable class is underrepresented.  The absolute disparity standard measures representativeness by the difference between the proportion of the population and the proportion of the pool in the underrepresented category.

This number is determined by the following calculation:

$$P - Q = Absolute\ Disparity$$

$P$ = Proportion of the population in the specified category
$Q$ = Proportion of the panel in the specified category

C.   Statistical Significance is another measure of the extent to which a cognizable class is underrepresented.  The Statistical Significance test measures representativeness by calculating the probability of the disparity occurring by chance as the result of a random selection.  If that probability is very low, the conclusion is drawn that the disparity is unlikely to be due to chance, but results from bias or discrimination.

The statistical significance test discussed in *Castanedea v. Partida*, 430 U.S. at 496 n. 17, provides that if there is a difference of "two to three standard deviations", then that distinguished an allowable from an unconstitutional disparity.  This test is determined by the following

$$\text{One Standard Deviation} = \sqrt{\text{Sample Size} \ x \ \text{Proportion In Class} \ x \ \text{Proportion Not In Class}}$$

$$\text{Absolute Disparity} = \text{Proportion of the Population in the Class} - \text{Proportion of the Forepersons in the Class}$$

$$\text{Disparity} = \text{Sample Size} \ x \ \text{Absolute Disparity}$$

$$\text{Number of Standard Deviations} = \text{Disparity} \div \text{One Standard Deviation}$$

14.  Following are Charts 3 and 4, which lay out the Comparative Disparity, Absolute Disparity and the number of Standard Deviations for the proportion of African American Grand Jury forepersons [CHART 3] and the proportion of Women Grand Jury forepersons [CHART 4] found in the 1982 - 1998 Hamilton County Grand Juries which brought death indictments:.

## CHART 3

### Representativeness of African Americans

### As Grand Jury Forepersons

### In Hamilton County   1982 - 1998

|  |  |
|---|---|
|  | 1982 – 1998<br><br>There were<br>4 African American<br>Forepersons<br>out of 87 Forepersons |
| Comparative Disparity | 75%<br>UNDERREPRESENTED |
| Absolute Disparity<br><br>EXPECT 18.5 JURORS<br>OUT OF 100 | 13.9% |
| Standard Deviation<br><br>TO BE SIGNIFICANT,<br>MUST BE MORE THAN<br>"2 TO 3" | 6.19<br><br>SIGNIFICANT |

CHART 4

## Representativeness of Women

## As Grand Jury Forepersons

## In Hamilton County  1982 - 1998

|  | 1982 – 1998<br><br>There were<br>19 Women<br>Forepersons<br>out of 87 Forepersons |
|---|---|
| Comparative Disparity | 58%<br>UNDERREPRESENTED |
| Absolute Disparity<br><br>EXPECT 53 JURORS<br>OUT OF 100 | 31% |
| Standard Deviation<br><br>TO BE SIGNIFICANT,<br>MUST BE MORE THAN<br>"2 TO 3" | 6.99<br><br>SIGNIFICANT |

15.    Thus, the number of African American and female citizens called to serve as Grand Jury forepersons for Grand Juries which returned death indictments in Hamilton County Circuit Court from 1982 through 1998 significantly underrepresented the percentage of African American and female citizens in Hamilton County during that time period.

Further affiant saith not.

_____
                                                            Diane Wiley

Sworn to and subscribed to before me this 13th day of January, 2000.

_____
                                                            Notary Public



*Appendix I*

Qualifications of Diane Wiley



# NATIONAL JURY PROJECT

TRIAL CONSULTANTS

National Jury Project - Midwest
322 First Avenue North, Suite 500
Minneapolis, MN  55401-1618
Phone 612 338 2244  Fax 612 338 2007
Email: njpmidwest@njp.com

## Diane Wiley
*Trial Consultant*

Diane Wiley is the president of the National Jury Project Midwest, located at 322 First Avenue North, Suite 500, Minneapolis, Minnesota 55401.  The National Jury Project is a non-profit corporation specializing in the study of the American jury system.  The National Jury Project is incorporated in the State of Minnesota and has regional offices in New York, New York; Oakland, California; and Minneapolis, Minnesota.  Primary areas of research include voir dire procedures, the trial communication process, jury composition, venue evaluation, and other issues related to minimizing the effects of juror bias on the trial process.

National Jury Project researchers have conducted and analyzed interviews with jurors and persons included in jury pools in both state and federal jurisdictions all over the United States.

Ms. Wiley is a founding member of the National Jury Project, and has been employed as a trial consultant since its inception in 1975.  She began her research of the jury system as an independent researcher in 1973.  Ms. Wiley's prior research experience was in the area of attitudes towards criminal justice, evaluation of programs for juvenile and adult offenders, and community attitudes towards housing developments for the Minnesota Center for Sociological Research, The Governor's Task Force for Victims of Sexual Assault, and The Law Enforcement Assistance Agency (LEAA) Juvenile Justice Project, among others.

Ms. Wiley has supervised, administered and/or consulted on venue evaluation studies in the following cases:

| | |
|---|---|
| *State of North Carolina v. Little* | Beaufort County, 1975 |
| *State of Wisconsin v. Sturdevant* | Dodge County, 1975 |
| *State of Pennsylvania v. Arms* | Berks County, 1975 |
| *State of Minnesota v. Davis*<br>    CR #763 | Beltrami County, 1976 |

| | |
|---|---|
| *State of Nebraska v. Yellowbird* #C-1470-71 | Sheridan County, 1976 |
| *State of South Dakota v. Martin* #77-75 | Pennington County, 1977 |
| *State of Michigan v. Smith* #416 | Kalkaska County, 1978 |
| *State of Minnesota v. Caldwell* #49633 | St. Louis County, 1979 |
| *State of South Dakota v. Bettelyoun* #78-58 | Jackson County, 1979 |
| *Schwans v. BASF-AG, et al* #16843 | Lyon County, Minnesota, 1979 |
| *State of Minnesota v. Johnson* #2064 | Faribault County, 1979 |
| *State of Illinois v. Perez, Santiago, et al* #79-CF326 | Livingston County, 1979 |
| *State of Ohio v. Kilroy* CR9-33B | Putnam County, 1980 |
| *State of Minnesota v. Blanchard* #2959 | Becker County, 1980 |
| *State of Wisconsin v. Grancorvitz* 80-CR-395 | Vernon County, 1980 |
| *Kobes v. St. Joseph's Hospital, et al* #39513 | Crow Wing County, Minnesota, 1980 |
| *State of Minnesota v. Marhoun* | Chisago County, 1980 |
| *State of Wisconsin v. Scherer* #80-CR-3174 | Burnett County, 1981 |
| *Gauthier v. Strouth, et al* | St. Louis County, Minnesota, 1981 |
| *Wayne Bohlke v. Estate of John Ayers and City of Le Sueur* | Blue Earth County, Minnesota, 1981 |
| *State of Minnesota v. Sprague* #4458 | Washington County, 1981 |
| *State of South Dakota v. Wellner & Wellner* #13533,34 | Hand County, 1981 |
| *State of Illinois v. Brisbane, et al* #80-CF-45 | Will County, 1981 |
| *State of Minnesota v. Koehler* | St. Louis County, 1982 |
| *Martell Mutual Town Insurance Company* | |

| | |
|---|---|
| *State of Nebraska v. Buckman and Janis* | Sheridan County, 1983 |
| *State of Minnesota v. Swanson* | Sherburne County, 1983 |
| *State of South Dakota v. Collins Catch the Bear* #82-207 | Pennington County, 1983 |
| *State of Minnesota v. Tisland* #K1-83-813 | Beltrami County, 1984 |
| *State of Minnesota v. Foss* | Kandiyohi County, 1984 |
| *United States v. Elder* B-84-276-SI | Southern District of Texas, Corpus Christi Division, 1984 |
| *United States v. Elder and Merkt* #B-84-746-SI | Southern District of Texas, Brownsville Division, 1985 |
| *State of Minnesota v. Thom* #10128 | Kanabec County, 1985 |
| *Nygaard v. Mayo Clinic* #44587 | Olmsted County, Minnesota, 1985 |
| *United States v. Merkt* B-85--SI | Southern District of Texas, Corpus Christi Division, 1986 |
| *State of Ohio v. Warner, et al* B854622 | Hamilton County, 1986 |
| *State of Minnesota v. Curt Gruhl* #4656 | Goodhue County, 1986 |
| *State of Minnesota v. Richards* | Hennepin County, 1987 |
| *State of Minnesota v. Israelson* #K-88-1162 | Rice County, 1988 |
| *State of Minnesota v. Manning* #K6-89-129 | Itasca County, 1989 |
| *State of Minnesota v. Doty* #T4-91-508 | Dodge County, 1991 |
| *Chladek v. Independent School District 205, et al* | Dodge County, Minnesota, 1991 |
| *Adkins v. Tolfree Memorial Hospital, et al* #90 1342 NH | Ogemaw County, Michigan, 1992 |
| *State of Nebraska v. Frances Thompson* #11818 | Knox County, 1992 |
| *State of Minnesota v. Calvin Jones* No. K0-95-217 | Chisago County, 1995 |
| *State of Minnesota v. Darrell Johnson* No. K2-95-218 | Chisago County, 1996 |

*State of Minnesota v.*
    *Olunuyiwa Shakirudee Akinosi*          Dakota County, 1996
        No. K6-96-1614
*State of Tennessee v.*
    *Charles Edward Hartman*          Davidson County, 1997
        No. 20101
*State of Minnesota v.*
    *Joseph Ture*          Washington County, 1997
        No. K6- 96- 6329
*Martinez v.*
    *Lincoln County Medical Center, et al*          Lincoln County, North Carolina 1998
*State of Iowa v.*
    *Randy Zaabal*          Brown County, 1999
        No. FECR-311701


The National Jury Project Midwest has been court appointed for the purposes of venue evaluation in *State of Minnesota v. Davis; State of South Dakota v. Martin; State of Illinois v. Brisbane; State of Minnesota v. Calvin Jones; and State of Tennessee v. Charles Edward Hartman.*

Ms. Wiley has consulted with attorneys in both state and federal jurisdictions in California, Colorado, District of Columbia, Georgia, Illinois, Indiana, Iowa, Kansas, Kentucky, Louisiana, Massachusetts, Michigan, Minnesota, Missouri, Nebraska, New Jersey, New York, North Dakota, Ohio, Oklahoma, Pennsylvania, Rhode Island, South Carolina, South Dakota, Tennessee, Texas, Washington and Wisconsin, in regards to voir dire procedures designed to reduce the effects of prejudice in both criminal and civil cases.

She has testified or submitted affidavits in 33 venue hearings for change of venue, including two appeal hearings.  She testified in the hearing for a new trial based on incompetence of counsel relating to inadequate voir dire in *Michigan v. LeBlanc*. Ms. Wiley has supervised research and/or submitted affidavits in a number of cases involving evaluation of the composition of jury venires.

Ms. Wiley has provided in-court jury selection consultation and/or has prepared voir dire questions in hundreds of criminal and civil cases since 1973.

published by West Group. She is a contributing editor and co-author of the book, <u>Women's Self Defense Cases: Theory and Practice</u>, published by the Michie Company. Ms. Wiley is a contributing author of the book, <u>Handbook of Jury Research</u>, published by ALI-ABA Philadelphia in 1998 and <u>Minnesota Criminal Jury Trial Handbook</u>, published by Butterworths. She has written other materials and articles for legal publications and seminar materials.

Ms. Wiley regularly lectures at seminars and conferences on voir dire, case presentation issues and jury selection for organizations such as State and Federal Public Defender Associations, Bar Associations, Trial Lawyers Associations, Legal Services, the National Women and Law Conference, the National Association of Teacher Attorneys, and for Continuing Legal Education Programs sponsored by law schools and other organizations.

*Appendix II*

Racial and Gender Census Data:

Hamilton County, Ohio

1990 Census Of Population And Housing Summary Tape File 3C

  040 Ohio
  050 Hamilton County

PERSONS
Universe: Persons

Total.......................................................... 866

1990 Census Of Population And Housing Summary Tape File 3C

   040 Ohio
   050 Hamilton County

SEX
Universe: Persons

Male................................................................ 410
Female.............................................................. 456

1990 Census Of Population And Housing Summary Tape File 3C

040 Ohio
050 Hamilton County

AGE
Universe: Persons

| | |
|---|---|
| Under 1 year........................................................ | 11, |
| 1 and 2 years...................................................... | 28, |
| 3 and 4 years...................................................... | 27, |
| 5 years............................................................ | 13, |
| 6 years............................................................ | 13, |
| 7 to 9 years....................................................... | 39, |
| 10 and 11 years.................................................... | 24, |
| 12 and 13 years.................................................... | 22, |
| 14 years........................................................... | 10. |
| 15 years........................................................... | 11. |
| 16 years........................................................... | 10 |
| 17 years........................................................... | 11 |
| 18 years........................................................... | 11 |
| 19 years........................................................... | 13 |
| 20 years........................................................... | 12 |
| 21 years........................................................... | 12 |
| 22 to 24 years..................................................... | 39 |
| 25 to 29 years..................................................... | 75 |
| 30 to 34 years..................................................... | 76 |
| 35 to 39 years..................................................... | 68 |
| 40 to 44 years..................................................... | 55 |
| 45 to 49 years..................................................... | 44 |
| 50 to 54 years..................................................... | 38 |
| 55 to 59 years..................................................... | 37 |
| 60 and 61 years.................................................... | 15 |
| 62 to 64 years..................................................... | 23 |
| 65 to 69 years..................................................... | 36 |
| 70 to 74 years..................................................... | 27 |
| 75 to 79 years..................................................... | 22 |
| 80 to 84 years..................................................... | 15 |
| 85 years and over................................................. | 13 |

