

**DAYS INN**

• Jacuzzi   • Outdoor Pool

DAYS INN
8382 MARKET ST. • YOUNGSTOWN, OH 44512
Phone: (330) 758-2371 • Fax: (330) 758-2371

NAME: D. M. ROBERTS

ADDRESS: 254 FONDERLAC

CITY: Warren   STATE: IL   ZIP CODE: 44604

REPRESENTING:

SIGNATURE:

Will You Pay By:   ☐ CASH   ☑ CREDIT CARD

CREDIT CARD CO.:

CAR LICENSE:   CARD NO.:

MAKE OF CAR:   STATE:

NUMBER OF PERSONS:   MODEL:   YEAR:

**ADVANCE PAYMENT REQUESTED**

NOTICE TO GUESTS: This property is privately owned and the management reserves the right to refuse service to anyone, and will not be responsible to guests or for loss of money, jewelry or valuables of any kind.

RATE $ 30.00

DATE IN: 3/11

DATE OUT: 3/17

| DAYS OCCUPIED | |
|---|---|
| SUN | X |
| MON | X |
| TUE | X |
| WED | X |
| THU | NC |
| FRI | X |
| SAT | X |

AMOUNT   30.00

PHONE

COUNTY TAX   30.00

SALES TAX   6.30

TWSP. TAX

DEPOSIT

TOTAL   35.00



124

DECEMBER 11, 2001, 11:33:51 PM

**DAYS INN SOUTH**
8392 MARKET STREET
YOUNGSTOWN, OH 44512
PHONE OR FAX 330.758-2371
ASK ABOUT OUR JACUZZI SUITES

CREDIT CARD SALE

T ACCOUNT NUMBER EXP. AUTH   AMOUNT
0 5308994208021636 0405 011232  $235.20

X------------------------------------

TOP COPY-MERCHANT BOTTOM COPY-CUSTOMER

J.B. Pasquarelli 12-18-01

Sgt. ___ 12-18-01

11:54 Am

DAYS INN SOUTH

```
                    Youngstown, UH 44512
                       (330) 758-2371
                    TRIAL CHECKOUT REPORT                              12-16-2001

CHECKOUT REPORT FOR EXTENSION: 129

EXT   DATE         TIME      DIALED NUMBER    DUR     COST
129   12/13/2001   1:01  P   5090270          0.3     0.35
129   12/13/2001   1:49  P   3307929554       0.9     0.35
129   12/13/2001   1:50  P   5090271          0.4     0.35
129   12/13/2001   1:52  P   3307476915       2.0     0.35
129   12/13/2001   2:08  P   3307476915       3.6     0.35
129   12/13/2001   3:42  P   3307929554       0.4     0.35
129   12/13/2001   6:13  P   3307886266       5.4     0.35
129   12/13/2001   6:41  P   3307886266       1.4     0.35
129   12/13/2001   6:46  P   3307886266       0.5     0.35
129   12/13/2001   7:39  P   3307886266       0.5     0.35
129   12/13/2001   7:41  P   3307886266       2.5     0.35
129   12/13/2001   7:48  P   3307886266      10.5     0.35
129   12/14/2001   9:35      3307886266       2.1     0.35
129   12/14/2001   9:53      3307886266       2.5     0.35
129   12/14/2001  11:21      3307886266       1.4     0.35
129   12/14/2001  11:32      3307886266       0.5     0.35
129   12/14/2001  12:02  P   3307886266       0.4     0.35
129   12/14/2001   1:28  P   3307886266      10.0     0.35
129   12/14/2001   1:38  P   3307886266       0.5     0.35
129   12/14/2001   1:39  P   3305189889       0.5     0.35
129   12/14/2001   2:04  P   3307886266       6.1     0.35
129   12/14/2001   2:28  P   3307886266       2.9     0.35
129   12/14/2001   3:20  P   3307886266       0.4     0.35
129   12/14/2001   3:50  P   3307886266       0.5     0.35
```



8.40

139
Providence

DECEMBER 16, 2001, 07:31:29 AM

## DAYS INN SOUTH

8392 MARKET STREET
YOUNGSTOWN, OH  44512
PHONE OR FAX 330 758-2371
ASK ABOUT OUR JACUZZI SUITES

CREDIT CARD SALE

| T | ACCOUNT NUMBER | EXP. | AUTH | AMOUNT |
|---|---|---|---|---|
| 1 | 5308994200021636 | 0405 | 016010 | $8.40 |

X -------------------------------------------------

TOP COPY-MERCHANT BOTTOM COPY-CUSTOMER

# EVIDENCE

ITEM NO. _____1_____          CASE NO. 01-078868

INVENTORY NO. 1 ~~Sex~~ / 25          COLLECTED BY 412

TIME COLLECTED 11:15 AM          DATE COLLECTED 10-21-02

TYPE OF OFFENSE Homicide          VICTIM(S) Robert Fingerhut

LOCATION OF COLLECTION Office of Wagon Wheel
Motel 7015 Market St. Youngstown, OH
44512
_____
_____

DESCRIPTION OF EVIDENCE 1-Original Receipt for
Room 101 dated 12/09 with the Name of
Nathaniel Jackson 309 S. Pearl St.
Youngstown, OH USS

## CHAIN OF POSSESION

RECEIVED FROM _____ BY _____

DATE _____ TIME _____ A.M./P.M.

RECEIVED FROM _____ BY _____

DATE _____ TIME _____ A.M./P.M.

RECEIVED FROM _____ BY _____

DATE _____ TIME _____ A.M./P.M.

policesupplydepot.com          Toll Free 888-226-1951

## GUEST REGISTER

**PLEASE PAY IN ADVANCE**

PLEASE PRINT
ALL INFORMATION                          Date: 12/9

Name: NATHANIEL MCLESON

Address: 305 So Perel

City: Yng                    State: OH

Representing: _____

Drivers License No.: _____

Make of Car: 30RN Chrysler  Year: 2000

License No.: _____  State: _____

Number in Party: 2

Room No. 101    Rate 95 pm 12/16

| Daily Record | Charges |
|---|---|
| Sunday | |
| Monday | |
| Tuesday | |
| Wednesday | |
| Thursday | |
| Friday | |
| Saturday | |
| Subtotal | 95 00 |
| Tax | 11 40 |
| **Total** | 106 40 |

**NOTICE**

This property is privately owned and the management reserves the right to refuse service to anyone and will not be responsible for accidents or injury to guests or for loss of money, jewelry or valuables of any kind.

# Trumbull County
## Photographic Line-Up Admonition

**1**          **2**          **3**



**4**          **5**          **6**



**VIEWER:**     You will be asked to look at a group of photographs. The fact that the photos are shown to you should not influence your judgement in any way. You should not conclude nor guess that the photographs contain the picture of the person who committed the crime. You do not have to identify anyone.

Keep in mind hair styles, beards and moustaches are easily changed. Please do not indicate to other witnesses that you have or have not made an identification.

I _Jose T Flores_ , Address: _7015 MARKET ST. BOARDMAN OH 44512_

do identify photo # _6_ to be the subject who _RENTED ROOM 101 ON DEC 09, 2001 AT WAGON WHEEL MOTEL_

Viewer Signature: _____          Officer Signature _____



Supreme Court of Ohio
Case No. 03-0137
Date Rec'd 7/9/03

Jackson Apx Vol. 04
Page 000

# T. Log Report

```
12/11/01 10024 - No Operator (-1) / JILL K (200) 17:47:16
Order Store (2157)
        ICED TEA                        1.69
        SHR TUES BUYUP                 12.99
        Scampi 15                        .00
        Lmpep shrimp15                   .00
        Lmpep shrimp15                   .00
        French fries                     .00
Tax                                      .81
DINE IN                                15.49
```
---
```
12/11/01                            17:47:22
Cashier On          JILL K (200)
```
---
```
12/11/01 10023 - No Operator (-1) / JILL K (200) 17:47:30
Order Store (2161)
        LOB+SHR+SCALOP-OP              18.75

        ─────────────────
        ─────────────────
        Baked potato                    .00
        Butter                          .00
        Sour cream                      .00
        GR CHICKEN-LR                  9.99
        Baked potato                    .00
        Butter                          .00
        Sour cream                      .00
        ULT FONDUE-SR                  6.99
        HOT TEA                        1.40
        SOFT DRK                       1.69
        C-CHC SMOOTH                   1.99
Tax                                    2.25
DINE IN                               43.06
```
---
```
12/11/01                            17:54:13
Cashier On          JILL K (200)
```
---
```
12/11/01 60009 - No Operator (-1) / JILL K (200) 17:54:54
Order Store (2165)
        VDKA-MARTINI                   4.50
        Absolut                        1.00
        UP
        LONG ISL ICE                   4.50
Tax                                     .55
DINE IN                               10.55
```

Date/Time: 12/11/01 12:38

# T. Log Report



```
12/11/01                                    18:00:33
Cashier On          JILL K (200)

12/11/01 60009 - No Operator (-1) / JILL K (200) 18:00:56
Order Store (2165)
     VDKA-MARTINI                       4.50
     Absolut                            1.00
     UP
     LONG ISL ICE                       4.50
     CRAB STF FLOU-LR                  10.99
     Veg of day                         .00
     KING 1.5 LB-OP                    24.99
     French fries                       .00
Tax                                     2.53
DINE IN                                48.51

12/11/01                                    18:06:14
Cashier On          JILL K (200)

12/11/01 10023 - No Operator (-1) / JILL K (200) 18:06:26
Order Store (2161)
     LOB+SHR+SCALOP-OP                 18.75

     _____
     _____

     Baked potato                       .00
     Butter                             .00
     Sour cream                         .00
     GR CHICKEN-LR                      9.99
     Baked potato                       .00
     Butter                             .00
     Sour cream                         .00
     ULT FONDUE-SR                      6.99
     HOT TEA                            1.40
     SOFT DRK                           1.69
     C-CHC SMOOTH                       1.99
     SOFT DRK                           1.69
Tax                                     2.34
DINE IN                                44.84

12/11/01                                    18:13:42
Cashier On          JILL K (200)

12/11/01 10021 - No Operator (-1) / JILL K (200) 18:13:54
```

Date/Time: 12/19/01 12:38

# T. Log Report



```
                  Butter                          .00
                  ON SIDE*
                  Sour cream                      .00
                  ON SIDE*
             Tax                                  .85
             DINE IN                            16.19
```

```
     12/11/01                              18:20:40
     Cashier On         JILL K (200)
```



```
     12/11/01 60009 - No Operator (-1) / JILL K (200) 18:20:48
     Order Store (2165)
                  VDKA-MARTINI                   4.50
                  Absolut                        1.00
                  UP
                  LONG ISL ICE                   4.50
                  CRAB STF FLOU-LR              10.99
                  Veg of day                      .00
                  KING 1.5 LB-OP                24.99
                  French fries                    .00
                  SOFT DRK                       1.69
             Tax                                 2.63
             DINE IN                            50.30
```

```
     12/11/01                              18:20:53
     Cashier On         JILL K (200)
```

```
     12/11/01 20055 - No Operator (-1) / JILL K (200) 18:21:01
     Order Store (2193)
                  HOT TEA                        1.40
                  SOFT DRK                       1.69
             Tax                                  .17
             DINE IN                            3.26
```

```
     12/11/01                              18:26:41
     Cashier On         JILL K (200)
```

```
     12/11/01 20055 - No Operator (-1) / JILL K (200) 18:27:06
     Order Store (2193)
                  HOT TEA                        1.40
                  SOFT DRK                       1.69
                  CLASIC LOB+SHR-OP             19.99
                  Mashed tato                     .00
                  ULT FONDUE-SR                  6.99
                  AP-WITH MEAL
```

```
Date/Time: 12/11/01 12:38
```

# T. Log Report

```
          WITH MEAL*
Tax                                    1.66
DINE IN                               31.73

Operator Error  123   12/11/01  18:27:23

12/11/01                                       18:32:21
Cashier On            JILL K (200)

12/11/01 20055 - No Operator (-1) / JILL K (200) 18:32:26
Order Store (2193)
          HOT TEA                      1.40
          SOFT DRK                     1.69
          CLASIC LOB+SHR-OP           19.99
          Mashed tato                   .00
          ULT FONDUE-SR                6.99
          AP-WITH MEAL
          WITH MEAL*
Tax                                    1.66
DINE IN                               31.73

12/11/01                                       18:34:06
Cashier On            JILL K (200)

12/11/01 60009 - No Operator (-1) / JILL K (200) 18:34:13
Order Store (2165)
          VDKA-MARTINI                 4.50
          Absolut                      1.00
          UP
          LONG ISL ICE                 4.50
          CRAB STF FLOU-LR            10.99
          Veg of day                    .00
          KING 1.5 LB-OP              24.99
          French fries                  .00
          SOFT DRK                     1.69
          COFFEE                       1.40
Tax                                    2.70
DINE IN                               51.77

12/11/01                                       18:35:30
Cashier On            JILL K (200)

12/11/01 10023 - No Operator (-1) / JILL K (200) 18:35:40

Check ID  2161    Guest Count   2      Table ID     53
```

Date/Time: 12/19/01 12:38

# T. Log Report

```
        CYOP-FR SHR                    .00
        CYOP-SCPI 10                   .00
        CYOP STEAK                    2.00
        MEDIUM
        Baked potato                   .00
        Butter                         .00
        ON SIDE*
        Sour cream                     .00
        ON SIDE*
Tax                                   1.13
DINE IN                              21.57
CASH                                 21.57
Change Detail                         8.43
----------------------------------------------
12/11/01                          18:43:21
Cashier On          JILL K (200)
----------------------------------------------
12/11/01 60009 - No Operator (-1) / JILL K (200) 18:43:30

Check ID  2165    Guest Count   2    Table ID     56
        VDKA-MARTINI                  4.50
        Absolut                       1.00
        UP
        LONG ISL ICE                  4.50
        CRAB STF FLOU-LR             10.99
        Veg of day                     .00
        KING 1.5 LB-OP               24.99
        French fries                   .00
        SOFT DRK                      1.69
        COFFEE                        1.40
Tax                                   2.70
DINE IN                              51.77
CASH                                 51.77
Change Detail                         8.23
----------------------------------------------
12/11/01                          18:46:10
Cashier On          JILL K (200)
----------------------------------------------
12/11/01 20046 - No Operator (-1) / JILL K (200) 18:46:13

Check ID  2154    Guest Count   1    Table ID     50
        COFFEE                        1.40
        SOFT DRK                      1.69
        FR SFD PLATTER-OP            12.25
        ------------------

Date/Time: 12/19/01 12:38
----------------------------------------------
```

```
           REC                     
DEC 11, 200                   6:43

Server :JILL K
Cashier:JILL K
Check  :2165
Table  :56
                Guest No. 1
   VOKA-MARTINI                    5.50
     Absolut
   LONG ISL ICE                    4.50
   CRAB STF FLOU-LR               10.99
   KING 1.5 LB-OP                 24.99
   SOFT DRK                        1.69
   COFFEE                          1.40

 SALES TAX              2.70
 DINE IN               51.77

 CASH                  60.00
 CHANGE                 8.23
```

# Trumbull County
## Photographic Line-Up Admonition

**1**



**2**



**3**



**4**



**5**



**6**



**VIEWER:** You will be asked to look at a group of photographs. The fact that the photos are shown to you should not influence your judgement in any way. You should not conclude nor guess that the photographs contain the picture of the person who committed the crime. You do not have to identify anyone.

Keep in mind hair styles, beards and moustaches are easily changed. Please do not indicate to other witnesses that you have or have not made an identification.

I _Quill Kenyon_, Address: _214 Pedw Ave. S.b.L mood 44483_

do identify photo # _6_ to be the subject who _Oda white finale on Dic 11_

Viewer Signature: _Quill Kenyon_ Officer Signature _Pcc Spurlin_, _LI 41 Mc____





Supreme Court of Ohio
Case No. 03-0137
Date Rec'd 7/9/03

**Imaging**

Technology Center

**NASA Glenn Research Center**

21000 Brookpark Road ■ MS 5-2 ■ Cleveland Ohio ■ 44135

http://www.grc.nasa.gov/WWW/ITC

216-433-5976

5 - 8½ "11 Color Photo's from Greyhound Terminal in Youngstown of Robert Fingerhut

2- Smaller Color Photos of Same

2- " Black & White Photos of Same

STATE'S EXHIBIT









### *Declaration of Custodian of Records*

I hereby certify under the penalties of perjury that I am the Custodian of Records for Dobson Communications Corporation. I am in receipt of a civil subpoena requesting specified records of the above named business. Attached hereto are records responsive to referenced subpoena. I hereby certify that the records attached hereto:

(1) were made at or near the time of the occurrence of the matters set forth in the records, by, or from information transmitted by, a person with knowledge of those matters.

(2) Were kept in the course of regularly conducted business activity; and

(3) Were made by the regularly conducted business activity as a regular practice.

I declare under penalty of perjury that the foregoing is true and correct.

*Andrea L. Ray*
Signature of declarant

*Andrea L. Ray, Custodian of Records*
Name and title of declarant

*Dobson Communications Corp.*
Name of Business

*14201 Wireless Way, OKC, OK 73134*
Business address

I hereby certify that on this _9th_ day of _October_ , _2002_ , before me, the subscriber, a Notary Public of the state of Oklahoma, in and for _Oklahoma_ city/county, personally appeared _Andrea Ray_ , As _Custodian of Records_ of _Dobson Communications_ , and as such made oath in due form of law that the matters and facts set forth in the foregoing certification are true and correct as therein stated.

AS WITNESS my hand and Notarial Seal.

Notary Public
My commission expires on _3-1-03_

SANDRA DAVIS
Oklahoma County
Notary Public in and for
State of Oklahoma
91001534
My Commission Expires _3-1-03_

NOTARY SEAL PUBLIC

```
³                                Cellular Phones              cynning ¿
³ Phone #        (330)506-0373                  ³ Functions Available
³ Account        012 - 0358746 - 4              ³ F1 - Forward    F2- Backward
³ Cust Type      RETAIL                         ³ F3 - Show Services
³ Name           DONNA M ROBERTS                ³ F4 - Free Minutes    NO
³ User                         Lock Code        ³ F5 - Phone Level Adjustments
³ ESN            13407137063   Hex=866CE727     ³ F6 - Switch Manager
³ Model          134      MITSUBISHI            ³ F7 - Rate Plan Analysis
³ Location       H   HANDHELD                   ³ F8 - Minute Adjustments
³ Salesman       NWS NILES/WARREN               ³ F9 - Phone Maintenance
³ CSR ID         620 MICHAEL TRELLA             ³ÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄ
³ Commission     999 NO COMMISSION              ³ Calls Thru   12/18/01 21:59
³ Contract       0024 24 MONTH NEW ADD          ³ Lease Billed            0.00
³ Activate       8/30/01                        ³ Lease Balance           0.00
³ Lock Date      8/30/01 Term Date  8/30/03     ³ MTD Usage Charges  (No Tax)
³ Toll Carrier   0288 AT&T                      ³ Peak AirTime Used     179.0
³ Origination    INVENTORY                      ³ OffPeak AirTime Used  484.0
³ Lease                                         ³ Total AirTime Used    663.0
³ Campaign                                      ³ Roamer Air Charges      5.36
³ Standard Trnsmt #        Batch Date           ³ Toll Charges           42.43
³ Feature  Trnsmt #        Batch Date           ³ Other Charges           0.00
ÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄ      ³ Total MTD              47.79
 Esc- Exit to Subscriber Profile                                          _
```

```
LOCATION:058                        DOBSON COMMUNICATIONS CORP                              ARAY
                                                                                           PAGE:   2
--------------------------------------------------------------------------------------------------
BIL013                            C A L L   R E P O R T                          DATE 12/19/01  TIME 11:23
--------------------------------------------------------------------------------------------------
PERIOD : 12/01

ACCOUNT=012 0358746 4 ROBERTS              DONNA
```

| PHONE NUMBER | DATE | TIME | CALLED NUMBER | CALLED CITY | DUR | P | DIR | AIR | TOLL | RMR | TOT | SID | ESN |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| (330)506-0373 | 12/11/01 | 10:15:11 | (330)506-0373 | INCOMING | 1.0 | P | LM | 0.00 | 0.00 | 0.00 | 0.00 | 000000 | 13407137063 |
| (330)506-0373 | 12/11/01 | 10:44:03 | (330)506-0373 | INCOMING | 1.0 | P | LM | 0.00 | 0.00 | 0.00 | 0.00 | 000000 | 13407137063 |
| (330)506-0373 | 12/11/01 | 11:02:00 | (330)506-0373 | INCOMING | 2.0 | P | LM | 0.00 | 0.00 | 0.00 | 0.00 | 000000 | 13407137063 |
| (330)506-0373 | 12/11/01 | 16:39:49 | (330)781-1906 | YOUNGSTOWN OH | 1.0 | P | ML | 0.00 | 0.00 | 0.00 | 0.00 | 000000 | 13407137063 |
| (330)506-0373 | 12/11/01 | 18:06:17 | (330)781-1906 | YOUNGSTOWN OH | 5.0 | P | ML | 0.00 | 0.00 | 0.00 | 0.00 | 000000 | 13407137063 |
| (330)506-0373 | 12/11/01 | 18:40:12 | (330)788-6266 | YOUNGSTOWN OH | 5.0 | P | ML | 0.00 | 0.00 | 0.00 | 0.00 | 000000 | 13407137063 |
| (330)506-0373 | 12/11/01 | 18:45:59 | (330)788-6266 | YOUNGSTOWN OH | 1.0 | P | ML | 0.00 | 0.00 | 0.00 | 0.00 | 000000 | 13407137063 |
| (330)506-0373 | 12/11/01 | 21:45:44 | (330)509-0271 | LOCAL | 1.0 | O | MM | 0.00 | 0.00 | 0.00 | 0.00 | 000000 | 13407137063 |
| (330)506-0373 | 12/11/01 | 21:47:11 | (330)509-0271 | LOCAL | 2.0 | O | MM | 0.00 | 0.00 | 0.00 | 0.00 | 000000 | 13407137063 |
| (330)506-0373 | 12/11/01 | 21:54:00 | (330)509-0271 | LOCAL | 1.0 | O | MM | 0.00 | 0.00 | 0.00 | 0.00 | 000000 | 13407137063 |
| (330)506-0373 | 12/11/01 | 21:55:28 | (330)509-0271 | LOCAL | 2.0 | O | MM | 0.00 | 0.00 | 0.00 | 0.00 | 000000 | 13407137063 |
| (330)506-0373 | 12/11/01 | 21:59:45 | (330)509-0271 | LOCAL | 1.0 | O | MM | 0.00 | 0.00 | 0.00 | 0.00 | 000000 | 13407137063 |
| (330)506-0373 | 12/11/01 | 22:00:14 | (330)509-0271 | LOCAL | 2.0 | O | MM | 0.00 | 0.00 | 0.00 | 0.00 | 000000 | 13407137063 |
| (330)506-0373 | 12/11/01 | 22:03:07 | (330)506-0373 | INCOMING | 1.0 | P | LM | 0.00 | 0.00 | 0.00 | 0.00 | 000000 | 13407137063 |
| (330)506-0373 | 12/11/01 | 23:01:16 | (330)509-0271 | LOCAL | 1.0 | O | MM | 0.00 | 0.00 | 0.00 | 0.00 | 000000 | 13407137063 |
| (330)506-0373 | 12/11/01 | 23:44:27 | (330)509-0271 | LOCAL | 4.0 | O | MM | 0.00 | 0.00 | 0.00 | 0.00 | 000000 | 13407137063 |
| (330)506-0373 | 12/11/01 | 23:48:50 | (330)746-1682 | YOUNGSTOWN OH | 11.0 | O | ML | 0.00 | 0.00 | 0.00 | 0.00 | 000000 | 13407137063 |
| (330)506-0373 | 12/12/01 | 00:03:34 | (330)746-1682 | YOUNGSTOWN OH | 4.0 | O | ML | 0.00 | 0.00 | 0.00 | 0.00 | 000000 | 13407137063 |
| (330)506-0373 | 12/12/01 | 00:27:12 | (330)746-1682 | YOUNGSTOWN OH | 3.0 | O | ML | 0.00 | 0.00 | 0.00 | 0.00 | 000000 | 13407137063 |
| (330)506-0373 | 12/12/01 | 00:31:56 | (330)746-1682 | YOUNGSTOWN OH | 3.0 | O | ML | 0.00 | 0.00 | 0.00 | 0.00 | 000000 | 13407137063 |
| (330)506-0373 | 12/12/01 | 00:40:49 | (330)746-1682 | YOUNGSTOWN OH | 7.0 | O | ML | 0.00 | 0.00 | 0.00 | 0.00 | 000000 | 13407137063 |
| (330)506-0373 | 12/12/01 | 00:52:53 | (330)747-1411 | YOUNGSTOWN OH | 1.0 | O | ML | 0.00 | 0.00 | 0.00 | 0.00 | 000000 | 13407137063 |
| (330)506-0373 | 12/12/01 | 00:58:05 | (330)746-8844 | YOUNGSTOWN OH | 2.0 | O | ML | 0.00 | 0.00 | 0.00 | 0.00 | 000000 | 13407137063 |
| (330)506-0373 | 12/12/01 | 01:00:26 | (330)746-1682 | YOUNGSTOWN OH | 3.0 | O | ML | 0.00 | 0.00 | 0.00 | 0.00 | 000000 | 13407137063 |
| (330)506-0373 | 12/12/01 | 01:12:11 | (330)746-1682 | YOUNGSTOWN OH | 1.0 | O | ML | 0.00 | 0.00 | 0.00 | 0.00 | 000000 | 13407137063 |
| (330)506-0373 | 12/12/01 | 03:25:52 | (330)746-1682 | YOUNGSTOWN OH | 3.0 | O | ML | 0.00 | 0.00 | 0.00 | 0.00 | 000000 | 13407137063 |
| (330)506-0373 | 12/12/01 | 03:38:49 | (330)609-7812 | WARREN    OH | 1.0 | O | ML | 0.00 | 0.00 | 0.00 | 0.00 | 000000 | 13407137063 |
| (330)506-0373 | 12/12/01 | 03:48:35 | (330)506-0373 | INCOMING | 1.0 | O | LM | 0.00 | 0.00 | 0.00 | 0.00 | 000000 | 13407137063 |
| (330)506-0373 | 12/12/01 | 04:40:18 | (330)746-1682 | YOUNGSTOWN OH | 2.0 | O | ML | 0.00 | 0.00 | 0.00 | 0.00 | 000000 | 13407137063 |
| (330)506-0373 | 12/12/01 | 06:36:19 | (330)747-6260 | YOUNGSTOWN OH | 3.0 | O | ML | 0.00 | 0.00 | 0.00 | 0.00 | 000000 | 13407137063 |
| (330)506-0373 | 12/12/01 | 12:48:14 | (330)747-6915 | YOUNGSTOWN OH | 1.0 | P | ML | 0.00 | 0.00 | 0.00 | 0.00 | 000000 | 13407137063 |
| (330)506-0373 | 12/12/01 | 12:49:43 | (330)788-6267 | YOUNGSTOWN OH | 1.0 | P | ML | 0.00 | 0.00 | 0.00 | 0.00 | 000000 | 13407137063 |
| (330)506-0373 | 12/12/01 | 12:52:22 | (330)788-6267 | YOUNGSTOWN OH | 1.0 | P | ML | 0.00 | 0.00 | 0.00 | 0.00 | 000000 | 13407137063 |
| (330)506-0373 | 12/12/01 | 13:28:59 | (330)506-0373 | INCOMING | 2.0 | P | LM | 0.00 | 0.00 | 0.00 | 0.00 | 000000 | 13407137063 |
| (330)506-0373 | 12/12/01 | 13:46:46 | (330)506-0373 | INCOMING | 1.0 | P | LM | 0.00 | 0.00 | 0.00 | 0.00 | 000000 | 13407137063 |
| (330)506-0373 | 12/12/01 | 16:01:53 | (330)788-6367 | YOUNGSTOWN OH | 2.0 | P | ML | 0.00 | 0.00 | 0.00 | 0.00 | 000000 | 13407137063 |
| (330)506-0373 | 12/12/01 | 16:07:20 | (330)788-6366 | YOUNGSTOWN OH | 1.0 | P | ML | 0.00 | 0.00 | 0.00 | 0.00 | 000000 | 13407137063 |
| (330)506-0373 | 12/12/01 | 16:12:56 | (330)609-7812 | WARREN    OH | 1.0 | P | ML | 0.00 | 0.00 | 0.00 | 0.00 | 000000 | 13407137063 |
| (330)506-0373 | 12/12/01 | 16:19:37 | (330)744-4578 | YOUNGSTOWN OH | 1.0 | P | ML | 0.00 | 0.00 | 0.00 | 0.00 | 000000 | 13407137063 |
| (330)506-0373 | 12/12/01 | 17:18:23 | (330)743-1801 | YOUNGSTOWN OH | 1.0 | P | ML | 0.00 | 0.00 | 0.00 | 0.00 | 000000 | 13407137063 |
| (330)506-0373 | 12/14/01 | 17:09:53 | (330)536-6273 | LOWELLVL  OH | 1.0 | P | ML | 0.00 | 0.00 | 0.00 | 0.00 | 000000 | 13407137063 |
| (330)506-0373 | 12/14/01 | 17:11:55 | (330)536-6930 | LOWELLVL  OH | 1.0 | P | ML | 0.00 | 0.00 | 0.00 | 0.00 | 000000 | 13407137063 |
| (330)506-0373 | 12/14/01 | 17:12:59 | (330)404-4047 | YOUNGSTOWN OH | 1.0 | P | ML | 0.00 | 0.00 | 0.00 | 0.00 | 000000 | 13407137063 |
| (330)506-0373 | 12/14/01 | 17:26:58 | (330)506-0373 | INCOMING | 1.0 | P | LM | 0.00 | 0.00 | 0.00 | 0.00 | 000000 | 13407137063 |

```
LOCATION:058                        DOBSON COMMUNICATIONS CORP                          ARAY
                                                                                       PAGE:    3
-------------------------------------------------------------------------------------------------
BIL013                        C A L L   R E P O R T                    DATE 12/19/01  TIME 11:23
-------------------------------------------------------------------------------------------------
PERIOD : 12/01

ACCOUNT=012 0358746 4 ROBERTS        DONNA
```

| PHONE NUMBER | DATE | TIME | CALLED NUMBER | CALLED CITY | DUR | P | DIR | AIR | TOLL | RMR | TOT | SID | ESN |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| (330)506-0373 | 12/14/01 | 17:38:14 | (330)506-0373 | INCOMING | 2.0 | P | LM | 0.00 | 0.00 | 0.00 | 0.00 | 000000 | 13407137063 |
| (330)506-0373 | 12/14/01 | 17:43:49 | (330)744-5217 | YOUNGSTOWN OH | 1.0 | P | ML | 0.00 | 0.00 | 0.00 | 0.00 | 000000 | 13407137063 |
| (330)506-0373 | 12/14/01 | 17:47:46 | (330)506-0373 | INCOMING | 2.0 | P | LM | 0.00 | 0.00 | 0.00 | 0.00 | 000000 | 13407137063 |
| (330)506-0373 | 12/14/01 | 17:54:30 | (330)506-0373 | INCOMING | 1.0 | P | LM | 0.00 | 0.00 | 0.00 | 0.00 | 000000 | 13407137063 |
| (330)506-0373 | 12/14/01 | 18:04:46 | (330)506-0373 | INCOMING | 1.0 | P | LM | 0.00 | 0.00 | 0.00 | 0.00 | 000000 | 13407137063 |
| (330)506-0373 | 12/14/01 | 18:05:16 | (330)506-0373 | INCOMING | 1.0 | P | LM | 0.00 | 0.00 | 0.00 | 0.00 | 000000 | 13407137063 |
| (330)506-0373 | 12/14/01 | 18:18:25 | (330)744-8337 | YOUNGSTOWN OH | 1.0 | P | ML | 0.00 | 0.00 | 0.00 | 0.00 | 000000 | 13407137063 |
| (330)506-0373 | 12/14/01 | 18:34:43 | (330)746-5401 | YOUNGSTOWN OH | 1.0 | P | ML | 0.00 | 0.00 | 0.00 | 0.00 | 000000 | 13407137063 |
| (330)506-0373 | 12/14/01 | 18:35:10 | (330)744-2707 | YOUNGSTOWN OH | 3.0 | P | ML | 0.00 | 0.00 | 0.00 | 0.00 | 000000 | 13407137063 |
| (330)506-0373 | 12/14/01 | 19:23:35 | (330)744-8462 | YOUNGSTOWN OH | 1.0 | P | ML | 0.00 | 0.00 | 0.00 | 0.00 | 000000 | 13407137063 |
| (330)506-0373 | 12/14/01 | 19:24:16 | (330)404-5459 | YOUNGSTOWN OH | 1.0 | P | ML | 0.00 | 0.00 | 0.00 | 0.00 | 000000 | 13407137063 |
| (330)506-0373 | 12/14/01 | 19:30:28 | (330)506-0373 | INCOMING | 1.0 | P | LM | 0.00 | 0.00 | 0.00 | 0.00 | 000000 | 13407137063 |
| (330)506-0373 | 12/14/01 | 19:31:38 | (330)506-0373 | INCOMING | 1.0 | P | LM | 0.00 | 0.00 | 0.00 | 0.00 | 000000 | 13407137063 |
| (330)506-0373 | 12/14/01 | 19:32:12 | (330)506-0373 | INCOMING | 1.0 | P | LM | 0.00 | 0.00 | 0.00 | 0.00 | 000000 | 13407137063 |
| (330)506-0373 | 12/14/01 | 19:42:58 | (330)506-0373 | INCOMING | 2.0 | P | LM | 0.00 | 0.00 | 0.00 | 0.00 | 000000 | 13407137063 |
| (330)506-0373 | 12/14/01 | 19:49:24 | (330)759-3077 | YOUNGSTOWN OH | 1.0 | P | ML | 0.00 | 0.00 | 0.00 | 0.00 | 000000 | 13407137063 |
| (330)506-0373 | 12/14/01 | 19:59:01 | (330)506-0373 | INCOMING | 1.0 | P | LM | 0.00 | 0.00 | 0.00 | 0.00 | 000000 | 13407137063 |
| (330)506-0373 | 12/14/01 | 19:59:42 | (330)506-0373 | INCOMING | 1.0 | P | LM | 0.00 | 0.00 | 0.00 | 0.00 | 000000 | 13407137063 |
| (330)506-0373 | 12/14/01 | 20:14:43 | (330)506-0373 | INCOMING | 1.0 | P | LM | 0.00 | 0.00 | 0.00 | 0.00 | 000000 | 13407137063 |
| (330)506-0373 | 12/14/01 | 20:30:39 | (330)506-0373 | INCOMING | 1.0 | P | LM | 0.00 | 0.00 | 0.00 | 0.00 | 000000 | 13407137063 |
| (330)506-0373 | 12/14/01 | 20:35:47 | (216)373-9714 | CLEVELAND  OH | 2.0 | P | ML | 0.00 | 0.47 | 0.00 | 0.47 | 000000 | 13407137063 |
| (330)506-0373 | 12/14/01 | 20:37:08 | (330)744-8337 | YOUNGSTOWN OH | 1.0 | P | ML | 0.00 | 0.00 | 0.00 | 0.00 | 000000 | 13407137063 |
| (330)506-0373 | 12/14/01 | 21:20:00 | (216)373-9714 | CLEVELAND  OH | 1.0 | O | ML | 0.00 | 0.24 | 0.00 | 0.24 | 000000 | 13407137063 |
| (330)506-0373 | 12/14/01 | 22:01:42 | (330)506-0373 | INCOMING | 2.0 | O | LM | 0.00 | 0.00 | 0.00 | 0.00 | 000000 | 13407137063 |
| (330)506-0373 | 12/14/01 | 22:09:42 | (330)506-0373 | INCOMING | 1.0 | O | LM | 0.00 | 0.00 | 0.00 | 0.00 | 000000 | 13407137063 |
| (330)506-0373 | 12/14/01 | 22:43:40 | (216)373-9714 | CLEVELAND  OH | 5.0 | O | ML | 0.00 | 1.17 | 0.00 | 1.17 | 000000 | 13407137063 |
| (330)506-0373 | 12/14/01 | 22:48:55 | (216)373-9714 | CLEVELAND  OH | 5.0 | O | ML | 0.00 | 1.17 | 0.00 | 1.17 | 000000 | 13407137063 |
| (330)506-0373 | 12/14/01 | 22:53:50 | (216)373-9714 | CLEVELAND  OH | 3.0 | O | ML | 0.00 | 0.70 | 0.00 | 0.70 | 000000 | 13407137063 |
| (330)506-0373 | 12/14/01 | 22:56:48 | (216)373-9714 | CLEVELAND  OH | 2.0 | O | ML | 0.00 | 0.47 | 0.00 | 0.47 | 000000 | 13407137063 |
| (330)506-0373 | 12/14/01 | 23:00:22 | (216)373-9714 | CLEVELAND  OH | 22.0 | O | ML | 0.00 | 4.38 | 0.00 | 4.38 | 000000 | 13407137063 |
| (330)506-0373 | 12/14/01 | 23:21:59 | (330)506-0373 | INCOMING | 1.0 | O | MF | 0.00 | 0.00 | 0.00 | 0.00 | 000000 | 13407137063 |
| (330)506-0373 | 12/14/01 | 23:22:31 | (216)373-9714 | CLEVELAND  OH | 9.0 | O | ML | 0.00 | 1.80 | 0.00 | 1.80 | 000000 | 13407137063 |
| (330)506-0373 | 12/14/01 | 23:35:05 | (216)373-9714 | CLEVELAND  OH | 11.0 | O | ML | 0.00 | 2.20 | 0.00 | 2.20 | 000000 | 13407137063 |
| (330)506-0373 | 12/14/01 | 23:46:34 | (800)957-7399 | 800 SVC | 1.0 | O | ML | 0.00 | 0.00 | 0.00 | 0.00 | 000000 | 13407137063 |
| (330)506-0373 | 12/14/01 | 23:47:50 | (216)373-9714 | CLEVELAND  OH | 6.0 | O | ML | 0.00 | 1.21 | 0.00 | 1.21 | 000000 | 13407137063 |
| (330)506-0373 | 12/14/01 | 23:55:03 | (216)373-9714 | CLEVELAND  OH | 2.0 | O | ML | 0.00 | 0.42 | 0.00 | 0.42 | 000000 | 13407137063 |
| (330)506-0373 | 12/14/01 | 23:57:45 | (330)799-1963 | YOUNGSTOWN OH | 1.0 | O | ML | 0.00 | 0.00 | 0.00 | 0.00 | 000000 | 13407137063 |
| (330)506-0373 | 12/15/01 | 00:03:29 | (216)373-9714 | CLEVELAND  OH | 1.0 | O | ML | 0.00 | 0.22 | 0.00 | 0.22 | 000000 | 13407137063 |
| (330)506-0373 | 12/15/01 | 00:07:38 | (330)782-0086 | YOUNGSTOWN OH | 1.0 | O | ML | 0.00 | 0.00 | 0.00 | 0.00 | 000000 | 13407137063 |
| (330)506-0373 | 12/15/01 | 00:08:48 | (330)747-3305 | YOUNGSTOWN OH | 1.0 | O | ML | 0.00 | 0.00 | 0.00 | 0.00 | 000000 | 13407137063 |
| (330)506-0373 | 12/15/01 | 00:09:34 | (330)747-3417 | YOUNGSTOWN OH | 1.0 | O | ML | 0.00 | 0.00 | 0.00 | 0.00 | 000000 | 13407137063 |
| (330)506-0373 | 12/15/01 | 00:14:18 | (330)747-1507 | YOUNGSTOWN OH | 1.0 | O | ML | 0.00 | 0.00 | 0.00 | 0.00 | 000000 | 13407137063 |
| (330)506-0373 | 12/15/01 | 00:27:58 | (216)373-9714 | CLEVELAND  OH | 12.0 | O | ML | 0.00 | 2.40 | 0.00 | 2.40 | 000000 | 13407137063 |
| (330)506-0373 | 12/15/01 | 00:42:30 | (216)373-9714 | CLEVELAND  OH | 5.0 | O | ML | 0.00 | 1.01 | 0.00 | 1.01 | 000000 | 13407137063 |

```
LOCATION:058                           DOBSON COMMUNICATIONS CORP                          ARAY
                                                                                          PAGE:    4
----------------------------------------------------------------------------------------------------
BIL013                          C A L L   R E P O R T                          DATE 12/19/01  TIME 11:23
----------------------------------------------------------------------------------------------------
PERIOD : 12/01

ACCOUNT=012 0358746 4 ROBERTS          DONNA
```

| PHONE NUMBER | DATE | TIME | CALLED NUMBER | CALLED CITY | DUR | P | DIR | AIR | TOLL | RMR | TOT | SID | ESN |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| (330)506-0373 | 12/15/01 | 00:46:54 | (216)373-9714 | CLEVELAND OH | 2.0 | O | ML | 0.00 | 0.42 | 0.00 | 0.42 | 000000 | 13407137063 |
| (330)506-0373 | 12/15/01 | 00:50:48 | (330)746-5401 | YOUNGSTOWN OH | 1.0 | O | ML | 0.00 | 0.00 | 0.00 | 0.00 | 000000 | 13407137063 |
| (330)506-0373 | 12/15/01 | 00:52:30 | (330)746-5401 | YOUNGSTOWN OH | 1.0 | O | ML | 0.00 | 0.00 | 0.00 | 0.00 | 000000 | 13407137063 |
| (330)506-0373 | 12/15/01 | 00:54:19 | (330)744-2441 | YOUNGSTOWN OH | 1.0 | O | ML | 0.00 | 0.00 | 0.00 | 0.00 | 000000 | 13407137063 |
| (330)506-0373 | 12/15/01 | 00:55:05 | (330)782-5986 | YOUNGSTOWN OH | 2.0 | O | ML | 0.00 | 0.00 | 0.00 | 0.00 | 000000 | 13407137063 |
| (330)506-0373 | 12/15/01 | 00:57:15 | (330)782-5986 | YOUNGSTOWN OH | 1.0 | O | ML | 0.00 | 0.00 | 0.00 | 0.00 | 000000 | 13407137063 |
| (330)506-0373 | 12/15/01 | 01:01:14 | (330)782-5986 | YOUNGSTOWN OH | 1.0 | O | ML | 0.00 | 0.00 | 0.00 | 0.00 | 000000 | 13407137063 |
| (330)506-0373 | 12/15/01 | 01:02:10 | (216)373-9714 | CLEVELAND OH | 2.0 | O | ML | 0.00 | 0.42 | 0.00 | 0.42 | 000000 | 13407137063 |
| (330)506-0373 | 12/15/01 | 01:05:11 | (216)373-9714 | CLEVELAND OH | 4.0 | O | ML | 0.00 | 0.81 | 0.00 | 0.81 | 000000 | 13407137063 |
| (330)506-0373 | 12/15/01 | 08:26:01 | (330)652-8884 | NILES     OH | 2.0 | O | ML | 0.00 | 0.00 | 0.00 | 0.00 | 000000 | 13407137063 |
| (330)506-0373 | 12/15/01 | 08:34:19 | (216)373-9714 | CLEVELAND OH | 1.0 | O | ML | 0.00 | 0.22 | 0.00 | 0.22 | 000000 | 13407137063 |
| (330)506-0373 | 12/15/01 | 08:35:45 | (216)373-9714 | CLEVELAND OH | 1.0 | O | ML | 0.00 | 0.22 | 0.00 | 0.22 | 000000 | 13407137063 |
| (330)506-0373 | 12/15/01 | 09:15:18 | (216)373-9714 | CLEVELAND OH | 3.0 | O | ML | 0.00 | 0.62 | 0.00 | 0.62 | 000000 | 13407137063 |
| (330)506-0373 | 12/15/01 | 09:32:21 | (330)404-0002 | YOUNGSTOWN OH | 1.0 | O | ML | 0.00 | 0.00 | 0.00 | 0.00 | 000000 | 13407137063 |
| (330)506-0373 | 12/15/01 | 09:33:33 | (330)506-0373 | INCOMING | 1.0 | O | LM | 0.00 | 0.00 | 0.00 | 0.00 | 000000 | 13407137063 |
| (330)506-0373 | 12/15/01 | 09:42:14 | (330)404-0002 | YOUNGSTOWN OH | 1.0 | O | ML | 0.00 | 0.00 | 0.00 | 0.00 | 000000 | 13407137063 |
| (330)506-0373 | 12/15/01 | 09:51:22 | (330)742-4880 | YOUNGSTOWN OH | 1.0 | O | ML | 0.00 | 0.00 | 0.00 | 0.00 | 000000 | 13407137063 |
| (330)506-0373 | 12/15/01 | 09:57:45 | (330)742-4880 | YOUNGSTOWN OH | 1.0 | O | ML | 0.00 | 0.00 | 0.00 | 0.00 | 000000 | 13407137063 |
| (330)506-0373 | 12/15/01 | 09:59:36 | (330)744-5217 | YOUNGSTOWN OH | 3.0 | O | ML | 0.00 | 0.00 | 0.00 | 0.00 | 000000 | 13407137063 |
| (330)506-0373 | 12/15/01 | 10:06:45 | (330)744-5217 | YOUNGSTOWN OH | 2.0 | O | ML | 0.00 | 0.00 | 0.00 | 0.00 | 000000 | 13407137063 |
| (330)506-0373 | 12/15/01 | 10:13:33 | (330)744-0538 | YOUNGSTOWN OH | 1.0 | O | ML | 0.00 | 0.00 | 0.00 | 0.00 | 000000 | 13407137063 |
| (330)506-0373 | 12/15/01 | 10:14:28 | (330)744-0538 | YOUNGSTOWN OH | 1.0 | O | ML | 0.00 | 0.00 | 0.00 | 0.00 | 000000 | 13407137063 |
| (330)506-0373 | 12/15/01 | 10:15:12 | (330)747-9446 | YOUNGSTOWN OH | 1.0 | O | ML | 0.00 | 0.00 | 0.00 | 0.00 | 000000 | 13407137063 |
| (330)506-0373 | 12/15/01 | 10:18:14 | (330)744-5989 | YOUNGSTOWN OH | 1.0 | O | ML | 0.00 | 0.00 | 0.00 | 0.00 | 000000 | 13407137063 |
| (330)506-0373 | 12/15/01 | 10:29:54 | (330)744-0831 | YOUNGSTOWN OH | 1.0 | O | ML | 0.00 | 0.00 | 0.00 | 0.00 | 000000 | 13407137063 |
| (330)506-0373 | 12/15/01 | 10:49:14 | (330)743-1130 | YOUNGSTOWN OH | 1.0 | O | ML | 0.00 | 0.00 | 0.00 | 0.00 | 000000 | 13407137063 |
| (330)506-0373 | 12/15/01 | 11:00:44 | (330)536-6417 | LOWELLVL  OH | 1.0 | O | ML | 0.00 | 0.00 | 0.00 | 0.00 | 000000 | 13407137063 |
| (330)506-0373 | 12/15/01 | 11:04:53 | (330)747-3951 | YOUNGSTOWN OH | 2.0 | O | ML | 0.00 | 0.00 | 0.00 | 0.00 | 000000 | 13407137063 |
| (330)506-0373 | 12/15/01 | 11:07:57 | (330)743-5217 | YOUNGSTOWN OH | 2.0 | O | ML | 0.00 | 0.00 | 0.00 | 0.00 | 000000 | 13407137063 |
| (330)506-0373 | 12/15/01 | 11:10:05 | (330)744-2707 | YOUNGSTOWN OH | 4.0 | O | ML | 0.00 | 0.00 | 0.00 | 0.00 | 000000 | 13407137063 |
| (330)506-0373 | 12/15/01 | 11:27:18 | (330)744-2319 | YOUNGSTOWN OH | 3.0 | O | ML | 0.00 | 0.00 | 0.00 | 0.00 | 000000 | 13407137063 |
| (330)506-0373 | 12/15/01 | 11:29:55 | (330)746-8173 | YOUNGSTOWN OH | 2.0 | O | ML | 0.00 | 0.00 | 0.00 | 0.00 | 000000 | 13407137063 |
| (330)506-0373 | 12/15/01 | 12:13:50 | (330)652-8884 | NILES     OH | 1.0 | O | ML | 0.00 | 0.00 | 0.00 | 0.00 | 000000 | 13407137063 |
| (330)506-0373 | 12/15/01 | 12:21:48 | (330)536-6417 | LOWELLVL  OH | 1.0 | O | ML | 0.00 | 0.00 | 0.00 | 0.00 | 000000 | 13407137063 |
| (330)506-0373 | 12/15/01 | 13:03:09 | (330)652-8884 | NILES     OH | 1.0 | O | ML | 0.00 | 0.00 | 0.00 | 0.00 | 000000 | 13407137063 |
| (330)506-0373 | 12/15/01 | 13:53:38 | (330)744-5217 | YOUNGSTOWN OH | 2.0 | O | ML | 0.00 | 0.00 | 0.00 | 0.00 | 000000 | 13407137063 |
| (330)506-0373 | 12/15/01 | 14:05:28 | (330)536-6273 | LOWELLVL  OH | 1.0 | O | ML | 0.00 | 0.00 | 0.00 | 0.00 | 000000 | 13407137063 |
| (330)506-0373 | 12/15/01 | 14:09:55 | (330)744-3781 | YOUNGSTOWN OH | 1.0 | O | ML | 0.00 | 0.00 | 0.00 | 0.00 | 000000 | 13407137063 |
| (330)506-0373 | 12/15/01 | 14:10:17 | (330)717-1476 | YOUNGSTOWN OH | 1.0 | O | ML | 0.00 | 0.00 | 0.00 | 0.00 | 000000 | 13407137063 |
| (330)506-0373 | 12/15/01 | 14:11:28 | (330)744-3781 | YOUNGSTOWN OH | 1.0 | O | ML | 0.00 | 0.00 | 0.00 | 0.00 | 000000 | 13407137063 |
| (330)506-0373 | 12/15/01 | 14:45:46 | (330)536-6273 | LOWELLVL  OH | 2.0 | O | ML | 0.00 | 0.00 | 0.00 | 0.00 | 000000 | 13407137063 |
| (330)506-0373 | 12/15/01 | 15:21:56 | (216)373-9714 | CLEVELAND OH | 1.0 | O | ML | 0.00 | 0.22 | 0.00 | 0.22 | 000000 | 13407137063 |
| (330)506-0373 | 12/15/01 | 15:22:19 | (216)373-9714 | CLEVELAND OH | 3.0 | O | ML | 0.00 | 0.62 | 0.00 | 0.62 | 000000 | 13407137063 |
| (330)506-0373 | 12/15/01 | 15:51:36 | (330)518-3353 | YOUNGSTOWN OH | 1.0 | O | ML | 0.00 | 0.00 | 0.00 | 0.00 | 000000 | 13407137063 |

LOCATION:058                          DOBSON COMMUNICATIONS CORP                          ARAY
                                                                                         PAGE:   5

--------------------------------------------------------------------------------------------------
BIL013                          C A L L   R E P O R T                    DATE 12/19/01  TIME 11:23
--------------------------------------------------------------------------------------------------
PERIOD : 12/01

ACCOUNT=012 0358746 4 ROBERTS          DONNA

| PHONE NUMBER | DATE | TIME | CALLED NUMBER | CALLED CITY | DUR | P | DIR | AIR | TOLL | RMR | TOT | SID | ESN |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| (330)506-0373 | 12/15/01 | 16:22:50 | (330)506-0373 | INCOMING | 1.0 | O | LM | 0.00 | 0.00 | 0.00 | 0.00 | 000000 | 13407137063 |
| (330)506-0373 | 12/15/01 | 17:35:45 | (216)373-9714 | CLEVELAND OH | 8.0 | O | ML | 0.00 | 1.61 | 0.00 | 1.61 | 000000 | 13407137063 |
| (330)506-0373 | 12/15/01 | 17:43:31 | (330)782-5986 | YOUNGSTOWN OH | 1.0 | O | ML | 0.00 | 0.00 | 0.00 | 0.00 | 000000 | 13407137063 |
| (330)506-0373 | 12/15/01 | 17:44:52 | (216)373-9714 | CLEVELAND OH | 3.0 | O | ML | 0.00 | 0.62 | 0.00 | 0.62 | 000000 | 13407137063 |
| (330)506-0373 | 12/15/01 | 17:48:48 | (330)744-5217 | YOUNGSTOWN OH | 1.0 | O | ML | 0.00 | 0.00 | 0.00 | 0.00 | 000000 | 13407137063 |
| (330)506-0373 | 12/15/01 | 18:15:18 | (330)404-4047 | YOUNGSTOWN OH | 1.0 | O | ML | 0.00 | 0.00 | 0.00 | 0.00 | 000000 | 13407137063 |
| (330)506-0373 | 12/15/01 | 18:19:24 | (330)506-0373 | INCOMING | 2.0 | O | LM | 0.00 | 0.00 | 0.00 | 0.00 | 000000 | 13407137063 |
| (330)506-0373 | 12/15/01 | 18:21:02 | (330)744-3781 | YOUNGSTOWN OH | 1.0 | O | ML | 0.00 | 0.00 | 0.00 | 0.00 | 000000 | 13407137063 |
| (330)506-0373 | 12/15/01 | 18:21:53 | (330)404-0002 | YOUNGSTOWN OH | 1.0 | O | ML | 0.00 | 0.00 | 0.00 | 0.00 | 000000 | 13407137063 |
| (330)506-0373 | 12/15/01 | 18:40:02 | (330)506-0373 | INCOMING | 3.0 | O | LM | 0.00 | 0.00 | 0.00 | 0.00 | 000000 | 13407137063 |
| (330)506-0373 | 12/15/01 | 18:52:25 | (330)788-1784 | YOUNGSTOWN OH | 1.0 | O | ML | 0.00 | 0.00 | 0.00 | 0.00 | 000000 | 13407137063 |
| (330)506-0373 | 12/15/01 | 19:12:38 | (330)506-0373 | INCOMING | 1.0 | O | LM | 0.00 | 0.00 | 0.00 | 0.00 | 000000 | 13407137063 |
| (330)506-0373 | 12/15/01 | 19:25:26 | (330)726-6969 | YOUNGSTOWN OH | 1.0 | O | ML | 0.00 | 0.00 | 0.00 | 0.00 | 000000 | 13407137063 |
| (330)506-0373 | 12/15/01 | 19:37:44 | (330)506-0373 | INCOMING | 1.0 | O | LM | 0.00 | 0.00 | 0.00 | 0.00 | 000000 | 13407137063 |
| (330)506-0373 | 12/15/01 | 19:49:45 | (330)726-6969 | YOUNGSTOWN OH | 1.0 | O | ML | 0.00 | 0.00 | 0.00 | 0.00 | 000000 | 13407137063 |
| (330)506-0373 | 12/15/01 | 20:03:14 | (330)506-0373 | INCOMING | 1.0 | O | LM | 0.00 | 0.00 | 0.00 | 0.00 | 000000 | 13407137063 |
| (330)506-0373 | 12/15/01 | 20:08:23 | (330)747-3951 | YOUNGSTOWN OH | 2.0 | O | ML | 0.00 | 0.00 | 0.00 | 0.00 | 000000 | 13407137063 |
| (330)506-0373 | 12/15/01 | 20:10:26 | (330)744-2707 | YOUNGSTOWN OH | 3.0 | O | ML | 0.00 | 0.00 | 0.00 | 0.00 | 000000 | 13407137063 |
| (330)506-0373 | 12/15/01 | 20:14:07 | (330)404-0002 | YOUNGSTOWN OH | 1.0 | O | ML | 0.00 | 0.00 | 0.00 | 0.00 | 000000 | 13407137063 |
| (330)506-0373 | 12/15/01 | 20:14:41 | (330)404-0002 | YOUNGSTOWN OH | 1.0 | O | ML | 0.00 | 0.00 | 0.00 | 0.00 | 000000 | 13407137063 |
| (330)506-0373 | 12/15/01 | 20:17:09 | (330)404-0002 | YOUNGSTOWN OH | 1.0 | O | ML | 0.00 | 0.00 | 0.00 | 0.00 | 000000 | 13407137063 |
| (330)506-0373 | 12/15/01 | 20:19:23 | (330)744-3781 | YOUNGSTOWN OH | 1.0 | O | ML | 0.00 | 0.00 | 0.00 | 0.00 | 000000 | 13407137063 |
| (330)506-0373 | 12/15/01 | 20:25:49 | (330)652-1434 | NILES    OH | 2.0 | O | ML | 0.00 | 0.00 | 0.00 | 0.00 | 000000 | 13407137063 |
| (330)506-0373 | 12/15/01 | 20:33:27 | (330)744-5217 | YOUNGSTOWN OH | 1.0 | O | ML | 0.00 | 0.00 | 0.00 | 0.00 | 000000 | 13407137063 |
| (330)506-0373 | 12/15/01 | 21:26:33 | (330)743-0650 | YOUNGSTOWN OH | 1.0 | O | ML | 0.00 | 0.00 | 0.00 | 0.00 | 000000 | 13407137063 |
| (330)506-0373 | 12/15/01 | 21:50:32 | (330)506-0373 | INCOMING | 1.0 | O | LM | 0.00 | 0.00 | 0.00 | 0.00 | 000000 | 13407137063 |
| (330)506-0373 | 12/15/01 | 22:19:51 | (330)518-1920 | YOUNGSTOWN OH | 1.0 | O | ML | 0.00 | 0.00 | 0.00 | 0.00 | 000000 | 13407137063 |
| (330)506-0373 | 12/15/01 | 22:27:41 | (330)747-3951 | YOUNGSTOWN OH | 5.0 | O | ML | 0.00 | 0.00 | 0.00 | 0.00 | 000000 | 13407137063 |
| (330)506-0373 | 12/15/01 | 22:33:13 | (330)759-3077 | YOUNGSTOWN OH | 1.0 | O | ML | 0.00 | 0.00 | 0.00 | 0.00 | 000000 | 13407137063 |
| (330)506-0373 | 12/15/01 | 22:36:12 | (330)744-2707 | YOUNGSTOWN OH | 1.0 | O | ML | 0.00 | 0.00 | 0.00 | 0.00 | 000000 | 13407137063 |
| (330)506-0373 | 12/15/01 | 22:42:58 | (330)536-6273 | LOWELLVL  OH | 1.0 | O | ML | 0.00 | 0.00 | 0.00 | 0.00 | 000000 | 13407137063 |
| (330)506-0373 | 12/15/01 | 22:43:19 | (330)506-0373 | INCOMING | 2.0 | O | MF | 0.00 | 0.00 | 0.00 | 0.00 | 000000 | 13407137063 |
| (330)506-0373 | 12/15/01 | 23:26:34 | (330)506-0373 | INCOMING | 1.0 | O | LM | 0.00 | 0.00 | 0.00 | 0.00 | 000000 | 13407137063 |
| (330)506-0373 | 12/16/01 | 00:04:56 | (330)744-5217 | YOUNGSTOWN OH | 2.0 | O | ML | 0.00 | 0.00 | 0.00 | 0.00 | 000000 | 13407137063 |
| (330)506-0373 | 12/16/01 | 00:06:31 | (216)373-9714 | CLEVELAND OH | 1.0 | O | ML | 0.00 | 0.22 | 0.00 | 0.22 | 000000 | 13407137063 |
| (330)506-0373 | 12/16/01 | 00:08:30 | (330)744-2707 | YOUNGSTOWN OH | 4.0 | O | ML | 0.00 | 0.00 | 0.00 | 0.00 | 000000 | 13407137063 |
| (330)506-0373 | 12/16/01 | 00:12:26 | (330)506-0373 | INCOMING | 2.0 | O | LM | 0.00 | 0.00 | 0.00 | 0.00 | 000000 | 13407137063 |
| (330)506-0373 | 12/16/01 | 00:13:24 | (330)506-0373 | INCOMING | 2.0 | O | MF | 0.00 | 0.00 | 0.00 | 0.00 | 000000 | 13407137063 |
| (330)506-0373 | 12/16/01 | 00:37:21 | (330)506-0373 | INCOMING | 1.0 | O | LM | 0.00 | 0.00 | 0.00 | 0.00 | 000000 | 13407137063 |
| (330)506-0373 | 12/16/01 | 00:38:07 | (330)744-5217 | YOUNGSTOWN OH | 1.0 | O | ML | 0.00 | 0.00 | 0.00 | 0.00 | 000000 | 13407137063 |
| (330)506-0373 | 12/16/01 | 00:43:15 | (330)506-0373 | INCOMING | 2.0 | O | LM | 0.00 | 0.00 | 0.00 | 0.00 | 000000 | 13407137063 |
| (330)506-0373 | 12/16/01 | 00:49:04 | (216)373-9714 | CLEVELAND OH | 6.0 | O | ML | 0.00 | 1.21 | 0.00 | 1.21 | 000000 | 13407137063 |
| (330)506-0373 | 12/16/01 | 01:02:07 | (330)506-0373 | INCOMING | 3.0 | O | LM | 0.00 | 0.00 | 0.00 | 0.00 | 000000 | 13407137063 |
| (330)506-0373 | 12/16/01 | 01:05:18 | (216)373-9714 | CLEVELAND OH | 5.0 | O | ML | 0.00 | 1.01 | 0.00 | 1.01 | 000000 | 13407137063 |

```
LOCATION:058                        DOBSON COMMUNICATIONS CORP                        ARAY
                                                                                     PAGE:    6
--------------------------------------------------------------------------------------------
BIL013                          C A L L   R E P O R T                  DATE 12/19/01  TIME 11:23
--------------------------------------------------------------------------------------------
PERIOD : 12/01

ACCOUNT=012 0358746 4 ROBERTS          DONNA


PHONE NUMBER    DATE      TIME      CALLED NUMBER  CALLED CITY    DUR  P DIR  AIR     TOLL    RMR      TOT    SID    ESN

(330)506-0373 12/16/01  01:09:33  (800)957-7399  800 SVC        1.0  O ML  0.00    0.00    0.00    0.00   000000 13407137063
(330)506-0373 12/16/01  01:12:30  (216)373-9714  CLEVELAND  OH  2.0  O ML  0.00    0.42    0.00    0.42   000000 13407137063
(330)506-0373 12/16/01  01:14:22  (216)373-9714  CLEVELAND  OH  2.0  O ML  0.00    0.42    0.00    0.42   000000 13407137063
(330)506-0373 12/16/01  01:37:29  (216)373-9714  CLEVELAND  OH  8.0  O ML  0.00    1.61    0.00    1.61   000000 13407137063
(330)506-0373 12/16/01  03:52:51  (216)373-9714  CLEVELAND  OH  3.0  O ML  0.00    0.62    0.00    0.62   000000 13407137063
(330)506-0373 12/16/01  04:07:02  (216)373-9714  CLEVELAND  OH  1.0  O ML  0.00    0.22    0.00    0.22   000000 13407137063
(330)506-0373 12/16/01  12:47:25  (330)404-0002  YOUNGSTOWN OH  1.0  O ML  0.00    0.00    0.00    0.00   000000 13407137063
(330)506-0373 12/16/01  13:04:16  (330)744-3781  YOUNGSTOWN OH  1.0  O ML  0.00    0.00    0.00    0.00   000000 13407137063
(330)506-0373 12/16/01  14:38:38  (330)744-8646  YOUNGSTOWN OH  2.0  O ML  0.00    0.00    0.00    0.00   000000 13407137063
(330)506-0373 12/16/01  16:16:18  (330)536-6274  LOWELLVL   OH  1.0  O ML  0.00    0.00    0.00    0.00   000000 13407137063
(330)506-0373 12/16/01  16:17:28  (330)536-6273  LOWELLVL   OH  1.0  O ML  0.00    0.00    0.00    0.00   000000 13407137063
(330)506-0373 12/16/01  16:20:31  (330)536-6930  LOWELLVL   OH  1.0  O ML  0.00    0.00    0.00    0.00   000000 13407137063
(330)506-0373 12/16/01  16:29:39  (330)506-0373  INCOMING       1.0  O LM  0.00    0.00    0.00    0.00   000000 13407137063
(330)506-0373 12/16/01  16:35:03  (330)506-0373  INCOMING       2.0  O LM  0.00    0.00    0.00    0.00   000000 13407137063
(330)506-0373 12/16/01  16:36:44  (330)744-3781  YOUNGSTOWN OH  1.0  O ML  0.00    0.00    0.00    0.00   000000 13407137063
(330)506-0373 12/16/01  16:50:31  (330)404-0002  YOUNGSTOWN OH  2.0  O ML  0.00    0.00    0.00    0.00   000000 13407137063
(330)506-0373 12/16/01  16:58:27  (330)744-1463  YOUNGSTOWN OH  2.0  O ML  0.00    0.00    0.00    0.00   000000 13407137063
(330)506-0373 12/16/01  17:00:53  (330)747-1750  YOUNGSTOWN OH  2.0  O ML  0.00    0.00    0.00    0.00   000000 13407137063
(330)506-0373 12/16/01  17:05:47  (330)744-3781  YOUNGSTOWN OH  1.0  O ML  0.00    0.00    0.00    0.00   000000 13407137063
(330)506-0373 12/16/01  17:09:28  (330)744-3781  YOUNGSTOWN OH  1.0  O ML  0.00    0.00    0.00    0.00   000000 13407137063
(330)506-0373 12/16/01  17:26:32  (216)373-9714  CLEVELAND  OH  1.0  O ML  0.00    0.22    0.00    0.22   000000 13407137063
(330)506-0373 12/16/01  17:40:56  (216)373-9714  CLEVELAND  OH  1.0  O ML  0.00    0.22    0.00    0.22   000000 13407137063
(330)506-0373 12/16/01  17:42:31  (216)373-9714  CLEVELAND  OH  4.0  O ML  0.00    0.81    0.00    0.81   000000 13407137063
(330)506-0373 12/16/01  17:48:03  (330)519-8337  YOUNGSTOWN OH  7.0  O ML  0.00    0.00    0.00    0.00   000000 13407137063
(330)506-0373 12/16/01  17:55:25  (216)373-9714  CLEVELAND  OH  4.0  O ML  0.00    0.81    0.00    0.81   000000 13407137063
(330)506-0373 12/16/01  17:58:53  (216)373-9714  CLEVELAND  OH  5.0  O ML  0.00    1.01    0.00    1.01   000000 13407137063
(330)506-0373 12/16/01  18:03:08  (330)747-1750  YOUNGSTOWN OH  4.0  O ML  0.00    0.00    0.00    0.00   000000 13407137063
(330)506-0373 12/16/01  18:08:55  (330)404-0002  YOUNGSTOWN OH  1.0  O ML  0.00    0.00    0.00    0.00   000000 13407137063
(330)506-0373 12/16/01  18:14:16  (330)506-0373  INCOMING       1.0  O LM  0.00    0.00    0.00    0.00   000000 13407137063
(330)506-0373 12/16/01  18:28:56  (330)747-1750  YOUNGSTOWN OH  2.0  O ML  0.00    0.00    0.00    0.00   000000 13407137063
(330)506-0373 12/16/01  18:39:02  (216)373-9714  CLEVELAND  OH  2.0  O ML  0.00    0.42    0.00    0.42   000000 13407137063
(330)506-0373 12/16/01  18:41:47  (330)404-0002  YOUNGSTOWN OH  1.0  O ML  0.00    0.00    0.00    0.00   000000 13407137063
(330)506-0373 12/16/01  18:59:12  (330)747-1750  YOUNGSTOWN OH  2.0  O ML  0.00    0.00    0.00    0.00   000000 13407137063
(330)506-0373 12/16/01  19:25:06  (330)506-0373  INCOMING       4.0  O LM  0.00    0.00    0.00    0.00   000000 13407137063
(330)506-0373 12/16/01  20:07:50  (330)518-3353  YOUNGSTOWN OH  1.0  O ML  0.00    0.00    0.00    0.00   000000 13407137063
(330)506-0373 12/16/01  20:12:24  (330)744-5217  YOUNGSTOWN OH  1.0  O ML  0.00    0.00    0.00    0.00   000000 13407137063
(330)506-0373 12/16/01  20:24:07  (330)746-5401  YOUNGSTOWN OH  1.0  O ML  0.00    0.00    0.00    0.00   000000 13407137063
(330)506-0373 12/16/01  20:28:09  (888)690-1923                 1.0  O ML  0.00    0.00    0.00    0.00   000000 13407137063
(330)506-0373 12/16/01  20:30:32  (330)506-0373  INCOMING       2.0  O LM  0.00    0.00    0.00    0.00   000000 13407137063
(330)506-0373 12/16/01  20:32:47  (330)746-5401  YOUNGSTOWN OH  2.0  O ML  0.00    0.00    0.00    0.00   000000 13407137063
(330)506-0373 12/16/01  20:35:05  (330)404-0002  YOUNGSTOWN OH  2.0  O ML  0.00    0.00    0.00    0.00   000000 13407137063
(330)506-0373 12/16/01  20:37:20  (330)746-5401  YOUNGSTOWN OH  5.0  O ML  0.00    0.00    0.00    0.00   000000 13407137063
(330)506-0373 12/16/01  20:41:51  (330)404-0002  YOUNGSTOWN OH  1.0  O ML  0.00    0.00    0.00    0.00   000000 13407137063
(330)506-0373 12/16/01  20:42:50  (330)506-0373  INCOMING       1.0  O LM  0.00    0.00    0.00    0.00   000000 13407137063
```

LOCATION:058                          DOBSON COMMUNICATIONS CORP                              ARAY
                                                                                             PAGE:    7
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
BIL013                          C A L L   R E P O R T                          DATE 12/19/01  TIME 11:23
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
PERIOD : 12/01

ACCOUNT=012 0358746 4 ROBERTS          DONNA

| PHONE NUMBER | DATE | TIME | CALLED NUMBER | CALLED CITY | DUR | P | DIR | AIR | TOLL | RMR | TOT | SID | ESN |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| (330)506-0373 | 12/16/01 | 20:43:55 | (330)744-5217 | YOUNGSTOWN OH | 1.0 | O | ML | 0.00 | 0.00 | 0.00 | 0.00 | 000000 | 13407137063 |
| (330)506-0373 | 12/16/01 | 20:45:15 | (330)746-5401 | YOUNGSTOWN OH | 4.0 | O | ML | 0.00 | 0.00 | 0.00 | 0.00 | 000000 | 13407137063 |
| (330)506-0373 | 12/16/01 | 20:50:20 | (330)744-5217 | YOUNGSTOWN OH | 1.0 | O | ML | 0.00 | 0.00 | 0.00 | 0.00 | 000000 | 13407137063 |
| (330)506-0373 | 12/16/01 | 21:05:53 | (888)690-1923 | | 1.0 | O | ML | 0.00 | 0.00 | 0.00 | 0.00 | 000000 | 13407137063 |
| (330)506-0373 | 12/16/01 | 21:06:48 | (330)506-0373 | INCOMING | 1.0 | O | LM | 0.00 | 0.00 | 0.00 | 0.00 | 000000 | 13407137063 |
| (330)506-0373 | 12/16/01 | 21:07:54 | (330)506-0373 | INCOMING | 1.0 | O | LM | 0.00 | 0.00 | 0.00 | 0.00 | 000000 | 13407137063 |
| (330)506-0373 | 12/16/01 | 21:08:12 | (330)506-0373 | INCOMING | 2.0 | O | MF | 0.00 | 0.00 | 0.00 | 0.00 | 000000 | 13407137063 |
| (330)506-0373 | 12/16/01 | 21:13:09 | (330)744-5217 | YOUNGSTOWN OH | 1.0 | O | ML | 0.00 | 0.00 | 0.00 | 0.00 | 000000 | 13407137063 |
| (330)506-0373 | 12/16/01 | 21:19:20 | (330)506-0373 | INCOMING | 1.0 | O | LM | 0.00 | 0.00 | 0.00 | 0.00 | 000000 | 13407137063 |
| (330)506-0373 | 12/16/01 | 21:28:59 | (330)747-0636 | YOUNGSTOWN OH | 1.0 | O | ML | 0.00 | 0.00 | 0.00 | 0.00 | 000000 | 13407137063 |
| (330)506-0373 | 12/16/01 | 21:30:00 | (330)747-1750 | YOUNGSTOWN OH | 3.0 | O | ML | 0.00 | 0.00 | 0.00 | 0.00 | 000000 | 13407137063 |
| (330)506-0373 | 12/16/01 | 21:35:38 | (330)747-1750 | YOUNGSTOWN OH | 1.0 | O | ML | 0.00 | 0.00 | 0.00 | 0.00 | 000000 | 13407137063 |
| (330)506-0373 | 12/16/01 | 21:36:35 | (330)506-0373 | INCOMING | 2.0 | O | MF | 0.00 | 0.00 | 0.00 | 0.00 | 000000 | 13407137063 |
| (330)506-0373 | 12/16/01 | 21:41:34 | (330)404-0002 | YOUNGSTOWN OH | 1.0 | O | ML | 0.00 | 0.00 | 0.00 | 0.00 | 000000 | 13407137063 |
| (330)506-0373 | 12/16/01 | 21:48:24 | (330)506-0373 | INCOMING | 1.0 | O | LM | 0.00 | 0.00 | 0.00 | 0.00 | 000000 | 13407137063 |
| (330)506-0373 | 12/16/01 | 21:58:27 | (330)506-0373 | INCOMING | 1.0 | O | LM | 0.00 | 0.00 | 0.00 | 0.00 | 000000 | 13407137063 |
| (330)506-0373 | 12/16/01 | 22:07:50 | (330)744-5217 | YOUNGSTOWN OH | 1.0 | O | ML | 0.00 | 0.00 | 0.00 | 0.00 | 000000 | 13407137063 |
| (330)506-0373 | 12/16/01 | 22:09:22 | (330)506-0373 | INCOMING | 1.0 | O | LM | 0.00 | 0.00 | 0.00 | 0.00 | 000000 | 13407137063 |
| (330)506-0373 | 12/16/01 | 22:13:59 | (330)506-0373 | INCOMING | 1.0 | O | LM | 0.00 | 0.00 | 0.00 | 0.00 | 000000 | 13407137063 |
| (330)506-0373 | 12/17/01 | 10:01:38 | (330)652-8884 | NILES       OH | 1.0 | P | ML | 0.00 | 0.00 | 0.00 | 0.00 | 000000 | 13407137063 |
| (330)506-0373 | 12/17/01 | 10:34:07 | (330)744-8642 | YOUNGSTOWN OH | 1.0 | P | ML | 0.00 | 0.00 | 0.00 | 0.00 | 000000 | 13407137063 |
| (330)506-0373 | 12/17/01 | 10:34:33 | (330)744-8646 | YOUNGSTOWN OH | 1.0 | P | ML | 0.00 | 0.00 | 0.00 | 0.00 | 000000 | 13407137063 |
| (330)506-0373 | 12/17/01 | 10:35:07 | (330)759-3077 | YOUNGSTOWN OH | 1.0 | P | ML | 0.00 | 0.00 | 0.00 | 0.00 | 000000 | 13407137063 |
| (330)506-0373 | 12/17/01 | 10:36:31 | (330)744-2707 | YOUNGSTOWN OH | 4.0 | P | ML | 0.00 | 0.00 | 0.00 | 0.00 | 000000 | 13407137063 |
| (330)506-0373 | 12/17/01 | 10:40:14 | (330)506-0373 | INCOMING | 1.0 | P | MF | 0.00 | 0.00 | 0.00 | 0.00 | 000000 | 13407137063 |
| (330)506-0373 | 12/17/01 | 10:56:52 | (330)404-0002 | YOUNGSTOWN OH | 2.0 | P | ML | 0.00 | 0.00 | 0.00 | 0.00 | 000000 | 13407137063 |
| (330)506-0373 | 12/17/01 | 11:07:53 | (330)746-5401 | YOUNGSTOWN OH | 1.0 | P | ML | 0.00 | 0.00 | 0.00 | 0.00 | 000000 | 13407137063 |
| (330)506-0373 | 12/17/01 | 11:08:16 | (330)744-2707 | YOUNGSTOWN OH | 2.0 | P | ML | 0.00 | 0.00 | 0.00 | 0.00 | 000000 | 13407137063 |
| (330)506-0373 | 12/17/01 | 11:11:24 | (330)744-8558 | YOUNGSTOWN OH | 1.0 | P | ML | 0.00 | 0.00 | 0.00 | 0.00 | 000000 | 13407137063 |
| (330)506-0373 | 12/17/01 | 11:12:02 | (330)743-8558 | YOUNGSTOWN OH | 1.0 | P | ML | 0.00 | 0.00 | 0.00 | 0.00 | 000000 | 13407137063 |
| (330)506-0373 | 12/17/01 | 11:16:22 | (330)743-8558 | YOUNGSTOWN OH | 2.0 | P | ML | 0.00 | 0.00 | 0.00 | 0.00 | 000000 | 13407137063 |
| (330)506-0373 | 12/17/01 | 11:19:49 | (330)506-0373 | INCOMING | 2.0 | P | MM | 0.00 | 0.00 | 0.00 | 0.00 | 000000 | 13407137063 |
| (330)506-0373 | 12/17/01 | 11:43:13 | (330)652-8884 | NILES       OH | 1.0 | P | ML | 0.00 | 0.00 | 0.00 | 0.00 | 000000 | 13407137063 |
| (330)506-0373 | 12/17/01 | 11:49:02 | (330)506-0373 | INCOMING | 1.0 | P | MM | 0.00 | 0.00 | 0.00 | 0.00 | 000000 | 13407137063 |
| (330)506-0373 | 12/17/01 | 11:50:44 | (330)536-6930 | LOWELLVL    OH | 1.0 | P | ML | 0.00 | 0.00 | 0.00 | 0.00 | 000000 | 13407137063 |
| (330)506-0373 | 12/17/01 | 11:54:57 | (330)609-5838 | WARREN      OH | 1.0 | P | ML | 0.00 | 0.00 | 0.00 | 0.00 | 000000 | 13407137063 |
| (330)506-0373 | 12/17/01 | 12:06:56 | (330)506-0373 | INCOMING | 1.0 | P | LM | 0.00 | 0.00 | 0.00 | 0.00 | 000000 | 13407137063 |
| (330)506-0373 | 12/17/01 | 12:25:38 | (330)742-4880 | YOUNGSTOWN OH | 1.0 | P | ML | 0.00 | 0.00 | 0.00 | 0.00 | 000000 | 13407137063 |
| (330)506-0373 | 12/17/01 | 12:31:07 | (330)742-4880 | YOUNGSTOWN OH | 1.0 | P | ML | 0.00 | 0.00 | 0.00 | 0.00 | 000000 | 13407137063 |
| (330)506-0373 | 12/17/01 | 12:33:14 | (330)742-4880 | YOUNGSTOWN OH | 1.0 | P | ML | 0.00 | 0.00 | 0.00 | 0.00 | 000000 | 13407137063 |
| (330)506-0373 | 12/17/01 | 12:34:04 | (330)742-4880 | YOUNGSTOWN OH | 1.0 | P | ML | 0.00 | 0.00 | 0.00 | 0.00 | 000000 | 13407137063 |
| (330)506-0373 | 12/17/01 | 12:34:58 | (330)742-4880 | YOUNGSTOWN OH | 2.0 | P | ML | 0.00 | 0.00 | 0.00 | 0.00 | 000000 | 13407137063 |
| (330)506-0373 | 12/17/01 | 12:39:13 | (330)746-3636 | YOUNGSTOWN OH | 1.0 | P | ML | 0.00 | 0.00 | 0.00 | 0.00 | 000000 | 13407137063 |
| (330)506-0373 | 12/17/01 | 12:40:15 | (330)747-1750 | YOUNGSTOWN OH | 1.0 | P | ML | 0.00 | 0.00 | 0.00 | 0.00 | 000000 | 13407137063 |

LOCATION:058                          DOBSON COMMUNICATIONS CORP                        ARAY
                                                                                       PAGE:     8
--------------------------------------------------------------------------------------------------
BIL013                          C A L L   R E P O R T                    DATE 12/19/01  TIME 11:23
--------------------------------------------------------------------------------------------------
PERIOD : 12/01

ACCOUNT=012 0358746 4 ROBERTS          DONNA

| PHONE NUMBER | DATE | TIME | CALLED NUMBER | CALLED CITY | DUR | P | DIR | AIR | TOLL | RMR | TOT | SID | ESN |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| (330)506-0373 | 12/17/01 | 12:41:02 | (330)404-0002 | YOUNGSTOWN OH | 1.0 | P | ML | 0.00 | 0.00 | 0.00 | 0.00 | 000000 | 13407137063 |
| (330)506-0373 | 12/17/01 | 12:42:37 | (330)506-0373 | INCOMING | 1.0 | P | LM | 0.00 | 0.00 | 0.00 | 0.00 | 000000 | 13407137063 |
| (330)506-0373 | 12/17/01 | 13:03:27 | (330)742-4880 | YOUNGSTOWN OH | 1.0 | P | ML | 0.00 | 0.00 | 0.00 | 0.00 | 000000 | 13407137063 |
| (330)506-0373 | 12/17/01 | 13:11:31 | (330)746-3636 | YOUNGSTOWN OH | 2.0 | P | ML | 0.00 | 0.00 | 0.00 | 0.00 | 000000 | 13407137063 |
| (330)506-0373 | 12/17/01 | 13:12:41 | (330)404-0002 | YOUNGSTOWN OH | 1.0 | P | ML | 0.00 | 0.00 | 0.00 | 0.00 | 000000 | 13407137063 |
| (330)506-0373 | 12/17/01 | 13:13:20 | (330)404-0002 | YOUNGSTOWN OH | 1.0 | P | ML | 0.00 | 0.00 | 0.00 | 0.00 | 000000 | 13407137063 |
| (330)506-0373 | 12/17/01 | 13:13:48 | (330)404-0002 | YOUNGSTOWN OH | 1.0 | P | ML | 0.00 | 0.00 | 0.00 | 0.00 | 000000 | 13407137063 |
| (330)506-0373 | 12/17/01 | 13:15:34 | (330)652-8884 | NILES    OH | 1.0 | P | ML | 0.00 | 0.00 | 0.00 | 0.00 | 000000 | 13407137063 |
| (330)506-0373 | 12/17/01 | 13:16:26 | (330)506-0373 | INCOMING | 1.0 | P | LM | 0.00 | 0.00 | 0.00 | 0.00 | 000000 | 13407137063 |
| (330)506-0373 | 12/17/01 | 13:26:33 | (330)404-0002 | YOUNGSTOWN OH | 1.0 | P | ML | 0.00 | 0.00 | 0.00 | 0.00 | 000000 | 13407137063 |
| (330)506-0373 | 12/17/01 | 13:30:13 | (330)506-0373 | INCOMING | 1.0 | P | LM | 0.00 | 0.00 | 0.00 | 0.00 | 000000 | 13407137063 |
| (330)506-0373 | 12/17/01 | 13:31:25 | (330)743-2180 | YOUNGSTOWN OH | 1.0 | P | ML | 0.00 | 0.00 | 0.00 | 0.00 | 000000 | 13407137063 |
| (330)506-0373 | 12/17/01 | 13:39:46 | (330)747-1750 | YOUNGSTOWN OH | 2.0 | P | ML | 0.00 | 0.00 | 0.00 | 0.00 | 000000 | 13407137063 |
| (330)506-0373 | 12/17/01 | 13:47:20 | (330)506-0373 | INCOMING | 1.0 | P | LM | 0.00 | 0.00 | 0.00 | 0.00 | 000000 | 13407137063 |
| (330)506-0373 | 12/17/01 | 14:08:26 | (330)744-8646 | YOUNGSTOWN OH | 1.0 | P | ML | 0.00 | 0.00 | 0.00 | 0.00 | 000000 | 13407137063 |
| (330)506-0373 | 12/17/01 | 14:08:53 | (330)744-0831 | YOUNGSTOWN OH | 1.0 | P | ML | 0.00 | 0.00 | 0.00 | 0.00 | 000000 | 13407137063 |
| (330)506-0373 | 12/17/01 | 14:18:56 | (330)506-0373 | INCOMING | 5.0 | P | LM | 0.00 | 0.00 | 0.00 | 0.00 | 000000 | 13407137063 |
| (330)506-0373 | 12/17/01 | 14:36:00 | (330)652-8884 | NILES    OH | 1.0 | P | ML | 0.00 | 0.00 | 0.00 | 0.00 | 000000 | 13407137063 |
| (330)506-0373 | 12/17/01 | 14:57:35 | (330)652-8884 | NILES    OH | 1.0 | P | ML | 0.00 | 0.00 | 0.00 | 0.00 | 000000 | 13407137063 |
| (330)506-0373 | 12/17/01 | 14:59:18 | (330)506-0373 | INCOMING | 1.0 | P | LM | 0.00 | 0.00 | 0.00 | 0.00 | 000000 | 13407137063 |
| (330)506-0373 | 12/17/01 | 15:05:26 | (330)404-0002 | YOUNGSTOWN OH | 2.0 | P | ML | 0.00 | 0.00 | 0.00 | 0.00 | 000000 | 13407137063 |
| (330)506-0373 | 12/17/01 | 15:06:38 | (330)404-0002 | YOUNGSTOWN OH | 2.0 | P | ML | 0.00 | 0.00 | 0.00 | 0.00 | 000000 | 13407137063 |
| (330)506-0373 | 12/17/01 | 15:10:42 | (330)652-8884 | NILES    OH | 1.0 | P | ML | 0.00 | 0.00 | 0.00 | 0.00 | 000000 | 13407137063 |
| (330)506-0373 | 12/17/01 | 15:11:14 | (330)506-0373 | INCOMING | 2.0 | P | LM | 0.00 | 0.00 | 0.00 | 0.00 | 000000 | 13407137063 |

                                                 -----    -----   -----   -----   -----
                                                 730.0    0.00    42.43    5.36   47.79

*No call detail after 12/17/01*

```
³ Phone #        (330)509-0270              ³ Functions Available              ³
³ Account        012 - 0358746 - 4          ³ F1 - Forward     F2- Backward³
³ Cust Type      RETAIL                     ³ F3 - Show Services              ³
³ Name           DONNA M ROBERTS            ³ F4 - Free Minutes       NO      ³
³ User                        Lock Code 12345 ³ F5 - Phone Level Adjustments³
³ ESN            23702281473   Hex=ED22D001 ³ F6 - Switch Manager            ³
³ Model          237        MOTOROLA        ³ F7 - Rate Plan Analysis        ³
³ Location       C   01R PHONE              ³ F8 - Minute Adjustments        ³
³ Salesman       NWS NILES/WARREN           ³ F9 - Phone Maintenance         ³
³ CSR ID         618 JENNIFER BURRES        ³ÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄ³
³ Commission     999 NO COMMISSION          ³ Calls Thru  12/18/01 21:59    ³
³ Contract       0012 "12 MONTH NEW ADD"    ³ Lease Billed            0.00   ³
³ Activate       11/16/00                   ³ Lease Balance           0.00   ³
³ Lock Date      11/16/00 Term Date 11/16/01 ³ MTD Usage Charges  (No Tax) ³
³ Toll Carrier 0288 AT&T                     ³ Peak AirTime Used      22.5   ³
³ Origination    PREV-OWN                   ³ OffPeak AirTime Used   16.0   ³
³ Lease                                      ³ Total AirTime Used     38.5   ³
³ Campaign                                   ³ Roamer Air Charges     0.00   ³
³ Standard Trnsmt #           Batch Date     ³ Toll Charges           0.33   ³
³ Feature  Trnsmt #           Batch Date     ³ Other Charges          0.00   ³
ÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄ³ Total MTD              0.33   ³
 Esc- Exit to Subscriber Profile                                        —
```

```
LOCATION:058                          DOBSON COMMUNICATIONS CORP                        ARAY
                                                                                       PAGE:    2
-------------------------------------------------------------------------------------------------
BIL013                          C A L L   R E P O R T                  DATE 12/19/01 TIME 11:21
-------------------------------------------------------------------------------------------------
PERIOD : 10/01

ACCOUNT=012 0358746 4 ROBERTS        DONNA


 PHONE NUMBER    DATE      TIME     CALLED NUMBER  CALLED CITY      DUR  P DIR  AIR     TOLL     RMR      TOT     SID    ESN

(330)509-0270   9/22/01  11:23:03  (330)743-4141  YOUNGSTOWN OH    1.0  O ML  0.00    0.00     0.00     0.00    000000 23702281473
(330)509-0270   9/22/01  11:24:50  (330)743-4141  YOUNGSTOWN OH    2.5  O ML  0.00    0.00     0.00     0.00    000000 23702281473
(330)509-0270   9/22/01  11:28:21  (330)394-9453  WARREN     OH    1.5  O ML  0.00    0.00     0.00     0.00    000000 23702281473
(330)509-0270   9/22/01  11:42:49  (330)394-9453  WARREN     OH    1.0  O ML  0.00    0.00     0.00     0.00    000000 23702281473
(330)509-0270   9/25/01  13:44:49  (330)841-2529  WARREN     OH    1.0  P ML  0.00    0.00     0.00     0.00    000000 23702281473
(330)509-0270   9/25/01  13:46:10  (330)509-0270  INCOMING         1.5  P LM  0.00    0.00     0.00     0.00    000000 23702281473
(330)509-0270   9/25/01  13:48:50  (330)394-9453  WARREN     OH    1.0  P ML  0.00    0.00     0.00     0.00    000000 23702281473
(330)509-0270   9/25/01  13:53:28  (330)509-0270  INCOMING         1.0  P LM  0.00    0.00     0.00     0.00    000000 23702281473
(330)509-0270   9/26/01  11:42:37  (330)609-7812  WARREN     OH    3.0  P ML  0.00    0.00     0.00     0.00    000000 23702281473
(330)509-0270   9/26/01  11:46:19  (330)841-2529  WARREN     OH    3.0  P ML  0.00    0.00     0.00     0.00    000000 23702281473
(330)509-0270   9/26/01  11:55:19  (330)609-7812  WARREN     OH    1.5  P ML  0.00    0.00     0.00     0.00    000000 23702281473
(330)509-0270   9/26/01  13:13:03  (330)509-0270  INCOMING         1.5  P LM  0.00    0.00     0.00     0.00    000000 23702281473
(330)509-0270   9/27/01  13:05:33  (330)394-9453  WARREN     OH    1.0  P ML  0.00    0.00     0.00     0.00    000000 23702281473
(330)509-0270   9/28/01  11:08:28  (330)841-2708  WARREN     OH    3.0  P ML  0.00    0.00     0.00     0.00    000000 23702281473
(330)509-0270   9/28/01  11:27:53  (330)743-4507  YOUNGSTOWN OH    1.0  P ML  0.00    0.00     0.00     0.00    000000 23702281473
(330)509-0270   9/29/01  11:39:47  (330)394-9453  WARREN     OH    1.0  O ML  0.00    0.00     0.00     0.00    000000 23702281473
(330)509-0270   9/29/01  17:32:27  (330)509-0270  INCOMING         1.5  O LM  0.00    0.00     0.00     0.00    000000 23702281473
(330)509-0270  10/01/01  13:20:59  (330)394-9453  WARREN     OH    2.0  P ML  0.00    0.00     0.00     0.00    000000 23702281473
(330)509-0270  10/01/01  21:32:40  (330)509-0270  INCOMING         1.5  O LM  0.00    0.00     0.00     0.00    000000 23702281473
(330)509-0270  10/02/01  13:30:18  (330)509-0270  INCOMING         7.0  P LM  0.00    0.00     0.00     0.00    000000 23702281473
(330)509-0270  10/04/01  17:30:49  (330)744-8431  YOUNGSTOWN OH    3.5  P ML  0.00    0.00     0.00     0.00    000000 23702281473
(330)509-0270  10/04/01  17:34:07  (330)743-4141  YOUNGSTOWN OH    2.0  P ML  0.00    0.00     0.00     0.00    000000 23702281473
(330)509-0270  10/04/01  17:36:39  (330)609-7812  WARREN     OH    2.5  P ML  0.00    0.00     0.00     0.00    000000 23702281473
(330)509-0270  10/05/01  11:41:47  (330)394-9453  WARREN     OH    1.5  P ML  0.00    0.00     0.00     0.00    000000 23702281473
(330)509-0270  10/05/01  11:49:46  (330)509-0270  INCOMING         1.0  P LM  0.00    0.00     0.00     0.00    000000 23702281473
(330)509-0270  10/06/01  15:54:20  (330)394-9453  WARREN     OH    1.5  O ML  0.00    0.00     0.00     0.00    000000 23702281473
(330)509-0270  10/11/01  11:35:57  (330)394-7827  WARREN     OH    1.0  P ML  0.00    0.00     0.00     0.00    000000 23702281473
(330)509-0270  10/11/01  11:38:15  (330)743-4507  YOUNGSTOWN OH    1.5  P ML  0.00    0.00     0.00     0.00    000000 23702281473
(330)509-0270  10/11/01  12:20:47  (330)509-0270  INCOMING         6.0  P LM  0.00    0.00     0.00     0.00    000000 23702281473
(330)509-0270  10/13/01  12:40:11  (330)509-0270  INCOMING         4.5  O LM  0.00    0.00     0.00     0.00    000000 23702281473
(330)509-0270  10/17/01  11:18:47  (330)609-7812  WARREN     OH    1.5  P ML  0.00    0.00     0.00     0.00    000000 23702281473
(330)509-0270  10/18/01  11:49:54  (330)394-7827  WARREN     OH    1.0  P ML  0.00    0.00     0.00     0.00    000000 23702281473
                                                                 -----         -----   -----    -----    -----
                                                                  65.0         0.00    0.00     0.00     0.00
```

```
LOCATION:058                          DOBSON COMMUNICATIONS CORP                              ARAY
                                                                                             PAGE:   2
--------------------------------------------------------------------------------------------------------
BIL013                         C A L L   R E P O R T                         DATE 12/19/01  TIME 11:22
--------------------------------------------------------------------------------------------------------
PERIOD : 11/01

ACCOUNT=012 0358746 4 ROBERTS          DONNA
```

| PHONE NUMBER | DATE | TIME | CALLED NUMBER | CALLED CITY | | DUR | P | DIR | AIR | TOLL | RMR | TOT | SID | ESN |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| (330)509-0270 | 10/22/01 | 13:22:29 | (330)509-0270 | INCOMING | | 1.0 | P | LM | 0.00 | 0.00 | 0.00 | 0.00 | 000000 | 23702281473 |
| (330)509-0270 | 10/22/01 | 21:13:56 | (330)509-0270 | INCOMING | | 2.0 | O | LM | 0.00 | 0.00 | 0.00 | 0.00 | 000000 | 23702281473 |
| (330)509-0270 | 10/22/01 | 21:18:04 | (330)509-0270 | INCOMING | | 1.5 | O | LM | 0.00 | 0.00 | 0.00 | 0.00 | 000000 | 23702281473 |
| (330)509-0270 | 10/23/01 | 13:06:05 | (330)394-9453 | WARREN | OH | 3.0 | P | ML | 0.00 | 0.00 | 0.00 | 0.00 | 000000 | 23702281473 |
| (330)509-0270 | 10/23/01 | 13:14:30 | (330)394-9453 | WARREN | OH | 1.0 | P | ML | 0.00 | 0.00 | 0.00 | 0.00 | 000000 | 23702281473 |
| (330)509-0270 | 10/23/01 | 13:16:49 | (330)394-9453 | WARREN | OH | 2.0 | P | ML | 0.00 | 0.00 | 0.00 | 0.00 | 000000 | 23702281473 |
| (330)509-0270 | 10/24/01 | 12:14:06 | (330)394-9453 | WARREN | OH | 1.0 | P | ML | 0.00 | 0.00 | 0.00 | 0.00 | 000000 | 23702281473 |
| (330)509-0270 | 10/29/01 | 13:27:21 | (330)394-9453 | WARREN | OH | 1.0 | P | ML | 0.00 | 0.00 | 0.00 | 0.00 | 000000 | 23702281473 |
| (330)509-0270 | 10/30/01 | 12:23:17 | (330)394-9453 | WARREN | OH | 5.0 | P | ML | 0.00 | 0.00 | 0.00 | 0.00 | 000000 | 23702281473 |
| (330)509-0270 | 10/31/01 | 14:01:54 | (330)394-9453 | WARREN | OH | 1.0 | P | ML | 0.00 | 0.00 | 0.00 | 0.00 | 000000 | 23702281473 |
| (330)509-0270 | 10/31/01 | 14:02:22 | (330)509-0270 | INCOMING | | 1.0 | P | LM | 0.00 | 0.00 | 0.00 | 0.00 | 000000 | 23702281473 |
| (330)509-0270 | 10/31/01 | 21:05:58 | (330)509-0270 | INCOMING | | 1.5 | O | LM | 0.00 | 0.00 | 0.00 | 0.00 | 000000 | 23702281473 |
| (330)509-0270 | 11/02/01 | 13:07:06 | (330)394-9453 | WARREN | OH | 1.0 | P | ML | 0.00 | 0.00 | 0.00 | 0.00 | 000000 | 23702281473 |
| (330)509-0270 | 11/03/01 | 13:53:01 | (330)394-9453 | WARREN | OH | 4.0 | O | ML | 0.00 | 0.00 | 0.00 | 0.00 | 000000 | 23702281473 |
| (330)509-0270 | 11/03/01 | 13:57:18 | (330)394-9453 | WARREN | OH | 1.0 | O | ML | 0.00 | 0.00 | 0.00 | 0.00 | 000000 | 23702281473 |
| (330)509-0270 | 11/03/01 | 16:51:21 | (330)509-0270 | INCOMING | | 1.5 | O | LM | 0.00 | 0.00 | 0.00 | 0.00 | 000000 | 23702281473 |
| (330)509-0270 | 11/05/01 | 12:05:32 | (330)609-7812 | WARREN | OH | 1.0 | P | ML | 0.00 | 0.00 | 0.00 | 0.00 | 000000 | 23702281473 |
| (330)509-0270 | 11/05/01 | 12:10:51 | (330)609-7812 | WARREN | OH | 1.0 | P | ML | 0.00 | 0.00 | 0.00 | 0.00 | 000000 | 23702281473 |
| (330)509-0270 | 11/06/01 | 12:16:12 | (330)743-4507 | YOUNGSTOWN | OH | 1.0 | P | ML | 0.00 | 0.00 | 0.00 | 0.00 | 000000 | 23702281473 |
| (330)509-0270 | 11/06/01 | 12:16:57 | (330)509-0270 | INCOMING | | 2.5 | P | MM | 0.00 | 0.00 | 0.00 | 0.00 | 000000 | 23702281473 |
| (330)509-0270 | 11/06/01 | 13:32:59 | (330)394-9453 | WARREN | OH | 1.0 | P | ML | 0.00 | 0.00 | 0.00 | 0.00 | 000000 | 23702281473 |
| (330)509-0270 | 11/07/01 | 12:05:12 | (330)509-0270 | INCOMING | | 4.0 | P | LM | 0.00 | 0.00 | 0.00 | 0.00 | 000000 | 23702281473 |
| (330)509-0270 | 11/07/01 | 12:11:09 | (330)743-4507 | YOUNGSTOWN | OH | 1.5 | P | ML | 0.00 | 0.00 | 0.00 | 0.00 | 000000 | 23702281473 |
| (330)509-0270 | 11/07/01 | 12:35:53 | (330)394-9453 | WARREN | OH | 2.5 | P | ML | 0.00 | 0.00 | 0.00 | 0.00 | 000000 | 23702281473 |
| (330)509-0270 | 11/08/01 | 13:38:03 | (330)394-9453 | WARREN | OH | 1.5 | P | ML | 0.00 | 0.00 | 0.00 | 0.00 | 000000 | 23702281473 |
| (330)509-0270 | 11/09/01 | 11:40:48 | (330)509-0270 | INCOMING | | 1.5 | P | MM | 0.00 | 0.00 | 0.00 | 0.00 | 000000 | 23702281473 |
| (330)509-0270 | 11/09/01 | 12:02:33 | (330)509-0270 | INCOMING | | 2.5 | P | LM | 0.00 | 0.00 | 0.00 | 0.00 | 000000 | 23702281473 |
| (330)509-0270 | 11/09/01 | 12:13:48 | (330)856-4774 | WARREN | OH | 1.0 | P | ML | 0.00 | 0.00 | 0.00 | 0.00 | 000000 | 23702281473 |
| (330)509-0270 | 11/12/01 | 12:51:24 | (330)394-9453 | WARREN | OH | 1.0 | P | ML | 0.00 | 0.00 | 0.00 | 0.00 | 000000 | 23702281473 |
| (330)509-0270 | 11/13/01 | 13:05:53 | (330)394-9453 | WARREN | OH | 1.0 | P | ML | 0.00 | 0.00 | 0.00 | 0.00 | 000000 | 23702281473 |
| (330)509-0270 | 11/16/01 | 09:57:18 | (330)394-9453 | WARREN | OH | 1.0 | P | ML | 0.00 | 0.00 | 0.00 | 0.00 | 000000 | 23702281473 |
| (330)509-0270 | 11/16/01 | 09:59:25 | (330)372-8800 | WARREN | OH | 1.5 | P | ML | 0.00 | 0.00 | 0.00 | 0.00 | 000000 | 23702281473 |
| (330)509-0270 | 11/16/01 | 10:00:54 | (330)372-8800 | WARREN | OH | 4.5 | P | ML | 0.00 | 0.00 | 0.00 | 0.00 | 000000 | 23702281473 |
| (330)509-0270 | 11/16/01 | 10:05:32 | (330)394-9453 | WARREN | OH | 1.0 | P | ML | 0.00 | 0.00 | 0.00 | 0.00 | 000000 | 23702281473 |
| (330)509-0270 | 11/16/01 | 12:44:21 | (330)394-9453 | WARREN | OH | 1.5 | P | ML | 0.00 | 0.00 | 0.00 | 0.00 | 000000 | 23702281473 |
| (330)509-0270 | 11/16/01 | 13:07:37 | (330)509-0270 | INCOMING | | 1.0 | P | LM | 0.00 | 0.00 | 0.00 | 0.00 | 000000 | 23702281473 |
| (330)509-0270 | 11/16/01 | 21:12:13 | (330)509-0270 | INCOMING | | 3.0 | O | LM | 0.00 | 0.00 | 0.00 | 0.00 | 000000 | 23702281473 |
| (330)509-0270 | 11/19/01 | 11:02:01 | (330)509-0270 | INCOMING | | 1.5 | P | LM | 0.00 | 0.00 | 0.00 | 0.00 | 000000 | 23702281473 |
| (330)509-0270 | 11/19/01 | 12:52:14 | (330)744-9811 | YOUNGSTOWN | OH | 1.0 | P | ML | 0.00 | 0.00 | 0.00 | 0.00 | 000000 | 23702281473 |
| (330)509-0270 | 11/20/01 | 12:50:04 | (330)394-9453 | WARREN | OH | 3.0 | P | ML | 0.00 | 0.00 | 0.00 | 0.00 | 000000 | 23702281473 |
| (330)509-0270 | 11/20/01 | 13:59:04 | (330)394-9453 | WARREN | OH | 1.0 | P | ML | 0.00 | 0.00 | 0.00 | 0.00 | 000000 | 23702281473 |
| | | | | | | 71.5 | | | 0.00 | 0.00 | 0.00 | 0.00 | | |

```
LOCATION:058                      DOBSON COMMUNICATIONS CORP                      ARAY
                                                                                 PAGE:    9
------------------------------------------------------------------------------------------
BIL013                        C A L L   R E P O R T                DATE 12/19/01  TIME 11:23
------------------------------------------------------------------------------------------
PERIOD : 12/01

ACCOUNT=012 0358746 4 ROBERTS          DONNA
```

| PHONE NUMBER | DATE | TIME | CALLED NUMBER | CALLED CITY | | DUR | P | DIR | AIR | TOLL | RMR | TOT | SID | ESN |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| (330)509-0270 | 11/21/01 | 14:26:29 | (330)509-0270 | INCOMING | | 7.0 | P | LM | 0.00 | 0.00 | 0.00 | 0.00 | 000000 | 23702281473 |
| (330)509-0270 | 11/21/01 | 14:45:09 | (330)509-0270 | INCOMING | | 2.0 | P | LM | 0.00 | 0.00 | 0.00 | 0.00 | 000000 | 23702281473 |
| (330)509-0270 | 11/21/01 | 21:21:07 | (330)609-7812 | WARREN | OH | 2.0 | O | ML | 0.00 | 0.00 | 0.00 | 0.00 | 000000 | 23702281473 |
| (330)509-0270 | 11/24/01 | 12:55:19 | (330)509-0270 | INCOMING | | 1.0 | O | LM | 0.00 | 0.00 | 0.00 | 0.00 | 000000 | 23702281473 |
| (330)509-0270 | 11/24/01 | 13:23:52 | (330)394-9453 | WARREN | OH | 1.0 | O | ML | 0.00 | 0.00 | 0.00 | 0.00 | 000000 | 23702281473 |
| (330)509-0270 | 11/24/01 | 13:44:43 | (330)394-9453 | WARREN | OH | 2.0 | O | ML | 0.00 | 0.00 | 0.00 | 0.00 | 000000 | 23702281473 |
| (330)509-0270 | 11/24/01 | 14:02:23 | (330)394-9453 | WARREN | OH | 1.0 | O | ML | 0.00 | 0.00 | 0.00 | 0.00 | 000000 | 23702281473 |
| (330)509-0270 | 11/26/01 | 11:23:43 | (330)509-0270 | INCOMING | | 1.0 | P | MM | 0.00 | 0.00 | 0.00 | 0.00 | 000000 | 23702281473 |
| (330)509-0270 | 11/26/01 | 21:50:21 | (330)509-0270 | INCOMING | | 2.0 | O | LM | 0.00 | 0.00 | 0.00 | 0.00 | 000000 | 23702281473 |
| (330)509-0270 | 11/27/01 | 12:44:24 | (330)394-9453 | WARREN | OH | 1.0 | P | ML | 0.00 | 0.00 | 0.00 | 0.00 | 000000 | 23702281473 |
| (330)509-0270 | 11/27/01 | 12:45:08 | (330)394-9453 | WARREN | OH | 1.0 | P | ML | 0.00 | 0.00 | 0.00 | 0.00 | 000000 | 23702281473 |
| (330)509-0270 | 11/30/01 | 11:25:50 | (330)394-9453 | WARREN | OH | 4.0 | O | ML | 0.00 | 0.00 | 0.00 | 0.00 | 000000 | 23702281473 |
| (330)509-0270 | 12/01/01 | 11:04:54 | (330)394-9453 | WARREN | OH | 1.0 | O | ML | 0.00 | 0.00 | 0.00 | 0.00 | 000000 | 23702281473 |
| (330)509-0270 | 12/01/01 | 12:05:30 | (330)609-7013 | WARREN | OH | 1.0 | O | ML | 0.00 | 0.00 | 0.00 | 0.00 | 000000 | 23702281473 |
| (330)509-0270 | 12/03/01 | 21:43:55 | (330)609-7812 | WARREN | OH | 2.0 | O | ML | 0.00 | 0.33 | 0.00 | 0.33 | 000000 | 23702281473 |
| (330)509-0270 | 12/04/01 | 10:41:58 | (330)394-9453 | WARREN | OH | 2.0 | P | ML | 0.00 | 0.00 | 0.00 | 0.00 | 000000 | 23702281473 |
| (330)509-0270 | 12/05/01 | 14:47:22 | (330)743-4507 | YOUNGSTOWN | OH | 1.0 | P | ML | 0.00 | 0.00 | 0.00 | 0.00 | 000000 | 23702281473 |
| (330)509-0270 | 12/05/01 | 14:50:58 | (330)509-0270 | INCOMING | | 1.0 | P | LM | 0.00 | 0.00 | 0.00 | 0.00 | 000000 | 23702281473 |
| (330)509-0270 | 12/05/01 | 14:53:15 | (330)373-6575 | WARREN | OH | 1.0 | P | ML | 0.00 | 0.00 | 0.00 | 0.00 | 000000 | 23702281473 |
| (330)509-0270 | 12/08/01 | 11:46:37 | (330)609-7812 | WARREN | OH | 1.0 | O | ML | 0.00 | 0.00 | 0.00 | 0.00 | 000000 | 23702281473 |
| (330)509-0270 | 12/08/01 | 11:47:36 | (330)509-0270 | INCOMING | | 2.0 | O | LM | 0.00 | 0.00 | 0.00 | 0.00 | 000000 | 23702281473 |
| (330)509-0270 | 12/10/01 | 12:52:57 | (330)509-0270 | INCOMING | | 1.0 | P | MM | 0.00 | 0.00 | 0.00 | 0.00 | 000000 | 23702281473 |
| (330)509-0270 | 12/11/01 | 13:07:58 | (330)509-0270 | INCOMING | | 2.0 | P | LM | 0.00 | 0.00 | 0.00 | 0.00 | 000000 | 23702281473 |
| (330)509-0270 | 12/11/01 | 21:04:38 | (330)509-0270 | INCOMING | | 1.0 | O | LM | 0.00 | 0.00 | 0.00 | 0.00 | 000000 | 23702281473 |

```
                                                    -----  -----  -----  -----  -----
                                                     41.0   0.00   0.33   0.00   0.33
```

*No call detail for 12/12/01*

```
³                                              ³ Functions Available          ³
³ Phone #        (330)509-0271                 ³ F1 - Forward     F2- Backward³
³ Account        012 - 0358746 - 4             ³ F3 - Show Services           ³
³ Cust Type      RETAIL                        ³ F4 - Free Minutes      NO     ³
³ Name           DONNA M ROBERTS               ³ F5 - Phone Level Adjustments³
³ User                        Lock Code 12345  ³ F6 - Switch Manager          ³
³ ESN            25201165554    Hex=FC11C8F2   ³ F7 - Rate Plan Analysis      ³
³ Model          252       MOTOROLA STARTAC    ³ F8 - Minute Adjustments      ³
³ Location       C   01R PHONE                 ³ F9 - Phone Maintenance       ³
³ Salesman       NWS NILES/WARREN              ³ÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄ
³ CSR ID         618 JENNIFER BURRES           ³ Calls Thru   12/30/01 20:06 ³
³ Commission     999 NO COMMISSION             ³ Lease Billed          0.00 ³
³ Contract       0012 "12 MONTH NEW ADD"       ³ Lease Balance         0.00 ³
³ Activate       11/16/00                      ³ MTD Usage Charges  (No Tax) ³
³ Lock Date      11/16/00 Term Date 11/16/01   ³ Peak AirTime Used      0.0 ³
³ Toll Carrier 0288 AT&T                       ³ OffPeak AirTime Used   0.0 ³
³ Origination    PREV-OWN                      ³ Total AirTime Used     0.0 ³
³ Lease                                        ³ Roamer Air Charges    0.00 ³
³ Campaign                                     ³ Toll Charges          0.00 ³
³ Standard Trnsmt #          Batch Date        ³ Other Charges         0.00 ³
³ Feature  Trnsmt #          Batch Date        ³ Total MTD             0.00 ³
ÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄ
 Esc- Exit to Subscriber Profile
```

LOCATION:058

DOBSON COMMUNICATIONS CORP

ARAY
PAGE:    3

-----------------------------------------------------------------------------------------------------

BIL013                          C A L L   R E P O R T                          DATE 12/19/01  TIME 11:21

-----------------------------------------------------------------------------------------------------

PERIOD : 10/01

ACCOUNT=012 0358746 4 ROBERTS          DONNA

| PHONE NUMBER | DATE | TIME | CALLED NUMBER | CALLED CITY | | DUR | P | DIR | AIR | TOLL | RMR | TOT | SID | ESN |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| (330)509-0271 | 9/22/01 | 14:47:59 | (330)394-9453 | WARREN | OH | 2.5 | O | ML | 0.00 | 0.00 | 0.00 | 0.00 | 000000 | 25201165554 |
| (330)509-0271 | 9/25/01 | 12:31:20 | (330)392-1571 | WARREN | OH | 3.5 | P | ML | 0.00 | 0.00 | 0.00 | 0.00 | 000000 | 25201165554 |
| (330)509-0271 | 9/25/01 | 12:37:54 | (330)394-7827 | WARREN | OH | 1.0 | P | ML | 0.00 | 0.00 | 0.00 | 0.00 | 000000 | 25201165554 |
| (330)509-0271 | 9/27/01 | 17:22:50 | (330)609-7812 | WARREN | OH | 2.0 | P | ML | 0.00 | 0.00 | 0.00 | 0.00 | 000000 | 25201165554 |
| (330)509-0271 | 10/01/01 | 18:43:15 | (330)509-0271 | INCOMING | | 1.0 | P | LM | 0.00 | 0.00 | 0.00 | 0.00 | 000000 | 25201165554 |
| (330)509-0271 | 10/03/01 | 17:35:22 | (330)743-4507 | YOUNGSTOWN | OH | 1.0 | P | ML | 0.00 | 0.00 | 0.00 | 0.00 | 000000 | 25201165554 |
| (330)509-0271 | 10/03/01 | 19:23:28 | (330)743-4507 | YOUNGSTOWN | OH | 7.5 | P | ML | 0.00 | 0.00 | 0.00 | 0.00 | 000000 | 25201165554 |
| (330)509-0271 | 10/04/01 | 13:56:24 | (330)394-9453 | WARREN | OH | 1.0 | P | ML | 0.00 | 0.00 | 0.00 | 0.00 | 000000 | 25201165554 |
| (330)509-0271 | 10/05/01 | 17:58:46 | (330)743-4507 | YOUNGSTOWN | OH | 1.0 | P | ML | 0.00 | 0.00 | 0.00 | 0.00 | 000000 | 25201165554 |
| (330)509-0271 | 10/13/01 | 11:27:23 | (330)609-7812 | WARREN | OH | 2.5 | O | ML | 0.00 | 0.00 | 0.00 | 0.00 | 000000 | 25201165554 |
| (330)509-0271 | 10/15/01 | 11:46:12 | (330)509-0271 | INCOMING | | 1.0 | P | LM | 0.00 | 0.00 | 0.00 | 0.00 | 000000 | 25201165554 |
| (330)509-0271 | 10/15/01 | 19:54:49 | (330)743-4507 | YOUNGSTOWN | OH | 1.0 | P | ML | 0.00 | 0.00 | 0.00 | 0.00 | 000000 | 25201165554 |
| (330)509-0271 | 10/16/01 | 12:35:38 | (330)609-7812 | WARREN | OH | 1.5 | P | ML | 0.00 | 0.00 | 0.00 | 0.00 | 000000 | 25201165554 |
| (330)509-0271 | 10/16/01 | 17:51:34 | (330)747-6915 | YOUNGSTOWN | OH | 1.0 | P | ML | 0.00 | 0.00 | 0.00 | 0.00 | 000000 | 25201165554 |
| (330)509-0271 | 10/16/01 | 20:04:35 | (330)743-4507 | YOUNGSTOWN | OH | 1.5 | P | ML | 0.00 | 0.00 | 0.00 | 0.00 | 000000 | 25201165554 |
| (330)509-0271 | 10/18/01 | 16:32:48 | (330)509-0271 | INCOMING | | 1.5 | P | LM | 0.00 | 0.00 | 0.00 | 0.00 | 000000 | 25201165554 |
| | | | | | | 30.5 | | | 0.00 | 0.00 | 0.00 | 0.00 | | |
| | | | | | | 140.5 | | | 0.00 | 0.00 | 0.00 | 0.00 | | |

```
LOCATION:058                    DOBSON COMMUNICATIONS CORP                        ARAY
                                                                                 PAGE:    3
................................................................................................
BIL013                          C A L L   R E P O R T                  DATE 12/19/01  TIME 11:22
................................................................................................
PERIOD : 11/01

ACCOUNT=012 0358746 4 ROBERTS          DONNA
```

| PHONE NUMBER | DATE | TIME | CALLED NUMBER | CALLED CITY | DUR | P | DIR | AIR | TOLL | RMR | TOT | SID | ESN |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| (330)509-0271 | 10/23/01 | 12:01:43 | (330)609-7812 | WARREN     OH | 1.0 | P | ML | 0.00 | 0.00 | 0.00 | 0.00 | 000000 | 25201165554 |
| (330)509-0271 | 10/23/01 | 12:20:37 | (330)509-0271 | INCOMING | 1.0 | P | LM | 0.00 | 0.00 | 0.00 | 0.00 | 000000 | 25201165554 |
| (330)509-0271 | 10/23/01 | 19:08:19 | (330)544-2876 | NILES      OH | 1.0 | P | ML | 0.00 | 0.00 | 0.00 | 0.00 | 000000 | 25201165554 |
| (330)509-0271 | 10/23/01 | 19:18:51 | (330)898-1185 | WARREN     OH | 1.0 | P | ML | 0.00 | 0.00 | 0.00 | 0.00 | 000000 | 25201165554 |
| (330)509-0271 | 10/23/01 | 19:22:28 | (330)743-6819 | YOUNGSTOWN OH | 1.0 | P | ML | 0.00 | 0.00 | 0.00 | 0.00 | 000000 | 25201165554 |
| (330)509-0271 | 10/23/01 | 20:08:49 | (330)509-0271 | INCOMING | 4.5 | P | LM | 0.00 | 0.00 | 0.00 | 0.00 | 000000 | 25201165554 |
| (330)509-0271 | 10/24/01 | 17:32:13 | (330)743-4141 | YOUNGSTOWN OH | 1.0 | P | ML | 0.00 | 0.00 | 0.00 | 0.00 | 000000 | 25201165554 |
| (330)509-0271 | 10/24/01 | 19:03:39 | (330)743-4507 | YOUNGSTOWN OH | 2.5 | P | ML | 0.00 | 0.00 | 0.00 | 0.00 | 000000 | 25201165554 |
| (330)509-0271 | 10/26/01 | 12:57:59 | (330)509-0271 | INCOMING | 1.0 | P | LM | 0.00 | 0.00 | 0.00 | 0.00 | 000000 | 25201165554 |
| (330)509-0271 | 10/26/01 | 17:20:23 | (330)743-4507 | YOUNGSTOWN OH | 1.0 | P | ML | 0.00 | 0.00 | 0.00 | 0.00 | 000000 | 25201165554 |
| (330)509-0271 | 10/26/01 | 17:20:56 | (330)393-9295 | WARREN     OH | 1.0 | P | ML | 0.00 | 0.00 | 0.00 | 0.00 | 000000 | 25201165554 |
| (330)509-0271 | 10/26/01 | 18:07:39 | (330)743-4507 | YOUNGSTOWN OH | 1.0 | P | ML | 0.00 | 0.00 | 0.00 | 0.00 | 000000 | 25201165554 |
| (330)509-0271 | 10/26/01 | 19:46:13 | (330)719-8757 | YOUNGSTOWN OH | 1.5 | P | ML | 0.00 | 0.00 | 0.00 | 0.00 | 000000 | 25201165554 |
| (330)509-0271 | 10/29/01 | 17:48:31 | (330)509-0271 | INCOMING | 3.5 | P | LM | 0.00 | 0.00 | 0.00 | 0.00 | 000000 | 25201165554 |
| (330)509-0271 | 10/29/01 | 17:54:17 | (330)509-0271 | INCOMING | 1.0 | P | LM | 0.00 | 0.00 | 0.00 | 0.00 | 000000 | 25201165554 |
| (330)509-0271 | 10/30/01 | 18:22:55 | (330)743-6819 | YOUNGSTOWN OH | 1.0 | P | ML | 0.00 | 0.00 | 0.00 | 0.00 | 000000 | 25201165554 |
| (330)509-0271 | 10/30/01 | 19:04:59 | (330)743-4507 | YOUNGSTOWN OH | 11.0 | P | ML | 0.00 | 0.00 | 0.00 | 0.00 | 000000 | 25201165554 |
| (330)509-0271 | 10/31/01 | 17:52:50 | (330)743-4507 | YOUNGSTOWN OH | 3.0 | P | ML | 0.00 | 0.00 | 0.00 | 0.00 | 000000 | 25201165554 |
| (330)509-0271 | 11/01/01 | 14:26:16 | (330)394-9453 | WARREN     OH | 1.0 | P | ML | 0.00 | 0.00 | 0.00 | 0.00 | 000000 | 25201165554 |
| (330)509-0271 | 11/01/01 | 17:08:55 | (330)394-9453 | WARREN     OH | 1.0 | P | ML | 0.00 | 0.00 | 0.00 | 0.00 | 000000 | 25201165554 |
| (330)509-0271 | 11/02/01 | 18:16:11 | (330)743-4507 | YOUNGSTOWN OH | 7.5 | P | ML | 0.00 | 0.00 | 0.00 | 0.00 | 000000 | 25201165554 |
| (330)509-0271 | 11/05/01 | 10:26:06 | (330)394-9453 | WARREN     OH | 1.5 | P | ML | 0.00 | 0.00 | 0.00 | 0.00 | 000000 | 25201165554 |
| (330)509-0271 | 11/05/01 | 17:32:27 | (330)743-4507 | YOUNGSTOWN OH | 4.0 | P | ML | 0.00 | 0.00 | 0.00 | 0.00 | 000000 | 25201165554 |
| (330)509-0271 | 11/06/01 | 11:55:40 | (330)609-7812 | WARREN     OH | 1.0 | P | ML | 0.00 | 0.00 | 0.00 | 0.00 | 000000 | 25201165554 |
| (330)509-0271 | 11/06/01 | 12:16:57 | (330)509-0270 | LOCAL | 2.5 | P | MM | 0.00 | 0.00 | 0.00 | 0.00 | 000000 | 25201165554 |
| (330)509-0271 | 11/07/01 | 17:18:17 | (330)743-4507 | YOUNGSTOWN OH | 1.0 | P | ML | 0.00 | 0.00 | 0.00 | 0.00 | 000000 | 25201165554 |
| (330)509-0271 | 11/10/01 | 09:49:40 | (330)509-0271 | INCOMING | 1.0 | O | LM | 0.00 | 0.00 | 0.00 | 0.00 | 000000 | 25201165554 |
| (330)509-0271 | 11/10/01 | 19:07:21 | (330)509-0271 | INCOMING | 1.0 | O | LM | 0.00 | 0.00 | 0.00 | 0.00 | 000000 | 25201165554 |
| (330)509-0271 | 11/11/01 | 13:09:29 | (330)509-0271 | INCOMING | 1.0 | O | LM | 0.00 | 0.00 | 0.00 | 0.00 | 000000 | 25201165554 |
| (330)509-0271 | 11/12/01 | 17:22:40 | (330)743-4507 | YOUNGSTOWN OH | 1.0 | P | ML | 0.00 | 0.00 | 0.00 | 0.00 | 000000 | 25201165554 |
| (330)509-0271 | 11/14/01 | 20:28:49 | (330)743-4507 | YOUNGSTOWN OH | 3.5 | P | ML | 0.00 | 0.00 | 0.00 | 0.00 | 000000 | 25201165554 |
| (330)509-0271 | 11/16/01 | 11:27:48 | (330)609-7812 | WARREN     OH | 1.0 | P | ML | 0.00 | 0.00 | 0.00 | 0.00 | 000000 | 25201165554 |
| (330)509-0271 | 11/16/01 | 18:25:04 | (330)743-6819 | YOUNGSTOWN OH | 1.0 | P | ML | 0.00 | 0.00 | 0.00 | 0.00 | 000000 | 25201165554 |
| (330)509-0271 | 11/16/01 | 19:13:22 | (330)743-4507 | YOUNGSTOWN OH | 4.0 | P | ML | 0.00 | 0.00 | 0.00 | 0.00 | 000000 | 25201165554 |
| (330)509-0271 | 11/17/01 | 15:27:29 | (330)394-9453 | WARREN     OH | 1.0 | O | ML | 0.00 | 0.00 | 0.00 | 0.00 | 000000 | 25201165554 |
| (330)509-0271 | 11/19/01 | 11:36:21 | (330)509-0271 | INCOMING | 1.0 | P | LM | 0.00 | 0.00 | 0.00 | 0.00 | 000000 | 25201165554 |
| (330)509-0271 | 11/19/01 | 17:29:38 | (330)743-4507 | YOUNGSTOWN OH | 1.5 | P | ML | 0.00 | 0.00 | 0.00 | 0.00 | 000000 | 25201165554 |
| (330)509-0271 | 11/20/01 | 17:39:43 | (330)509-0271 | INCOMING | 1.0 | P | LM | 0.00 | 0.00 | 0.00 | 0.00 | 000000 | 25201165554 |

```
                                                      -----   -----   -----   -----   -----
                                                       75.5    0.00    0.00    0.00    0.00


                                                      -----   -----   -----   -----   -----
                                                      216.0    0.00    0.00    0.00    0.00
```

```
LOCATION:058                        DOBSON COMMUNICATIONS CORP                              ARAY
                                                                                           PAGE:  10
----------------------------------------------------------------------------------------------------
BIL013                         C A L L   R E P O R T                         DATE 12/19/01  TIME 11:23
----------------------------------------------------------------------------------------------------
PERIOD : 12/01

ACCOUNT=012 0358746 4 ROBERTS          DONNA
```

| PHONE NUMBER | DATE | TIME | CALLED NUMBER | CALLED CITY | DUR | P | DIR | AIR | TOLL | RMR | TOT | SID | ESN |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| (330)509-0271 | 11/20/01 | 18:16:19 | (330)743-4507 | YOUNGSTOWN OH | 1.0 | P | ML | 0.00 | 0.00 | 0.00 | 0.00 | 000000 | 25201165554 |
| (330)509-0271 | 11/21/01 | 18:05:18 | (330)898-1274 | WARREN OH | 1.0 | P | ML | 0.00 | 0.00 | 0.00 | 0.00 | 000000 | 25201165554 |
| (330)509-0271 | 11/21/01 | 18:06:23 | (330)898-1274 | WARREN OH | 1.0 | P | ML | 0.00 | 0.00 | 0.00 | 0.00 | 000000 | 25201165554 |
| (330)509-0271 | 11/21/01 | 18:06:38 | (330)898-1274 | WARREN OH | 1.0 | P | ML | 0.00 | 0.00 | 0.00 | 0.00 | 000000 | 25201165554 |
| (330)509-0271 | 11/21/01 | 18:08:02 | (330)743-4507 | YOUNGSTOWN OH | 2.0 | P | ML | 0.00 | 0.00 | 0.00 | 0.00 | 000000 | 25201165554 |
| (330)509-0271 | 11/22/01 | 13:45:10 | (330)743-4507 | YOUNGSTOWN OH | 3.0 | P | ML | 0.00 | 0.00 | 0.00 | 0.00 | 000000 | 25201165554 |
| (330)509-0271 | 11/23/01 | 13:52:18 | (330)394-9453 | WARREN OH | 5.0 | P | ML | 0.00 | 0.00 | 0.00 | 0.00 | 000000 | 25201165554 |
| (330)509-0271 | 11/26/01 | 11:23:43 | (330)509-0270 | LOCAL | 1.0 | P | MM | 0.00 | 0.00 | 0.00 | 0.00 | 000000 | 25201165554 |
| (330)509-0271 | 11/26/01 | 17:26:07 | (000)000-0911 | NO CHARGE | 0.0 | P | ML | 0.00 | 0.00 | 0.00 | 0.00 | 000000 | 25201165554 |
| (330)509-0271 | 11/26/01 | 17:27:11 | (330)841-2515 | WARREN OH | 1.0 | P | ML | 0.00 | 0.00 | 0.00 | 0.00 | 000000 | 25201165554 |
| (330)509-0271 | 11/28/01 | 09:53:22 | (330)393-1565 | WARREN OH | 1.0 | P | ML | 0.00 | 0.00 | 0.00 | 0.00 | 000000 | 25201165554 |
| (330)509-0271 | 11/28/01 | 09:54:01 | (330)393-3003 | WARREN OH | 6.0 | P | ML | 0.00 | 0.00 | 0.00 | 0.00 | 000000 | 25201165554 |
| (330)509-0271 | 11/29/01 | 10:39:07 | (330)393-3003 | WARREN OH | 2.0 | P | ML | 0.00 | 0.00 | 0.00 | 0.00 | 000000 | 25201165554 |
| (330)509-0271 | 11/29/01 | 11:50:00 | (330)744-8977 | YOUNGSTOWN OH | 3.0 | P | ML | 0.00 | 0.00 | 0.00 | 0.00 | 000000 | 25201165554 |
| (330)509-0271 | 11/30/01 | 18:57:44 | (330)743-6819 | YOUNGSTOWN OH | 1.0 | P | ML | 0.00 | 0.00 | 0.00 | 0.00 | 000000 | 25201165554 |
| (330)509-0271 | 11/30/01 | 19:01:07 | (330)743-4507 | YOUNGSTOWN OH | 5.0 | P | ML | 0.00 | 0.00 | 0.00 | 0.00 | 000000 | 25201165554 |
| (330)509-0271 | 12/01/01 | 11:52:27 | (330)509-0271 | INCOMING | 1.0 | O | LM | 0.00 | 0.00 | 0.00 | 0.00 | 000000 | 25201165554 |
| (330)509-0271 | 12/01/01 | 18:33:10 | (330)743-4507 | YOUNGSTOWN OH | 17.0 | O | ML | 0.00 | 0.00 | 0.00 | 0.00 | 000000 | 25201165554 |
| (330)509-0271 | 12/03/01 | 17:39:08 | (330)743-4507 | YOUNGSTOWN OH | 4.0 | P | ML | 0.00 | 0.00 | 0.00 | 0.00 | 000000 | 25201165554 |
| (330)509-0271 | 12/04/01 | 12:30:17 | (330)394-9453 | WARREN OH | 1.0 | P | ML | 0.00 | 0.00 | 0.00 | 0.00 | 000000 | 25201165554 |
| (330)509-0271 | 12/04/01 | 17:44:55 | (330)743-4507 | YOUNGSTOWN OH | 3.0 | P | ML | 0.00 | 0.00 | 0.00 | 0.00 | 000000 | 25201165554 |
| (330)509-0271 | 12/07/01 | 17:45:21 | (330)743-4507 | YOUNGSTOWN OH | 1.0 | P | ML | 0.00 | 0.00 | 0.00 | 0.00 | 000000 | 25201165554 |
| (330)509-0271 | 12/09/01 | 12:34:55 | (330)609-7812 | WARREN OH | 1.0 | O | ML | 0.00 | 0.00 | 0.00 | 0.00 | 000000 | 25201165554 |
| (330)509-0271 | 12/09/01 | 14:02:49 | (330)609-7812 | WARREN OH | 1.0 | O | ML | 0.00 | 0.00 | 0.00 | 0.00 | 000000 | 25201165554 |
| (330)509-0271 | 12/09/01 | 18:37:49 | (330)609-7812 | WARREN OH | 2.0 | O | ML | 0.00 | 0.00 | 0.00 | 0.00 | 000000 | 25201165554 |
| (330)509-0271 | 12/09/01 | 20:44:13 | (330)746-1682 | YOUNGSTOWN OH | 1.0 | O | ML | 0.00 | 0.00 | 0.00 | 0.00 | 000000 | 25201165554 |
| (330)509-0271 | 12/10/01 | 07:49:57 | (330)746-1682 | YOUNGSTOWN OH | 1.0 | P | ML | 0.00 | 0.00 | 0.00 | 0.00 | 000000 | 25201165554 |
| (330)509-0271 | 12/10/01 | 12:52:57 | (330)509-0270 | LOCAL | 1.0 | P | MM | 0.00 | 0.00 | 0.00 | 0.00 | 000000 | 25201165554 |
| (330)509-0271 | 12/10/01 | 21:02:17 | (330)743-4507 | YOUNGSTOWN OH | 1.0 | O | ML | 0.00 | 0.00 | 0.00 | 0.00 | 000000 | 25201165554 |
| (330)509-0271 | 12/11/01 | 11:24:34 | (330)781-1906 | YOUNGSTOWN OH | 1.0 | P | ML | 0.00 | 0.00 | 0.00 | 0.00 | 000000 | 25201165554 |
| (330)509-0271 | 12/11/01 | 21:45:44 | (330)509-0271 | INCOMING | 1.0 | O | MM | 0.00 | 0.00 | 0.00 | 0.00 | 000000 | 25201165554 |
| (330)509-0271 | 12/11/01 | 21:47:11 | (330)509-0271 | INCOMING | 2.0 | O | MM | 0.00 | 0.00 | 0.00 | 0.00 | 000000 | 25201165554 |
| (330)509-0271 | 12/11/01 | 21:54:00 | (330)509-0271 | INCOMING | 1.0 | O | MM | 0.00 | 0.00 | 0.00 | 0.00 | 000000 | 25201165554 |
| (330)509-0271 | 12/11/01 | 21:55:28 | (330)509-0271 | INCOMING | 2.0 | O | MM | 0.00 | 0.00 | 0.00 | 0.00 | 000000 | 25201165554 |
| (330)509-0271 | 12/11/01 | 21:59:45 | (330)509-0271 | INCOMING | 1.0 | O | MM | 0.00 | 0.00 | 0.00 | 0.00 | 000000 | 25201165554 |
| (330)509-0271 | 12/11/01 | 22:00:14 | (330)509-0271 | INCOMING | 2.0 | O | MM | 0.00 | 0.00 | 0.00 | 0.00 | 000000 | 25201165554 |
| (330)509-0271 | 12/11/01 | 22:03:07 | (330)506-0373 | LOCAL | 1.0 | O | MM | 0.00 | 0.00 | 0.00 | 0.00 | 000000 | 25201165554 |
| (330)509-0271 | 12/11/01 | 22:26:16 | (330)744-8431 | YOUNGSTOWN OH | 1.0 | O | ML | 0.00 | 0.00 | 0.00 | 0.00 | 000000 | 25201165554 |
| (330)509-0271 | 12/11/01 | 22:58:55 | (330)744-8431 | YOUNGSTOWN OH | 2.0 | O | ML | 0.00 | 0.00 | 0.00 | 0.00 | 000000 | 25201165554 |
| (330)509-0271 | 12/11/01 | 23:01:16 | (330)509-0271 | INCOMING | 1.0 | O | MM | 0.00 | 0.00 | 0.00 | 0.00 | 000000 | 25201165554 |
| (330)509-0271 | 12/11/01 | 23:44:27 | (330)509-0271 | INCOMING | 4.0 | O | MM | 0.00 | 0.00 | 0.00 | 0.00 | 000000 | 25201165554 |

```
                                                       -----   -----   -----   -----   -----
                                                        88.0    0.00    0.00    0.00    0.00


                                                       -----   -----   -----   -----   -----
                                                       859.0    0.00   42.76    5.36   48.12
```

*No call detail for 12/12/01*



STATE OF ILLINOIS        )
                                      )

COUNTY OF LAKE          )

## CERTIFICATION

I, Barbara S. Sacks, am the Custodian of Records for Zurich Life Insurance Company of America.  I hereby certify, under the penalty of perjury that the following is true and correct:

1.     The attached records, consisting of 23 pages of the duplicate policy for life insurance policy no. ZL6856053, issued to Robert Fingerhut,:

     (A)   were made at or near the time of the occurrence of the matters set forth by, or from, information transmitted by a person with knowledge of those matters.

     (B)   were kept in the course of regularly conducted activity of Zurich Life Insurance Company of America.

     (C)   were made by the regularly conducted activity of Zurich Life Insurance Company of America as a regular business practice.

2.     Policy no. ZL6856053 was in full force and effect on December 11, 2001 with a face value of $250,000.00.

Signed under the pains and penalties of perjury this 21st day of October, 2002

*Barbara S Sacks*
_____
Barbara S. Sacks
Custodian of Records

The above named individual, personally known to me, appeared before me and executed this document of his/her free will, this 21st day of October, 2002.

*Emily S. Bailey*
_____
Signature
Notary Public

My Commission Expires: ____3/ 8 /06____

```
OFFICIAL SEAL
EMILY S BAILEY
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES  03-08-06
```

# Zurich Life Insurance Company of America

A Stock Life Insurance Company
1600 McConnor Parkway
Schaumburg, Illinois 60196-6801
(800) 321-9313



**ZURICH
LIFE**

| | | | | |
|---|---|---|---|---|
| Insured | ROBERT S FINGERHUT | | Age | 53 |
| Policy Date | AUG 19 1998 | | Policy Number | ZL6856053 |
| Face Amount | $250,000 | | | |

DUPLICATE

**20 DAY RIGHT TO EXAMINE POLICY**
**At any time within 20 days of receiving this policy you may return it to us or to the agent who sold it to you. Upon such delivery or mailing, this policy will be deemed void and all premiums paid will be returned.**

We will pay the proceeds of this policy to the beneficiary when we receive due proof that the insured died while this policy was in force.

The insured is named in the Policy Specifications. If not later changed, the beneficiary is as named in the application.

We make these promises and issue this policy in consideration of the application for this policy and the payment of the premium due on the Policy Date.

The provisions that follow are part of this policy.

Signed for the Zurich Life Insurance Company of America at its home office in Schaumburg, Illinois.

_Dena P. Ryabik_
Secretary

_Jack K. Caruso_
President

If this policy is in force:

Proceeds are payable at the insured's death prior to the Expiry Date; and

Premiums are payable during the lifetime of the insured until the Expiry Date.

Premiums vary by Policy Year as shown in the Policy Specifications.

Premiums can be changed in accordance with the Change of Premium Section and the Policy Specifications.

**TERM LIFE INSURANCE TO AGE 95 — CONVERTIBLE DURING THE FIRST TWENTY POLICY YEARS, OR TO AGE 70 IF EARLIER**

**NON-PARTICIPATING — NO ANNUAL DIVIDENDS**

This policy is a legal contract between you and us.

**READ YOUR POLICY CAREFULLY.**

Jackson Apx. Vol. 24
Page 41

Policy No. Z-5002

Z-5002

# INDEX

|  | Page No. |
|---|---|
| Age | Policy Specifications |
| Application | Attached to the Policy |
| Assignment | 6 |
| Beneficiary | Application, 7 |
| Change of Beneficiary | 7 |
| Change of Owner | 7 |
| Change of Plan | 6 |
| Change of Premium Section | 9 |
| Contestability | 6 |
| Contract | 6 |
| Conversion Section | 10 |
| Date of Issue | Policy Specifications |
| Definition of Terms Section | 5 |
| Evidence of Age, Death, Sex and Survival | 7 |
| Exchange Provision Section | 9 |
| Face Amount | Policy Specifications |
| General Section | 6 |
| Grace Period | 8 |
| Misstatement of Age and/or Sex | 6 |
| Non-Participating | 7 |
| Ownership Section | 7 |
| Premium Payment Section | 8 |
| Premiums (Amount Payable) | Policy Specifications |
| Proceeds Section | 8 |
| Reduction in Rate Class | 7 |
| Reinstatement | 8 |
| Right To Examine Policy | Front Cover |
| Settlement Option Section | 11 |
| Suicide | 6 |

Additional Benefits listed in the Policy Specifications, if any, are described in the additional benefit agreements that follow page 12.

POLICY SPECIFICATIONS

INSURED       ROBERT S FINGERHUT                          53          AGE

POLICY DATE AUGUST 19 1998                       ZL6856053   POLICY NO.

FACE AMOUNT $250,000

|  |  |  |  |
|---|---|---|---|
| POLICY BENEFITS | COVERAGE AMOUNT | EXPIRY DATE | FIRST YEAR ANNUAL PREMIUM |
| TERM LIFE INSURANCE TO AGE 95 | $  250,000 | AUG 19 2040 | $1,005.00 |
| ACCELERATED DEATH BENEFIT |  | AUG 19 2040 |  |
| EXTENSION OF RATE GUARANTEE |  | AUG 19 2008 |  |

| TOTAL PREMIUMS | ANNUAL | SEMI-ANNUAL | QUARTERLY | MONTHLY PAC |
|---|---|---|---|---|
| FIRST YEAR | $1,005.00 | $522.60 | $301.50 | $87.44 |

THE EXCHANGE DATE IS THE 10TH ANNIVERSARY OF THIS POLICY.  HOWEVER, EXCHANGE IS NOT ALLOWED IF THE INSURED'S ATTAINED AGE ON THE EXCHANGE DATE EXCEEDS AGE 75.

ANNUAL "CURRENT PREMIUMS AFTER THE FIRST POLICY YEAR" ARE SHOWN BEGINNING ON THE NEXT PAGE.  ANNUAL "GUARANTEED MAXIMUM PREMIUMS AFTER THE FIRST POLICY YEAR" ARE SHOWN ON THE PAGES THAT FOLLOW "CURRENT PREMIUMS AFTER THE FIRST POLICY YEAR".

AFTER THE FIRST 10 POLICY YEARS, PREMIUMS SHOWN WILL BE SUBJECT TO CHANGE IN ACCORDANCE WITH THE CHANGE OF PREMIUM SECTION.  THE CURRENT ANNUAL PREMIUMS AFTER ANY CHANGE CAN NEVER EXCEED THE GUARANTEED MAXIMUM ANNUAL PREMIUMS.

STANDARD NONTOBACCO RATE CLASS POLICY

POLICY SPECIFICATIONS

INSURED    ROBERT S FINGERHUT              53 YEARS        AGE AT ISSUE


POLICY
NUMBER    ZL6856053                        OCT 09, 2002    DATE OF ISSUE


BASIC POLICY
FACE AMOUNT    $250,000                    TERM TO AGE 95

CURRENT PREMIUMS AFTER THE FIRST POLICY YEAR:

| POLICY YEAR | ATT AGE | TERM LIFE INSURANCE PREMIUM | TOTAL ANNUAL PREMIUMS |
|---|---|---|---|
| 2 | 54 | 1,005.00 | 1,005.00 |
| 3 | 55 | 1,005.00 | 1,005.00 |
| 4 | 56 | 1,005.00 | 1,005.00 |
| 5 | 57 | 1,005.00 | 1,005.00 |
| 6 | 58 | 1,005.00 | 1,005.00 |
| 7 | 59 | 1,005.00 | 1,005.00 |
| 8 | 60 | 1,005.00 | 1,005.00 |
| 9 | 61 | 1,005.00 | 1,005.00 |
| 10 | 62 | 1,005.00 | 1,005.00 |
| 11 | 63 | 5,655.00 | 5,655.00 |
| 12 | 64 | 6,292.50 | 6,292.50 |
| 13 | 65 | 7,000.00 | 7,000.00 |
| 14 | 66 | 7,762.50 | 7,762.50 |
| 15 | 67 | 8,592.50 | 8,592.50 |
| 16 | 68 | 9,485.00 | 9,485.00 |
| 17 | 69 | 10,460.00 | 10,460.00 |
| 18 | 70 | 11,562.50 | 11,562.50 |
| 19 | 71 | 13,012.50 | 13,012.50 |
| 20 | 72 | 14,260.00 | 14,260.00 |
| 21 | 73 | 15,925.00 | 15,925.00 |
| 22 | 74 | 17,797.50 | 17,797.50 |
| 23 | 75 | 19,812.50 | 19,812.50 |
| 24 | 76 | 21,965.00 | 21,965.00 |
| 25 | 77 | 24,235.00 | 24,235.00 |
| 26 | 78 | 26,600.00 | 26,600.00 |
| 27 | 79 | 29,117.50 | 29,117.50 |
| 28 | 80 | 31,885.00 | 31,885.00 |
| 29 | 81 | 34,972.50 | 34,972.50 |
| 30 | 82 | 38,465.00 | 38,465.00 |
| 31 | 83 | 42,407.50 | 42,407.50 |
| 32 | 84 | 46,727.50 | 46,727.50 |
| 33 | 85 | 51,332.50 | 51,332.50 |

5002-10

POLICY SPECIFICATIONS

INSURED    ROBERT S FINGERHUT              53 YEARS        AGE AT ISSUE

POLICY
NUMBER    ZL6856053                        OCT 09, 2002    DATE OF ISSUE

BASIC POLICY
FACE AMOUNT    $250,000                    TERM TO AGE 95

CURRENT PREMIUMS AFTER THE FIRST POLICY YEAR:

| POLICY<br>YEAR | ATT<br>AGE | TERM LIFE<br>INSURANCE<br>PREMIUM | TOTAL<br>ANNUAL<br>PREMIUMS |
|---|---|---|---|
| 34 | 86 | 56,132.50 | 56,132.50 |
| 35 | 87 | 61,092.50 | 61,092.50 |
| 36 | 88 | 66,112.50 | 66,112.50 |
| 37 | 89 | 71,260.00 | 71,260.00 |
| 38 | 90 | 76,605.00 | 76,605.00 |
| 39 | 91 | 82,235.00 | 82,235.00 |
| 40 | 92 | 88,332.50 | 88,332.50 |
| 41 | 93 | 95,147.50 | 95,147.50 |
| 42 | 94 | 103,795.00 | 103,795.00 |

5002-10

POLICY SPECIFICATIONS

INSURED    ROBERT S FINGERHUT              53 YEARS        AGE AT ISSUE

POLICY
NUMBER    ZL6856053                 OCT 09, 2002    DATE OF ISSUE

BASIC POLICY
FACE AMOUNT    $250,000              TERM TO AGE 95

GUARANTEED MAXIMUM PREMIUMS AFTER THE FIRST POLICY YEAR:

| POLICY YEAR | ATT AGE | TERM LIFE INSURANCE PREMIUM | TOTAL ANNUAL PREMIUMS |
|---|---|---|---|
| 2 | 54 | 1,005.00 | 1,005.00 |
| 3 | 55 | 1,005.00 | 1,005.00 |
| 4 | 56 | 1,005.00 | 1,005.00 |
| 5 | 57 | 1,005.00 | 1,005.00 |
| 6 | 58 | 1,005.00 | 1,005.00 |
| 7 | 59 | 1,005.00 | 1,005.00 |
| 8 | 60 | 1,005.00 | 1,005.00 |
| 9 | 61 | 1,005.00 | 1,005.00 |
| 10 | 62 | 1,005.00 | 1,005.00 |
| 11 | 63 | 11,247.50 | 11,247.50 |
| 12 | 64 | 12,525.00 | 12,525.00 |
| 13 | 65 | 13,940.00 | 13,940.00 |
| 14 | 66 | 15,465.00 | 15,465.00 |
| 15 | 67 | 17,122.50 | 17,122.50 |
| 16 | 68 | 18,907.50 | 18,907.50 |
| 17 | 69 | 20,860.00 | 20,860.00 |
| 18 | 70 | 23,065.00 | 23,065.00 |
| 19 | 71 | 25,965.00 | 25,965.00 |
| 20 | 72 | 28,460.00 | 28,460.00 |
| 21 | 73 | 31,787.50 | 31,787.50 |
| 22 | 74 | 35,532.50 | 35,532.50 |
| 23 | 75 | 39,562.50 | 39,562.50 |
| 24 | 76 | 43,867.50 | 43,867.50 |
| 25 | 77 | 48,407.50 | 48,407.50 |
| 26 | 78 | 53,137.50 | 53,137.50 |
| 27 | 79 | 58,175.00 | 58,175.00 |
| 28 | 80 | 63,710.00 | 63,710.00 |
| 29 | 81 | 69,882.50 | 69,882.50 |
| 30 | 82 | 76,867.50 | 76,867.50 |
| 31 | 83 | 84,752.50 | 84,752.50 |
| 32 | 84 | 93,392.50 | 93,392.50 |
| 33 | 85 | 102,602.50 | 102,602.50 |

POLICY SPECIFICATIONS

INSURED     ROBERT S FINGERHUT                53 YEARS        AGE AT ISSUE

POLICY
NUMBER      ZL6856053                         OCT 09, 2002    DATE OF ISSUE

BASIC POLICY
 FACE AMOUNT   $250,000                       TERM TO AGE 95

GUARANTEED MAXIMUM PREMIUMS AFTER THE FIRST POLICY YEAR:

| POLICY YEAR | ATT AGE | TERM LIFE INSURANCE PREMIUM | TOTAL ANNUAL PREMIUMS |
|---|---|---|---|
| 34 | 86 | 112,205.00 | 112,205.00 |
| 35 | 87 | 122,122.50 | 122,122.50 |
| 36 | 88 | 132,162.50 | 132,162.50 |
| 37 | 89 | 142,457.50 | 142,457.50 |
| 38 | 90 | 153,147.50 | 153,147.50 |
| 39 | 91 | 164,410.00 | 164,410.00 |
| 40 | 92 | 176,605.00 | 176,605.00 |
| 41 | 93 | 190,235.00 | 190,235.00 |
| 42 | 94 | 207,527.50 | 207,527.50 |

## DEFINITION OF TERMS SECTION

**Age at Issue:** The insured's age nearest birthday on the Policy Date. This is the Age shown in the Policy Specifications.

**Application:** The application for this policy attached to and made a part of this policy.

**Beneficiary:** The party(s) so named in the application, unless later changed as provided in this policy.

**Date of Issue:** The date shown in the Policy Specifications.  The Suicide and Contestability provisions use this date.

**Due Proof:** Information or evidence submitted to us sufficient to satisfy us of the existence of a fact or condition.

**Insured:** The person whose life is insured under this policy as shown in the Policy Specifications.

**Policy Anniversary:** The same day and month as the Policy Date for each succeeding year this policy remains in force.

**Policy Date:** The effective date of coverage under this policy if all the terms of the application are satisfied, including the payment of the premium due. The date from which policy anniversaries, policy years, policy months and premium due dates are determined. This date is shown in the Policy Specifications.

**Policy Specifications:** The pages of this policy so titled which show your benefits, premium and other information.

**Policy Year:** A one year period of time starting on successive policy anniversaries, with the first policy year starting on the Policy Date.

**Rate Class:** The mortality or morbidity classifications assigned under this policy.

**Request:** A request in writing on a form acceptable to us, signed by you and received by us.

**Supplemental Application:** A request for reinstatement of or a change to this policy.

**We, Our, Ours, Us:** Zurich Life Insurance Company of America, Schaumburg, Illinois 60196-6801.

**You, Your, Yours:** The party(s) named as owner in the application unless later changed as provided in this policy.

## GENERAL SECTION

**Contract**

This policy, with any proper changes, is the entire contract between you and us. Only our president, vice-president, secretary, or assistant secretary can change, modify, or waive any provisions of this policy.

This policy includes: 1. the Policy Specifications; 2. the attached application; and 3. any supplemental applications, riders, amendments or endorsements made a part of this policy.

**Contestability**

We rely on the statements made in the application for this policy. We also rely on statements made in any supplemental application or request for a change of this policy. In the absence of fraud, they are deemed representations and not warranties. In addition to the other reasons permitted by law, we can contest the validity of: 1. this policy; 2. any reduction in rate class; 3.  reinstatement of this policy; or 4. any supplemental benefit or rider added, if:

a. any material misrepresentation of fact is made in the application, a supplemental application or a request; and

b. a copy of that application, supplemental application or request is attached to this policy when issued or is later made a part of this policy.

We will not contest the validity of this policy after it has been in force, during the insured's life, for 2 years from the Date of Issue. With respect to: 1. a reduction in rate class; 2. any reinstatement of this policy; or 3. any supplemental benefit or rider added, we will not contest the validity of the change or reinstatement after they have been in effect, during the insured's life, for 2 years.  However,we can always contest the validity of this policy for the non-payment of any premium due.

**Suicide**

We will limit the proceeds we pay under this policy if the insured commits suicide, while sane or insane:

1. within 2 years from the Date of Issue; and

2. after 2 years from the Date of Issue, but within 2 years from the effective date of the last reinstatement of this policy.

The limited amount will equal all premiums paid on this policy.

**Misstatement of Age and/or Sex**

If the age and/or sex of the insured was misstated to us, the benefits under this policy are those which the premiums paid would have bought for the insured's correct age and sex.

**Assignment**

You may assign this policy if you file the assignment or a certified copy with us. When filed, your rights and those of the beneficiary are subject to the assignment. No assignment is binding on us unless we receive it in writing. We are not responsible for the validity or sufficiency of any assignment. Any claim is subject to due proof of the interest of the assignee.

**Change of Plan**

You may change the plan or the amount of insurance or both as long as we both agree.

## GENERAL SECTION (Continued)

**Non-Participating**                This policy does not share in our surplus earnings.

**Beneficiary**                      **Change** — Unless otherwise provided by request, you may change the
                                     beneficiary while this policy is in force. We may require you to send the
                                     policy to us. Such change is subject to any existing assignment of this
                                     policy. The change becomes effective when we record it. Once
                                     recorded, the effective date is the date the request was signed. The
                                     change is subject to any proceeds paid or other action taken by us
                                     before the change was recorded.

                                     **Death** — Unless otherwise provided, and subject to any assignment:

                                     1. if no primary beneficiary survives the insured, the proceeds will be
                                     paid to any contingent beneficiary(s) who survive(s) the insured;

                                     2. if no beneficiary survives the insured, the proceeds of this policy will
                                     be paid to the estate of the insured;

                                     3. the interest of any beneficiary who dies before the insured will pass
                                     to any beneficiaries in the same class (that is primary or contingent)
                                     who survive the insured, share and share alike; and

                                     4. if a beneficiary dies at the same time as the insured or within 10 days
                                     after the death of the insured, the proceeds will be paid as if the insured
                                     had survived that beneficiary.

**Evidence of Age, Death,**          We may require due proof of:
**Sex and Survival**
                                     1. the death of any person which will result in proceeds being paid, or
                                     rights being transferred, under this policy;

                                     2. the age and sex of any person on whose life an income is based; and

                                     3. the continued survival of any person on whose life an income is
                                     based.

**Reduction in Rate Class**          You may request that we reduce your rate class if you are eligible.  We
                                     will allow a reduction in rate class if we receive satisfactory evidence
                                     that your health has improved.  A reduction in rate class will be subject
                                     to the following conditions.

                                     1. You will be required to pay for any evidence we may need to establish
                                     your health.
                                     2. Any evidence we may require must be provided by a company
                                     approved medical examiner.
                                     3. A new Policy will not be issued. However, new Policy Specifications
                                     pages will be provided to you.

## OWNERSHIP SECTION

**Owner**                            The owner of this policy is the insured unless another party is so named
                                     in the application. The owner may be changed while the insured is
                                     living, the owner may use all the rights and privileges granted by this
                                     policy.

**Change of Owner**                  While the insured is living, you may change the owner by request.  Such
                                     change is subject to any existing assignment of this policy. The change
                                     becomes effective when we record it. Once recorded, the effective date
                                     is the date the request was signed. The change is subject to any
                                     proceeds paid or other action taken by us before the change was
                                     recorded.

## PREMIUM PAYMENT SECTION

**General**

Premium payments are payable to us at the home office or to an authorized representative. A receipt for premium payments signed by our secretary will be furnished if requested. The first premium is due on or before the date this policy is delivered to you. All premium checks must be made payable to us. A premium paid is deemed fully earned on its due date. Once earned, a premium is non-refundable except as may be specifically stated in this policy.

**Frequency**

Premiums are due in advance at the start of each billing period. At issue, the billing period you selected in the application will apply. The amount of premium due for a billing period is shown in the Policy Specifications. Subject to our minimums, the billing period may be annual, semi-annual, or quarterly. You can arrange by request: 1. to change the billing period; and 2. to have preauthorized payments withdrawn from your bank account. After the first policy year, the semi-annual, quarterly, or monthly payments for each policy year will be determined on the same basis as that used to determine the premium for the selected mode for the first policy year.

**Grace Period**

A grace period of 31 days will be allowed for payment of each premium after the first. This policy will continue in force during the grace period. If the premium remains unpaid at the end of the grace period, coverage will cease. If the insured dies during the grace period, the unpaid premium will be deducted from the proceeds.

**Reinstatement**

Reinstatement means to restore this policy to a normal in force status after it has gone into default because a premium due was not paid before the end of a grace period. We will reinstate this policy if we receive:

1. your request to do so: a. prior to the Expiry Date and the death of the insured, and b. within 3 years after the due date of the unpaid premium;

2. due proof that the insured is insurable at the rate class in effect as of the date of premium default.

3. payment of the premium from the date we agree to reinstate the policy to the next premium due date; and

4. the premium due for any coverage provided under the Grace Period.

A reinstatement will be effective only as of the date we approve your request for reinstatement.

## PROCEEDS SECTION

The proceeds are subject to adjustment under the Suicide and Misstatement of Age and/or Sex provisions. The amount of proceeds as defined below is subject to all provisions of this policy.

The proceeds payable on the death of the insured are equal to:

1. the face amount of this policy; plus

2. any supplemental benefits and riders payable on the life of the insured; less

3. any premium needed as set forth in the Grace Period provision; plus

4. any advanced premium deposits which are paid past the current payment period.

## CHANGE OF PREMIUM SECTION

Two sets of Total Annual Premiums for each policy year are shown in the Policy Specifications. One set is labeled "Current Premiums After First Policy Year." The other set is labeled "Guaranteed Maximum Premiums After First Policy Year." Premiums are subject to change as shown in the Policy Specifications. If anticipated future interest, expense, persistency, mortality or tax experience differs from those assumed in the current premium, the premium rates may change. It is anticipated, though, that "Current Premiums After First Policy Year" will be charged. We can never raise premiums above the respective "Guaranteed Maximum Premiums After First Policy Year."

If we change the "Current Premiums After First Policy Year," the change will be made for all insureds with the same issue age, sex, face amount, policy year, and rate class as the insured. Changes in health or occupation will not affect any change in the premium rates. We will not change the premium for any riders or benefits other than the term life insurance benefit or Other Insured Rider. We will send you: a. a notice of any change before it takes effect; and b. a new premium rate table when rates are changed which shows the then current premium rates for all policy years.

## EXCHANGE PROVISION SECTION

On the Exchange Date, we will exchange this policy for a new policy if we receive satisfactory evidence of insurability. The Exchange Date is shown in the Policy Specifications. All premiums due on this policy must have been paid before the Exchange Date. The face amount of the new policy must be equal to or less than the face amount of this policy. The new policy is subject to the following terms.

1. You must complete and submit a new application to us not more than 90 days or less than 60 days before the Exchange Date.

2. We must approve the issuance of the new policy before it can become effective.

3. You must pay the first premium on the new policy in order for the new policy to become effective.

4. Coverage under this policy terminates when coverage under the new policy begins.

5. The new policy will be on the same plan as this policy.

6. The policy date of the new policy will be the Exchange Date. The issue age on the new policy will be the insured's attained age nearest birthday on the Exchange Date. Annual premium rates for the new policy will be those applicable to such policies issued on the Exchange Date.

7. The Exchange Date and the maximum age when this policy may be exchanged are shown in the Policy Specifications.

8. Any rider or benefit in this policy can be included in the new one. Any rider or benefit is subject to the rules and premium rates we are using on the policy date of the new policy.

9. We will pay for the required evidence of insurability. Jackson Apx. Vol. 24
Page 52

## CONVERSION SECTION

Whenever a policy is converted, the policy date of the new policy is the date of conversion. The premium for the new policy will be based on the rate in use on the date of conversion for the insured's: a. sex; b. then attained age; and c. rate class. The policy form for the new policy will be the one in use on the date of conversion. If this policy is issued in a substandard class, the premium rate for the new policy will be based on the rate for that class for the plan chosen. A new suicide or contestable period will not apply to benefits converted from this policy to a new policy. These periods will be measured from the Date of Issue of this policy.

If you request, this policy may be converted to a whole life policy or to a flexible premium adjustable life policy on the insured without evidence of insurability providing that:

1. This policy has not reached the earlier of a. the 20th policy anniversary or b. the policy anniversary nearest the insured's 70th birthday;

2. no benefits are being paid under any Total and Permanent Disability Benefit;

3. no premiums on this policy are in default;

4. a. the premium rate per $1,000 of coverage amount on any new whole life policy, or b. the minimum initial premium rate per $1,000 of coverage amount on any new flexible premium adjustable life policy, is higher than the corresponding premium rate for this policy on the date of conversion;

5. the amount of coverage provided by the new policy is equal to or less than the amount of coverage provided by this policy; and

6. the amount of coverage provided by the new policy is at least equal to the minimum amount issued by us for the plan chosen.

## SETTLEMENT OPTION SECTION

**One Sum Settlement**

When the insured dies the proceeds will be paid in one sum unless otherwise provided.

**Optional Methods of Settlement**

In lieu of a single sum you or a beneficiary may elect payments according to the provisions below when the insured dies.

This privilege does not apply unless the beneficiary is a natural person acting in that person's own behalf.

**How to Elect**

**Owner:** You may elect to have the sum due paid: a. in accordance with one of the settlement option methods; or b. in some other manner on which you and we may agree.

The election is made by filing a request. Such election is subject to any existing assignment of this policy and will take effect only when endorsed by us, as a settlement agreement, during the lifetime of the insured.

**Beneficiary:** If the owner does not make an election before the death of the insured, a beneficiary may elect to have the sum due paid in accordance with one of the settlement options after the death of the insured and before any settlement is made. The election must provide that: a. payments will be made to the beneficiary; and b. any amounts remaining unpaid after the death of the beneficiary will be made to the estate of the beneficiary.

The election is made by filing a request.

**How to Change**

You may change the settlement agreement to any method of payment on which you and we may agree. You must file a request. Such change is subject to any existing assignment of this policy. The change takes effect when endorsed hereon by us during the lifetime of the insured.

**Excess Interest**

We may pay interest in excess of the guaranteed rate on proceeds held under any option. Excess interest is paid or credited in amounts and in such manner as we may determine.

**Proceeds at Interest**

**Optional Method 1:** We will hold all or part of the proceeds, if more than $10,000. We will pay interest of at least 2 1/2% per year each 6 months. The payee may take out sums of $1,000 or more at any time. If the payee dies  we will pay the principal and accrued interest to the payee's estate or to such other person properly elected.

**Fixed Years Instalments**

**Optional Method 2:** We will pay all or part of the proceeds of this policy in a fixed number of monthly instalments as shown in the table on the following page. Instalment payments will be limited to an amount of at least $100. If the payee dies before all instalments are paid, the value of the remaining instalments commuted at the interest rate used in calculating the payment will be paid to the payee's estate or to such other person properly elected.

The beneficiary has the right to receive the value of any unpaid instalments commuted at the interest rate used in calculating the payment.

**Life Income**

**Optional Method 3:** We will pay all or part of the proceeds of this policy in equal monthly instalments during the lifetime of the payee. Payments are determined from the Life Instalments Table for the sex and age at nearest birthday of the payee on the date this option becomes effective. Instalment payments are limited to an amount of at least $100.

If the payee dies before receiving all of any fixed year certain instalments, the value of the unpaid certain instalments commuted at the interest rate used in calculating the payment will be paid to the payee's estate or to such other person properly elected.

Z-5002

**Fixed Amounts Instalments**

**Optional Method 4:** We will pay all or any part of the proceeds of this policy in specified instalments each year, each 6 months, each 3 months or each month until the proceeds (including interest on the unpaid balance at 2 1/2% per year compound interest) are exhausted. The final payment is the unpaid balance of the proceeds. Instalment payments are limited to an amount of at least $100.

If the payee dies while we are holding any balance of the proceeds, such balance will be paid in one sum to the payee's estate or to such other person properly elected.

If this optional method is elected by the beneficiary, the beneficiary will have the right to withdraw the unpaid balance of the proceeds.

## Tables of Monthly Payments under Optional Methods 2 and 3 that $1,000 Will Obtain

The interest rate basis for calculating the monthly payments shown is 2 1/2% per year.

### Fixed Years Instalments Table — Optional Method 2

| No. of Years Elected | Monthly | No. of Years Elected | Monthly | No. of Years Elected | Monthly | No. of Years Elected | Monthly | No. of Years Elected | Monthly | No. of Years Elected | Monthly |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | $84.28 | 6 | $14.93 | 11 | $8.64 | 16 | $6.30 | 21 | $5.08 | 26 | $4.34 |
| 2 | 42.66 | 7 | 12.95 | 12 | 8.02 | 17 | 6.00 | 22 | 4.90 | 27 | 4.22 |
| 3 | 28.79 | 8 | 11.47 | 13 | 7.49 | 18 | 5.73 | 23 | 4.74 | 28 | 4.12 |
| 4 | 21.86 | 9 | 10.32 | 14 | 7.03 | 19 | 5.49 | 24 | 4.60 | 29 | 4.02 |
| 5 | 17.70 | 10 | 9.39 | 15 | 6.64 | 20 | 5.27 | 25 | 4.46 | 30 | 3.93 |

### Life Instalments Table — Optional Method 3

| Age of Payee When 1st Instalment is Payable — Male | Female | Life | With 10 Yrs. Certain | With 20 Yrs. Certain | With Instalment Refund | Age of Payee When 1st Instalment is Payable — Male | Female | Life | With 10 Yrs. Certain | With 20 Yrs. Certain | With Instalment Refund |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 10 & Under | 15 & Under | $2.71 | $2.71 | $2.70 | $2.67 | 47 | 52 | $4.33 | $4.25 | $4.01 | $3.98 |
| 11 | 16 | 2.73 | 2.73 | 2.71 | 2.69 | 48 | 53 | 4.42 | 4.33 | 4.07 | 4.04 |
| 12 | 17 | 2.75 | 2.74 | 2.73 | 2.71 | 49 | 54 | 4.51 | 4.42 | 4.12 | 4.11 |
| 13 | 18 | 2.77 | 2.76 | 2.75 | 2.73 | 50 | 55 | 4.61 | 4.50 | 4.18 | 4.18 |
| 14 | 19 | 2.79 | 2.78 | 2.77 | 2.75 | 51 | 56 | 4.72 | 4.60 | 4.24 | 4.26 |
| 15 | 20 | 2.81 | 2.81 | 2.79 | 2.77 | 52 | 57 | 4.83 | 4.69 | 4.30 | 4.34 |
| 16 | 21 | 2.83 | 2.83 | 2.81 | 2.79 | 53 | 58 | 4.95 | 4.79 | 4.36 | 4.42 |
| 17 | 22 | 2.86 | 2.85 | 2.84 | 2.81 | 54 | 59 | 5.07 | 4.90 | 4.41 | 4.50 |
| 18 | 23 | 2.88 | 2.88 | 2.86 | 2.83 | 55 | 60 | 5.20 | 5.01 | 4.47 | 4.59 |
| 19 | 24 | 2.91 | 2.90 | 2.88 | 2.85 | 56 | 61 | 5.34 | 5.12 | 4.53 | 4.68 |
| 20 | 25 | 2.93 | 2.93 | 2.91 | 2.88 | 57 | 62 | 5.48 | 5.23 | 4.59 | 4.77 |
| 21 | 26 | 2.96 | 2.95 | 2.93 | 2.90 | 58 | 63 | 5.64 | 5.35 | 4.64 | 4.87 |
| 22 | 27 | 2.99 | 2.98 | 2.96 | 2.93 | 59 | 64 | 5.80 | 5.48 | 4.70 | 4.98 |
| 23 | 28 | 3.02 | 3.01 | 2.99 | 2.96 | 60 | 65 | 5.97 | 5.61 | 4.75 | 5.09 |
| 24 | 29 | 3.05 | 3.04 | 3.02 | 2.98 | 61 | 66 | 6.15 | 5.74 | 4.80 | 5.20 |
| 25 | 30 | 3.08 | 3.08 | 3.05 | 3.01 | 62 | 67 | 6.34 | 5.87 | 4.85 | 5.32 |
| 26 | 31 | 3.12 | 3.11 | 3.08 | 3.04 | 63 | 68 | 6.54 | 6.01 | 4.90 | 5.44 |
| 27 | 32 | 3.15 | 3.14 | 3.11 | 3.07 | 64 | 69 | 6.75 | 6.16 | 4.94 | 5.57 |
| 28 | 33 | 3.19 | 3.18 | 3.15 | 3.10 | 65 | 70 | 6.97 | 6.30 | 4.98 | 5.70 |
| 29 | 34 | 3.23 | 3.22 | 3.18 | 3.13 | 66 | 71 | 7.21 | 6.45 | 5.02 | 5.84 |
| 30 | 35 | 3.27 | 3.26 | 3.22 | 3.17 | 67 | 72 | 7.46 | 6.60 | 5.05 | 5.99 |
| 31 | 36 | 3.31 | 3.30 | 3.25 | 3.20 | 68 | 73 | 7.73 | 6.76 | 5.09 | 6.15 |
| 32 | 37 | 3.36 | 3.34 | 3.29 | 3.24 | 69 | 74 | 8.02 | 6.91 | 5.12 | 6.31 |
| 33 | 38 | 3.41 | 3.39 | 3.33 | 3.28 | 70 | 75 | 8.32 | 7.07 | 5.14 | 6.48 |
| 34 | 39 | 3.45 | 3.43 | 3.37 | 3.32 | 71 | 76 | 8.64 | 7.23 | 5.17 | 6.66 |
| 35 | 40 | 3.50 | 3.48 | 3.41 | 3.36 | 72 | 77 | 8.98 | 7.38 | 5.19 | 6.84 |
| 36 | 41 | 3.56 | 3.53 | 3.45 | 3.40 | 73 | 78 | 9.34 | 7.54 | 5.20 | 7.04 |
| 37 | 42 | 3.61 | 3.59 | 3.50 | 3.44 | 74 | 79 | 9.72 | 7.69 | 5.22 | 7.25 |
| 38 | 43 | 3.67 | 3.64 | 3.54 | 3.49 | | 80 & Over | | | | |
| 39 | 44 | 3.73 | 3.70 | 3.59 | 3.53 | 75 | | 10.13 | 7.84 | 5.23 | 7.47 |
| 40 | 45 | 3.79 | 3.76 | 3.64 | 3.58 | 76 | | 10.57 | 7.98 | 5.23 | 7.47 |
| 41 | 46 | 3.86 | 3.82 | 3.69 | 3.63 | 77 | | 11.03 | 8.13 | 5.25 | 7.94 |
| 42 | 47 | 3.93 | 3.88 | 3.74 | 3.68 | 78 | | 11.53 | 8.26 | 5.26 | 8.19 |
| 43 | 48 | 4.00 | 3.95 | 3.79 | 3.74 | 79 | | 12.06 | 8.36 | 5.26 | 8.45 |
| 44 | 49 | 4.08 | 4.02 | 3.84 | 3.80 | | 80 & Over | | | | |
| 45 | 50 | 4.15 | 4.09 | 3.90 | 3.85 | | | 12.62 | 8.51 | 5.27 | 8.74 |
| 46 | 51 | 4.24 | 4.17 | 3.95 | 3.91 | | | | | | |

## Zurich Life Insurance Company of America

1600 McConnor Parkway, Schaumburg, Illinois  60196-6801

## ACCELERATED DEATH BENEFIT RIDER

| | |
|---|---|
| **IMPORTANT** | **Benefits as specified under the Policy will be reduced if you receive an Accelerated Death Benefit payment.** |
| | **The benefit payment under this Rider may be taxable or may affect eligibility for benefits under state or federal law. You should contact your personal tax advisor for specific advice. Neither the Company nor its agents can provide tax advice.** |
| **Effective Date** | This Rider is a part of the policy as of the Issue Date of the Policy. |
| **Definitions** | **Accelerated Death Benefit -** This is the amount of death benefit that you elect to accelerate when the insured is determined to be Terminally Ill. We will pay you the Accelerated Death Benefit less certain specified adjustments. |
| | **Terminally Ill -** This is when the insured has a life expectancy of 12 months or less due to an illness or physical condition. We will require proof, satisfactory to us, that the insured is Terminally Ill. This proof will include, but is not limited to, certification by a Physician. |
| | **Physician -** This must be a Physician licensed and practicing, within, the scope of his/her license, within the United States. The Physician must not be: you; the insured; or, related to either party by blood or marriage. |
| **Accelerated Death Benefit** | You may elect to have a portion of the death benefit accelerated when the insured is found to be Terminally Ill, subject to the terms and conditions of this Rider. The maximum Accelerated Death Benefit you may elect under this Policy is the lesser of: |

1. 25% of the death benefit; or

2. $250,000.

The total Accelerated Death Benefit available under all policies issued by us or our affiliates on the life of the insured will not exceed $250,000. The minimum death benefit you may elect to accelerate is $10,000. You may not request more than one Accelerated Death Benefit under this Rider.

| | |
|---|---|
| **Adjustments** | We will charge an administration fee of $150 for processing an Accelerated Death Benefit.  This fee will be deducted from any payment made. |
| **Lien** | We will treat the Accelerated Death Benefit as a lien against your Policy. As a lien, we will charge you interest on the Accelerated Death Benefit. The maximum annual interest rate we may charge you is the greater of: |

1. 7%; or

2. the current 90 day U.S. Treasury Bill rate in effect on the date that the Accelerated Death Benefit is paid.

| | |
|---|---|
| **Effects on the Policy** | The death benefit payable under this Policy will be reduced by the amount of the lien. |

Jackson Apx. Vol. 24
Page 56

Any benefits payable under other riders attached to this Policy will not be affected by any benefit payable under this Rider. Premiums, without reduction, will still be payable on this Policy, including any premiums for riders.

**Conditions**

Payment of an Accelerated Death Benefit is subject to the conditions that follow:

1. This Rider is subject to the terms of the Contestability provision under this Policy.

2. The insured must not be Terminally Ill due to any attempt of suicide while the suicide provision under this Policy is in effect.

3. You may reinstate this Rider subject to the same terms which apply to the Policy.

4. You must send us a written request to elect the Accelerated Death Benefit. The written request must be in a form satisfactory to us.

5. Any irrevocable beneficiaries or assignees must send us a written consent to the Accelerated Death Benefit. The written consent must be in a form satisfactory to us.

6. You must provide us with proof satisfactory to us that the insured is Terminally Ill. This proof must include a certification by a Physician, who is not: you; the insured; or, related to either party by blood or marriage. We reserve the right to obtain a second medical opinion at our expense. If there is a conflict of opinion, we reserve the right to make the final determination.

7. This Rider provides for the accelerated payment of the death benefit and is not intended to allow third parties to cause you to involuntarily invade your Policy proceeds ultimately payable to your beneficiary. Therefore, any election forced by creditors or government agencies will be honored only to the extent required by law.

**Relationship to the Policy**

This Rider is part of the Policy to which it is attached. The terms and conditions of the Policy apply to this Rider. Where the terms and conditions of the Policy and this Rider are in conflict, the terms and conditions of this Rider will prevail.

**Termination**

This Rider will terminate on the earliest of:

1. the date we pay you an Accelerated Death Benefit;

2. the date you ask us to do so in writing and send us the Policy;

3. the date this Policy lapses because a premium due is not paid within the required grace period; or

4. the policy anniversary that is 5 years before the Expiry Date of this Policy.

Signed for the Zurich Life Insurance Company of America at its home office in Schaumburg, Illinois.

_Secretary_           _President_

**Zurich Life Insurance Company of America**
1 Kemper Drive, Long Grove, Illinois  60049-0001

## Extension of Rate Guarantee Rider

This Rider is a part of the policy to which it is attached.  It is subject to all of the policy's provisions which are not inconsistent with this Rider.  If inconsistencies occur, the provisions of this Rider will apply.

**Benefit**

This Rider guarantees that while it is in effect, the Maximum Annual Premium due in each policy year will not exceed the total annual premiums paid in the first year or the first year after reinstatement, if later.

The Maximum Annual Premium may change if a different payment frequency is selected under the Premium Payment Section of the policy.

**Effective Date**

This Rider becomes effective on the Policy Date, as shown on the Policy Specifications Page.

**Termination**

This Rider will terminate on the earliest of:

      A.   the day after the expiry date of the Rider, as shown in the Policy Specifications;

      B.   the day coverage under this policy terminates;

      C.   the day after the end of a grace period, when a premium due remains unpaid.

**Reinstatement**

This Rider may be reinstated if:

      1.   The policy itself is being reinstated; and

      2.   The Rider terminated due to the termination of the policy according to the terms of the policy's Grace Period provision.

Signed for the Zurich Life Insurance Company of America at its home office in Long Grove, Illinois.


_____
             Secretary

_____
             President

Z-2003





**Zurich Life Insurance Company of America**
1400 American Lane
Schaumburg, IL 60173-4987
1-800-708-6799

*Life Insurance Application*

ZL685605

**PART I**

### I. Proposed Insured

Full Name: Robert S. Fingerhut

☒ Male ☐ Female  Height: 508  Weight: 188

Birth Date: 10/24/45  Birth Place: NJ

Street Address: 254 Fonderlac St SE

City: Warren  State: OH Zip: 44484

County: Trumbull

Phone: Home: (330)609-7812  Work: (330)394-9453

Best time of day to reach: ☒ Morning ☐ Aft. ☐ Eve.
☒ At Home ☐ At Work

Driver' License Number: RS995340  State: OH

Social Security Number: 261968906

Employer: Self

Occupation: Owner

Specific Duties: Franchise/Greyhound Line

Years Employed: 3

Current annual earned income: 100000

Net worth: 650000

Purpose of Insurance:

### II. Other Insurance

Does any person to be covered have life insurance or annuities in force? ☒ Yes ☐ No

If "yes":

| Name of Company | Amount | Purpose Personal/Business | Date of Issue | Person to be Covered |
|---|---|---|---|---|
| a. State Farm | $ 150000 | X / | 1978 | Robert Fingerhut |
| b. CNA Life | $ 250000 | X / | 1998 | Robert Fingerhut |
| c. | $ | / | | |

Within the past 6 months, has any person to be covered applied for life insurance,
or is any person to be covered currently applying with another company? ☒ Yes ☐ No

If "yes": Who? _____ What Company? _____ Amount? _____

Is this policy to replace any existing life insurance or annuity? ☐ Yes ☒ No

If "yes": Which policy(s)? ☐ a. ☐ b ☐ c

### III. New Insurance

Plan name: ZT10  Face amount $250000

Term rider face amount: $ _____  Child rider: 0  Units.

| Rider | Name of Rider Insured | Birth Date | Birth Place | Sex | Height/ Weight | Soc. Sec. Number | Occupation | Driver's Lic. Number & State | Relationship to Proposed Insured |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | / | | | | |
| | | | | | / | | | | |
| | | | | | / | | | | |
| | | | | | | | | | |

Who will pay premiums? ☒ Proposed Insured. ☐ Owner. ☐ Other. *If other, please give name and address in Remarks.*

Mode: ☐ Annual ☐ Semi-annual
☒ Monthly Bank Withdrawal (complete authorization on page 4).  Premium Quoted: $87.43

### IV. Beneficiary Information  Provide full name and relationship to Proposed Insured. If trust, give date:

Primary: Donna M. Roberts Fiancee 100%  Contingent:

Primary: _____  Contingent:

*The beneficiary of the coverage for persons other than the Proposed Insured will be the owner unless indicated otherwise in **Remarks**.*

### V. Owner  Complete only if other than Proposed Insured.

Name:  Relationship to Proposed Insured:

Street:  Social Security or Tax ID #:

City:  State:  Zip:  If trust, give date:

County:

Form L4-10169-A-ZD-OH  1

*Life Insurance Application*
**PART 2**

Answer the following questions for each person to be covered.

For any "yes" answers, please provide complete details in the **Remarks** section that follows.  If the information is medical in nature, include:  diagnosis, treatment, and medications;  date of occurrence, duration, and current status;  all names, addresses, and phone numbers of doctors, hospitals, and medical facilities.

1. Is any person to be covered taking, or has any person to be covered ever been advised to take, any medication?........................................................................................................................ ☒ Yes ☐ No

2. Within the past 10 years, has any person to be covered had or been diagnosed or treated by a member of the medical profession for:  high blood pressure;  stroke;  heart, lung, kidney, or liver disease;  diabetes;  cancer or a tumor;  colon disorder;  back or spinal disorder;  seizure or nervous disorder;  alcohol or drug dependency;  immune system disorder;  digestive or genitourinary disorder;  mental disorder or depression?.................................................................................................................................... ☐ Yes ☒ No

3. Within the past 5 years, has any person to be covered:
   a. Been hospitalized; had any tests or blood studies ordered;  consulted, been examined, or been treated by a member of the medical profession? ......................................................................... ☐ Yes ☒ No
   *If "yes", provide details of each visit to each doctor, hospital, and medical facility.*
   b. Engaged in, or within the next 12 months, does any person to be covered intend to engage in:  skydiving, organized vehicle racing, hang gliding, scuba diving, parachuting, or mountain climbing?.............. ☐ Yes ☒ No
   c. Piloted or been a crew member of, or within the next 12 months, does any person to be covered intend to pilot or be a crew member of, an aircraft? .................................................................... ☐ Yes ☒ No
   d. Had a driver's license suspended or revoked;  had 3 or more moving violations;  or been convicted of driving while impaired or intoxicated? .......................................................................... ☐ Yes ☒ No

4. Has any person to be covered ever been convicted of, or is any person to be covered now awaiting trial for, a felony? ................................................................................................................................. ☐ Yes ☒ No

5. Within the past 3 years, has any person to be covered traveled, or within the next 12 months, does any person to be covered intend to travel, outside the United States? ........................................... ☐ Yes ☒ No

6. Is each person to be covered a U.S. citizen? ........................................................................ ☒ Yes ☐ No
   *If "no":*  Who?_____.  Citizen of:_____
   Visa Type:_____  Visa Expiry Date:_____

7. Has any person to be covered ever had an application for insurance rated, postponed, or declined? .... *(N/A in Missouri)* .......................................................................................................... ☐ Yes ☒ No

8. Has any person to be covered ever been advised to quit or reduce or seek treatment or counseling for the use of alcohol or other drugs?................................................................................................... ☐ Yes ☒ No

9. Has any person to be covered ever used any tobacco or nicotine product?.............................................. ☐ Yes ☒ No
   *If "yes":*  Who?_____  What kind?_____
   Date last used?_____  How much?_____

10. Has any person to be covered ever attempted suicide?................................................................. ☐ Yes ☒ No

11. Has any person to be covered lost weight in the past year?............................................................. ☐ Yes ☒ No
   *If "yes":*  Who?_____  How much?_____
   Reason?_____

12. Family Record:

| | ······· Living ······· | | | ······· Deceased ······· | |
|---|---|---|---|---|---|
| | Age | State of health | | Age | Cause of death |
| Father | | | | 47 | CAD |
| Mother | | | | 79 | Cancer-Breast |
| Brothers *(list)* | | | | | |
| | | | | | |
| | | | | | |
| Sisters *(list)* | All Siblings Fine | | | | |

*Life Insurance Application*
**PART 2 Continued**

## Remarks

*(Be sure to give question #, and identify the applicable person to be covered.)*

Sect. VI, Quest. 1, Robert S Fingerhut:

Robert S Fingerhut  Lopressor for high BP (preventative, has not had high BP in the past),
has taken meds for 10yrs, all
normal


Lorazepam for mild anxiety (med since 11/97), no problems

Dr. Name for Robert S Fingerhut: Dr. Kulper
Dr. Address for Robert S Fingerhut:
                             Warren, OH
Dr. Phone for Robert S Fingerhut: 3303999300
Dr. visit date for Robert S Fingerhut: 6/1/98
Dr. reason date for Robert S Fingerhut: Physical
Dr. visit result for Robert S Fingerhut: Normal
Marital Status Robert S Fingerhut: Married


Nate Hummel Team:    11691
ZD File: DMC86121

Form L4-10169-A-ZD-OH                    3

*Life Insurance Application*
**PART 3**

---

**Bank Authorization**
*(For Monthly Bank Withdrawal)*

I authorize Zurich Life Insurance Company of America to withdraw premium from my bank account on the _____ day of each month.

Signature of Account Holder: **x** _NOT SIGNED BY APPLICANT._

**ATTACH VOIDED CHECK**

**DO NOT SUBMIT PREMIUM IF THE INITIAL DEATH BENEFIT EXCEEDS $500,000**

*PREMIUM not Submitted*

| $87.43 | remitted with this application will be exchanged for a Temporary Insurance Agreement. |

---

### Agreement and Authorization

I/We, herein jointly to be known as I, represent that the statements and answers made in all parts of this application are true and complete to the best of my knowledge and belief. I agree that: 1. All such statements and answers shall be the basis for any insurance that may be issued. 2. No one can accept risks, or make changes to the application, or waive the Company's rights or requirements. Except in Missouri, Oregon and South Carolina, no one can accept statements or answers that are not in the application. 3. Zurich Life Insurance Company of America (the Company) has the right to require a medical examination of any person to be covered. 4. **Except as stated in the Temporary Insurance Agreement (if any) provided upon a payment of premium, insurance will not be effective until: (a) The policy is delivered and accepted by the applicant; and (b) The first full premium is paid; and (c) Any amendments are signed and returned.** 5. Any changes in the application will be subject to written acceptance by me.

I authorize: any health care provider or medical facility; any insurer or reinsurer; any consumer reporting service; the Medical Information Bureau; and any financial source, employer, family member or associate, to release to the Company, its representatives, and its reinsurers, any personal information relating to my health or mental condition, general character and reputation, driving records, use of alcohol and drugs, hobbies, finances, and occupations. This information will be used to determine if I am eligible for insurance. It may also be used to evaluate a claim for benefits. The Company may release information to: reinsurers; other insurance companies to whom I have applied or may apply; the Medical Information Bureau; or other persons who perform business or legal services in connection with my application or other business purpose; or as required by law. This authorization is valid for 30 months from the date it is signed. I am aware that I may have a copy of it upon request. I agree that a copy of it shall be as valid as the original.

I have received the Notice of Insurance Information Practices.
☐ I choose to be interviewed if an investigative consumer report is prepared.

**Any person who, with intent to defraud or knowingly that he is facilitating a fraud against an insurer, submits an application or files a claim containing a false or deceptive statement is guilty of insurance fraud.**

**All persons to be covered, age 15 and over, must sign this application.**

Signed at **X** _Mecca, Ohio    Trumbull County_
City and State and County

| | | |
|---|---|---|
| Signature of Owner **X** | | Mo/Dy/Yr  7/15/98 |
| Signature of Person to be Covered **X** _(n/a)_ | | Mo/Dy/Yr |
| Signature of Person to be Covered **X** _(n/a)_ | | Mo/Dy/Yr |

To the best of your knowledge and belief, is replacement involved in this transaction? ☐ Yes ☒ No

Signature of Person to be Covered   Mo/Dy/Yr

10912

Agent name and number

Signature of Witness **X** _(as witness)_   Mo/Dy/Yr  7/15/98

---

Form L-J-10169-A-ZD-OH          5

If this policy is in force:

Proceeds are payable at the insured's death prior to the Expiry Date; and

Premiums are payable during the lifetime of the insured until the Expiry Date.

Premiums vary by policy year as shown in the Policy Specifications.

Premiums can be changed in accordance with the Change of Premium Section and the Policy Specifications.

**TERM LIFE INSURANCE TO AGE 95 — CONVERTIBLE DURING THE FIRST TWENTY POLICY YEARS, OR TO AGE 70 IF EARLIER**

**NON-PARTICIPATING — NO ANNUAL DIVIDENDS**

This policy is a legal contract between you and us.

## READ YOUR POLICY CAREFULLY.

**Zurich Life Insurance Company of America**

A Stock Life Insurance Company
Schaumburg, Illinois  60196-6801

Policy No. Z-5002

# S t a t e   F a r m   I n s u r a n c e   C o m p a n i e s



## CERTIFICATION

I, Cheryl Clapper, am the custodian of Records, for State Farm Life Insurance Company.  I hereby certify, under the penalty of perjury that the following is true and correct:

The attached records, consisting of 16 pages of the insurance policy issued to Robert S. Fingerhut which was in full force an effect on the date of his death:

(A)     were made at or near the time of the occurrence of the matters set forth by, or from, information transmitted by a person with knowledge of those matters;

(B)     were kept in the course of regularly conducted activity of State Farm Life Insurance Company.

(C)     were made by the regularly conducted activity of State Farm Life Insurance Company as a regular business practice.

Signed under the pains and penalties of perjury this 16th day of October, 2002.

*Cheryl Clapper*

Cheryl Clapper
Custodian of Records

The above named individual, personally known to me, appeared before me and executed this document as of his/her free will, this 16th day of October, 2002.

Signature
Notary Public
Custodian of Records

# STATE FARM LIFE INSURANCE COMPANY

HOME OFFICE: ONE STATE FARM PLAZA, BLOOMINGTON, ILLINOIS 61710-0001

**STATE FARM INSURANCE**

| | |
|---|---|
| INSURED | ROBERT B FINGERHUT |
| | (Male) |
| AGE | 53 |
| POLICY NUMBER | LF-1717-3705 |
| POLICY DATE | August 12, 1999 |
| BASIC PLAN AMOUNT | Re-Issued As Requested |

**DUPLICATE**

This policy is based on the application and the payment of premiums for the term of insurance while the Insured lives. The Basic Plan provides insurance to the policy anniversary when the Insured is age 95. State Farm Life Insurance Company will pay the policy proceeds to the beneficiary when due proof of the Insured's death is received.

**30-Day Right to Examine the Policy.**   This policy may be returned within 30 days of its receipt for a refund of all premiums paid. Return may be made to State Farm Life Insurance Company or one of its agents. If returned, this policy will be void from the policy date.

**Read this policy with care.** This is a legal contract between the Owner and State Farm Life Insurance Company.

*Laura P Sullivan*
Secretary

*Edward B Rust Jr.*
President

---

### BASIC PLAN DESCRIPTION

Term life insurance to age 95. Insurance is payable when the Insured dies. Premiums are payable for the term of insurance. Premiums are level for the first 10 policy years. Subject to provisions for adjusting and changing premiums, premiums are level for 10 years following the qualifying date on which the Insured qualifies for reentry; otherwise, the premiums increase each year. The basic plan is convertible to age 75. The basic plan is eligible for annual dividends.

Jackson Apx. Vol. 24
Page 65

---

FORM 98026                    PAGE 1                    970728

# CONTENTS

|                                   | PAGE |
| --------------------------------- | ---- |
| Policy Identification             | 3    |
| Schedule of Benefits              | 3    |
| Schedule of Premiums              | 3    |
| Schedule of Insurance             | 4    |
| Definitions                       | 5    |
| Ownership                         | 5    |

Owner.                              Change of Owner.

| Payment of Benefits | 6 |

Beneficiary Designation.            Methods of Payment.
Change of Beneficiary Designation.  Minimum Payment.
Order of Payment on the Insured's   Basis of Computation for Payments.
   Death.             Additional Amounts Payable.

| Premiums | 8 |

Payment of Premiums.                Grace Period.
Basic Plan Maximum Premiums.        Nonpayment of Premium.
Basic Plan Scheduled Premiums.      Accumulations to Avoid Lapse.
Adjustment of Basic Plan Premiums.  Reinstatement.
Change in Basic Plan Scheduled      Premium Adjustment When the
   Premiums.             Insured Dies.

| Conversion | 9 |

Conversion.

| General | 9 |

The Contract.                       Incontestability.
Dividend.                           Limited Death Benefit.
Assignment.                         Termination.
Error in Age or Sex.

The Application and any Riders and Endorsements follow page 10.

Jackson Apx. Vol. 24
Page 66

P O L I C Y   I D E N T I F I C A T I O N

| Insured | ROBERT B FINGERHUT<br>(Male) | Age | 53 |
|---|---|---|---|
| Policy Number | LF-1717-3705 | Basic Plan Amount | Re-issued As<br>Requested |
| Policy Date | August 12, 1999 | | |
| Issue Date | October 4, 1999 | | |

S C H E D U L E   O F   B E N E F I T S

| Form | Description | Initial Amount | Benefit Period Ends | Annual Premium | Premiums Payable |
|---|---|---|---|---|---|
| 98026 | Basic Plan +<br>(Select-10) | $300,000 | In 2041 | $1,368.00* | To 2003* |
| | | | *Subsequent premiums included below. | | |
| 96204 | Waiver of Premium<br>Effective Date: October 4, 1999<br>Issue Date: October 4, 1999 | | In 2006 | $393.00* | To 2003* |
| | *Increasing premiums included below for each policy year. | | | | |

+ Qualifies for non-tobacco premium rate

S C H E D U L E   O F   P R E M I U M S

The Schedule of Premiums includes the Basic Plan Maximum Premiums.  After the first 10 policy years, the Basic Plan Scheduled Premiums may be adjusted based on the Adjustment of Basic Plan Premiums provision.  The Basic Plan Scheduled Premiums are level for 10 years following each qualifying date on which the Insured qualifies for reentry.  If the Insured qualifies for reentry, the Basic Plan Scheduled Premiums may be changed based on the Change in Basic Plan Scheduled Premiums provision.  If the insured does not qualify for reentry on a qualifying date, Basic Plan Scheduled Premiums increase each year thereafter.  The Basic Plan Amount will not change if the premiums are adjusted or changed.  The Basic Plan Scheduled Premiums cannot exceed the Basic Plan Maximum Premiums.  For the payment period to be 1 month, premiums must be paid under the rules established by us for the monthly payment plans made available.

| Beginning | For periods of: | 12 Months | 1 Month |
|---|---|---|---|
| August 12, 2003 | | $1,761.00 | $156.00 |
| August 12, 2004 | | 1,761.00 | 156.00 |
| August 12, 2005 | | 1,761.00 | 156.00 |
| August 12, 2006 | | 1,368.00 | 120.00 |

Continued on Next Page
Page 3

20021015

## SCHEDULE OF PREMIUMS

### Continued from Page 3

| Beginning | For periods of: | 12 Months | 1 Month |
|-----------|-----------------|-----------|---------|
| August 12, 2007 | | 1,368.00 | 120.00 |
| August 12, 2008 | | 1,368.00 | 120.00 |
| August 12, 2009 | | 13,725.00 | 1,209.00 |
| August 12, 2010 | | 15,255.00 | 1,344.00 |
| August 12, 2011 | | 16,929.00 | 1,491.00 |
| August 12, 2012 | | 18,750.00 | 1,650.00 |
| August 12, 2013 | | 20,709.00 | 1,824.00 |
| August 12, 2014 | | 22,830.00 | 2,010.00 |
| August 12, 2015 | | 25,200.00 | 2,217.00 |
| August 12, 2016 | | 27,885.00 | 2,454.00 |
| August 12, 2017 | | 30,960.00 | 2,724.00 |
| August 12, 2018 | | 34,530.00 | 3,039.00 |
| August 12, 2019 | | 38,589.00 | 3,396.00 |
| August 12, 2020 | | 43,065.00 | 3,789.00 |
| August 12, 2021 | | 47,889.00 | 4,215.00 |
| August 12, 2022 | | 53,010.00 | 4,665.00 |
| August 12, 2023 | | 58,395.00 | 5,139.00 |
| August 12, 2024 | | 64,089.00 | 5,640.00 |
| August 12, 2025 | | 70,275.00 | 6,186.00 |
| August 12, 2026 | | 77,160.00 | 6,792.00 |
| August 12, 2027 | | 84,954.00 | 7,476.00 |
| August 12, 2028 | | 93,825.00 | 8,256.00 |
| August 12, 2029 | | 103,785.00 | 9,135.00 |
| August 12, 2030 | | 114,660.00 | 10,092.00 |
| August 12, 2031 | | 126,240.00 | 11,109.00 |
| August 12, 2032 | | 138,390.00 | 12,180.00 |
| August 12, 2033 | | 150,945.00 | 13,284.00 |
| August 12, 2034 | | 163,860.00 | 14,421.00 |
| August 12, 2035 | | 177,345.00 | 15,606.00 |
| August 12, 2036 | | 191,619.00 | 16,863.00 |
| August 12, 2037 | | 207,039.00 | 18,219.00 |
| August 12, 2038 | | 224,274.00 | 19,737.00 |
| August 12, 2039 | | 245,139.00 | 21,573.00 |
| August 12, 2040 | | 273,924.00 | 24,105.00 |

Form 98026                    Page 3 Continued                    20021015

# S C H E D U L E   O F   I N S U R A N C E

- Insurance Amount   -

| On Insured | Aug 12, |
|------------|---------|
| $300,000 | 2002 |
| 300,000 | 2003 |
| 300,000 | 2004 |
| 300,000 | 2005 |
| 300,000 | 2006 |
| 300,000 | 2007 |
| 300,000 | 2008 |
| 300,000 | 2009 |
| 300,000 | 2010 |
| 300,000 | 2011 |
| 300,000 | 2012 |
| 300,000 | 2013 |
| 300,000 | 2014 |
| 300,000 | 2015 |
| 300,000 | 2016 |
| 300,000 | 2017 |
| 300,000 | 2018 |
| 300,000 | 2019 |
| 300,000 | 2020 |
| 300,000 | 2021 |
| 300,000 | 2022 |
| 300,000 | 2023 |
| 300,000 | 2024 |
| 300,000 | 2025 |
| 300,000 | 2026 |
| 300,000 | 2027 |
| 300,000 | 2028 |
| 300,000 | 2029 |
| 300,000 | 2030 |
| 300,000 | 2031 |
| 300,000 | 2032 |
| 300,000 | 2033 |
| 300,000 | 2034 |
| 300,000 | 2035 |
| 300,000 | 2036 |
| 300,000 | 2037 |
| 300,000 | 2038 |
| 300,000 | 2039 |
| 300,000 | 2040 |
|  | 2041 |

Jackson Apx. Vol. 24
Page 69

## DEFINITIONS

**We, us,** and **our** refer to State Farm Life Insurance Company.

**You** and **your** refer to the Owner.

**Application.**   Includes any life insurance application, medical history, questionnaire, and other documents from you or any other person proposed for insurance which are made a part of this policy.

**Basic Plan Amount.**   The amount of insurance on the Insured provided by the Basic Plan.

**Benefit Period Ends.**   The coverage for the benefit extends to, but does not include, the policy anniversary in the year shown on page 3 under this heading.

**Dividend Credits.**   Any dividend accumulations or any current dividend under dividend options 1 or 2.

**Dollars.**   Any money we pay, or which is paid to us, must be in United States dollars.

**Effective Date.**   Coverage starts on this date.

**Initial Amount.**   The amount of coverage on the effective date of each benefit.

**Insurance Amount**   The amount of insurance shown on page 3 on the effective date of each benefit.

**Officer.**   The president, a vice president, the secretary, or an assistant secretary of State Farm Life Insurance Company.

**Payee.**   On the Insured's death, the beneficiaries shown in the application, unless changed. A payee can be other than a natural person only if we agree.

**Policy Date.**   The effective date of this policy.

**Policy Month, Year, or Anniversary.**   A policy month, year, or anniversary is measured from the policy date.

**Premiums Payable.**   Premiums are payable until the policy anniversary in the year shown on page 3 under this heading.

**Proceeds.**   The sum of the insurance amounts payable under
   (1)   the Basic Plan and
   (2)   any rider on the Insured
plus any dividend credits, any dividend payable at the Insured's death, and any premium paid for part of the payment period beyond the Insured's death less any part of a premium due.

**Request.**   A written request signed by the person making the request. Such request must be sent to and be in a form acceptable to us.

**Rider.**   Any benefit, other than the Basic Plan, made a part of this policy.

## OWNERSHIP PROVISIONS

**Owner.**   The Owner is as named in the application, unless changed. You may exercise any policy provision only by request and while the Insured is alive.

**Change of Owner.**   You may change the ownership of this policy by sending us a request while the Insured is alive. We have the right to request this policy to make the change on it. The change will take effect the date you sign the request, but the change will not affect any action we have taken before we receive the request. A change of owner does not change the beneficiary designation.

## PAYMENT OF BENEFITS PROVISIONS

**Beneficiary Designation.**  This is as shown in the application, unless you have made a change. It includes the name of the beneficiary and the order and method of payment. If you name "estate" as a beneficiary, it means the executors or administrators of the last survivor of you and all beneficiaries. If you name "children" of a person as a beneficiary, only children born to or legally adopted by that person will be included.

We may rely on an affidavit as to the ages, names, and other facts about all beneficiaries. We will incur no liability if we act on such affidavit.

**Change of Beneficiary Designation.**  You may make a change while the Insured is alive by sending us a request. The change will take effect the date the request is signed, but the change will not affect any action we have taken before we receive the request. We have the right to request your policy to make the change on it.

**Order of Payment on the Insured's Death.** When the Insured dies, we will make payment in equal shares to the primary beneficiaries living when payment is made. If a primary dies after the first payment is made, we will pay that primary's unpaid share in equal shares to the other primaries living when payment is made. If the last primary dies, we will make payment in equal shares to the successor beneficiaries living when payment is made. If a successor dies while receiving payments, we will pay that successor's unpaid share in equal shares to the other successors living when payment is made. If, at any time, no primary or successor is alive, we will make a one sum payment in equal shares to the final beneficiaries. If, at any time, no beneficiary is living, we will make a one sum payment to you, if living when payment is made. Otherwise, we will make a one sum payment to the estate of the last survivor of you and all beneficiaries. "When payment is made" means (1) the date that a periodic payment is due or (2) the date that a request is signed for a cash withdrawal or a one sum payment. You may change this order of payment by sending us a request while the In-

sured is alive.

**Methods of Payment.**  We will pay the proceeds under the Interest method unless you choose another method. If the payee is other than a natural person, we will make payment under the One Sum method.

All payment intervals are measured from the date the Insured dies. No part of any payment can be assigned before the payment is made.

After the Insured's death, anyone who has the right to make a withdrawal may change the method of payment and may name a successor to their interest. The successor payee may be their estate.

**Method 1 (Interest Method).**  We will pay interest at the end of each monthly interval. The interest rate will be at least $3\frac{1}{2}\%$ a year. If chosen, we will pay interest at the end of 3, 6, or 12 month intervals. Withdrawals may be made at any time, but any withdrawal must be at least $500. We will pay interest to the date of withdrawal on the amount withdrawn.

**Method 2 (Fixed Years Method).**  We will make equal payments at the end of each monthly interval for a fixed number of years. These payments include interest. The guaranteed interest rate is $3\frac{1}{2}\%$ a year. The present value of any unpaid payments may be withdrawn at any time.

### FIXED YEARS TABLE

Monthly payments that $1000 will provide for the number of years chosen. Payments for years not shown will be given, if requested.

| Years | Payments | Years | Payments |
|-------|----------|-------|----------|
| 1 | $84.90 | 8 | $11.93 |
| 2 | 43.18 | 9 | 10.78 |
| 3 | 29.28 | 10 | 9.86 |
| 4 | 22.33 | 15 | 7.12 |
| 5 | 18.17 | 20 | 5.77 |
| 6 | 15.39 | 25 | 4.98 |
| 7 | 13.41 | 30 | 4.46 |

## PAYMENT OF BENEFITS PROVISIONS (CONTINUED)

**Method 3 (Life Income Method).**   We will make equal payments at the end of each monthly interval as long as the payee is alive. We base the amount of each payment on the payee's age and sex at the start of the first monthly interval. We may require proof of the payee's age and sex. The payee may not withdraw the present value of the payments. If the payee dies during a certain period, we will continue the payments to the end of the certain period; or the successor payee may have the present value of any remaining payments paid in one sum.

### LIFE INCOME TABLE

Monthly payments for life that $1000 will provide. Payments for ages not shown will be given, if requested.

| Age Last Birthday | Life | | Life with 10 Years Certain | |
|---|---|---|---|---|
| | Male | Female | Male | Female |
| 50 | $4.34 | $4.02 | $4.30 | $4.01 |
| 55 | 4.70 | 4.31 | 4.64 | 4.28 |
| 60 | 5.17 | 4.69 | 5.07 | 4.64 |
| 65 | 5.82 | 5.20 | 5.63 | 5.11 |
| 70 | 6.73 | 5.90 | 6.34 | 5.73 |
| 75 | 8.01 | 6.92 | 7.17 | 6.52 |

**Method 4 (Fixed Amount Method).**   We will make equal payments at the end of 1, 3, 6, or 12 month intervals. We will continue payments until the amount put under this method together with compound interest has been paid. The interest rate will be at least 3½% a year. The payment interval chosen must provide a total annual payment of at least $100 for each $1000 put under this method. The unpaid balance may be withdrawn at any time.

**Method 5 (Joint Life Income Method).** We will make equal payments at the end of each monthly interval as long as at least one of the two payees is alive. We will base each payment on the age and sex of both payees at the start of the first monthly interval. We may require proof of the age and sex of each payee. The payees may not withdraw the present value of any payments.

### JOINT LIFE INCOME TABLE

Monthly payments that $1000 will provide as long as at least one of the two payees is alive. Payments for age combinations not shown will be given, if requested.

| Age Last Birthday Male | Female | | | |
|---|---|---|---|---|
| | 60 | 65 | 70 | 75 |
| 60 | $4.27 | $4.47 | $4.66 | $4.82 |
| 65 | 4.39 | 4.66 | 4.93 | 5.19 |
| 70 | 4.49 | 4.82 | 5.20 | 5.58 |
| 75 | 4.56 | 4.95 | 5.42 | 5.95 |

**Method 6 (One Sum Method).**   We will pay the proceeds in one sum. Interest at the rate of at least 3½% a year will be paid from the date of the Insured's death to the date of payment.

**Method 7 (Other Method).**   Payment by any other method may be made if we agree.

**Minimum Payment.**   If any payment, except the last, under a method of payment would be less than $100 per payee, we will pay the present value of any unpaid payments in one sum.

**Basis of Computation for Payments.**   The monthly payments shown for methods 3 and 5 are guaranteed payments based on an interest rate of 3½% a year and the 1983a Individual Annuity Mortality Table with ages set back 4 years.

Any present values will be based on the interest rate used in determining the payments for the method.

**Additional Amounts Payable.**   Each year we may apportion and pay dividends or additional interest under any method of payment.

## PREMIUM PROVISIONS

**Payment of Premiums.**  You may pay premiums at our Home Office, a regional office, or to one of our agents. We will give you a receipt signed by one of our officers, if you request one.

The first premium is due on the policy date. All other premiums are payable on or before their due dates. A due date is the first day of each payment period. Such period may be 1 or 12 months, starting on the same day of the month as the policy date. If a due date does not appear in a calendar month's days, the due date will be the last day of that same month. You may change the period on any due date by paying the premium for the new period, but you cannot change the period if premiums are being waived.

**Basic Plan Maximum Premiums.**  The Basic Plan Maximum Premiums are included in the Schedule of Premiums on page 3.

**Basic Plan Scheduled Premiums.**  The Basic Plan Scheduled Premiums are level for the first 10 policy years as shown on page 3. After the first 10 policy years, the Basic Plan Scheduled Premium is subject to the Adjustment of Basic Plan Premiums provision. Before each policy anniversary, we will send you a notice showing the Basic Plan Scheduled Premiums for that policy year.

**Adjustment of Basic Plan Premiums.**  The Basic Plan Scheduled Premiums can be adjusted based on projected changes in investment earnings, mortality, persistency, and expenses. The Basic Plan Scheduled Premiums will be the same for all policies of the same age, sex, duration, and class of risk. The Basic Plan Scheduled Premiums cannot exceed the Basic Plan Maximum Premiums.

**Change in Basic Plan Scheduled Premiums.** You may apply for reentry by completing a life insurance application and furnishing evidence of insurability satisfactory to us. The application

must be received at least 60 days before the qualifying date but not more than 120 days before such date. The first qualifying date is the 10th policy anniversary. Any qualifying date after the first must be 10 years after the previous qualifying date. No qualifying date can be after the policy anniversary when the Insured is age 75.

To qualify for reentry, the Insured must be insurable in the same class of risk as on the policy date. If the Insured qualifies for reentry effective on the qualifying date, the Basic Plan Scheduled Premium will be less than if the Insured had not qualified and will be level for the following 10 years, subject to the Adjustment of Basic Plan Premiums provision. The changed Basic Plan Scheduled Premiums are based on policy years starting on the qualifying date. A copy of the application will be sent to you to be placed with the policy. The change will be effective on the qualifying date.

If, on any qualifying date, you fail to apply for reentry or you apply but the Insured fails to qualify for reentry, no future application for reentry can be made. Subject to the Adjustment of Basic Plan Premiums provision, premiums will increase each year starting on the 10th policy anniversary following the qualifying date on which the Insured last qualified for reentry.

**Grace Period.**  Except for the first premium, 31 days are allowed for the payment of a premium after its due date. During this time, the policy benefits continue.

**Nonpayment of Premium.**  If any premium has not been paid by the end of its grace period, the Accumulations to Avoid Lapse provision will apply. If that provision does not apply, this policy will lapse as of the due date of any unpaid premium. With such lapse, coverage ceases.

## PREMIUM PROVISIONS (CONTINUED)

**Accumulations to Avoid Lapse.** If any premium has not been paid by the end of its grace period, any dividend accumulations will be used to pay all or part of that premium. The unpaid balance of that premium will be due the day after the end of the partial payment period. A new grace period will be allowed for the payment of this unpaid balance.

We will send you a notice if accumulations are used to pay part of any premium. Tell us within 90 days after the premium due date if you do not want the accumulations used to pay premiums. Accumulations will then be paid in cash, and the policy will lapse.

**Reinstatement.** You may apply to reinstate this policy within 5 years after lapse. You must give us proof of the Insured's insurability that is satisfactory to us. You must pay all unpaid premiums with compound interest from their due dates. The interest rate is 6% a year. Reinstatement will take effect on the date we approve the Insured's insurability.

**Premium Adjustment When the Insured Dies.** If the Insured dies during a grace period, any part of a premium due will be paid from the proceeds. Any premium paid for the payment period beyond the Insured's death will be part of the proceeds.

## CONVERSION PROVISIONS

**Conversion.** You may request to convert this policy to a new policy on the Insured without evidence of insurability subject to the following:

(1) This policy must be in force.
(2) The conversion must occur on or before the policy anniversary when the Insured is age 75.
(3) The request must include this policy and the first premium for the new policy.

The new policy becomes effective when we receive that request. Any premium paid for this policy for a period past that effective date will be refunded. Coverage under this policy will terminate when the conversion occurs.

The new policy will be subject to the following conditions at the time of conversion:

(1) It must be a whole life plan then available. At least one plan will be made available.
(2) The amount of insurance can be no more than the amount then provided by the Basic Plan.
(3) The premium will be based on the Insured's attained age, sex, and class of risk. The class of risk will be the same as for this policy with the following exception: if the class of risk for this policy is preferred, only the standard non-tobacco class of risk will be available.
(4) All limitations of this policy will be part of the new policy.
(5) The Incontestability and Limited Death Benefit provisions of the new policy will not extend beyond the period set by this policy.

## GENERAL PROVISIONS

**The Contract.** The policy contains the Basic Plan, any amendments, endorsements, and riders, and a copy of the application. The policy is the entire contract. We have relied on the statements in the application in issuing this policy. We reserve the right to investigate the truth and completeness of those statements. In the absence of fraud, they are representations and not warranties. Only statements in the application will be used to rescind this policy or deny a claim.

Only an officer has the right to change this policy. No agent has the authority to change the policy or to waive any of its terms. All endorsements, amendments, or riders must be signed by an officer to be valid.

Jackson Apx. Vol. 24
Page 74

| GENERAL PROVISIONS (CONTINUED) |
| --- |

**Dividend.**   We do not expect to pay dividends on this policy; however, we may apportion and pay dividends each year. Any such dividends will be paid only at the end of the policy year. There is no right to a partial or pro rated dividend prior to the end of the policy year. Such dividends will not be paid if all premiums due have not been paid. We will pay you any dividend credits available when the policy terminates.

You may choose to have your dividend used under one of these options:
  (1)   Premium Payment - We will apply it toward payment of a premium then due.
  (2)   Dividend Accumulation - We will hold it at interest. We will credit interest at a rate not less than $3\frac{1}{2}$% a year. Such interest will be paid only at the end of the policy year. You may withdraw accumulations at any time. If withdrawn prior to the end of the policy year, there is no right to a partial or pro rated credit of such interest. Accumulations plus interest to the Insured's death will be part of the proceeds.
  (3)   Cash - We will pay it to you in cash.
If you do not choose an option or the option you choose is not available, we will use option 2. You may request to change the option. The change will apply only to dividends paid after we receive the request.

We may pay a dividend when the Insured dies. Such dividend will be a partial or pro rated amount based on the period from the start of a policy year to the Insured's death.

**Assignment.**   You may assign this policy or any interest in it. We will recognize an assignment only if it is in writing and filed with us. We are not responsible for the validity or effect of any assignment. An assignment may limit the interest of any beneficiary.

**Error in Age or Sex.**   If the Insured's date of birth or sex is not as stated in the application, we will adjust each benefit on the Insured to that which the premium paid would have bought at the correct age and sex. Such adjustment will be based on the premium rates in effect on the issue date of the benefit.

**Incontestability.**   Except for nonpayment of premiums, we will not contest the Basic Plan after it has been in force during the Insured's lifetime for 2 years from the issue date of the policy. We will not contest a change in Basic Plan Premiums after the change has been in effect during the lifetime of the Insured for 2 years from the qualifying date of such change. If contested, the Basic Plan Amount payable will be reduced by an amount equal to the difference between (1) the premiums which would have been paid had the Insured not qualified for such change and (2) the actual premiums paid. Each rider has its own incontestability provision.

**Limited Death Benefit.**   If the Insured dies by suicide while sane or by self-destruction while insane within 2 years from the issue date of the policy, the Basic Plan Amount will not be paid. The proceeds in this case will be limited to the premiums paid on the Basic Plan less any dividends paid on the Basic Plan. Each rider has its own limited death benefit provision.

**Termination.**   This policy will terminate on the policy anniversary when the Insured is age 95. We will terminate this policy before that date when the policy is converted or the premium is not paid by the end of its grace period. You may request to terminate this policy. You must send us the request and the policy. This policy will terminate on the later of the date we receive your request and the policy or the termination date you choose. Any premium paid for the payment period beyond the date the policy terminates will be paid to you along with any dividend accumulations.

## WAIVER OF PREMIUM BENEFIT RIDER

**General.**    This rider is part of your policy. It is based on the application for this rider and the payment of premiums. The premiums for this rider are shown on page 3. These premiums are not subject to adjustment or change. Only certain policy provisions are a part of this rider. They are "Definitions," "Ownership," "Premium," "The Contract," "Assignment," and "Error in Age or Sex."

**Waiver of Premium Benefit.**    We will waive each premium due under this policy if the Insured becomes totally disabled and such total disability has existed for 6 continuous months during the lifetime of the Insured. We will waive each premium due under this policy as long as the total disability continues. We will only waive premiums due on and after total disability starts. No premium will be waived which was due more than one year prior to the date we receive notice of claim. The benefit applies to the entire premium for this policy. While premiums are waived, all benefits continue as though you had paid the premiums.

**Total Disability Defined.**    Total disability is a condition caused by injury or disease. During the first 24 months after total disability starts, this condition must prevent the Insured from performing substantially all of the work of the Insured's regular occupation. After the first 24 months, the condition must prevent the Insured from performing substantially all of the work in any occupation for which the Insured is, or becomes, reasonably qualified based upon education, training, or experience. The Insured's total and irrecoverable loss, caused by injury or disease, of any of the following will be considered total disability even if the Insured is able to work:
(1)    sight in both eyes.
(2)    use of both hands.
(3)    use of both feet.
(4)    use of one hand and one foot.

**Disabilities Not Covered.**    We will not waive premiums if total disability:
(1)    starts before the issue date of this rider unless such disability was disclosed in the application,
(2)    results from an intended self-injury, or

(3)    results from any act due to war whether or not the Insured is in the military service. "War" means declared or undeclared war or conflict involving the armed forces of one or more countries, governments, or international organizations.

**Notice and Proof of Total Disability.**    We must receive notice of a claim and due proof of total disability while the Insured is alive and totally disabled. If this is not done, you should submit such notice and proof as soon as reasonably possible. We may also require you to submit proof of the Insured's continuing total disability at reasonable intervals. If you do not submit proof when we require it, no further premiums will be waived. We will not require proof more than once a year after the total disability has lasted more than 2 years.

**Premium Payments.**    If the Insured's total disability starts during a grace period, the unpaid premium must be paid before a claim will be approved. We may charge interest on that premium from the end of the grace period to the date paid at 6% a year. You must pay all premiums that come due until we approve the claim. We will refund any premium that you paid after total disability starts which is later waived. If the Insured dies before such refund is made, we will include that amount in the proceeds.

**Conversion.**    When the Basic Plan is converted and this rider is in force, a waiver of premium benefit will be included in the new policy unless the Insured is then age 60 or over or is totally disabled as defined in this rider.

The benefit on the new policy will be subject to the following conditions at the time of conversion:
(1)    The premium will be based on the Insured's attained age, sex, and class of risk. The class of risk will be the same as for this rider.
(2)    All limitations of this rider will be part of the new policy.
(3)    The Incontestability provision in the new benefit will not extend beyond the period set by this rider.

## WAIVER OF PREMIUM BENEFIT RIDER  (CONTINUED)

**Automatic Conversion.**   If the premiums for the policy are being waived on the policy anniversary when the Insured is age 75, this Basic Plan will be converted to a Whole Life Basic Plan. The premiums will be waived while the Insured's total disability continues.

**Termination.**   This rider will terminate on the policy anniversary when the Insured is age 60. We will terminate this rider before that date when:

   (1)   the Basic Plan or rider is not renewed or
   (2)   the policy is terminated by surrender, lapse, or conversion.

You may request to terminate this rider. You must send us the request and the policy. This rider will terminate the later of the date we receive your request and the policy or the termination date you choose. We will revise page 3 of the policy to show this change. Any premium paid for the payment period beyond the date this rider terminates will be paid to you.

Termination will not affect any claim for total disability which starts before termination.

**Incontestability.**   Except for nonpayment of premiums, we will not contest this rider after it has been in force during the lifetime of the Insured for 2 years from its issue date unless the Insured becomes totally disabled within that period.

**Issue Date of This Rider.**   This is the date coverage starts. It is the same as the issue date of the policy unless a different date for this rider is shown on page 3.

**State Farm Life Insurance Company**

*[signature]*
President

*[signature]*
Secretary

FORM 96204

960218

**STATE FARM LIFE INSURANCE COMPANY, Bloomington, Illinois**

APPLICATION FOR LIFE INSURANCE

1ST COPY
PAGE 1

**1** If the application is for a change in a State Farm policy, give the policy number: `01`

## 2 PROPOSED INSURED 1 (Print name in full)

a **MR/MRS/MS:** FINGERHUT ROBERT S. (LAST NAME, FIRST NAME) MAILING ADDRESS 254 FONDERLAC ST. SE
b CITY WARREN STATE OH ZIP CODE 44484 IN CITY? YES/NO SOCIAL SECURITY OR TAX IDENTIFICATION NUMBER 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 DRIVER'S LICENSE NUMBER STATE
c SEX M BIRTH DATE MO-DAY-YR 10-24-45 AGE 53 MARITAL STATUS MARRIED HEIGHT 5'8" WEIGHT 185 STATE OF BIRTH N.J. UNITED STATES OR CANADIAN CITIZEN X
d OCCUPATION (GIVE EXACT DUTIES) SELF EMPLOYED EMPLOYER'S NAME AND ADDRESS

## 3 PROPOSED INSURED 2 (Additional Insured or Payor, print name in full)

a **MS:** LAST NAME FIRST NAME MIDDLE INITIAL SOCIAL SECURITY OR TAX IDENTIFICATION NUMBER DRIVER'S LICENSE NUMBER STATE
b SEX BIRTH DATE MO-DAY-YR AGE MARITAL STATUS HEIGHT WEIGHT STATE OF BIRTH UNITED STATES OR CANADIAN CITIZEN YES/NO
c OCCUPATION (GIVE EXACT DUTIES) EMPLOYER'S NAME AND ADDRESS

## 4 APPLICANT/OWNER (If not Proposed Insured 1, print name in full)

a LAST NAME FIRST NAME MIDDLE INITIAL SOCIAL SECURITY OR TAX IDENTIFICATION NUMBER
b MAILING ADDRESS CITY STATE ZIP CODE IN CITY?
c Successor Owner (Required unless Applicant/Owner is a TRUST or CORPORATION) LAST NAME FIRST NAME MIDDLE INITIAL

**5** Complete: If Proposed Insured is under age 16
a Is Proposed Insured 1 to be Owner at and after age 21? YES/NO
b Give amount of insurance in force on: (if none, so indicate) Father $ Mother $

## COVERAGES APPLIED FOR (Do not complete 6 - 8 if applying for Universal Life)

**6a** Basic Amount and Plan applied for: $960,000 SELECT 10 MTG YES/NO

**b** Riders/Benefits applied for: (Check Ratebook for availability of riders.) Waiver of Premium Disability? YES/NO

| | AMOUNT | | | | AMOUNT |
|---|---|---|---|---|---|
| AD | | | 5 YR RT | | |
| GIO | AMOUNT | | 10 YR RT | | AMOUNT |
| CTR¹ | UNITS | YES INT. | AI² MTG | INT. | AMOUNT |
| PAYOR¹ | | | AI² 5 YR RT | | AMOUNT |
| MTG | YES INT. | AMOUNT | AI² 10 YR RT | | |

1-Complete 12 & 13    2-Complete for Proposed Insured 2

**7** Dividend Option - If the option chosen is not available or no option is chosen, policy provisions determine the option.
☐ Paid-Up Additions  ☐ Accumulate  ☐ Reduce Premium
☐ Cash Payment  ☐ Fifth Dividend Option

**8** Do you want the Automatic Premium Loan provision to apply, if available? YES/NO

## UNIVERSAL LIFE

**9a** Initial Basic Amount: $

**b** Death Benefit: (COMPLETE FOR NEW POLICY ONLY) ☐ Option 1-Basic Amount ☐ Option 2-Basic Amount plus Account Value
If option not chosen, policy provisions determine option.

**c** Riders/Benefits applied for: (Check Ratebook for availability of riders.) Waiver of Monthly Deduction (For Disability) YES/NO

| | AMOUNT | | AMOUNT | |
|---|---|---|---|---|
| AD | | GIO | | 1-COMPLETE 12 & 13 |
| CTR¹ | UNITS | AI² TERM | AMOUNT | 2-COMPLETE QUESTIONS FOR PROPOSED INSURED 2 |

**d** Dividend Option: ☐ Addition to Account Value ☐ Cash Payment
If option not chosen, policy provisions determine option.

**e** Planned Premium:
Mode of Payment ☐ ANNUAL ☐ SFPP ☐ OTHER SPEC. MO.
Amount to be billed each payment date $

**f** Increase in Basic Amount: (DO NOT COMPLETE FOR NEW POLICY) $

## 10 Beneficiary Designation – Proposed Insured 1

Completion of this section will replace all previous rider and policy designations for this policy. If a Change of Plan, this will replace previous designations.

PRIMARY BENEFICIARY - FULL NAME / AGE / RELATIONSHIP
DONNA FINGERHUT 55 WIFE
☒ Interest Option or  ☐ One Sum or  ☐ Other-Explain*

SUCCESSOR BENEFICIARY - FULL NAME / AGE / RELATIONSHIP
☐ Interest Option or  ☐ One Sum or  ☐ Other-Explain*

FINAL BENEFICIARY - FULL NAME / AGE / RELATIONSHIP
One Sum Settlement Only

* If additional space is needed, use the explanation section on page 2.
If a beneficiary survives the Insured, any payment to successor will be one sum, unless changed.

## 11 Beneficiary Designation – Proposed Insured 2

(Complete for Additional Insured's rider only if Beneficiary provision in the rider is NOT desired.) If a Change of Plan, this will replace previous designations. If this section is completed, the Payment of Benefit Provisions of the policy will control rather than the Beneficiary provisions of such rider. "Additional Insured" would be used in place of "Insured."

PRIMARY BENEFICIARY - FULL NAME / AGE / RELATIONSHIP
☐ Interest Option or  ☐ One Sum or  ☐ Other-Explain*

SUCCESSOR BENEFICIARY - FULL NAME / AGE / RELATIONSHIP
☐ Interest Option or  ☐ One Sum or  ☐ Other-Explain*

FINAL BENEFICIARY - FULL NAME / AGE / RELATIONSHIP
One Sum Settlement Only

* If additional space is needed, use the explanation section on page 2.
If a beneficiary survives the Additional Insured, any payment to successor will be one sum, unless changed.

## CHILDREN'S TERM RIDER Complete 12 & 13    OR    JUVENILE APPLICATIONS (AGES 0 - 15) Complete 13 & 14

**12** List children under age 18: (only if CTR applied for) (if None, so state)

| LAST NAME, FIRST NAME, MI (IF LAST NAME DIFFERENT EXPLAIN) | RELATIONSHIP TO PROPOSED INSURED 1 | BIRTH DATE MO. DAY YR. | AMOUNT NOW INSURED FOR |
|---|---|---|---|
| | | | |

**13** Has juvenile or have any children named in question 12: (if yes, explain)

| | YES | NO |
|---|---|---|
| **a** had a birth defect, mental disorder, or impairment of sight, hearing, or speech? | ☐ | ☐ |
| **b** had asthma, seizure, diabetes, or kidney disease? | ☐ | ☐ |
| **c** had heart murmur, anemia, leukemia, or cancer? | ☐ | ☐ |
| **d** in the last 3 years, for any reason not previously explained, been a patient in a hospital, clinic, or emergency room? | ☐ | ☐ |
| **e** in the last 10 years, had or been treated for Acquired Immune Deficiency Syndrome (AIDS)? | ☐ | ☐ |

Jackson Apx. Vol. 24
Page 78

131-3433 OH.2

4-98 Printed in U.S.A.

APPLICATION FOR LIFE INSURANCE

1ST COPY
PAGE 2

## ALL Applications Complete 14

**14a** Do you have personal and business life insurance of more than $200,000? *(if yes, give amounts and details)*

**b** Do you have any accidental death insurance excluding group? *(if yes, and AD applied for,*
give amount *)*

**c** Will this policy replace or change insurance or annuities you now have? *(if yes, explain)*

**d** Are you now applying for life or health insurance with any other company? *(if yes, state companies and amount)*

**e** Do you plan to leave or travel from the United States or Canada in the next 6 months? *(if yes, explain)*

## Applications (Ages 16 & Up):
- **If NO Medical Exam required complete 15 - 20**
- **If Medical Exam required complete 15, 16, 18a, & 18e.**

**15** Have you used tobacco in any form in the last 12 months?

**16** Have you, in the last 3 years: *(if yes, explain)*

**a** flown as a pilot, crew member, or a student pilot in aircraft such as an airplane, helicopter, glider, or ultralight? Or, is any such activity planned in the next 6 months?

**b** engaged in avocations such as mountain or rock climbing, auto, motorcycle, or powerboat racing, scuba or sky diving, hang gliding, or ballooning? Or, is any such activity planned in the next 6 months?

**c** had your driver's license suspended or revoked, had any moving violations, had 2 or more accidents, or been charged with driving under the influence of alcohol or drugs?

**17** Have you ever: *(if yes, explain)*

**a** applied for or received disability benefits?

**b** had an impairment or loss of sight or hearing, or an impairment of neck, back, or limb?

**18** Have you, in the last 10 years, had or been treated for: *(if yes, circle and explain)*

**a** high blood pressure, stroke, heart murmur, chest pain, heart attack, tumor, cancer, or lymph gland disorder?

**b** mental, nervous, or convulsive disorder; or epilepsy?

**c** pneumonia, emphysema, asthma; ulcer, colitis, liver or intestinal disorder; anemia or blood disorder?

**d** diabetes, arthritis, sexually transmitted disease, or kidney disease?

**e** Acquired Immune Deficiency Syndrome (AIDS)?

**f** chronic diarrhea, unexplained weight loss, recurrent fever, fatigue, or night sweats?

**19** Have you, in the last 5 years: *(if yes, explain)*

**a** used cocaine, marijuana, hallucinogenic drugs, or narcotics not prescribed by a physician?

**b** been treated or counseled, or advised to seek treatment or counsel, for alcohol or drug use?

**20** Have you, in the last 5 years, for any reason not previously explained: *(if yes, explain)*

**a** had treatment or a test in any medical facility such as a lab, clinic, emergency room, or hospital?

**b** had treatment or advice from any physician or psychologist?

**c** taken prescribed medication? *(if yes, list & explain)*

**d** had surgery or been told surgery was necessary?

**AGENT - If yes, it may be advisable not to collect money or give a Binding Receipt - Consult Agents Service for specific instructions.**

**Explanations:** *If space below is insufficient, use additional sheets, which will be part of this application. Sheets must be signed & dated by Proposed Insured(s), and/or Applicant, and witnessed by Agent.*

| QUESTION NUMBER | NAME OF PERSON | NATURE AND SEVERITY OF CONDITION FREQUENCY OF ATTACKS - TREATMENT RECEIVED | DATES ONSET YR. MO. | RECOVERY YR. MO. | NAMES & ADDRESSES OF MEDICAL ATTENDANTS AND HOSPITALS |
|---|---|---|---|---|---|
| 20C | ROBERT | LOPRESSOR — PREVENTATIVE | | | DR. KUIPER |
| | | BETA BLOCKER | | | |
| | | ASPIRIN — PREVENTATIVE | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

Coverage will be effective as of the policy date if the following conditions are met: the first premium is paid when the policy is delivered; the Proposed Insureds are living on the delivery date; and, on that delivery date, the information given to State Farm Life is true and complete without material changes.

For changes in Basic Amount for a Universal Life Policy, the change will be effective on the deduction date on or next following acceptance of the change by State Farm Life if on such deduction date the following conditions are met: there is enough cash surrender value to make the required deduction; the Proposed Insureds are all living; and the information given to State Farm Life is true and complete without material changes.

However, if a binding receipt has been given and is in effect, its terms apply.

All Proposed Insureds and the Applicant state that the information in this application and any medical history is true and complete. It is agreed that State Farm Life can investigate the truth and completeness of such information while the policy is contestable.

By accepting the policy, the Owner agrees to the beneficiaries named, method of payment, and corrections made. No change in plan, amount, benefits, or age at issue may be made on the application unless the Owner agrees in writing. Only an authorized company officer may change the policy provisions. Neither the agent nor a medical examiner may pass on insurability.

Any person who, with intent to defraud or knowing that he is facilitating a fraud against an insurer, submits an application or files a claim containing a false or deceptive statement is guilty of insurance fraud.

Social Security or Tax Identification Number (TIN) Certification - By signing this application, I certify under penalties of perjury that (1) the TIN shown above is correct, and (2) that I am not subject to backup withholding either because I have not been notified that I am subject to backup withholding as a result of a failure to report all interest or dividends, or the Internal Revenue Service has notified me that I am no longer subject to backup withholding. *(If you are subject to backup withholding, cross out item 2.)* The Internal Revenue Service does not require your consent to any provision of this document other than the certifications required to avoid backup withholding. *(See instructions on reverse side)*

Any policy issued on this application will be owned by Proposed Insured 1 or the Applicant, if other than Proposed Insured 1.

DATED ON   MONTH **8** DAY **12** YEAR **99**     Signature of Proposed Insured 1 X

AT _Youngstown, Ohio_     Signature of Proposed Insured 2 X

Witness to all Signatures X _Kathryn L. Thomas_     Signature of Applicant X

*Not required unless applicant is other than Proposed Insured 1. If a firm or corporation is to be the owner, give its name and signature of authorized officer.*

## Substitute Form W-9

### Explanation of and Instructions for Payer's Request for Taxpayer Identification Number (TIN) and Certification

### Definitions

"We" and "us" refer to State Farm Life Insurance Company. We are a payer of interest.

"You" and "your" refer to the owner of the policy.

"Dividends" does not include life insurance policy dividends paid under the provisions of a life insurance policy.

"Interest" paid on life insurance policy dividends left to accumulate at interest is, in general, taxable interest.

### Purpose of Request

To give your taxpayer identification number (TIN) and certification to us as a payer of interest so that you will not be subject to backup withholding that became effective January 1, 1984.

Completion of this form furnishes and certifies your taxpayer identification number (TIN) to us, certifies that you are not subject to backup withholding because of under-reporting interest and dividends on your tax return and claims exemption from backup withholding if you are an exempt payee.

If you do not complete this form properly and return it to us, we may be required to withhold 31% of payments made to you.

### What is Backup Withholding

The Interest and Dividend Tax Compliance Act requires payers to withhold and pay to IRS 31% of payments of interest, dividends, and certain other payments under certain conditions. This is called "backup withholding." If you give us your correct TIN, certify your TIN when required, and report all your taxable interest and dividends on your tax return, your payments will not be subject to backup withholding.

Payments you receive will be subject to backup withholding if:

interest and dividends on your tax return (for interest and dividend accounts only), or

(4) You fail to certify to us that you are not subject to backup withholding under (3) above (for interest and dividend accounts opened after 1983 only), or

(5) You fail to certify your TIN.

### Payees and Payments Exempt from Backup Withholding.

The following lists payees that are exempt from backup withholding and information reporting. If you are exempt, indicate in the explanations section on the reverse side. For interest and dividends, all listed payees are exempt.

(1) A corporation.

(2) An organization exempt from tax under section 501(a), or an individual retirement plan (IRA), or a custodial account under section 403(b) (7).

(3) A state, the District of Columbia, a possession of the United States, or any subdivision or instrumentality thereof or an internal organization or any agency or instrumentality thereof.

(4) A dealer in securities or commodities required to register in the U.S. or a possession of the U.S.

(5) A futures commission merchant registered with the Commodity Futures Trading Commission.

(6) A real estate investment trust.

(7) An entity registered at all times during the tax year under the Investment Company Act of 1940.

(8) A common trust fund operated by a bank under section 584(a).

(9) A financial institution.

(10) A middleman known in the investment community as a nominee or listed in the most recent publication of the American Society of Corporate Secretaries, Inc., Nominee List.

(11) A trust exempt from tax under section 664 or described in section 4947.

Civil Penalty for False Information With Respect to Withholding. - If you make a false statement with no reasonable basis which results in no imposition of backup withholding, you are subject to a penalty of $500.

Criminal Penalty for Falsifying Information. - Willfully falsifying certifications or affirmations may subject you to criminal penalties including fines and/or imprisonment.

### Specific Instructions

Name. - Be sure your correct name is shown. If you are an individual and your name has changed, for example, because of marriage, contact the Social Security Administration to report your new name.

If you are a sole proprietor, you must furnish your individual name and either your social security number or employer identification number.

Certification. -

(1) Interest Accounts Opened After 1983. - You must furnish a correct and certified TIN to us or backup withholding will apply. If you are subject to backup withholding and, you are merely providing your correct TIN to us, you must cross out item (2) in the certification before signing the form.

(2) Exempt Payees and Payments. - Even if you are exempt from backup withholding, you should complete this form to avoid possible erroneous backup withholding. Provide your correct TIN and cross out item (2) of the certification. If you are a nonresident alien or foreign entity not subject to backup withholding, give us a completed Department of the U.S. Treasury Form W-8, Certificate of Foreign Status.

Privacy Act Notice. - IRS Section 6109 requires most recipients of dividend, interest, or other payments to give your taxpayer identification numbers to payers who must report the payments to IRS. IRS uses the numbers for identification purposes.





---

### BASIC PLAN DESCRIPTION

Term life insurance to age 95. Insurance is payable when the Insured dies. Premiums are payable for the term of insurance. Premiums are level for the first 10 policy years. Subject to provisions for adjusting and changing premiums, premiums are level for 10 years following the qualifying date on which the Insured qualifies for reentry; otherwise, the premiums increase each year. The basic plan is convertible to age 75. The basic plan is eligible for annual dividends.

FORM 98026                                                      970728

# Your Constitutional Rights

## MIRANDA

PLACE _Capt. Bacon's Office_

DATE _12-21-01_

TIME _2:13_

Before we ask you any questions, you must understand your Rights. _N J_

You have the right to remain silent. _N J_

Anything you say can be used against you in court. _N J_

You have the right to talk to a lawyer for advice before we ask you any questions, and to have him with you during questioning. _N J_

If you cannot afford a lawyer, one will be appointed for you before any questioning, if you wish. _N J_

If you decide to answer questions now without a lawyer present, you will still have the right to stop answering at any time. You also have the right to stop answering at any time until you talk to a lawyer. _N J_

## Waiver Of Rights

I have read, or have had read to me, this statement of my Constitutional Rights, and I understand what my rights are. I am willing to make a statement and answer questions. I do not want a lawyer at this time. I understand and know what I am doing. No promises or threats have been made to me and no pressure or coercion of any kind has been used against me. I, therefore, waive my rights and agree to make a statement.

Signed _Nathaniel Jackson_

Witness: _Lt. Sgt. Moore_

Witness: _Det. Jeff Hoelzer_

Time: _2:15_

(Rev. 2/14/80)



# NATE JACKSON: Audio from Video

Date of Interview:     Friday, December 21, 2001
Location:              Trumbull County Sheriff's Dept, office of Capt G Bacon
Present at Interview:  Detective Paul Monroe - Howland Twp Police Department
                       Detective Jeff Hoolihan - Warren Police Department
                       **NATHANIEL JACKSON**


Det Hoolihan:    Not too smokey in here, is it?

JACKSON:         No, huh, uh.

Det Hoolihan:    You want the door cracked?

JACKSON:         It's alright.

Det Hoolihan:    You got enough coffee and everything?

JACKSON:         (No response)

Det Monroe:      It's, uh, December 21st, the year 2001, at 2:13 a.m.  OK, I'm gonna read
                 your rights, Nate.  Before we ask you any questions, you must understand
                 your rights.  You have the right to remain silent.  Anything you say can be
                 used against you in court.  You have the right to talk to a lawyer for advise
                 before we ask you any questions, and to have him with you during
                 questioning.  If you cannot afford a lawyer, one will be appointed for you
                 before any questioning, if you wish.  If you decide to answer questions
                 now, without a lawyer present, you still have the right to stop answering at
                 any time until you have talked to a lawyer.  You also have the right to stop
                 answering at any time 'til you talk to a lawyer.  I've read this statement,
                 and my Constitutional Rights, and understand what my Rights are.  I'm
                 willing to make a statement and to answer questions.  I do not want a
                 lawyer at this time.  I understand and know what I am doing.  No promises
                 or threats have been made or used against me; no pressure, coercion of any
                 kind has been used against me.  I, therefore, waive my Rights, and agree to
                 make a statement. Do you understand that, Nate?

JACKSON:         Yeah.

Det Monroe:      Could you look this over?  Put your initials on each one of these lines, sign
                 it down here.  Make some room here ...  At the end of each little line here,
                 put your initials.  That means the form was read and showing that you

1

|  | understand it, okay? |
|---|---|
| JACKSON: | Uh-huh... |
| Det Hoolihan: | And I need your signature here.  You left-handed or right-handed? |
| JACKSON: | Left-handed. |
| Det Hoolihan: | Okay. |
| JACKSON: | And, I didn't mean to do this shit, man...I really didn't mean to do that shit, man. |
| Det Hoolihan: | You have any questions regarding your Rights? |
| JACKSON: | I just didn't mean to do it, man. |
| Det Hoolihan: | Okay. |
| JACKSON: | I didn't, man; I'm sure I didn't, man.  Sorry, man. |
| Det Monroe: | Okay, Nate.  What you need to do is, is go back and talk about this, okay?  And we got to start from the beginning.  We got to start from, uh... |
| JACKSON: | I ain't (inaudible)... |
| Det Monroe: | You're going to have to speak up. |
| JACKSON: | I told you, I told you, you know what I'm saying; I mean, I was, man, I mean, I don't even like talking about it, man, you know what I'm saying, I mean, cause you know what I mean, it's fucked for me, man, you know what I mean, that's, you know what I'm saying, I mean, I told you (inaudible) ... what happened, man, you know what I'm saying, I mean, I don't even want to, you know what I'm saying, discuss no more about it, man, you know, 'cause it ain't gonna, you know, it ain't gonna to bring, ain't gonna bring the man back. |
| Det Monroe: | Okay, let's go over the events that occurred on December 11th, that's a Tuesday, that's the day that, um, the shooting occurred, alright?  Get up early in the morning, right?  You hook up with Donna on Tuesday? |
| JACKSON: | It's over, man, you know what I'm saying; I say what I had to say, man.  You know what I'm saying; that's it, man.  Anything else, man, you know, |

we just, man, you know, argue that, you know what I'm saying, whatever my attorney be, man, you know what I'm saying, man, you know, right know, man, I'm just saying, you know, I mean, I ain't, I ain't fully...

Det Monroe:  I know ...

JACKSON:  you know what I'm saying; I'm fucked up, man, you know?

Det Monroe:  Alright, I know it's tough for you.  Could you, now that we got the camera rolling, could you just talk about this with me one more time, we got to clear it up, alright.  This is your side.  Robert picks you up, right?

JACKSON:  Uh huh.

Det Monroe:  Okay, where's he pick you up at?

JACKSON:  Down at, by C-Staples.

Det Monroe:  Oh, C- Staples?  Okay...

JACKSON:  Yeah.

Det Monroe:  I thought you were talking about another place.

JACKSON:  No, C- Staples is like a little eatery, man.

Det Monroe:  You get ribs there?  Okay.  Robert comes down there and picks you up.  Do you know about what time this is?

JACKSON:  Shit man, I can't recall.

Det Monroe:  Still daylight?

JACKSON:  Ah, man, told you, she dropped me off, man; it was around about nine (9). Let see, probably, it, it was after seven (7), man, you know...

Det Monroe:  After seven (7) sometime.

JACKSON:  Yeah, she dropped me off.

Det Monroe:  Okay.

Det Hoolihan:  This place, is it in Warren or Youngstown?

3

JACKSON:    Youngstown.  That's what I'm saying, man, I mean, if it was like something intended, man, just, you know, I mean, you know, on one of them, them ol' backstreets, or something, man, you know what I'm saying, up in my 'hood, well, I know, you know, I could probably try to get away with it, man, when, you know, it wasn't, it wasn't, you know, laid out like that, man, you know…wasn't laid out like that.  You know, I ain't no killer or nothing; I ain't gonna kill 'em for real, man, you know, I was just always a hustler, man, you know what I'm saying.  That's all.  I mean, trying to, you know what I'm saying, I mean, make it on my own, man, you know.  I mean, I could find some shit, I don't ask nobody for shit, man, 'cause I can't depend on nobody, you know, if I want something, I got to get it for myself.  You know (inaudible)… street hustler, you know, it was like my job, man, you know what I'm saying.  I don't have no problems with it, you know, I mean I have fun, money was good, you know what I'm saying, all this shit.  (Inaudible)…I would never tighten, you know what I'm saying, it just, you know, would all be here, they're like, you know, yeah, 'cause I'm hustling, you know what I'm saying, I got to be a killer, oh, man…

Det Hoolihan:    Just tell us the story again, so we can understand it.

JACKSON:    Told you, man, you know, I mean, ain't, ain't too much you can, you know, ain't too much more you can say, man, you know what I'm saying.

Det Monroe:    Okay, well, how does Robert get a hold of you?

JACKSON:    What did you say?

Det Monroe:    Robert picks you up at the C-Staples, but…

JACKSON:    I'm already, I mean, (inaudible)…I talked to him here and there, you know what I'm saying, shit, man, down at the bus station…

Det Monroe:    On that, on Tuesday night, how does he get a hold of you, though?

JACKSON:    Huh?

Det Monroe:    He picks you up …

JACKSON:    I talked to him, I talked to him at the bus station.

Det Monroe:    You were at the bus station?

JACKSON:        Yeah.

Det Hoolihan:   Which bus station?

JACKSON:        Downtown.

Det Hoolihan:   In Warren or Youngstown?

JACKSON:        In Youngstown.  He was, he was outside, they was putting, they was putting luggages on a bus.  I be talking to him, told him meet me at (inaudible)...C-Staples.

Det Monroe:     Okay.  About how long after you told him to meet you up by, at C-Staples before he comes up there?

JACKSON:        Shit, man, shit, I guess it was after he got off work.  You know what I'm saying...whatever time he got off work, you know.

Det Monroe:     Where were you at when he shows up at C-Staples?  You inside?

JACKSON:        Huh?

Det Monroe:     You inside?

JACKSON:        Nah...

Det Monroe:     Where were you at?

JACKSON:        Outside.

Det Monroe:     You were outside?

JACKSON:        You know what I mean, 'cause I, yeah, that, that whole, that whole section of the block, you know what I'm saying, I mean, when, you know, I mean, when, when the corner was the corner, you know what I'm saying, I mean, I used to hang out up there, you know what I'm saying.

Det Hoolihan:   What time was it?

JACKSON:        Huh?

Det Hoolihan:   Do you remember what time it is?

JACKSON:            Shit, it was, probably, I'd say here roughly about, probably, after, probably after nine (9).

Det Hoolihan:       In the morning, or in the night?

JACKSON:            Nah, in the night.

Det Monroe:         Okay, Robert rolls up and what happens?

JACKSON:            He pulled up, you know what I'm saying, I got in the car, you know what I'm saying, um, during, during the process, you know what I'm saying, you know, we talking, you know what I'm saying, about the little transaction I actually made, can I come over here, you know, she goes, you know what I'm saying, like, you know, 'cause I was going, um, to start, you know, working, working for him, and shit, you know, down at the station and shit; you know, he was gonna give me a job...

Det Monroe:         Okay, but he, he rolls up to C-Staples, and he wants something from you, right?

JACKSON:            Yeah, he wanted some weed.

Det Monroe:         How much weed does he want?

JACKSON:            Huh?

Det Monroe:         How much weed does he want?

JACKSON:            He wanted an ounce.  I ain't had no ounce on me...

Det Monroe:         You didn't have an ounce?

JACKSON:            Huh-uh (negative).

Det Monroe:         Okay.  Did you have any with you?

JACKSON:            (No audible response)

Det Monroe:         Did you sell it to him?

JACKSON:            (Inaudible)

Det Monroe:         So you sold him the weed.  How much weed did you sell?

JACKSON:           Shit, man (inaudible)... I only used, it wasn't no, it wasn't no quite ounce, you know what I'm saying.

Det Monroe:      How much did he pay for it?

JACKSON:           Huh?

Det Monroe:      How much did he pay for the weed?

JACKSON:           A hundred bucks.

Det Monroe:      A hundred bucks?

JACKSON:           Yeah.

Det Monroe:      Okay.  And then you want something from him, right?

JACKSON:           Huh?

Det Monroe:      What do you want from him?

JACKSON:           I didn't want nothing from him, shit...I mean, you know what I mean, I mean...

Det Monroe:      You didn't want him to put you up in his crib for awhile?

JACKSON:           Huh?

Det Monroe:      Didn't you say you wanted him to put you up for awhile?

JACKSON:           Nah, I asked him, you know what I'm saying, can I, can I come up, do you know what I'm saying, until, you know what I mean, you ain't gotta, you ain't gotta put me up, you know, so, I mean, I'm going, I'm going at you, you know what I'm saying, I mean, 'cause, I mean, ain't nothing to a failure but a try, you see what I'm saying...

Det Hoolihan:     Yeah...

JACKSON:           I mean, shit...

Det Hoolihan:     How long have you known Robert?

JACKSON:           Robert, Robert (inaudible)... shit, a couple years.

7

Det Hoolihan:    Have you ever been at the house before?

JACKSON:    Yeah, I've been...

Det Hoolihan:    So you know where he lives then, right?

JACKSON:    (Inaudible) ... and, um, I used to, um, come over there, man, you know what I'm saying, lot of times, I mean, I mean, I used, I used to like, you know, I mean, I, I watched the games with him, you know what I'm saying, hey, Nate, you know, 'cause you, you know, he was in the sports, you know, I mean, cool, you know, I mean, he was alright, man, you know.  I mean, he wasn't no bad dude, man, you know, that's why I say, man, you know, it hurt me, you know what I'm saying, when it happened, man. You know.

Det Monroe:    Okay.  But you asked him if you could come over there and hang out.  Did you end up in his car?

JACKSON:    Yeah.  He took me. (Laughter)

Det Monroe:    He told you to get in his car?

JACKSON:    Yeah.  When, when we, when he first pulled up, you know what I'm saying, he unlocked the door, you know what I'm saying, got in, you know, and, um, we was, we was driving up, I said, "Lookey here, check this out, man."  I said, um, "Do you think you can go ahead and let me chill, you know what I'm saying, tonight, man?  You know, I mean, then you know, we get an early start tomorrow, you know, take me down there, you know, and show me how to, you know, get progress, you know what I mean, with the luggage bags and shit, you know."  Yeah, he just, he just made, he just took my, you know, he just took my, what I do, you know what I'm saying, my, my street life, man, you know what I mean, just, he just like, man, he just like said fuck me, man, you know what I'm saying, I mean, it ain't like this is what I, I planned to do, you know what I'm saying, I mean, I ain't, I ain't, you know what I'm saying, I ain't planned to, you know, living no, you know what I'm saying, on no street life, shit, man, you know what I'm saying, I mean, I just, I just caught up in the mix, you know what I'm saying, then now, since I'm up in the mix, you know what I'm saying, that's all I knew, you know what I'm saying.  I mean, okay, so, you, you may got a little some girlie, okay, that's cool, you know what I'm saying, I mean, I ain't mad at you; I'm happy for you, you know what I'm saying.  I'm happy to see anybody, you know what I'm saying, do something good for theirself, but then, you know what I'm saying, this

8

is all I know, you know what I'm saying...

Det Hoolihan:    So this was the discussion that you were having while you were driving to his house?  In the car?

JACKSON:    I mean, no...

Det Hoolihan:    As soon as you got in the car?

JACKSON:    I mean, we, we wasn't, you know, we were talking about that, you know what I mean, it was like, you know, we was talking about, you know, getting everything, you know, processed, to see, you know, if, I hire, you know, the, to do the luggages and shit, and tag 'em, you know, and, (belch) shit like that, you know what I'm saying, that's all it was, you know, up on me, you know.

Det Hoolihan:    So you were going to start working for him, right?

JACKSON:    Yeah.

Det Hoolihan:    And you, he was discussing with you how you were going to go about your job?

JACKSON:    Yeah, you know, and then when we got to the house, he's saying, yeah, you know, you got to, um, he's telling me about this street life, and saying, you know what I'm saying, I'm going, you know, I'm going to do this forever, and, you know; and I'm like, man, you know, damn, why, why would you down somebody like that, you know what I'm saying, I mean...

Det Hoolihan:    He disrespected you?

JACKSON:    Everybody, everybody change, you know what I'm saying, I mean, but it's like, a lot of this shit, you know what I'm saying, I can just take and eat up, you know what I'm saying.  I mean, you, you can call me what you want, you know what I'm saying, say what you want, say, you know what I mean, I'm not, I'm, I'm, I'm more than a man on that, you know what I'm saying, 'cause I ain't gonna let no worries sit here and intimidate me, you know what I'm saying.  To try to hurt nobody.  You know what I'm saying, 'cause it's all you doing, you know.  I mean, shit, you gonna, you gonna, you gonna pull a weapon on me, man, I mean, damn, you just let me know right then, you know what I'm saying, it's like, you know, fuck you, for real.

Det Hoolihan:      So when you got at the house, did you guys, where did you guys put the car at?

JACKSON:          Huh?  Put, we put, the car?  In the garage.

Det Hoolihan:      Okay, then put the garage door down?

JACKSON:          Uh-huh (affirmative).

Det Hoolihan:      Then you went into the house?

JACKSON:          Yeah.

Det Hoolihan:      Did he take the weed with him in the house?

JACKSON:          I don't, I don't remember where he took the weed, man.

Det Monroe:        He had the weed, though?

JACKSON:          Huh?

Det Monroe:        He, Robert had the weed?

JACKSON:          Yeah.

Det Monroe:        So you guys go in the house.  You guys sit down at the kitchen table and talk?

JACKSON:          Yeah, you know what I'm saying; I used the bathroom real quick, and I came in, you know.  And, I guess he was, you know, overlooking his, you know, mail, whatever, you know, we was sitting there, you know, we was talking, you know, and he was telling me, you know, that shit, you know, you, all you, you know what I'm saying, all you black guys, the same, this and that, you know, you all don't want to do nothing for you all self, you know, and then, you know, and then he make me think, like, well, damn, you know, you, you trying to, you know, say now on, that I'm, I'm a flunkie, or something, you know what I'm saying, 'cause you, you, you telling me all this, you know, and you about to hire me, so it's like, you know, you just saying, huh, yeah, yeah, and the guy got you, you know what I'm saying, working for me.  But, you know, I mean, I still, shit like like that, I overlook, you know what I'm saying, I mean, I'm just trying to, you know, I'm trying to, you know, make it, a different life-style, you know what I'm saying, and try to work some, you know.

10

Det Hoolihan:      So what time did you get at the house?

JACKSON:           Shit man, I don't...

Det Hoolihan:      Did you guys arrive...

JACKSON:           ... know, man, you know what I'm saying, I mean, I wouldn't, you know ...

Det Hoolihan:      Was it dark?

JACKSON:           I mean, yeah, it was dark, you know what I mean, the time, you know what
                   I mean, I really wasn't worried about no time or nottin', you know what
                   I'm saying, I mean...

Det Hoolihan:      But Robert usually works 'til a certain time, doesn't he?

JACKSON:           Huh?

Det Hoolihan:      Doesn't the bus station close at a certain time?

JACKSON:           Shit, I, I, I guess it close like 8:30, 9:00 o'clock, some shit like that.

Det Hoolihan:      Does Robert usually work 'til then, 8:30, 9:00 o'clock?

JACKSON:           I guess, I take it as that, you know.

Det Hoolihan:      So it would be fair to say that sometime after 9:00 you guys arrived at
                   Robert's house?

JACKSON:           Shit, I mean, it was, it was, it was after 9:00, man, you know what I'm
                   saying.

Det Monroe:        You guys were both sitting at that table right there in the kitchen, talking.

JACKSON:           Nah, he was, he was standing up, by, by the end of the counter, man.

Det Monroe::       And you, you're sitting down?

JACKSON:           Uh, no, I'm, you know what I mean, I'm standing at, you know, up behind
                   the back of the chair, you know what I mean, with my hands crossed, you
                   know, this and that, you know what I'm saying, I mean, 'cause I'll tell you
                   know, I mean, I listen to anything, you know what I'm saying, if
                   somebody, you know, try to tell me and say, you know I mean, I ain't

11

gonna just take it and throw it away, you know what I mean, I'm gonna go ahead and put some use to it, you know, man, I'm listening at him, he say, you know, then, he was telling me, I told him, "Well, man lookey me, man, I mean, come give me a lecture or something, I mean, shit, you could have left me, you know what I'm saying, down the 'hood, I mean, if I knew I was coming up here for this shit, man, you know." And, he, he talking, well, you know, I mean, I can, walk in this and that, and I'm like, come on, raining, it don't gotta be like this, you know what I'm saying, I'm like, well then again, man, I mean, you, you brought me up here, you know what I'm saying, I mean, you take me back where you got me from, you know what I'm saying, just out of respect. No, you see, I ain't got to do shit, you know what I'm saying, I mean, you know, I mean, I'm sitting down, I mean, I'm like, yeah, alright, man.  I look up, you know what I'm saying, I mean, what the fuck?  You know.  I mean, he, he had the gun, man, you know what I'm saying, I go, (inaudible)... the mother-fucker, man, I'm like, you know, I'm just saying to myself, man, this cat...

Det Monroe:     Wait a second, wait, you sit, you're standing here, talking to him, right? You guys aren't arguing, he's just, he's dis, disrespecting ...

JACKSON:        He is ... (inaudible) listen, listen here, okay.  At the, you know what I'm saying, when, when, when the disrespect, you know, part came on, you know what I'm saying, like I say, you know what I mean, I, you know what I'm saying, I wasn't expecting him, you know what I'm saying, to, you know, I mean, to, to, to take it, you know, to where it, you know, I mean, getting further detail, you know what I'm saying, I mean, 'cause like I say, man, when, when, when people say shit, man, I just like, you know, I, I'll brush it off, yeah, you know what I'm saying ...

Det Monroe:     Just let it go by.

JACKSON:        Yeah, you know, but, but at the same time, you know, I'm gonna let you know, you know what I'm saying, that I'm listening to you, you know what I'm saying, yeah, okay, you know, I mean, I mean, shit, you, you can call me the lowest scum of the earth, okay, yeah, you know what I mean, I can, I can't, you know, I can't change your opinion, you know what I'm saying ...

Det Monroe:     So what...

JACKSON:        ... 'cause you gonna think what you want to think, you know what I'm saying, okay, then, yeah, you know.

12

Det Hoolihan:      Everybody's got the right to their own opinion, right?

JACKSON:           Right.  You know, so I mean I ain't going to sit here and say well, man, you know you're a mother-fucker and lie, this and that, well, shit, if you feel I'm gonna be out here, you know what I'm saying, selling drugs all my life, okay, then.  (Inaudible)

Det Monroe:        Then this gun, this gun comes out.  Why, why does the gun come out?

JACKSON:           'Cause I told him, man, I said, "Lookey here," I said, "Look, you brought me up here, man, for all this shit man, you, you, you could have left me back," you know what I'm saying.  I mean, man, you know, I mean, I don't got to be here, you know.  He tell, well, you, you can, um, you can walk, and this and that, man, and look here, man, no, I say, I ain't, man, look, then again, I ain't, I ain't walking.  You know what I'm saying, I ain't walking, (inaudible)... oh, you know, you can get the fuck out of here now, you know what I'm saying, I'm like, yeah, I understand, when I looked up, man...

Det Hoolihan:      Where did the gun come from?

JACKSON             Man, I don't know, man.  It just ...

Det Hoolihan:      Did you see a gun lying around in there, when you walked in?

JACKSON:           I don't know, man, I mean, I ain't seen no, I ain't seen no gun, man, you know what I'm saying.  I mean, 'cause for one, man, you know what I mean, if, when I come to somebody's house, man, you know what I'm saying, I mean, I , I ain't going to go in their house, you know what I'm saying, to get to rambling and shit, man, you know what I'm saying, 'cause that ain't mine, you know.

Det Hoolihan:      What did the gun look like?  Describe it.

JACKSON:           Huh?

Det Hoolihan:      Describe the gun.

JACKSON:           Man, it was just, man, it was, it was, it was a shiny gun, man, you know what I'm saying ...

Det Hoolihan:      Was is an automatic?  Revolver?

13

JACKSON:         Um, shit, it was, it was a revolver, man.

Det Hoolihan:    Chrome, like a chrome?  Shiny?  Maybe a stainless steel?

JACKSON:         I just, I just seen some, you know, I mean, I just seen some shine, you
                 know what I mean.

Det Hoolihan:    Do you know what caliber it was?  Twenty-eight?  Thirty-eight?

JACKSON:         Ah man, I don't even know, I ain't, I ain't no gun man, you know what I'm
                 saying...

Det Monroe:      What about the barrel, how long was the barrel?

JACKSON:         Huh?

Det Monroe:      How long was the barrel?

JACKSON:         It was just, it was a little gun, man.  It was a little gun, man.

Det Hoolihan:    Do you know what the grips look like?

JACKSON:         I mean, I ain't, I ain't, you know, like I say, man, I wouldn't try to, you
                 know, analyze the gun like that, you know what I'm saying, 'cause, really
                 man, I ain't, you know, I don't like to, you know what I'm saying, touch
                 no guns, man, you know.  I don't like to touch no guns, I mean even
                 though when I was out there, on the streets, you know, I mean, I been shot
                 at, you know what I'm saying, a few times, but, I mean, I ain't gonna sit
                 here and try to, you know, keep coming back, you know, as far as no
                 retaliation thing.  I'm gonna leave it alone.  Fuck it.  You got me.  You
                 know what I'm saying ...

Det Hoolihan:    Right.

JACKSON:         I mean, I look at it as I'm blessed 'cause you ain't killed me, you know.
                 So, I mean, I always left shit alone like that, man, you know what I'm
                 saying.  Ain't carry no guns, you know.

Det Hoolihan:    So what happens, you guys are, an argument starts or something, or what?
                 Then what happens?

JACKSON:         I mean, it was like I say, man, I mean, I wouldn't, I wouldn't own no
                 organ-type stuff, man, you know what I'm saying.  I mean, he just may, I

14

|  | mean, it's just like, he just like flipped, man, you know what I'm saying, I mean, he just, Doctor Jeckyl, Mr. Hyde, you know. |
|---|---|
| Det Monroe: | So when he flips, pulls a gun out, whether he's got it on his clothes or wherever it comes from... |
| JACKSON: | Yeah, hey, you know 'saying, he got, he got the gun... |
| Det Monroe: | He got the gun... got the gun pointed at you, right? |
| JACKSON: | ...he got the gun pointed at me, know what I'm saying, so I reached up, you know what I'm saying, I, I go to grab, you know what I'm saying, I, you know, I mean, I got the front of, you know what I'm saying, I'm trying, you know, hold it back away from me, man, you know. |
| Det Monroe: | And what happens? |
| JACKSON: | Ow, man, you know what I'm saying, he squeezed on me, man. |
| Det Monroe: | He squeezed on you. |
| JACKSON: | Yeah. |
| Det Monroe: | And what happened? |
| JACKSON: | I, that's when I, that's when I felt my finger, and shit, man, you know what I'm like, what the fuck.  You know, I'm like, oh, you know, I mean, I'm like thinking in my mind, man, you know, I, I can't, I can't let this, you know, this cat keep this gun in his hand, man, 'cause if I do, huh, I know, I'm prob, I'm probably a done deal, man... |
| Det Monroe: | So what do you do? |
| JACKSON: | ...you know, I mean, I just, I mean, on the, on the tussle, you know what I'm saying, I mean, just like, you know, wow, you know what I'm saying, I'm like, damn, man, what the fuck, man. |
| Det Hoolihan: | So you, you shot Robert... |
| JACKSON: | ... man, I mean ... |
| Det Hoolihan: | ... in the tussle? |

15

| | |
|---|---|
| JACKSON: | I didn't mean to, man. |
| Det Hoolihan: | Okay... |
| JACKSON: | I didn't mean to, man. |
| Det Hoolihan: | Well then, how many, how many times did you shoot him? |
| JACKSON: | Man, I didn't, man, I just heard the gun go off, you know what I'm saying, like, two times, man, the thing went off, you know what I'm saying, like, a couple times, man, I mean, I ain't, I ain't mean, you know what I'm saying, it wasn't like I'm sitting here, you know, counting no shots, like, yeah, this is, this is what I'm going to do, you know what I mean.  I ain't, man, I ain't wanna do it, man. |
| Det Monroe: | How many times do you think... |
| JACKSON: | I swear to God, I ain't wanna did it, man. |
| Det Monroe: | Nate, how many times do you think the gun went off? |
| JACKSON: | Man, Lord knows I ain't wanna do that, man.  I'm serious, man, I ain't wanna take nobody's life, man. |
| Det Hoolihan: | So the first time he got shot, where did he get hit? |
| JACKSON: | I don't know, man. |
| Det Hoolihan: | Well, what does he do? |
| JACKSON: | I don't know.  You know, I mean, what he do? |
| Det Hoolihan: | Yeah. |
| JACKSON: | Shit, man, he, man, the, the cat steals your, you know what I mean, I mean, it's like, we still, you know what I'm saying ... |
| Det Hoolihan: | He's still coming at you? |
| JACKSON: | Yeah. |
| Det Monroe: | After you shot him? |

16

| | |
|---|---|
| JACKSON: | Huh, I mean, after the gun went off, you know what I'm saying, it's like, you know, I mean, 'cause I don't even know, you know, if, um, if, you know what I mean, if I really, you know, hit him like that right then, you know what I mean.  You trying to, he trying to, you know what I'm saying, I mean, this cat, trying to fuck me up, man. |
| Det Monroe: | Tell me what he's doing.  What's he doing? |
| JACKSON: | Huh?  I mean, I got, I got, I got him on the gun, you know what I'm saying, when I, when I pulled it down, he shot me, you know, I mean, he still trying to, he still trying to, you know what I mean, hit me, you know what I'm saying, in the buckle... |
| Det Hoolihan: | Yeah. |
| JACKSON: | ...you know what I'm saying, so, you know what I mean, where he can, where he can really hurt me, you know what I'm saying.  I mean, I'm, I'm, I'm trying to, you know, shift his weight up off me, you know what I'm saying ... |
| Det Monroe: | He's got your head in a head-lock? |
| JACKSON: | Uh, nah, I mean, you know what I'm saying, we, we, we like this, you know what I'm saying, I mean, I mean, I'm, I'm, I'm beside 'em, you know what I'm saying, I'm trying to tussle with the gun, you know what I'm saying.  He, he got the ups on me, you know what I'm saying, I mean, he, he trying to, you know what I'm saying, really bend me over, and I'm thinking, like, man, you know, I'm, I'm, I'm, I'm gone, man, you know what I'm saying... |
| Det Hoolihan: | So you shoot him again? |
| JACKSON: | Huh? |
| Det Hoolihan: | You squeeze the trigger again? |
| JACKSON: | I, man, that's how it was, man, you know what I'm saying... |
| Det Hoolihan: | Then what happens after that? |
| JACKSON: | Shit, man, I don't know, I ran, jumped in the car, man.  And left, man. I was scared, man. |

17

Det Monroe:        You got, where'd you get the keys from?

JACKSON:           On the counter.

Det Monroe:        On the counter?  You go out in the garage...

JACKSON:           Yeah, got in the car, man, I left, man.

Det Monroe:        Where did you put the gun?

JACKSON:           I don't know.

Det Monroe:        In your pocket?  Throw it in the car?  Where did you put the gun, Nate?

JACKSON:           I don't, I don't, I don't, man, I just, I was so fucked up, man, I mean, after
                   this shit happened, man, it fucked me up, man.

Det Monroe:        Okay.  You, you get in the car; what side of the car do you get in?

JACKSON:           Got in on the passenger side.

Det Monroe:        Okay.  What do you do then?

JACKSON:           Started the car up, man, left from out of there.

Det Hoolihan:      What did Robert do once you shot him the second time?

JACKSON:           Shit man, I mean, he was, he was, I mean, he was, he was just urinating on
                   the floor 'cause he was, he was breathing, though.

Det Hoolihan:      Where do you think you shot him at?

JACKSON:           I don't know.  I mean, he was breathing.

Det Hoolihan:      How do you know that?

JACKSON:           Huh?  'Cause I mean, I mean, I, I could, I could, I could see him, you
                   know what I'm saying, I mean, shit, he like (heavy breathing sounds), you
                   know what I'm saying, I mean, I'm, I'm, I mean I'm scared now, man, you
                   know what I'm saying, I'm like, I'm out of here, man.  I ain't want to do
                   that shit, man.  And I ain't, I ain't mean to take that man's life, man.  I
                   didn't, man.

Det Hoolihan:      So what did you do with the gun?

JACKSON:          I don't know...I don't know what I ..., man, I don't know what I, I don't know what I got to do with it, man.

Det Monroe:       Where do you go with the car?

JACKSON:          Huh?

Det Monroe:       Where do you take the car?

JACKSON:          Shit...(inaudible)

Det Monroe:       Where at?  What street?

JACKSON:          Man, I don't know, man, you know what I'm saying, I mean, I ain't, I ain't, I ain't, you know what I'm saying, I mean, I'm on, I'm an eastsider, you know what I'm saying, but really I'm all around, you know what I'm saying, well, I mean, like, only streets I really know are, you know what I'm saying, like, Main Street, you know what I'm saying, from my 'hood, you know what I mean, few, few streets on northside, awhile I'm around there, you know what I'm saying, like, you know, the Projects, and all that shit, you know what I'm saying, yeah, I, you know, I knew them, but, you know, I mean, I just, I moved the car on the street, you know, got out of it, you know what I'm saying.

Det Monroe:       Okay, you get out of the car, still got the gun with you?

JACKSON:          (No response)

Det Hoolihan:      You're bleeding pretty good now, right?

JACKSON:          Huh?

Det Hoolihan:      You're bleeding pretty good now, right?

JACKSON:          (No response)

Det Monroe:       You still got the gun with you?

JACKSON:          Oh, man.  I got rid of the gun, man.

Det Monroe:       Where did you get rid of the run?

19

JACKSON:          Shit, way back in Youngstown, man.

Det Monroe:       Where at, Nate?

JACKSON:          Tossed the mother-fucker out, the mother-fucker out of the car.

Det Monroe:       What street are you on when you do that?

JACKSON:          Shit, right, right when I was about to get on the, um, right when I got on the freeway, man.

Det Monroe:       Which freeway, Nate?

JACKSON:          On the way back to Youngstown.  Shit, I don't know (inaudible) no streets, or shit out there.

Det Hoolihan:     When you left the house, which way did you go?

JACKSON:          I got on that freeway.

Det Monroe:       Eighty-two (82)?

JACKSON:          I don't know what it is, man.  I just jumped on the freeway, man.  I...

Det Hoolihan:     So...

JACKSON:          ...Youngstown, (inaudible)...Youngstown...

Det Hoolihan:     Did you take the short way out of the area over there?

JACKSON:          Shit man, I, I mean, I took the only way I seen.  I seen the sign that said Youngstown, and there it was.  Like I say, man, I, I mean, I don't, I don't know my way, I don't know, I don't know my way around out there, man, you know what I'm saying.   I mean, that ain't, that ain't my neck of the woods.

Det Hoolihan:     So it wasn't part of the, um, the development where the freeway comes out of the road.  Is that where you threw the gun out?  At this, at the caution light there, at the traffic light?

JACKSON:          Uh...right on the freeway, man.  You know what I'm saying.

Det Monroe:       You threw it out of the driver side or the passenger side?

JACKSON:          (Inaudible)

Det Monroe:       Okay.  You go through the traffic light to get on the freeway, right?  Were
                  we in the right spot?

Det Hoolihan:     Which way you turning?

JACKSON:          Made a left to get on the freeway.

Det Monroe:       A left, and you still got the gun, right?  You make a left, and you got the
                  gun.  How far up the freeway do you go before you throw it?

JACKSON:          Shit, I mean, not that far.  I rolled the window, I tossed that mother-
                  fucker...

Det Monroe:       Did you toss that out before you get to the bend that goes to Youngstown?

JACKSON:          Uh-huh (affirmative).

Det Monroe:       Okay.  You call Donna from the car?

JACKSON:          Huh-uh (negative).

Det Monroe:       When did you call Donna?

JACKSON:          I called, I, I called Donna, like, after work, man.  (Inaudible)...

Det Hoolihan:     You're going to have to speak up, okay?  Can't hear you.

JACKSON:          Alright.  Told her I needed, told her I needed a place to stay, man, you
                  know what I'm saying...

Det Monroe:       How do you call?  What phone do you use?

JACKSON:          Huh?

Det Monroe:       What phone do you use to call her?

JACKSON:          Shit...

Det Monroe:       Do you still have her little cell phone?

JACKSON:          Huh?

21

| | |
|---|---|
| Det Monroe: | Do you still have her cell phone?  Is that how you called her? |
| JACKSON: | Shit, I used the phone that was in the car.  Used that. |
| Det Monroe: | Okay. |
| Det Hoolihan: | Where was the cell phone in the car at? |
| JACKSON: | Huh? |
| Det Hoolihan: | Where was the cell phone at in the car? |
| JACKSON: | I, I..., top of the visor... |
| Det Hoolihan: | Was it Robert's or Donna's cell phone? |
| JACKSON: | I don't know whose phone it was.  I just used it. |
| Det Monroe: | How many times did you call her? |
| JACKSON: | I'm, I mean, I called, you know what I'm saying... |
| Det Hoolihan: | Where was she at? |
| JACKSON: | Huh? |
| Det Hoolihan: | Where was she at? |
| JACKSON: | Shit, man.  I called her and told her, you know what I'm saying, 'cause she, when she coming, um, when she come an' get me, man.  Go home, man. |
| Det Hoolihan: | So what time do you think it is now?  When you're leaving the house. |
| JACKSON: | Man, I don't know, man.  I mean, like I say, man, I mean... |
| Det Hoolihan: | (Inaudible) |
| JACKSON: | ...(inaudible) I wasn't never a turn, man, you know what I'm saying, 'cause it ain't never no time, you know what I'm saying ... |
| Det Hoolihan: | Well, if you get there a little after nine (9) p.m., and, how long do you think you were over there? |

| | |
|---|---|
| JACKSON: | Ah, ah, I don't know, man. |
| Det Hoolihan: | So you called Donna, and what did you tell her? |
| JACKSON: | (Inaudible) ... Won't you go ahead and help me out, you know what I'm saying... |
| Det Hoolihan: | Where did you call her at? |
| JACKSON: | ...place to stay, man...you know. |
| Det Hoolihan: | But where'd you, where'd you know, know to get a hold of Donna? Where did you call her at? |
| JACKSON: | 'Cause shit, I mean, I know. I knew, you know what I'm saying, that, she, alright, she says she was going, she was going down to the mall, you know what I'm saying, I mean, I guess she was going shopping, (inaudible)...but, |
| Det Hoolihan: | Okay, but did you have her cell-phone number, did you call her on her cell-phone? |
| JACKSON: | Huh? |
| Det Hoolihan: | Did you call her on her cell-phone? |
| JACKSON: | I called her on her cell-phone. |
| Det Monroe: | Where did you call her at? Where was she at when you called her? |
| JACKSON: | When I called her, she, she was in the car, man, I mean, I guess she was, she was in shopping somewhere, man. You know what I'm saying... |
| Det Hoolihan: | But you called her on her cell-phone, right? |
| JACKSON: | Huh? |
| Det Hoolihan: | I mean, you wouldn't, you didn't have a number inside the mall to call her. You had her cell-phone number. |
| JACKSON: | Yeah, I mean, when I called, man, you know what I'm saying, I mean, she was, I caught her in the car, you see what I'm saying... |
| Det Hoolihan: | What I'm saying is ... |

JACKSON:        ... I was trying to get in touch with her, you know what I'm saying...

Det Hoolihan:   How did you know how to get in touch with her?

JACKSON:        Huh?

Det Hoolihan:   What's her cell-phone number?

JACKSON:        Cell-phone number...is 5, 509, 509, 0, 0, 2, 7, 1 ...

Det Monroe:     That's the number you called her at?  509-0271 ... You sure?

JACKSON:        (Inaudible) ... you know what I'm saying, I mean, and it's like, man, I
                mean, I just told her, man, I, I, I needed a place to stay, you know what I
                mean, man ... I was so fucked up, man, that it happened, man, you know
                what I mean, I just wanted, you know what I'm saying, be away from
                everything, you know what I'm saying, I mean, 'cause I couldn't even
                believe it myself, man, you know.  Then, when I did fall off to sleep, and I
                woke up, man, you know, I'm like, damn, man ...

Det Monroe:     Nate, could you sit up and talk in the mike a little more?

JACKSON:        (Sigh)

Det Monroe:     She, so she comes over the 'hood to pick you up, right?  And she puts you
                up, yes?

JACKSON:        And she what?

Det Monroe:     She comes and picks you up in the 'hood, right?

JACKSON:        Yeah.

Det Monroe:     Where does she take you?

JACKSON:        I mean, I asked her if she'd give me a room, man, you know what I'm
                saying.  And she got me a room up there, at the, at the Days Inn, and shit,
                man, you know.

Det Hoolihan:   So you dumped the car, first?

JACKSON:        Yeah, I think, I got to remember, know what I'm saying, got a (inaudible)
                ...

| | |
|---|---|
| Det Hoolihan: | Where did you tell Donna to meet you at? |
| JACKSON: | Huh? |
| Det Hoolihan: | Where did you tell Donna on the phone to meet you? |
| JACKSON: | Shit, (inaudible) ... on the northside. |
| Det Hoolihan: | Did she know where to find you? |
| JACKSON: | Huh? |
| Det Hoolihan: | She knew where to find you? |
| JACKSON: | I told her, I'll, I'll be up here, here, by, uh, Sheila's house.  Northside. |
| Det Hoolihan: | Well, how did Donna know where Sheila lives? |
| JACKSON: | 'Cause I had to tell her to drop me off there. |
| Det Hoolihan: | So what happens then? |
| JACKSON: | Huh? |
| Det Hoolihan: | What happens next? |
| JACKSON: | Shit, she just took me up there, you know what I'm saying, to my room, man, you know what I mean, that was it.  I mean, I'm I'm, I'm, I'm so fucked up, man, I mean, I, I, I mean, I don't even, you know, I mean, I can't even, voice my own self, man, you know what I'm saying, I mean, I think what happened, man... |
| Det Hoolihan: | Did you tell her what happened? |
| JACKSON: | I didn't tell her what happened, man.  I just told her, man, you know, I'm sorry to hear about what happened, I mean, I'm trying (inaudible) ... you know what I'm saying, because, I mean, like I say, man, she was always a good friend, man, you know what I'm saying, not only, you know, I mean, she, she used to help, you know what I'm saying, a lot of people out, man, you know what I'm saying, feed people every restaurant, everything man, and I'm thinking, like, man, you know, man, I, I tell her this, man, you know, just like, shit, you know what I'm saying ... |

25

Det Hoolihan:      What did you tell her...

JACKSON:           She gonna look at me like ...

Det Hoolihan:      Did you tell Donna what happened?

JACKSON:           (No response)

Det Hoolihan:      So she gets you a room?

JACKSON:           Yeah, you know what I'm saying, she helped me out, man.

Det Monroe:        Who helped you with your finger, Nate?

JACKSON:           Huh?

Det Monroe:        Who helped you with your finger?

JACKSON:           Shit, I did my own finger.

Det Monroe:        Where'd you get the stuff to put on?

JACKSON:           Shit, I mean, shit, I did my own finger, man.

Det Monroe:        Okay, you did it yourself?   Where did you get the bandages and stuff?

JACKSON:           (No response)

Det Monroe:        Do you remember?

JACKSON:           Shit, I was getting shit from, from a little everywhere, man.

Det Monroe:        Did you go to Walgreens?

JACKSON:           Huh?

Det Monroe:        Did you go to Walgreens?

JACKSON:           Yeah, man, I had, I had, you know what I'm saying, I mean, I had to go get
                   me some shit for my finger, man, but she didn't, she didn't, you know
                   what I mean, I ain't, I ain't, I ain't tell her what happened, you know what
                   I'm saying, she (inaudible) what happened to me (inaudible) ...

26

| | |
|---|---|
| Det Hoolihan: | So what time is it now? |
| JACKSON: | I ain't, I ain't telling you, man, you know what I'm saying, I mean, I, I couldn't sit here and say, well, yeah, your husband, you know what I'm saying, um, pulled a gun on me, you know, and I had to, you know what I'm saying ... |
| Det Hoolihan: | Was it like eleven (11) or twelve (12) o'clock at night, now? |
| JACKSON: | Man, man, I can't give details, man, you know what I'm saying, man, I'm, I'm, I'm in a (inaudible), I mean, I was fucked up, man, you know what I'm saying, I mean, I mean, I, I, just wanted to, you know what I'm saying, just be left alone, man, you know what I'm saying ... |
| Det Monroe: | What did you tell Donna happened to your finger? |
| JACKSON: | I just told her, man, I, I, fucked my finger up, man, that's all, man... |
| Det Monroe: | You didn't tell her how? |
| JACKSON: | I just told her I fucked my finger up, man, just ... |
| Det Monroe: | Did she help you bandage it?  Help you get all the medical stuff? |
| JACKSON: | .....All I did, man, I mean, was peroxide, you know what I'm saying... |
| Det Monroe: | Where did the peroxide come from? |
| JACKSON: | Huh? |
| Det Monroe: | Where did you get the peroxide from? |
| JACKSON: | Where's I get the peroxide from? |
| Det Monroe: | Yeah. |
| Det Hoolihan: | Put the chair around so we can ... |
| JACKSON: | Shit. |
| Det Hoolihan: | Did you get the peroxide at Walgreens? |
| JACKSON: | Shit, I guess it came from Walgreens.  Shit |

| | |
|---|---|
| Det Monroe: | Who brought it to you? |
| JACKSON: | Huh? |
| Det Monroe: | Who brought you the peroxide? |
| JACKSON: | Shit, man, I mean, actually, you know what I'm saying, did, uh, could, uh, (inaudible)...peroxide, shit, man, I mean, you know, it's just like, it's just like, I mean, if, if, if, if you know I'm fucked up, you know what I'm saying, I mean, you don't know where it's from, I, I can just tell you anything, you know what I'm saying, I mean, it's cool ...you know what I'm saying. |
| Det Monroe: | Yeah, I mean, you needed help, it's not against the law.  I mean, you needed help, you hurt your, you got hurt. |
| JACKSON: | (Inaudible) ... you know what I'm saying, I mean, but, as far as, you know what I'm saying, saying, how it happened, you know what I mean, just like you, (inaudible) ... what's up with your finger, man...she was cool, you know what I'm saying, I mean, I don't even want to talking about this shit, you know.  Man, I look at it, like, man, I mean, my finger fucked up, man, you know what I'm saying, for life, man, I mean, it could have been my life, you know what I'm saying, but... |
| Det Hoolihan: | So you guys go back to the Days Inn?  And she dropped you off in the room?  And she goes to Walgreens and gets some bandages and peroxide and ... is that right? |
| JACKSON: | (No response) |
| Det Hoolihan: | And she brings it back to the room? |
| JACKSON: | Uh-huh (affirmative). |
| Det Hoolihan: | Is that right, Nate? |
| JACKSON: | Yeah.  Yeah, she, yeah, she, um, got me, you know what I'm saying, she had, um, she had to get home, you know what I'm saying, I told her, you know... |
| Det Hoolihan: | So she comes to the room? |
| JACKSON: | I talked to her ... |

28

Det Hoolihan:    You mean she comes in the room?  And you guys were talking?

JACKSON:    Talking for what?  Huh, I mean, there wasn't nothing to talk about, man.  I told you, man, I wasn't, you know what I'm saying ...

Det Hoolihan:    What I'm saying is, I mean, she gets you the room, right?  She helps you out...

JACKSON:    But see, why am I gonna sit here, why am I gonna sit here, I don't want to talk to you, you know what I'm saying, when I know I just did something fucked up, you know what I'm saying...man...

Det Hoolihan:    But what I'm saying is, I mean, she gets the room, right?  She gets a room for you?

JACKSON:    Shit, man...

Det Hoolihan:    Okay, how does she pay for it?

JACKSON:    I don't know, man, I mean, I don't, I don't go, I mean, I don't go and do all that ...

Det Hoolihan:    Okay, but then she goes to Walgreens and brings the stuff to the room?

JACKSON:    (Mumbles) ...  I, you know, I, I, I told you, you know what I'm saying, but what I had to say, man, I mean, I mean, I can't just sit here, you know what I'm saying, I mean, just, keep on, you know what I'm saying, back-tracking, I mean, I don't even want to talk about it no more, man.  I'm, I'm,  I'm through with it, man, just, man, you know what I mean, police, you know, I mean, I, I talked to a lawyer or something, man, you know what I mean, 'cause I, I ain't got time to just, just keep on, over and over, man, I'm, I'm through, man, I'm through, man, you know what I'm saying.  I say, I mean, I, I ain't mean to do it, I'm sorry I did it, you know what I'm saying, I mean, but, I was left, I had no choice, man.  And that's it.  End of discussion, man.

Det Monroe:    Anything else you want to say?

JACKSON:    (Inaudible) ... all I got to say, man, I didn't mean to do it, man. I mean, I mean, I'm sorry it happened.

Det Monroe:    Nate, uh, these guys found a pair of gloves over at Shelia's house.  Do you know anything about those?

JACKSON:        Nah...

Det Monroe:     The pair of gloves got a hole in the finger.  Those yours?

JACKSON:        Nah.

Det Monroe:     Got a hole in this finger.  Same one that you got shot in.  Did you have those on when you got shot?

JACKSON:        I don't remember anything about doing that, you know what I'm saying.

Det Monroe:     You don't know anything about those gloves?

JACKSON:        (Mumble)...

Det Monroe:     Is your blood on 'em?

JACKSON:        Shit, man.  Why should my blood be on them?

Det Monroe:     Well, if they're, if they're your gloves, and you got shot while you were wearing them, then blood would be on them, right?

JACKSON:        (No response)

Det Hoolihan:   They would be powderey, you know, there would be gun, gunshot residue on the glove, too.

JACKSON:        (No response)

Det Monroe:     Did you take the pot back off of Robert after you shot him?

JACKSON:        Man, I don't ...

Det Monroe:     Or did you leave it on him?

JACKSON:        Fucked up and threw it, it was disgusting, man, you know what I'm saying, I mean...

Det Monroe:     Well, there's, there's more here that we didn't get to...

JACKSON:        We, we just sum it up like I said, man, when, when I talk to my lawyer, man, you know what I'm saying.  Other than that, man, you know, I mean...

| | |
|---|---|
| Det Monroe: | So you, you're going to put this all on you? |
| JACKSON: | Huh?  I mean, you, you got ... |

**(end of Side I of tape)**

| | |
|---|---|
| Det Hoolihan: | ... about it... |

JACKSON:  ...I don't know nothing 'bout it, man, I mean, I ain't, I ain't gonna say, hey, you know what I'm saying, I mean, if we was, if, if you was my worse enemy, you know what I'm saying, I mean, I ain't gonna put nottin' on you, you know what I'm saying, just, it ain't true, man...you know, flat out, man, I mean, I ain't never been the type of person to do that, man, if I do something, man, I take the fall for it myself, man, 'cause if I did.  But if you did, if you had something to do with it, oh, most definitely, you know what I'm saying, you got to go with me.  But if you ain't got nottin' to do with it, man, I mean, I'm just, like, man, you know, I'm, I'm taking your life, you know what I'm saying ...

Det Hoolihan:  Yeah, but just because Donna wasn't there, and didn't pull the trigger, doesn't mean she didn't have nothing to do with it...

JACKSON:  I mean, Donna ain't, Donna ain't had nothing to do with it at all, man. The lady ain't had nothing to do with it, man, you know what I'm saying, I mean, all the lady was was nice.  You know what I'm saying, I mean, I mean, and, man, it hurted me, you know what I'm saying, after that happened, man, you know.  I mean, I ain't gonna just sit here, you know what I'm saying, (inaudible)...and drag the lady (inaudible)...after nothing, man, you know.

Det Hoolihan:  Does Donna know today that you shot her husband?

JACKSON:  I don't know.

Det Hoolihan:  Did you ever tell her?

JACKSON:  (Inaudible) ... I mean, this, this, this is over with, man, it's over with, man, you know what I'm saying, I mean, you're here, man, you know what I'm saying, (inaudible) ... me, man, I told you what I did, man, it's over with. As far as anything else that happened, I mean ...

Det Hoolihan:  Are you sure you don't want to come out with the rest of it?  And tell the rest of the truth...

JACKSON:     Ain't, ain't, ain't, ain't, that's it, man, that's it.  That's it, sir.  You know.

Det Hoolihan:     But if you want to give it out...let it out.

JACKSON:     Ain't, ain't, ain't nothing else to give out, man, you know what I'm saying, ain't nothing to give out, man.  You know what I mean, ain't, like I say, man, I'm not gonna, I'm not gonna sit here, you know what I'm saying, and try to stack a lie on top of a lie on top of a lie, you know what I'm saying, I mean, I'm gonna come, I'm, I'm, I'm, I'm gonna give it to you real, you know what I'm saying, and just hopefully, you know what I'm saying, you go ahead and take it in (inaudible)... you know, I mean, I ain't gonna sit here and, and try to cover up, man, for what?  You know, shit.  Why am I gonna try to cover up for it, I mean, you know, shit happened, man.

Det Hoolihan:     Well, you got feelings for Donna, I mean, you know.

JACKSON:     I mean, come on, man, with that man, I mean, shit, man, I mean, I don't, I mean I don't be all up in his shit like that, man, you know what I'm saying, I mean, shit, I don't, it, it, it ain't all up in there like that, man, you know what I'm saying, feelings or no feelings, shit, you know.  I mean ...

Det Hoolihan:     Did you ever write any letters at all?

JACKSON:     The only, the only, the only feelings, you know what I'm saying, that I really got for, you know what I'm saying, a woman, and, and, and that's my momma, 'cause you know what I'm saying, my momma gonna be here, you know what I'm saying, regardless.  You see what I'm saying, so I can't sit here, you know, and depend on no broad, you know what I'm saying, 'cause a broad gonna do what she wanna do, you know what I'm saying, so, I mean, I ain't, I ain't...

Det Hoolihan:     Did you ever write any letters to Donna?

JACKSON:     Only, I, I, yeah, I used to write her, man, you know what I'm saying, I mean, 'cause, it like this, man, I mean, we, was like, you know what I mean, we, we, we good friends, man, you know what I'm saying, I mean, I ain't gonna ...

Det Hoolihan:     Did Robert ever know you wrote letters?

JACKSON:     Man, I don't know what he knew, man.  I don't know what he knew, man, you know what I'm saying.  Like I say, me and him, we ain't never had no

beef, you know what I'm saying, or no confrontation, you know what I mean, about, you know what I'm saying, about Donna, you know, 'cause it wasn't, you know what I'm saying, I mean, shit didn't escalate like that, you know what I'm saying.

Det Hoolihan:    Did you ever talk to Donna on the phone from prison?

JACKSON:    (Inaudible) ...

Det Hoolihan:    I mean, you know, she call you; you call her?  You know, chat?

JACKSON:    This, I mean, this, it's, it's, it's left alone, man, you know what I'm saying, I mean...

Det Hoolihan:    I was just asking...

JACKSON:    I'm saying, but I mean, what, what, what do, me, you know what I'm saying, what, what I got to with her, you know what I'm saying, got to do with this, though, man, you know what I'm saying.  I mean, that chatting and all that, you know what I'm saying, that's, that's all irrelevant, man, you know what I'm saying, I mean, ain't, ain't trying to think back to what I used to do, man, I mean, man, I told you what happened, man, you know what I'm saying, I'm just trying, you know, I mean, I'm trying, you know, I'm still trying to get my head, right, man, you know what I'm saying; I'm still fucked up, man.  I'm still fucked up.

Det Hoolihan:    So Donna had nothing to do with, uh, this, right?

JACKSON:    Nah, she ain't had nothing to do with it, man.  And I wouldn't, and, and, and, and, and, and furthermore, you know, if I'm, if I'm gonna do something like this, intentionally, you know what I'm saying, I mean, I'm going, I'm gonna ride alone, you know what I'm saying, cause, I,  I ain't gonna never tell on me, you know what I'm saying.  So, I,...

Det Hoolihan:    Did you ever ...

JACKSON:    ... I, don't, I ain't never, I ain't never, I ain't never used nobody, you know what I'm saying, for me to try to get here.  If I'm going to do something, I'm going to do it by myself, man, you know what I'm saying.  I mean, like I say, it wasn't like nottin' ...

Det Hoolihan:    Did you ever talk to Donna or ever write in letters, back and forth, about, you know, you need a ski mask, you need gloves, you needed to get some

things, so the job can be done?

JACKSON:        (Inaudible) ...

Det Hoolihan:   So if that was in the letter, that, it would be made up, right?

JACKSON:        (No response)

Det Hoolihan:   I mean, you wrote it.  It's your handwriting.  So how do you explain that?

JACKSON:        How'd explain what?

Det Hoolihan:   Why would you need a ski mask?

JACKSON:        I mean, yeah, that's, that's what I'm saying...

Det Hoolihan:   Why would you need gloves?

JACKSON:        ...I'm saying, that's what I'm saying, you know.

Det Hoolihan:   Why would you need Donna to let you in?

JACKSON:        I mean...

Det Hoolihan:   You got to be in the house, but, you know, when he comes home.

JACKSON:        Lookey here, check this out; check this out ...

Det Hoolihan:   Okay, check it out, go ahead.

JACKSON:         If this, man, look here, man, like I say, man, if there was something intentionally, you know what I'm saying, planned on doing, man, I mean, like I say, man, I, cut him down in my neck of the woods, man, you know what I'm saying, you know.

Det Hoolihan:   Yeah, but this is the way you wanted it done.

JACKSON:        I don't know...

Det Hoolihan:   'Cause you guys wanted to be together.

JACKSON:        I didn't care, man, I mean, it's like this.

34

Det Hoolihan:    Robert knew because he.. .

JACKSON:    I can ...

Det Hoolihan:    ... he found your letters...

JACKSON:    I can, I can have, I can have, you know what I'm saying, I mean, I'm, I'm entitled to any female I want, you know what I'm saying, I mean, if you, you know what I mean, if, if, if, we, we don't be together, you know what I'm saying, and you know, you know that you, you know what I mean, you got a little, a, a, a string attached, you know what I'm saying, I mean, well, hell, you know what I'm saying, if you, if you, if you wanna be with me, you know what I'm saying, you got to go ahead and get rid of that, first, you know what I'm saying, I mean, you know what I'm saying, then go ahead and get rid of that first, you see what I'm saying.

Det Hoolihan:    Well, I know what you're saying, but...

JACKSON:    But, look ...

Det Hoolihan:    Were you and Donna kicking it?

JACKSON:    Ah, I told you how the fuck it is, man. What happened, man, you know what I'm saying, was nottin' that makes me happy, man, you know what I'm saying, it ain't got nottin' to do with if me and Donna kicked it, or not, you know what I'm saying, I mean, 'cause for one thing like I say, man, you know, Donna ain't got shit to do with it, man, you know what I'm saying, shit, you know what I'm saying, I mean, it happened, you know what I'm saying, which, which it wasn't supposed to happen, but, hell, as far as anything else, man, I mean ...

Det Hoolihan:    I think it was supposed to happen, but it...

JACKSON:    Ah...

Det Hoolihan:    ...a couple things backfired on you.

JACKSON:    I mean, shit, I mean, well, well, lookey here, man, I mean, if, if, if I'm sitting here thinking, thinking like that, man, don't you think I would, you know, I would get everything cleaned up, man, you know what I'm saying, before I'm going to go here and do something like this, man.

Det Hoolihan:    What do you mean by cleaned up?

35

JACKSON:          I'm saying, though, you know what I mean, you said that, you know, shit
                  didn't probably go down right, I mean, but, if, if I'm gonna do something
                  like that, you know what I'm saying, I mean, I'm gonna leave, I'm gonna
                  leave a clean trail, you know what I'm saying.  You see, I mean, I mean, it
                  wasn't like, I mean, everything I did, you know what I'm saying, I mean, I,
                  I, you know what I'm saying, I mean, I wasn't trying to, I wasn't trying to
                  sit here, you know what I'm saying, I mean, and, hide nottin', you know
                  what I'm saying, I...

Det Hoolihan:     Let me ask ...

JACKSON:          ...I mean, I keep it real.

Det Hoolihan:     If that's a fair statement, let me ask you this.  You said you got rid of the
                  gun off the by-pass, right?  Right?

JACKSON:          (No response)

Det Hoolihan:     You threw it out the passenger window.

JACKSON:          Uh-huh (affirmative)...

Det Hoolihan:     Right?

JACKSON:          Uh-huh (affirmative) ...

Det Hoolihan:     Then why was it laying on the kitchen floor?  How do you explain that?

JACKSON:          Shit.  (Inaudible)...

Det Hoolihan:     I mean, you got to explain that.  Same gun you describe, laying on the
                  kitchen floor.  But you threw it out the by-pass.

Det Monroe:       Nate, we're just...

JACKSON:          Like I said, man ...

Det Monroe:       We're trying to understand that, I know you say it's prison talk, but you
                  and Donna had these letters going back and forth.  You tell you have it
                  planned out, it's all in your head; you know what needs to be done.
                  You're street-wise, you know what you got to do.  Day after you get out of
                  prison, it's got to be done.

JACKSON:        Like I said, man, this is all, like I said, man, it was all, it was all ...

Det Monroe:     But it hasn't ...

JACKSON:        ... you know what I'm saying, I mean, it was all, man, it was like this, man, you know what I mean, I always, you know, always try, you know what I'm saying, 'cause, you know, when she, she look at me, as you, you know what I'm saying, she look at me, as you, I mean, she look at me ...

Det Hoolihan:   Why don't you turn around so we can look at you...

JACKSON:        ...as a little thug, so I mean, you know, I'm sorry...

Det Hoolihan:   She did, too?

JACKSON:        Huh?  I mean, I'm, I'm saying, I mean, from the way I dress, you know what I'm saying, I mean, she, she don't really know what a thug is, you know what I'm saying, I mean, the, the dress-ware, you know what I'm saying, okay, man, you look tough, you know, I mean, just like, I mean, I just, you know, say shit, you know what I'm saying, (inaudible)... you know, like I used to tell broads, you know, and shit, I was a big dope-man, you know what I'm saying, I had this and that, I ain't had shit.  See what I'm saying.  I mean, just, I just, you know, just, just rammed in there, you know what I'm saying...

Det Hoolihan:   How do you explain the gloves?  I mean, they got them gloves there with blood of them.  Gloves will probably come back to you.  I mean, a part of the glove is torn where the, you were shot, where Robert shot you, right?

JACKSON:        Uh-huh (affirmative)...

Det Hoolihan:   Okay, why would you wear gloves into the house?

JACKSON:        Man... that's I'm saying ...

Det Hoolihan:   'Cause you didn't want the fingerprints, right?  I mean, it was all in your letter.

JACKSON:        If, look, if it was like that, man, you know what I'm saying, I mean, I ain't gonna, you know what I'm saying, I mean, I ain't gonna leave, I ain't gonna leave no trail behind me, man, you know what I'm saying, if I'm gonna do something like that, you know what I'm saying...

Det Monroe:     Doesn't it get messed up when you get shot?

JACKSON:        Huh?

Det Monroe:     The whole trail gets messed up when you get shot.

JACKSON:        What I'm saying don't matter, I mean, if, if, if I get shot or not, man, you know what I'm saying, I mean, if, you know, I mean, if I'm gonna do something like this, intentionally, you know what I'm saying, I mean, shit, I mean, I, why am I even gonna even get shot?  You know what I'm saying...that's what I'm saying.

Det Monroe:     Well, nobody plans on that.  Where else, after you shoot Robert, where do you go in the house?

JACKSON:        Uh, .... (inaudible) get killed, man.  It's, it's, it's over with, man, you know what I'm saying, I mean, I'm through, man, you all (inaudible)...you know what I'm saying, take me whereever, man, I mean, I ain't got no more else to say, man, you know what I'm saying, this, this, this is ended, and over with, man, you know what I'm saying, I mean, you guys...

Det Hoolihan:   Okay...

JACKSON:        ...just get this shit over, you know, you know what I'm saying, I mean, I got, you know, I mean, I have to go lay down, I don't want to, but shit, I got to, you know.

Det Hoolihan:   Alright, you want to stop, then?

JACKSON:        Yeah.

Det Monroe:     Okay.  It's now three-thirteen (3:15), we'll conclude the interview with NATHANIEL JACKSON.

**\*\* END OF TAPE \*\***

(Transcribed by D Durig, Trumbull Co Prosecutor's Office, 01/28/2002)



**DEPARTMENT OF THE TREASURY**
**BUREAU OF ALCOHOL, TOBACCO AND FIREARMS**

CERTIFICATION

I, Udora M. Hugee, am the Custodian of Records, for the Bureau of Alcohol, Tobacco & Firearms, National Tracing Center Division, National Tracing Branch.  I herby certify, under the penalty of perjury that the following is true and correct:

The attached records, consisting of two pages of the Firearms Trace Summary for a Taurus, .38 caliber, serial number JH14188 and a Taurus .38 caliber, model 85 and serial number IL45854.

(A)   were made at or near the time of the occurrence of the matters set forth by, or from, information transmitted by a person with knowledge of those matters:

(B)   were kept in the course of regularly conducted activity of the Bureau of Alcohol, Tobacco & Firearms, National Tracing Center Division, National Tracing Branch.

(C)   were made by the regularly conducted activity of the Bureau of Alcohol, Tobacco & Firearms, National Tracing Center Division, National Tracing Branch as a regular business practice.

Signed under the pains and penalties of perjury this __22__ day of __Oct__ , 2002.

_Udora M. Hugee_
Udora M. Hugee
Custodian of Records

The above named individual, personally known to me, appeared before me and executed this document as of his/her free will, this __22nd__ day of __October__ , 2002.

_Dan E. Walsh_
Signature
Notary Public

OFFICIAL SEAL
NOTARY PUBLIC
STATE OF WEST VIRGINIA
DAN E. WALSH
2046 WINCHESTER PIKE
MARTINSBURG, WV  25401
My Commission Expires August 25, 2009

Jackson Apx. Vol. 24
Page 121



# DEPARTMENT OF THE TREASURY
## BUREAU OF ALCOHOL, TOBACCO AND FIREARMS
## NATIONAL TRACING CENTER
Phone: (800) 788-7133    Fax: (800) 578-7223
Print Date: October 21, 2002

## FIREARMS TRACE SUMMARY

Trace Number: T20020000426          Request Date: January 02, 2002

**MICHAEL F SOLAN**
**YOUNGSTOWN FIELD OFFICE**
**100 EAST FEDERAL PLAZA, RM 420**
**YOUNGSTOWN, OH  44503-1838**

Badge No: 4295
Investigation No: 773065020002

### FIREARM INFORMATION
Manufacturer: TAURUS
Model: 85
Caliber: 38
Serial Number: IL46854
Type: REVOLVER
Country: BRAZIL
Importer: TAURUS INTERNATIONAL INC. MIAMI.
Obliterated:
Identifying Marks:
NIBIN:
Gang Name:

### RECOVERY INFORMATION
Recovery Date: 12/11/2001
Time to Crime: 4278 days

### PURCHASER INFORMATION          Purchase Date: 03/26/1990
DONNA M ROBERTS
722 NE 203 LN
MIAMI, FL  33179
UNITED STATES OF AMERICA
DOB: 05/22/1944
POB: YOUNGSTOWN, OH   UNITED STATES OF AMERICA
Race: White          Height: 4 ft. 11 in.
Sex: Female          Weight: 125 lbs.
ID 1: FL   DRIVER'S LICENSE     #: G41517644682
ID 2:                           #:

254 FONDERLEC
WARREN, OH
UNITED STATES OF AMERICA
Possessor:
DOB:
POB:

### DEALER INFORMATION
FFL: 15914911
Out of Business

SHOOTERS EMPORIUM
800 NE 45TH ST
OAKLAND PARK, FL  33334-0000
Phone: N/A

Ship Date: 03/23/1990

### ADMINISTRATIVE INFORMATION

## SUMMARY OF RESULTS

THE TRACE HISTORY OF THIS FIREARM WAS DERIVED FROM THE RECORDS OF A FEDERAL FIREARMS LICENSEE (FFL) THAT HAS DISCONTINUED BUSINESS AND HAS SUBMITTED THEIR RECORDS TO THE NATIONAL TRACING CENTERS (NTC) OUT-OF-BUSINESS RECORDS SECTION (OBR) AS REQUIRED BY FEDERAL LAW.     THEREFORE, THE TRACE RESULTS MAY NOT REFLECT THE COMPLETE SALES HISTORY OF THIS FIREARM. IF YOU HAVE QUESTIONS ABOUT THIS TRACE, PLEASE CONTACT THE NATIONAL TRACING CENTER AT 800-788-7133.

Additional Remarks:

The information in this report must be validated with the Federal Firearms Licensee (FFL) prior to use in any criminal proceedings.

(1 of 1)          Trace: T20020000426          Page 1 of 1



# DEPARTMENT OF THE TREASURY
## BUREAU OF ALCOHOL, TOBACCO AND FIREARMS
## NATIONAL TRACING CENTER
### Phone: (800) 788-7133    Fax: (800) 578-7223
### Print Date: October 21, 2002

## FIREARMS TRACE SUMMARY

**Trace Number: T20010239268**      **Request Date: December 14, 2001**

DET SGT PAUL S MONROE
HOWLAND TOWNSHIP PD
169   NILES CORTLAND ROAD
WARREN, OH 44484-0000

**Badge No: 411**
**Investigation No: 01075868**

### FIREARM INFORMATION

| | |
|---|---|
| **Manufacturer:** | TAURUS |
| **Model:** | |
| **Caliber:** | 38 |
| **Serial Number:** | JH14188 |
| **Type:** | REVOLVER |
| **Country:** | BRAZIL |
| **Importer:** | TAURUS INTERNATIONAL INC. MIAMI. |
| **Obliterated:** | |
| **Identifying Marks:** | |
| **NIBIN:** | |
| **Gang Name:** | |

### RECOVERY INFORMATION
**Recovery Date:** 12/14/2001
**Time to Crime:** 4069 days

### PURCHASER INFORMATION   **Purchase Date:** 10/24/1990

ROBERT STEVEN FINGERHUT
722 NE 203 LN
MIAMI, FL 33179
UNITED STATES OF AMERICA
**DOB:** 10/24/1945
**POB:** NEWARK, NJ   UNITED STATES OF AMERICA
**Race:** White      **Height:** 5 ft. 8 in.
**Sex:** Male      **Weight:** 190 lbs.
**ID 1:** FL   DRIVER'S LICENSE    **#:** F52677745384
**ID 2:**      **#:**

**Possessor:** ROBERT STEVEN FINGERHUT
**DOB:**
**POB:**

### DEALER INFORMATION    **FFL:** 15954346
**Out of Business**

NATIONAL GUN SALES INC
3130 SW 19 ST
PEMBROKE, FL 33009-0000
**Phone:** N/A      **Ship Date:**

### ADMINISTRATIVE INFORMATION

## SUMMARY OF RESULTS

THE TRACE HISTORY OF THIS FIREARM WAS DERIVED FROM THE RECORDS OF A FEDERAL FIREARMS LICENSEE (FFL) THAT HAS DISCONTINUED BUSINESS AND HAS SUBMITTED THEIR RECORDS TO THE NATIONAL TRACING CENTERS (NTC) OUT-OF-BUSINESS RECORDS SECTION (OBR) AS REQUIRED BY FEDERAL LAW.   THEREFORE, THE TRACE RESULTS MAY NOT REFLECT THE COMPLETE SALES HISTORY OF THIS FIREARM. IF YOU HAVE QUESTIONS ABOUT THIS TRACE, PLEASE CONTACT THE NATIONAL TRACING CENTER AT 800-788-7133.

**Additional Remarks:**

**The information in this report must be validated with the Federal Firearms Licensee (FFL) prior to use in any criminal proceedings.**



FD-26 (Rev. 7-20-94)

DEPARTMENT OF JUSTICE

FEDERAL BUREAU OF INVESTIGATION

## CONSENT TO SEARCH

1.  I have been asked by Special Agents of the Federal Bureau of
    Investigation to permit a complete search of:

    (Describe the person(s), place(s), or thing(s) to be searched.)

    791 Wirt St. Youngstown OH 44510

2.  I have been advised of my right to refuse consent.

3.  I give this permission voluntarily.

4.  I authorize these agents to take any items which they determine may
    be related to their investigation.

12-21-01
Date

X Shelia Y Fields
Signature

Witness

Det. ___ y — TCSD

Steve Woodbury      VCTF



Call Detail Report - Generated on 12/14/01 9:39 AM by cmonyak

| Rec# | R | N | L | K | Station | Location | Destination | PIN-ID | Date/Time | Duration | Start Code | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | X | | | | (***) ***-*038 | 8B1 | (330) 609-7812 | 23994690213 | 12/08/2001 10:42:16 | 00:10:00 | DTMF 0 Call Accepted | Timeout, call ended |
| 2 | X | | | | (***) ***-*038 | 8B1 | (330) 609-7812 | 23994690213 | 12/08/2001 10:38:12 | 00:02:44 | DTMF 0 Call Accepted | Three way call detected |
| 3 | X | | | | (***) ***-*039 | 8B2 | (330) 609-7812 | 23994690213 | 12/06/2001 13:02:06 | 00:10:00 | DTMF 0 Call Accepted | Timeout, call ended |
| 4 | X | | | | (***) ***-*038 | 8B1 | (330) 609-7812 | 23994690213 | 12/02/2001 15:47:44 | 00:10:00 | DTMF 0 Call Accepted | Timeout, call ended |
| 5 | X | | | | (***) ***-*041 | 8B4 | (330) 609-7812 | 23994690213 | 12/01/2001 09:10:00 | 00:09:53 | DTMF 0 Call Accepted | Inmate hung up |
| 6 | X | | | | (***) ***-*040 | 8B3 | (330) 609-7812 | 23994690213 | 11/29/2001 14:15:20 | 00:10:00 | DTMF 0 Call Accepted | Timeout, call ended |
| 7 | X | | | | (***) ***-*038 | 8B1 | (330) 609-7812 | 23994690213 | 11/25/2001 17:11:26 | 00:10:00 | DTMF 0 Call Accepted | Timeout, call ended |
| 8 | X | | | | (***) ***-*041 | 8B4 | (330) 609-7812 | 23994690213 | 11/24/2001 15:31:20 | 00:10:00 | DTMF 0 Call Accepted | Timeout, call ended |
| 9 | X | | | | (***) ***-*038 | 8B1 | (330) 609-7812 | 23994690213 | 11/24/2001 09:43:12 | 00:10:00 | DTMF 0 Call Accepted | Timeout, call ended |
| 10 | X | | | | (***) ***-*040 | 8B3 | (330) 609-7812 | 23994690213 | 11/22/2001 13:01:44 | 00:10:00 | DTMF 0 Call Accepted | Timeout, call ended |
| 11 | X | | | | (***) ***-*040 | 8B3 | (330) 609-7812 | 23994690213 | 11/17/2001 09:15:57 | 00:10:00 | DTMF 0 Call Accepted | Timeout, call ended |
| 12 | X | | | | (***) ***-*040 | 8B3 | (330) 609-7812 | 23994690213 | 11/15/2001 13:03:47 | 00:10:00 | DTMF 0 Call Accepted | Timeout, call ended |
| 13 | X | | | | (***) ***-*038 | 8B1 | (330) 609-7812 | 23994690213 | 11/11/2001 18:24:54 | 00:10:00 | DTMF 0 Call Accepted | Timeout, call ended |
| 14 | X | | | | (***) ***-*039 | 8B2 | (330) 609-7812 | 23994690213 | 11/10/2001 09:31:47 | 00:10:00 | DTMF 0 Call Accepted | Timeout, call ended |
| 15 | X | | | | (***) ***-*039 | 8B2 | (330) 609-7812 | 23994690213 | 11/08/2001 13:01:44 | 00:10:00 | DTMF 0 Call Accepted | Timeout, call ended |
| 16 | X | | | | (***) ***-*038 | 8B1 | (330) 609-7812 | 23994690213 | 11/03/2001 09:07:23 | 00:10:00 | DTMF 0 Call Accepted | Timeout, call ended |
| 17 | X | | | | (***) ***-*038 | 8B1 | (330) 609-7812 | 23994690213 | 10/27/2001 09:04:03 | 00:10:00 | DTMF 0 Call Accepted | Timeout, call ended |
| 18 | X | | | | (***) ***-*040 | 8B3 | (330) 609-7812 | 23994690213 | 10/25/2001 13:00:52 | 00:10:00 | DTMF 0 Call Accepted | Timeout, call ended |
| 19 | | | | | (***) ***-*040 | 8B3 | (330) 744-4578 | 23994690213 | 11/18/2001 12:39:54 | 00:00:00 | Validation Denied | Denied No Collect Call (613) |
| 20 | | | | | (***) ***-*038 | 8B1 | (330) 609-7812 | 23994690213 | 11/25/2001 17:09:16 | 00:00:00 | Called Party Hung Up | Call not completed (no code) |
| 21 | | | | | (***) ***-*040 | 8B3 | (330) 609-7011 | 23994690213 | 11/18/2001 12:40:01 | 00:00:00 | Ring No Answer | Call not completed (no code) |
| 22 | | | | | (***) ***-*040 | 8B3 | (330) 609-7011 | 23994690213 | 11/04/2001 16:52:20 | 00:00:00 | Ring No Answer | Call not completed (no code) |
| 23 | | | | | (***) ***-*040 | 8B3 | (330) 744-4578 | 23994690213 | 11/04/2001 16:52:16 | 00:00:00 | Validation Denied | Denied No Collect Call (613) |
| 24 | | | | | (***) ***-*040 | 8B3 | (330) 609-7011 | 23994690213 | 11/18/2001 12:41:04 | 00:00:00 | Ring No Answer | Call not completed (no code) |
| 25 | | | | | (***) ***-*040 | 8B3 | (330) 609-7011 | 23994690213 | 11/04/2001 16:54:03 | 00:00:00 | Ring No Answer | Call not completed (no code) |
| 26 | | | | | (***) ***-*038 | 8B1 | (330) 609-7812 | 23994690213 | 11/01/2001 15:11:18 | 00:00:00 | Busy | Call not completed (no code) |
| 27 | | | | | (***) ***-*038 | 8B1 | (330) 609-7011 | 23994690213 | 11/01/2001 15:10:23 | 00:00:00 | Ring No Answer | Call not completed (no code) |
| 28 | | | | | (***) ***-*039 | 8B2 | (330) 609-7812 | 23994690213 | 11/08/2001 13:00:50 | 00:00:00 | Validation Denied | No STBL Record (708) |

Call Detail Report - Generated on 12/14/01 9:39 AM by cmonyak

| Rec# | R | N | I | L | K | Station | Location | Destination | PIN/ID | Date/Time | Duration | Start Code | End Code |
|------|---|---|---|---|---|---------|----------|-------------|--------|-----------|----------|------------|----------|
| 29 | | | | | | (***) ***-*038 | 8B1 | (330) 609-7011 | 23994690213 | 11/01/2001 15:12:01 | 00:00:00 | Station Hangup During OutDial | Call not completed (no code) |
| 30 | | | | | | (***) ***-*038 | 8B1 | (330) 609-7812 | 23994690213 | 11/01/2001 15:08:37 | 00:00:00 | Station Hangup During OutDial | Call not completed (no code) |
| 31 | | | | | | (***) ***-*038 | 8B1 | (330) 609-7812 | 23994690213 | 11/01/2001 15:08:01 | 00:00:00 | Busy | Call not completed (no code) |
| 32 | | | | | | (***) ***-*038 | 8B1 | (330) 394-9453 | 23994690213 | 11/01/2001 15:07:36 | 00:00:00 | Busy | Call not completed (no code) |
| 33 | | | | | | (***) ***-*038 | 8B1 | (330) 609-7812 | 23994690213 | 11/01/2001 15:06:41 | 00:00:00 | Busy | Call not completed (no code) |
| 34 | | | | | | (***) ***-*038 | 8B1 | (330) 609-7812 | 23994690213 | 11/01/2001 15:06:15 | 00:00:00 | Ring No Answer | Call not completed (no code) |
| 35 | | | | | | (***) ***-*038 | 8B1 | (330) 609-7011 | 23994690213 | 11/01/2001 15:06:05 | 00:00:00 | Ring No Answer | Call not completed (no code) |
| 36 | | | | | | (***) ***-*038 | 8B1 | (330) 609-7812 | 23994690213 | 11/01/2001 15:05:16 | 00:00:00 | Ring No Answer | Call not completed (no code) |
| 37 | | | | | | (***) ***-*038 | 8B1 | (330) 609-7011 | 23994690213 | 11/01/2001 15:04:51 | 00:00:00 | Busy | Call not completed (no code) |
| 38 | | | | | | (***) ***-*038 | 8B1 | (330) 609-7011 | 23994690213 | 11/01/2001 15:03:56 | 00:00:00 | Station Hangup During OutDial | Call not completed (no code) |
| 39 | | | | | | (***) ***-*038 | 8B1 | (330) 747-6915 | 23994690213 | 11/01/2001 15:02:59 | 00:00:00 | Busy | Call not completed (no code) |
| 40 | | | | | | (***) ***-*038 | 8B1 | (330) 609-7011 | 23994690213 | 11/01/2001 15:01:46 | 00:00:00 | Busy | Call not completed (no code) |
| 41 | | | | | | (***) ***-*038 | 8B1 | (330) 609-7011 | 23994690213 | 11/01/2001 15:00:32 | 00:00:00 | Busy | Call not completed (no code) |
| 42 | | | | | | (***) ***-*038 | 8B1 | (330) 744-4578 | 23994690213 | 11/01/2001 15:00:58 | 00:00:00 | Ring No Answer | Call not completed (no code) |
| 43 | | | | | | (***) ***-*038 | 8B1 | (330) 609-7011 | 23994690213 | 11/01/2001 15:09:02 | 00:00:00 | Ring No Answer | Call not completed (no code) |
| 44 | | | | | | (***) ***-*038 | 8B1 | (330) 609-7011 | 23994690213 | 10/21/2001 17:41:31 | 00:00:00 | Validation Denied | Casual Block (216) |
| 45 | | | | | | (***) ***-*038 | 8B1 | (330) 609-7812 | 23994690213 | 10/21/2001 17:39:39 | 00:00:00 | Ring No Answer | Call not completed (no code) |
| 46 | | | | | | (***) ***-*038 | 8B1 | (330) 609-7812 | 23994690213 | 10/21/2001 17:39:30 | 00:00:00 | Ring No Answer | Call not completed (no code) |
| 47 | | | | | | (***) ***-*038 | 8B1 | (330) 394-9453 | 23994690213 | 10/21/2001 17:38:15 | 00:00:00 | Validation Denied | Denied No Collect Call (613) |
| 48 | | | | | | (***) ***-*038 | 8B1 | (330) 609-7812 | 23994690213 | 10/21/2001 17:37:14 | 00:00:00 | Ring No Answer | Call not completed (no code) |
| 49 | | | | | | (***) ***-*041 | 8B4 | (330) 609-7011 | 23994690213 | 10/20/2001 09:19:56 | 00:00:00 | Busy | Call not completed (no code) |
| 50 | | | | | | (***) ***-*041 | 8B4 | (330) 609-7812 | 23994690213 | 10/20/2001 09:19:28 | 00:00:00 | Busy | Call not completed (no code) |
| 51 | | | | | | (***) ***-*041 | 8B4 | (330) 394-9453 | 23994690213 | 10/20/2001 09:18:43 | 00:00:00 | Busy | Call not completed (no code) |
| 52 | | | | | | (***) ***-*041 | 8B4 | (330) 609-7812 | 23994690213 | 10/20/2001 09:18:10 | 00:00:00 | Busy | Call not completed (no code) |
| 53 | | | | | | (***) ***-*041 | 8B4 | (330) 394-9453 | 23994690213 | 10/20/2001 09:17:42 | 00:00:00 | Busy | Call not completed (no code) |
| 54 | | | | | | (***) ***-*041 | 8B4 | (330) 609-7812 | 23994690213 | 10/20/2001 09:15:52 | 00:00:00 | Station Hangup During Called Party Prompts | Call not completed (no code) |
| 55 | | | | | | (***) ***-*040 | 8B3 | (330) 609-7812 | 23994690213 | 10/18/2001 13:56:54 | 00:00:00 | Station Hangup During OutDial | Call not completed (no code) |
| 56 | | | | | | (***) ***-*040 | 8B3 | (330) 609-7812 | 23994690213 | 10/18/2001 13:55:30 | 00:00:00 | Station Hangup During OutDial | Call not completed (no code) |

Call Detail Report - Generated on 12/14/01 9.39 AM by cmonyak

| Rec# | R | N | L | K | Station | Location | Destination | PIN-ID | Date/Time | Duration | Start Code | End Code |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 57 | | | | | (***) ***-'040 | 8B3 | (330) 609-7812 | 23994690213 | 10/18/2001 13:54:47 | 00:00:00 | Station Hangup During OutDial | Call not completed (no... |
| 58 | | | | | (***) ***-'040 | 8B3 | (330) 394-9453 | 23994690213 | 10/18/2001 13:54:10 | 00:00:00 | Station Hangup During OutDial | Call not completed (no code) |
| 59 | | | | | (***) ***-'040 | 8B3 | (330) 394-9453 | 23994690213 | 10/18/2001 13:53:21 | 00:00:00 | Station Hangup During OutDial | Call not completed (no code) |
| 60 | | | | | (***) ***-'040 | 8B3 | (330) 609-7812 | 23994690213 | 10/18/2001 13:52:44 | 00:00:00 | Station Hangup During Party Prompts | Call not completed (no code) |
| 61 | | | | | (***) ***-'040 | 8B3 | (330) 394-9453 | 23994690213 | 10/18/2001 13:51:51 | 00:00:00 | Station Hangup During OutDial | Call not completed (no code) |
| 62 | | | | | (***) ***-'017 | 4C1 | (330) 609-7812 | 23994690213 | 10/14/2001 13:51:23 | 00:00:00 | Ring No Answer | Call not completed (no code) |
| 63 | | | | | (***) ***-'017 | 4C1 | (330) 609-7011 | 23994690213 | 10/14/2001 13:50:13 | 00:00:00 | Station Hangup During OutDial | Call not completed (no code) |
| 64 | | | | | (***) ***-'017 | 4C1 | (330) 609-7812 | 23994690213 | 10/13/2001 12:17:29 | 00:00:00 | Ring No Answer | Call not completed (no code) |
| 65 | | | | | (***) ***-'019 | 4C3 | (330) 506-0373 | 23994690213 | 10/13/2001 12:17:29 | 00:00:00 | Validation Denied | Denied BNS/COLL Num of Exist (630) |
| 66 | | | | | (***) ***-'019 | 4C3 | (330) 394-9453 | 23994690213 | 10/13/2001 12:15:17 | 00:00:00 | Station Hangup During Called Party Prompts | Call not completed (no code) |
| 67 | | | | | (***) ***-'019 | 4C3 | (330) 394-9453 | 23994690213 | 10/13/2001 12:14:26 | 00:00:00 | Station Hangup During Called Party Prompts | Call not completed (no code) |
| 68 | | | | | (***) ***-'016 | 4B4 | (330) 609-7812 | 23994690213 | 10/13/2001 08:47:38 | 00:00:00 | Station Hangup During OutDial | Call not completed (no code) |
| 69 | | | | | (***) ***-'016 | 4B4 | (330) 609-7812 | 23994690213 | 10/06/2001 17:24:21 | 00:00:00 | Validation Denied | PIN not found (200) |
| 70 | | | | | (***) ***-'016 | 4B4 | (330) 609-7812 | 23994690213 | 10/06/2001 17:23:43 | 00:00:00 | Validation Denied | PIN not found (200) |
| 71 | | | | | (***) ***-'013 | 4B1 | (330) 609-7812 | 23994690213 | 10/06/2001 17:22:50 | 00:00:00 | Validation Denied | PIN not found (200) |
| 72 | | | | | (***) ***-'013 | 4B1 | (330) 609-7812 | 23994690213 | 10/05/2001 18:31:11 | 00:00:00 | Validation Denied | PIN not found (200) |
| | | | | | (***) ***-'013 | 4B1 | (330) 609-7812 | 23994690213 | 10/05/2001 18:30:36 | 00:00:00 | Validation Denied | PIN not found (200) |

Page # 3



A50D10UL - 10-05-01

This is MCI Worldcom.  This call is originating from an Ohio Correctional Institution and may be recorded or monitored.  I have a collect call from (inaudible), right?  Yes.  An inmate at Lorain Correctional Institution.  If you wish to accept and pay for this call, dial O and hold. To refuse dial 5 and hang up. Thank you

| | |
|---|---|
| Nathaniel: | Hello. |
| Donna: | Hello |
| Nathaniel: | Hey |
| Donna: | Nate. |
| Nathaniel: | Yes.  How you doing? |
| Donna: | Alright. |
| Nathaniel: | Alright.  Hey listen here, um, I sent you a letter out, you know, telling you how,  hey why don't you, could you go get a money order tomorrow? An um, and send  me like the differences you know, like, just hold a hundred for me and um, and  like send it up here, you know you got to use my grandmother's um, um, address and everything. Put my name and number on the money order. |
| Donna: | Where do I send it to? |
| Nathaniel: | Um, down here, um 2075 South Avon Belden Road |
| Donna: | Avon |
| Nathaniel: | Yeah |
| Donna: | Avon what? |
| Nathaniel: | Belden Road.  B-E-L-D-E-N road |
| Donna: | Un-huh |
| Nathaniel: | Grafton, Ohio |
| Donna: | Un-huh |

1

Nathaniel:   44044.  You know you got to put um, LORCI on there too.  Yeah and um, hey look, I just, I just sent you a, I sent the letter out yesterday.  I sent you out another one out today.  And would you, hey would you do something else for me too?

Donna:   What?

Nathaniel:   Like um, when you send it, would you send me like, um, three embossed envelopes so I can like you know, like be able to get my money and go to the store.

Donna:   Send you what?

Nathaniel:   Three embossed envelopes inside it, cause

Donna:   Oh sure.

Nathaniel:   Ok, cause um, I just sent my last one out to you this morning, so you know, cause you know, I mean I want to keep writing Donna, you know.

Donna:   Nate.

Nathaniel:   I just wrote you, you know what I'm saying, I wrote a six page letter last night.  And I hope you understand this one, man, you know what I'm saying.

Donna:   Nate.

Nathaniel:   I mean I really realize Donna, you know what I'm saying, I mean, I have what what I did.  You know what I'm saying.  I mean, Donna, you know what I mean when I got down here, man you know what I mean, I like, you know, I found God and you know, got him into my life.  You know what I mean.  And its like, you know, it just made me change everything, Donna, you know what I'm saying.  I mean like I said, I'm sorry I hurted you Donna, you know.  I mean, I really, I really need you in my life Donna, you know what I mean.  I'm hurt right now and you know what I mean, I'm lost.  You know, I mean, and like I say, you know, I mean, you know I, I, got closer, you know closer relationship with God.  You know, I mean.  And I just, you know, I hope you know, you realize it, you know and um, it's like, you know, it gave me time, you know this really gave me time to think, you know.  I mean, Donna, before, you know, I mean it was just like always out, I was always wanting to run, you know what I'm saying, but now I ran at the end of the road where I can't run no more, you know what I'm saying.  I mean, and I'm tired of hurting myself, you know and other people.  You know what I mean.  I'm willing to change everything I got to, you know what I mean.  As far as, you know, the people I hang out with, you know what I'm saying, all the places you know, and the things.  You know I mean, in order you know to establish, you know what I believe in Donna.  You know, I'm willing to do

2

all that, get out and get a job.  Stay on my job, you know what I'm saying.  Get my own place and everything.  I want, you know, I mean, I want to do everything you know that I can, you know, to prove to you Donna, you know what I'm saying.  I mean, I'm really sorry Donna, you know what I mean.  And it would never, you know what I'm saying, I would never do this again man.  You know, I mean, I just, I wrote so much last night man.  You, I mean I really, I really realize that Donna.  You know what I'm saying, your a damn good woman Donna.  Damn good woman, you know.  You is Donna.  A damn good woman.  I mean, it hurts be so bad, you know every time I think about it, you know what I mean.  I mean, I'm, I'm suffering from it, you know what I'm saying, cause I did something stupid man.  You know, but now, you know like I say, you know I mean, I realize, you know, what I did was wrong.  You know, I mean and um, I want, you know I mean I want to change that man, you know.  Like I say, you know, I mean, what ever it take Donna, you know.  I'm through with all that street life, you know,  hanging out, you know what I'm saying, I mean I don't want to be around no  _____ .  You know, like I say I only want to be in Youngstown Donna.  You  know, I mean I want to move up to Warren somewhere, go ahead and get me a job up there, you know and maintain.  Do what I got to do.  You know I mean, I would do anything to prove it to you Donna.  Cause I know, you know, that I, that there is no other chance, you know what I'm saying.  I mean and all the things that I'm doing now, you know, trying to get back with you, I know you know that I can't fuck up no more cause it would never be no more chance, you know.  If I didn't really love you Donna, from deep down in my heart, you know I would just leave the situation alone but I can't Donna.  I can't Donna.  I'm hurting so bad, you know.  I mean, me and my room mate, we sat and talked all night, man you know what I'm saying.  I mean he gave me a lot of, you know, encouragement, you know what I'm saying, of wives and shit man and you know it made me really think man, you know.  I mean, and I'm coming to you as a man, I admit this, you know what I'm saying.  That you know, I mean, I was just, you know I was just childish man, you know.  But now I realize what I had, you know what I'm saying and you know, and what I'm losing.  You know, and I can't, I can't afford to lose you Donna.  You know.

Donna:      Nate

Nathaniel:   Yes Donna.

Donna:      I thought about you every second of every minute of every hour today.

Nathaniel:   You know Donna, I really mean this from my heart, Donna.

Donna:      I wrote you five letters today Nate.  Five.

Nathaniel:   You ain't send them out did you?

3

| | |
|---|---|
| Donna: | No, I didn't have your address. I called. You know, I felt real odd this morning and I felt extra lonely. And I said, you know what, Nate's gone. He's gone away from here. He's far. |
| Nathaniel: | Donna listen to me. |
| Donna: | And I called the jail and they said yes he's gone. And you know what? |
| Nathaniel: | Yes. |
| Donna: | I started crying. |
| Nathaniel: | Donna, I really, I really love you. I mean this from my heart Donna. You know, I mean, I know you heard this a lot of times, |
| Donna: | Nate. |
| Nathaniel: | But Donna, I mean this, |
| Donna: | Nate, Nate. |
| Nathaniel: | Yes. |
| Donna: | I love you so much. |
| Nathaniel: | And I love you too, baby. I really mean it this time Donna. You know, I know it ain't no more times Donna, I can't, I can't live this life no more, Donna. You know like all the threatening stuff I've told you man. I'm sorry man. I would never hurt you no more Donna. |
| Donna: | I know, I know. |
| Nathaniel: | I promise that man. I just said that man to just try to you know, |
| Donna: | I know. |
| Nathaniel: | No, I mean, you know, I'm so sorry Donna. |
| Donna: | It's alright, I understand. |
| Nathaniel: | No, I mean I'm really hurting right now man, you know. |
| Donna: | Nate. |

4

Nathaniel:     Donna I need you with me Donna.

Donna:     I hurt so bad.

Nathaniel:     Donna, please, please give me another chance.  Donna, please.

Donna:     They say if a man's like that, he's like that Nate.

Nathaniel:     Yeah.

Donna:     You know?

Nathaniel:     Yeah.

Donna:     They say if a man's does those things, he's always gonna do those things.

RECORDING:     THIS CALL IS ORIGINATING FROM AN OHIO CORRECTIONAL INSTITUTION AND MAY BE RECORDED OR MONITORED.

Nathaniel:     What did you say Donna?  What did you say baby?

Donna:     They said if that's the way a man is, he's gonna always be that way.

Nathaniel:     Donna, you know what I'm saying, I mean, I want to change this man, cause I know what I got man.  I realize this, what I, I didn't know what I had really, you  know what I'm saying.  It's who I really, you know what I'm saying.  God, man,  God made me see the light.  You know what I'm saying, and now I realize what I  have and I would be a fucking fool Donna, to try to ever, to try to lose this again.  You hear me? You hear me Donna?

Donna:     I hear you.

Nathaniel:     I really mean this man.  I'm telling you Donna, when I come out from the joint, I even wrote, man,

Donna:     Nate, I'm really too scared.

Nathaniel:     Please.    Ok, ok.  I'm getting off now.  Please don't be scared Donna.  Please, you know what I'm saying, just slowing try to you know, I mean, understand like I  say, you know I ain't here,

Donna:     I can't ever feel this pain again Nate.

5

Nathaniel:    No you won't Donna.  Hey lookie here sweetheart, I got to get off the phone, I don't know, you know, I don't want to get in no trouble now but um, we got a free  letter coming up, I'm about to write you tonight, ok.

Donna:        Ok.

Nathaniel:    Write me baby, ok.  And don't forget to send me three envelopes ok?

Donna:        Ok.

Nathaniel:    I love you baby.  Ok?

Donna:        Ok.

Nathaniel:    I'm getting off now.  Bye-bye baby.

Donna:        Bye.

Nathaniel:    Bye.

CALL ENDS


Transcribed by J. Hoffman   10/16/02

6

AP1410CG 10-25-01

MCI Worldcom.  This call is originating from an Ohio Correctional Institution and may be recorded or monitored.  I have a collect call from Nathaniel Jackson, an inmate at the Lorain Correctional Institution.  If you wish to accept and pay for this call, dial "0" - - thank you.

| | |
|---|---|
| Nathaniel: | Hey baby. |
| Donna: | Nate. |
| Nathaniel: | Hey. |
| Donna: | Oh, Nate.  Hi honey. |
| Nathaniel: | Hi baby.  How are you doin. |
| Donna: | Oh sweetheart. |
| Nathaniel: | I miss you so much baby. |
| Donna: | I love you. |
| Nathaniel: | I love you too, honey.  How are you doin baby. |
| Donna: | Okay. |
| Nathaniel: | That's good. |
| Donna: | How are you. |
| Nathaniel: | Oh, I'm doin cool now. |
| Donna: | Are you. |
| Nathaniel: | Yeah. |
| Donna: | Oh honey. |
| Nathaniel: | Doin real good.  Real good.  I miss you so much baby. |
| Donna: | I miss you Nate. |
| Nathaniel: | Cool. |
| Donna: | I do too. |

Nathaniel:     Man, my baby.  Baby, Donna Marie, I love you so much honey, I do.

Donna:         Oh, Nate.

Nathaniel:     I really mean that.  I love you so much with all my heart baby.  I've been gettin my baby's letters - -

Donna:         Every day.

Nathaniel:     Yes.  I love it.  I love it.

Donna:         You know that I have so much to say, huh.

Nathaniel:     Yeah.  That's my baby.  I love my baby.  What you want for Christmas.

Donna:         You.

Nathaniel:     Huh.

Donna:         You.

Nathaniel:     Is that what you want.

Donna:         Yeah.

Nathaniel:     Guess what.

Donna:         Huh.

Nathaniel:     It's goin to happen.

Donna:         What.

Nathaniel:     It's goin to happen.

Donna:         What.

Nathaniel:     You're goin to have me.

Donna:         What do you mean.

Nathaniel:     You're goin to have me for Christmas.

Donna:         What do you mean.

Nathaniel:    You're goin to have me for Christmas.

Donna:        You're getting out.

Nathaniel:    Yes, I am.

Donna:        When.

Nathaniel:    Huh.

Donna:        When.

Nathaniel:    December 9th.

Donna:        Why.

Nathaniel:    Huh.

Donna:        Why.

Nathaniel:    Because they gave me my time for CCA.

Donna:        Oh, my god.  Oh, my god.  Oh, no.  Oh, no.

Nathaniel:    I sent the letter out what on Tuesday morning.

Donna:        Oh, my god.  Oh, my god, honey.

Nathaniel:    December 9th baby.

Donna:        Oh, my god.

Nathaniel:    I'll be home to you.  December 9th all the worries will be over baby.

Donna:        Oh, Nate.

Nathaniel:    All the worries over baby.  December 9th, I was on my bed writing the letter and um, my (inaudible) came and gave me this paper and um, I open it up and I looked at it and it said, (inaudible) 12-9.  I was thinking 2002.  And I looked and it said, the end of my definite sentence was 12-9-01.  I'm like, yes.

Donna:        Oh, my god, are you sure.

Nathaniel:    Positive.

Donna:          You don't have to stay in there all winter.

Nathaniel:      No.  And you know what - -

Donna:          Oh, my god.

Nathaniel:      You know what baby.

Donna:          What honey.

Nathaniel:      The next day out, I'm goin to - - I already got it in my mind, my mind made up.  I'm goin to go ahead and do that the next day, okay.  All right.

Donna:          Oh, I just wrote to you that I didn't think that you really meant it.

Nathaniel:      What.  My mind is made up.  My mind made - - I wrote it in my letters, you know what I'm saying, but you know, I don't like to talk too much like that but when I come home, you know what I mean, it's goin to be in full detail.  Okay.  I'm goin to let you know how I'm goin to do it and everything.  I'm goin to do it for sure the next day.

Donna:          No.

Nathaniel:      What.

Donna:          Really.

Nathaniel:      What you mean.

Donna:          For real.

Nathaniel:      For real.  I mean that on my heart.  That is a promise baby.  I told you from here on out when I promise you something baby that's my heart.  That is my word.

Donna:          Nate.

Nathaniel:      What.

Donna:          Please tell me.

Nathaniel:      Yes.

Donna:          Please tell me honey.

Nathaniel:      Yes.  Yes.

Donna:          Oh, Nate, your voice is so wonderful to hear.

Nathaniel:      Man, when I get out the very - -

Donna:          December 9th, though, did you count how many days that is.

Nathaniel:      Oh, I'm less than 2 months.

Donna:          Oh, my god.  Oh, honey.

Nathaniel:      Did you send my pictures out yet.

Donna:          Yes.  Yesterday.

Nathaniel:      You did.

Donna:          I promised you that you would have them by the end of the week.

Nathaniel:      Okay, then.

Donna:          You'll probably get them - - oh, that's what I wanted to know.  How long does it take you to get my letters when their postage.

Nathaniel:      Well, see, sometimes they be holding out mail, you know what I'm saying.

Donna:          Oh.

Nathaniel:      Sometimes they be holding our mail.  I just got my money too.

Donna:          Your kidding.

Nathaniel:      Hey, look.  I got - - send me like the 23 dollars and just leave like - - I'll have 50 left.

Donna:          What's 23 dollars.

Nathaniel:      Huh.

Donna:          What's 23.

Nathaniel:      So, I can just have something, you know, be all right with the rest of my time.

Donna:          Oh, so, you got the two 50's, right, honey.

Nathaniel:      Yeah.  I just got the other 50.

Donna:      Why such an odd amount.  Why not 25.

Nathaniel:  Huh.

Donna:      Why an odd amount like 23?

Nathaniel:  Because I got like 78, you know.

Donna:      Oh Nate come on.  You know you don't just have 78.  You know you have anything you want.

Nathaniel:  Yeah, um, I need a coat too when I come home, you hear me?

Donna:      There is plenty of coats here.

Nathaniel:  Okay.  Like I said baby for sure, the next date man

Donna:      Really?

Nathaniel:  I really mean it.

Donna:      What day are you thinkin of?

Nathaniel:  Because I'm tired of this man, you know, I'm tired of this lifestyle, you know.  I mean, as long as I be out there man, you know, some subject can always, you know, come up.  I'm tired of the lifestyle and I'm ready to be with you, you know what I am saying to show you that I really love you, Donna, and then everything, you know, those letters that file, you know, I mean, those weren't real, you know what I'm saying.  I mean, I want you to know this, you know.  My love ain't never stop for you, you know.  I could of never started no relationship up with no body else, you know, I mean

Recording:   This call is originating from an Ohio Correctional Institution and maybe recorded or monitored.

Nathaniel:  You know, as much begging as I did, you know what I'm saying, to try you know to get to you to let you know.  I mean, if it was like that, I would of just said, forget it, she caught me, you know what I am saying, and leave it alone.  But no, I couldn't do that cause, you know, I was right, you know what I'm saying.  I was right.  You know, you mean, it was just all a part of street gang, you know what I am saying.

Donna:      Nath, don't talk about it now.

Nathaniel:  All right.

Donna:       Just tell me you love me.

Nathaniel:   I love you so fucking much.

Donna:       Oh honey.

Nathaniel:   I love my baby so much.  Yeah.  And then look, the night that I get out, we going to spend the night together?  Huh?

Donna:       I'll try.

Donna:       I want you to man.

Donna:       Oh, me too.

Donna:       I'm going to get out on a Sunday.  I'm going to get out on a Sunday.

Donna:       Oh.

Donna:       Hey, you going to go down to the Vindicator for me?

Donna:       Oh, I'll try sweetheart.

Donna:       Huh?

Donna:       I'll try.  Its just that I've been working.  I just took this off cause you were going to call.  I got your letter just yesterday.

Nathaniel:   Yeah, okay, then.

Donna:       But I've been working morning ad afternoon's, you know.  I've been working a lot to keep busy or else I would gone out of my mind.

Nathaniel:   Okay.

Donna:       You know, it was like two whole things that got me at once.  You going away again just broke my heart, honey.

Nathaniel:   But you know that everything is all right now, right?

Donna:       Yes.

Nathaniel:   Okay then.  Its all I wanted to do is talk to my baby, man.

Donna:       Honey.

Nathaniel:      Yeah.

Donna:          Oh, Nate.  I'm full of so much love for you.

Nathaniel:      That's my baby, man.

Donna:          You know I'll always love you.

Nathaniel:      You know what I want to see you in too?

Donna:          No.  What?

Nathaniel:      A pair of thongs.

Donna:          Ah.

Nathaniel:      I want to see you in some thongs.  I wrote that in the letter.

Donna:          I have them.

Nathaniel:      You got some thongs?

Donna:          Yeah.  In my panty drawer.

Nathaniel:      With the but part cut out?

Donna:          Yeah.

Nathaniel:      You got some of those?

Donna:          Hell, yeah.  I got a lot.

Nathaniel:      Get the fuck out of here.  Oh man, I was writing it in my letter this morning.  I was writing it in my letter this morning.

Donna:          I have them.  Sure I do.  I just don't wear them.

Nathaniel:      Oh, okay then.  I can't wait to come home, man.

Donna:          Oh, honey.  I can't wait to kiss you.

Nathaniel:      My whole life is going to be so wonderful.

Donna:          Oh, Nate.

Nathaniel:     Oh, I mean, I'm telling you baby, I don't care what man, nothing is going to stop me from doing this, man.

Donna:        Just please, Nate.

Nathaniel:     Yeah, I already understand and everything, okay, you know what I mean.  I'm going to do it and everything - -

Donna:        I don't want to lose you forever.

Nathaniel:     Just, you know, we are talking about that when I come home.

                          Recording-      You have sixty seconds left on this call

Donna:        Already.

Nathaniel:     Yeah.  I want get no more calls till like Saturday morning and Sunday evening.  I called the private line the other day last Sunday.

Donna:        I heard it ringing.

Nathaniel:     Yeah.  That was me.

Donna:        I was hoping it was.

Nathaniel:     So, when can I call again?

Donna:        Um, when are you allowed?

Nathaniel:     Um, Saturday morning and Thursday afternoon.

Donna:        All right.  Here is what I am going to do.  If I work Saturday morning, I'll forward the calls to my cell phone, so if I'm at work, I'll get it anyway.

Nathaniel:     Okay, then.

Donna:        How's that?

Nathaniel:     Okay then.

Donna:        Oh, you sound wonderful.

Nathaniel:     Oh, my baby.

Donna:        Oh, honey.  I love you so much.

Nathaniel:      Guess what Donna.

Donna:          What honey?

Nathaniel:      I'm coming home.

Donna:          Oh my god.

Nathaniel:      I'm coming home.

Donna:          Oh man, its like Christmas already.

Nathaniel:      I love you so much baby.

Donna:          Oh, honey.



AR1210Z7-10-27-01

This is MCI Worldcom.  This call is originating from an Ohio Correctional Institution and maybe recorded or monitored.  I have a collect call from Nathaniel Jackson, an inmate at Lorain Correctional Institution.  If you wish to accept and pay for this call, dial zero, thank you.

Nathaniel:     Hey you.

Donna:         Hey honey.

Nathaniel:     What's going on baby?

Donna:         Oh, its sweet and (inaudible) to hear your voice again.

Nathaniel:     Hey, you in bed.

Donna:         Yeah.

Nathaniel:     Oh, you sound so cozy.

Donna:         I am honey.

Nathaniel:     Man.

Donna:         Snow.

Nathaniel:     Huh?

Donna:         There's snow outside.

Nathaniel:     You got snow outside?

Donna:         Yeah.

Nathaniel:     We don't got none out here.

Donna:         You're kidding?

Nathaniel:     Huh, hum.

Donna:         I thought you'd have more.

Nathaniel:     No.  It ain't snowed out here.  It rained and mixed with snow last night a little bit, you know - -

Donna:        Huh, hum.

Nathaniel:    - - but it stopped though.

Donna:        How are you honey?

Nathaniel:    I'm doing good now, baby.  Hey look, they sent my pictures back, you know.  They gave me three of them, so you know, as soon as they sent them or get them back, send - - you can only send three in each envelope and I didn't know it though, you know.  So, I'm, as soon as they come back, just you know, send three in each letter.

Donna:        Okay.

Nathaniel:    Okay.

Donna:        Which one did you get?

Nathaniel:    I got the three - - the one which you at the table, the one with you on the couch, and um, the one you standing up with the attitude shirt on.

Donna:        You took all of me?

Nathaniel:    Yeah.

Donna:        Do I look okay?

Nathaniel:    Yes, you do, baby.  You look wonderful.  You look wonderful.  You're my baby.

Donna:        Nate.

Nathaniel:    Yes.

Donna:        I love you.

Nathaniel:    I love you too, Donna so much.  So much.  I can't wait to come home man.

Donna:        Can't wait.

Nathaniel:    I think about it every night man just waking up with you man every fucking night I think about it.  Sometimes I can't even go to sleep man.

Donna:        Me too honey.

Nathaniel:    I'm telling you man I can't wait to get out man so I can, you know, do what has to be done man.  I got to be with you Donna, I'm serious.  I have to.