Donna:       Are you sure?

Nathaniel:   I'm positive.  I'm more than sure.  I am more than sure.  I got to be with my baby.
             Damn man, I love my baby so much.

Donna:       Honey.

Nathaniel:   I love my baby so much.

Donna:       Promise.

Nathaniel:   Promise.  Big old, big old promise.  Hey, I sent you a letter too to ask you know
             about the bus schedule from um, Elyria.

Donna:       I already sent it out yesterday.

Nathaniel:   You did?

Donna:       Yeah.

Nathaniel:   You got that already?

Donna:       Yes, I sent it to Warren and to Youngstown.

Nathaniel:   Okay.

Donna:       There's one bus that takes two-and-a-half hours and the other one takes like six
             hours.

Nathaniel:   From Elyria?

Donna:       Yeah.  Because you have to wait in Cleveland for a long time.

Nathaniel:   Oh man.

Donna:       But there is one to Youngstown that is just a couple of hours.  And guess what, I was
             reading your letter that I got and answering all of your things the best I can and I
             thought of calling the Vindicator up on the phone and they took my charge and they
             did it.

Nathaniel:   They did?

Donna:       Yeah.

Nathaniel:   Okay, then.

Donna:      It was like going to be impossible for me to go.  I'm like working every day all day almost.

Nathaniel:  Yeah.

Donna:      So, they did it and they said it will start Tuesday, okay.

Nathaniel:  Okay, then.  That's my baby.

Donna:      And I got it for a month at a time and they said you will get a little note if you want to renew it then, okay?

Nathaniel:  Okay then, baby.

Donna:      And I sent you the $25.00 out yesterday also.

Nathaniel:  That's my baby.  That's my baby.  You see why I got to be with you man.  I'm telling you Donna, you are the only woman that I ever had that I mean, its just like, man - -

Donna:      You know you can count on me.

Nathaniel:  You know, you are the only woman that I trust, Donna.  You are the only one I trust.

Donna:      I think I deserve your trust honey.

Nathaniel:  You're the only woman.

Donna:      I don't think I ever betrayed your trust ever.

Nathaniel:  The only woman.  I was reading the letter yesterday, man, about that CO man.  You can tell this cat - -

Donna:      He was in again yesterday.

Nathaniel:  I sent the letter out man, you know, this morning.  Tell this man to stop harassing you man, look her.  It's scary.  Just tell him, you know what I'm saying, you are - -

Donna:      Guess what he did.

Nathaniel:  What?

Donna:      Yesterday he came in and he - - i almost, I can't even believes, he followed me home.

Nathaniel:  He what?

Donna:        He followed me home.

Nathaniel:    All the way to the house?

Donna:        From Warren.

Nathaniel:    All the way to the house.

Donna:        But I didn't know it until yesterday.  He said something and I said something and he said, well, something about where I live and I said, how do you know where I live? He said, I followed you home.  I said, what.  Are you out of your fucking mind.  Just like that I said.  He doesn't care what I say or nothing.

Nathaniel:    Man - -

Donna:        He won't stop.

Nathaniel:    Tell him man that you are going to call the police man.

Donna:        Do you know what I have been doing honey?

Nathaniel:    What.

Donna:        I've been going out at 5:00 while people are there and bringing the car around front.

Nathaniel:    That is what I put in my letter.  Keep doing that.  Look man, tell him that you are going to file harassment charges, you know what I'm saying.  Or call his job.

Donna:        He's a big guy too, hon.

Nathaniel:    Tell him that you are going to file harassment charges or you are going to call his job.

Donna:        He's a big guy.

Nathaniel:    I can't wait - - oh, I'll be glad when I get out, man.  Just let him know like it is.

Donna:        He comes and stands there for like a half-hour and looks at me, hon.

Nathaniel:    Just tell him, man, you know what I am saying, this is business purposes only.  Put up a sign man that say, no loitering.  Business purposes only.  Others will be prosecuted.

Donna:        Don't worry about it hon.

Nathaniel:    Man.  Tell him - -

Donna:        If I knew that you were going to worry I wouldn't even tell you.

Recording    This call is originating from an Ohio Correctional Institution and maybe recorded or monitored.

Donna:        Don't worry.  Hey, they can't take that back can they?

Nathaniel:    What?

Donna:        That you're coming out in December.

Nathaniel:    No.  They sent me another paper too.

Donna:        For sure?

Nathaniel:    Yeah.  I sent one of them home to you.

Donna:        Oh.

Nathaniel:    And um, it's like man, you know what I me, some like, you know, that I had went off on one of my letter, that letter that I sent out this morning for a minute man, because you know, I read the part where you said that I was going to come back out and I was going to hurt you again.  I was wondering, you know what I am saying, out in there, you know what I mean, what do you mean I am going to hurt you again.  So, you know what I mean, it's like you had to tell him what happened, you know what I'm saying.  Don't be doing that Donna.  You can't just open up our business like that, you know what I'm saying.  This is me and your life Donna.

Donna:        Well.

Nathaniel:    You can't spill everything out, you know, when you think people are your friends.

Donna:        Nate.

Nathaniel:    Huh.

Donna:        You don't know what kind of shape was in honey.

Nathaniel:    But I'm saying, you can't put everything out like that Donna, you know.  Some days you got to hold it in.

Donna:        I didn't tell anybody but the guys, my buddies.

Nathaniel:    But I'm saying, you think they're your buddies man, but look, we are still together, you know what I'm saying.  I mean, you got to think first, Donna.  Li

think, you know.  Don't be telling no body that I'm locked up man.

Donna:      Why?

Nathaniel:  Okay.  That is how we open yourself up to somebody.

Donna:      Why.

Nathaniel:  You know what I'm saying because, man, I don't want no body to know man about me man.  I don't know those people man.

Donna:      They don't know who you are.

Nathaniel:  But I'm saying though sweetheart eventually they'll see me.  You know what I'm saying.

Donna:      Yeah.

Nathaniel:  I mean, don't tell me, I mean, that is how you lead yourself open then you wonder why you can't get rid of people.

Donna:      Oh.

Nathaniel:  You know what I'm saying.  Okay.  How would you like, you know what I'm saying, if I was in that position you know and I had you know what I' saying some girls calling in telling me good morning and I was telling you that they so sweet, you know what I'm saying and - -

Donna:      But they are sweet to me hon.

Nathaniel:  Okay.  And I come and tell you that a girl looked beautiful and how would you feel, you know what I'm saying.  I mean, some different to run through your mind.

Donna:      No.

Nathaniel:  You know what I' saying.

Donna:      I'm just telling you it doesn't mean anything to me.

Nathaniel:  But I don't want to be hearing how handsome some dudes look or how - -

Donna:      Well, some of them are.

Nathaniel:  But I'm saying though don't tell me man.

Donna:        But I don't have anybody else to tell anything to but you.

Nathaniel:    Okay baby.  Okay.  I'm sorry.

Donna:        I tell you everything honey.

Nathaniel:    I'm sorry baby, okay.

Donna:        You see how much I'm writing.  I tell you everything in my mind.

Nathaniel:    Don't take that letter bad, okay.  I told you in that letter, you know what I'm saying,
              I mean, you know, I was just rambling.

Donna:        Nate, you know no body in the world means a damn thing to me but you.

Nathaniel:    You ain't going to um - -

Donna:        Do you know that?

Nathaniel:    Huh?  What baby?

Donna:        No body means a damn thing to me but you.

Nathaniel:    Okay.  My letters ain't going to slack up since I'm coming home December 9th is
              they?

Donna:        I don't think so.  I wrote you four yesterday.  I wrote you all day long.

Nathaniel:    Okay then.

Donna:        It's like all I did.

Nathaniel:    Okay.  Well, it is about time for me to get off the phone, but look here, don't forget
              to um, you know when them pictures come back.  I'm going to call you again
              Thursday afternoon, so, if you have to work, just forward the calls, okay.

Donna:        All right, honey.

Nathaniel:    Okay.  I love you baby.

Donna:        How much?

Nathaniel:    So much.  Okay.

Donna:        I love you honey.

Nathaniel:      I love you too baby.

Donna:          I'll always love you.

Nathaniel:      I'll always love you.  Okay.

Donna:          No body can change that.

Nathaniel:      No body.  I love you baby.

Donna:          Look at my pictures and think of me.

Nathaniel:      All the time.

Donna:          Okay.

Nathaniel:      Okay, baby.

Donna:          Bye honey.

Nathaniel:      Bye-bye.



B312102Q-11-03-01

This is MCI Worldcom.  This call is originating from an Ohio Correctional Institution and maybe recorded or monitored.   I have a collect call from Nathaniel Jackson, an inmate at Lorain Correctional Institution.  If you wish to accept and pay for this call, dial zero, thank you.

Nathaniel:     Hey, you.  What's going on.

Donna:     Hello honey.

Nathaniel:     Hi baby.

Donna:     I'm at work.

Nathaniel:     You're at work.

Donna:     I remembered to forward the call.

Nathaniel:     Okay.  I called Thursday.

Donna:     You did?

Nathaniel:     Yeah.  The line was busy.

Donna:     Oh, the phone was off the hook when I got home, but Fluffy must of done it.

Nathaniel:     Yeah.

Donna:     I waited there and I waited there and  - -

Nathaniel:     Yeah.  We didn't get on the phone until like, I think, you see, they didn't let us out early, you know, so I didn't get on the phone until like 3:00 o'clock, you know.  Then, I got real worried man.

Donna:     Oh, I got worried when you didn't call.

Nathaniel:     Man, I was so worried and then, I'm like, Oh, man.

Donna:     Oh, honey.

Nathaniel:     Man, I was so scared man.

Donna:     You sound wonderful.

Nathaniel:     How you doing baby?

Donna:       Oh.

Nathaniel:   I miss you.  I couldn't even sleep for the last three days ever since Thursday night man.

Donna:       Why?

Nathaniel:   Because I was thinking about you man and I was you know, man I was like, and I kept calling on the private phone too.

Donna:       I wasn't even there.  I waited until like 2:00 o'clock and then, I came and did my report here.

Nathaniel:   Okay.  I was like oh - -

Donna:       I was so worried.  I thought you were in the hole or something.

Nathaniel:   Oh, baby.  I ain't going to get into no trouble.  I kept calling on the private phone like, man, I know she knew that I was going to call man.  Why isn't she answering her private phone.

Donna:       I thought it was 1:00 or 1:30?

Nathaniel:   Yeah, but um, they ain't let us - - sometimes you know, they don't let us out exactly you know at times, but now I know, you know.  I was like, man, I hope she knows Saturday man.

Donna:       How are you honey?

Nathaniel:   Cool.

Donna:       Thirty-four and-a-half days.

Nathaniel:   Yeah.  Then, I was like, man then I didn't get no mail Thursday or Friday and I was like man - -

Donna:       You didn't?

Nathaniel:   No.

Donna:       I mail you mail ever single day.

Nathaniel:   I was really worried then.  I was like man, did I say anything to her man.

Donna:       Oh, honey.

Nathaniel:     I was like man.

Donna:         I don't know why you wouldn't get - - i mailed you like three letters on Monday and Tuesday.

Nathaniel:     Nope I'm like - -

Donna:         Did you get your mail yet today?

Nathaniel:     Huh?  No, we don't get no mail until Monday again.  We don't none on Saturday's.

Donna:         Oh.

Nathaniel:     I was like, man, what did I do man.

Donna:         Oh, honey.  Don't think like that.

Nathaniel:     Worried baby.

Donna:         Don't think like that sweetheart.

Nathaniel:     I love my baby so much man.

Donna:         Tell me.  Tell me.

Nathaniel:     I love you so much honey.

Donna:         I love you Nate.

Nathaniel:     Wait until next month baby, next month.

Donna:         I know.  I know.

Nathaniel:     It's really short.  You get that paper that I show you with my out date on it?

Donna:         Yes, I did.

Nathaniel:     Okay, then.  They just sent me paper Friday I got to go to pre-release. You know, it is like a class, like, pre-release skill, you know, like, show you how to do resumes and everything you know.  It for when you are about to get out.  It's almost over baby.

Donna:         I know.

Nathaniel:     I'm really excited now.  I talked to my baby and I know my baby all right now, man.

Donna:          I'm kind of all right.

Nathaniel:      Okay baby.

Donna:          Do you know what happened Monday?

Nathaniel:      What.

Donna:          Well, I had to come in and do the report, so I waited until like 2:00 o'clock for you
                to call.  Then, I came in here and I went over to the  - - I was writing you a letter and
                I went over to the bakery to get a cup a coffee - -

Nathaniel:      And he found the letter.

Donna:          And he came to check up on me and he found or read the letter on the desk.

Nathaniel:      Oh, my goodness.

Donna:          Yep.

Nathaniel:      Oh.

Donna:          Now, he knows for sure, but he doesn't know your name because I put hi sweetheart
                or honey or something.

Nathaniel:      Oh, man.

Donna:              Oh, man.

Nate            I had a feeling that i kept feeling that man.  I kept feeling that.

Donna:          It wasn't good.

Nate            Did he - -

Donna:          I don't know why you wouldn't get letters everyday sweetheart.  I sent them
                everyday two and three.

Nathaniel:      I don't know.

Donna:          Oh, you're going to get a shitload of letters Monday.

Nathaniel:      I should get my paper too.  I ain't get my paper yet either.

Donna:          Oh, they said that it would start Tuesday.

Nathaniel:     Yeah, I ain't get them yet.  They probably holding my mail and stuff back man.

Donna:         Why?

Nathaniel:     I don't know.  They be sop slow with it.

Donna:         Oh.

Nathaniel:     Yeah, did he put his hands on you?

Donna:         Don't - - what's going on anyways?  How do you feel?  Do you feel okay?

Nathaniel:     Oh, yeah.

Donna:         I got your letter and it said that your eating your vegetables.

Nathaniel:     Yeah.  I'm eating my vegetables and taking my vitamins.  You better start eating right too.

Donna:         I know.  I know.  I know.

Nathaniel:     Don't worry baby.  When I come home everything is going to be all right, okay.  I promise you that.  The next day I promise on everything baby.  I promise you that for sure.  For sure, for sure.

Donna:         Really.

Nathaniel:     Yeah.  I got to man.  I'm telling you Donna, I am do much in live with you, so much.

Donna:         Are you sure?

Nathaniel:     I am more than sure.  So, the first night we are going to have a celebration me and you.

Donna:         Oh, yes, yes.

Nathaniel:     Let's get the room with the Jacuzzi, okay.

Donna:         I'll try.

Nathaniel:     Okay then.  Or something with some mirrors on the ceiling or something.

Donna:         Oh.  I can't wait until you can out your hands on me honey.

Nathaniel:     Yes.  Yes.  Yes.

Donna:      My baby and your beautiful hands.

Nathaniel:  My baby.  So, look, if I get delayed and um, in Cleveland - -

Donna:      Yeah.

Nathaniel:  - - you will come and get me man.

Donna:      I'll try.  I don't know how to get up there or how to find the Greyhound Station.

Nathaniel:  The Greyhound Station is downtown Cleveland.

Donna:      Yeah.

Nathaniel:  Yeah, it's Downtown Cleveland.

Donna:      Right.

Nathaniel:  But um, when I get to the bus station from when they take me from here

Recording:  This call is originating from an Ohio Correctional Institution and may be recorded or monitored.

Nathaniel:  When they take me from the bus station here, then, I mean, when they take me here to the bus station, then, I will call you and let you know, you know, um, my next stop.

Donna:      Okay.

Nathaniel:  Okay.  I love my baby so much.

Donna:      Oh, Nate.

Nathaniel:  I'm so happy man.

Donna:      Is everything going to be okay?

Nathaniel:  Oh, yeah.  Oh, yeah.  That's mandatory.  That's mandatory baby.  For real you know, I'm ready to live that good life now, man.

Donna:      You're ready to settle down with just one woman.

Nathaniel:  I'm ready to settle down with my baby.

Donna:      Are you sure.

Nathaniel:     I am more than sure.  I could be no more sure baby.  I'm for real man.  I don't got, I don't have to worry about being out there and getting into trouble.

Donna:     Well, I better get me a pair of knee pads then.

Nathaniel:     Yeah.

Donna:     Because I plan on doing a lot of kneeling down.

Nathaniel:     Oh, yeah.

Donna:     I can almost taste you now.

Nathaniel:     Yes.  Yes.  Yes.

Donna:     How do I live without you.

Nathaniel:     My baby.  Had the (seal) been back in there?

Donna:     Huh?

Nathaniel:     Has the (seal) been back in there?

Donna:     Oh, yes and he'll never be here again.  You didn't get those letters either?

Nathaniel:     I got that one and I was like, yeah, that's my baby.

Donna:     Oh, he thinks I'm a real bitch now I'm sure.

Nathaniel:     Man.

Donna:     But honey, don't think I tell people everything. I just really told them that you're there and - -

Nathaniel:     Okay.

Donna:     Really, I'm very careful about it.

Nathaniel:     Okay, baby.

Donna:     Talk to me.  Hurry.

Nathaniel:     My baby.  I love my honey so much.  So much, yes, man.  It won't be long now.   It won't be long.  I love Donna Maria Roberts.  I love my baby.  I be staring at your picture all the time.

Donna:       Are they okay?

Nathaniel:   Yeah.  I got the rest of them too.  Yeah.  In that big bad that's the romper room.

Donna:       I'm going to get you baby.

Nathaniel:   Oh, the romper room.

Donna:       I'm going to tear your ass apart.

Nathaniel:   Okay, then.  I won't to see my baby in the thong man.

Donna:       Oh, I put one on the other night and looked at myself from behind in the mirror and bend over, it looked good.

Nathaniel:   That's what I'm saying, see I'm telling you.

Donna:       Do you know what I want you to do.  I don't want you to take them off, I want you to leave them on and just tip that little piece of material - -

Nathaniel:   To the side.

Donna:       Behind.

Nathaniel:   Oh, man.  It's is going to be wonderful.  So, um, I'll call you again next Thursday afternoon.  I don't know if it will be exactly at 1:00 or 1:30.

Donna:       Oh, okay.

Nathaniel:   But um, sometime in the afternoon, okay.

Donna:       All right.

Nathaniel:   That's for sure okay, baby.

Donna:       All right.

Nathaniel:   I love my honey so much.

Donna:       I love you Nate.

Nathaniel:   I love you so much baby.

Donna:       You be careful with those words now, they're pretty strong.

| | |
|---|---|
| Nathaniel: | I love you so much. |
| Donna: | Don't say that if you don't mean it. |
| Nathaniel: | I mean it.  I mean it.  I love my baby so much. |
| Donna: | I love you honey. |
| Nathaniel: | I love you baby. |
| Donna: | I think about you every second. |
| Nathaniel: | I miss you so much too. |

B81310HP-11-08-01

This is MCI Worldcom.  This call is originating from an Ohio Correctional Institution and maybe recorded or monitored.  I have a collect call from Nathaniel Jackson, an inmate at Lorain Correctional Institution.  If you wish to accept and pay for this call, dial zero, thank you.

Nathaniel:      Hey you.

Donna:      Hey you, honey.

Nathaniel:      What's goin on.

Donna:      I just got your letter from Monday.  Oh, it is so sexy honey.

Nathaniel:      What's going on baby.

Donna:      I love you Nate.

Nathaniel:      Me to baby so much.

Donna:      Oh, I had a terrible day yesterday.  I couldn't stop thinking about you for one fucking minute.  I wrote to you from when I got here at 8:30 in the morning until 4:00 in the afternoon.  Then, I got home and wrote some more.  I mailed about six letters to you.

Nathaniel:      Oh, yes.

Donna:      So, did you get all your letters?

Nathaniel:      Huh, yeah, they started.  Man haven't been sending me my papers man.  Only got three papers from um, I got a paper from Tuesday, Wednesday, and Thursday of last week and I got no more yet man.  The mail room man been bagging up all the mail man.  I haven't been getting my papers man, I'm like, man, what's up.

Donna:      Oh.  You see, I didn't stop writing to you sweetheart.

Nathaniel:      Yeah.  I was like, oh man.

Donna:      You know you can always count on me.

Nathaniel:      I love you so much baby.

Donna:      I would never let you down honey.

Nathaniel:      I love my baby so much man.

Donna:      Oh guess what, I dreamt about you.

Nathaniel:  You did.

Donna:      I went to sleep.  I had a touch it last night a couple of times.  Something is wrong with me.  And I fell asleep and I was asleep for a couple of hours but it felt like a minute and I dreamt that I was going into your arms and you were about to kiss me and I grabbed your arms and they were only an inch thick.  I said, what's wrong with your arms honey.

Nathaniel:  What's wrong with my arms.

Donna:      That was my dream.

Nathaniel:  Oh, okay.

Donna:      So, what have you been doing?

Nathaniel:  Nothing.  Just staying out of the way. Going to work out, you know, just keeping my head up.

Donna:      Are you eating all right?

Nathaniel:  Yeah.  I'm eating cool.  Yeah, we do be going outside.  I seen your letter where they kept told me we going to go outside or nothin.  We do go outside.  We was outside yesterday.  I went to the gym and worked out.

Donna:      Oh, good.

Nathaniel:  It wasn't that cold out.  It ain't that cold out now.

Donna:      Oh, it's beautiful today.

Nathaniel:  Yeah, I be going out, you know what I'm saying, so don't worry about that.  You got my worrying for nothin.  We got to go outside to go eat, you know.

Donna:      Nate.

Nate        Yes.

Donna:      Tell me.  Tell me.

Nate        I love you so much baby.  So much man.  I can't wait to hold you so warm. Hey, why don't you send me um, $10.00 all right.

| | |
|---|---|
| Donna: | Okay. |
| Nate | That is all that I need it ten bucks. |
| Donna: | Are you sure? |
| Nate | Yeah.  That's all.  I don't want no more, just ten bucks. |
| Donna: | Are you sure you don't need twenty? |
| Nate | No, just ten bucks. |
| Donna: | All right. |
| Nate | That is all I need it ten bucks.  I put it in the letter I sent out this morning. |
| Donna: | All right.  I'll send it tomorrow for sure honey. |
| Nate | Okay.  Yeah, my baby. |
| Donna: | Oh, honey. |
| Nathaniel: | Hey - - |
| Donna: | I don't think I'm going to be able to wait for you to go in the shower honey. |
| Nathaniel: | Huh, yeah, man.  I got to clean this smell off man.  We only take shower like only on certain days man, you know, I don't want my baby touching me man without me being fully clean first. |
| Donna: | Do you think I would care.  You can fall in the mud and I'll be right on top of you. |
| Nathaniel: | Oh, my baby.  I love my baby.  Um, are you goin to get me a um sweat suit for when I come home. |
| Donna: | Of course. |
| Nathaniel: | Okay. |
| Donna: | Don't I get you everything you want. |
| Nathaniel: | Okay, baby.  Because I um, man, this stuff, they don't us here wearing home man.  Yeah, man. |
| Donna: | You sound wonderful honey. |

Nathaniel:     Look 30 day from now.