1990 Census Of Population And Housing Summary Tape File 3C

   040 Ohio
   050 Hamilton County

RACE BY SEX BY AGE
Universe: Black males

```
Under 1 year.......................................................        1
1 and 2 years......................................................        4
3 and 4 years......................................................        3
5 years............................................................        1
6 years............................................................        1
7 to 9 years.......................................................        5
10 and 11 years....................................................        3
12 and 13 years....................................................        2
14 years...........................................................        1
15 years...........................................................        1
16 years...........................................................        1
17 years...........................................................        1
18 years...........................................................        1
19 years...........................................................        1
20 years...........................................................        1
21 years...........................................................        1
22 to 24 years.....................................................        3
25 to 29 years.....................................................        6
30 to 34 years.....................................................        6
35 to 39 years.....................................................        5
40 to 44 years.....................................................        4
45 to 49 years.....................................................        3
50 to 54 years.....................................................        3
55 to 59 years.....................................................        3
60 and 61 years....................................................        1
62 to 64 years.....................................................        1
65 to 69 years.....................................................        2
70 to 74 years.....................................................        1
75 to 79 years.....................................................        1
80 to 84 years.....................................................
85 years and over..................................................
```

1990 Census Of Population And Housing Summary Tape File 3C

   040 Ohio
   050 Hamilton County

RACE BY SEX BY AGE
Universe: Black females

Under 1 year................................................................ 1,
1 and 2 years.............................................................. 3,
3 and 4 years.............................................................. 3,
5 years.................................................................... 1,
6 years.................................................................... 1,
7 to 9 years............................................................... 5,
10 and 11 years............................................................ 3,
12 and 13 years............................................................ 2,
14 years................................................................... 1,
15 years................................................................... 1,
16 years................................................................... 1
17 years................................................................... 1
18 years................................................................... 1
19 years................................................................... 1
20 years................................................................... 1
21 years................................................................... 1
22 to 24 years............................................................. 4
25 to 29 years............................................................. 8
30 to 34 years............................................................. 8
35 to 39 years............................................................. 7
40 to 44 years............................................................. 5,
45 to 49 years............................................................. 4,
50 to 54 years............................................................. 4,
55 to 59 years............................................................. 4,
60 and 61 years............................................................ 1,
62 to 64 years............................................................. 2
65 to 69 years............................................................. 3
70 to 74 years............................................................. 2
75 to 79 years............................................................. 2
80 to 84 years............................................................. 1
85 years and over.......................................................... 1

1990 Census Of Population And Housing Summary Tape File 3C

   040 Ohio
   050 Hamilton County

RACE BY SEX BY AGE
Universe: White males

```
Under 1 year.............................................................    4,
1 and 2 years............................................................   10,
3 and 4 years............................................................   10,
5 years..................................................................    5,
6 years..................................................................    4,
7 to 9 years.............................................................   14,
10 and 11 years..........................................................    8,
12 and 13 years..........................................................    8,
14 years.................................................................    3,
15 years.................................................................    4,
16 years.................................................................    3,
17 years.................................................................    4,
18 years.................................................................    4,
19 years.................................................................    5,
20 years.................................................................    4,
21 years.................................................................    5,
22 to 24 years...........................................................   15,
25 to 29 years...........................................................   28,
30 to 34 years...........................................................   29,
35 to 39 years...........................................................   26,
40 to 44 years...........................................................   21,
45 to 49 years...........................................................   17,
50 to 54 years...........................................................   14,
55 to 59 years...........................................................   14,
60 and 61 years..........................................................    5,
62 to 64 years...........................................................    8,
65 to 69 years...........................................................   13,
70 to 74 years...........................................................    9,
75 to 79 years...........................................................    6,
80 to 84 years...........................................................    4,
85 years and over........................................................    2
```

1990 Census Of Population And Housing Summary Tape File 3C

   040 Ohio
   050 Hamilton County

RACE BY SEX BY AGE
Universe: White females

```
Under 1 year.............................................
1 and 2 years...........................................
3 and 4 years...........................................
5 years.................................................
6 years.................................................
7 to 9 years............................................
10 and 11 years.........................................
12 and 13 years.........................................
14 years................................................
15 years................................................
16 years................................................
17 years................................................
18 years................................................
19 years................................................
20 years................................................
21 years................................................
22 to 24 years..........................................
25 to 29 years..........................................
30 to 34 years..........................................
35 to 39 years..........................................
40 to 44 years..........................................
45 to 49 years..........................................
50 to 54 years..........................................
55 to 59 years..........................................
60 and 61 years.........................................
62 to 64 years..........................................
65 to 69 years..........................................
70 to 74 years..........................................
75 to 79 years..........................................
80 to 84 years..........................................
85 years and over.......................................
```

1990 Census Of Population And Housing Summary Tape File 3C

040 Ohio
050 Hamilton County

RACE BY SEX BY AGE
Universe: American Indian, Eskimo, or Aleut males

Under 1 year.....................................................
1 and 2 years....................................................
3 and 4 years....................................................
5 years..........................................................
6 years..........................................................
7 to 9 years.....................................................
10 and 11 years..................................................
12 and 13 years..................................................
14 years.........................................................
15 years.........................................................
16 years.........................................................
17 years.........................................................
18 years.........................................................
19 years.........................................................
20 years.........................................................
21 years.........................................................
22 to 24 years...................................................
25 to 29 years...................................................
30 to 34 years...................................................
35 to 39 years...................................................
40 to 44 years...................................................
45 to 49 years...................................................
50 to 54 years...................................................
55 to 59 years...................................................
60 and 61 years..................................................
62 to 64 years...................................................
65 to 69 years...................................................
70 to 74 years...................................................
75 to 79 years...................................................
80 to 84 years...................................................
85 years and over................................................

1990 Census Of Population And Housing Summary Tape File 3C

040 Ohio
050 Hamilton County

RACE BY SEX BY AGE
Universe: Asian or Pacific Islander males

Under 1 year...........................................................
1 and 2 years..........................................................
3 and 4 years..........................................................
5 years................................................................
6 years................................................................
7 to 9 years...........................................................
10 and 11 years........................................................
12 and 13 years........................................................
14 years...............................................................
15 years...............................................................
16 years...............................................................
17 years...............................................................
18 years...............................................................
19 years...............................................................
20 years...............................................................
21 years...............................................................
22 to 24 years.........................................................
25 to 29 years.........................................................
30 to 34 years.........................................................
35 to 39 years.........................................................
40 to 44 years.........................................................
45 to 49 years.........................................................
50 to 54 years.........................................................
55 to 59 years.........................................................
60 and 61 years........................................................
62 to 64 years.........................................................
65 to 69 years.........................................................
70 to 74 years.........................................................
75 to 79 years.........................................................
80 to 84 years.........................................................
85 years and over......................................................

1990 Census Of Population And Housing Summary Tape File 3C

  040 Ohio
  050 Hamilton County

RACE BY SEX BY AGE
Universe: American Indian, Eskimo, or Aleut females

Under 1 year...................................................
1 and 2 years.................................................
3 and 4 years.................................................
5 years.......................................................
6 years.......................................................
7 to 9 years.................................................
10 and 11 years..............................................
12 and 13 years..............................................
14 years.....................................................
15 years.....................................................
16 years.....................................................
17 years.....................................................
18 years.....................................................
19 years.....................................................
20 years.....................................................
21 years.....................................................
22 to 24 years...............................................
25 to 29 years...............................................
30 to 34 years...............................................
35 to 39 years...............................................
40 to 44 years...............................................
45 to 49 years...............................................
50 to 54 years...............................................
55 to 59 years...............................................
60 and 61 years..............................................
62 to 64 years...............................................
65 to 69 years...............................................
70 to 74 years...............................................
75 to 79 years...............................................
80 to 84 years...............................................
85 years and over............................................

1990 Census Of Population And Housing Summary Tape File 3C

   040 Ohio
   050 Hamilton County

RACE BY SEX BY AGE
Universe: Asian or Pacific Islander females

Under 1 year..................................................
1 and 2 years.................................................
3 and 4 years.................................................
5 years.......................................................
6 years.......................................................
7 to 9 years..................................................
10 and 11 years...............................................
12 and 13 years...............................................
14 years......................................................
15 years......................................................
16 years......................................................
17 years......................................................
18 years......................................................
19 years......................................................
20 years......................................................
21 years......................................................
22 to 24 years................................................
25 to 29 years................................................
30 to 34 years................................................
35 to 39 years................................................
40 to 44 years................................................
45 to 49 years................................................
50 to 54 years................................................
55 to 59 years................................................
60 and 61 years...............................................
62 to 64 years................................................
65 to 69 years................................................
70 to 74 years................................................
75 to 79 years................................................
80 to 84 years................................................
85 years and over.............................................

1990 Census Of Population And Housing Summary Tape File 3C

   040 Ohio
   050 Hamilton County

RACE BY SEX BY AGE
Universe: Other race males

Under 1 year...........................................................
1 and 2 years..........................................................
3 and 4 years..........................................................
5 years................................................................
6 years................................................................
7 to 9 years...........................................................
10 and 11 years........................................................
12 and 13 years........................................................
14 years...............................................................
15 years...............................................................
16 years...............................................................
17 years...............................................................
18 years...............................................................
19 years...............................................................
20 years...............................................................
21 years...............................................................
22 to 24 years.........................................................
25 to 29 years.........................................................
30 to 34 years.........................................................
35 to 39 years.........................................................
40 to 44 years.........................................................
45 to 49 years.........................................................
50 to 54 years.........................................................
55 to 59 years.........................................................
60 and 61 years........................................................
62 to 64 years.........................................................
65 to 69 years.........................................................
70 to 74 years.........................................................
75 to 79 years.........................................................
80 to 84 years.........................................................
85 years and over......................................................

1990 Census Of Population And Housing Summary Tape File 3C

   040 Ohio
   050 Hamilton County

RACE BY SEX BY AGE
Universe: Other race females

Under 1 year.................................................
1 and 2 years...............................................
3 and 4 years...............................................
5 years.....................................................
6 years.....................................................
7 to 9 years................................................
10 and 11 years.............................................
12 and 13 years.............................................
14 years....................................................
15 years....................................................
16 years....................................................
17 years....................................................
18 years....................................................
19 years....................................................
20 years....................................................
21 years....................................................
22 to 24 years..............................................
25 to 29 years..............................................
30 to 34 years..............................................
35 to 39 years..............................................
40 to 44 years..............................................
45 to 49 years..............................................
50 to 54 years..............................................
55 to 59 years..............................................
60 and 61 years.............................................
62 to 64 years..............................................
65 to 69 years..............................................
70 to 74 years..............................................
75 to 79 years..............................................
80 to 84 years..............................................
85 years and over...........................................

# Table 44. General Characteristics for Counties and County Subdivisions: 1980—Con

[For meaning of symbols, see introduction. For definitions of terms, see appendixes A and B]