Donna:          I know.  I know I was so excited driving here thinking about that.

Nathaniel:     Oh, baby 30 days.

Donna:          I can't wait to kiss you honey.

Nathaniel:     Oh, I'm going to do everything to you.

Donna:          Oh, I know.  I read your letter and got so excited.  I love it when you order me.

Nathaniel:     I was reading a letter that you wrote like, you know, you would like to let him see you suck my dick man before he goes away man.  I'm like I love that.  I put that on my letter the one I sent out this morning, I asked you could we do it like that.

Donna:          Of course.

Nathaniel:     I'm serious man.  I'm dead serious, you know.

Donna:          Yeah, tell me about it.

Nathaniel:     I mean that baby.  I'm serious man.

Donna:          What?

Nathaniel:     Huh.

Donna:          About what.

Nathaniel:     Huh, letting him watch you suck my dick.

Donna:          I wish I could do it real good for you.

Nathaniel:     I mean everything that I say, you know about that package man.  For real, man. We have to talk about you know the night we be together.  Are you going to spend the night with me?

Donna:          I hope so.

Nathaniel:     Huh.

Donna:          I hope so.

Nathaniel:     What could be possibly wrong.  Huh.

Recording     This call is originating from an Ohio Correctional Institution and maybe recorded
              or monitored.

Nathaniel:    What could be possibly wrong for you not to?  Huh?

Donna:        I don't know.  Nothing I guess.

Nathaniel:    Okay, then, that's all I want to know.  I told you, you know what I'm saying, you
              can leave everything else up to me, you know.  I love my baby so much.

Donna:        Oh, honey.

Nathaniel:    Yeah.  I love my baby a lot.  You is my heart baby.

Donna:        I wish that you could just touch me now just once.  Just touch me once honey.

Nathaniel:    But once I touch once, I ain't going to want to stop.  Man, I had a dream, man.  I
              wrote it in my letter.  I we got a house with a indoor pool and coming out of the
              pool all dripping wet with a t-shirt and a thong on and the t-shirt was all wet and I
              seen your nipples and I just grabbed and pick you up and put you on my dick to
              the bedroom.  I had you put your hands behind you on the bed and as I held the
              rest of your body in my hand.  I fuck the shit out of you.  You had your legs
              wrapped around your waist.

Donna:        Oh, honey, don't.

Nathaniel:    Man, that's so sexy, man, to see you in a thong and short t-shirt.  Oh, man that
              eats me up.

Donna:        You're going to get it then.

Nathaniel:    Oh, man, that would eat me up then, to see my baby walk around the house with a
              thong and a t-shirt.  You were sexy as hell.  You were so beautiful baby.

Donna:        Oh, honey.

Nathaniel:    Don't cut your hair either.

Donna:        Oh, you should see it today.

Nathaniel:    Don't cut your hair.  I seen it in that picture and I love it like that.

Donna:        You know what.  I have been wearing it up and today I decided to do a really good
              job on it and oh Nate, it looks so beautiful.  It is all hanging down and waves and

it's so fluffy.

Nathaniel:    Yeah.

Donna:        I can't wait for you to take it in your hands.

Nathaniel:    Just wrap it all around my wrist like a big ball of it.

Donna:        And rub it up and down your dick so it feels silky.

Nathaniel:    Okay, then.

Donna:        Oh, honey.

Nathaniel:    So, how have you been doing?

Donna:        All right, really.

Nathaniel:    Okay then.  You sound good baby.

Donna:        I can't stop thinking about you for one minute lately honey.  It's not good.

Nathaniel:    It's going to be all right in a minute though.

              **60 SECONDS LEFT**

Donna:        Already.

Nathaniel:    It be going fast man.  I'm going to call you Saturday morning though, okay.
              Where are you at?

Donna:        At work.

Nathaniel:    You're at work.  Okay.

Donna:        Oh, I don't want to get this call.

Nathaniel:    I'm going to call you Saturday morning.

Donna:        All right sweetheart.

Nathaniel:    I love you baby.

Donna:        I love you Nate.

Nathaniel:     I love you so much honey.  You are my life, you hear me.

Donna:     Yeah.

Nathaniel:     You is my whole life Donna.  My entire life.  My everything.

Donna:     Oh, honey, I love you.

Nathaniel:     I love you to baby.

Donna:     Forever.

Nathaniel:     I love my baby.  I love you Donna.

Donna:     All right honey.

Nathaniel:     I love you baby.

Donna:     I love you to.

Nathaniel:     Talk to you Saturday.

**END OF CONVERSATION**



BA13101K-11-10-01

This is MCI Worldcom.  This call is originating from an Ohio Correctional Institution and maybe recorded or monitored.  I have a collect call from Nathaniel Jackson, an inmate at Lorain Correctional Institution.  If you wish to accept and pay for this call, dial zero, thank you.

Nathaniel:     Hey you.

Donna:         Wait a second.  Hi honey I was just leaving the bank.

Nathaniel:     What's going on.

Donna:         I'm just leaving the bank.

Nathaniel:     Hey.  You sent that money order out, didn't you.

Donna:         Yes.

Nathaniel:     Send me fifteen more.

Donna:         All right.

Nathaniel:     Okay.

Donna:         Wait a minute.  Wait a minute.  Let me see something here.  Let me get in the car. I have two envelopes to send you, it's one of them.  I'll just send one for twenty-five.

Nathaniel:     Okay.

Donna:         What's going on with my baby.

Donna:         Not much.

Nathaniel:     I can't wait to come home man.

Donna:         Hey you, I had such a wonderful shower and I did my hair and I have been wearing it long.  It looks so pretty.  It's all bouncy and wavy and waiting for you to take a hold of it.

Nathaniel:     Shut up.  That's what I'm talking about.

Donna:         Oh, that's what I'm waiting for every minute.

Nathaniel:     That's my baby man.

Donna:         Oh, you got to grab it all and pull it.

Nathaniel:     Grab it all.

Donna:         I miss you so fucking much.

Nathaniel:     Oh, I miss you so much.

Donna:         No.

Nathaniel:     Yeah.

Donna:         No.  Not like I miss you.

Nathaniel:     Oh.

Donna:         Oh, yea.  I'll I do is think about you - - look at my purse Nathaniel Jackson, Nathaniel Jackson.

Nathaniel:     My baby.

Donna:         Are you getting a lot of letters.  Are you getting them all.

Nathaniel:     Yeah.  Yeah.  They coming.

Donna:         Are you getting a lot.

Nathaniel:     Yeah.

Donna:         Do you like how much I'm writing.

Nathaniel:     I love it.  I love it.

Donna:         I think there's one letter that you might get that you might not like something I ask you.

Nathaniel:     Oh, okay.

Donna:         But don't be mad at me because you know whether comes to my mind, I have to say it.

Nathaniel:     Okay.

Donna:         So, everything is always up front with us.

Nathaniel:     Okay.

Donna:         What.

Nathaniel:     Is it real bad.

Donna:         No.  Just more stuff that I want to know you don't want to talk about anymore. Guess where I'm going on.

Nathaniel:     Where.

Donna:         Well, I'm on my way to work.  He had to show somebody apartment, so he opened but I have to work all day.  I'm on my way to my favorite place, the post office.

Nathaniel:     So, he - -

Donna:         They're open too, I could get that $25.00 - - I knew I should sent you that much.  I knew it.  I knew it.  I was going to do it but I said, maybe, he knows what he is talking about and he won't really need it.

Nathaniel:     Because one of my dudes from Youngstown, he's my roommate now, because the old dud left.

Donna:         Oh.

Nathaniel:     I wanted to make sure we all right, you know.

Donna:         Of course.  Of course honey.

Nathaniel:     And um, you say he's working Saturday and Sunday now in Youngstown?

Donna:         Huh, hum.

Nathaniel:     Okay.

Donna:         I think every other one.

Nathaniel:     Okay.

Donna:         I'm not sure but this time he is.

Nathaniel:     Did he - -

Donna:         What.

Nathaniel:     Is he working Youngstown tomorrow.

Donna:          Yeah.

Nathaniel:     What time.

Donna:          From morning until 9:00 at night.

Nathaniel:     Okay.  Because we get phone calls tomorrow too.

Donna:          I know.  What time.

Nathaniel:     Sometime in the evening.

Donna:          Oh that will be nice.  You will call me right.

Nathaniel:     Oh, yeah.

Donna:          Tell me something good honey.

Nathaniel:     I love you so much.

Donna:          Are you are.

Nathaniel:     More than sure.  I'll show you when I come home.

Donna:          Are you one-hundred percent.

Nathaniel:     I'm one-hundred and ten percent.  I'll show you when I come home.

Donna:          Oh, your letters are getting so sexy honey.

Nathaniel:     Yeah.

Donna:          You're so fucking horny.

Nathaniel:     Right.

Donna:          You know what.  I walk around wet all the time now.  I am wet right now.  I can take a bath or take a shower, wash, wipe and think of you wet.  You see, I'm writing to you all through the day, right.

Nathaniel:     Yeah.

Donna:          And at home at night.  So, you know I'm always thinking about you.

Nathaniel:    Yeah.    Hey when you, hey, when you like, I don't know if we are allowed (inaudible)

Donna:    I can't hear you what honey.

Nathaniel:    I said, I don't know if we are allowed to have them envelopes with the stamps already on them.

Donna:    Their not.

Nathaniel:    I'm saying - -

Donna:    Oh, you mean, if I stick them on.

Nathaniel:    Yeah.

Donna:    Oh, found out.

Nathaniel:    Yeah, but look, just send three anyway, you know what I'm saying.  Then, if they, you know, if they let me have them, you know, (inaudible)

Donna:    Oh, all right.

Nathaniel:    Yeah - -

Donna:    Sure.

Nathaniel:    I put that in my letter too.

Donna:    Okay.  I'll send them out today hon.

Nathaniel:    So, how's my baby been doing.

Donna:    Oh, good really.  I haven't been letting too much bother me and - -

Nathaniel:    Okay.

Donna:    - - and I have been thinking about you coming home.

Nathaniel:    I can't wait to come home with my baby man.

Donna:    I have this picture in my mind of everything that I want you to do to me and everything I want to do to you and how am I ever going to get enough of you honey.

Nathaniel:    Oh, man.  Then, when we really be together man.

Donna:          Oh.

Nathaniel:      It will really be on man.

Donna:          Oh, last night I came so hard.  I just have to rub it now and think about stuff with you.

Nathaniel:      It will really be on now man once we be together man, I'm telling you man.

Donna:          Honey, we'll have so many wonderful secret private moments together.

Nathaniel:      Man, for real.

Donna:          Oh, I'm going to explore your whole body and never pass up an experience.  You know what I'm going to make you do.

Nathaniel:      What.

Donna:          I know you really like it so, I'm really be a pro at it and I'm thinking when I got you on your knees, I'm going to make reach both your hands back no matter how awkward that might be and spread those little ass checks wide apart - -

Nathaniel:      Oh man.

Donna:          - - and I'm going to lick you soft and slow and around and up and down

Recording       This call is originating from an Ohio Correctional Institution and maybe recorded or monitored.

Donna:          - - and around that real delicate skin that you love to be licked and I'm going then make my tongue so hard and I'm going to really suck you with my tongue.

Nathaniel:      Oh man.

Donna:          Or you can suck my tongue moving back and forth I don't care.

Nathaniel:      Damn, damn.

Donna:          I want ever bit of you Nate.

Nathaniel:      I can't - -

Donna:          I do.

Nathaniel:      - - wait to - - I love you so fucking much man.

Donna:        I want you to kiss me so much honey.

Nathaniel:    I'm going to kiss you hard.

Donna:        Promise.

Nathaniel:    Promise.  Promise baby.

Donna:        I can't wait anymore Nate.

Nathaniel:    It's going to be all right baby, you know, we down, we got real down.

Donna:        But my whole body is like jittery now.  It's getting close and I'm nervous and I can't wait.

Nathaniel:    Don't get nervous now.

Donna:        What.

Nathaniel:    Don't get nervous now.

Donna:        Oh, I am nervous.  No, I'm nervous.  I think once you hold me and kiss me everything will be okay.

Nathaniel:    I put down the cd's I want you to get to.

Donna:        All right.

Nate          On the - -

Donna:        I asked you if you wanted to get music.

Nathaniel:    Yeah.  I got that letter yesterday.  That song, you got it bad that is by Usher and yeah, I got it bad.  Yeah.

Donna:        Do you.

Nathaniel:    Oh, man.

Donna:        You want your babygirl.

Nathaniel:    Bad.

Donna:        You know what, Nate.

Nathaniel:     What baby.

Donna:         I'm gonna pay you the biggest compliment.  Now I know where you come from, it's like no big deal, it happens everyday but I want you to know.  If I was a younger person, I would have a baby with you and have a wonderful family and show you what life could really be like.

Nate           Oh honey.

Donna:         I only wish I, I didn't miss that part of you, you know.  I'm so sorry about that.

Nathaniel:     That's ok baby.

Donna:         Cause I would love, love for you to have a real family life for once in your life but I guess our family will just be two people, huh.

Nathaniel:     Yes, yes, yes.  Hey and then the ____ I want you to get, I want you to get the Garcia Vega, the  - -

Donna:         Oh Garcia, oh, I went to get them.  Did you get that letter already.

Nathaniel:     Yeah.

Donna:         Oh wow.

Nathaniel:     Yeah.

Donna:         I went to get them and it says blunt, blunt.

Nathaniel:     Yeah all those

Donna:         Oh shit

Nathaniel:     It's the Garcia Vega green

Donna:         Ok, I won't forget that.

Nathaniel:     Yeah I put it down in the letter

Donna:         I already got your Black and Milds.

Nathaniel:     (Laughs)

Donna:         (Laughs) I'm so fucked up.  I don't know if I'm coming or going, you know.

Nathaniel:     You said a

Donna:         It's, it's real different - -oh no.

Nathaniel:     You said the new Lincoln's look good.

Donna:         Huh?

Nathaniel:     You said them new Lincoln's look good.

Donna:         Oh yeah.

Nathaniel:     We tight.

Donna:         Oh, yeah.

Nathaniel:     We'll look at one.

Donna:         I want you to have anything that makes you happy.

Nathaniel:     My dude, my dude, man, tell you my cousin, he's in a bad joint.  He got a truck, man, that I like, man.  He wants $10,00 for it man.  Man, it's tight.  Like an orange color. It got different colors in it man.  It's cold man.  It got a TV in it. A DVD player.

Donna:         Is it used?

Nathaniel:     Huh.  It's newer but I mean, it's tight man.  I like it.

Donna:         Oh, honey, tell me you love me.  It's almost times up.

Nathaniel:     I love you baby so much.

Donna:         I love you.  I love you Nate.

Nathaniel:     I'm going call tomorrow evening sometime.  I don't know exactly what time.  I promise I'm going to call.

Donna:         Okay, honey.  I'll be home waiting.

Nathaniel:     Okay, I love you baby.



BB12107K-11-11-01

This is MCI Worldcom.  This call is originating from an Ohio Correctional Institution and maybe recorded or monitored.   I have a collect call from Nathaniel Jackson, an inmate at Lorain Correctional Institution.  If you wish to accept and pay for this call, dial zero, thank you.

Nathaniel:       Hello.

Donna            Hello

Nathaniel:       Hey, are you there.

Donna:           Yeah.

Nathaniel:       Oh, man.  Man, man, man.  How are you doing today, okay.

Donna:           No.

Nathaniel:       What's wrong.

Donna:           I was thinking of stuff last night.

Nathaniel:       What.

Donna:           Will you tell me.

Nathaniel:       Huh.

Donna:           Will you tell me the truth for once.

Nathaniel:       Will I tell you the truth.

Donna:           Yeah.

Nathaniel:       What's wrong.

Donna:           Something didn't make sense to me and I keep thinking about.

Nathaniel:       What did I do.

Donna:           I just want to know why.  Why, why, why did you want her apartment so bad.

Nathaniel:       Oh, man, I know you ain't still with that, man.

Donna:           Yeah, I - -

Nathaniel:     Man, come on, man, look here.

Donna:         Please tell me.

Nathaniel:     What.  So, I can - -

Donna:         Tell me.

Nathaniel:     So, I can have a place to live, man.

Donna:         Well - -

Nathaniel:     Where was I goin to go.

Donna:         But wait a minute.  There is a lot of apartments why her's.  Why her's that you had worked on for months.

Nathaniel:     Because for one thing, man, I didn't have to go through the changes of trying to look and find an apartment, man.  It was right there, man.

Donna:         Where was she going to go.

Nathaniel:     Man, I don't care, man.  I did not care at all.  I told you.  I did not care, man.  It wasn't like that, man.  See, man.

Donna:         Wasn't she going to be there.

Nathaniel:     No.

Donna:         Oh, okay.

Nathaniel:     I'm trying to - -

Donna:         Then, there's one other thing.

Nathaniel:     What.

Donna:         Other thing.  When she wrote about - -

Nathaniel:     Man, I'm not used of dealing with this, man.

Donna:         I'm sorry.  I just can't, it won't settle.  I have to get it settled and then, I'll forget it.

Nathaniel:     Man.  We've been, man, we been - -

| | |
|---|---|
| Donna: | Wait a minute. |
| Nathaniel: | Got this man. |
| Donna: | Wait a minute. |
| Nathaniel: | What. |
| Donna: | She was writing Mr. And Mrs. Nathaniel Jackson. |
| Nathaniel: | Man, I don't - - |
| Donna: | Then, she wrote - - |
| Nathaniel: | You don't - - |
| Donna: | Listen. |
| Nathaniel: | You don't understand the street life, do you. |
| Donna: | Listen, she wrote me, you, my son, and our baby. |
| Nathaniel: | Look, look, listen here, you don't - - |
| Donna: | Why did she write that. |
| Nathaniel: | You don't understand fucking street life, right. |
| Donna: | Why did she write our baby. |
| Nathaniel: | Man, look.  If you want to finish it man, right now, man, let's just go ahead, man, because I don't want to go through that no more man. |
| Donna: | Just tell me. |
| Nathaniel: | I do not know, man.  Didn't I fucking tell you that, man. |
| Donna: | And then - - |
| Nathaniel: | I don't care what she said, man.  Look, like I said - - |
| Donna: | Then, you told me she was pregnant. |
| Nathaniel: | Look, look, look.  I told you one thing right, you know what I am saying.  We said that we was going to leave this alone, man.  Look here, man, I ain't trying - -I'm too |

short, man, coming home, man, if you want to go ahead and end this right now, man, go ahead, man, because I ain't going through this no more, man. I told you, man, that is left alone, man, and nothing there, man, you know what I'm saying. You know who I been by, you know what I'm saying. Who my time with, man. You keep bringing this back up, man, and I'm going for it, man, because I ain't going get out there on the streets, man, and throw that in my face, man. So, if you want to go ahead and ends this right now, man, then, go ahead.

Donna:      Okay.

Nathaniel:  Cause I'm not, you know what I'm saying, I'm not getting out there like this no more, man. We even made plans and everything, man. Why do you still want to keep doing this, huh.

Donna:      I don't know if you're trying to really include me.

Nathaniel:  What do you mean, man.

Donna:      Things just don't make sense.

Nathaniel:  What do you mean, man. What do you want me to do, man. I'm feeling good, man, you know what I'm saying, man. You always do this shit, man. You always fuck around and bring me down, man.

Donna:      I'm sorry.

Nathaniel:  You know what I'm saying. You always do it, but you keep saying you're sorry though, man, but you still do it, man. You see what I'm saying, man. After you know, you know what I'm saying, you promise that you were goin, you know what I'm saying, leave the situation alone, man, but you still want to bring it up, man. You let no body get to your mind, man. Your easily influenced, man. You let no body get to your mind, man.

Donna:      It doesn't make sense.

Nathaniel:  You know who I love, man.

Donna:      It doesn't make sense.

Nathaniel:  What the fuck you mean.

Donna:      You tell me something.

Nathaniel:  What.

Donna:          Why do you love me.

Nathaniel:      You're my heart.  I been with you almost two years.  To many fellows get involved with you.  I can't let that go like that, you know what I'm saying.  I sit here every night, lay up, and think about our plans, man, when I come home, man.  Now, it seems like everything, man, I stayed up until 3:00 this morning, man, thinking about us man.  It seemed like everything is just goin down the drain now, you know what I'm saying.  I knew something was goin to happen, man, when I get closer to coming home, man, it just made me think more and more, man, you don't want to be with me, man.  You're trying to get an excuse, man, and all of sudden, man, you gettin to wait until I'm coming home, man, you know what I'm saying.  You feel good and everything about it, man, then, you down grade me, man, you know what I'm saying.  When I want to have a good life with you, man, but you don't want it though, man.

Donna:          Yes, I do.

Nathaniel:      No, you don't man, because you would leave that alone, man.  You would leave that alone, man.  If you could see, man, you know what I'm saying, man.

Donna:          It bothers me.

Nathaniel:      If you - -

Donna:          It bothers me.  I can't sleep when I think about it.

Nathaniel:      Look, if you would see, man, who is all my time with, huh.  Whose all my time with, Donna.

Donna:          I don't know.

Nathaniel:      What you mean don't know, Donna.

Donna:          Maybe she seen some before because you know (inaudible)

Nathaniel:      Donna.  Donna.  Look here, I'm going to tell you this one and last time, all right.

Donna:          Is she pregnant with your child.

Nathaniel:      Hell no.  Mean, what do you mean, man.  How could she be pregnant when I haven't touch this girl, man, huh.  If you could understand, man.

Donna:          Why did she write our baby down.

Nathaniel:      Look here Donna, I told you like this, all right.  I told you like this, man, you know

what I'm saying.  The girl she was fooled.  Her mind was gone, okay.  She was figuring she could have all this, man, you see what I'm saying.  I even told her, man, I explained to you in my letter, man.  It's all game, man.  It's all part of the game, man. You don't know the streets, man, that's why your messed up, man, because you keep on thinkin stuff, right.  I did this all upon the street game, man, you know what I'm saying.  I told you, man, I said, fuck it, I don't want the apartment that is why I never send the letters out, man, they just stayed in my property, man.  I left it alone, man.  Donna,

Recording     This call is originating from an Ohio Correctional Institution and maybe recorded or monitored.