| Counties County Subdivisions | Total persons | | | | | | | Race | | | | | | Spanish origin | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Total | Male | Female | Under 5 years | 65 years and over | Median age | In group quarters | White: Persons | White: Households Total | White: [illegible] | Black: Persons | Black: Households Total | Black: [illegible] | Persons | Total |
| Greene County—Con | | | | | | | | | | | | | | | |
| [illegible] city | 4 [illegible] | 2 [illegible] | [illegible] | [illegible] | 14 | [illegible] | [illegible] | 3 417 | [illegible] | 2 [illegible] | 475 | [illegible] | [illegible] | [illegible] | [illegible] |
| Jefferson township | 1 715 | 423 | [illegible] | [illegible] | 33 | [illegible] | – | 1 014 | [illegible] | – | – | – | – | – | – |
| Miami township | 5 724 | 2 472 | 1 731 | [illegible] | 457 | [illegible] | 241 | 4 645 | 1 532 | 1 772 | 727 | [illegible] | [illegible] | 44 | 12 |
| New Jasper township | 3 231 | 1 557 | 1 [illegible] | [illegible] | 117 | [illegible] | – | 2 255 | 572 | 2 251 | 17 | – | [illegible] | – | – |
| Ross township | 564 | 322 | 342 | [illegible] | 73 | [illegible] | – | 532 | 217 | 564 | – | – | – | – | – |
| Silver Creek township | 3 375 | 1 572 | 1 [illegible] | 1 205 | 324 | [illegible] | 32 | 3 173 | 1 050 | 3 253 | 133 | 4 | 122 | [illegible] | 1 |
| Spring Valley township | 2 472 | 1 215 | 1 [illegible] | 242 | 175 | [illegible] | – | 2 413 | 854 | 2 422 | 5 | – | – | 15 | 4 |
| Sugarcreek township | 5 573 | 3 331 | 3 237 | 2 355 | 406 | [illegible] | 4 | 7 520 | 2 487 | 2 524 | 5 | – | – | 43 | 7 |
| Xenia city | 24 653 | 11 852 | 12 779 | 2 565 | 2 236 | [illegible] | 441 | 21 150 | 7 429 | 20 744 | 3 293 | 1 [illegible] | 2 [illegible] | [illegible] | 30 |
| Xenia township | 7 313 | 3 570 | 3 623 | 1 [illegible] | 567 | [illegible] | 2 115 | 4 567 | 1 510 | 4 425 | 2 501 | 323 | [illegible] | 12 | 7 |
| Guernsey County | 42 024 | 20 145 | 21 877 | 12 [illegible] | 5 733 | [illegible] | 1 [illegible] | 41 143 | 14 777 | [illegible] | 537 | 205 | 512 | 155 | 50 |
| Adams township | 1 757 | 351 | 593 | [illegible] | 101 | [illegible] | – | 1 741 | 552 | 1 747 | – | – | – | 1 | 1 |
| Cambridge township | 13 257 | 6 514 | 9 345 | 4 755 | 1 023 | [illegible] | 727 | 17 522 | 6 742 | 15 742 | 565 | 127 | 555 | [illegible] | 25 |
| Center township | 1 554 | 731 | 733 | 420 | 195 | [illegible] | – | 1 535 | 552 | 1 533 | 21 | 5 | 25 | [illegible] | 7 |
| Jackson township | 5 534 | 2 573 | 2 711 | [illegible] | 521 | [illegible] | – | 5 566 | 1 973 | 5 564 | 11 | 3 | ... | 25 | 10 |
| Jefferson township | 51 | 23 | 23 | 13 | 3 | 25.3 | – | 51 | 17 | 51 | – | – | – | – | – |
| Knox township | 436 | 245 | [illegible] | 157 | 55 | [illegible] | – | 474 | 165 | ... | 17 | [illegible] | ... | – | – |
| Liberty township | 1 142 | 556 | 526 | 225 | 170 | [illegible] | 45 | 1 137 | 377 | 1 094 | [illegible] | ... | ... | 4 | 1 |
| Londonderry township | 639 | 342 | 347 | 225 | 100 | [illegible] | – | 528 | 225 | ... | – | – | – | – | – |
| Madison township | 661 | 335 | 325 | 207 | 102 | [illegible] | – | 659 | 225 | ... | – | – | – | 2 | 1 |
| Millwood township | 1 236 | 657 | 669 | 411 | 212 | [illegible] | – | 1 325 | 475 | ... | – | – | – | – | – |
| Monroe township | 570 | 290 | 300 | 213 | 56 | [illegible] | – | 537 | 179 | ... | 1 | 1 | ... | 5 | 1 |
| Oxford township | 632 | 305 | 327 | 221 | 79 | [illegible] | – | 631 | [illegible] | ... | – | – | – | 7 | 3 |
| Richland township | 1 511 | 741 | 770 | 432 | 194 | 31.9 | – | 1 509 | 543 | ... | – | [illegible] | – | 10 | 1 |
| Spencer township | 1 014 | 495 | 513 | 337 | 174 | [illegible] | – | 1 009 | 323 | 1 010 | 4 | – | ... | 5 | 3 |
| Valley township | 2 557 | 1 257 | 1 310 | 207 | 334 | 30.4 | – | 2 564 | 337 | 2 567 | – | – | – | 1 | – |
| Washington township | 471 | 246 | 245 | [illegible] | 50 | [illegible] | – | 429 | 135 | 491 | – | – | – | 4 | 2 |
| Westland township | 1 624 | 806 | 316 | 533 | 105 | [illegible] | 3 | 1 571 | 531 | 1 539 | 1 | – | ... | 4 | – |
| Wheeling township | 511 | 319 | 273 | [illegible] | 61 | [illegible] | – | 607 | 172 | ... | – | – | – | 2 | – |
| Wills township | 1 353 | 631 | 672 | [illegible] | 177 | [illegible] | 32 | 1 351 | 446 | 1 319 | – | – | – | – | – |
| Hamilton County | 873 224 | 412 382 | 459 342 | 242 172 | 104 457 | [illegible] | 17 212 | 579 409 | 251 122 | 583 564 | 155 794 | 52 541 | 152 133 | 5 515 | 1 507 |
| Amberley village | 3 442 | 1 745 | 1 697 | [illegible] | 422 | [illegible] | – | 3 330 | 1 199 | 3 335 | 53 | 15 | 51 | 21 | 5 |
| Anderson township | 34 504 | 16 876 | 17 628 | [illegible] | 2 456 | [illegible] | 242 | 34 121 | 10 561 | 33 923 | 96 | 21 | 75 | 132 | 51 |
| Arlington Heights village | 1 032 | 513 | 559 | 297 | 153 | [illegible] | – | 1 071 | 425 | 1 071 | – | – | – | 14 | 5 |
| Blue Ash city | 9 506 | 4 637 | 4 319 | 2 736 | 357 | 31.6 | 126 | 3 331 | 2 924 | 3 773 | 514 | 143 | 507 | 32 | 12 |
| Cheviot city | 9 333 | 4 406 | 5 437 | 2 294 | 2 735 | [illegible] | 43 | 9 307 | 4 233 | 9 734 | 3 | 4 | [illegible] | 51 | 19 |
| Cincinnati city | 385 457 | 177 702 | 207 755 | [illegible] | 55 712 | [illegible] | 14 [illegible] | 251 144 | 108 255 | 339 722 | 130 467 | 47 370 | 127 303 | 2 938 | 1 011 |
| Colerain township | 56 583 | 27 903 | 28 675 | 17 121 | 3 160 | [illegible] | – | 53 176 | 16 582 | 53 239 | 2 975 | 315 | [illegible] | 274 | 74 |
| Columbia township | 5 423 | 3 033 | 3 390 | [illegible] | 944 | [illegible] | 4 | 5 275 | 2 052 | 5 239 | 1 062 | 312 | [illegible] | 55 | 19 |
| Crosby township | 2 470 | 1 232 | 1 246 | 779 | 704 | [illegible] | – | 2 459 | 832 | 2 461 | – | – | – | 4 | 1 |
| Deer Park city | 6 745 | 3 093 | 3 652 | 1 493 | 1 473 | [illegible] | 103 | 6 729 | 2 517 | 6 529 | 9 | [illegible] | ... | 31 | 10 |
| Delhi township | 29 078 | 13 974 | 15 104 | 9 330 | 2 215 | [illegible] | 773 | 28 325 | 8 234 | 28 053 | 67 | 20 | 53 | 121 | [illegible] |
| Elmwood Place village | 2 540 | 1 323 | 1 517 | 773 | 417 | [illegible] | – | 2 794 | 1 117 | 2 796 | 35 | 18 | 30 | [illegible] | 4 |
| Evendale village | 1 954 | 934 | 970 | 573 | 143 | [illegible] | 157 | 1 350 | 551 | 1 715 | 43 | 13 | 33 | [illegible] | 1 |
| Forest Park city | 13 575 | 6 161 | 9 514 | 7 261 | 533 | [illegible] | – | 12 372 | 3 952 | 12 342 | 5 533 | 1 455 | 5 300 | 144 | [illegible] |
| Glendale village | 2 358 | 1 133 | 1 245 | 544 | 322 | [illegible] | 19 | 1 391 | [illegible] | 1 377 | 451 | 153 | 455 | [illegible] | [illegible] |
| Golf Manor city | 4 317 | 2 012 | 2 304 | 935 | 300 | [illegible] | – | 3 525 | 1 572 | 3 520 | 745 | [illegible] | [illegible] | 42 | 17 |
| Green township | 50 717 | 24 344 | 25 373 | 14 953 | 5 137 | [illegible] | 127 | 50 335 | 16 128 | 50 159 | 104 | [illegible] | 52 | 149 | 45 |
| Greenhills city | 4 927 | 2 371 | 2 556 | 1 433 | 421 | [illegible] | – | 4 395 | 1 527 | 4 932 | 15 | 3 | 14 | 10 | 1 |
| Harrison township | 9 310 | 4 539 | 4 721 | 2 976 | 732 | [illegible] | – | 9 277 | 3 142 | 9 233 | [illegible] | – | ... | 31 | 14 |
| Lincoln Heights city | 5 259 | 2 391 | 2 853 | 1 833 | 670 | [illegible] | 34 | 43 | [illegible] | 19 | 5 199 | 1 735 | 5 135 | 35 | 13 |
| Lockland city | 4 292 | 2 007 | 2 285 | 930 | 705 | 32.9 | – | 3 315 | 1 291 | 3 319 | 957 | 472 | 755 | 20 | 1 |
| Loveland city | 7 335 | 3 651 | 3 734 | 2 737 | 273 | [illegible] | – | 7 152 | 2 125 | 7 156 | 157 | 55 | 136 | [illegible] | 1 |
| Madeira city | 9 341 | 4 419 | 4 892 | 2 253 | 1 422 | 37.9 | 232 | 9 183 | 3 132 | 3 940 | 44 | [illegible] | 43 | 13 | 1 |
| Mariemont village | 3 295 | 1 435 | 1 860 | [illegible] | 861 | 41.0 | [illegible] | 3 273 | 1 426 | 3 256 | – | – | – | [illegible] | 6 |
| Miami township | 9 941 | 4 951 | 4 990 | 3 [illegible] | 940 | [illegible] | 153 | 9 726 | 3 027 | 9 563 | 152 | 56 | 135 | 47 | 17 |
| Mount Healthy city | 7 562 | 3 415 | 4 146 | 1 733 | 1 213 | [illegible] | – | 7 064 | 3 022 | 7 084 | 430 | 151 | 435 | 15 | 6 |
| Newtown village | 2 317 | 833 | 934 | 563 | 194 | [illegible] | [illegible] | 1 312 | 511 | 1 317 | [illegible] | [illegible] | [illegible] | 5 | 1 |
| North College Hill city | 11 114 | 5 173 | 5 941 | 3 541 | 1 883 | [illegible] | [illegible] | 10 747 | 4 125 | 10 513 | 305 | [illegible] | 315 | 91 | [illegible] |
| Norwood city | 26 342 | 12 325 | 14 017 | 3 746 | 3 551 | [illegible] | [illegible] | 25 959 | 10 [illegible] | 25 804 | 114 | [illegible] | [illegible] | [illegible] | [illegible] |
| Reading city | 12 843 | 5 224 | 6 319 | 2 215 | 1 337 | [illegible] | [illegible] | 12 823 | 4 [illegible] | 12 294 | 131 | [illegible] | 128 | [illegible] | [illegible] |
| St. Bernard city | 5 396 | 2 [illegible] | 2 [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | 5 [illegible] | 1 [illegible] | 5 [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] |
| Sharonville city | 10 108 | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] |
| Silverton city | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | 333 | [illegible] | [illegible] | [illegible] | [illegible] |
| Springdale city | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] |
| Springfield township | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] |
| Sycamore township | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] |
| Symmes township | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] |
| Terrace Park village | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] |
| The Village of Indian Hill city | 5 [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] |
| Whitewater township | 4 [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] |
| Woodlawn village | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] |
| Wyoming city | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] |
| [illegible] County | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] |
| [illegible] township | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] |
| [illegible] township | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] |
| [illegible] township | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] |
| [illegible] township | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] |
| [illegible] township | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] |