Nathaniel:    Donna.  Donna.

Donna:        And you never did tell me what - -

Nathaniel:    Donna.  Donna.

Donna:        - - happened at the end.

Nathaniel:    Donna.  Donna.

Donna:        Did it end.

Nathaniel:    Ain't nothin there.

Donna:        Huh.

Nathaniel:    I told you there wasn't nothin there.

Donna:        How did it end.

Nathaniel:    Oh, may goodness, man.  Look.

Donna:        Tell me.

Nathaniel:    Look, I'm about to get off this phone, man, because I don't want to go through this no more.  I'm about to go ahead and get off the phone.

Donna:        Please tell.

Nathaniel:    Donna.

Donna:        Please tell me.

Nathaniel:     It wasn't never no beginning.  Do you understand, man.

Donna:         Did it end.

Nathaniel:     It wasn't no beginning, okay.

Donna:         You still won't answer me, huh.

Nathaniel:     Why are you trying to make me say something, man, huh.  Didn't I tell you there was
               no beginning, huh.

Donna:         Yeah.

Nathaniel:     So, how could something end when it never began, huh.

Donna:         When did the letters and the call end?

Nathaniel:     Donna, hey, I talk to you, Donna.  I'm about to get off the phone, man.  I ain't trying
               to go - - I ain't trying to keep going through this, man.

Donna:         All right.

Nathaniel:     You know what I' saying.  Hey, Donna, Donna, Donna, Donna.

Donna:         What.

Nathaniel:     Don't hang up the phone, man.  Look here, man, do you want to be with me when I
               come home or not, man, just let me know right now, man, huh.  What is it is you
               seeing somebody else or something to bring this up, huh.  Another dude got to your
               head that quick.

Donna:         You know better than that.

Nathaniel:     Over what.  One day I just talked to you yesterday and everything was all good, man.

Donna:         Because I was thinking about all that.

Nathaniel:     You know what I'm saying.  Man, you see what I'm saying, man.  Why you - -

Donna:         I was thinking about all that.

Nathaniel:     You know what I'm saying.  You just let the devil take your mind, man.  That's what
               you do, man.  When I try teach you stuff that's right, man.  You just get drifted off.
               Why.  Huh.

Donna:        Maybe I had a reality check.

Nathaniel:    Donna, do you want to be with me when I come home.  Answer this, do you.  Huh.
              I knew something told me I shouldn't of called, man.  I felt something, man, you
              know.  Every time, man, when I try, you know what I'm saying, make things right,
              man, you know what I'm saying man, you, man, you would be the reason, man, my
              life to get turned around, man, and go right back down again, man.

Donna:        Don't blame it on me.

Nathaniel:    Yeah, no, you would be the reason, man, you know what I'm saying.  Because just
              when I thought everything was going good, man, my whole life was about to change
              around, and the things that I was about to do just to be with you, man, you know what
              I'm saying.

Recording     60 Seconds left on this call.

Nathaniel:    that's what it is, man, you don't want me to do that, man, so we can be together, man.

Donna:        That's not it at all.  I want to be absolutely sure about you.

Nathaniel:    Donna.  Donna.

Donna:        And I can't be.

Nathaniel:    Donna.  Donna.

Donna:        And I want to be but I can't think - - things don't make sense.

Nathaniel:    Donna.  Donna, look, listen here, okay.  I love you all right.  You love me.  Huh.
              Now, everything just changed all in one day, man.  I'm tired of this shit, man.  I'm
              fucking tired of this shit, man.  I'm tired of it, man.  All of a fucking sudden, man,
              you just wait til I come home, man, you know what I'm saying.  I'm about to go back
              to my old fucking ways, man.  You wait till I come home, man.  You pissed me off
              now, man.

Donna:        Please don't talk like that.

Nathaniel:    No, man.  No please don't talk like this, man.  Don't talk to me, man.  I'm gone,
              man, bye.

BF1410KP 11/15/2001

This is MCI Worldcom.  This call is originating from an Ohio Correctional Institution and maybe recorded or monitored.  I have a collect call from Nathaniel Jackson, an inmate at Lorain Correctional Institution.  If you wish to accept and pay for this call, dial zero, and hold, thank you.

| | |
|---|---|
| Nathaniel: | Hello. |
| Donna: | Hello. |
| Nathaniel: | Hey, hey, sweetheart.  Sweetheart. |
| Donna: | What. |
| Nathaniel: | Are you there. |
| Donna: | Hey, honey. |
| Nathaniel: | Hey, baby look here.  I didn't mean that I was gone, I mean out of your life, okay.  I mean - - |
| Donna: | Oh, Nate. |
| Nathaniel: | - - my time was up on the phone, baby, okay.  Please don't don't take it that way, okay. |
| Donna: | Nate, I have not lived since you said that to me. |
| Nathaniel: | No, baby.  I meant as far as the phone because my time, you know, you know, it said 60 seconds, you know, so, you know, just hang straight up on you, you know.  But I let you know, baby, that I love you, Donna.  You know, please sweetheart. |
| Donna: | Nate. |
| Nathaniel: | Baby, I love you so much honey. |
| Donna: | Nate, I love you.  I can't live without you. |
| Nathaniel: | All I want to do baby is be in your life, honey. |
| Donna: | Please. |
| Nathaniel: | Baby, I'm never goin leave you, Donna.  I'm never goin to leave you. |
| Donna: | I'm sorry I hurt you.  I'm sorry I was selfish. |

Nathaniel:   I read them letters yesterday, man.  I was so hurt, man, you know what I mean.

Donna:   I'm sorry.

Nathaniel:   Baby, you know what I'm saying.  All I want to - -

Donna:   Honey, you loved it.  See, you're missing the whole point.

Nathaniel:   All I want us to do is - -

Donna:   The point is only one thing.

Nathaniel:   All I want is - -

Donna:   No matter how bad it is, please, don't lie to me.  We can't have - - live on lies.  We have been doing that.

Nathaniel:   Fine.  Sweetheart, look, all I want to do, you know what I'm saying because, okay, you know just as well as I know, you know what I'm saying, is that man, I admitted up to my wrongdoings, okay.  I told you - -

Donna:   I know but - -

Nathaniel:   Wait a minute, let me talk know.  Look.  Let me talk.  I told you, I told you that it wasn't nothing, you know what I'm saying, between us like that.  I never touched that girl, you know what I'm saying.

Donna:   But why did you - -

Nathaniel:   But wait a minute.  Wait a minute, sweetheart.

Donna:   Why did you go there.

Nathaniel:   Huh.  I did not go there.  I didn't never tell you I want to her apartment never.

Donna:   You said it was in a nice neighborhood.

Nathaniel:   Huh.  In Austintown.  Austin town is a nice neighborhood.  Boardman is a nice neighborhood.

Donna:   Okay.  Then, let's not even talk about it ever again.  I threw those things away last night.

Nathaniel:   Okay.  That's all I wanted you to do, you know.

Donna:        And when I got your letters today, I felt awful.

Nathaniel:    Baby.

Donna:        I didn't mean to hurt you honest.  I never want to hurt you.

Nathaniel:    I love you so much.

Donna:        I just don't want to be alone anymore without you.

Nathaniel:    You're not.  You're not.  If you look at it like this, baby - -

Donna:        I can't take it anymore here.

Nathaniel:    After almost two years, you know what I'm saying, You should really realize this, you know what I'm saying, I mean, you know, this can't be no game, you know what I'm saying.  Baby, two years, you know.  What kind of game would love could a person actually play for two years.

Donna:        I know.

Nathaniel:    Don't you think it would be something else, you know what I'm saying, that be tied up in this, you know what I'm saying.  Like some kind of (inaudible) or somethin.

Donna:        Honey.

Nathaniel:    I ain't just goin to be around.

Donna:        Nate.

Nathaniel:    Huh.

Donna:        I have to know a hundred percent in my heart - -

Nathaniel:    Hundred percent.

Donna:        - - that I can trust you with my body, my life, and everything I own.  I want to walk out of the house and leave you there and know you can take care of business.  You can go to the bank.  You can take care of bills.

Nathaniel:    Baby I can.

Donna:        I want to trust you with my life knowing you won't touch another woman and bring me home some fucking disease.  I just - -

Nathaniel:     Baby, I would never.

Donna:         - - have to be so, you know, so hard for me, I know it's hard for you because you're in there, but I'm in a worse kind of jar because every night when I go home and I can't - -

Nathaniel:     I had to go over to medical to get a breathing treatment.  Then, I had to go over there this morning.

Donna:         Oh, I'm sorry.

Nathaniel:     Man, oh man.  My celly kept saying, it's going to be all right.  It's going to be all right.  I'm like, man, she's thinkin, you know, she's thinkin its over, man.  She's telling me, you know, good-bye and good luck, you know what I'm saying.

Donna:         I'm sorry.

Nathaniel:     Like, man.  I still got two letters that I haven't even read, man.  I'm scared to read them.

Donna:         Oh, baby.

Nathaniel:     I'm scared man, you know.

Donna:         Oh, please forgive me.  I don't mean to aggravate you.  I don't know if I'm coming or going sometimes.

Nathaniel:     And then, you know, the part about it, you know, when I started writing last night, I, you know what I'm saying, I mean, my mind was talking bad about, you know what I'm saying, yelling and cursing at you and this.  But you know, I'm over that stage, you know, so I just wrote, you know what I mean, what was on my mind and in my heart, or how I felt about you, you know what I'm saying.  I mean, man, you know what I'm saying, I mean, I don't want to go through this with the woman that I love.

Donna:         No.

Nathaniel:     Because I'm looking, you know what I'm saying, I mean, every day I'm looking forward to December 9th, you know what I'm saying.

Donna:         Me too. Oh, Nate, it is all that I can think about honey.

Nathaniel:     You know.

Donna:        You know that.

Nathaniel:    Me and my baby man.

Donna:        You know that I'm aching to be with you.  If I could just see you or something it
              would be easier.

Nathaniel:    Baby, don't worry about.  It is almost over honey.

Donna:        No.  It's a long time every day.

Nathaniel:    No, it's not.  Look at her baby, a long time if I still had until March.  You think about
              March and you think about now, sweetheart.

Donna:        All right.

Nathaniel:    You know.

Donna:        Please tell me you forgive me for aggravating you.  I can't help it honey.

Nathaniel:    I forgive you baby, okay.  I forgive you baby.  You know, I just didn't, you know
              what I mean, I can't, you know what I'm saying, I mean, I fold being under pressure.
              I don't like to be under pressure, you know.

Donna:        When I heard you say good-bye I'm gone I went crazy.

Nathaniel:    No, baby, you see, I mean, it's just because, I mean, these people would of sent me
              to the hole if I would of started arguing.  If I voice my opinion, you know, it would
              of escalated to, you know, me raising my temper and my voice, you know, and these
              people looking right at me on the phone, so I mean, I'm trying to hold all of this
              inside at the same time and let you know baby that I love you and only you
              sweetheart, you know what I'm saying.  Because if we don't go ahead, you know
              what I'm saying, and leave this alone now, man, it is going to hurt us in the long run,
              you know.  Because it is going to make me feel - -

Donna:        How can I get it out of my mind.

Nathaniel:    Just don't - -

Donna:        Please tell me, I don't ever want to think of it again.

Nathaniel:    Listen, please. Stop, stop, stop.  All right.

Donna:        Please tell me.

Nathaniel:     Would you stop and listen first.  Listen here, all you, you know, where my heart is.
               You know whom I'm with.  You know who I have been with for 2 years, Donna.
               You know what I'm saying.

Recording:     This call is originating from an Ohio Correctional Institution and may be recorded
               or monitored.

Nathaniel:     I mean, I could see if you seeing some love lost between us, you know what I'm
               saying.  Some time lost, you know what I'm saying, or if I was somewhat sliding
               away from you, then you could say something, but baby, you know what I'm saying,
               you got me and my heart, you know what I' saying.  There isn't anything to worry
               about man.  Because I don't sit there and worry about you know the guys that try to
               come and hit on you, you know what I'm saying.  I don't think in my kind for one
               minute, well, maybe if she did talk to one of them, I don't think that.  Fuck that.  I
               know who got you, you know what I'm saying.  I know where your heart at.

Donna:         You know.

Nathaniel:     Look, you is my heart Donna.

Donna:         And you're my heart honey.

Nathaniel:     I always told you, you know what I'm saying, we in this till death do us part, you
               know what I'm saying and I meant that.  I sit there and on my last letter that I told
               you the same thing, you know what I'm saying.

Donna:         Promise.

Nathaniel:     Promise baby.  We in this till death do us part.  I'm a prisoner of your love, you
               know.  I'm telling you baby, I mean, you can have all your money and cars and the
               house, but just leave your love baby.  That is all I want, you know.  I don't want
               nothin else but your love.  That is all I want sweetheart.

Donna:         You have all my love in me.

Nathaniel:     You're my heart.

Donna:         You know how much I love you.

Nathaniel:     My heart baby.

Donna:         I love you.

Nathaniel:     I'm coming home.

Donna:        Can't you tell in those letters that my heart was breaking.

Nathaniel:    Then, I seen, you know, you said that you were going to stop writing and then, it was like, I'm going to get mine, you know what I'm saying.  You know that mine is going to come to me one day for what I did.  Baby, I ain't never said, I ain't never mean, you know, to say nothin to hurt you.  You took it the wrong way.  I meant that I was gone because my time was up, you know.  I was in my room going crazy last night.  My dude was like, man, it going to be all right, man.  It's goin to be all right, man.  Because one of my dudes, the kids I went to school with, you know what I'm saying, he's my roommate and he was talking to me about, you know what I'm saying.  He would let me know man, cool man.

Donna:        Nate.

Nathaniel:    Yes, baby.

Donna:        Don't you know how much I love you.

Nathaniel:    That's my baby.

Donna:        Do you think for a minute that I can ever let you go.

Nathaniel:    And I'm like, man, we got all these plans for, man when I come home, man.  I'm not coming home to no body man because I'm thinking in my room if she doesn't want to be bothered with me man, you know, it had me thinking you was trying to find a way out maybe because I said - -

Donna:        Why.

Nathaniel:    Listen.  Wait a minute I'm about to tell you.  Because I was thinking that Saturday when I asked you, I told you about that

Recording:    You have sixty seconds left on this call.

Nathaniel:    - - when I told you about that truck.  I'm figuring, well, you know what I'm saying, maybe, you know, she wanted to wait, you know what I'm saying, every time I ask for somethin, you know, somethin come up.

Donna:        Are you out of your fucking mind.

Nathaniel:    What a minute listen here.

Donna:        Oh, how crazy.

Nathaniel:    Then, I was like, maybe she don't want, you know what I'm saying, he got her scared

and she don't want to come to Cleveland to pick me up from the bus station when I come home, you know what I'm saying.  Maybe she got a excuse to get mad at me, you know what I'm saying.

Donna:       Oh, Nate, I'm not a girl or a child.  I'm a woman.

Nathaniel:   I mean, you know - -

Donna:       I don't play games don't you know that.

Nathaniel:   Yeah, baby.

Donna:       I just love you.

Nathaniel:   Okay.  I'm I going to get any mail today.

Donna:       I don't know.

Nathaniel:   Okay.  Hey, sweetheart, my time up, okay.  I love you and I'm going to call you Saturday morning, okay.

Donna:       All right, honey.

Nathaniel:   I love you baby.

Donna:       I love you honey so much.

Nathaniel:   I love you baby.

Donna:       I love you honey.

Nathaniel:   I love you.

Donna:       I love you.

Nathaniel:   Bye baby.



BH141OLE  11/17/01

This is MCI Worldcom.  This call is originating from an Ohio Correctional Institution and maybe recorded or monitored.   I have a collect call from Nathaniel Jackson, an inmate at Lorain Correctional Institution.  If you wish to accept and pay for this call, dial zero, and hold,  thank you.

Nathaniel:     Hello there sexy voice.

Donna:         Hi honey.

Nathaniel:     Hey, baby I love that voice.  Oh, man.  Oh you sound so cozy.

Donna:         I just came in to the big bed about five minutes ago waiting for you to call.

Nathaniel:     Oh, I just got out of the shower.  I love you baby.

Donna:         I love you.

Nathaniel:     I love you so much honey.

Donna:         I love you baby.

Nathaniel:     I miss you too.

Donna:         I miss you.

Nathaniel:     I can't wait to hold my baby in my arms man.  I can't wait to hold you Donna.  I mean that.

Donna:         Do you honey.

Nathaniel:     Hey, I mean that.  I want to hold you so bad baby.  I love you so much honey.  I really do, I love you so much.  I mean that honey, I love you so much, Donna.  My heart, that's all I got baby, you know.  You is all I got, you know.

Donna:         My sweetheart.

Nathaniel:     You is everything to me.  My mom, my dad, my sister, my brother, my friend, my lover, you know.

Donna:         I want to be everything.

Nathaniel:     You everything above baby.  Everything.

Donna:         is that what you think about when you lay there at night all alone.

Nathaniel:      All alone.  See, man, I ain't been able to sleep, man.

Donna:          Three weeks honey.

Nathaniel:      Oh, man.  You working tomorrow?

Donna:          No.

Nathaniel:      I know that you'll close Thursday.

Donna:          Yeah.

Nathaniel:      So, I won't be able to talk to you till Saturday again.

Donna:          Well, oh, oh, honey.  You sound wonderful Nate.

Nathaniel:      Man, baby, I miss you so much.

Donna:          I only have a pair of grey satin panties on.

Nathaniel:      Oh, man.  You just wait.  I got your letter the other day.  The one that - - I finally read
                it the other day.

Donna:          Oh.

Nathaniel:      But you know, it's all right baby, you know.

Donna:          I know honey.

Nathaniel:      It's okay, baby.

Donna:          You'll get my letters from me yesterday and the day before, they'll make up for it.

Nathaniel:      I didn't get nothin yesterday or Thursday.

Donna:          You didn't.

Nathaniel:      No.

Donna:          Oh, you know what, I was waiting to talk to you.

Nathaniel:      Yeah, i figure that.  I was like what, I didn't get no mail Thursday and I'm like, I'll
                get some Friday though.  Friday came and I'll get something from the Vindicator up
                under my door.  I'm like, there's no mail and she was like, nope.  Oh, man.  I was
                crushed again.

| | |
|---|---|
| Donna: | Oh, Nate.  Don't make me feel worse then I feel. |
| Nathaniel: | Okay, baby, I'm sorry. |
| Donna: | I'm sorry. |
| Nathaniel: | That's okay baby. |
| Donna: | Just forgive me and let's forget all about it. |
| Nathaniel: | Okay, then, baby.  That's what I'm talking about.  So, how has everything been goin. |
| Donna: | Oh, okay.  Just okay. |
| Nathaniel: | I'll take care of things when I come home, okay. |
| Donna: | It's really bad, Nate. |
| Nathaniel: | I'll take care of things all right, I'll promise you that.  I'll promise you that on my heart baby.  Won't be no more of that bullshit. |
| Donna: | If you only knew, you'd break right out of there.  It's real bad but I keep thinking of you, you know. |
| Nathaniel: | Okay then.  I read your other letter when you said, um, um, like, um, you ask me if I want to do some of that one thing with you. |
| Donna: | What. |
| Nathaniel: | The one stuff that you said is plentiful down at Miami. |
| Donna: | Oh, yeah. |
| Nathaniel: | I don't care you know what I'm saying, I mean, fuck it.  I kick it with my baby and get real freaky.  I wrote it on the letter I sent out. |
| Donna: | Guess what I bought yesterday at lunchtime after I went to the post office. |
| Nathaniel: | What baby. |
| Donna: | And I got your letter honey.  I got your (Inaudible) |
| Nathaniel: | Okay then.  Okay then. |
| Donna: | And I got you big red gum.  I got your (inaudible).  I'm ready for you and it's three |

weeks yet.  I can't wait.

Nathaniel:     Okay then.  You know what I'm saying, when you go and get that other stuff, just um, go down there on (inaudible) and ask for Mike or Tonmo.

Donna:         Mike or who.

Nathaniel:     Tonmo.

Donna:         Tonmo.

Nathaniel:     Yeah.  I put it in my letter that I sent out yesterday though because I don't want you messing around up there in Warren, man, you know.

Donna:         Yeah.

Nathaniel:     Because I don't trust the niggers out there, but if you can't get it, you know, don't worry about it, okay.

Donna:         Okay honey.

Nathaniel:     I love my baby.

Recording:     This call is originating from an Ohio Correctional Institution and may be recorded or monitored.

Donna:         So, what are you doing there, hon, are you all right.

Nathaniel:     Yeah, I'm cool.  I've been working out a lot.

Donna:         Have you.

Nathaniel:     Yeah.

Donna:         Are you strong.

Nathaniel:     Oh, yeah.  Feel strong.

Donna:         Can you hold me down and let me move.

Nathaniel:     And not let you move.

Donna:         An inch.

Nathaniel:     An inch.  I'm taking total control.

Donna:        I want you to take me so bad.

Nathaniel:    Did you send me some envelopes.

Donna:        I think I did, yeah, well, sometimes they're so thick that I can't, you know, I got a
              couple back a few times.

Nathaniel:    Okay.

Donna:        Because they needed postage, so.

Nathaniel:    baby, that's my baby.  Hey, what ever happened to that picture that you said that she
              took with you with your shirt up.

Donna:        Um, I think its in my purse.

Nathaniel:    I want that.  Send that to me.

Donna:        Why.

Nathaniel:    Because I want it.  What you mean, why.  Shit, I want it, okay.  Are you going to send
              it to me.  Are you goin to send it to me.  Huh.

Donna:        Are you going to suck my nipples through my wet t-shirt.

Nathaniel:    I'm goin to suck it all.

Donna:        I want you to suck my nipples until their sore.

Nathaniel:    That t-shirt that short t-shirt and that thong.

Donna:        Do you want it to be like a white man t-shirt.

Nathaniel:    Somethin like a see through one, yeah.  I want it to be short.

Donna:        I know.

Nathaniel:    I love you so fucking much Donna.

Donna:        Do you for sure.

Nathaniel:    Hell yeah.  So fucking much.  You is my everything.  Just look at it.  We goin to
              wake up fro Christmas together.

Donna:        I was just daydreaming about you waking up with you.

Nathaniel:       In the same bed.

Donna:           So hot from sleeping our bodies.

Nathaniel:       baby, I love you so much honey.  I really do.  Its so wonderful.

Donna:           I can't wait until you roll over to me in the morning.  We've never done that.

Nathaniel:       You goin still pick me up at the bus station up in Cleveland.

Donna:           Well, no.  I was thinking, if I was going to Cleveland, how are you going to get to
                 Cleveland.