## Table B. Counties — Area and Population

| Metropolitan area code[a] | State and county code[a] | County | Land area 1990 (Sq. mi.) | Total persons (1992) | Rank[a] | Per square mile | 1990 | 1980 | Net change 1980–1992 Number | Percent | White | Black | American Indian Eskimo or Aleut | Asian or Pacific Islander |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 |
| | | **NORTH DAKOTA—Con.** | | | | | | | | | | | | |
| | 38 087 | Sioux | 1 218 | 897 | 3 116 | 1 | 997 | 1 157 | -260 | -22.5 | 903 | | 3 | 79 |
| | 38 089 | Slope | 1 338 | 22 809 | 1 559 | 17 | 22 832 | 23 697 | -888 | -3.7 | 22 555 | 17 | 3 | 2 |
| | 38 091 | Steele | 712 | 2 309 | 3 036 | 3 | 2 420 | 3 106 | -797 | -25.7 | 2 415 | | 2 | 96 |
| | 38 093 | Stutsman | 2 222 | 21 838 | 1 605 | 10 | 22 241 | 24 154 | -2 316 | -9.6 | 21 930 | 51 | 141 | 96 |
| | 38 095 | Towner | 1 025 | 3 371 | 2 965 | 3 | 3 627 | 4 052 | -681 | -16.8 | 3 366 | 2 | 53 | 5 |
| | 38 097 | Traill | 862 | 8 552 | 2 510 | 10 | 8 752 | 9 624 | -1 062 | -11.0 | 8 616 | 12 | 44 | 22 |
| | 38 099 | Walsh | 1 282 | 13 191 | 2 125 | 10 | 13 840 | 15 371 | -2 180 | -14.2 | 13 453 | 17 | 97 | 59 |
| | 38 101 | Ward | 2 013 | 57 522 | 774 | 29 | 57 921 | 58 392 | -870 | -1.5 | 54 545 | 1 431 | 962 | 594 |
| | 38 103 | Wells | 1 271 | 5 545 | 2 801 | 4 | 5 864 | 6 979 | -1 434 | -20.5 | 5 849 | | 3 | 6 |
| | 38 105 | Williams | 2 071 | 20 813 | 1 652 | 10 | 21 129 | 22 237 | -1 424 | -6.4 | 20 025 | 13 | 1 010 | 43 |
| | | | | | | | | | | | | | | |
| | 39 000 | **OHIO** | 40 953 | 11 021 419 | X | 269 | 10 847 115 | 10 797 603 | 223 816 | 2.1 | 9 521 756 | 1 154 826 | 20 358 | 91 179 |
| 4320 | 39 001 | Adams | 584 | 26 405 | 1 429 | 45 | 25 371 | 24 325 | 2 077 | 8.5 | 26 130 | 47 | 67 | 70 |
| 4320 | 39 003 | Allen | 405 | 110 179 | 434 | 272 | 109 755 | 112 241 | -2 062 | -1.5 | 95 177 | 12 313 | 202 | 572 |
| | 39 005 | Ashland | 424 | 48 623 | 876 | 115 | 47 507 | 46 178 | 2 455 | 5.3 | 46 686 | 460 | 49 | 271 |
| 1692 | 39 007 | Ashtabula | 703 | 100 924 | 471 | 144 | 99 821 | 104 215 | -3 291 | -3.2 | 95 465 | 3 138 | 196 | 350 |
| | 39 009 | Athens | 507 | 60 051 | 743 | 119 | 59 549 | 56 399 | 3 662 | 6.5 | 56 152 | 1 678 | 167 | 1 374 |
| 4320 | 39 011 | Auglaize | 401 | 45 983 | 919 | 115 | 44 585 | 42 554 | 3 429 | 8.1 | 44 225 | 66 | 50 | 177 |
| | 39 013 | Belmont | 537 | 70 696 | 646 | 132 | 71 074 | 82 569 | -11 873 | -14.4 | 69 520 | 1 326 | 81 | 229 |
| 1642 | 39 015 | Brown | 492 | 36 410 | 1 112 | 74 | 34 966 | 31 920 | 4 490 | 14.1 | 34 487 | 406 | 29 | 26 |
| 1642 | 39 017 | Butler | 467 | 305 041 | 166 | 653 | 291 479 | 258 787 | 46 254 | 17.9 | 274 592 | 13 134 | 379 | 2 659 |
| 1320 | 39 019 | Carroll | 395 | 27 204 | 1 406 | 69 | 26 521 | 25 598 | 1 606 | 6.3 | 26 254 | 135 | 65 | 29 |
| | 39 021 | Champaign | 429 | 36 646 | 1 104 | 56 | 36 019 | 33 649 | 2 997 | 8.3 | 34 698 | 992 | 68 | 112 |
| 1840 | 39 023 | Clark | 400 | 147 691 | 328 | 370 | 147 548 | 150 236 | -2 345 | -1.6 | 133 242 | 13 031 | 294 | 653 |
| 1642 | 39 025 | Clermont | 452 | 158 161 | 308 | 350 | 150 187 | 128 483 | 29 678 | 23.1 | 148 084 | 1 291 | 216 | 536 |
| | 39 027 | Clinton | 411 | 36 685 | 1 101 | 89 | 35 415 | 34 603 | 2 082 | 6.0 | 34 471 | 716 | 59 | 138 |
| 9320 | 39 029 | Columbiana | 533 | 110 451 | 432 | 207 | 108 276 | 113 572 | -3 121 | -2.7 | 106 369 | 1 409 | 174 | 219 |
| | 39 031 | Coshocton | 564 | 35 751 | 1 128 | 63 | 35 427 | 36 024 | -273 | -.8 | 34 919 | 415 | 68 | 116 |
| | 39 033 | Crawford | 402 | 47 660 | 895 | 118 | 47 870 | 50 075 | -2 415 | -4.8 | 47 361 | 252 | 67 | 116 |
| 1692 | 39 035 | Cuyahoga | 458 | 1 411 209 | 17 | 3 079 | 1 412 140 | 1 498 400 | -81 191 | -5.3 | 1 025 756 | 350 185 | 2 533 | 18 085 |
| | 39 037 | Darke | 600 | 53 664 | 815 | 89 | 53 619 | 55 096 | -1 432 | -2.6 | 53 067 | 184 | 96 | 100 |
| | 39 039 | Defiance | 411 | 39 340 | 1 033 | 96 | 39 350 | 39 987 | -379 | -.9 | 38 562 | 492 | 80 | 122 |
| | 39 041 | Delaware | 443 | 71 402 | 638 | 161 | 66 929 | 53 840 | 17 562 | 32.6 | 64 855 | 1 424 | 104 | 385 |
| 1840 | 39 043 | Erie | 255 | 77 512 | 596 | 305 | 76 779 | 79 655 | -2 143 | -2.7 | 69 513 | 6 312 | 150 | 255 |
| 1840 | 39 045 | Fairfield | 506 | 109 318 | 437 | 216 | 103 461 | 93 678 | 15 640 | 16.7 | 101 610 | 1 153 | 188 | 593 |
| | 39 047 | Fayette | 407 | 27 672 | 1 385 | 69 | 27 466 | 27 467 | 405 | 1.5 | 25 533 | 662 | 50 | 110 |
| 1840 | 39 049 | Franklin | 540 | 992 095 | 22 | 1 837 | 961 437 | 869 126 | 122 969 | 14.1 | 783 714 | 152 840 | 2 056 | 19 432 |
| 8400 | 39 051 | Fulton | 407 | 39 709 | 1 029 | 98 | 38 498 | 37 751 | 1 958 | 5.2 | 37 097 | 93 | 62 | 137 |
| | 39 053 | Gallia | 469 | 32 330 | 1 200 | 69 | 30 954 | 30 098 | 2 232 | 7.4 | 29 931 | 871 | 79 | 136 |
| 1692 | 39 055 | Geauga | 404 | 82 330 | 561 | 206 | 81 129 | 74 474 | 8 767 | 11.8 | 79 629 | 1 056 | 83 | 283 |
| 2000 | 39 057 | Greene | 415 | 140 120 | 344 | 338 | 136 731 | 129 769 | 10 351 | 8.0 | 124 081 | 9 611 | 398 | 2 132 |
| | 39 059 | Guernsey | 522 | 39 340 | 1 040 | 75 | 39 024 | 42 024 | -2 684 | -6.4 | 38 166 | 616 | 70 | 141 |
| 1642 | 39 061 | Hamilton | 407 | 872 026 | 37 | 2 140 | 866 225 | 873 203 | -1 177 | -.1 | 672 972 | 181 145 | 1 204 | 9 196 |
| | 39 063 | Hancock | 531 | 66 700 | 680 | 125 | 65 536 | 64 581 | 2 119 | 3.3 | 63 572 | 591 | 91 | 400 |
| | 39 065 | Hardin | 470 | 31 001 | 1 269 | 66 | 31 111 | 32 719 | -1 513 | -4.6 | 30 661 | 236 | 66 | 115 |
| | 39 067 | Harrison | 404 | 15 946 | 1 926 | 40 | 16 085 | 15 152 | -2 906 | -12.2 | 15 645 | 393 | 22 | 9 |
| | 39 069 | Henry | 417 | 29 452 | 1 330 | 71 | 29 108 | 28 383 | 1 069 | 3.8 | 27 951 | 147 | 53 | 91 |
| | 39 071 | Highland | 553 | 37 203 | 1 086 | 67 | 35 728 | 33 477 | 3 726 | 11.1 | 34 876 | 692 | 73 | 73 |
| | 39 073 | Hocking | 423 | 26 636 | 1 429 | 63 | 25 533 | 24 304 | 2 332 | 9.6 | 25 199 | 224 | 65 | 42 |
| | 39 075 | Holmes | 423 | 33 733 | 1 190 | 80 | 32 849 | 29 416 | 4 317 | 14.7 | 32 706 | 52 | 24 | 44 |
| | 39 077 | Huron | 493 | 57 656 | 772 | 117 | 56 240 | 54 608 | 3 048 | 5.5 | 54 982 | 597 | 85 | 155 |
| | 39 079 | Jackson | 420 | 31 375 | 1 262 | 75 | 30 230 | 30 592 | 783 | 2.6 | 29 895 | 218 | 53 | 15 |
| 8080 | 39 081 | Jefferson | 410 | 79 623 | 585 | 194 | 80 298 | 91 564 | -11 941 | -13.0 | 75 270 | 4 438 | 167 | 216 |
| 1692 | 39 083 | Knox | 527 | 48 478 | 880 | 92 | 47 473 | 46 304 | 2 174 | 4.7 | 46 747 | 351 | 73 | 259 |
| 3400 | 39 085 | Lake | 229 | 220 436 | 234 | 966 | 215 499 | 212 801 | 7 635 | 3.5 | 209 379 | 3 529 | 250 | 444 |
| 1840 | 39 087 | Lawrence | 455 | 63 105 | 707 | 139 | 61 834 | 63 849 | -744 | -1.2 | 60 115 | 1 559 | 57 | 72 |
| | 39 089 | Licking | 687 | 131 975 | 362 | 192 | 128 300 | 120 981 | 10 994 | 9.1 | 125 181 | 2 217 | 247 | 472 |
| 1692 | 39 091 | Logan | 459 | 43 701 | 950 | 95 | 42 310 | 39 155 | 4 546 | 11.5 | 41 156 | 804 | 58 | 224 |
| 8400 | 39 093 | Lorain | 493 | 276 679 | 196 | 562 | 271 125 | 274 909 | 1 773 | .6 | 241 549 | 21 290 | 738 | 1 472 |
| 1840 | 39 095 | Lucas | 342 | 461 508 | 108 | 1 356 | 462 361 | 471 741 | -10 233 | -2.2 | 350 155 | 88 456 | 1 664 | 4 988 |
| 9320 | 39 097 | Madison | 465 | 38 832 | 1 047 | 84 | 37 068 | 33 004 | 5 943 | 18.3 | 34 244 | 2 756 | 96 | 83 |
| | 39 099 | Mahoning | 415 | 265 607 | 192 | 640 | 264 806 | 289 487 | -23 880 | -8.2 | 221 109 | 39 581 | 444 | 961 |
| 1692 | 39 101 | Marion | 404 | 64 593 | 696 | 160 | 64 274 | 67 974 | -3 381 | -5.0 | 60 343 | 2 707 | 145 | 268 |
| | 39 103 | Medina | 422 | 128 513 | 374 | 305 | 122 354 | 113 150 | 15 363 | 13.5 | 126 504 | 350 | 172 | 687 |
| | 39 105 | Meigs | 430 | 23 436 | 1 534 | 55 | 22 987 | 23 641 | -205 | -.9 | 22 734 | 177 | 44 | 31 |
| 2000 | 39 107 | Mercer | 463 | 39 972 | 1 023 | 86 | 39 443 | 38 334 | 1 638 | 4.3 | 39 519 | 31 | 42 | 80 |
| 2000 | 39 109 | Miami | 407 | 94 094 | 504 | 231 | 93 182 | 90 381 | 4 513 | 5.3 | 90 519 | 1 779 | 158 | 501 |
| | 39 111 | Monroe | 456 | 15 290 | 1 951 | 34 | 15 497 | 17 382 | -1 982 | -12.1 | 15 437 | 19 | 25 | 11 |
| | 39 113 | Montgomery | 462 | 573 842 | 84 | 1 253 | 573 809 | 571 697 | 6 945 | 1.2 | 482 551 | 131 310 | 1 065 | 5 811 |
| | 39 115 | Morgan | 418 | 14 303 | 2 153 | 34 | 14 194 | 14 241 | 62 | .4 | 13 954 | 572 | 64 | 8 |
| | 39 117 | Morrow | 406 | 29 137 | 1 361 | 70 | 27 749 | 26 480 | 2 092 | 7.8 | 28 929 | 13 | 67 | 41 |
| | 39 119 | Muskingum | 665 | 83 594 | 566 | 120 | 82 068 | 83 340 | -746 | -.9 | 78 125 | 4 348 | 214 | 151 |

*Federal Information Processing Standards (FIPS) codes for metropolitan areas defined as of June 30, 1993. †Dry land and land temporarily or partially covered by water. ‡Based on 1990 land area. FIPS codes for counties/county equivalents defined as of January 1990. Based on 3,141 counties/county equivalents. When counties share the same rank, the next lower rank is omitted. Based on 1990 census.