Nathaniel:       Well, shit, um,

Donna:           Isn't it better if I come there and get you.

Nathaniel:       But see, you got to be there at eight in the morning.

Donna:           Oh, I can't.

Nathaniel:       I know.  That's why I say just pick me up at the bus station in Cleveland.

Donna:           What time will you be there.

Nathaniel:       I don't know.  I'll call the day the morning I get out, you know what I'm saying.  I'll
                 call you, you know, and tell you what time in Cleveland.

Donna:           Oh, I wanted to come and pick you up there.

Nathaniel:       You can check the schedule yourself to see what time the early morning bus leaves
                 from Elyria to go to Cleveland.

Donna:           Oh, so you'll be going from Elyria to Cleveland.

Nathaniel:       probably so.  Just see when the next, when the bus comes from when it leaves from
                 Elyria where do it go as it travels to Youngstown.

Donna:           All right.

Nathaniel:       Okay.

Donna:           Yeah.

Nathaniel:       I love you so much.

Donna:          I love you honey.

Nathaniel:      Baby.  I'm happy now, man.

Donna:          I'm touching it for you.

Nathaniel:      Are you touching it for you.

Donna:          All right sweetheart.

Nathaniel:      I love you baby.   I'll talk to you

BM1410NS-11-22-02

| | |
|---|---|
| Recording | This is MCI Worldcom.  This call is originating from an Ohio Correctional Institution and may be recorded or monitored.  I have a collect call from Nathaniel Jackson, an inmate at Lorain Correctional Institution.  Thank you. |
| Nathaniel: | Hey you. |
| Donna: | Honey |
| Nathaniel: | Happy Thanksgiving baby |
| Donna: | Happy Thanksgiving. |
| Nathaniel: | (laughs) |
| Donna: | Oh guess what I'm doing right now. |
| Nathaniel: | What baby |
| Donna: | Listen.  You hear that noise. |
| Nathaniel: | Uh huh |
| Donna: | That's all your letters |
| Nathaniel: | (laughs) |
| Donna: | All of them in order.  And I'm sitting here, I'm like one third of the way through reading every single letter. |
| Nathaniel: | (laughs) Hey sweetheart, I was reading your letter yesterday. |
| Donna: | Ah oh. |
| Nathaniel: | About the (inaudible)  I'm telling you like this, I mean, you know I mean.  Don't, don't, don't keep worrying about this sweetheart.  You know. |
| Donna: | I do babe |
| Nathaniel: | I'm, listen here.  You know because um, |
| Donna: | I was thinking about it real bad last night. |
| Nathaniel: | Lookie here, you know what I'm saying, cause I'm going to keep you feeling your |

You know what I'm saying.  I mean, and as you get older, you know I'm gonna get older with you.  You know, I mean, cause, you know I.  It ain't something that I can just, even though if you will be 65 and I'll be 37.  You know what I mean, you can't be just throwing it out the window like that.  You know, Imean because, you know, I mean, time, times create, you know, with things.  I mean if (inaudible) they get deeper sweetheart.  You know I can't just, you know, let that go like that.  You know, so don't, don't, don't keep you know, don't keep on you know, getting it in your heart like that, you know cause I'm gonna keep you feeling young.  You know, and if I have to get old with you, well then there it is.  You know, that's the way it's gonna be.  Ok.

Donna: Ok.

Nathaniel: All right then.

Donna: How are you?

Nathaniel: Cool, sweetheart.  Hey, um, my dude was telling me man, about this spot up on Market Street, the Wagon Wheel.

Donna: The what?

Nathaniel: The Wagon Wheel

Donna: What is it?

Nathaniel: The Wagon Wheel

Donna: What is it?

Nathaniel: It's a hotel.

Donna: Oh.

Nathaniel: It's um, he said they got $100.00 jacuzzi.  They got um, it's, they got the TV's with the VCR's.  The um, they got the big king size bed with the mirrors up over it.  And um, you got a couch in there, you got a build in cassette player with big jacuzzi with the mirrors around the jacuzzi.  Shower. Yeah, he said it's love man.  It's said it's love man, for a hundred bucks, man.

Donna: (laughs)

Nathaniel: Man, what you think.

Donna: I think you deserve it.

Nathaniel:    Man, I want it.  I'll tell you man, he was kicking' it man, you know and he was like man, he was like man, got, it's the jacuzzi, jacuzzi with the mirrors around the jacuzzi.  Then the bed got the mirror up over the bed and shit,

Donna:    You told me that already (laughs).

Nathaniel:    (laughs)

Donna:    You always repeat yourself when your excited, do you know that.

Nathaniel:    Yeah I know.

Donna:    So it's what the Wagon Wheel on Market Street?

Nathaniel:    Yeah, yeah he said like, if I was you, a week before you know, I come home, just make reservations.  He said you might have to go put a deposit down.  Because a lot of people make reservations.

Donna:    I found a place that has a heart shaped jacuzzi but that sounds better.

Nathaniel:    Yeah, this one sounds better (laughs).  Hey you might have to put a deposit down, cause he said a lot of people call you know, and um, they call for rooms you know, but they don't never come in, you know, then they had and somebody else  wanted it and they put them on hold.  But the next person don't ever come in.

Donna:    Oh.

Nathaniel:    Yeah, um.

Donna:    Nate.

Nathaniel:    Huh.

Donna:    Have you been getting my mail?

Nathaniel:    Yeah.  Yeah.

Donna:    You get it every day?

Nathaniel:    I got your letters yesterday that you probably thought I was gonna get Friday  saying that you know, he was working in Youngstown.

Donna:    Oh, good.

Nathaniel:    Oh.  Yeah and um

Donna:          That was fast.

Nathaniel:      Yeah, and um, yeah I talked to the Sergeant yesterday.  Hey, which, which um, what's the soonest, what's earliest you can leave?

Donna:          I don't know.  I don't know.  I just don't want to face another confrontation.  I mean I would come up Saturday night to be there Sunday morning if it was up to me.

Nathaniel:      Yeah.  Well like, I mean, were,

Donna:          Are you getting out for sure early Sunday morning?

Nathaniel:      Yeah, I mean, what time you think?

Donna:          I don't know but you can't take the bus, did you see the schedule?

Nathaniel:      Yeah.  I'm saying cause um, you know I mean, I can wait here.  You know what I'm saying.

Donna:          That's what I was thinking.  I would be happy to come there.

Nathaniel:      Yeah.  You know, I mean, cause they said, the Sergeant told me as long as you coming for sure, you know, I mean, they would keep me here.

Donna:          Un huh.  Well.  I don't want to see you spending 6 hours going to the bus and waiting for the bus and I still have to drive all the way to Cleveland.  You know what I'm saying.

Nathaniel:      Yeah.  Yeah, that's what, that's what I was saying.  You know, cause he said, he said I could stay here, you know what I'm saying, until my ride get here, just as long as my ride is coming for sure.  And I said yeah, my ride is coming, you know.  Yeah. Um, but then I seen in your letter where you was like, you know, where I'm going, where am I gonna go when I get out.  You know what I'm saying, the next day after. You know what I told you I wanted to do right?

Donna:          I'm afraid Nate.

Nathaniel:      What you, man.

Donna:          I can't afford to lose you.

Nathaniel:      And I, listen, listen here.

Donna:          I can not lose you.  Like I will kill myself.

| | |
|---|---|
| Nathaniel: | Man, look.  See man. |
| Donna: | If you go away from me again, |
| Nathaniel: | Just forget about it man, you know what I'm saying, cause man I mean, when a person, man, know what he's doing, man, you know what I'm saying, that's like jinxing, man.  You know what I'm saying, I know what I was doing, man.  You know what I'm saying. |
| Donna: | But what was the story with the trunk and handcuffs, that's too involved. |
| Nathaniel: | Just, just, just leave it alone, alright. |
| Donna: | It's too much involved. Your gonna leave hair, your gonna leave prints, your  gonna, |
| Nathaniel: | Leave it alone, man.  Leave it alone, alright. |
| Donna: | Oh |
| Nathaniel: | You know what I'm saying. |
| Donna: | Alright. |
| Nathaniel: | Come on man.  This ain't Perry Mason man. |
| Donna: | I don't want to know anything about it ever. |
| Nathaniel: | Just leave it alone, alright. |
| Donna: | I don't want anybody to be in pain. |
| Nathaniel: | Leave it alone, I said.  Just forget about it, man. |
| Donna: | Alright.  All I know is one thing. |
| Nathaniel: | So how, so how you feeling today? |
| Donna: | I'm feeling full of love. |
| Nathaniel: | Did you send my picture out? |
| Donna: | No. |
| Nathaniel: | I know. |

Recoding:    This call is originating from an Ohio Correctional Institution and may be recorded or monitored.

Donna:       (Laughs)

Nathaniel:   So when you gonna send my picture out.

Donna:       It's not a nice picture of me honey.

Nathaniel:   Why.

Donna:       I don't know.  I look,

Nathaniel:   Send it to me.

Donna:       I look funny.

Nathaniel:   Send it to me.  So I take it your gonna send it out tomorrow, right.

Donna:       (laughs)

Nathaniel:   Alright?  Right.

Donna:       Are you my master and am I your slave, what is this.

Nathaniel:   (laughs) Your gonna send it out tomorrow right?

Donna:       No.

Nathaniel:   You are.

Donna:       No.

Nathaniel:   Or you must gonna send it out tonight then.

Donna:       Right.

Nathaniel:   Ok (laughs)

Donna:       (laughs)

Nathaniel:   Hey um, yeah I wrote in a letter for you to call, my roommate man, wants you to  call his girl for him.  She stays in Columbus.  But you can use one of them calling  cards to call her.

Donna:        Ok.  You have the number.

Nathaniel:    No.  You should get the letter tomorrow.

Donna:        Oh.

Nathaniel:    Yeah, you should get the letter tomorrow, you know what I'm saying.

Donna:        Ok.

Nathaniel:    My roommate, you know what I'm saying, that's my dude from Youngstown.  We went to school together.

Donna:        Oh.

Nathaniel:    And like she ain't even writing him, you know.  And he wanted to know if she left him or is she got another dude or what, you know.

Donna:        She's not writing to him.

Nathaniel:    No, she ain't wrote him nothing.  He, you know, tell her he said to send him some money too.  You know, cause he's all messed up down here, you know.  I've been, I've been helping him out as much as I could, you know.

Donna:        Yeah.

Nathaniel:    Yeah.  You should get the, you'll get the letter tomorrow and call like around  about 5:00 or after.  He said just call until you get in touch with her.

Donna:        Alright I will.

Nathaniel:    Ok.  Yeah.  Everything, his name, it's all on the letter.

Donna:        Alright.

Nathaniel:    Yeah, you should get it tomorrow.

Donna:        Hey

Nathaniel:    Yes baby.

Donna:        You didn't tell me yet.

Nathaniel:    I love you.

Donna:          (laughs)

Nathaniel:      (laughs) I love you so much.

Donna:          Do you.

Nathaniel:      So much, so much, so much.  So much, man, man, man.  Can't wait until that date come man.

Donna:          What are you gonna do.

Nathaniel:      So much, ooh.

Donna:          How are we gonna stand a whole hours drive back here.

Nathaniel:      That's alright.  We'll make it.  We can make it.  Yeah man, just like man, like um, see about what time you think you will be able to leave?

Donna:          I don't know.  I guess if I don't care what happens I can leave anything but,

Nathaniel:      See I like to know so I can tell them approximately what time you will come

Donna:          Un huh

Nathaniel:      You know what I'm saying.   So they won't try to make me go get on the bus.

Donna:          How long does it take to get there?

Nathaniel:      Probably about an hour and half.

Donna:          Un huh

Nathaniel:      You know.

Donna:          I'm looking for the map now as I'm reading your letters.  The directions,  remember you sent.

Nathaniel:      Yeah.

Recording:      You have 60

Donna:          Oh no.  Can you call me again?

Nathaniel:      No.

Donna:        Please let them.

Nathaniel:    I can't man, not until Saturday.

Donna:        Oh honey.

Nathaniel:    Until Saturday.  Just look for those directions, you know what I'm saying.

Donna:        I have your letters all here, I'm reading every one.

Nathaniel:    Ok, and then, I'll you know I'll call Saturday morning, you know and then you will let me know.

Donna:        Hey

Nathaniel:    Huh

Donna:        Let me give that thing a little kiss.

Nathaniel:    Ok then.

Donna:        (kiss sound)

Nathaniel:    (kiss sound) And yeah then let me know what his girl say too when I call you Saturday.

Donna:        Ok.

Nathaniel:    I love you so much baby.

Donna:        I love you Nate.

Nathaniel:    I miss you.

Donna:        Are you my man?

Nathaniel:    I'm your everything.

Donna:        You are.

Nathaniel:    Yes I am.

Donna:        You are my everything.

Nathaniel:    I love you Donna.

Donna:          I love you.

Nathaniel:      So much, man

Donna:          So much.

Nathaniel:      (kiss sound)

Donna:          (kiss sound) I can't wait to kiss you.

Nathaniel:      Ok then.  Do more than kiss you.

Donna:          I'm living to kiss you.

Nathaniel:      I love you.

CALL ENDS

B0151049 - 11-24-01

Recording:     This is MCI Worldcom. This call is originating from an Ohio Correctional Institution and may be recorded or monitored. I have a collect call from Nathaniel Jackson, an inmate at Lorain Correctional Institution. If you wish to. Thank you.

Nathaniel:     Hey you

Donna:         Hey honey

Nathaniel:     What's going on?

Donna:         Oh honey.

Nathaniel:     Hey (laughs)

Donna:         I love you.

Nathaniel:     I love you too baby

Donna:         I'm writing to you right now.

Nathaniel:     Yes.

Donna:         But I don't think I'm going to send this letter out.

Nathaniel:     Why?

Donna:         I don't think your gonna want to hear this.

Nathaniel:     What baby. What's now honey?

Donna:         Honey, why can't I have a normal life. Why does shit happen to me?

Nathaniel:     What's wrong.

Donna:         Just because I'm nice and friendly doesn't mean I should be fucked over does it?

Nathaniel:     What happened?

Donna:         Do I have to be a fuckin' bitch.

Nathaniel:     What happened baby

| Donna: | Well, you know that big guy that I, first of all, I was only mentioned how strong that guy was because I couldn't budge.  He had me one inch from his face holding me like a fucking grizzly bear.  I could hardly turn my face away from his face. And he was like talking for like about 3 or 4 minutes. |
|---|---|
| Nathaniel: | See I've been trying to tell you sweetheart. |
| Donna: | But listen to this.  Ok.  That bastard came in here and took my fucking deposit envelope with $320.00 and all $150.00 worth of my phone cards that were stacked here that I just got. |
| Nathaniel: | How did he, |
| Donna: | What I mess.  I was in the back office for like, a half, not a half a minute, ten seconds I walked in the back, he was gone, the money's gone, the cards are gone. And then the son of bitch, fucking mother fucker calls me.  And you know what he said, he said I made him do it, because he couldn't stand to hear about Nate this and Nate that, and he wanted to be Nate.  Then you know what he said, |
| Nathaniel: | What? |
| Donna: | I'm gonna make him do something real bad. |
| Nathaniel: | See I'm telling you man, oh my goodness, man.  See what kind of people man, you know what I'm saying, your trying to be nice, man. |
| Donna: | Nate, he would come here after work all the time and stand there for a half hour and talk to me like a homeless person. |
| Nathaniel: | Why don't you never call the police man? |
| Donna: | Huh. |
| Nathaniel: | Why didn't you, why didn't you never call the police man? |
| Donna: | Well, in my letter I say, I almost called the police but then I thought that this was definitely not the time to get involved with police and guns.  Now, oh, why I said guns is, because that son of a bitch always parked in the back, you know.  And he knew what my, everybody knows what my car is, I think that's the son of bitch that went in my fucking car and took the (?) and the fucking gun. |
| Nathaniel: | Man, man look, |

Donna:          I know it was him Nate.  I know it was him.  I know it was him.  Nobody got
                vandalized.  Nobody goes in the cars.  Nobody parks back there but the people
                who work here and him.

Nathaniel:      Man, why don't you call and report him man.

Donna:          Huh.

Nathaniel:      Call and report this cat man.  For real. Did you call and report the guns stolen?

Donna:          No.

Nathaniel:      Man you better man.   Because if something happens man, somebody shoots
                somebody with that gun, man, it's coming back on you.  Is it in your name, is it
                registered?

Donna:          Yes.

Nathaniel:      Ok then, it's coming back on you, man.  Call and report it.  Whatever he do, it's
                your case.

Donna:          You know I have been sitting here, my pressure must be a 1,0000 over 500.  I am
                so fucking infuriated.  What if it was him that took my gun.

Nathaniel:      Man, it probably

Donna:          I have a big loon-a-tick with a 38 of mine.

Nathaniel:      Man, call the police man.

Donna:          You know what, I think that guy would rape me, honest to God.

Nathaniel:      Call

Donna:          He, he, know that I heard how he's talking and what does he mean, I'm gonna
                make him do something bad.  What does that mean?  What does that mean honey.
                What does that mean.

Nathaniel:      Man, I don't know man.  You know what I'm saying, you see what kind of people
                you get involved with around, especially when you start thinking he nice, man.
                You get to telling people everything, man.  You can't do that Donna.

Donna:          I know.

Nathaniel:     People take advantage of that, man you know what I'm saying.  I mean because they find a weakness in you, man you know.

Donna:        I know, I know, I'm just nice and friendly to everybody.  I can't help it.  I'm learning but why is it so fucking hard!

Nathaniel:     Man, because you, you've got to make yourself do it man.

Donna:        I'm going to have to be a fucking bitch right.

Nathaniel:     Got to.

Donna:        Because of some people being rotten, I have to be a bitch my life, huh.  My hands are ice cold and almost numb here, I'm so fucked up.

Nathaniel:     Call and report that gun man.  Man, call and report this cat, man.  You don't even know his whole name do you? You don't,

Donna:        Yes, and you know what, I know what kind of a place he works at and I just looked everyone of those kinds in the phone book and I'm going there Monday.

Nathaniel:     No, don't go

Donna:        Because I want my fucking gun back

Nathaniel:     Don't go there

Donna:        Because I was gonna give you that gun for your car and it was the nicest one and you took it out and looked at it a lot and you love it.  And that's why I'm so fucking mad.  You think I give a shit about money and guns.

Nathaniel:     Call the police and report it, ok.  Hello, you hear me?

Donna:        Yes.

Nathaniel:     Call the police and report it man, because if he do something with that gun, man, you are going to get in trouble, man.  Call them when you get off the phone with me, man.  Tell then somebody came in and stole it.  Tell them you know who it is man.

Donna:        Oh no.

Nathaniel:     Tell them he took your money.  Huh

Donna:        No

Nathaniel:    What do you mean no, man.  What do you mean no.  Huh.  See that's your problem man.

Donna:    What is Robert gonna say then?

Nathaniel:    So, what, I mean, what you just gonna, I mean.  Oh my goodness

Donna:    No, I'm gonna go find him Monday morning.  I already wrote that in my letter.

Nathaniel:    Don't, don't even do, don't even do.  Look, just wait until I come home, please.

Donna:    No, I'm going Monday.  I'm gonna find his, that bastard.

Nathaniel:    So, so you gonna, you gonna, you know have me here scared, worrying about you now. Can't do it, man.

Donna:    No, I don't want you to worry about me sweetheart.  I'll be ok.  I'm gonna go to where he works.  I'm gonna tell him I want the fucking gun back.  Keep the phone cards, keep the money, I want the fucking gun.  And I'm gonna have my phone in my hand, I've been thinking about this for about a half hour now.  And I'm gonna tell him I'm gonna call the fucking police.

Recording:    This phone call is originating from an Ohio Correctional Institution and may be recorded or monitored.

Donna:    I'm gonna just tell him I'm.  And you know what, where he works will they tell me who his probation officer is?

Nathaniel:    Is he on probation?

Donna:    Yeah.  That's how he knew so much about prison.

Nathaniel:    Who is this

Donna:    That's why he was telling me all that shit honey.

Nathaniel:    The cat that you say use to be a football player.

Donna:    No.

Nathaniel:    Who is this cat then?

Donna:    He's one of the guys, I'm not telling you his name, I already told you his name in one letter.  I'm not telling you who he is because he's a piece of shit and your not getting in trouble because of him.

Nathaniel:     Who is he man

Donna:         No.

Nathaniel:     Where he from?

Donna:         no

Nathaniel:     Huh?  Where he from, man?

Donna:         Warren

Nathaniel:     What is his name, man?

Donna:         No.

Nathaniel:     So you ain't tell me about this cat all this time?

Donna:         What?

Nathaniel:     Who is he then?

Donna:         I told you, I told you about him.  He's one of the guys I talk to.

Nathaniel:     Who is he?

Donna:         No

Nathaniel:     I'm gonna ask you one more time Donna, who is he?

Donna:         I love you sweetheart.

Nathaniel:     Who is he.

Donna:         Nate, why does somebody do that to me?

Nathaniel:     Donna, who is he?

Donna:         Nate.

Nathaniel:     Donna.

Donna:         Why would somebody rob me?  And he knew I knew it was him!  Is that too
               fucking crazy, is he crazy?

Nathaniel:     Man,

Donna:     I mean, I was here, he took it and he left and then he called me.

Nathaniel:     Man, look

Donna:     And he said I made him do it.  Oh, my God.  No, I can't talk about this anymore, no.  I'm getting, No. I'm gonna have a fucking stroke here.

Nathaniel:     Call the police man.  Call the police man.  I told you, some things man, you've got to ahead, you know what I'm saying, and take a different level, man.

Donna:     Ok, if he doesn't give me my gun back Monday, I'm calling the police right in front of him.  In front of his employer.

Nathaniel:     Look man.  Make sure you take, man, take the other one with you, man, when you go in there on

Donna:     No, I'm not having any guns on me.  No way.  No.

Nathaniel:     Where he work at, where he work at.

Donna:     No

Nathaniel:     Where he work at?

Donna:     He works at one of five different places that were listed in the yellow pages because he told me what kind of place he works at,

Nathaniel:     What is it?

Donna:     And I'm sure as hell not telling you.

Nathaniel:     What is it, man?

Donna:     No.  I'm gonna find him.  I'm gonna find him Monday.  I'm gonna get up real early and I'm gonna go find this asshole.  I've only got five places to call and go to and I'm gonna find him.

Nathaniel:     Do you know his first and last name?

Donna:     Un-huh.  I do.  Of course I do.  He stood here for a half hour, three times a week at least talking to me about everything.  We talked about everything.