## Table 8. Counties — Population Characteristics

| County | Hispanic origin — Number | Percent of total | Under 5 years | 5 to 9 years | 10 to 14 years | 15 to 19 years | 20 to 24 years | 25 to 34 years | 35 to 44 years | 45 to 54 years | 55 to 74 years | 75 years and over | Males per 100 females | Percent foreign born | Language other than English | Spanish | Movers total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 29 | 29 |
| **NORTH DAKOTA—Con** | | | | | | | | | | | | | | | | | |
| Sioux | 1 | 1 | 6.9 | 23.0 | 3.1 | 3.7 | 13.7 | 14.9 | 9.2 | 13.0 | 5.5 | 3.6 | 111.4 | – | 1.7 | .5 | 23.1 |
| Slope | 126 | 6 | 7.3 | 21.5 | 4.2 | 5.2 | 17.1 | 13.9 | 8.7 | 6.0 | 7.2 | 6.0 | 95.7 | 1.1 | 10.4 | .3 | 44.7 |
| Stark | 5 | .2 | 6.6 | 19.5 | 2.1 | 2.5 | 12.9 | 12.2 | 11.5 | 12.3 | 11.3 | 8.4 | 100.8 | .8 | 1.1 | .1 | 27.7 |
| Steele | 64 | .4 | 7.3 | 18.5 | 4.3 | 4.4 | 13.4 | 14.4 | 9.5 | 9.9 | 8.5 | 7.7 | 95.3 | 1.1 | 7.5 | .5 | 41.1 |
| Stutsman | 6 | .1 | 7.9 | 10.0 | 2.7 | 3.0 | 13.6 | 12.3 | 8.5 | 10.4 | 9.0 | 11.7 | 100.4 | 1.3 | 4.7 | .1 | 30.5 |
| Towner | 101 | 1.2 | 6.3 | 19.3 | 5.1 | 4.7 | 13.2 | 12.4 | 9.3 | 9.0 | 9.7 | 10.6 | 96.0 | 1.3 | 9.1 | 1.0 | 36.5 |
| Traill | 441 | 3.2 | 7.0 | 20.5 | 2.3 | 3.5 | 14.6 | 14.6 | 9.5 | 9.6 | 9.9 | 8.9 | 99.1 | 1.3 | 12.5 | 1.7 | 28.5 |
| Walsh | 657 | 1.5 | 7.3 | 19.4 | 5.6 | 7.8 | 18.6 | 13.6 | 10.6 | 7.0 | 5.3 | 5.3 | 99.1 | 2.3 | 5.3 | 1.0 | 50.5 |
| Ward | 7 | .1 | 6.3 | 16.2 | 2.2 | 2.5 | 12.6 | 11.6 | 10.7 | 11.9 | 11.1 | 13.0 | 93.6 | 1.0 | 9.0 | – | 27.5 |
| Wells | 110 | .5 | 7.5 | 22.4 | 3.4 | 3.3 | 16.2 | 15.0 | 9.4 | 8.5 | 7.5 | 6.6 | 96.7 | 1.6 | 5.0 | .9 | 44.0 |
| Williams | | | | | | | | | | | | | | | | | |
| **OHIO** | 139,696 | 1.3 | 7.2 | 16.5 | 4.7 | 5.6 | 16.5 | 14.9 | 10.3 | 9.0 | 7.5 | 5.3 | 93.0 | 2.4 | 5.4 | 1.4 | 42.9 |
| Adams | 90 | .4 | 7.3 | 21.7 | 4.3 | 5.4 | 14.4 | 13.8 | 10.5 | 9.1 | 7.3 | 5.8 | 96.4 | .3 | 2.3 | .6 | 41.9 |
| Allen | 1,240 | 1.1 | 7.6 | 19.8 | 4.3 | 5.2 | 16.1 | 14.5 | 9.8 | 8.9 | 7.7 | 5.7 | 98.1 | .8 | 2.3 | 1.0 | 41.2 |
| Ashland | 191 | .4 | 7.0 | 20.3 | 5.3 | 5.5 | 14.6 | 14.1 | 10.5 | 8.9 | 7.7 | 6.0 | 95.5 | 1.0 | 4.7 | .5 | 41.8 |
| Ashtabula | 1,538 | 1.5 | 7.3 | 20.0 | 4.0 | 4.8 | 14.8 | 14.6 | 10.3 | 9.5 | 8.5 | 6.2 | 93.4 | 1.6 | 5.7 | 1.5 | 39.8 |
| Athens | 438 | .7 | 5.4 | 14.3 | 15.5 | 12.5 | 14.3 | 12.0 | 8.0 | 6.5 | 5.5 | 4.2 | 96.3 | 3.5 | 5.3 | 1.3 | 55.3 |
| Auglaize | 242 | .5 | 6.0 | 21.3 | 3.6 | 4.9 | 15.7 | 14.7 | 9.5 | 8.7 | 7.5 | 5.9 | 95.0 | .5 | 2.3 | .6 | 37.0 |
| Belmont | 194 | .3 | 5.9 | 17.5 | 3.6 | 4.2 | 13.4 | 14.7 | 10.3 | 10.7 | 10.7 | 8.0 | 88.7 | 1.1 | 4.5 | .6 | 30.1 |
| Brown | 49 | .1 | 7.5 | 21.1 | 4.2 | 5.0 | 16.0 | 14.1 | 10.4 | 8.9 | 7.2 | 5.6 | 96.4 | .2 | 1.4 | .7 | 40.8 |
| Butler | 1,467 | .5 | 7.4 | 15.8 | 6.4 | 6.8 | 16.7 | 15.2 | 10.1 | 8.5 | 6.1 | 4.1 | 93.8 | 1.4 | 2.3 | .9 | 50.1 |
| Carroll | 99 | .4 | 7.0 | 20.4 | 4.1 | 4.2 | 15.5 | 15.0 | 10.9 | 9.4 | 8.3 | 5.4 | 96.5 | .5 | 3.1 | 1.2 | 34.0 |
| Champaign | 246 | .7 | 6.9 | 18.5 | 5.1 | 5.1 | 15.0 | 14.9 | 12.6 | 8.5 | 7.2 | 5.5 | 96.9 | .7 | 2.3 | .7 | 42.3 |
| Clark | 970 | .7 | 7.0 | 19.8 | 4.3 | 5.2 | 16.1 | 14.5 | 9.8 | 8.9 | 7.7 | 5.7 | 92.0 | 1.0 | 2.7 | 1.0 | 44.0 |
| Clermont | 721 | .5 | 8.2 | 21.2 | 4.0 | 3.5 | 18.3 | 15.0 | 10.4 | 7.5 | 5.3 | 3.4 | 96.2 | .9 | 2.6 | 1.0 | 46.7 |
| Clinton | 122 | .3 | 7.2 | 20.1 | 5.0 | 5.7 | 15.8 | 14.6 | 10.0 | 8.5 | 7.5 | 5.6 | 94.5 | .7 | 2.7 | .9 | 42.7 |
| Columbiana | 405 | .4 | 7.2 | 19.5 | 4.0 | 4.6 | 14.8 | 14.8 | 10.5 | 9.9 | 9.0 | 6.4 | 93.1 | .8 | 2.7 | .9 | 35.2 |
| Coshocton | 106 | .3 | 7.2 | 20.1 | 3.3 | 4.5 | 14.9 | 14.5 | 10.0 | 9.8 | 8.3 | 6.1 | 93.5 | .5 | 4.4 | .4 | 37.1 |
| Crawford | 246 | .5 | 7.2 | 19.5 | 4.1 | 4.8 | 15.1 | 14.2 | 11.2 | 9.4 | 8.2 | 6.3 | 93.4 | .6 | 2.3 | .2 | 38.2 |
| Cuyahoga | 31,441 | 2.0 | 7.1 | 16.8 | 4.0 | 5.0 | 16.9 | 14.4 | 10.0 | 9.8 | 9.2 | 6.4 | 86.6 | 5.6 | 10.5 | 2.2 | 39.2 |
| Darke | 343 | .5 | 7.3 | 20.4 | 4.0 | 5.0 | 15.1 | 14.0 | 10.5 | 8.5 | 5.1 | 6.6 | 96.4 | .5 | 2.4 | 1.0 | 37.0 |
| Defiance | 2,673 | 6.8 | 7.3 | 21.4 | 4.5 | 5.4 | 15.0 | 15.2 | 10.5 | 8.5 | 6.3 | 4.9 | 97.2 | .5 | 6.3 | 4.7 | 35.8 |
| Delaware | 226 | .5 | 7.4 | 20.1 | 5.2 | 4.8 | 15.4 | 15.0 | 11.7 | 8.2 | 5.3 | 3.8 | 97.9 | 1.7 | 3.0 | 1.1 | 49.9 |
| Erie | 1,180 | 1.5 | 7.0 | 19.1 | 4.0 | 4.6 | 15.3 | 15.2 | 11.3 | 9.8 | 8.4 | 5.2 | 94.5 | 1.5 | 3.5 | 1.0 | 40.0 |
| Fairfield | 665 | .6 | 6.9 | 20.2 | 4.9 | 5.0 | 15.5 | 14.6 | 11.8 | 8.1 | 6.5 | 4.9 | 98.4 | .9 | 2.3 | .9 | 43.9 |
| Fayette | 89 | .3 | 6.9 | 20.2 | 3.9 | 4.5 | 14.7 | 10.9 | 9.5 | 5.2 | 6.6 | – | 94.3 | .5 | 2.4 | .9 | 41.5 |
| Franklin | 9,236 | 1.0 | 7.6 | 17.0 | 5.5 | 7.3 | 20.1 | 15.3 | 9.3 | 7.6 | 5.7 | 3.9 | 96.6 | 1.5 | 5.5 | 3.9 | 56.5 |
| Fulton | 1,842 | 4.3 | 7.7 | 21.5 | 4.0 | 4.7 | 16.1 | 15.0 | 10.0 | 8.1 | 7.1 | 5.6 | 95.6 | .3 | 1.9 | 1.7 | 38.5 |
| Gallia | 156 | .5 | 6.8 | 19.9 | 5.0 | 5.1 | 15.8 | 14.1 | 11.2 | 9.3 | 7.2 | 5.6 | 95.6 | .3 | 1.5 | .7 | 37.0 |
| Geauga | 294 | .4 | 7.9 | 20.5 | 3.5 | 4.4 | 13.9 | 16.9 | 12.7 | 8.9 | 6.5 | 4.1 | 97.9 | 3.2 | 11.5 | .7 | 49.3 |
| Greene | 1,379 | 1.0 | 6.7 | 19.0 | 6.3 | 4.5 | 15.0 | 14.5 | 10.6 | 9.5 | 5.8 | 3.6 | 96.4 | 2.1 | 4.1 | 1.2 | 49.3 |
| Guernsey | 130 | .3 | 7.0 | 19.3 | 4.4 | 4.5 | 15.0 | 14.5 | 10.6 | 9.5 | 8.5 | 6.3 | 91.1 | .5 | 2.3 | .5 | 35.6 |
| Hamilton | 5,198 | .6 | 7.8 | 18.2 | 4.5 | 6.1 | 17.4 | 14.3 | 9.5 | 8.9 | 7.4 | 5.9 | 89.3 | 2.5 | 4.5 | 1.1 | 44.9 |
| Hancock | 1,680 | 2.5 | 7.4 | 19.6 | 4.4 | 5.5 | 16.6 | 14.9 | 10.4 | 8.9 | 5.6 | 5.5 | 93.9 | 1.3 | 3.9 | 1.9 | 43.6 |
| Hardin | 145 | .4 | 6.7 | 19.0 | 7.4 | 7.3 | 14.6 | 13.1 | 9.9 | 8.5 | 7.5 | 6.1 | 96.1 | .7 | 3.3 | .7 | 39.2 |
| Harrison | 43 | .3 | 5.5 | 19.5 | 3.9 | 4.3 | 13.5 | 14.5 | 10.5 | 10.4 | 9.9 | 7.5 | 93.2 | .6 | 3.4 | 1.2 | 30.2 |
| Henry | 1,232 | 4.6 | 7.7 | 21.4 | 4.4 | 4.8 | 15.6 | 13.9 | 10.5 | 9.0 | 7.5 | 6.1 | 96.9 | 1.0 | 7.0 | 3.7 | 33.7 |
| Highland | 108 | .3 | 7.3 | 20.1 | 4.1 | 4.9 | 14.8 | 13.7 | 10.5 | 9.6 | 8.5 | 6.5 | 94.4 | .5 | 1.5 | .7 | 43.5 |
| Hillsboro | 93 | .4 | 7.0 | 19.6 | 4.3 | 5.0 | 15.2 | 14.4 | 11.7 | 9.5 | 7.7 | 5.7 | 100.1 | .5 | 2.1 | .7 | 38.3 |
| Hocking | 123 | .4 | 10.8 | 25.1 | 4.7 | 3.3 | 14.7 | 12.4 | 8.7 | 7.5 | 6.6 | 5.9 | 98.9 | .5 | 4.30 | .2 | 31.3 |
| Holmes | 1,006 | 1.5 | 11.3 | 21.2 | 4.2 | 5.3 | 16.1 | 14.0 | 8.6 | 7.0 | 4.9 | 4.9 | 94.8 | 1.0 | 36.4 | 1.3 | 35.5 |
| Huron | 89 | .3 | 7.0 | 20.5 | 4.4 | 4.9 | 15.1 | 14.4 | 11.0 | 8.5 | 6.0 | 6.0 | 91.1 | .3 | 3.1 | 1.1 | 38.8 |
| Jackson | | | | | | | | | | | | | | | | | |
| Jefferson | 425 | .5 | 5.7 | 17.9 | 4.4 | 4.5 | 13.4 | 14.6 | 11.0 | 11.3 | 10.4 | 6.8 | 89.7 | 1.5 | 4.3 | .9 | 31.1 |
| Knox | 171 | .4 | 6.4 | 15.6 | 6.2 | 5.3 | 14.4 | 14.5 | 10.5 | 9.3 | 3.4 | 6.4 | 93.1 | 1.0 | 3.3 | .5 | 44.0 |
| Lake | 1,469 | .7 | 6.9 | 19.0 | 3.9 | 5.2 | 17.3 | 15.9 | 11.4 | 9.4 | 7.5 | 5.0 | 93.8 | 1.3 | 6.1 | .8 | 39.0 |
| Lawrence | 139 | .2 | 5.7 | 20.4 | 4.8 | 5.2 | 16.0 | 14.6 | 10.7 | 9.8 | 9.0 | 5.3 | 90.7 | .5 | 3.8 | .3 | 36.1 |
| Licking | 524 | .5 | 7.2 | 19.1 | 5.0 | 5.2 | 16.0 | 15.1 | 11.5 | 9.1 | 5.3 | 4.9 | 93.8 | .5 | 2.5 | .9 | 43.2 |
| Logan | 159 | .4 | 7.4 | 20.2 | 4.2 | 5.1 | 15.2 | 14.2 | 10.3 | 9.3 | 5.4 | 6.0 | 93.8 | .5 | 2.7 | .7 | 41.6 |
| Lorain | 15,251 | 5.6 | 7.1 | 18.0 | 4.3 | 5.1 | 17.3 | 15.5 | 10.3 | 9.3 | 7.5 | 5.5 | 91.2 | 2.5 | 9.1 | 4.5 | 43.5 |
| Lucas | 15,658 | 3.6 | 7.5 | 17.6 | 4.3 | 6.0 | 16.3 | 14.6 | 9.5 | 8.6 | 7.5 | 5.5 | 88.9 | 1.1 | 5.9 | 3.1 | 46.0 |
| Madison | 216 | .6 | 6.3 | 17.3 | 4.2 | 6.5 | 20.0 | 16.0 | 10.6 | 7.6 | 5.1 | 4.0 | 113.3 | .5 | 5.1 | .5 | 43.5 |
| Mahoning | 5,946 | 2.2 | 5.5 | 13.0 | 4.0 | 4.9 | 14.0 | 14.0 | 10.6 | 10.5 | 10.5 | 6.5 | 89.5 | 2.9 | 3.1 | 1.9 | 33.4 |
| Marion | 465 | .6 | 7.5 | 19.2 | 3.3 | 5.2 | 16.7 | 15.4 | 10.5 | 8.9 | 7.5 | 5.5 | 93.4 | 1.0 | 2.9 | 1.1 | 42.5 |
| Medina | 711 | .6 | 7.3 | 21.2 | 4.2 | 4.5 | 15.8 | 17.5 | 11.3 | 7.9 | 5.5 | 3.1 | 98.6 | 1.5 | 3.8 | .5 | 43.8 |
| Meigs | 59 | .3 | 6.6 | 20.3 | 4.1 | 4.3 | 14.1 | 14.6 | 10.9 | 9.8 | 8.5 | 6.3 | 93.7 | .4 | 3.1 | .5 | 35.8 |
| Mercer | 200 | .5 | 6.5 | 22.3 | 3.4 | 4.3 | 15.6 | 14.3 | 10.5 | 9.5 | 7.5 | 5.1 | 99.5 | .5 | 2.5 | .5 | 31.0 |
| Miami | 366 | .4 | 7.3 | 19.8 | 4.1 | 4.3 | 15.4 | 15.3 | 8.1 | 7.5 | 5.1 | 4.5 | 94.5 | .7 | 2.5 | .9 | 42.5 |
| Monroe | 24 | .2 | 5.2 | 19.5 | 4.1 | 4.3 | 13.5 | 14.5 | 12.01 | 10.0 | 5.5 | 5.1 | 96.6 | .1 | 2.5 | .1 | 46.5 |
| Montgomery | 4,639 | .8 | 7.2 | 18.5 | 4.4 | 5.6 | 16.5 | 14.5 | 9.6 | 9.5 | 5.1 | 5.5 | 94.0 | 1.5 | 3.9 | 1.9 | 45.5 |
| Morgan | 26 | .3 | 7.2 | 20.1 | 4.5 | 4.5 | 14.5 | 14.5 | 13.5 | 10.5 | 9.6 | 6.5 | 94.2 | .1 | 3.5 | .5 | 35.5 |
| Morrow | 32 | .3 | 7.3 | 20.3 | 4.3 | 4.5 | 15.5 | 15.5 | 11.7 | 8.5 | 7.5 | 5.5 | 98.5 | .1 | 2.5 | .5 | 36.5 |
| Muskingum | 247 | .3 | 7.1 | 19.3 | 4.5 | 5.5 | 16.5 | 15.5 | 10.5 | 8.7 | 5.5 | 6.5 | 93.5 | .5 | 3.1 | .5 | 41.5 |