Nathaniel:     See that's your problem man.  That's your problem, man.  You know, that's your

problem man.  You know what I'm saying.  You sit there and talk to everybody.

Donna:        I not anymore.  I'm learning the hard way, ok.

Nathaniel:    You know what I'm,

Donna:        And I can't be like you immediately honey.

Nathaniel:    Why can't you trust me for what I say.  Tell you, you know what I'm saying, then
              to learn the hard way.  Huh.

Donna:        I don't know honey.

Nathaniel:    You know what I'm saying because,

Donna:        It's hard to change the way you are naturally.

Nathaniel:    You can't trust,

Donna:        It's hard honey.

Nathaniel:    You can't trust my judgement man.

Donna:        It's like if I asked you to act like me.  How could you.

Nathaniel:    No

Donna:        Without some practice.

Nathaniel:    Look

Donna:        You have to help me.  You have to protect me.

Nathaniel:    Baby

Donna:        I need you bad

Nathaniel:    The phone about to hang up, ok.  He working tomorrow?

Donna:        No

Nathaniel:    He ain't?  Ok, I'll call you Thursday after,

Donna:        Wait a minute, wait a minute, what time can you call tomorrow?

Nathaniel:    I'm gonna try and call in the morning, if not, it's gonna be in the afternoon.

Donna:        Call in the afternoon, I'll leave the house and put it, forward it to the cell phone.

Nathaniel:    (inaudible)

Donna:        What time?

Nathaniel:    I don't know, after 2

Donna:        Ok.

Nathaniel:    Alright.  I love you baby.

Donna:        I love you Nate.  I love you.  Please come home!

Nathaniel:    I am baby.

Donna:        Oh my God.

Nathaniel:    (inaudible) ok.

CALL ENDS

BO1210DV - 11-24-02

Recording:    This is MCI Worldcom.   This call is originating from an Ohio Correctional Institution and may be recorded or monitored.  I have a collect call from Nathaniel Jackson. An inmate at Lorain Correctional Institution.  If you wish to accept and pay for this call dial 0 and hold, to refuse.  Thank you.

Nathaniel:    Hey

Donna:    Hey

Nathaniel:    What's going on.

Donna:    I'm playing this song (inaudible)

Nathaniel:    Huh?  Ok then. (Laughs)

Donna:    (laughs) I've been waiting for you (inaudible)

Nathaniel:    I know, I was in the kitchen, working in the kitchen.

Donna:    Oh honey, I

Nathaniel:    Hey

Donna:    I've been writing you for like one hour here (inaudible)

Nathaniel:    (laughs)

Donna:    I just wrote, wait a minute, I'm waiting for your, where is it. Ok, 9:34, ok your not calling (laughs)

Nathaniel:    (laughs) yeah

Donna:    Listen, before I forget, ok.

Nathaniel:    Un-huh

Donna:    I love you, I love you, I love you.

Nathaniel:    I love you too baby, so much.

Donna:    I called (?) three times last night.  I got her mom twice and some man,

if it was the Dad or what, once.  And she wasn't there and I called at 8:30  this morning and I got her voice mail message but you tell Sutton I just wrote that.  But I promise to keep trying until I reach her.

Nathaniel:   Ok.  Alright.

Donna:   I mean it.  I will

Nathaniel:   Ok.

Donna:   How are you, how are you?

Nathaniel:   Doing cool baby.  I just came, I was working over in the kitchen.

Donna:   Oh.

Nathaniel:   Yeah, you know, trying

Donna:   Your always doing something

Nathaniel:   Yeah, trying to keep out of this cell, man.

Donna:   (laughs) Oh I was so happy when I got your letter yesterday.

Nathaniel:   (laughs)

Donna:   It was wonderful honey.

Nathaniel:   Oh baby.

Donna:   You never said all those nice things to me.

Nathaniel:   My baby.

Donna:   And I was so happy to hear that your like doing stuff and out of that cell.

Nathaniel:   Yeah, yeah I was going to the kitchen this morning.  So I can get up out of the  cell, man.  I went to the kitchen about 6 this morning.

Donna:   Really.

Nathaniel:   Yeah.  About 6 this morning.

Donna:   And you do community service and you get out a few hours?

Nathaniel:     I do community service, I do community service Monday through Friday from um 8:30 to 10:30, from 8:30

Donna:         I know.  I read it in your letter.

Nathaniel:     Yeah.

Donna:         So, you miss me.

Nathaniel:     I miss you so much, baby.

Donna:         Oh Nate.

Nathaniel:     My honey's so (inaudible)

Donna:         I love you.

Nathaniel:     I can't wait until my baby come and get me, man.

Donna:         Oh you know what honey?

Nathaniel:     What baby.

Donna:         I was writing to you last night, um, I think, I went to the AAA to get a map but I think the best thing is really just for me to come and get you right there.

Nathaniel:     Yeah.

Donna:         Really.  I think it's the only thing.

Nathaniel:     Yeah.

Donna:         But I don't know what like time I could get there. You know what I'm saying.

Nathaniel:     Yeah.

Donna:         I'll do my very best to plan a little bit and then like just before I'll call, you'll call and I'll let you know.  Ok.

Nathaniel:     Well see look, I'm gonna call you that Saturday, that following, that Saturday before I come home.  You know what I'm saying.

Donna:         Un huh.  Ok.

Nathaniel:     Then maybe you can let me, maybe hopefully you'll know by then. **Jackson Apx. Vol. 24 Page 223**

Donna:          I will for sure.

Nathaniel:      Ok then.  Yeah, you'll let me know what time, you know, you'll be able to leave.

Donna:          I was trying to figure out, I have a niece up in Cleveland, I was trying to figure out
                if I could say I'm going there Saturday night and stay there.  I could pick you up  real
                early Sunday, we'll have a whole day.  You know, that would be nice.  Hey are there
                any motels around there?

Nathaniel:      I don't know.

Donna:          There must be for like when people come to visit or something.       T

Nathaniel:      There should, yeah.  I think, I think it is.  It's in Grafton, Ohio though.

Donna:          I know.

Nathaniel:      Ok.  It should, it should be though, baby.

Donna:          (laughs)

Nathaniel:      It should be yeah.  I know they got motels around here yeah.

Donna:          Talk to me.

Nathaniel:      I love you.

Donna:          I want to hear your voice.

Nathaniel:      I love my baby so much.  So much, I miss you baby.

Donna:          Oh

Nathaniel:      I miss you so much honey

Donna:          (laughs)

Nathaniel:      Oh man I miss you.  I miss my baby so much.  Yeah, I've been thinking about you
                so much.

Donna:          Oh, your all I think about.

Nathaniel:      So much baby.

Donna:          I can't wait to make love to you.

Nathaniel:     Man, we gonna, we gonna, we gonna really talk when I come home, ok.

Donna:         Ok

Nathaniel:     Especially about our, that situation, man.  You know.

Donna:         Yeah

Nathaniel:     I mean, it just, you know, you get too nervous at times, that's all the deal is

Donna:         Yeah I know, it part of my nature

Nathaniel:     And then you said DNA, the only way they can do a DNA is if they got the other, the person's, you know what I'm saying.  If they got the person and the hair cause they can't just take no hair and say this is such and such hair.  You know what I'm saying.  There's never, there's never, and then again, you know what I'm saying,  the laws that we got in the State of Ohio and the laws from everywhere else, you  know what I'm saying, I mean they way different.  You know what I'm saying, so shit in Ohio, you know I'm saying, it's just a lost cause, you know what I'm  saying.

Donna:         Really

Nathaniel:     Hell yeah.  We'll, we'll talk about it when I come home Donna.  Ok, I don't want to talk about it over the phone.

Donna:         Alright

Nathaniel:     Yeah, and um I seen you say in your letter that somebody went in the car,  and took that,

Donna:         Oh (inaudible)

Nathaniel:     I mean, you don't lock the doors baby?

Donna:         I thought I always did.

Nathaniel:     Damn.  You got to be more careful sweetheart, to put, to lock the doors and put  the alarm on there.

Donna:         I know.

Nathaniel:     That's alright.

Donna:         Sometimes I got out and get stuff but that's not the worst part, there's something  else missing too.

Nathaniel:      What?

Donna:          I don't want to tell you.

Nathaniel:      Tell me please.

Donna:          No.

Nathaniel:      Please tell me.

Donna:          The gun

Nathaniel:      Get the fuck out of here.

Donna:          No I'm not kidding. I am so fucked up, I wasn't even going to tell you.

Nathaniel:      Get the fuck out of here.

Donna:          It's a big 38.

Nathaniel:      The big one.

Donna:          Yeah.  I had, I had both of them in there.  That little one you know, and that, and  for some reason I took the little one and put it in the bedroom by me because I  heard a noise one night and got scared.

Nathaniel:      Yeah

Donna:          Or they would have both been gone.

Nathaniel:      So you still got two of them don't you?

Donna:          Yes

Nathaniel:      Ok.  Baby, please be careful.

Donna:          Oh, honey please don't be mad at me.

Nathaniel:      No, I'm not mad at you baby, I just want you to be careful ok.

Donna:          I try.

Recording:      This call is originating from an Ohio Correctional Institution and may be recorded or monitored.

Nathaniel:   I just want you to be careful honey.

Donna:       I try honey

Nathaniel:   For real man.

Donna:       It's just that I just haven't been the same this time Nate.  Since I first got your call that you are back there on the 3rd of September, I just lost it honey.  I really, really lost it.

Nathaniel:   Oh baby

Donna:       I just couldn't take it anymore.  I didn't want you to leave me.

Nathaniel:   Oh baby I won't leave you no more.

Donna:       And I have just been fucked up Nate, really.

Nathaniel:   I know.  I won't leave you no more.

Donna:       And I'm trying to, you know, go about what I have to do and take care of things  but it's not easy you know.

Nathaniel:   I won't leave you no more.

Donna:       Oh please Nate.

Nathaniel:   Promise you baby.

Donna:       Oh God.  Please if you see a car you want to steal, tell me, I'll buy it for you.

Nathaniel:   Oh baby.

Donna:       If you see a shirt, I'll buy it, anything, please, please.

Nathaniel:   Ok baby, don't get yourself, you know, too excited, ok.

Donna:       But that stuff's always on my mind.  You know, that's why,

Nathaniel:   I told you, all, all I wanted, the only thing that's on my mind now, man, is taking care of that situation.  So I won't got to be out there like that, man.  You know what I'm saying, that's the only thing that scares me, man, knowing that I got to  be out there in that street life man, you know.

Donna:       Oh no.

Nathaniel:     When I know I can just come home, you know what I'm saying, and be with you.
Donna:         I know.

Nathaniel:     And then you look at it man.  Ain't, and don't nobody know I'm coming home on
               the 9th, you know what I'm saying.  Ok, I do that, you know what I'm saying, and
               like um, I stay at a hotel or something, you know what I'm saying.

Donna:         Uh huh

Nathaniel:     Um, I mean out the way for a couple more weeks, you know what I'm saying.

Donna:         Yeah.

Nathaniel:     Can't, who's to say is me.  Don't nobody, everybody knows I'm locked up.

Donna:         Un huh

Nathaniel:     See what I'm saying

Donna:         Uh huh

Nathaniel:     That's what,

Donna:         What if somebody sees you?

Nathaniel:     Sweetheart, we, we are, that's where you come, your always coming with the what
               if's.

Donna:         No, what if somebody sees you.  No, no I mean in town after you get out.

Nathaniel:     How else are they going to see me?

Donna:         Oh.

Nathaniel:     After the 9th, you know what I'm saying, I get out, I'm going to be with you, you
               know what I'm saying.  I next day, you know what I'm saying, I mean, that's  when
               it's gonna to go down, you know what I mean.  And then, you know what I  mean,
               after that then I'm going to the hotel.  You know what I'm saying.

Donna:         And you have to know a thousand percent,

Nathaniel:     Yeah, we'll talk about it ok.

Donna:         That you can trust me with your life and my life.  Because it's my life too you  know.

Nathaniel:     We'll talk about it ok.

Donna:         Ok.

Nathaniel:     When I come back home, you know what I'm saying, I don't want to talk about it
               over the phone.

Donna:         So tell me what's going on?  (Laughs)

Nathaniel:     I (inaudible) so much

Donna:         Oh honey, oh I wish I could hug you now so bad.

Nathaniel:     I miss you so much/

Donna:         Oh man, it's already starting that I can't sleep laying there thinking about you all
               night.

Nathaniel:     (laughs)

Donna:         Looking at me, (inaudible)

Recording:     You have 60 (inaudible) on this call

Donna:         Oh.

Nathaniel:     Shit.  You send my picture out?

Donna:         No, I couldn't find it.

Nathaniel:     Huh.

Donna:         I think I must have thrown it away with the negative so you wouldn't find it.

Nathaniel:     Oh

Donna:         I found one other one in my purse but it was a dumb one.  I'm sorry, I don't know.
               I got your picture back here with me again.

Nathaniel:     Ok then.  Well, I'm gonna call, I'm gonna call.  I'll call you Thursday, sometime
               Thursday afternoon when they let us out, ok.

Donna:         Alright honey.

Nathaniel:     I love you so much baby.

Donna:       Please love me forever.

Nathaniel:   Forever baby.  Please be careful.  Ok.

Donna:       I think I have to be careful, I'm getting a little scared of some people around here
             Nate, I am.

Nathaniel:   Ok, please just be careful until I come home, ok.

Donna:       I will honey.

Nathaniel:   Protect you baby, I promise you that.

Donna:       Will you?

Nathaniel:   Yes I will baby, I love you.

Donna:       Oh my, you're my wonderful man.

Nathaniel:   I love you so much.

TAPE ENDS

BP1210F8 11-25-01

| | |
|---|---|
| Recording: | This is MCI Worldcom.  This call is originating from an Ohio Correctional Institution and may be recorded or monitored.  I have a collect call from Nathaniel Jackson, an inmate at Lorain Correctional Institution.  If you wish to accept and pay for this call, dial 0 and hold.  Thank you. |
| Nathaniel: | Hello. |
| Donna: | Hi. |
| Nathaniel: | Hey.  Hey, who answered the phone? |
| Donna: | Me |
| Nathaniel: | Huh? |
| Donna: | Me |
| Nathaniel: | The first time. |
| Donna: | Me. |
| Nathaniel: | Huh? |
| Donna: | Me |
| Nathaniel: | Why you, I mean you sound like a dude's (inaudible) |
| Donna: | Huh? |
| Nathaniel: | It sounded, it was hello. |
| Donna: | Because I, I was pretending it was my mother. |
| Nathaniel: | Oh. |
| Donna: | He's here. |
| Nathaniel: | Huh? |
| Donna: | He's here and I was pretending it was my mother. |

1

Nathaniel:      Oh, ok.  How you doing?  You alright?

Donna:          Yeah, I'm in the laundry room hiding. (laughs)

Nathaniel:      Man, I hope you be alright.  Hey do you know what man,

Donna:          What?

Nathaniel:      Take the police with you when you go man.

Donna:          Huh-un (no)

Nathaniel:      Please man.

Donna:          I want my gun back

Nathaniel:      Take, look man, do you actually think that he just going to say yeah he got your gun.
                Come on use your head man.  You know what I'm saying.  I've been in the game too
                long sweetheart.  You think he's going to take your gun just to give it back to you.
                Come on now, use your head, man.  Take the police with you man.   You hear me?

Donna:          Yes.  How are you?

Nathaniel:      I'm alright.

Donna:          (laughs)

Nathaniel:      Please take the police with you.

Donna:          Don't worry about it, ok.

Nathaniel:      Man I, man I got to.  Man, I'm in here worried sickly man.

Donna:          Don't worry honey, it will be alright.

Nathaniel:      Man.

Donna:          (laughs) Don't you worry.  Hey you even know what today is?

Nathaniel:      Huh?

Donna:          You know what today is?

2

Nathaniel:    Do I know what today is?

Donna:    Monday

Nathaniel:    Yeah.

Donna:    (laughs)

Nathaniel:    Man, I'm in here worried man.  Why did you, why did you even come out behind that desk man.  And knowing that man, he grabbed you the first time, and why would you even come over behind the door and you leave the door open.

Donna:    I didn't open the door.

Nathaniel:    Well then how did he get in there?

Donna:    He wasn't in there.  He reached right through the cage on the desk.

Nathaniel:    Huh.  He's that skinny, his hands that skinny?

Donna:    Huh?

Nathaniel:    His hands that skinny?

Donna:    No I had it right there on a notebook by where the books are for the um,  Greyhound numbers.

Nathaniel:    I mean why would you,

Donna:    Because I trust everybody.  I'm a fool.

Nathaniel:    Man, but I told you in the first place man, you know what I'm saying, there was  all a game, man.  That he was out trying, you know, to get what he could get.

Donna:    And you were right.

Nathaniel:    You know what I'm saying.  Who was it?  Huh.  Who was it?

Donna:    Are we gonna waste another phone call on that asshole?  Or are we gonna talk  about us?

Nathaniel:    Man, cause I'm gonna find out who it was man.   Is it that, is it that cat with that Lincoln?

Donna:          No

Nathaniel:      Huh?

Donna:          Huh-un (no)

Nathaniel:      Who is this other cat then?    Man, I want to know, man.

Donna:          (laughs)

Nathaniel:      Man, he, man.

Donna:          (laughs) Your so cute.

Nathaniel:      Look take the police with you, man.

Donna:          Alright

Nathaniel:      You gonna do that?

Donna:          No

Nathaniel:      Why?

Donna:          Because I want my fucking gun back.

Nathaniel:      Man, why.  How you gonna get your fucking gun just going in.  You think he's just going to actually admit to it, man.  Huh?  Don't you think he's going to try something else man.  If you don't take care of this the right way man.  Huh?

Donna:          Please don't worry about it honey.

Nathaniel:      What you mean please don't worry about it man, it's my thing to do.

Donna:          (laughs) Look in two weeks you'll be in charge and you can take care of me and protect me from this fucked up awful world, ok.  But right now you need to concentrate on taking care of yourself.

Nathaniel:      No man, I got to concentrate on both of us man.

Donna:          Please sweetheart.

Nathaniel:      Man look just, man look.  How you know if that's even, he even gave you, you know

what I'm saying, that was a real work place for him.  See what I'm saying.

Donna:        Uh-huh (yes).

Nathaniel:    So, if not that man, you going to call the police and let them know about the gun?

Donna:        Uh-huh (yes)

Nathaniel:    Man you better man.  I mean it.

Donna:        I don't even know the serial number now.  I, I was looking for the list, I can't find it.

Nathaniel:    But they should have it on file.  You got,

Donna:        (inaudible)

Nathaniel:    Huh?

Donna:        In Florida?

Nathaniel:    Well tell, let them know it's been registered in Florida man.  You know what I'm saying.  Give them this cat's name man.  Tell them that he, man look here man, now you know, I mean, look.  I was even writing on my letter man, don't even worry about the you know, cause I ain't sent the letter for a few things that I wanted you to get man.  You know what I'm saying.  Like, you know,

Donna:        What?

Nathaniel:    Soap and toothpaste and shit for when we go to the hotel, man.

Donna:        I already got all that.

Nathaniel:    Oh, cause I was going to tell you don't worry about it because I know you got to make up for that shit that happened.  You know what I'm saying?

Donna:        I got you and me toothbrushes too.  A red one (laughs)

Nathaniel:    I know you got to make up for you know what I'm saying, that shit that, you know, that little loss you took.

Donna:        Yeah I got to figure out how to get, um that replaced.

Nathaniel:    I know man, see that's what bugged me up too man. I'm mad, you know what I'm saying, cause he's taking from us man.

Donna:    And you know what?

Nathaniel:    What?

Donna:    Some of that was yours from me. I saved like a hundred to give you so you would have money in your pocket. That's what I'm really pissed about.

Nathaniel:    See what I'm saying man. See man. Man that's what I'm talking about man. You know what I'm saying. That's fucked man. That's,

Donna:    That son of a bitch. Oh boy, is he gonna get it tomorrow. Look out cause I'm coming. Right where he works.

Nathaniel:    Man, take the police with you man.

Donna:    Hey are you excited?

Nathaniel:    Yeah man

Donna:    (laughs)

Nathaniel:    I'm pissed off about what happened man. Write me immediately man. You know and let me know what's happening (inaudible). You hear me.

Donna:    I will honey.

Nathaniel:    I'm serious man. Now we probably can't get even get that room man.

Donna:    Why not?

Nathaniel:    Huh?

Donna:    Why not.

Nathaniel:    I don't know. Just, look. Make, make.

Donna:    You know I would do what ever I have to do.

Nathaniel:    Make reservations like, the next following week.

Recording:      This call is originating from an Ohio Correctional Institution and may be recorded or monitored.

Nathaniel:      The week that I come home, before like that Monday.  You know what I'm saying, not this Monday coming up but the next Monday, call and make reservations, you know what I'm saying.  For the room

Donna:          I already wrote, I called them already.  I just have to stop in and give a deposit.

Nathaniel:      The Wagon Wheel?

Donna:          Un-huh (yes)

Nathaniel:      On Market Street.

Donna:          Yes sir.

Nathaniel:      Ok.

Donna:          It's already called and taken care of (laughs).

Nathaniel:      Ok then.  I love you so much baby, I just want you to be alright.

Donna:          I know honey.

Nathaniel:      You know I love you so much, man.

Donna:          I think I do.

Nathaniel:      Well, you know what I'm saying man., I just want us, I want us to get out, I want us to leave Youngstown, man.

Donna:          Yeah.  Me too.

Nathaniel:      (inaudible) Could we do that?

Donna:          Un-huh (yes)

Nathaniel:      I'm serious man.

Donna:          Yep.

Nathaniel:      Promise?

Donna:      As soon as possible.

Nathaniel:  Ok then.  That's what I'm saying man.  You know what I'm saying, don't be,  don't be, don't be sitting there opening yourself up man, to nobody.

Donna:      Never, never

Nathaniel:  You know what I'm saying

Donna:      Never

Nathaniel:  Anybody come in there, you know what I'm saying, it's about, if you ain't buying no ticket you got to go.  You know what I'm saying.  If they call, hang up the  phone. You know what I'm saying, if it ain't about business,

Donna:      I've already learned the hard way, thank you.

Nathaniel:  You know what I'm saying, I mean and as far as, you know what I'm saying, I mean, inmates that come from the joint, you ain't got, if you want to know  anything about the joint.  You wait until I come home.  You ask me.  That's all  you got to do.  You ain't got to sit there you know, I mean, be friendly to everybody man.  You know what I'm saying.

Donna:      I know

Nathaniel:  Because,

Donna:      It's never gonna happen again.