## 45. Age by Race, Spanish Origin, and Sex for Counties: 1980—Con.

[For meaning of symbols, see introduction. For definitions of terms, see appendixes A and B]

| | Race: Total Male | Race: Total Female | White Male | White Female | Black Male | Black Female | Spanish origin Male | Spanish origin Female | Race: Total Male | Race: Total Female | White Male | White Female | Black Male | Black Female | Spanish origin Male | Spanish origin Female |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | HAMILTON | | | | | | | | HANCOCK | | | | | | | |
| Total persons | 413 347 | 459 847 | 333 096 | 344 313 | 76 316 | 89 478 | 2 449 | 2 827 | 31 237 | 33 344 | 30 347 | 32 615 | 274 | 249 | 737 | 735 |
| | 31 875 | 30 505 | 23 711 | 22 469 | 7 682 | 7 600 | 303 | 240 | 2 572 | 2 454 | 2 424 | 2 373 | 32 | 25 | 95 | 81 |
| | 7 055 | 6 806 | 5 187 | 4 961 | 1 749 | 1 735 | 72 | 49 | 561 | 475 | 537 | 477 | 6 | 7 | 24 | 17 |
| | 6 435 | 6 318 | 4 906 | 4 636 | 1 620 | 1 594 | 77 | 50 | 479 | 494 | 487 | 475 | 5 | 7 | 11 | 15 |
| | 6 185 | 6 069 | 4 630 | 4 481 | 1 466 | 1 503 | 48 | 44 | 511 | 491 | 489 | 477 | 5 | 3 | 15 | 15 |
| | 5 992 | 5 671 | 4 495 | 4 183 | 1 418 | 1 408 | 51 | 57 | 489 | 470 | 465 | 453 | 9 | 6 | 23 | 23 |
| | 6 008 | 5 641 | 4 493 | 4 208 | 1 429 | 1 360 | 55 | 40 | 462 | 503 | 444 | 491 | 7 | 2 | 21 | 16 |
| | 31 675 | 30 561 | 23 425 | 22 444 | 7 849 | 7 764 | 254 | 244 | 2 755 | 2 572 | 2 647 | 2 484 | 30 | 25 | 97 | 76 |
| | 6 005 | 5 774 | 4 453 | 4 271 | 1 446 | 1 431 | 51 | 51 | 509 | 481 | 488 | 464 | 7 | 4 | 23 | 15 |
| | 5 761 | 5 706 | 4 265 | 4 184 | 1 472 | 1 452 | 41 | 52 | 506 | 447 | 488 | 434 | 3 | 5 | 17 | 10 |
| | 6 148 | 5 888 | 4 534 | 4 300 | 1 542 | 1 513 | 47 | 42 | 546 | 508 | 522 | 483 | 8 | 9 | 17 | 23 |
| | 6 529 | 6 161 | 4 802 | 4 517 | 1 642 | 1 581 | 43 | 53 | 571 | 540 | 554 | 528 | 3 | 6 | 22 | 16 |
| | 7 232 | 7 032 | 5 374 | 5 172 | 1 797 | 1 787 | 52 | 46 | 623 | 596 | 595 | 575 | 9 | 4 | 21 | 15 |
| | 35 671 | 33 944 | 27 190 | 25 700 | 8 159 | 7 940 | 255 | 242 | 2 757 | 2 601 | 2 668 | 2 527 | 20 | 16 | 57 | 101 |
| | 7 067 | 6 932 | 5 350 | 5 200 | 1 631 | 1 662 | 50 | 55 | 572 | 514 | 550 | 498 | 3 | 7 | 23 | 19 |
| | 7 036 | 6 534 | 5 351 | 4 905 | 1 634 | 1 568 | 59 | 48 | 568 | 525 | 549 | 513 | 7 | 1 | 14 | 23 |
| | 6 844 | 6 570 | 5 185 | 4 985 | 1 598 | 1 519 | 46 | 44 | 509 | 509 | 494 | 491 | 3 | 3 | 15 | 24 |
| | 7 152 | 6 756 | 5 466 | 5 119 | 1 619 | 1 583 | 55 | 44 | 532 | 504 | 517 | 495 | 3 | 2 | 11 | 9 |
| | 7 572 | 7 152 | 5 838 | 5 491 | 1 677 | 1 608 | 45 | 51 | 576 | 549 | 558 | 530 | 4 | 3 | 24 | 26 |
| | 41 339 | 40 924 | 32 448 | 31 471 | 8 590 | 9 183 | 314 | 334 | 2 976 | 2 958 | 2 870 | 2 895 | 37 | 26 | 87 | 86 |
| | 8 136 | 8 050 | 6 300 | 6 101 | 1 781 | 1 893 | 61 | 69 | 580 | 564 | 571 | 549 | 5 | 5 | 5 | 19 |
| | 8 446 | 7 923 | 6 565 | 6 085 | 1 817 | 1 770 | 53 | 52 | 632 | 592 | 610 | 580 | 4 | 2 | 24 | 14 |
| | 8 268 | 8 118 | 6 481 | 6 222 | 1 730 | 1 842 | 68 | 64 | 625 | 625 | 607 | 618 | 3 | 2 | 20 | 12 |
| | 8 296 | 8 112 | 6 529 | 6 260 | 1 704 | 1 807 | 65 | 75 | 581 | 591 | 556 | 572 | 12 | 9 | 19 | 16 |
| | 8 193 | 8 721 | 6 573 | 6 803 | 1 558 | 1 851 | 67 | 71 | 558 | 596 | 525 | 576 | 15 | 8 | 21 | 25 |
| | 40 871 | 44 145 | 33 353 | 34 681 | 7 183 | 9 110 | 273 | 301 | 2 851 | 2 925 | 2 743 | 2 844 | 40 | 42 | 59 | 59 |
| | 7 945 | 8 614 | 6 413 | 6 730 | 1 484 | 1 825 | 49 | 58 | 545 | 580 | 521 | 567 | 7 | 7 | 23 | 11 |
| | 7 861 | 8 652 | 6 359 | 6 767 | 1 424 | 1 822 | 53 | 56 | 518 | 595 | 501 | 580 | 7 | 8 | 15 | 14 |
| | 36 768 | 38 496 | 30 183 | 30 301 | 6 057 | 7 740 | 236 | 231 | 2 635 | 2 704 | 2 560 | 2 625 | 30 | 25 | 46 | 57 |
| | 30 807 | 32 195 | 25 601 | 25 640 | 4 746 | 6 098 | 194 | 219 | 2 384 | 2 525 | 2 315 | 2 470 | 23 | 13 | 46 | 54 |
| | 23 392 | 25 446 | 19 231 | 20 357 | 3 823 | 4 780 | 142 | 177 | 1 915 | 1 987 | 1 870 | 1 931 | 9 | 16 | 33 | [illegible] |
| | 20 299 | 22 870 | 16 674 | 18 343 | 3 368 | 4 313 | 140 | 154 | 1 675 | 1 739 | 1 639 | 1 710 | 11 | 9 | 29 | [illegible] |
| | 20 376 | 23 175 | 16 921 | 18 724 | 3 304 | 4 295 | 119 | 137 | 1 565 | 1 603 | 1 540 | 1 579 | 7 | 8 | 36 | 22 |
| | 22 499 | 25 232 | 18 873 | 20 584 | 3 432 | 4 506 | 127 | 133 | 1 553 | 1 641 | 1 521 | 1 612 | 9 | 13 | 30 | 34 |
| | 21 490 | 25 155 | 18 085 | 21 003 | 3 318 | 4 051 | 95 | 96 | 1 540 | 1 708 | 1 519 | 1 688 | 7 | 9 | 24 | 13 |
| | 17 420 | 21 635 | 14 639 | 17 977 | 2 727 | 3 562 | 68 | 100 | 1 259 | 1 492 | 1 250 | 1 482 | 4 | 2 | 7 | [illegible] |
| | 14 340 | 19 862 | 11 968 | 16 682 | 2 319 | 3 115 | 59 | 72 | 1 056 | 1 207 | 1 040 | 1 300 | 9 | 3 | 6 | |
| | 10 995 | 17 139 | 9 252 | 14 675 | 1 673 | 2 411 | 51 | 55 | 751 | 1 096 | 742 | 1 084 | 3 | 6 | 7 | 10 |
| | 7 072 | 12 833 | 5 960 | 11 139 | 1 087 | 1 659 | 24 | 53 | 532 | 840 | 530 | 835 | 1 | 1 | 4 | |
| | 3 941 | 8 645 | 3 356 | 7 749 | 568 | 861 | 18 | 27 | 290 | 620 | 288 | 617 | - | 2 | 1 | |
| | 2 552 | 7 080 | 2 168 | 6 374 | 351 | 690 | 17 | 12 | 191 | 562 | 191 | 559 | - | 2 | 1 | |
| | 259 311 | 340 741 | 239 421 | 277 292 | 47 298 | 60 349 | 1 695 | 1 916 | 21 366 | 23 936 | 20 360 | 23 484 | 150 | 171 | 399 | 40[illegible] |
| | 45 886 | 78 148 | 41 154 | 67 099 | 7 568 | 10 794 | 207 | 274 | 3 570 | 5 292 | 3 534 | 5 257 | 16 | 14 | 25 | [illegible] |
| | 38 900 | 65 559 | 32 734 | 56 619 | 6 028 | 8 726 | 169 | 219 | 2 820 | 4 425 | 2 791 | 4 395 | 13 | 14 | 19 | [illegible] |
| | 28.3 | 31.5 | 29.3 | 33.0 | 24.1 | 27.0 | 24.1 | 25.1 | 28.2 | 30.9 | 28.5 | 31.2 | 22.2 | 23.4 | 19.8 | 20 |
| | HARDIN | | | | | | | | HARRISON | | | | | | | |
| Total persons | 16 059 | 16 640 | 15 854 | 16 482 | 101 | 110 | 67 | 63 | 8 852 | 9 300 | 8 591 | 9 048 | 243 | 227 | 27 | [illegible] |
| | 1 240 | 1 196 | 1 233 | 1 177 | 4 | 6 | 8 | 9 | 691 | 651 | 664 | 635 | 26 | 16 | - | |
| | 259 | 239 | 258 | 238 | 1 | - | 2 | 1 | 149 | 134 | 143 | 132 | 5 | 2 | - | |
| | 240 | 228 | 238 | 222 | 1 | 1 | 3 | 6 | 124 | 121 | 117 | 115 | 7 | 6 | - | |
| | 255 | 235 | 255 | 230 | - | 1 | 1 | 1 | 156 | 132 | 151 | 129 | 5 | 3 | - | |
| | 235 | 245 | 235 | 242 | - | 2 | - | - | 134 | 131 | 128 | 128 | 6 | 3 | - | |
| | 251 | 249 | 247 | 245 | 2 | 2 | 2 | 1 | 128 | 133 | 125 | 131 | 3 | 2 | - | |
| | 1 271 | 1 322 | 1 258 | 1 310 | 10 | 8 | 1 | 1 | 729 | 597 | 708 | 667 | 19 | 24 | 1 | |
| | 250 | 255 | 245 | 252 | 1 | 3 | - | - | 132 | 107 | 124 | 104 | 7 | 2 | - | |
| | 229 | 245 | 229 | 242 | - | - | 1 | - | 139 | 140 | 132 | 137 | 6 | 2 | - | |
| | 268 | 261 | 266 | 259 | 2 | 2 | - | - | 161 | 134 | 160 | 130 | 1 | 4 | - | |
| | 256 | 272 | 251 | 271 | 3 | 1 | - | - | 147 | 145 | 143 | 136 | 4 | 9 | 1 | |
| | 268 | 259 | 264 | 256 | 4 | 2 | - | 1 | 150 | 171 | 149 | 162 | 1 | 7 | - | |
| | 1 313 | 1 255 | 1 301 | 1 233 | 6 | 16 | 5 | 8 | 783 | 721 | 749 | 696 | 29 | 23 | 2 | |
| | 251 | 237 | 279 | 230 | 2 | 5 | 1 | 2 | 168 | 136 | 162 | 132 | 4 | 2 | 2 | |
| | 268 | 260 | 266 | 256 | 1 | 2 | - | 3 | 149 | 142 | 140 | 132 | 8 | 10 | - | |
| | 266 | 263 | 264 | 260 | - | 2 | 2 | 2 | 153 | 163 | 146 | 158 | 5 | 5 | - | |
| | 255 | 253 | 252 | 248 | 2 | 4 | - | - | 154 | 135 | 148 | 132 | 6 | 3 | - | |
| | 243 | 242 | 240 | 239 | 1 | 3 | 2 | 1 | 159 | 145 | 153 | 142 | 6 | 3 | - | |
| | 1 307 | 1 523 | 1 773 | 1 617 | 15 | 14 | 9 | 7 | 815 | 751 | 791 | 732 | 31 | 26 | 6 | |
| | 318 | 251 | 315 | 248 | 3 | 3 | 1 | 1 | 158 | 152 | 151 | 159 | 5 | 3 | 2 | |
| | 317 | 240 | 314 | 240 | 2 | - | 2 | - | 167 | 163 | 158 | 151 | 9 | 4 | - | |
| | 303 | 290 | 295 | 287 | 4 | - | - | 3 | 175 | 163 | 156 | 158 | 9 | 5 | 2 | |
| | 394 | 412 | 387 | 402 | 1 | 7 | 4 | 3 | 150 | 141 | 155 | 136 | 5 | 4 | 1 | |
| | 475 | 445 | 459 | 440 | 5 | 4 | 2 | - | 125 | 129 | 121 | 115 | 3 | 10 | 1 | |
| | 2 040 | 1 752 | 2 004 | 1 766 | 15 | 10 | 9 | 6 | 592 | 707 | 572 | 537 | 19 | 19 | 3 | |
| | 464 | 423 | 475 | 423 | 3 | 3 | 1 | - | 135 | 138 | 130 | 136 | 4 | 2 | 1 | |
| | 442 | 399 | 429 | 392 | 7 | 5 | [illegible] | 1 | 139 | 136 | 134 | 132 | 5 | 4 | [illegible] | |
| | 1 331 | 1 241 | 1 315 | 1 220 | 10 | 6 | 6 | 3 | 758 | 739 | 735 | 720 | 21 | 17 | [illegible] | |
| | 1 087 | 1 135 | 1 077 | 1 123 | 4 | 9 | 5 | 3 | 567 | 599 | 551 | 564 | 15 | 13 | [illegible] | |
| | 902 | [illegible] | 895 | 887 | [illegible] | 8 | [illegible] | 3 | 508 | 485 | 494 | 476 | 14 | 5 | - | |
| | 727 | 799 | 715 | 794 | [illegible] | 3 | 1 | - | 423 | 425 | 417 | 415 | 5 | 12 | [illegible] | |
| | 743 | 727 | 728 | 719 | [illegible] | 5 | 5 | 4 | 396 | 474 | 357 | 443 | 5 | 9 | - | |
| | 704 | 759 | 696 | 753 | [illegible] | 3 | [illegible] | 5 | [illegible] | 512 | 490 | 498 | 12 | 12 | 5 | |
| | 743 | 819 | 744 | 814 | 4 | 1 | 4 | [illegible] | 456 | 562 | 444 | 533 | 12 | 14 | 1 | |
| | 540 | [illegible] | 533 | 717 | [illegible] | 4 | 4 | - | 472 | 523 | 444 | 514 | [illegible] | 9 | 1 | |
| | 550 | 574 | 543 | 549 | [illegible] | 4 | - | [illegible] | 423 | 493 | 391 | 451 | 11 | 12 | - | |
| | 410 | 559 | 409 | 552 | [illegible] | 5 | 3 | 4 | [illegible] | [illegible] | [illegible] | [illegible] | 3 | 5 | - | |
| | 280 | 480 | 263 | 454 | [illegible] | 5 | 1 | 1 | 158 | [illegible] | 119 | 153 | [illegible] | 3 | - | |
| | 134 | [illegible] | 134 | 179 | - | 3 | - | - | [illegible] | [illegible] | [illegible] | 152 | 3 | 4 | - | |
| | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | - | 1 | 1 | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | |

*Appendix III*

# Hamilton County Grand Jury Forepersons

# Death Indicting Grand Juries

# Race and Gender

# 1982 – 1998

## Hamilton County Grand Jury Forepersons 1982 – 1998
## Death Indicting Grand Juries
## Gender and Race[1]

| GJ # | Panel Date | Indictment Number | Gender | Race |
|---|---|---|---|---|
| 1 | 07/12/82 | 823360 | Male | White |
| 2 | 08/23/82 | 823723 | Female | White |
| 2 | 08/23/82 | 824004 | | |
| 3[2] | 12/06/82B | 825419 | Male | White |
| 3 | 12/06/82B | 825419 | | |
| 4 | 05/09/83 | 831662 | Male | White |
| 4 | 05/09/83 | 831880 | | |
| 5 | 06/20/83 | 832363 | Male | White |
| 5 | 06/20/83 | 832526 | | |
| 6 | 10/03/83 | 833488 | Male | White |
| 7 | 09/12/83 | 833548 | Male | White |
| 8 | 02/13/84 | 840343 | Male | White |
| 9 | 05/07/84 | 841565 | Male | White |
| 10 | 05/29/84 | 842052 | Male | White |
| 11 | 07/09/84 | 842559 | Male | White |
| 12 | 08/20/84 | 842856 | Male | White |
| 13 | 09/10/84 | 843195 | Male | White |
| 14 | 10/01/84 | 843548 | Male | White |
| 14 | 10/01/84 | 843548 | | |

| GJ # | Panel Date | Indictment Number | Gender | Race |
|---|---|---|---|---|
| 14 | 10/01/84 | 843643 | | |
| 14 | 10/01/84 | 843643 | | |
| 14 | 10/01/84 | 843648 | | |
| 14 | 10/01/84 | 843648 | | |
| 14 | 10/01/84 | 843648 | | |
| 15 | 11/13/84 | 843996 | Male | White |
| 15 | 11/13/84 | 844056 | Male | White |
| 16 | 01/22/85 | 850379 | Male | White |
| 17 | 02/11/85 | 850757 | Female | White |
| 18 | 04/15/85 | 850996 | Male | White |
| 18 | 04/15/85 | 851343 | | |
| 18 | 04/15/85 | 851389 | | |
| 19 | 06/17/85 | 852200 | Male | White |
| 20 | 08/19/85 | 852819 | Male | White |
| 21 | 01/06/86 | 854770 | Male | White |
| 22 | 07/14/86 | 862795 | Male | White |
| 22 | 07/14/86 | 862795 | | |
| 23 | 08/25/86 | 863255 | Male | White |
| 23 | 08/25/86 | 863632 | | |
| 24 | 12/08/86 | 864783 | Male | White |
| 24 | 12/08/86 | 865188 | | |
| 25 | 01/05/87 | 870023 | Male | White |
| 26 | 02/17/87 | 870230 | Female | White |
| | | 870243 | Male | White |

| GJ # | Panel Date | Indictment Number | Gender | Race |
|------|-----------|-------------------|--------|------|
| 28 | 04/20/87 | 871616 | | |
| 28 | 04/20/87 | 871616 | | |
| 29 | 06/01/87 | 872354 | Male | White |
| 30 | 07/13/87 | 872327 | Female | White |
| 30 | 07/13/87 | 872932 | | |
| 31 | 08/24/87 | 873937 | Male | Black |
| 32 | 09/14/87 | 874130 | Female | White |
| 32 | 09/14/87 | 874248 | | |
| 33 | 10/05/87 | 874498 | Male | White |
| 34 | 01/25/88 | 880571 | Male | White |
| 34 | 01/25/88 | 880571 | | |
| 35 | 02/16/88 | 881133 | Male | White |
| 36 | 05/09/88 | 882197 | Male | White |
| 36 | 05/09/88 | 882581 | | |
| 36 | 05/09/88 | 882582 | | |
| 37 | 08/22/88 | 884127 | Male | White |
| 38 | 10/24/88 | 884948 | Male | White |
| 39 | 12/05/88 | 885474 | Female | Black |
| 39 | 12/05/88 | 885912 | | |
| 39 | 12/05/88 | 886499 | | |
| 39 | 12/05/88 | 886499 | | |
| 39 | 12/05/88 | 886499 | | |
| 39 | 12/05/88 | 886499 | | |

| GJ # | Panel Date | Indictment Number | Gender | Race |
|---|---|---|---|---|
| 41 | 01/23/89 | 890531 | Male | White |
| 42 | 03/27/89 | 891969 | Male | White |
| 43 | 07/10/89 | 893997 | Male | White |
| 44 | 07/31/89 | 894075 | Male | White |
| 45 | 08/21/89 | 893838 | Male | White |
| 45 | 08/21/89 | 895119 | | |
| 46 | 10/02/89 | 895569 | Male | White |
| 47 | 11/13/89 | 896884 | Male | White |
| 48 | 01/22/90 | 897902 | Female | White |
| 49 | 02/12/90 | 900857 | Male | White |
| 49 | 02/12/90 | 901379 | | |
| 50 | 03/26/90 | 901813 | Male | White |
| 50 | 03/26/90 | 901813 | | |
| 50 | 03/26/90 | 902669 | | |
| 50 | 03/26/90 | 902670 | | |
| 50 | 03/26/90 | 902673 | | |
| 51[3] | 07/23/90[4] | 904939 | Male | White |
| 52 | 08/20/90A | 905138 | Male | White |
| 53 | 03/25/91B | 912206 | Male | White |
| 54 | 04/15/91A | 912352 | Male | White |
| 55 | 05/28/91B | 913654 | Male | White |

| GJ # | Panel Date | Indictment Number | Gender | Race |
|------|-----------|-------------------|--------|------|
| 56 | 06/17/91A | 913882 | Female | White |
| 57 | 07/29/91B | 915170 | Male | White |
| 58 | 10/21/91A | 917408 | Female | White |
| 58 | 10/21/91A | 917409 | | |
| 59 | 10/21/91B | 917546 | Male | White |
| 60 | 11/12/91A | 917930 | Male | White |
| 61 | 12/02/91B | 918216 | Male | White |
| 62 | 01/27/92A | 920826 | Female | White |
| 62 | 01/27/92A | 920871 | | |
| 62 | 01/27/92A | 920871 | | |
| 62 | 01/27/92A | 920871 | | |
| 63 | 03/30/92A | 922977 | Female | Black |
| 64 | 07/13/92A | 925177 | Female | White |
| 65 | 08/03/92A | 925607 | Female | Black |
| 65 | 08/03/92A | 925608 | | |
| 66 | 08/24/92B | 926287 | Male | White |
| 67 | 09/14/92B | 926654 | Male | White |
| 68 | 01/25/93A | 930752 | Male | White |
| 69 | 12/06/93B | 939022 | Male | White |
| 70 | 01/24/94B | 9404664 | Male | White |
| 70 | 01/24/94B | 940481 | | |
| 70 | 01/24/94B | 940661 | | |
| 71 | 05/13/94A | 943355 | Male | White |
| | | 944445 | Female | White |

| GJ # | Panel Date | Indictment Number | Gender | Race |
|---|---|---|---|---|
| 74 | 05/01/95A | 954059 | Unknown | White |
| 75 | 07/03/95B | 956166 | Female | White |
| 76 | 09/25/95B | 958578 | Male | White |
| 77 | 12/18/95A | 959999 | Male | Unknown |
| 78 | 01/08/96A | 960135 | Male | White |
| 79 | 03/24/97B | 972360 | Female | White |
| 79 | 03/24/97B | 972360 | | |
| 80 | 04/14/97A | 973305 | Male | White |
| 81 | 09/08/97A | 976761 | Female | White |
| 82 | 11/10/97B | 978596 | Male | White |
| 82 | 11/10/97B | 978745 | | |
| 83[5] | 11/13/97[6] | 978598 | Female | White |
| 84 | 12/15/97A | 979438 | Female | White |
| 84 | 12/15/97A | 979439 | | |
| 84 | 12/15/97A | 979440 | | |
| 85 | 12/15/97B | 979589 | Male | White |
| 86 | 06/01/98A | 9803597 | Male | White |
| 87 | 06/22/98A | 9804098 | Male | White |
| 87 | 06/22/98A | 9804522 | | |

*Appendix IV*

# Data Collection Materials



NATIONAL
JURY PROJECT.
TRIAL CONSULTANTS

National Jury Project - Midwest
322 First Avenue North, Suite 500
Minneapolis MN  55401-1615
Phone 612 338 2244  Fax 612 338 2007
Email njpmidwest@njp.com

DATE


IFNOTBLANK(Mr/Mrs/Ms)FIELD(Mr/Mrs/Ms).ENDIF  FIELD(First name)
IFNOTBLANK(MI)FIELD(MI).ENDIF FIELD(Last name)
FIELD(Address)
FIELD(City), FIELD(State)  FIELD(Zip)

Dear FIELD(Mr/Mrs/Ms). FIELD(Last name):

I'm writing to you from the National Jury Project, a nonprofit jury research firm in
Minneapolis, Minnesota.

We are conducting a survey of people who have formerly been Grand Jurors in Ohio.
We are gathering statistical background information about the characteristics of those
who were Grand Jurors in the 1980's and 1990's.

All we need to know is your gender, date of birth, and your racial and ethnic
background.  This information is confidential, and your name will not be attached to
the survey report.

We would appreciate it if you would fill out the enclosed survey and mail it in the
stamped, addressed envelope we have included.  It's important that we receive this data
as soon as possible.  Please return the enclosed survey at your earliest convenience.

Thank you for your time.

Sincerely,



Diane Wiley
President, National Jury Project, Midwest

# NATIONAL
# JURY PROJECT.
### TRIAL CONSULTANTS

National Jury Project / Midwest
322 First Avenue North  Suite 500
Minneapolis  MN  55401-1618
Phone 612 338 2244  Fax 612 338 2607
Email njpmidwest@njp.com

DATE


IFNOTBLANK(Mr/Mrs/Ms)FIELD(Mr/Mrs/Ms).ENDIF  FIELD(First name)
IFNOTBLANK(MI)FIELD(MI).ENDIF FIELD(Last name)
FIELD(Address)
FIELD(City), FIELD(State)  FIELD(Zip)

Dear FIELD(Mr/Mrs/Ms). FIELD(Last name):

I'm writing to you from the National Jury Project, a nonprofit jury research firm in
Minneapolis, Minnesota. We spoke to you briefly by phone and can understand your
reluctance to relay information that way. We have been mailing our survey unless we
are not sure of an address, and we hope that you will feel more comfortable with this in
writing.

We are gathering statistical background information about people who have formerly
been Grand Jurors in Ohio in the 1980's and 1990's.

All we need to know is your gender, date of birth, and your racial and ethnic
background. This information is confidential, and your name will not be attached to
the survey report. Call us toll free (1-877-338-2244) if you have any questions.

We would appreciate it if you would fill out the enclosed survey and mail it in the
stamped, addressed envelope we have included. It's important that we receive this data
as soon as possible. Please return the enclosed survey at your earliest convenience.

Thank you very much for your time.


Sincerely,


Diane Wiley
President, National Jury Project, Midwest

# NATIONAL JURY PROJECT/ MIDWEST

## SURVEY OF OHIO GRAND JURY POOL PARTICIPANTS

1.  What is your gender?  ☐ Female  ☐ Male

2.  What is your date of birth? _____

    *[We need this information to calculate your age
    at the time you were called for jury service.]*

3.  What is your ethnic background? _____

    *[Ethnic background means the country or countries that your family
    is originally from.*

    *If you are Hispanic or Latino, please note that here, and write your
    race in question 4.*

    *If you are Native American, please note your tribal affiliation
    here.]*

4.  What is your race?   _____ Caucasian [White]
                         _____ African American [Black]
                         _____ Native American [Indian]
                         _____ Asian
                         _____ Other [please explain]:

                         _____

OCT-26-1999  15:23          STATE OF OHIO                    614 728 3670    P.03/03

# Registrar of Vital Statistics
## Certified Copy



**★ THE FACE OF THIS DOCUMENT HAS A COLORED BACKGROUND - NOT A WHITE BACKGROUND ★**

COMMONWEALTH OF KENTUCKY
DEPARTMENT FOR HEALTH SERVICES
PROGRAM IN VITAL STATISTICS

CERTIFICATE OF DEATH

116 _____

FILE NO. 13592

| | | | | |
|---|---|---|---|---|
| LELIS Y. BARDEN | | Male | May 17, 1993 | |
| 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 | 65 | | January 8, 1928 | Glasgow Kentucky 415 |

St. Elizabeth South Hospital    Edgewood        Kenton 057

| Married | Lillie B. Rolléa | Police Specialist 415 | City of Cincinnati 910 |

Kenton 057 (present springs)            821

Vera Rigden

Lillie Rigden        251 Norwood Cir Crescent Springs KY 41017

Burial    Arlington Memorial Gardens    Mt. Healthy, Ohio

Calbert & Woodruff Funeral Home
2880 Boudinot Avenue, Cincinnati, OH 45238

LEE MC HENRY MD 11 STRAIGHT TOWER CINCINNATI OHIO 45202

11:00 PM    5/17/93

Cardiac Sudden Death

Arthmatic Bronchitis    NO

Patricia F. White    MAY 23 1993

NOV-01-1999  13:30     STATE OF OHIO              614 728 3670     P.04/05

031876

THIS IS AN EXACT COPY OF THE ORIGINAL RECORD WHICH IS REGISTERED AND PRESERVED IN VITAL STATISTICS, OHIO DEPARTMENT OF HEALTH. WITNESS MY SIGNATURE AND THE SEAL OF THE DEPARTMENT.