Nathaniel:  See look, you there by yourself and everything.  They prey on the weak, man.   You know what I'm saying.

Donna:      I know.

Nathaniel:  That's, that's the you know, I don't even like that anyway and as far as parking the car around the back, I don't like that either, man.

Donna:      I know

Nathaniel:  I don't know why don't you park in the front man.  Bump what he said man, you know what I'm saying.  If the car get hit man, insurance will pay for it.  Shit.  Bump what he talking about man.  We talking about your safety.  You know what  I'm saying.

8

Donna:        Un-huh, I'm scared to go out back now.

Nathaniel:    Don't even park back there.

Donna:        I have to really.

Nathaniel:    Why?

Donna:        Well cause the baker gets business all day and we're not suppose to really park out front.  But I go like 4:30 now.  I use to go at 5.  But I get it up around 4:30 because the baker's gone and it's ok.

Nathaniel:    I don't know why you ain't saying nothing when this cat first did it, man.  You know what I'm saying.  That way man, see what I'm saying, you let stuff ride so long man.  Then, you know what I'm saying, I mean people would figure they could get shit off again like that man.  You know what I'm saying.

Donna:        I know.

Nathaniel:    I mean you let this mother fucker run out with $450 dollars man.

Donna:        I know.

Nathaniel:    You know what I'm saying.  But you always say you know man, but when I tell you to do something you don't want to do it man.

Donna:        I will.  I promise.  I'm sorry.

Nathaniel:    You should have,

Donna:        I'll listen, your right.

Nathaniel:    You should,

Donna:        Your right.

Nathaniel:    You,

Recording:    You have 60 seconds on this call

Nathaniel:    You should have called the police right then, man.  You know what I'm saying.  Don't, don't ever give your enemy chance to come back man.  Never, man.

Donna:       Ok.  You teach me honey.

Nathaniel:   I'm serious baby.

Donna:       If I, I've never been exposed to this before, this element.  You know, I don't know

Nathaniel:   Ok.

Donna:       An innocent victim, you know.

Nathaniel:   Ok.  Well look, you write me and let me know what's going on tomorrow ok.

Donna:       Alright

Nathaniel:   I'm gonna call you Thursday, sometime Thursday afternoon, alright?

Donna:       Alright.

Nathaniel:   I love you baby.

Donna:       I love you.

Nathaniel:   Please be safe, ok.

Donna:       I will sweetheart.  Don't you go worrying.  It will be ok.

Nathaniel:   Ok baby.  Be safe, ok.

Donna:       (laughs) Ok.

Nathaniel:   I love you so much honey.

Donna:       Do you?

Nathaniel:   I love you so much.

Donna:       For real.

Nathaniel:   For real.

Donna:       You don't tell anybody else that I hope.

Nathaniel:   I love my baby.  No I don't tell nobody else because it ain't nobody.

10



BT1410QU -11-29-01

Recording:    This is MCI Worldcom.   This call is originating from an Ohio Correctional
              Institution and may be recorded or monitored.  I have a collect call from Nathaniel
              Jackson, an inmate at Lorain Correctional Institution.  If you wish to accept and pay
              for this call, dial 0 and hold.  Thank you.

Nathaniel:    Hey you.

Donna:        Hello sweetheart

Nathaniel:    Hi baby.

Donna:        How are you honey?

Nathaniel:    Doing good, how are you doing?

Donna:        Nine days honey.

Nathaniel:    Yes, I miss you so much, baby.

Donna:        Nate, I love you honey.

Nathaniel:    Love you so much baby.

Donna:        I love you and I need you.

Nathaniel:    I know baby.

Donna:        I need you so much now honey.

Nathaniel:    I know baby.  What's goin' on?

Donna:        Did you get my letter from Tuesday?

Nathaniel:    Um, I got, you had one, you had a part I and a part II.  I seen one, I got one, I got one
              from Tuesday that had 2 on there circled and I got one from Monday.  Yeah.   Only
              part, only part in the letter I read, you said that you went down to the police  station,
              you had to wait, um, you took a number and you was going down the next day.

Donna:        Uh-huh

Nathaniel:    That the only letter I got.  What happened?

Donna:        There were like four people there ahead of me and he didn't charge anybody with

everything they told him.  They, he comes, reads your thing and comes right out  and does it in        public, you know, it awful.

Nathaniel:    Yeah.

Donna:        And then he got to mine, he read it and he came out and he says he charging him with fifth degree felony.  Looked him up, he came up on the computer and his ass is in big trouble now.  So you didn't get my other Tuesday letter, how it said that  he called Robert.

Nathaniel:    Un-huh (no)

Donna:        Yeah he called Robert at, when he was at Greyhound.

Nathaniel:    Yeah.

Donna:        Told him about you and me, everything he knew that I told him for two months.

Nathaniel:    What?

Donna:        Un-huh.  Yep.

Nathaniel:    See that what I'm saying sweetheart

Donna:        I know honey, I'm a fuck-up person.  I am sorry.  I wrote you a letter Tuesday night. I was just about ready to give up Nate.

Nathaniel:    Don't baby.

Donna:        I mean it.

Nathaniel:    Don't sweetheart.

Donna:        I was ready to just give up because now,

Nathaniel:    I mean

Donna:        What's gonna happen if he hears anything happened to Robert, huh.   What's he gonna do.  You think he's gonna leave us alone?

Nathaniel:    Huh?

Donna:        You think he's not gonna put two and two together.

Nathaniel:    I mean but how's he gonna know I'm out though.

Donna:      Oh

Nathaniel:  See what I'm saying.

Donna:      But don't you think he's gonna think it's a little curious or

Nathaniel:  I mean but still, what can, where is he to say sweetheart. I mean, you know what I'm
            saying.  What is he to say, man that's what you fail to realize.

Donna:      You know what, I was so down Tuesday because Robert called me.  He wasn't
            coming home, he's staying in a motel now sometimes.  I'm not getting any more
            money and he's ready to just change the locks on the house now and he's.  All he
            does is say go suck some nigger's dick, why don't you get out you nigger lover.  He
            even told him that I sent you money.  That was the worst part he could of told him.

Nathaniel:  See man, you should have, man you should have, I mean,

Donna:      He told him that I went to visit you in prison.  Everything, everything he knew, he,

Nathaniel:  Wait a minute, did you, did you tell him that um, that he snatched the money.  See
            that's what I'm saying, man, you know what I'm saying.  I mean you leave out stuff
            that you know what I'm saying, to cover up your tail

Donna:      I have to.

Nathaniel:  You know what I'm saying, I mean why didn't you tell him he came in and snatched
            the money?

Donna:      I did.  I had to.  I had to.

Nathaniel:  See man, dang man.

Donna:      I'm sorry honey.  I've a learned a lesson the hard expensive way.

Nathaniel:  Yeah because experience is the best teacher, you know what I'm saying, I mean,

Donna:      And you know what, it was a very expensive lesson but let me tell you something
            like there were two persons there yesterday,

Nathaniel:  Yeah

Donna:      They started to try to talk, a black guy and a white guy.  In fact, the white guy went
            to the drug store to get a camera, he wanted to take my picture with him.  Do you
            believe that shit.  I don't even talk to them anymore.  I don't even look at them when
            they come by the cage.

Nathaniel:     So was,

Donna:         I look up and I pretend, I put the TV real loud and I ignore them.  They are standing there and I ignore them, honest.

Nathaniel:     So is you still gonna be able to come pick me up?

Donna:         Hell yeah.  What, why not now.

Nathaniel:     Ok them.  Hey, so um, hey did you ever get in touch with Sutton's girl?

Donna:         Oh yes.  Guess when, my third call last night.

Nathaniel:     Ok.

Donna:         And here's what, I, I, you know what, I told her I said I don't know what to say to you so I'm just gonna read my boyfriend's letter.  So it was wonderful, I read your letter, it says he doesn't know what happened, does she still care, you know what I'm saying I read that.

Nathaniel:     Yeah.

Donna:         So when I was done she said "oh, I sent him a letter, maybe he never got it."  And I'm thinking, one letter she sent.

Nathaniel:     Yeah

Donna:         One, she sent him one.  Don't tell him that.  Don't make him feel bad.

Nathaniel:     Alright but I'm saying, she

Donna:         But just tell him she did write, don't say once.

Nathaniel:     Ok

Donna:         Just say she did write, she but she said she's gonna write again.  And everything ok and she's waiting for him.

Nathaniel:     Ok.

Donna:         She sounded like a nice girl.

Nathaniel:     But um, God I meant to tell you that he needed to tell her, he wanted her to send him some money.

Donna:        Oh

Nathaniel:    But um.  Hey yeah, you asked me did I need anything else out of my bag.  Yeah  get
              them um, my blue jean shoes.  My blue jean shoes and um,

Donna:        What about your jeans?

Nathaniel:    Huh?

Donna:        Your jeans.

Nathaniel:    What color jeans?

Donna:        Jeans, you know, blue jeans.

Nathaniel:    I mean, I had, the blue ones?

Donna:        There's only one pair in there honey.

Nathaniel:    What color?

Donna:        blue jeans.

Nathaniel:    Blue no I don't want them.  Just get, get my um, get that, that, my blue jean shoes
              and I should have a yellow baseball cap in there.  And um,

Donna:        I don't think I saw a baseball cap hun,

Nathaniel:    Alright well don't worry about it.  What about, what about that yellow shirt that I
              bought from Footlocker with the blue around it.  Do I got a yellow and blue shirt  in
              there?

Donna:        No

Nathaniel:    I don't.

Donna:        No.  There's nothing nice left.

Nathaniel:    Just, just get my um, just get them blue jean shoes then.

Donna:        Ok.

Nathaniel:    That's all and bring them.  Yeah um, so I hope man you be able to come up next
              Saturday night, man.

Donna:          Me too.

Nathaniel:      Just tell him you want, your cousin wants you, um,

Donna:          Honey,

Nathaniel:      What?

Donna:          What do you mean tell him?

Nathaniel:      Huh.

(Recording in background)

Donna:          What, there's nothing else that I have to tell him ever again Nate.

Nathaniel:      Ok.

Donna:          I mean, he is a crazy man now.  He beat the fuckin' shit out of me.  You should  see me.  I wrote in my letter, if you saw me you would kill him with your bare  hands.  I got two good punches in though.  I punched him.  I had to and then I kept  bending down into a little ball so he wouldn't hit my face but he got me.

Nathaniel:      Does your face look bad?

Donna:          How does a woman look with a black eye?  Good or bad?

Nathaniel:      Oh man.

Donna:          I'm wearing fucking sunglasses in the winter here.  People think I'm out of my mind.

Nathaniel:      Un,un,un.

Donna:          I broke a middle, oh never mind.

Nathaniel:      Where you at now?

Donna:          Home.

Nathaniel:      Home.

Donna:          Un-huh

Nathaniel:      I can't wait til I get out man.

Donna:      And when we were tussling there, Fluffy just jumped in on it because he was like a mad man.  You should have seen his face, he went crazy.  It was scary and  Fluffy jumped up bit my leg.

Nathaniel:   So did um, did that cat really work there?

Donna:      Yeah.

Nathaniel:   He worked there?

Donna:      Uh-huh (yes)

Nathaniel:   When you went down,

Donna:      I went Monday first thing

Nathaniel:   Was he there?

Donna:      Um, he was out doing something.  I was outside when he came back.

Nathaniel:   Why didn't you take the police with you man, he could have been got then.  We wouldn't had to go through that man.  I told you man, see there you go again.

Donna:      No, no, no.  I called the police.
Nathaniel:   Why didn't you take them with you?

Donna:      No, I called the police.  He went in there to work, honey listen.  He went in there, I called the police, they don't come for that.  It's crazy.  They didn't come.  It was a city police, this police, that police.  I kept calling, nobody came.

Nathaniel:   You should have told the police, man, the dude robbed you, you know what I'm saying, you need the police down there immediately.  You should have called 911.

Donna:      I did.

Nathaniel:   Told them where you was at.

Donna:      I did sweetheart.  I did.  I waited outside for an hour.  I kept calling, they kept giving me, oh that's a Warren City Police, oh that's the county, oh that's Bazetta.  I said ok.  I left there.

Nathaniel:   So what they, what did they charging him with?

Donna:      A fifth degree felony theft.  And then when the prosecutor saw his name come up off the computer of previous things, he said he's gonna get him.  I said do you think I'll

ever get my gun back?   He said probably not.

Nathaniel:   I told you that man.  See man, I just wish you would just listen to me.

Donna:   I know honey, please don't be mad at me.  You know I don't think like you.  I'm not smart like that with you.

Nathaniel:   If you listen to me, if you listen to me

Donna:   Yes

Nathaniel:   If you listen to me, you won't have to,

Donna:   I will honey.

Nathaniel:   You know what I'm saying

Donna:   I've been doing everything you've said.

Nathaniel:   Ok.  Ok, well look, I get on Saturday morning, I've got to get off now.  I'm gonna call you sometime Saturday morning, ok.

Donna:   Alright honey.

Nathaniel:   Ok baby.

Donna:   Don't hang up yet, wait.

Nathaniel:   I love you sweetheart.  I love you so much baby.

Donna:   I love you honey.

Nathaniel:   I miss you too. I'm coming home to you baby.  Ok.

Donna:   Oh yes, say it again.

Nathaniel:   I'm coming home to you, I'm coming home to stay too ok.  I love you baby.

Donna:   Oh Nate, I love you my sweet darling.

Nathaniel:   I love you so much honey.

Donna:   You're my whole life Nate.

Nathaniel:   I'm always be there for you baby.  I mean that.

Donna:          Ok.

Nathaniel:      That's a promise too, ok.

Donna:          You know what?

Nathaniel:      What baby.

Donna:          From now on I'm just gonna believe you and trust you and get all the bad things  out
                of my mind.

Nathaniel:      Ok baby.  I love you.

Donna:          (kiss sound)

Nathaniel:      (kiss sound) I love you so much.
CALL ENDS

C115106 - 12-01-01

| | |
|---|---|
| Recording: | This is MCI Worldcom.  This call is originating from an Ohio Correctional Institution and may be recorded or monitored.  I have a collect call from Nathaniel Jackson, an inmate at Lorain Correctional Institution.  If you wish to accept and pay for.  Thank you. |
| Nathaniel: | Hello. |
| Donna: | Hello |
| Nathaniel: | Hey.  What's going on?  Are you there? |
| Donna: | Yeah, I'm here. |
| Nathaniel: | What's wrong?  He there? |
| Donna: | Un huh |
| Nathaniel: | Oh man. |
| Donna: | No, he's not here, I'm at work. |
| Nathaniel: | Oh ok.  How you doing? |
| Donna: | How am I doing? |
| Nathaniel: | How you doing? |
| Donna: | Oh great. |
| Nathaniel: | Ok then. |
| Donna: | Yeah real great, real fuckin' great. |
| Nathaniel: | What's wrong baby? |
| Donna: | Do you believe in miracles baby? |
| Nathaniel: | What's wrong? |
| Donna: | Do you believe in miracles? |
| Nathaniel: | I mean like what? |

Donna:  I had a miracle happen to me Thursday.

Nathaniel:  What?

Donna:  Yeah, God saved me right at the last fuckin' minute.

Nathaniel:  What happened baby?

Donna:  Uh huh.

Nathaniel:  What happened?

Donna:  Oh, I went running around like a dancing dog in the circus for you again, getting all your shit.

Nathaniel:  Oh come on man.

Donna:  And I came home and I got your sneakers out and guess what I found?

Nathaniel:  What?

Donna:  A girl's name and a girl's phone number.

Nathaniel:  Oh

Donna:  Guess what I found when I looked some more.  Guess what I found.  Five.  Five of them.  Five of them.

Nathaniel:  Man come on.

Donna:  Sarah and her number and Terri and her number,

Nathaniel:  Who?

Donna:  Nicki and her number, then Lindsey.  From the fuckin' baseball game you went to. She wrote her name and number on your program.  What the fuck are you doing to me?

Nathaniel:  Man come on man.

Donna:  What are you, some kind of a phony con-artist?

Nathaniel:  Look, look..

Donna:  What is your fuckin' problem.

Nathaniel:    Please stop this ok.

Donna:        What are you doing?

Nathaniel:    Look please stop this.

Donna:        What are you doing?  What are you gonna do to me.  What are you ripping my fucking heart out here.

Nathaniel:    Donna.  Donna.

Donna:        Why don't you put a fucking bullet in my brain ok.

Nathaniel:    Please stop it alright.  Please.

Donna:        Stop it.

Nathaniel:    Donna, please.

Donna:        Every fucking time you got out of the  (?)   you got fuckin' girl's names and  phone numbers.

Nathaniel:    Donna, Donna.  Donna look, Donna alright.

Donna:        You got names and numbers?

Nathaniel:    Donna, listen here, alright.  Please.

Donna:        Girl's name and numbers.

Nathaniel:    How you, man, I mean.  Look here Donna.

Donna:        Names and phone numbers. Five of them.

Nathaniel:    Donna listen here.

Donna:        Sarah and Terri and Nicki and Lindsay.

Nathaniel:    These people looking at, alright, I mean you know what I'm saying, I'm gonna get in trouble, man.  Listen here, would you listen to me?

Donna:        What the fuck are you doing to me Nate?

Nathaniel:    Fuckin', man look here.

| | |
|---|---|
| Donna: | And I even gave you permission to do that to Robert, to be with you forever. |
| Nathaniel: | Donna, Donna |
| Donna: | To be with you forever.  What were you going to do to me? |
| Nathaniel: | Would you fuckin' let me talk, man. |
| Donna: | What were you going to do to me? |
| Nathaniel: | Donna, hey I'm |
| Donna: | Were you gonna let me (?) at home. |
| Nathaniel: | I'm about to get off the phone man. |
| Donna: | What were you going to do Nate? |
| Nathaniel: | Look here man, I'm already sick as hell man right here |
| Donna: | Let me something. |
| Nathaniel: | Look |
| Donna: | Your sick, your sick. |
| Nathaniel: | Man, I love you man. |
| Donna: | You don't love me, you liar. |
| Nathaniel: | What do you mean I don't love you, man. |
| Donna: | Using me like a fucking asshole.  What am I?  I'm stupid old white woman again huh. |
| Nathaniel: | Looky here man. |
| Donna: | A stupid old white woman huh. |
| Nathaniel: | Ok, see, see there you go again.  Man look, |
| Donna: | What were you going to do Nate?  What were you going to do? |
| Nathaniel: | Just forget about it please ok.  Look, |

Donna:          What were you going to do, let me sit at home and rot while you went out with a bitch every night.

Nathaniel:      I'm going to lay down ok.

Donna:          What were you going to do huh?

Nathaniel:      lay down ok.

Donna:          And I let you fuck me without a condom and I'll probably get aids from you.  You probably fuck everybody you meet.

Nathaniel:      Donna, Donna.  Donna look here.  Donna

Donna:          Five.  Explain that.  Explain me five names and numbers.

Nathaniel:      Look man I'm gonna get off the phone cause these people looking at me.

                (Inaudible)

Donna:          Explain me five names and numbers.

Nathaniel:      Donna fine, if you won't shut the fuck up and let me talk man, I'm gonna (inaudible)

Donna:          Explain me five names and numbers

Nathaniel:      (inaudible) - both taking at once.

Donna:          Five.

Nathaniel:      (inaudible) - both taking at once.

Donna:          Five, five.

Nathaniel:      Donna, those,

Donna:          Sarah and Terri and Lindsay and Nicki

Nathaniel:      Who is.  Man look here man, them wasn't my mother fuckin'.  Man I told you man, a lot of my shit man got packed up man from everybody elses shit in there,  man.

Donna:          No, it's yours.  Don't you lie to me again.

Nathaniel:      Ok then man, ok then.

Donna:       Don't you lie.  There's no lying now, it's not one, it's not two, it's for an apartment.

Nathaniel:   Ok, look, look.  Listen here.   Listen here man, look, ok.  Man, I'm,  I'm

Donna:       Every fuckin' time you left there you got a girl's name and number Nate.

Nathaniel:   What the fuck are you talking about man.

Donna:       While you were telling me you loved me, while I was letting you fuck me.

Nathaniel:   Donna, Donna, I do,

Donna:       While I was running around in circles to come and get you and make you happy.
             Your lucky I can't scream cause there are customers here.

Nathaniel:   Donna I do fucking love you man.

Donna:       Oh my God.

Nathaniel:   Please stop that man, you know where my heart at man.

Donna:       Oh you liar, you phony.

Nathaniel:   You know where my heart at man.

Donna:       You're a fucking con-artist, you were, you gonna use me until when, when?

Nathaniel:   You know where my fucking heart at.

Donna:       When, when were you gonna quit?

Nathaniel:   (inaudible)

Donna:       When were you gonna quit getting names and numbers Nate.

Nathaniel:   Messed up. Hey look, look man.

Donna:       Ok, you tell me about Sarah.  Who is Sarah?

Nathaniel:   I don't know no fuckin'

Donna:       Why do you have two phone numbers for Terri, cell phone and a house phone?
Who's Nicki?  Who's Nicki?

Nathaniel:   Man listen here I'm,

| | |
|---|---|
| Donna: | And on your statistic sheet from the fucking baseball game Lindsay wrote her number for you. |
| Nathaniel: | Man look, call the fucking numbers.  Would you call them fucking numbers alright. |
| Donna: | For what? |
| Nathaniel: | Call them fucking numbers man.  I don't know what the fuck you talking, I (inaudible) |
| Donna: | There your number you liar. |
| Nathaniel: | You mother fucker, call them and ask them do they know me, man.  Look here man, look.  Alright just, just, |
| Donna: | Five Nate.  Not one or two or three. |
| Nathaniel: | Well why don't you call the fucking numbers (inaudible - both talking) |
| Donna: | Every kind of piece of paper, everything you had you wrote on names and numbers. Girls, girls, girls. |
| Nathaniel: | Look, look, let me tell you man.  Look let me tell you. |
| Donna: | Girls not one man's name. |
| Nathaniel: | Let me tell you this you stupid mother fucker, why don't you call the numbers then. Call them fuckin' number then and ask them about me.  Mother fucker.  If you think I'm mother fucking' lying.  What the fuck wrong with you man. |
| Donna: | What are you doing with five girls names and numbers? |
| Nathaniel: | What the fuck did I just tell you man?  Didn't I just tell you man, that answers every fucking there right there.  Call them mother fucking numbers. |
| Donna: | Why? |
| Nathaniel: | Call them fucking numbers man. |
| Donna: | So I can hear how charming you were when gave you name and number. |
| Nathaniel: | Call them then asshole. |
| Donna: | Why? |

Nathaniel:    Man, look, look.  Hey man it's almost time for me to get off this phone man.