SEP 27 1999

**3101**

# OHIO DEPARTMENT OF HEALTH
## DIVISION OF VITAL STATISTICS
### CERTIFICATE OF DEATH

010410 000

| DECEDENT—NAME First | Middle | | | Last | SEX | DATE OF DEATH |
|---|---|---|---|---|---|---|
| Louis | H. | | | STEINBERG | Male | January 4, 1986 |

| COLOR OR RACE | AGE—Last Birthday | UNDER 1 YEAR | | UNDER 1 DAY | DATE OF BIRTH | COUNTY OF DEATH |
|---|---|---|---|---|---|---|
| White | 80 | Mos. Days | | Hours Min. | March 14, 1905 | Hamilton |

| CITY, VILLAGE OR LOCATION OF DEATH | | HOSPITAL OR OTHER INSTITUTION | | IF HOSP., GAVE |
|---|---|---|---|---|
| Cincinnati | | St. Frances - St. George Hospital | | In Pat |

| STATE OF BIRTH | CITIZEN OF WHAT COUNTRY | ORIGIN OR DESCENT | SOCIAL SECURITY NUMBER |
|---|---|---|---|
| Ohio | U.S.A | Russian | 402 - 03 - |

| EVER IN U.S. ARMED FORCES? | | MARRIED, NEVER MARRIED, WIDOWED, DIVORCED | SURVIVING SPOUSE |
|---|---|---|---|
| Yes  World War II | | Never Married | |

| USUAL OCCUPATION | | KIND OF BUSINESS OR INDUSTRY |
|---|---|---|
| Mail Clerk | | U.S. Postal Service |

| RESIDENCE—STATE | COUNTY | CITY, VILLAGE OR LOCATION | STREET AND NUMBER |
|---|---|---|---|
| Ohio | Hamilton | Cheviot | 3805 Dina Terrace |

| FATHER—NAME First | Middle | Last | MOTHER—MAIDEN NAME First | Middle | Last |
|---|---|---|---|---|---|
| Benjamin | | Steinberg | Mary | | Franklin |

| INFORMANT—NAME | MAILING ADDRESS | | CITY OR TOWN | STATE |
|---|---|---|---|---|
| Ida Steinberg | 6554 Hamilton Ave., Cincinnati, Ohio. 45224 |

**DEATH WAS CAUSED BY:** (ENTER ONLY ONE CAUSE PER LINE FOR (a), (b), AND (c))

IMMEDIATE CAUSE: Cardiogenic Shock

DUE TO, OR AS A CONSEQUENCE OF: Acute Myocardial Infarction 410X

OTHER SIGNIFICANT CONDITIONS

| PLACE OF INJURY | | LOCATION |
|---|---|---|

To be Completed by ATTENDING PHYSICIAN Only

Harris Mili — MD

| DATE SIGNED | HOUR OF DEATH | |
|---|---|---|
| 1/4/86 | 255 | A M |

71 E. Hollister St.   Cincinnati, OH 45219

| CREMATION DATE | NAME OF CEMETERY OR CREMATORY | LOCATION |
|---|---|---|
| Jan 6 '86 | Cincinnati Cremation Co. | Cincinnati, Ohio |

NOV-01-1999  13:29        STATE OF OHIO              614 728 3670    P.03/04

Ohio Department of Health
VITAL STATISTICS
CERTIFICATE OF DEATH  019310

Reg. Dist. No. **3101**
Primary Reg. Dist. No.

State File No.
Registrar's No. 01281

| Decedent's Name | | | Sex | Date of Death |
|---|---|---|---|---|
| ROBERT | | WYNNE | Male | February 25, 198 |

| Social Security Number | Age | Under 1 Year | Under 1 Day | Date of Birth | Birthplace |
|---|---|---|---|---|---|
| 272 12 2733 | 68 | | | 4-6-20 | Cincinnati, Ohio |

Was Decedent Ever in U.S. Armed Forces? 4/6/42 to 12/6/45

Place of Death: Hospital ☐ Inpatient ☐ ER/Outpatient ☒ DOA  Other ☐ Nursing Home ☐ Residence ☐ Other

| Facility Name | City, Village or Location of Death | County of Death |
|---|---|---|
| VA Medical Center | Cincinnati | Hamilton |

| Marital Status | Surviving Spouse | Decedent's Usual Occupation | Kind of Business/Industry |
|---|---|---|---|
| Widowed | | Postal Clerk | U.S. Postal Servic |

| Residence - State | County | City, Town, or Location | Street and Number |
|---|---|---|---|
| Ohio | Hamilton | Cincinnati | 2570 Harrison Avenue Apt. 301 |

| Inside City Limits? | Zip Code | Was Decedent of Hispanic Origin? | Race | Decedent's Education |
|---|---|---|---|---|
| Yes | 45211 | No | White | 10 |

| Father's Name | Mother's Name |
|---|---|
| Edward Wynne | Julia Dooley |

| Informant's Name | Mailing Address |
|---|---|
| Ruth A. Berwanger | 2108 Natchez, Batavia, Ohio 45103 |

| Method of Disposition | Place of Disposition | Location - City or Town, State |
|---|---|---|
| Burial | St. Joseph Cemetery-New | Cincinnati, Ohio |

| Date of Disposition | Name of Embalmer | License Number |
|---|---|---|
| February 28, 1989 | Fred S. Nicholls | 5951 A |

| Signature of Funeral Service Licensee | License Number | Name and Address of Facility |
|---|---|---|
| John Frederick Lockey | 6630 | Frederick Funeral Home  4523  2553 Banning Road, Cincinnati, Ohi |

Registrar's Signature: Merita M Adams

Date Filed: MAR 23 1989

Date Permit Issued

☒ Certifying Physician
To the best of my knowledge, death occurred at the time, date, and place and due to the cause(s) and manner as stated.

☐ Coroner
On the basis of examination and/or investigation, in my opinion death occurred at the time, date, and place, and due to the cause(s) and manner as stated.

| Hour of Death | Date Pronounced Dead | Was Case Referred to Coroner? |
|---|---|---|
| 5:30AM | 2/25/89 | Yes ☐ No ☒ |

| Signature and Title of Certifier | License Number | Date Signed |
|---|---|---|
| Sheila C. Gelman | 055183 | 3/2/89 |

Name and Address of Person Who Completed Cause of Death
SHEILA C. GELMAN, MD VA Ft. Thomas Nursing Home 3200 Vine Street Cincinnati, Ohio 45220

| Immediate Cause | |
|---|---|
| End-stage renal disease. | |
| Due to (or as a consequence of) | |
| Due to (or as a consequence of) | |
| Due to (or as a consequence of) | |

Other Significant Conditions contributing to death but not resulting in the underlying cause given in Part I:
Coronary artery disease; status post CABG x 4, peripheral vascular disease, status post bilateral BKA, diabetes

Was an Autopsy Performed? Yes ☐ No ☒
Were Autopsy Findings Available Prior to Completion of Cause of Death? Yes ☐ No ☐

Affidavit of
Lucinda Belev

STATE OF MINNESOTA      )
                               ) SS
COUNTY OF HENNEPIN    )

Lucinda Belev, being first duly sworn, on oath, deposes and says:

1.      I have been employed by the National Jury Project/ Midwest, 322 First Avenue North, Suite 500, Minneapolis, Minnesota 55401 as an Administrative Assistant since July 1996.

2.      I am in charge of sending, receiving, and recording all questionnaires sent to Hamilton County Grand Jurors in June 1999.

3.      I received questionnaires for the following former Hamilton County Grand Juror Forepersons: Elizabeth Davis, John J. Kennedy, Meyer Schneider, Glenn Laib, Thomas Lindsey, Kenneth Gates, and Debbie Mahaffey.

4.      I accurately recorded their answers in the Hamilton County Grand Juror database.

Further affiant saith not.

_Lucinda M. Belev_
Lucinda Belev

Sworn to and subscribed to before me this 31st day of January 2000.

Affidavit of
Sophia Breer

STATE OF MINNESOTA          )
                            ) SS
COUNTY OF HENNEPIN          )

Sophia Breer, being first duly sworn, on oath, deposes and says:

1.    I have been employed by the National Jury Project/ Midwest, 322 First Avenue
      North, Suite 500, Minneapolis, Minnesota 55401 as Recruiting Specialist since
      January 1992.

2.    I interviewed former Grand Jury Foreperson Charles Caffaro.

3.    I also interviewed the neighbor of Barry Manor, also a former Hamilton County
      Grand Jury Foreperson.

4.    I accurately recorded their answers on the appropriate questionnaires.

Further affiant saith not.

_____
Sophia Breer

Sworn to and subscribed to before me this ___ day of February 2000.

Affidavit of
Barbara Abel

STATE OF MINNESOTA          )
                            ) SS
COUNTY OF HENNEPIN          )

Barbara Abel, being first duly sworn, on oath, deposes and says:

1.    I was employed by the National Jury Project/ Midwest, 322 First Avenue North,
      Suite 500, Minneapolis, Minnesota 55401 in June 1999 to interview former
      Hamilton County Grand Jurors as to their gender, date of birth, ethnic
      background, and race.  (See Appendix 1 for survey questionnaire.)

2.    I interviewed former Grand Jury Forepersons Raymond Moore and Robert
      Haney.

3.    I also interviewed the wife of Paul Hill, and the daughter of Juanita Crosswhite,
      also former Hamilton County Grand Jury Forepersons.

4.    I accurately recorded their answers on the appropriate questionnaires.

Further affiant saith not.

_____
                        Barbara Abel

Sworn to and subscribed to before me this 7th day of February 2000.

<u>AFFIDAVIT OF PAM SWANSON</u>

STATE OF OHIO        )
                         )    ss:
COUNTY OF FRANKLIN  )

I, Pam Swanson, after being duly sworn according to law, state as follows:

1)      I am an investigator employed by the Ohio Public Defender ("OPD").

2)      In the course of my employment, OPD requested that I verify the race of individuals who had served as grand jury forepeople in Hamilton County, Ohio.

3)      I verified that Foreperson Andrew Hopple is a white male.

4)      I verified that Foreperson Sidney A. Hannah is white.

Further affiant saith naught.

PAM SWANSON

Sworn to and subscribed in my presence this 23 day of February, 2000

NOTARY PUBLIC

DORIAN L. HALL
NOTARY PUBLIC, STATE OF OHIO
MY COMMISSION EXPIRES JULY 7, 2003

## AFFIDAVIT OF FELVIN FORD

STATE OF OHIO          )
                       )          ss:
COUNTY OF FRANKLIN     )

I, Kelvin Ford, after being duly sworn according to law, state as follows:

1)      I am an investigator employed by the Ohio Public Defender ("OPD").

2)      In the course of my employment, OPD requested that I verify the race of individuals who had served as grand jury forepeople in Hamilton County, Ohio.

3)      I verified that Foreperson Rufus A. Wilson is a black male.

4)      I verified that Foreperson Myles Beresford is a white male.

5)      I verified that Foreperson Sharyn K. Kramer is a white female.

6)      I verified that Foreperson Gordon A. Moore is a white male.

Further affiant saith naught.

_____
KELVIN FORD

Sworn to and subscribed in my presence this 23 day of February, 2000

_____
NOTARY PUBLIC

DORIAN L. HALL
NOTARY PUBLIC, STATE OF OHIO
MY COMMISSION EXPIRES JULY 7, 2003

## AFFIDAVIT OF MARCIA DUKES

STATE OF OHIO                )
                             )    ss:
COUNTY OF FRANKLIN     )

I, Marcia Dukes, after being duly sworn according to law, state as follows:

1)       I am an investigator employed by the Ohio Public Defender ("OPD").

2)       In the course of my employment, OPD requested that I verify the race of

individuals who had served as grand jury forepeople in Hamilton County, Ohio.

3)       I verified that Foreperson David C. Turner is a white male.

4)       I verified that Foreperson Mary Swart is a white female.

5)       I verified that Foreperson Pamela Olivia is a white female.

6)       I verified that Foreperson Michael P. Vitale is a white male.

Further affiant saith naught.

_____
MARCIA DUKES

Sworn to and subscribed in my presence this 23 day of February, 2000

_____
NOTARY PUBLIC

DORIAN L. HALL
NOTARY PUBLIC, STATE OF OHIO
MY COMMISSION EXPIRES JULY 7, 2003

## AFFIDAVIT OF PEGGY KENT

STATE OF OHIO        )
                      )    ss:
COUNTY OF FRANKLIN  )

I, Peggy Kent, after being duly sworn according to law, state as follows:

1)     I am an investigator employed by the Ohio Public Defender ("OPD").

2)     In the course of my employment, OPD requested that I verify the race of individuals who had served as grand jury forepeople in Hamilton County, Ohio.

3)     I verified that Foreperson Alvin E. Walbilling is a white male.

4)     I verified that Foreperson Nancy Hillman is a white female.

Further affiant saith naught.

PEGGY KENT

Sworn to and subscribed in my presence this 22ⁿᵈ day of February, 2000

NOTARY PUBLIC



NOTARIAL SEAL
STATE OF OHIO

JOHN W. LEE
NOTARY PUBLIC, STATE OF OHIO
MY COMMISSION EXPIRES JULY 5, 2003