Donna:    Do you know what you have done to me?

Nathaniel:    Man,

Donna:    You have ripped out my fucking heart and your stepping all over it.

Nathaniel:    So what are you saying man.

Donna:    What were you gonna do Nate?

Nathaniel:    (inaudible)

Donna:    Were you just gonna use, what were you gonna do just say I'm going out with my dudes and go fuck somebody every night?

Nathaniel:    Look.  Look

Donna:    Five.

Recording:    This call is originating from an Ohio Correctional Institution and may be recorded or monitored.

Donna:    Five.

Nathaniel:    Look just,

Donna:    Your right I am stupid.  You are so fucking right.

Nathaniel:    Look, look.  Donna, Donna, Donna listen here.  Ok, is you listening to me.  Is  you listening to me?  Well look I'm gone then man.  I'm getting off the phone man. Cause you, you know what I'm saying, you don't want to listen,

Donna:    You tell me why,

Nathaniel:    Donna,

Donna:    You had five names and numbers.

Nathaniel:    Man look

Donna:    Five

Nathaniel:    Donna

Jackson Apx. Vol. 24
Page 257

Donna:        Written on everything.  Tissues, cardboard,

Nathaniel:    Donna I'll see you the day after I get out ok.

Donna:        Sheets from your baseball game even

Nathaniel:    (inaudible)

Donna:        Lindsay, Lindsay.

Nathaniel:    I see you (inaudible)

Donna:        Who's Lindsay?

Nathaniel:    Look.

Donna:        Who's Lindsay from the baseball game?  Why did she write her number?

Nathaniel:    Say one more thing about a girl, I'm hanging this phone up right now.

Donna:        No just tell me.

Nathaniel:    I will see you the day after I get out, to come

Donna:        Cause you don't have a, cause you don't have a reason, do you?

Nathaniel:    Look, I asked you, I just told you right.  Mother fucker you know who I've been in love with for two mother fucking years.

Donna:        Oh yeah and every fucking time you left the CCA you got a name and number of some another girl.

Nathaniel:    That's bull shit man.

Donna:        For what?

Nathaniel:    Donna.

Donna:        We know for what.

Nathaniel:    Donna look.  This is going to be my last call ok.

Donna:        Why didn't you shoot me Nate?

Nathaniel:    This is going to be my last call.

Donna:        What don't you just come and fucking put a bullet though my head.

Nathaniel:    Coming home to love you.

Donna:        You don't love me you liar.

Nathaniel:    What do you mean I don't love you man.  What the fuck you,

Donna:        All that love you, I love you, I need you.

Nathaniel:    What the fuck you thinking this is a mother fucking (inaudible),

Donna:        You think I'm gonna let you have a herd of bitches, huh.

Nathaniel:    Huh, Do you think this a mother fucking (inaudible)

Donna:        Is that what you think?  You think I'm gonna put up with bitch number one, do you?
              Are you out of your fucking mind?

Nathaniel:    Look, do you (inaudible)

Donna:        Are you out of your mind?

Nathaniel:    Man, look man, (inaudible)

Donna:        Do you know about diseases and shit.

Nathaniel:    Man look here man, I fucking (inaudible)

Donna:        Do you?

Nathaniel:    See there you go man.  You, see, alright look, (inaudible)

Donna:        Five.  Not one, not two, not three.

Nathaniel:    I can't wait man, I can't wait man.  Seven days man, I just can't wait till I get out.

Donna:        Yeah and I was all ready for it too.  I got a whole ounce of killer shit for you.  Yeah,
              un-huh.  A whole ounce.

Nathaniel:    So you come and get me right?

Donna:        You let, let's see,

Nathaniel:    So,

Donna:      You let Sarah come and get you,

Nathaniel:  Ok then bye,

Donna:      You let Terri get you a place to live,

Nathaniel:  Bye, bye.

Donna:      You let Nicki suck your dick.

Nathaniel:  Bye

Donna:      And you let Lindsay cook for you, how's that.

Nathaniel:  Bye bitch.  Yeah, I got something for your ass.

Donna:      I hope it's a bullet through my brain.

Nathaniel:  No.  Ok then.

Donna:      Because you have caused me so much pain and misery/

Nathaniel:  I'm gonna make you suffer.

Donna:      You already have.

Nathaniel:  Ok then.  Well that ain't it then now.

Donna:      You already have.

Nathaniel:  Answer my question, is you coming to get me?

Donna:      You have made me suffer more than anybody in my whole life.

Nathaniel:  Is you coming.  Donna, is you coming to get me?  Answer this question.

Donna:      How could you do this?

Nathaniel:  I got 60 seconds, I'm asking you a question, is you coming to get me?

Donna:      You tell me how you could do this to me.

Nathaniel:  Just answer my question.

Donna:      Why don't you let Nicki or Lindsay or Terri or Sarah come?  Huh?

Nathaniel: I'm gonna ask you one more time Donna and I'm hanging up the phone.  Is you coming to get me?

Donna: Why don't you let one of them come and get you.

Nathaniel: Donna, Donna.

Donna: What do you want me for?  To laugh at me some more, huh?

Nathaniel: You won't come and get me?  Huh.

Donna: The joke on a stupid old white woman huh.

Nathaniel: Donna, I'm gonna ask you one more time,

Donna: I'm real funny huh.

Nathaniel: I'm gonna ask you one more time and I swear (inaudible),

Donna: Yeah I believe anything, your right.

Nathaniel: Is you coming to get me?

Donna: I believe anything.

Nathaniel: Is you coming to get me huh?

Donna: Your so right.  I am a stupid old white woman

Nathaniel: Is you coming to get me Donna?

Donna: I will believe anything, you said that you loved me.

Nathaniel: Donna, look, well I love you, alright.  Is you coming to get me?  You know the phone is about to hang up, is you coming to get me?

Donna: Even that you love me.

CALL ENDS

C21201-12-02-01

Recording: This is MCI Worldcom.  This call is originating from an Ohio Correctional Institution and may be recorded or monitored.  I have a collect call from Nathaniel Jackson, an inmate at Lorain Correctional Institution.  If you wish to accept and pay for the.  Thank you.

Nathaniel: Hello.

Donna: Hi Nate.

Nathaniel: Hi Donna.  Donna baby, I love you so much honey.

Donna: I love you Nate.

Nathaniel: Donna listen here ok.  Tell you something,

Donna: I didn't even get out of bed Nate.

Nathaniel: What's wrong?

Donna: I'm just broken honey.

Nathaniel: Huh.

Donna: I'm broken.

Nathaniel: What you mean?  Donna listen here, let me tell this, ok.  Can I, why do you accuse me, I mean, you accuse me of fucking every, every, I mean every female,

Donna: Why do you get,

Nathaniel: Wait a minute,

Donna: name and numbers honey?

Nathaniel: Just would you look man, would you listen to me man.  If you want me to tell you something man, would you listen to me ok.  Ok.  Donna, you accuse me of fucking every female that I know.  Ok, for one thing, ok I mean, then I mean you act like, you know what I'm saying, that could never have no female friends.  I told you for one thing, they wasn't my numbers.  If those was my numbers I would have told you yeah, you know what I'm saying, because I mean I didn't see  that role of me having no female friends without me having to be fucking them.  You see what I'm saying.  But I did tell you, you know what I'm saying, that I was  cutting all  of my female friends, you know what I'm saying, totally out the picture.  There wasn't gonna b

no more female friends.  You know what I'm saying.  I mean but therefore, you know what I'm saying, like I told you man, everybody in my room rode out man. Me, Oscar down here, my little cousin down here, Rico down here, and I'm down. See what I'm saying. I mean and then like I say man, for more you always accuse me. You can't just go ahead and accuse me man of fucking every female that I know man, you know what I'm saying.

Donna:       Why would you bother to get their name and number honey?

Nathaniel:    What you say?  Do you under-fuckin'-stand man.

Donna:       Why do you have to hit on them and get their name and number?

Nathaniel:    Do you understand man, do, I mean what do you mean hit on them man.  Do you understand man the point that, that wasn't mine.

Donna:       All five of them?

Nathaniel:    Do you understand man.  I told you man if it was mine, you know what I 'm saying, I would have just told yeah them was friends.  You know what I'm saying.

Donna:       Yeah.

Nathaniel:    I mean I would have told you yeah, those my friends, you know what I'm saying?

Donna:       Yeah.

Nathaniel:    But I told you man, I was cutting all ties man with all female friends. I told you that man.  There wasn't gonna be nobody but me and you.  I mean if that was the case man, you know what I'm saying, I mean, you would have seen, if you was thinking like that, you know what I'm saying, I mean, you'd have seen, you'd have seen what your so called your mind reading Danielle friends number in there.   See what I'm saying.  You can't just go ahead man, and keep on x-ing me out like that man, you know what I'm saying cause you be putting me down too much Donna. You putting me down too much. I'm serious man.  You pushing me down entirely to much.

Donna:       Wow what do you think you do to me when I find girl's name and numbers.

Nathaniel:    I mean but, I'm, but I'm.  All you got to,

Donna:       At the ball game

Nathaniel:    All you got to, all you got to.  I'm not the only one that went to the fucking ball game man.  You understand.  What you think, (inaudible)

Donna:        Yes sweetheart but it was in your papers.

Nathaniel:    Listen here man, listen here let me tell you this man.  When out shit got packed up man.  Shit came up, man look, my cousin Lee told me man yesterday when I seen him at the chow hall man, my some of my stuff might be in his bag.  Some of my fucking clothes might be in his bag man.  Come on man.  Man, don't see here,  man I mean, you know what I'm saying, mean,.

Donna:        I know.  It's ok.

Nathaniel:    Donna, Donna look here man.

Donna:        I understand.

Nathaniel:    Donna wait a minute no.  Wait a minute Donna listen here.  I've been, I've been  with you almost two years, man.  Why do you, I mean did you ever really ask me big man, what is the reason why I'm still with you man.

Donna:        Yeah I have.

Nathaniel:    I mean it's not no money man.  I don't want your money man, you know what I'm saying.  I don't want nothing you can do for me Donna.  I ain't ever asked you for nothing Donna.  Never asked, I ain't never said, you know what I'm saying, Donna I need this.  I, I'm, you know I mean I ask you for little things.

Donna:        You know what.

Nathaniel:    I never came and asked, I never really, you know,

Donna:        You know what honey?

Nathaniel:    What baby.

Donna:        The truth is screaming out and I refuse to believe it.

Nathaniel:    Huh.  Man, ok then man.  I'm just going man.  Ok then man, just.

Donna:        If you would just tell me the truth sometimes

Nathaniel:    Man,

Donna:        I would think there is hope

Nathaniel:    I just did told you the fucking truth man.  I sat there and just told you man.  You know what I'm saying.  If it was mine, I would have told you man because I didn't

see nothing having,

Donna: You know what here's the funny part,

Nathaniel: I don't see,

Donna: You what's the funny part about it.  One of them for sure I know is yours and I'm wondering why on earth you would have them on you.

Nathaniel: Look, look

Donna: Somebody you didn't want to have nothing to do with, why would you have Terri's cell phone and home phone number on you?

Nathaniel: Terri's cell phone and home phone number.

Donna: Yeah.

Nathaniel: Man, look here,

Donna: Alright

Nathaniel: I'm gonna tell you like this.  I'm gonna tell you like this.

Donna: Why

Nathaniel: I'm gonna tell you like this, listen here, I'm gonna tell you like this. Man I, I, my little cousin and them kept asking me, you know what I'm saying, hook with up with her, hook me up with her. Cool. Ain't no problem.  You know what I'm saying, if it was like that man, do you think man, you know what I'm saying, we'd been over Terri's house man.  Terri's (Inaudible)

Donna: I don't know.

Nathaniel: Terri met you man.

Donna: I don't know anymore honey.


Nathaniel: Man come on man.  Please stop thinking that man.  Terri met you man.  What would I want do, what do I want to do with a female man that stuck a pistol in her face. Do you even think, man.

Donna: How do you get a girl's name at a baseball game?

**Nathaniel:** Listen here man.  I'm gonna

**Donna:** What about all the other ones?

**Nathaniel:** I'm gonna tell you one more time man. I'm gonna tell you one more time man.  If I got to tell you man, one more time man, I mean, I'm just gonna just say forget about it man, you know what I'm saying because you ask me something and I tell you man.  I try to help you out man,

**Donna:** But you lying Nate.

**Nathaniel:** Ok then, forget it.  I'm lying, ok.

**Donna:** You said those weren't yours.

**Nathaniel:** Man, I'm lying ok.

**Donna:** They were in your box of papers honey.

**Nathaniel:** Look here man, I mean, I ain't got time to sit here man and keep on arguing with you man.  That's what's wrong with you now, man.  Man, the, the same (?)  with  the same problems you going through right now.  Your thinking got you in it,  man.  You know what I'm saying.  You know I mean that little shit that jumped  down man, you know what I'm saying, when you got jumped on man, when you  got robbed man.  Your fucking insecurity ass thinking, man. Man, I'm telling you  man, your insecurity thinking gonna make you lose something man that you wish  you had never had lost, man. You know what I'm saying.  You, you don't sit  there and think man the time that we got in man, and why I'm still with you man.

**Donna:** Yeah I did think about it honey.

**Nathaniel:** You don't sit there and think about man,

**Donna:** Yes I do

**Nathaniel:** And why we still together man.

**Donna:** Why do you think it hurts me so much.

**Nathaniel:** You know what I'm saying man?

**Donna:** When you threaten to hurt me, you know what,

**Nathaniel:** Look, look,

**Donna:** That doesn't scare me.

Nathaniel:     Donna, Donna, Donna.

Donna:         When you threaten to hurt me, it doesn't scare me at all,

Nathaniel:     Look, look, Donna, Donna, I'm not gonna do nothing to you ok.

Donna:         If you killed me, I wouldn't care.

Nathaniel:     Look, look, baby I'm sorry, ok.

Donna:         I wouldn't even care Nate.

Nathaniel:     Donna listen here, I love you, ok.

Donna:         I thought about doing it myself cause I don't care.

Nathaniel:     Donna, Donna, I love you, ok.  Please, ok.   Ok?  Ok Donna?  I love you so much
               baby.  Ok, look here,

Donna:         (Inaudible) love me (inaudible)

Nathaniel:     Donna, Donna, Donna.  Donna listen here, ok, I mean from here only I'm telling you
               this face to face ok.  I mean, well, person to person, Donna ain't no more  female
               friends, ok.  I mean it's all about just me and you, ok.  You know what I'm  saying,

Donna:         You want me to have, (inaudible) You told me there's no such thing (inaudible)

Nathaniel:     Look, ok, ok.  Wait a minute, wait a minute, wait a minute, wait a minute, wait a
               minute,

Donna:         You told me there are no friends (inaudible)


Nathaniel:     Right, right.  What I been told you man, that I been told you in my letter man, you
               know what I'm saying, that it wasn't gonna be no female friends.  I'm letting you
               know, you know what I'm saying, with my voice, I told you man, that's it, ok.  Ain't
               nothing about no friends, it's just me and you.  Ok.  Ok sweetheart.  It's just
               me and you Donna.  Alright, you know what I'm saying, we ain't gonna  have to go
               through this shit no more.  Alright.  It's me and you ok.  Ok baby.

Donna:         Yeah.

Nathaniel:     I'm serious Donna.  We ain't got, you know what I'm saying, we ain't got no more.

through this shit no more man.  You know what I'm saying, it's me and you, ok.  Ok baby?

Donna:      Yeah

Nathaniel:   You love me honey?  Huh?  You love me baby?  Hey well look here man, I'm  about to go ahead and get off the phone man cause you know, she gonna end up  telling me anyway because you ain't gonna talk man, you know what I'm saying.   So I ain't gonna just sit here man, you know.  I telling you, you know what I'm  saying, go ahead man and let you know man, you know I mean, damn man, people  just don't fucking realize man.  People don't, you know you got to come get me  Sunday right man cause I turned down my ticket.  You hear me?

Donna:      Yeah.

Nathaniel:   I tuned down my ticket, you know what I'm saying, already they got it on file that your coming to get me.  Donna baby, I love you, ok.  Please man, you know what I'm saying, don't do nothing to yourself man.  You know what I'm saying, I got big plans for you when I come home, man.  You hear me?

Donna:      Yeah

Nathaniel:   I'm for real.  That date man, when I get out man, you know what I'm saying, I mean, that's that's a sealed plan for me and you.  You know what I'm saying, that  day is ours.  Ok.  Donna.

Donna:      Ok.

Nathaniel:   I love you baby.  You know what I'm saying, I mean, and that's another way that,  you know what I'm saying, when you tell man if I really love you, you know what  I'm saying because you know I mean that's one thing I always do man, no matter how, how we get into it man, I always still let you know man that I love you, man.   You know what I'm saying.  Like you don't say it, not like you as, not like you, as  when you write, you say yeah your friend Donna.  You know what I'm saying, I  still always say I love you, you know what I'm saying cause that's true love man,  you know what I'm saying.  I don't get mad at you man and not let you know that  I love you man cause I always do.  You know what I'm saying, not like you man,  you know what I'm saying, that's like man like little game to me man.  You know  what I'm saying.  Especially man, cause I feel good to let, you know what I'm  saying when you know somebody loves you man, they let you know.

Donna:      I love you Nate.

Nathaniel:   I'm serious Donna, man, you know what I'm saying, I don't never, even when my letters man, I don't sit there and get mad.  I don't even argue with you at the end of

my letter what do I put, I love you. I still love you. I'm gonna always love you.  I not gonna let that little man, you know what I'm saying, tear that down cause we  got too much in together.  You hear me?

Donna:      Yeah.

Nathaniel:  We got too much in together baby, you know what I'm saying, I ain't lose you for nobody.  Ok?  Hey, I'm gonna call you Thursday, ok?

Donna:      Ok.

Nathaniel:  Thursday afternoon, ok.  I love you baby.

Donna:      I love you Nate.

Nathaniel:  I love you so much.

CALL ENDS

C61310TT-12-06-01

Recording:    This is MCI Worldcom.   This call is originating from an Ohio Correctional Institution and may be recorded or monitored.  I have a collect call from Nathaniel Jackson, an inmate at Lorain Correctional Institution.  If you wish to accept and pay for the.  Thank you.

Nathaniel:    Hello

Donna:    I'm sorry I said I hate you.

Nathaniel:    Hey baby, I love you so much.

Donna:    I'm sorry Nate.

Nathaniel:    I love you so much honey.

Donna:    I'm sorry I was so angry, I love you honey.

Nathaniel:    Love you so much baby

Donna:    I love you too much

Nathaniel:    I can't be without you baby, I love and miss you more now then I ever did.

Donna:    Nate.

Nathaniel:    I do baby

Donna:    Swear it.

Nathaniel:    I swear it baby, I miss you and I love you so much baby.  I mean I miss you more. I woke up this morning baby, I miss you so much honey.  So much.  I miss my baby so much.  I love you darling.  I love you with all my heart baby.

Donna:    Oh honey

Nathaniel:    All my heart baby.

Donna:    Nate.

Nathaniel:    Your always going to be my number one, I don't care what baby.  Always going to be in my world.  Always.

| | |
|---|---|
| Donna: | Nate.  I can't stop loving you even if I try. |
| Nathaniel: | That's my baby, Donna.  I mean it. |
| Donna: | I don't want to love you anymore. |
| Nathaniel: | You love me. |
| Donna: | I don't want to love you anymore, it hurts too much honey. |
| Nathaniel: | Baby no baby.  Things gonna get better when I come home.  I mean it hurt now cause you know I mean I ain't there, |
| Donna: | Oh let's be realistic, we can't do that. |
| Nathaniel: | Huh. |
| Donna: | We can't do anything about it. |
| Nathaniel: | What you mean baby?  What you mean we can't do nothing about it? |
| Donna: | How could we do such a thing. |
| Nathaniel: | I mean. |
| Donna: | Just for what we want. |
| Nathaniel: | Soon I'm gonna get there baby, I mean you know, we got to be together honey. |
| Donna: | No. |
| Nathaniel: | You know what I mean, we suppose to be together Donna. |
| Donna: | I don't think so honey. |
| Nathaniel: | You don't think so?  Why don't you? |
| Donna: | Because we would have to do something terrible to do it. |
| Nathaniel: | You mean, well I mean, some things just have to be done, you know what I'm saying.  I mean to get what we want.  You know. |
| Donna: | Oh God. |

Nathaniel:     Sometimes you have (inaudible),

Donna:         You know what?

Nathaniel:     What baby?

Donna:         When I just have a little tiny inkling of the thought that I might lose you I go  crazy.

Nathaniel:     Oh baby, it ain't gonna be like that ok.

Donna:         I go crazy, I go crazy.

Nathaniel:     Don't think like that.

Donna:         I went crazy when you called me this time and it's been crazy and fucked up the whole time.

Nathaniel:     Don't think like that.

Donna:         You have me so fucked up Nate.

Nathaniel:     Hey look, (?) wants you to call his girl again and um he wants you to tell her don't send him no money, go ahead and um send his lawyer some money.  You know what I'm saying, cause his lawyer you know, he talked to his lawyer and his  lawyer said you know he owes like $750.00 you know and um he got to, he want  to go ahead and pay him, you know cause he got a good chance on beating his case.  The lawyer is trying to slide out on him, you know what I'm saying, if he  don't get his money.

Donna:         Un-huh

Nathaniel:     You know, and tell her, you know,

Donna:         Ok, I will

Nathaniel:     Tell her he wrote her a letter, you know what I'm saying because you know, he  said um, tell her to disregard the um letter he just wrote her, you know what I'm  saying,

Donna:         Ok

Nathaniel:     He was all upset because he didn't hear from her but he got her letters and everything and he feels better now.

Donna:         Oh good.

Nathaniel:     Because um, her dad, her mom's boyfriend answered the phone and he was  thinking

it was some dude.  You know what I'm saying.

Donna:        Oh he answered the phone when I called also

Nathaniel:    Yeah, that's what I'm saying. You know, he's thinking you know what I'm saying, it was some dude.

Donna:        No, no.

Nathaniel:    She wrote him and told him.

Donna:        That was her mother's boyfriend I think

Nathaniel:    Yeah, yeah.  She wrote him and told him.

Donna:        That's what I gathered.

Nathaniel:    So he said just tell her disregard, you know what I'm saying, that letter he wrote her, you know what I'm saying, he was just mad and upset because he ain't get no letter from her or nothing.

Donna:        Ok.

Nathaniel:    Hey guess what?  Two days.

Donna:        I know.

Nathaniel:    Yeah

Donna:        Oh Nate.

Nathaniel:    (laughs)

Donna:        Nate.

Nathaniel:    Look man,

Donna:        So different this time isn't it.

Nathaniel:    Look man, I'm so full of cum man.

Donna:        I'm so full of

Nathaniel:    See like when I just take a piss, it seem like just cum just drip out my dick man.

|           | I can't wait to put that somewhere, ooh.  Hey, you know what um, |
|-----------|------------------------------------------------------------------|
| Donna:    | I want you to put it in me right away. |
| Nathaniel: | Right away, ooh.  Hey you know what, you know what I want you to get? |
| Donna:    | Will you? |
| Nathaniel: | Yes.  Anywhere you want it baby.    I want you to get me a pick for my hair.  You hear me? |
| Donna:    | A pick. |
| Nathaniel: | Yeah |
| Donna:    | Is that one of those like, it looks like a rake thing? |
| Nathaniel: | Yeah |
| Donna:    | Ok.  Alright |
| Nathaniel: | A red one or a black one. |
| Donna:    | (Laughs) |
| Nathaniel: | Yeah, like a rake thing.  Hey did you go um, go take that deposit up there at  Wagon Wheel? |
| Donna:    | No |
| Nathaniel: | You didn't? |
| Donna:    | Didn't go yet. |
| Nathaniel: | Ok. |
| Donna:    | Should I go now? |
| Nathaniel: | Yeah.  Yeah, I want you too. |
| Donna:    | I didn't know if you wanted me to pick you up as a friend or your woman. |
| Nathaniel: | Hey, get the hell out of here with that man.  Cut that out man.  You always going  to be my baby.  You my baby, you my woman.  What you talking about.  Shit  don't come with that.  I'll show you man once I get out man, things going to be  better man. |

You know, cause the way I got it planned out man, you know what I'm saying, I mean I ain't gonna be in no hood or nothing man, you know what I'm saying. Cause from what I wanted man, till I take care of, you know what I want to take of man, you know what I'm saying, it's like, I want,

Donna:  I don't think you really want to do that.

Nathaniel:  Huh. You don't want me to?

Donna:  I just don't think you really want to have to do that.

Nathaniel:  Cause you don't want me to?

Donna:  No.

Nathaniel:  Ok then, well, like I was saying, you know after I do what I'm gonna do, you know what I'm saying I mean, I just like you know, like get me, you know what I'm saying like um, you know what I'm saying, get me a like hotel room, you know what I'm saying, charge me a room for a couple of weeks, ok.  You hear me?

Donna:  Un-huh.

Nathaniel:  You know what I'm saying, and that way I just you know, I mean chill in my room. You know what I'm saying, I'm telling you baby, I'm finished with the hood, man. All that ripping and running shit, that's gone man.  You know what I m saying, I mean whatever I ain't got out the streets, I ain't gonna get it.

Recording:  This call is originating from an Ohio Correctional Institution and may be recorded or monitored.

Nathaniel:  You see what I'm saying, whatever I ain't got, whatever else that was left on the street that I ain't got, I ain't gonna get it.  You know what I'm saying.  For real.  I mean I got a woman that really loves me, you know what I'm saying, I love my baby, you know what I'm saying, that's what it's about now, you know.  That's what it's about me and you Donna.  You hear me baby?

Donna:  Yeah.

Nathaniel:  That's what it's about honey.  Me and my baby.  Hey, so did you decide what, hey she gonna do that.  Hey he said thank you too.

Donna:  Ok.

Nathaniel:  Hey um, look did you, did you decide man if you coming Saturday night?

Donna:         Yes.

Nathaniel:     You coming Saturday night?

Donna:         Of course I am.

Nathaniel:     Yes!

Donna:         Did you ever doubt that I wouldn't.

Nathaniel:     Yes.  Yes, yes, yes.

Donna:         Did you ever doubt that I wouldn't Nate?

Nathaniel:     No baby, I just didn't know if it was going to be Saturday, I mean Sunday morning.
               Yes.  I'll be out of here early Sunday, just be here before 8 o'clock.

Donna:         (laughs)

Nathaniel:     Yes, man I am so fucking happy now.  Really happy now that I talked to you man.

Donna:         I know honey.

Nathaniel:     I was a bummer for a couple of days man.  I was.  I was a straight bummer, man.

Donna:         Yeah. I

Nathaniel:     Yeah I got all my stuff packed up and everything.  Man, so you, so I hear you got the
               map and everything.

Donna:         Yeah

Nathaniel:     Ok.  You would know how to get here?

Donna:         Un-huh

Nathaniel:     Ok then.

Donna:         I went to the AAA and he made a line and circle and where I'm going and where I
               coming from so I won't get lost.

Nathaniel:     My baby man. Donna, Donna.

Donna:         Huh

Nathaniel:    I love you so much.

Donna:        Oh, I love you.

Nathaniel:    Man, I just want to,

Donna:        Oh Nate please,

Nathaniel:    Love my baby so much

Donna:        Oh Nate.  I can't wait to feel you Nate.

Nathaniel:    Ooh come on hit a blunt, take a sip on henny and ever love,

Donna:        Ooh

Nathaniel:    un, un, un

Donna:        Oh I wonder what it's gonna feel like after all this time.

Nathaniel:    Smoke a blunt, drink some henny, and make a lot of love.  Un, un, un. Damn, damn, damn.  Ooh, it's gonna feel so good.

Donna:        I will be making love to you.

Nathaniel:    I mean I'm gonna make, oh I'm telling you ooh, just wait.  I'm gonna eat you up. I'm gonna eat you up.  Hey did you um, did you send me a letter out Tuesday?

Donna:        Oh, I don't remember.  Yes, I think it was the one that I said I'm not  sharing you ever.  So you have a choice to make, if (inaudible).

Nathaniel:    I got, I got, I got one yesterday with the green envelope.

Donna:        I don't remember Nate.

Nathaniel:    a (inaudible)

Donna:        I don't know.

Nathaniel:    Ok.  Just, hey um, did you send one out yesterday?

Donna:        No

Nathaniel:    You didn't?

Donna:          No.

Nathaniel:      Ok then.  But I'm gonna call you on Saturday morning ok?  Ok baby.

Donna:          Ok.

Nathaniel:      I'm gonna call my baby Saturday morning, you ok?

Donna:          Yeah

Nathaniel:      I love you so much honey.

Donna:          I love you.

Nathaniel:      (kiss sound) I love my baby so much.

Donna:          Oh God.

Nathaniel:      I'm coming to get you.

Donna:          I know.

Nathaniel:      I'm coming to get you.

Donna:          I know.

CALL ENDS

C81210M5 12-08-01-1

This is MCI Worldcom.  This call is originating from an Ohio Correctional Institution and may be recorded or monitored.   I have a collect call from Nathaniel Jackson, an inmate at Lorain Correctional Institution.  If you wish to accept, Thank you.

N. Jackson:     Hey you.

D. Roberts:     Nate.

N. Jackson:     What's goin' on?

D. Roberts:     (laughs)

N. Jackson:     What's goin' on.

D. Roberts:     Hey you.

N. Jackson:     What's up baby.

D. Roberts:     Do you love me?

N. Jackson:     I love you so much honey.

D. Roberts:     Honey, I guy named Chuck just called me from prison.

N. Jackson:     Chuck?

D. Roberts:     Yeah he told me you gave him the number cause you had a fight and were in the hole.

N. Jackson:     What!

D. Roberts:     I said, I said how did you get this number and he said, I said did Nate, where's Nate?
                And he said he's in the hole.

N. Jackson:     Chuck?

D. Roberts:     Yeah a white guy.

N. Jackson:     Get out of here.

D. Roberts:     No, I'm not kidding.

N. Jackson:     From Lorain?

D. Roberts:    Well that's what I thought.  But then, I hung up on him and he called me back and then I heard the recording say something else, I forget the name.

N. Jackson:    No man.

D. Roberts:    Yeah and I said well I can't believe Nate would give you my number

N. Jackson:    No

D. Roberts:    I mean I know you better honey.

N. Jackson:    Man

D. Roberts:    And he said Nate said it's ok you could talk to me because I'm in here for life for killing the guy that tried to rape my wife.

N. Jackson:    No man.  Come on.

D. Roberts:    And I said why, he said yeah he said you'd talk sexy to me, it would be ok.  I said no I don't think my Nate said that at all ever, ever.

N. Jackson:    Hell no.  I ain't goin' out like that.

D. Roberts:    Then he called like ten times and it's on the machine every time.  I hope he stops calling.

N. Jackson:    No man.

D. Roberts:    So what you doing?

N. Jackson:    Missing you, thinking about you.

D. Roberts:    Nate.

N. Jackson:    I couldn't sleep last night.

D. Roberts:    Nate, there honey

N. Jackson:    I just can't, I'm working in the kitchen all day today.

D. Roberts:    Are you.

N. Jackson:    Yeah, so I could stay out of that cell man.  I've been thinking about you so much.

D. Roberts:    Nate.

N. Jackson:     I like you baby

D. Roberts:     Honest and true

N. Jackson:     Honest and true.  I love my baby so much man.  Are you at home?

D. Roberts:     Yeah.

N. Jackson:     Hey look, I want you to call this number for me.

D. Roberts:     What.

N. Jackson:     It's um, 743-8255.  You might have to get the other phone though cause if you call three way this might hang up.

D. Roberts:     Why?

N. Jackson:     Huh

D. Roberts:     Why would they hang up?

N. Jackson:     I don't know cause sometimes they do that.

D. Roberts:     What's the number?

N. Jackson:     743-8255 but if you hurry up and do it, you know what I'm saying,

D. Roberts:     Who is it?

N. Jackson:     Um, I'm calling for one of my dudes.

D. Roberts:     Ok wait a minute.    Are you there?

N. Jackson:     Yeah.  Ok then.

D. Roberts:     (laughs) Oh honey I woke up feeling so good this morning.  (phone ringing)

C8121OM6 - 12-08-01-2

This is MCI Worldcom.  This call is originating from an Ohio Correctional Institution and may be recorded or monitored.  I have a collect call from Nathaniel Jackson, an inmate at  Lorain Correctional Institution.  If you wish to accept and pay for this call.  Thank you.

N. Jackson:    Ok, now don't do that no more.  Forget that.  I'll just, no don't even worry about that number, ok.

D. Roberts:    Wait, I'm on the other phone honey.

N. Jackson:    Huh?

D. Roberts:    I'm on the other phone.

N. Jackson:    Your on the other phone.

D. Roberts:    It's ringing.  Are you there?

N. Jackson:    Yeah.

D. Roberts:    Honey?

N. Jackson:    Yeah I'm here.

D. Roberts:    No one is answering.

N. Jackson:    Don't worry about it, I'll just tell him ain't nobody answering.

D. Roberts:    Huh.

N. Jackson:    I'll just tell him ain't nobody answering.  Cause he wanted me,

D. Roberts:    Nobody answered.

N. Jackson:    He wanted me to, he wanted me to get an address for him but I'll just tell him ain't nobody answered.  I'm worried about me now, you know what I'm saying.  Me and my baby, man.  Oh Donna  want to see you, want to hold you, want to kiss you, oh make love to you.  Man.  Donna,

D. Roberts:    Nate

N. Jackson:    I love you so much baby.

D. Roberts:    Are you sure?

N. Jackson:     Hell yeah.

D. Roberts:     How do you know?

N. Jackson:     Man cause it's all in my heart.  I can't, I can't get rid of you.  I don't want to.  You know my heart won't let me.

D. Roberts:     I love you Nate.

N. Jackson:     I love you too baby.  I told you it's always, you know.  Like I say, you know, it's best to be a older woman's heart than a younger woman's fool.  You know.

D. Roberts:     I love you so much.

N. Jackson:     I love you too baby.

D. Roberts:     I do Nate.

N. Jackson:     Coming up here tonight?

D. Roberts:     Of course I am.

N. Jackson:     Ok then.  I went and, I went and signed my release papers yesterday.

D. Roberts:     Am I not always there when you want me to be?

N. Jackson:     That's my baby.  Hey did you ever talk to um, Renee?

D. Roberts:     No but I got a machine, her voice mail and I left her a message.

N. Jackson:     Ok.  You my baby.  Oh, I'm gonna see my baby tomorrow.  I'm so fucking excited.  Hey did you, did you ever um go up to Wagon Wheel.

D. Roberts:     Well it's funny you asked because after I spoke to you I um, pulled out a whole bunch of your letters and I was reading them you know.

N. Jackson:     Yeah.

D. Roberts:     And I read that one where you said you really wanted to go there so bad.

N. Jackson:     Yeah.

D. Roberts:     So, I got in the car,

N. Jackson:     (laughs)

D. Roberts:     (laughs) Went all the way downtown and all the way up Market,

N. Jackson:     (laughs)

D. Roberts:     (laughs) Of course I got it honey.

N. Jackson:     Well baby.  Did they tell you, they didn't say which room did they?

D. Roberts:     101

N. Jackson:     101?  Ok cause my dude tells me its 100 and 101.

D. Roberts:     (laughs)

N. Jackson:     Ok then.

D. Roberts:     Don't you know I want you to have everything you want,

N. Jackson:     Man oh man.

D. Roberts:     (laughs)

N. Jackson:     Hey bring some Vaseline.

D. Roberts:     For what?

N. Jackson:     Huh?

D. Roberts:     For what?

N. Jackson:     Cause I be using it for my skin too.

D. Roberts:     Oh.

N. Jackson:     You know.  Keep my skin soft.

D. Roberts:     Oh, is it soft.

N. Jackson:     Oh real soft.

D. Roberts:     Oh I can't wait to get my hands on you.

N. Jackson:     Man, man

D. Roberts:     Oh, I'm gonna go crazy,

N. Jackson:     Oh (laughs)

D. Roberts:     You know what I was thinking about?

N. Jackson:     What baby?

D. Roberts:     When I check out of my room in the morning, I can come and get you and we could go back there and you could take like a shower and put clean clothes on so you'll be clean all the way home.

N. Jackson:     Ok then.  There you go, good thinkin'.

D. Roberts:     Isn't it.  Then you don't have to sit in the car all yuckie from prison.

N. Jackson:     Good thinking baby.

D. Roberts:     Oh.

N. Jackson:     Oh man.

D. Roberts:     As soon as I get you in that door.

N. Jackson:     I might attack you.  Oh man.

D. Roberts:     Oh man.

N. Jackson:     Ooh way, way, way man.  Just be here early.

D. Roberts:     I'm gonna make you put it in me so fast.

N. Jackson:     Um, um, um.

D. Roberts:     I'm gonna make you,

N. Jackson:     Baby

D. Roberts:     I'm gonna attack you

N. Jackson:     Donna man, we, baby we really have to talk man.

D. Roberts:     Nate, I love you so

N. Jackson:     I love you too.

D. Roberts:     Fucking much I can't stand it.

N. Jackson:    Cause I,

D. Roberts:    You know what?

N. Jackson:    I want, huh?

D. Roberts:    This has been the worst three months in my whole life.

N. Jackson:    Man, yours?

D. Roberts:    I have been up and down a fucking roller coaster, thought I was gonna go crazy, thought I was gonna die.  Too sick to eat.  Oh Nate.

N. Jackson:    What did you say?

D. Roberts:    Please tell me this is over.

N. Jackson:    Listen baby it's over.  Telling you baby, I'm

D. Roberts:    You get my letter that said the riot act.

N. Jackson:    Huh.

D. Roberts:    Did you get my riot act letter?

N. Jackson:    Riot act?

D. Roberts:    Yeah when I read you the riot act.  I am not sharing you Nate.

N. Jackson:    Yeah, yeah.  I know baby.

D. Roberts:    You are not going to be a young black man that's gonna fuck every pussy you find.

N. Jackson:    I'm not baby.  Hey look,

D. Roberts:    If I find another name and number or ever I wonder again, Nate I mean it.  You can't do this to me.

N. Jackson:    I know baby.

D. Roberts:    I love you too much.  It's not funny,

N. Jackson:    Me too.

D. Roberts:   It's not a game.

N. Jackson:   I know sweetheart.

D. Roberts:   You got my heart, you got my emotions, you got everything, you know. I'm in your like fucking power man.

N. Jackson:   Baby, I just want to man, all I want to do man, take care of man what I want to take care of Monday, man. Monday night man.

D. Roberts:   Honey

N. Jackson:   I'm serious man. Man I got to do this Donna. I got to,

D. Roberts:   No

N. Jackson:   Man

D. Roberts:   You can't

N. Jackson:   Baby, huh? What do you mean man, I got to man.

D. Roberts:   No, I know but,

N. Jackson:   Man, this is my life man. This is my life man.

D. Roberts:   I know honey

N. Jackson:   That's how I'm looking at it man. If I don't man, my life is just like upside down man. Just,

D. Roberts:   What about me.

N. Jackson:   I mean,

D. Roberts:   What about me. How much time do you think I have left here?

N. Jackson:   Baby, that's what I'm saying sweetheart. But you said no, I mean, I'm saying yeah man. I mean you suppose to be with me man.

D. Roberts:   I know.

N. Jackson:   Especially when I tell you when I know what I'm talking about man. I know what I'm doing man.

Jackson Apx. Vol. 24
Page 287

D. Roberts:    Do I have to know about it?

N. Jackson:    No.

D. Roberts:    Then don't tell me.

N. Jackson:    Ok then.

D. Roberts:    Ok

N. Jackson:    Just consider it a done deal.  Only thing I'm gonna need is one thing.

D. Roberts:    What?

N. Jackson:    Huh?

D. Roberts:    What.

N. Jackson:    I just need to be in that house when he come home.

D. Roberts:    Oh no.

N. Jackson:    Huh?

D. Roberts:    No.

N. Jackson:    Baby it ain't gonna happen in the house.  It ain't gonna happen in the house man, I promise you.

Recording:     This call is originating from an Ohio Correctional Institution and may be recorded or monitored.

N. Jackson:    I just need to be in there man.  It ain't gonna happen in the house man.  I mean I ain't gonna jeopardize that man.

D. Roberts:    Well, let's not talk about it now.

N. Jackson:    Ok.  We'll talk, we'll, I'll just wait until tomorrow.  I love you so much honey.

D. Roberts:    Nate, I need you in my life.

N. Jackson:    Baby, I need you bad .  Donna, I'm serious.  You know what I'm saying, I'm tired, I'm tired of living that life like that man.  I just want to get me and you man, mean just get away from everything.

D. Roberts:      Nate, you know what's gonna happen if we don't get together?  Your gonna go right back to jail.

N. Jackson:      I don't want that.

D. Roberts:      But you are, you know it.

N. Jackson:      I don't want that.

D. Roberts:      But you are.

N. Jackson:      I don't want that.

D. Roberts:      You'll be out there again.

N. Jackson:      That's why I want, that's why I want to do what I got to do man.  You know what I'm saying.  I mean, I'm trying to you know, I mean pull my true love as much as I can man, so I can be with you.  You know.  I mean, you mean more to me than the streets man.  You know.  I want to got to sleep and I want to wake up with you.  I want to hold you, when I, you know, when I want to.  You know.  That's what I'm talking about, when I want to.

D. Roberts:      I know.

N. Jackson:      Not when I got to or when I can.

D. Roberts:      You think I don't feel the same way?


N. Jackson:      Baby I want to hold, baby I want to hold you all the time, you know.  Then when you wrote, when you wrote on the back of the letter, you know what I'm saying, do what I got to do, just wake up and tell you Merry Christmas man.  Oh man, that's what I'm talking about.   You know.

D. Roberts:      You know what I meant?

N. Jackson:      Yeah.  That's what I'm talking about baby.

D. Roberts:      I'm so scared honey.

N. Jackson:      Man just look,

D. Roberts:      It's everything now.

N. Jackson:     Just, just we'll talk about it tomorrow morning ok?

D. Roberts:     Ok.

N. Jackson:     But right now it's about, how you doin' man?

D. Roberts:     (laughs)

N. Jackson:     Huh?

D. Roberts:     Well I woke up so glowing.

N. Jackson:     I've been up 1 o'clock.  I got back up at like twenty after 3.

D. Roberts:     Oh, I was up at 3:30.

N. Jackson:     For real?

D. Roberts:     Un-huh.

N. Jackson:     I got back, then um, I smoked a cigarette, just kept walking from the window to the door.  Then I got back up about 5:30.  You know, brushed my teeth and everything. When to the kitchen about 6:30 this morning.  You know, I'm gonna go over there all day today.  So hope, I know I ain't gonna be able to sleep tonight.

D. Roberts:     I know.  What am I gonna do, I'll look awful in the morning and I won't never be able to sleep.

N. Jackson:     Baby, don't.  Look here baby, hey, don't, look here, look here.  I love you the way you is.  Come as you is baby.  You mine, you know.

D. Roberts:     I am yours.

N. Jackson:     Don't worry, don't worry, don't worry about how you look, you know.

D. Roberts:     Nate.

N. Jackson:     I just want your heart.

D. Roberts:     Do you know that I am yours?

N. Jackson:     All mine baby.  All mine.

D. Roberts:     I'm so glad I waited for you.  I was tempted so many times but nobody meant anything to me but you.

Recording:       60 seconds left on this call.

N. Jackson:      What time is you leaving tonight to come up here?

D. Roberts:      Oh I don't know, I guess before he gets home for sure.

N. Jackson:      Ok.  Ok.  Just be here before 8 o'clock in the morning.

D. Roberts:      (laughs)

N. Jackson:      Ok.  Ooh I'm getting butterflies.

D. Roberts:      Me too.

N. Jackson:      Ooh, I'm gonna get you.

D. Roberts:      I know.

N. Jackson:      I love you baby.

D. Roberts:      I'm gonna get you.

N. Jackson:      I love you

D. Roberts:      Real good

N. Jackson:      I love you so much honey.  I love you baby

D. Roberts:      I'm keeping my tongue polished.

N. Jackson:      Ooh.

D. Roberts:      (laughs) Tomorrow morning.

N. Jackson:      I love you honey.

D. Roberts:      I love you.

N. Jackson:      (kiss sound) Talk to you in the morning ok?

D. Roberts:      (kiss sound)

N. Jackson:      (kiss sound) Talk to my baby in the morning ok.

D. Roberts:      I'm picturing you.

N. Jackson:     Ooh I'm gonna get you.

D. Roberts:     Ooh

N. Jackson:     Gonna get you.

D. Roberts:     (laughs)

N. Jackson:     (laughs)

D. Roberts:     Nate

N. Jackson:     Love you honey.

CALL ENDS

Transcribed by J. Hoffman    4/12/02