MECHANIC'S NAME & NUMBER

A

CAUSE

REMEDY

MECHANIC'S NAME & NUMBER

B

CAUSE

REMEDY

MECHANIC'S NAME & NUMBER

C

CAUSE

REMEDY

MECHANIC'S NAME & NUMBER

D

CAUSE

PARTS  PART #  QTY.  PART #

FLAGS

FLAG

FLAG

FLAG

FLAG

PARTS

QTY.  PART #

| STRAIGHT TIME (HRS) | FLAT RATE PRICE | R.O. NO | EMP NO | OPER NO | TIME | OFF |
|---|---|---|---|---|---|---|
|  | 03 | 7879 | 9 |  |  | ON |
| STRAIGHT TIME (HRS) | FLAT RATE PRICE | R.O. NO | EMP NO | OPER NO | TIME | OFF |
|  | 0659 | 7879 |  |  |  | ON |

ON OFF ON OFF ON OFF ON OFF ON OFF ON

REAR

FRONT

78792

**TECHNICIAN COPY**

WORKORDER

PAGE 2

**PRESTON**
*Auto Mall*

CHRYSLER PLYMOUTH JEEP EAGLE DODGE BMW
3843 YOUNGSTOWN RD. WARREN, OHIO  44484
(330) 369-4611

CUSTOMER #:20529
DONNA ROBERTS
DONNA ROBERTS
254 FONDERLAC SE
WARREN, OH 44464
HOME:330-609-7812 BUS:

SERVICE ADVISOR: 2026 RICKER, BARRY

| COLOR | YEAR | MAKE/MODEL | VIN | LICENSE | MILEAGE IN/OUT | TAG |
|---|---|---|---|---|---|---|
| RED INFERN | 00 | CHRYSLER 300M | 2C3HE66G2YH132880 | | 3619/ | T466 |

| DEL DATE | PROD. DATE | WARR. EXP. | PROMISED | PO NO. | RATE | PAYMENT | INV. DATE |
|---|---|---|---|---|---|---|---|
| 25AUG1999 | | | 16:00 04FEB00 | | 51.00 | CASH | |

| R.O. OPENED | READY | OPTIONS: STK:2C0144 |
|---|---|---|
| 03FEB2000 10:18 | | ENG:3.5_Liter_24V_SOHC_Alum_Blk |

| LINE | OP CODE | TECH | TYPE | DESCRIPTION/INSTRUCTIONS |
|---|---|---|---|---|
| # E | | | WCP | CUST. STATES KEYLESS REMOTE INOP. (CUST. SUPPLIED ONLY 1 REMOTE) |

*Rsource Brry*

08802803

FC B2

| # F | | | CCP | CUST. REQUESTS AIR TIRES TO 31-32 LBS |

*air tires to specs*

| # G | | | CCP | SEND VEHICLE TO CARMEN W/DONE |

H        *WCP  Rione  857  Incursio VTA, OTIS, Act cruratio*

04896240AF

04896240AG

.5

---

## EXCLUSION OF WARRANTIES

Any warranties on the parts and accessories sold hereby are made by the manufacturer. The undersigned purchaser understands and agrees that dealer makes no warranties of any kind, express or implied, and disclaims all warranties including warranties of merchantability or fitness for a particular purpose, with regard to the parts and/or accessories purchased, and that in no event shall dealer be liable for incidental or consequential damages or commercial losses arising out of such purchase. The undersigned purchaser further agrees that the warranties excluded by dealer include but are not limited to any warranties that such parts and/or accessories are of merchantable quality, or that they will enable any vehicle or any of its systems to perform with reasonable safety, efficiency, or comfort.

## AUTHORIZATION FOR REPAIRS

I hereby authorize the repair work herein set forth to be done along with the necessary material and agree that you are not responsible for loss or damage to vehicle or articles left in vehicle in case of fire, theft or any other cause beyond your control or for any delays caused by unavailability of parts or delays in parts shipments by the supplier or transporter. I hereby grant you and/or your employees permission to operate the vehicle herein described on streets, highways or elsewhere for the purpose of testing and/or inspection. An express mechanic's lien is hereby acknowledged on above vehicle to secure the amount of repairs thereto. The dealership is not responsible for damages from regard to freezing due to lack of antifreeze.

PRELIMINARY ESTIMATE  $ _____

AUTHORIZED BY  X

| | DATE | TIME | BY |
|---|---|---|---|
| REVISED ESTIMATE (1) | | | |
| REVISED ESTIMATE (2) | | | |
| REVISED ESTIMATE (3) | | | |

I HEREBY ACKNOWLEDGE THAT I WAS NOTIFIED AND APPROVAL OF THE ABOVE REVISED ESTIMATES:

X

PARTS

QTY. PART # QTY. PART #

MECHANIC'S NAME & NUMBER

**A** CAUSE

REMEDY

MECHANIC'S NAME & NUMBER

**B** CAUSE

REMEDY

MECHANIC'S NAME & NUMBER

**C** CAUSE

REMEDY

MECHANIC'S NAME & NUMBER

**D** CAUSE

REMEDY

FLAGS

FLAG

FLAG

FLAG

| STRAIGHT TIME (HRS.) | FLAT RATE PRICE | R.O. NO. | OPER NO. | TIME | OFF |
|---|---|---|---|---|---|
| | | 78-742 | | | |
| | 057 | | | | ON |
| | O S | | | | |

FRONT

Remote lock

Cigarette lighter _Does not work_

ext Speaker _door_ fall out

Oil change

no more these fluids —

FREE

AIR UP TIRES
31 — 32 lbs

394 — 9953

```
+-----------------VEHICLE INFORMATION PLUS SUMMARY REPORT-----------------+
|                                                                         |
| 02/03/2000 10:15      PRESTON CHRYSLER PLYMOUTH BMW          PAGE  1     |
+-------------------------------------------------------------------------+
|     VIN: 2C3HE66G2YH132880    WCC: 336    Current Odometer:   3619 Miles |
| Yr/Model: 2000 CHRYSLER 300M FOUR-DOOR SEDAN     In-Serv Date: 08/28/1999|
|                                                                         |
+---------------------------------VEHICLE SUMMARY-------------------------+
|                                                                         |
| BodyStyle: LHYS41                    Build Date: 08/19/1999   Hour: 23   |
|   Color 1: PEL  -  Inferno Red Tinted Pearl Coat                        |
|        2: QELS -  Inferno Red Tinted Pearl Coat                         |
|   Engine: EGG  NO ENGINE DESC. FOUND                        BOOK: F     |
|    Trans: DGXS NO TRANS DESC FOUND                       CARLINE: L      |
|   Seller: 68662 PRESTON CHRYSLER PLYMOU        Zone: 43                  |
|        Address: 3843 YOUNGSTOWN ROAD SE                                  |
|           City: WARREN                                                   |
| State/Province: OH  Desc: OHIO                                          |
|    Postal Code: 444842895                                               |
|        Country: USA  Desc: UNITED STATES                               |
|          Phone: 330.369.4611                                           |
| Sale Type: L-BROKER          Last Odometer:   1212 Miles on 10/29/1999  |
|   WARNING: CURRENT ODOMETER (  3619) SEEMS TOO HIGH.                    |
|   WARNING: OWNER'S LAST NAME WAS NOT ENTERED.                           |
|                                                                         |
+---------------------------CUSTOMER NAME AND ADDRESS---------------------+
|                                                                         |
| **** CURRENT OWNER NAME ****                                           |
|       Title Code: 07 MS                                                |
|       First Name: DONNA                                                |
|   Preferred Name:                                                      |
|   Middle Initial:                                                      |
|        Last Name: ROBERTS                                              |
|          Address: 254 FONDERLAC ST SE                                  |
|             City: WARREN                                               |
|   Province/State: OH OHIO                                              |
| Postal Code:     444842157                                             |
|    Phones - Home: 3306097812        Bus:                               |
|             Fax:                                                       |
|   Language Pref: 010 ENGLISH                                           |
|         Country: USA UNITED STATES                                     |
|                                                                         |
+----------------------------ORIGINAL OWNER NAME-------------------------+
|                                                                         |
|      First Name: DONNA                                                 |
|   Middle Initial:                                                      |
|       Last Name: ROBERTS                                               |
|                                                                         |
+--------------------SERVICE HISTORY (LAST  24 MONTHS)--------------------+
|                                                                         |
| Repair Date   Dealer/Payee              Claim #     Transaction Type    |
| 10/29/1999    68662-PRESTON CHRYSLER PLYMOUT  759230    WARRANTY REPAIR |
|        LOP: 08281001  ELEMENT LIGHTER                                  |
| 08/28/1999    68662-PRESTON CHRYSLER PLYMOUT  XJH095   MISC. TRANSACTION|
|        LOP: NO LOPS                                                    |
| 08/25/1999    68662-PRESTON CHRYSLER PLYMOUT  PREPNV    PREPARATION     |
|        LOP: 95900040  REIMBURSE TRNSFR FEE                             |
|        LOP: 95900045  REIMBURSE TRNSFR FEE                             |
|                                                                         |
+----------------------WARRANTY COVERAGE SUMMARY-------------------------+
|                                                                         |
| WCC: 336      ------ Original ----- - Deduct --Expires-  ----- Remaining ------ |
|                                     (USD)                              |
|       BASIC: 36 Mos or  36000 Miles     0 08/28/2002   30 Mos or  32381 Miles |
| POWERTRAIN: 36 Mos or  36000 Miles     0 08/28/2002   30 Mos or  32381 Miles |
```

```
PERFORATION: 60 Mos or 100000 Miles      0 08/28/2004 54 Mos or  96381 Miles
  EMISSIONS: 36 Mos or  36000 Miles      0 08/28/2002 30 Mos or  32381 Miles
ADJUSTMENTS: 36 Mos or  36000 Miles      0 08/28/2002 30 Mos or  32381 Miles
  AIR COND.: 36 Mos or  36000 Miles      0 08/28/2002 30 Mos or  32381 Miles
EX.FED.EMIS: 96 Mos or  80000 Miles      0 08/28/2007 90 Mos or  76381 Miles


In-Service Odometer:     4 Miles        Roadside Assistance         : YES
Master Shield     : N/A                 Transferable - Warranty     : N/A
Veh. Restrictions : NO RESTRICTIONS              - Service Contract: NO

*** Above info has been adjusted in accordance to local laws ***
```

```
+-------------------CURRENT VEHICLE TRANSFER INFORMATION--------------------+
|                                                                           |
|Restrictions: NO RESTRICTIONS                                              |
|            WARRANTY ODOMETER LEFT: 89.947 %   TIME LEFT: 85.492 %         |
|                                                                           |
|WCC         MODEL YRS  BASIC   POWERTRAIN  DED RUST PROTECTION             |
|336         1995-96    3/36      3/36       0      7/100                    |
|            1997       3/36      3/36       0      5/100                    |
|            WARRANTY COVERAGE GOES WITH THE VEHICLE                         |
|            NO WARRANTY TRANSFER IS NECESSARY.  HOWEVER, INFORM CHRYSLER    |
|            OF SUBSEQUENT OWNER(S) NAME AND ADDRESS BY USING D.I.A.L.       |
|            FUNCTION 75.  NO TRANSFER FEE WILL BE CHARGED TO YOUR DEALERSHIP|
|                                                                           |
|NO SERVICE CONTRACTS FOR THIS VEHICLE                                      |
|                                                                           |
|Use 'VEHICLE OWNERSHIP INFO UPDATE/TRANSFER' on the VIP update menu to xfer.|
|                                                                           |
+-----------------------------SERVICE CONTRACT-----------------------------+
|                                                                           |
|      NO SERVICE CONTRACTS FOR THIS VEHICLE                                 |
|                                                                           |
+-----------------------------RECALL INFORMATION---------------------------+
|                                                                           |
| Recall                                 Launch      Repair                 |
| Number   Description                   Date        Date                   |
|------------INCOMPLETE RECALLS---------------                               |
| 857      INCORRECT VTA,OTIS,ACT OPERATION     01/24/2000                   |
|                                                                           |
|------------COMPLETE RECALLS---------------                                 |
|     ** NO COMPLETE RECALLS **                                             |
|                                                                           |
+-------------------------E N D   O F   R E P O R T------------------------+
```



# CAREFREE CAR PROTECTION

C-134
09/98

*MECHANICAL FAILURE SERVICE CONTRACT FOR NEW CARS*

## VEHICLE INFORMATION

| CONTRACT NUMBER | 51355384 | SERIAL NUMBER | 2C3HE66G2YH132880 | |
|---|---|---|---|---|
| YEAR 2000 | MAKE CHRYSLER | MODEL 300M | | CURRENT ODOMETER READING 4 |

ADDITIONAL EQUIPMENT (Check All That Apply) FOR PRICING PURPOSES ONLY     TURBO ☐     DIESEL ☐     4x4 ☐

## DEALER INFORMATION

| SELLING DEALER PRESTON AUTOMALL INC. | | | DEALER # 3 4 6 0 0 |
|---|---|---|---|
| DEALER ADDRESS 3843 YOUNGSTOWN ROAD | CITY WARREN, OH | STATE | ZIP 44484 |

LIENHOLDER FIRST NATIONAL BANK OF PA    ADDRESS 3320 E. STATE STREET HERMITAGE PA 16148

| SERVICE CONTRACT PRICE | DEALER SIGNATURE | | DATE 08/28/1999 |
|---|---|---|---|

## SERVICE CONTRACT INFORMATION

| | TERM / MILEAGE | | COVERAGE | OPTIONS |
|---|---|---|---|---|
| | 48 MONTHS ☐ | 48,000 MILES ☐ OR 60,000 MILES ☐ | PLATINUM ☒ XIP | ZERO DEDUCTIBLE ☒ ZRD |
| PURCHASE DATE 08/28/1999 | 60 MONTHS ☒ | 60,000 MILES ☐ OR 75,000 MILES ☐ | GOLD ☐ PNG | $250 DEDUCTIBLE ☐ ZTF |
| SEE "CONTRACT PERIOD" TO DETERMINE EXPIRATION DATE AND MILES | 72 MONTHS ☐ | 72,000 MILES ☐ OR 100,000 MILES ☐ | SILVER ☐ PNS | ROAD HAZARD TIRE COVERAGE* ☐ HTC |

*(NOT AVAILABLE ON 4x4 VEHICLES)

## CONTRACT HOLDER INFORMATION

| FIRST NAME DONNA | LAST NAME ROBERTS | | |
|---|---|---|---|
| ADDRESS 254 FONDERLAC SE | CITY WARREN | STATE OH | ZIP 44484 |

(AREA CODE) TELEPHONE NUMBER (330)609-7812

I understand that the purchase of this service contract is not required in order to obtain financing or to purchase this vehicle. I also understand that this contract has a standard $100 deductible.

DATE 08/28/1999

SIGNATURE *[signature]*

NOTICE TO CONTRACT HOLDER: You are required to obtain authorization prior to beginning any repairs covered by this contract.

## OPTIONAL CAR CARE SERVICE PLAN INFORMATION

SEE OWNERS MANUAL FOR COMPLETE LISTING OF FULL FACTORY RECOMMENDED SERVICES

I hereby acknowledge the purchase of Optional Car Care Service Plan

Signature _____

08/28/1999 DATE

| TERM | MILEAGE |
|---|---|
| | |
| MONTHS | MILES |

### SERVICE INTERVALS

SERVICE DUE EVERY

| MN3 | MNP | MN5 | MNV | ☐ |
|---|---|---|---|---|
| 3,000 MILES | 3,750 MILES | 5,000 MILES | 7,500 MILES | |

CAR CARE PURCHASE PRICE

COPY 1 - FWS ▼   COPIES 2 & 3 - DEALER ▼   COPY 4 - LIENHOLDER ▼   COPY 5 - CUSTOMER



2000 300 M | 4H132880 | 8/26/99

VEH. DEL. ☐ RENTAL ☐

I hereby authorize the repair work herein set forth to be done along with the necessary material and agree that you are not responsible for loss or damage to vehicle or articles left in vehicle in case of fire, theft or any other cause beyond your control or for any delays caused by unavailability of parts or delays in part shipments by the supplier or transporter. I hereby grant you and/or your employees permission to operate the vehicle herein described on streets, highways or elsewhere for the purpose of testing and/or inspection. An express mechanic's lien is hereby acknowledged on above vehicle to secure the amount of repairs thereto.

CUSTOMER'S SIGNATURE

PAYMENT METHOD | AUTHORIZED BY | CUSTOMER P.O. NO.

STOCK NO.

SERVICE ADVISOR | PROM | DELY | MI

APPOINTMENT ☐ | CALL WHEN READY ☐ | SAVE PARTS ☐ | PROMO | SOLD BY | VEH. TYPE

EXP: MFG. WARR. ☐ | EXT. WARR. ☐ | IN SVC. DATE

SHOW LINE CODE (A-E) RELATING ALL PARTS TO F.C.

| COST | QTY | PART NO. | DESCRIPTION | SALE |
|---|---|---|---|---|
| | | | | |

RES | BUS

BILL TO

OPERATOR

CONTACT

INS. CO. | POLICY NO. | EXP.

| CC | OPERATION | UNITS | FC | CC | INSTRUCTIONS | LABOR |
|---|---|---|---|---|---|---|
| | | | | | N/C PRO PACK | 100.00 |
| | | | | | STOCK # 200144 | |

ENTERED AUG 27 1999

AUTHORIZATION CODE

| SPEC. ORDER PARTS DATE | SPEC. ORD. PARTS ORDER NO | ORDERED BY |
|---|---|---|
| | | |

GALS. GAS @

QTS. OIL @

LBS. GREASE @

YOU HAVE THE RIGHT TO AN ESTIMATE OF THE EXPECTED COST OF REPAIRS OR SERVICES.
INITIAL YOUR CHOICE

WRITTEN ESTIMATE | ORAL ESTIMATE | I DO NOT REQUEST AN ESTIMATE

In the event that you, the customer, authorize commencement but do not authorize completion of a repair or service, a charge will be imposed for disassembly, or partially completed work. Such charge will be directly related to the actual amount of labor or parts involved in the inspection, repair or service.

| | PARTS | LABOR | TOTAL |
|---|---|---|---|
| ORIGINAL ESTIMATE | | | |
| REVISED ESTIMATE | | | |

REV. EST. AUTH. BY | DATE

EMPLOYEE REC. AUTH. | TIME

0

23100

100.00

FLAT RATE HOUR $ PER. HR. | ACCESS CODE

BILL TO CUSTOMER NO. | R.O. CROSS REF.

PRESTON
Nobody Sells for Less

PRESTON MOTORS, Inc.
(412) 658-6500
1500 WILMINGTON AVE.
NEW CASTLE, PA 16105

PONTIAC | Cadillac | GMC TRUCKS | TOYOTA

DISCLAIMER OF WARRANTIES
The seller, hereby expressly disclaims all warranties, either expressed or implied, including any implied warranty of merchantability or fitness for a particular purpose, and neither assumes nor authorizes any other person to assume for it any liability in connection with the sale of said products.

5 — HARD COPY | 4 — ESTIMATE | 3 — WARRANTY | 2 — CUSTOMER | 1 — OFFICE

[redacted]

TIME CLOCK

SIGNATURE

OLD MILEAGE

MECHANICS FINDINGS AND REMARKS

WPR

FLAG

FLAG

STICKER

A] COMPLAINT -

CAUSE -

CORRECTION -

B] COMPLAINT -

CAUSE -

CORRECTION -

C] COMPLAINT -

CAUSE -

CORRECTION -

D] COMPLAINT -

CAUSE -

CORRECTION -

E] COMPLAINT -

CAUSE -

CORRECTION -

20529

75923

INVOICE



DONNA ROBERTS
DONNA ROBERTS
254 FONDERLAC SE
WARREN, OH 44484
HOME: 330-609-7812 BUS:

PAGE 2

3843 YOUNGSTOWN RD. WARREN, OHIO 44484
(330) 369-4611

SERVICE ADVISOR:  69914  BARRY G. RICKER

| COLOR | YEAR | MAKE/MODEL | VIN | LICENSE | MILEAGE IN/ OUT | TAG |
|---|---|---|---|---|---|---|
| PEL INFERN | 2000 | CHRYSLER 300M | 2C3HE66G2YH132880 | | 1212/1213 | T479 |

| IN SERVICE DATE | PROD. DATE | WARR. EXP. | PROMISED | PO NO. | RATE | PAYMENT | INV. DATE |
|---|---|---|---|---|---|---|---|
| 28AUG1999 | | | WAIT 29OCT99 | | 51.00 | CASH | 29OCT1999 |

| DATE OF REPAIR | CUSTOMER NOTIFIED DATE | OPTIONS: STK:2C0144 |
|---|---|---|
| 09:29 29OCT99 | 14:23 29OCT99 | ENG:3.5_Liter_24V_SOHC_Alum_Blk |

| LINE OPCODE TECH TYPE HOURS | LIST | NET | TOTAL |
|---|---|---|---|

"THANK YOU"
THE QUALITY PARTS YOU NEED
THE OUTSTANDING CUSTOMER SERVICE YOU EXPECT
ALWAYS AT
PRESTON AUTO MALL INC.
SERVICE HOURS
MON THRU FRI 7:30 TO 6:00    SAT 8:00 TO 1:00

ON BEHALF OF SERVICING DEALER, I HEREBY CERTIFY THAT THE INFORMATION CONTAINED HEREON IS ACCURATE UNLESS OTHERWISE SHOWN. SERVICES DESCRIBED WERE PERFORMED AT NO CHARGE TO OWNER. THERE WAS NO INDICATION FROM THE APPEARANCE OF THE VEHICLE OR OTHERWISE, THAT ANY PART REPAIRED OR REPLACED UNDER THIS CLAIM HAD BEEN CONNECTED IN ANY WAY WITH ANY ACCIDENT, NEGLIGENCE OR MISUSE. RECORDS SUPPORTING THIS CLAIM ARE AVAILABLE FOR (1) YEAR FROM THE DATE OF PAYMENT NOTIFICATION AT THE SERVICING DEALER FOR INSPECTION BY MANUFACTURER'S REPRESENTATIVE.

STATEMENT OF DISCLAIMER
The factory warranty constitutes all of the warranties with respect to the sale of this item/items. The Seller hereby expressly disclaims all warranties either express or implied, including any implied warranty of merchantability or fitness for a particular purpose. Seller neither assumes nor authorizes any other person to assume for it any liability in connection with the sale of this item/items.

| DESCRIPTION | TOTALS |
|---|---|
| LABOR AMOUNT | 15.95 |
| PARTS AMOUNT | 0.00 |
| GAS, OIL, LUBE | 0.00 |
| SUBLET AMOUNT | 0.00 |
| MISC. CHARGES | 1.60 |
| TOTAL CHARGES | 17.55 |
| LESS ADJ / DIS | 0.00 |
| SALES TAX | |
| PLEASE PAY THIS AMOUNT | 18.52 |

(SIGNED)   DEALER, GENERAL MANAGER OR AUTHORIZED PERSON   (DATE)   CUSTOMER SIGNATURE

FILE COPY

20529     7 5 9 2 3

DONNA ROBERTS     INVOICE
DONNA ROBERTS
254 FONDERLAC SE
WARREN, OH 44484   PAGE 1  3843 YOUNGSTOWN RD.  WARREN, OHIO 44484
HOME: 330-609-7812 BUS:      (330) 369-4611



SERVICE ADVISOR:  69914 BARRY G. RICKER

| COLOR | YEAR | MAKE/MODEL | VIN | LICENSE | MILEAGE IN/ OUT | TAG |
|---|---|---|---|---|---|---|
| PEL INFERN | 2000 | CHRYSLER 300M | 2C3HE66G2YH132880 | | 1212/1213 | T479 |

| IN SERVICE DATE | PROD. DATE | WARR. EXP. | PROMISED | PO NO. | RATE | PAYMENT | INV. DATE |
|---|---|---|---|---|---|---|---|
| 28AUG1999 | | | WAIT 29OCT99 | | 51.00 | CASH | 29OCT1999 |

| DATE OF REPAIR | CUSTOMER NOTIFIED DATE | OPTIONS:  STK:2C0144 |
|---|---|---|
| 09:29 29OCT99 | 14:23 29OCT99 | ENG:3.5_Liter_24V_SOHC_Alum_Blk |

```
LINE OPCODE TECH TYPE HOURS                              LIST     NET     TOTAL
A LUBE, OIL AND FILTER
    110 LUBE, OIL AND FILTER
        8910 COY,CHRISTOPHER L LIC#: 7496
             IFREE  0.30                                                  (N/C)
        1 5281090 FILTER-ENGINE OIL                                       (N/C)
        1 OIL VALVOLINE OIL                                               (N/C)
           *************************************************
B TIRE ROTATION
    F6-M TIRE ROTATION
        8910 COY,CHRISTOPHER L LIC#: 7496
             CCP  0.40                                    15.95   15.95
           *************************************************
C CUST. STATES CIGARETTE LIGHTER INOP.
CAUSE: .
    08281001 ELEMENT, CIGAR LIGHTER-Test and replace
        (D)
        8910 COY,CHRISTOPHER L LIC#: 7496
             WCP4  0.20                                                   (N/C)
        1 4685536 LIGHTER-CIGAR LIGHTER                                   (N/C)
        1 000ATM15 FUSE                                                   (N/C)
        FC: 14
        PART#: 4685536
        COUNT:
        CLAIM TYPE:
        AUTH CODE:
        7496


           *************************************************
SHOP MATERIALS                                                           (N/C)
SHOP MATERIALS                                                            1.60
```

ON BEHALF OF SERVICING DEALER, I HEREBY CERTIFY THAT THE INFORMATION CONTAINED HEREON IS ACCURATE UNLESS OTHERWISE SHOWN. SERVICES DESCRIBED WERE PERFORMED AT NO CHARGE TO OWNER. THERE WAS NO INDICATION FROM THE APPEARANCE OF THE VEHICLE OR OTHERWISE, THAT ANY PART REPAIRED OR REPLACED UNDER THIS CLAIM HAD BEEN CONNECTED IN ANY WAY WITH ANY ACCIDENT, NEGLIGENCE OR MISUSE. RECORDS SUPPORTING THIS CLAIM ARE AVAILABLE FOR (1) YEAR FROM THE DATE OF PAYMENT NOTIFICATION AT THE SERVICING DEALER FOR INSPECTION BY MANUFACTURER'S REPRESENTATIVE.

STATEMENT OF DISCLAIMER
The factory warranty constitutes all of the warranties with respect to the sale of this item/items. The Seller hereby expressly disclaims all warranties either express or implied, including any implied warranty of merchantability or fitness for a particular purpose. Seller neither assumes nor authorizes any other person to assume for it any liability in connection with the sale of this item/items.

| DESCRIPTION | TOTALS |
|---|---|
| LABOR AMOUNT | |
| PARTS AMOUNT | |
| GAS, OIL, LUBE | |
| SUBLET AMOUNT | |
| MISC. CHARGES | |
| TOTAL CHARGES | |
| LESS ADJ / DIS | |
| SALES TAX | |

(SIGNED) DEALER, GENERAL MANAGER OR AUTHORIZED PERSON (DATE) CUSTOMER SIGNATURE PLEASE PAY THIS AMOUNT

FILE COPY

```
CUSTOMER #:20529                  7 5 9 2 3                    PRESTON
DONNA ROBERTS                 TECHNICIAN COPY                 Auto Mall
DONNA ROBERTS                    WORKORDER          CHRYSLER PLYMOUTH JEEP EAGLE DODGE BMW
254 FONDERLAC SE                                    3843 YOUNGSTOWN RD. WARREN, OHIO 44484
WARREN, OH 44484                 PAGE 1                     (330) 369-4611
HOME:330-609-7812 BUS:
                         SERVICE ADVISOR: 69914 RICKER, BARRY G.
```

| COLOR | YEAR | MAKE/MODEL | VIN | LICENSE | MILEAGE IN/ OUT | TAG |
|-------|------|-----------|-----|---------|-----------------|-----|
| PEL_INFERN | 2000 | CHRYSLER 300M | 2C3HE66G2YH132880 | | 1212/ *1213* | T479 |

| DEL DATE | PROD. DATE | WARR. EXP. | PROMISED | PO NO. | RATE | PAYMENT | INV. DATE |
|----------|-----------|-----------|----------|--------|------|---------|-----------|
| 28AUG1999 | | | ** WAITER ** | | 51.00 | CASH | |

| R.O. OPENED | READY | OPTIONS: STK:2C0144 |
|-------------|-------|---------------------|
| 29OCT1999 09:29 | | ENG:3.5_Liter_24V_SOHC_Alum_Blk |

```
LINE OF CODE  TECH TYPE  DESCRIPTIONS/INSTRUCTIONS
# A  110           IFREE LUBE, OIL AND FILTER
```

*8910*          *perform*      *LOF*        *.3hr*

```
# B  F6-M          CCP    TIRE ROTATION
```

*rotate tires*              *.4hr*

```
# C                WCP    CUST. STATES CIGARETTE LIGHTER INOP.
```

*LOP       08900103*          *.2hr*

*test and replace*
*blown fuse*

*Pd.BC*
*MJC*
*18.52*

## EXCLUSION OF WARRANTIES

Any warranties on the parts and accessories sold hereby are made by the manufacturer. The undersigned purchaser understands and agrees that dealer makes no warranties of any kind, express or implied, and disclaims all warranties, including warranties of merchantability or fitness for a particular purpose, with regard to the parts and/or accessories purchased; and that in no event shall dealer be liable for incidental or consequential damages or commercial losses arising out of such purchase. The undersigned purchaser further agrees that the warranties excluded by dealer, include, but are not limited to any warranties that such parts and/or accessories are of merchantable quality or that they will enable any vehicle or any of its systems to perform with reasonable safety, efficiency, or comfort.

## AUTHORIZATION FOR REPAIRS

I hereby authorize the repair work herein set forth to be done along with the necessary material and agree that you are not responsible for loss or damage to vehicle or articles left in vehicle in case of fire, theft or any other cause beyond your control or for any delays caused by unavailability of parts or delays in parts shipments by the supplier or transporter. I hereby grant you and/or your employees permission to operate the vehicle herein described on streets, highways or elsewhere for the purpose of testing and/or inspection. An express mechanic's lien is hereby acknowledged on above vehicle to secure the amount of repairs thereto. The dealership is not responsible for damages from freezing due to lack of antifreeze.

PRELIMINARY ESTIMATE $ _____

AUTHORIZED BY  X

| | DATE | TIME | BY |
|--|------|------|-----|
| REVISED ESTIMATE (1) | | | |
| REVISED ESTIMATE (2) | | | |
| REVISED ESTIMATE (3) | | | |

I HEREBY ACKNOWLEDGE THAT I WAS NOTIFIED & GAVE ORAL APPROVAL OF REVISED ESTIMATES.

X

PAID OCT 2 7 1999



```
+-----------------VEHICLE INFORMATION PLUS SUMMARY REPORT------------------+
| 10/29/1999 08:31      PRESTON CHRYSLER PLYMOUTH BMW              PAGE  1 |
+-------------------------------------------------------------------------+
|      VIN: 2C3HE66G2YH132880    WCC: 336    Current Odometer:  1212 Miles |
|   Yr/Model: 2000 CHRYSLER 300M FOUR-DOOR SEDAN   In-Serv Date: 08/28/1999|
+---------------------------------VEHICLE SUMMARY--------------------------+
| BodyStyle: LHYS41                    Build Date: 08/19/1999   Hour: 23   |
|   Color 1: PEL  - INFERNO RED TINTED PEARL COAT                          |
|         2: QELS - INFERNO RED TINTED PEARL COAT                          |
|    Engine: EGG  NO ENGINE DESC. FOUND                          BOOK: F   |
|     Trans: DGXS NO TRANS DESC FOUND                          CARLINE: L  |
|    Seller: 68662 PRESTON CHRYSLER PLYMOU        Zone: 43                 |
|   Address: 3843 YOUNGSTOWN ROAD SE                                       |
|      City: WARREN                                                        |
| State/Province: OH  Desc: OHIO                                           |
|   Postal Code: 444842895                                                 |
|     Country: USA  Desc: UNITED STATES                                    |
|       Phone: 330.369.4611                                                |
| Sale Type: L-BROKER              Last Odometer:      0 Miles on 08/28/1999|
+----------------------------CUSTOMER NAME AND ADDRESS---------------------+
| **** CURRENT OWNER NAME ****                                            |
|        Title Code: 07 MS                                                 |
|        First Name: DONNA                                                 |
|   Preferred Name:                                                        |
|    Middle Initial:                                                       |
|         Last Name: ROBERTS                                               |
|           Address: 254 FONDERLAC ST SE                                   |
|              City: WARREN                                                |
|    Province/State: OH OHIO                                               |
|  Postal Code:    444842157                                              |
|    Phones - Home: 3306097812              Bus:                          |
|              Fax:                                                        |
|    Language Pref: 010 ENGLISH                                            |
|           Country: USA UNITED STATES                                     |
+-------------------------------ORIGINAL OWNER NAME-----------------------+
|      First Name: DONNA                                                   |
|   Middle Initial:                                                        |
|       Last Name: ROBERTS                                                 |
+---------------------------SERVICE HISTORY (LAST  24 MONTHS)-------------+
| Repair Date  Dealer/Payee              Claim #     Transaction Type      |
| 08/28/1999   68662-PRESTON CHRYSLER PLYMOUT  XJH095  MISC. TRANSACTION   |
|      LOP: NO LOPS                                                        |
| 08/25/1999   68662-PRESTON CHRYSLER PLYMOUT  PREPNV  PREPARATION         |
|      LOP: 95900040  REIMBURSE TRNSFR FEE                                 |
|      LOP: 95900045  REIMBURSE TRNSFR FEE                                 |
+------------------------WARRANTY COVERAGE SUMMARY------------------------+
| WCC: 336      ------ Original ----- - Deduct --Expires- ----- Remaining ------|
|                                        (USD)                            |
```

| | Original | Deduct (USD) | Expires | Remaining |
|---|---|---|---|---|
| BASIC: | 36 Mos or 36000 Miles | 0 | 08/28/2002 | 34 Mos or 34788 Miles |
| POWERTRAIN: | 36 Mos or 36000 Miles | 0 | 08/28/2002 | 34 Mos or 34788 Miles |
| PERFORATION: | 60 Mos or 100000 Miles | 0 | 08/28/2004 | 58 Mos or 98788 Miles |
| EMISSIONS: | 36 Mos or 36000 Miles | 0 | 08/28/2002 | 34 Mos or 34788 Miles |
| ADJUSTMENTS: | 36 Mos or 36000 Miles | 0 | 08/28/2002 | 34 Mos or 34788 Miles |
| AIR COND.: | 36 Mos or 36000 Miles | 0 | 08/28/2002 | 34 Mos or 34788 Miles |

```
EX.FED.EMIS: 96 Mos or  80000 Miles      0 08/28/2007  94 Mos or  78788 Miles

In-Service Odometer:     4 Miles      Roadside Assistance        : YES
Master Shield      : N/A              Transferable - Warranty     : N/A
Veh. Restrictions  : NO RESTRICTIONS            - Service Contract: NO

*** Above info has been adjusted in accordance to local laws ***
+------------------CURRENT VEHICLE TRANSFER INFORMATION--------------------+
Restrictions: NO RESTRICTIONS
            WARRANTY ODOMETER LEFT: 96.633 %   TIME LEFT: 94.343 %

WCC          MODEL YRS   BASIC    POWERTRAIN   DED  RUST PROTECTION
336          1995-96     3/36       3/36         0     7/100
             1997        3/36       3/36         0     5/100
             WARRANTY COVERAGE GOES WITH THE VEHICLE
             NO WARRANTY TRANSFER IS NECESSARY.  HOWEVER, INFORM CHRYSLER
             OF SUBSEQUENT OWNER(S) NAME AND ADDRESS BY USING D.I.A.L.
             FUNCTION 75.  NO TRANSFER FEE WILL BE CHARGED TO YOUR DEALERSHIP

NO SERVICE CONTRACTS FOR THIS VEHICLE

Use 'VEHICLE OWNERSHIP INFO UPDATE/TRANSFER' on the VIP update menu to xfer.

+----------------------------SERVICE CONTRACT-----------------------------+
          NO SERVICE CONTRACTS FOR THIS VEHICLE
+----------------------------RECALL INFORMATION---------------------------+
          NO RECALL INFORMATION FOR THIS VEHICLE
+------------------------E N D   O F   R E P O R T------------------------+
```



7 4 0 8 2

INVOICE



PAGE 1     3843 YOUNGSTOWN RD. WARREN, OHIO 44484
(330) 369-4611

HOME:          BUS:

SERVICE ADVISOR: 69922 ROCCO A DEMART

| COLOR | YEAR | MAKE/MODEL | VIN | LICENSE | MILEAGE IN/ OUT | TAG |
|---|---|---|---|---|---|---|
| | 2000 | CHRYSLER 300M | 2C3HE66G2YH132880 | | 5/8 | |

| IN SERVICE DATE | PROD. DATE | WARR. EXP. | PROMISED | PO NO. | RATE | PAYMENT | INV. DATE |
|---|---|---|---|---|---|---|---|
| | | | 16:00 25AUG99 | | 51.00 | CASH | 25AUG1999 |

| DATE OF REPAIR | CUSTOMER NOTIFIED DATE | OPTIONS: STK:2C0144 |
|---|---|---|
| 14:14 25AUG99 | 16:18 25AUG99 | ENG:3.5_Liter_24V_SOHC_Alum_Blk |

| LINE OPCODE TECH TYPE HOURS | | LIST | NET | TOTAL |
|---|---|---|---|---|
| A PRE DELIVERY INSPECTION | | | | |

```
     PDI PRE DELIVERY INSPECTION
          8901 PUTNAM,BRIAN LIC#: 7439
          INCR  1.40                                    (N/C)
     *********************************************************
```

"THANK YOU"
THE QUALITY PARTS YOU NEED
THE OUTSTANDING CUSTOMER SERVICE YOU EXPECT
ALWAYS AT
PRESTON AUTO MALL INC.
SERVICE HOURS
MON THRU FRI 7:30 TO 6:00     SAT 8:00 TO 1:00

ON BEHALF OF SERVICING DEALER, I HEREBY CERTIFY THAT THE INFORMATION CONTAINED HEREON IS ACCURATE UNLESS OTHERWISE SHOWN. SERVICES DESCRIBED WERE PERFORMED AT NO CHARGE TO OWNER. THERE WAS NO INDICATION FROM THE APPEARANCE OF THE VEHICLE OR OTHERWISE, THAT ANY PART REPAIRED OR REPLACED UNDER THIS CLAIM HAD BEEN CONNECTED IN ANY WAY WITH ANY ACCIDENT, NEGLIGENCE OR MISUSE. RECORDS SUPPORTING THIS CLAIM ARE AVAILABLE FOR (1) YEAR FROM THE DATE OF PAYMENT NOTIFICATION AT THE SERVICING DEALER FOR INSPECTION BY MANUFACTURER'S REPRESENTATIVE.

STATEMENT OF DISCLAIMER
The factory warranty constitutes all of the warranties with respect to the sale of this item/items. The Seller hereby expressly disclaims all warranties either express or implied, including any implied warranty of merchantability or fitness for a particular purpose. Seller neither assumes nor authorizes any other person to assume for it any liability in connection with the sale of this item/items.

| DESCRIPTION | TOTALS |
|---|---|
| LABOR AMOUNT | 0.00 |
| PARTS AMOUNT | 0.00 |
| GAS, OIL, LUBE | 0.00 |
| SUBLET AMOUNT | 0.00 |
| MISC. CHARGES | 0.00 |
| TOTAL CHARGES | 0.00 |
| LESS ADJ / DIS | 0.00 |
| SALES TAX | |
| PLEASE PAY THIS AMOUNT | 0.00 |

(SIGNED)     DEALER, GENERAL MANAGER OR AUTHORIZED PERSON     (DATE)

CUSTOMER SIGNATURE

FILE COPY

CUSTOMER #:

74082
TECHNICIAN COPY
WORKORDER

PAGE 1

**PRESTON**
*Auto Mall*

CHRYSLER PLYMOUTH JEEP EAGLE DODGE BMW
3843 YOUNGSTOWN RD. WARREN, OHIO 44484
(330) 369-4611

HOME:          BUS:

SERVICE ADVISOR: 69922 DEMART, ROCCO A

| COLOR | YEAR | MAKE/MODEL | VIN | LICENSE | MILEAGE IN/ OUT | TAG |
|-------|------|-----------|-----|---------|-----------------|-----|
|  | 2000 | CHRYSLER 300M | 2C3HE66G2YH132680 |  | 5/7 |  |

| DEL DATE | PROD. DATE | WARR. EXP. | PROMISED | PO NO. | RATE | PAYMENT | INV. DATE |
|----------|-----------|-----------|----------|--------|------|---------|-----------|
|  |  |  | 16:00 25AUG99 |  | 51.00 | CASH |  |

| R.O. OPENED | READY | OPTIONS: STK:2C0144 |
|-------------|-------|---------------------|

ENG:3.5_Liter_24V_SOHC_Alum_Blk

25AUG1999 14:14

LINE OP CODE   TECH TYPE   DESCRIPTIONS/INSTRUCTIONS

# A   PDI          INCR   PRE DELIVERY INSPECTION

#01

**EXCLUSION OF WARRANTIES**

Any warranties on the parts and accessories sold hereby are made by the manufacturer. The undersigned purchaser understands and agrees that dealer makes no warranties of any kind, express or implied, and disclaims all warranties, including warranties of merchantability or fitness for a particular purpose, with regard to the parts and/or accessories purchased; and that in no event shall dealer be liable for incidental or consequential damages or commercial losses arising out of such purchase. The undersigned purchaser further agrees that the warranties excluded by dealer include, but are not limited to, any warranties that such parts and/or accessories are of merchantable quality, or that they will enable any vehicle or any of its systems to perform with reasonable safety, efficiency, or comfort.

**AUTHORIZATION FOR REPAIRS**

I hereby authorize the repair work herein set forth to be done along with the necessary material and agree that you are not responsible for loss or damage to vehicle or articles left in vehicle in case of fire, theft or any other cause beyond your control or for any delays caused by unavailability of parts or delays in parts shipments by the supplier or transporter. I hereby grant you and/or your employees permission to operate the vehicle herein described on streets, highways or elsewhere for the purpose of testing and/or inspection. An express mechanic's lien is hereby acknowledged on above vehicle to secure the amount of repairs thereto. The dealership is not responsible for damages from freezing due to lack of antifreeze.

PRELIMINARY ESTIMATE $ _____

AUTHORIZED BY  X

| | DATE | TIME | BY |
|---|------|------|----|
| REVISED ESTIMATE (1) |  |  |  |
| REVISED ESTIMATE (2) |  |  |  |
| REVISED ESTIMATE (3) |  |  |  |

I HEREBY ACKNOWLEDGE THAT I WAS NOTIFIED OF THE ABOVE REVISED ESTIMATES.

X

CUSTOMER SIGNATURE

DIAGNOSTIC TROUBLE CODES

ENTER: (RPR NBR) Repair Number, (MIL) Malfunction Indicator Light, and 2, 3 or 5 digit (DTC) Diagnostic Trouble Code, information here:

RPR
NBR

MIL on?
(Y/N)

DTC
POWERTRAIN:
KOEO
KOEC
KOER
BODY:
CHASSIS:
UNDEFINED:
OTHER:

TECHNICIANS COMMENTS
INCLUDE DESCRIPTION OF CAUSE

**COMPLAINT**

**CAUSE**

Performed P.O.I. w/ routes T

**CORRECTION**

| RPR NBR | CONDI-TION CODE | PARTS RETURN | LABOR RECORD | | | TIME CLOCK | |
|---|---|---|---|---|---|---|---|
| | | | EMP. NO. | COST OF ELAPSED TIME | | ON | |
| | | | | | | | OFF |
| | | | | | | ON | |
| | | | | | | | OFF |
| | | | | | | ON | |
| | | | | | | | OFF |
| | | | | | | ON | |
| | | | | | | | OFF |
| | | | | | | ON | |
| | | | | | | | OFF |
| | | | | | | ON | |
| | | | | | | | OFF |
| | | | | | | ON | |
| | | | | | | | OFF |
| | | | | | | ON | |
| | | | | | | | OFF |
| | | | | | | ON | |
| | | | | | | | OFF |
| | | | | | | ON | |
| | | | | | | | OFF |
| | | | | | | ON | |
| | | | | | | | OFF |

STRAIGHT TIME (HRS)

FLAT RATE PRICE

R. O. No. 7408)

TIME   OFF   ON

1401

2C0144

## DAIMLERCHRYSLER MOTORS CORPORATION INVOICE

13930-A

| PLANT | ZONE | DEALER | VEHICLE ID NO. | INVOICE NO. | INVOICE DT |
|-------|------|--------|----------------|-------------|------------|
| BRAMALEA | 43 | 68662 | 2C3HE66G2YH132880 | Y-LHY-57060069 | 08/20/99 |

```
SHIP  PRESTON CHRYSLER PLYMOUTH
 TO:  3843 YOUNGSTOWN ROAD SE              IGN KEY    M2314
      WARREN          OH 44484-            TRK KEY     2314
                                          ACC KEY     2386
SOLD  PRESTON CHRYSLER PLYMOUTH                    9126-01-8Y20
 TO:  3843 YOUNGSTOWN ROAD SE
      WARREN          OH 44484-            SHIPPING WT. 3527

PAID FOR BY:  FIRST WESTERN BANK          SAE HP     34.3
      CREDIT SALE    XX  CASH SALE        000-043301-00
```

| BODY & EQUIP. | DESCRIPTION | FACTORY WHOLESALE PRICE |
|---------------|-------------|------------------------|
| LHYS41 | Chrysler 300M 4-Door Sedan | 26,661.00 |
| PEL | Inferno Red Tinted Pearl Coat | 178.00 |
| NLFK | Seats - Prem Leather Trimmed Bucket | NO CHARGE |
| ARF | Radio-Cass/4 CD/Amp,11 Infinity Spkr | 458.00 |
| AWS | Smoker's Group | 18.00 |
| DGB | Transmission - 4-Speed Automatic | NO CHARGE |
| EGG | Engine - 3.5L High Output V6 24V MPI | NO CHARGE |
| GWA | Moonroof - Power | 797.00 |
| NBN | Emissions - Northeastern States | NO CHARGE |
| WFH | Wheels - 17" Aluminum, Chrome | 623.00 |
| YDH | Customer One Owner Loyalty Mailing | 20.00 |
| YGC | 7 Additional Gallons Of Gas | 9.00 |
| 2DM | Customer Preferred Package 2DM | |
| 26M | Customer Preferred Package 26M | |
| 3V2 | Customer Preferred Discount | |
| F35 | CLEVELAND WEST - PPA | 130.00 |
| P35 | CLEVELAND WEST - DAA | 150.00 |
| 310 | DESTINATION CHARGE | 595.00 |
| | HB 94200 | |

```
                          MDH #   081923
                          EP      28047
```

AUG 2 4 ENT'D

| | MSRP RETAIL TOTAL | 32,010.00 | | TOTAL | 29,639.00 |
|---|---|---|---|---|---|

ORIGINAL INVOICE

THIS VEHICLE IS MANUFACTURED TO MEET SPECIFIC UNITED STATES
REQUIREMENTS. THIS VEHICLE IS NOT MANUFACTURED FOR SALE OR
REGISTRATION OUTSIDE OF THE UNITED STATES.

Case: 4:07-cv-00899-JG Doc #: 26-13 Filed: 03/07/13 20 of 58. PageID #: 5839

LHY-57060069

# VEHICLE SHIPPING ORDER

POINT OF ORIGIN: BRAMPTON, ONTARIO, CANADA

COPY 1 – ORIGIN CARRIER
COPY 2 – REMAIN WITH VEHICLE



DaimlerChrysler
Canada Inc.

ROUTE KING:

V.I.N.:



## 2C3HE66G2YH132880

V.O.N.: 57060069

SOLD TO
DEALER CODE: 43 68662

DATE:

082099

SHIPPERS WEIGHT: 3527 lbs.
1601 kg.

MERL: SSS



# SHIPPING INSTRUCTIONS

| DEALER CODE | DEALER ADDRESS | ROUTE DESCRIPTION | ROUTE CODE |
|---|---|---|---|

68662

(AUHL–RELEASING) BRAMALEA ON TO FRT ER ON (COMJ) TO
EAST OH, WEST PA DEALER

PRESTON CHRYSLER PLYMOUTH
3843 YOUNGSTOWN ROAD SE
WARREN        OH  44484–2895

THIS SHIPMENT

H8L

# VEHICLE DESCRIPTION

MODEL: Chrysler 300M 4–Door Sedan

COLOR: Inferno Red Tinted Pearl Coat

| | | | | |
|---|---|---|---|---|
| AJF | TWO (2) KEYLESS ENTRIES***LOOSE*** | | AWS | SMOKER'S GROUP***LOOSE*** |
| CKR | CARGO NET***LOOSE*** | | CLE | FLOOR MATS–FRONT & REAR***LOOSE*** |
| GXR | KEYLESS ENTRY***LOOSE*** | | GXX | SENTRY KEY THEFT DETERRENT***LOOSE*** |
| JJA | LIGHTER – CIGAR***LOOSE*** | | XGD | GARAGE DOOR OPENER – UNIVRS***LOOSE*** |
| ARF | CHR/INFTY I W/CASS & CD CHANGER PACKAGE | | CGD | SHOULDER BELTS – FRONT HEIGHT ADJUST |
| CKM | CARGO COMPARTMENT DRESS–UP | | CSG | SEAT – REAR, FOLD DOWN LOCKING |
| CSJ | SEAT – REAR HEADREST, 2 WAY | | CSN | SEAT – RR ARMREST W/CUPHOLDER |
| MDA | BRACKET – FRONT LICENSE PLATE | | RBN | RADIO – AM/FM CASSETTE, CHANGER CTRL |
| RDL | ANTENNA – INTEGRATED IN REAR WINDOW | | RDS | AMPLIFIER – 360 WATT |
| RDW | CD CHANGER – 4 DISC IN DASH | | TBC | SPARE TIRE – COMPACT |
| WFH | WHEELS – 17 X 7.0 ALUMINUM/CHROME | | XVM | OWNER'S MANUAL |
| XVT | VIDEOTAPE | | YGC | 7  ADDITIONAL GALLONS OF GAS |
| GNT | MIRROR – AUTO DAY/NIGHT | | GT6 | MIRRORS – POWER HEATED |
| LNJ | FOG LAMPS | | GWA | SUNROOF – POWER |

BAY: _____     BY: _____     REC'D: _____



D E L I V E R Y   R E C E I P T

CARRIER: ALTS
   A L L I E D   S Y S T E M S
   570 ELK STREET
   BUFFALO, NY. 14210
   716-821-2380

LOAD # 0477342B8

SHIPPER: CHRYSLER CORPORATION

DRIVER: 64477 GARY L. KARG

SHIP TO: 68262
   PRESTON CHRYSLER PLYMOUTH
   3843 YOUNGSTOWN ROAD SE
   WARREN, OH. 44484
   000/000000

TRUCK # 60447  TRAILER # 70447
DISPATCH DATE:

| ON REFERENCE | VEHICLE I.D. | DESCRIPTION | COLOR | PRO NUMBER |
|---|---|---|---|---|
| 2 37060069 | 2C3HE66G3 YH182864 M300 S | | RED/PEARL | 0477227408 |
| EXCEPTIONS | | | | |
| 3 56906632 | 2C3HD56G6 YH137982 CONCORD | | BRIGHT SILVE | 0477227432 |
| EXCEPTIONS | | | | |
| 4 56475613 | 2C3HD56J1 YH116716 CONCORD | | DARK GARNET | 0477227565 |
| EXCEPTIONS | | | | |

REMARKS:

DEALER
SIGNATURE:

DATE 8 25 99   TIME _____ .M.

REMARKS:

CARRIER
SIGNATURE:

DATE __ / __ /   TIME _____ .M.

PAGE # 1 OF 1   BROF # 2 OF 4

Supreme Court of Ohio
Case No. 03-0137
Date Rec'd 7/9/03



STATE'S
EXHIBIT
399

Silver    2001 Chrysler 300 M   Vin#2C3AE66G81H526861



20529



6w1006810w

**PRESTON AUTO MALL**
CHRYSLER PLYMOUTH JEEP EAGLE DODGE BMW
3843 YOUNGSTOWN RD.
WARREN, OHIO 44484
(330) 369-4611

DONNA ROBERTS
DONNA ROBERTS
254 FONDERLAC SE
WARREN, OH 44484
HOME: 330-394-9453 BUS: 330-743-4507

ACCOUNTING

PAGE 1

SERVICE ADVISOR: 2116 BARRY RICKER

| COLOR | YEAR | MAKE/MODEL | VIN | LICENSE | MILEAGE IN/ OUT | TAG |
|-------|------|------------|-----|---------|-----------------|-----|
| SILVER | 01 | CHRYSLER 300M | 2C3AE66G81H526861 | | 12221/12222 | T5171 |

| IN SERVICE DATE | PROD. DATE | WARR. EXP. | PROMISED | PO NO. | RATE | PAYMENT | INV. DATE |
|-----------------|------------|------------|----------|--------|------|---------|-----------|
| 30OCT2000 | | | 16:00 10DEC01 | | 60.00 | CMP | 11DEC2001 |

| DATE OF REPAIR | CUSTOMER NOTIFIED DATE | OPTIONS: STK:C10162 1)CERTIFIED MAINT PLAN |
|----------------|------------------------|---------------------------------------------|
| 08:11 10DEC01 | 10:12 11DEC01 | 36/36000 2)EXP. 10/30/03 OR 38,975 MILES |

| LINE OPCODE TECH TYPE A/HRS S/HRS | COST | SALE | COMP | LIST | NET | TOTAL |
|---|---|---|---|---|---|---|
| A LUBE, OIL AND FILTER | | | | | | |
| 110 LUBE, OIL AND FILTER | | | | | | |
| 2108 DIKUN,ROBERT LIC#: 3468 | | | | | | |
| CMP 0.30 | 480 | 950 | | | 9.50 | 9.50 |
| 6 OIL VALVOLINE OIL | 540 | 810 | 0 | 1.35 | 1.35 | 8.10 |
| 1 5281090 FILTER-ENGINE | | | | | | |
| OIL | 390 | 729 | 0 | 7.29 | 7.29 | 7.29 |
| B TIRE ROTATION | | | | | | |
| F6-M TIRE ROTATION | | | | | | |
| 2108 DIKUN,ROBERT LIC#: 3468 | | | | | | |
| CMP 0.40 | 640 | 1595 | | | 15.95 | 15.95 |
| C "CHECK ENGINE" LIGHT STAYS ON | | | | | | |
| CAUSE: . | | | | | | |
| 85410000 DIAGNOSTIC TIME WITH A PART REPLACEMENT | | | | | | |
| 2108 DIKUN,ROBERT LIC#: 3468 | | | | | | |
| WCP4 0.40 | 640 | 2292 | | | 22.92 | 22.92 |
| 08158001 SENSOR, CRANKSHAFT POSITION-Replace (A) | | | | | | |
| 2108 DIKUN,ROBERT LIC#: 3468 | | | | | | |
| WCP4 0.30 | 480 | 1719 | | | 17.19 | 17.19 |
| 1 4609153AC | | | | | | |
| SENSOR-CRANKSHAFT | 1660 | 2324 | 0 | 27.70 | 23.24 | 23.24 |
| FC: ML | | | | | | |
| PART#: 4609153AC | | | | | | |
| COUNT: | | | | | | |
| CLAIM TYPE: | | | | | | |
| AUTH CODE: | | | | | | |
| | 1660 | 2324 TPARTS | | | | |
| | 1120 | 4011 TLABOR | | | | |
| P CODE = P1391 | | | | | | |
| D CUST. STATES PASS. HEATED SEAT INOP. | | | | | | |
| SOP SPECIAL PARTS ORDERED | | | | | | |
| 9999 SUBLET LIC#: 9999 | | | | | | |
| CCP 0.00 | 0 | 0 | | 0.00 | 0.00 | |

| | DESCRIPTION | TOTALS |
|---|-------------|--------|
| METHOD OF PAYMENT | LABOR AMOUNT | |
| | PARTS AMOUNT | |
| | GAS, OIL, LUBE | |
| CASH ☐ | SUBLET AMOUNT | |
| CREDIT CARD ☐ | MISC. CHARGES | |
| | TOTAL CHARGES | |
| CHECK ☐ NO. ___ | LESS ADJ / DIS | |
| | SALES TAX | |
| OTHER ☐ | PLEASE PAY THIS AMOUNT | |

FILE COPY

20529

6w1006810w

ACCOUNTING

**PRESTON AUTO MALL**
CHRYSLER PLYMOUTH JEEP EAGLE DODGE BMW
3843 YOUNGSTOWN RD.
WARREN, OHIO 44484
(330) 369-4611

DONNA ROBERTS
DONNA ROBERTS
254 FONDERLAC ST
WARREN, OH 44484
HOME: 330-394-9453 BUS: 330-743-4507

PAGE 2

SERVICE ADVISOR:  2116 BARRY RICKER

| COLOR | YEAR | MAKE/MODEL | VIN | LICENSE | MILEAGE IN/ OUT | TAG |
|-------|------|-----------|-----|---------|-----------------|-----|
| SILVER | 01 | CHRYSLER 300M | 2C3AE66G81H526861 | | 12221/12222 | T5171 |

| IN SERVICE DATE | PROD. DATE | WARR. EXP. | PROMISED | PO NO. | RATE | PAYMENT | INV. DATE |
|-----------------|-----------|-----------|----------|--------|------|---------|-----------|
| 30OCT2000 | | | 16:00 10DEC01 | | 60.00 | CMP | 11DEC2001 |

| DATE OF REPAIR | CUSTOMER NOTIFIED DATE | OPTIONS: | STK:C10162 1)CERTIFIED MAINT PLAN |
|----------------|------------------------|----------|-----------------------------------|
| 08:11 10DEC01 | 10:12 11DEC01 | | 36/36000 2)EXP. 10/30/03 OR 38,975 MILES |

LINE OPCODE TECH TYPE A/HRS S/HRS     COST     SALE   COMP     LIST       NET       TOTAL

"THANK YOU"
THE QUALITY PARTS YOU NEED
THE OUTSTANDING CUSTOMER SERVICE YOU EXPECT
ALWAYS AT
PRESTON AUTO MALL INC.
SERVICE HOURS
MON THRU FRI 7:30 TO 6:00   SAT 8:00 TO 1:00

| ACCOUNT | SALE | COST | CONTROL | ACCOUNT | SALE | COST | CONTROL |
|---------|------|------|---------|---------|------|------|---------|
| 46000 | 2545 | 1120 | | 46700 | 1539 | 930 | |
| 46200 | 4011 | 1120 | | 48000 | 2324 | 1660 | |
| 32400 | 225 | 0 | | 26300 | 6335 | ******* | |
| 22020 | 4309 | ******* | 20529 | | | | |

COST, SALE, & COMP TOTALS     4830    10419     0

*CMP*

| METHOD OF PAYMENT | DESCRIPTION | TOTALS |
|-------------------|-------------|--------|
| | LABOR AMOUNT | 25.45 |
| | PARTS AMOUNT | 15.39 |
| CASH ☐ | GAS, OIL, LUBE | 0.00 |
| | SUBLET AMOUNT | 0.00 |
| CREDIT CARD ☐ | MISC. CHARGES | 0.00 |
| | TOTAL CHARGES | 40.84 |
| CHECK ☐ NO. | LESS ADJ / DIS | 0.00 |
| | SALES TAX | |
| OTHER ☐ | PLEASE PAY THIS AMOUNT | 43.09 |

Jackson App. Vol. 25
Page 82

FILE COPY

CUSTOMER'S
CONTACT ___John / Bob D.___

NAME ___Donna  Roberts___

ADDRESS _____

CITY/STATE _____

ZIP _____

| WORK ☐  OR DAYTIME ☐  PHONE | EVENING ☐  OR HOME ☐  PHONE | REPAIR ORDER |
|---|---|---|
| (    ) | ( )394-9453 | 100181 |

| ORDER DATE | ESTIMATED ARRIVAL | URGENCY DESCRIPTION |
|---|---|---|
| 12/10/01 | /    / | |

| VEHICLE ID NUMBER | | PRODUCTION DATE | COLOR | TRIM |
|---|---|---|---|---|
| | | /   / | | |

| QTY | PART NUMBER | DESCRIPTION | NOTES |
|---|---|---|---|
| 1 | QP36XDVAD | switch | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

| 1ST NOTIFICATION DATE | BY: | 2ND NOTIFICATION DATE: | BY: | DATE CARD MAILED | BY: |
|---|---|---|---|---|---|
| | | | | | |

WHITE - CUSTOMER COPY    CANARY - ORIGINATING DEPT. COPY    PINK - PARTS MONITORING
GOLD - ARRIVAL NOTICE    TAG - CUSTOMER NOTIFICATION

FORM RL-117N (12/94)                    Reynolds and Reynolds   ORDER TOLL FREE: 1-800-344-0996   FAX: 1-800-531-9055

**100681**
**TECHNICIAN COPY**
WORKORDER
PAGE 1

**PRESTON**
*Auto Mall*
CHRYSLER PLYMOUTH JEEP EAGLE DODGE BMW
3843 YOUNGSTOWN RD. WARREN, OHIO 44484
(330) 369-4611

CUSTOMER #:20529
DONNA ROBERTS
DONNA ROBERTS
254 FONDERLAC SE
WARREN, OH 44484
HOME:330-394-9453  BUS:330-743-4507

SERVICE ADVISOR: 2116 RICKER,BARRY

| COLOR | YEAR | MAKE/MODEL | VIN | LICENSE | MILEAGE IN/ OUT | TAG |
|-------|------|-----------|-----|---------|-----------------|-----|
| SILVER | 01 | CHRYSLER 300M | 2C3AE66G81H526861 | | 12221/ | T5171 |

| DEL DATE | PROD. DATE | WARR. EXP. | PROMISED | PO NO. | RATE | PAYMENT | INV. DATE |
|----------|-----------|-----------|----------|--------|------|---------|-----------|
| 30OCT2000 | | | 16:00 10DEC01 | | 60.00 | CASH | |

| R.O. OPENED | | | OPTIONS: STK:C10162 1)CERTIFIED MAINT PLAN |
|-------------|--|--|---|
| 10DEC2001 08:11 | | | 36/36000 2)EXP. 10/30/03 OR 38,975 MILES |

LINE OP CODE    TECH TYPE   DESCRIPTIONS/INSTRUCTIONS

# A  110      03  (CMP)  LUBE, OIL AND FILTER

# B  F6-M     04  (CMP)  TIRE ROTATION

# C           WCP4  "CHECK ENGINE" LIGHT STAYS ON

LO-08-15-80-01  P 1371  CRK/KMP  MISS  0.3
FL ML  0815 5065  0.11 Dai

# D           WCP4  CUST. STATES PASS. HEATED SEAT INOP.
CR V and order  switch.

Parts Ordered
Name  JB
Date  12-10-01

Parts Returned
Name  JB
Date  12-10-01

NK  DU

**EXCLUSION OF WARRANTIES**

Any warranties on the parts and accessories sold hereby are made by the manufacturer. The undersigned purchaser understands and agrees that dealer makes no warranties of any kind, express or implied, and disclaims all warranties, including warranties of merchantability or fitness for a particular purpose, with regard to the parts and/or accessories purchased; and that in no event shall dealer be liable for incidental or consequential damages or commercial losses arising out of such purchase. The undersigned purchaser further agrees that the warranties excluded by dealer, include, but are not limited to any warranties that such parts and/or accessories are of merchantable quality or that they will enable any vehicle or any of its systems to perform with reasonable safety, efficiency, or comfort.

**AUTHORIZATION FOR REPAIRS**

I hereby authorize the repair work herein set forth to be done along with the necessary material and agree that you are not responsible for loss or damage to vehicle or articles left in vehicle in case of fire, theft or any other cause beyond your control or for any delays caused by unavailability of parts or delays in parts shipments by the supplier or transporter. I hereby grant you and/or your employees permission to operate the vehicle herein described on streets, highways or elsewhere for the purpose of testing and/or inspection. An express mechanic's lien is hereby acknowledged on above vehicle to secure the amount of repairs thereto. The dealership is not responsible for damages from freezing due to lack of antifreeze.

PRELIMINARY ESTIMATE $ _____

AUTHORIZED BY X

| | DATE | TIME | BY |
|--|------|------|-----|
| REVISED ESTIMATE (1) | | | |
| REVISED ESTIMATE (2) | | O | |
| REVISED ESTIMATE (3) | | | |

I HEREBY ACKNOWLEDGE THAT I WAS NOTIFIED OF THE ABOVE REVISED ESTIMATES
X

CUSTOMER SIGNATURE

PARTS

| QTY. | PART # | QTY. | PART # |
|------|--------|------|--------|

**MECHANIC'S NAME & NUMBER**

CAUSE: l o f

Did Lube oil & Filter

REMEDY:

**A**

**MECHANIC'S NAME & NUMBER**

CAUSE: Rotate

Did Rotate Tires

REMEDY:

**B**

**MECHANIC'S NAME & NUMBER**

CAUSE: Check Eng Lighton
V Codes 1391 Intermittent cat or eig
Sensor off Replace Guard Brush

REMEDY:

**C**

**MECHANIC'S NAME & NUMBER**

CAUSE: V Pass Heated Seat dont work
V cneld order switch

REMEDY:

**D**

DATE INSPECTION EXPIRATION
STICKER #
NEW MILEAGE

COMPONENT I.D. NO.

ENGINE _____
TRANS _____
REAR _____

FLAGS

FLAG

FLAG

| STRAIGHT TIME (HRS.) | FLAT RATE PRICE | R.O. NO. 100681 | | TIME | | |
|---|---|---|---|---|---|---|
| | 0.7 | 63 | | | OFF | ON |

| STRAIGHT TIME (HRS.) | FLAT RATE PRICE | R.O. NO. 100681 | | TIME | | |
|---|---|---|---|---|---|---|
| | 0.1 | 63 | | | OFF | ON |

```
+------------------VEHICLE INFORMATION PLUS SUMMARY REPORT------------------+
|                                                                           |
| 12/10/2001 09:21       PRESTON CHRYSLER PLYMOUTH BMW           PAGE  1     |
+---------------------------------------------------------------------------+
|       VIN: 2C3AE66G81H526861   WCC: 336      Current Odometer: 12221 Miles |
| Yr/Model: 2001 CHRYSLER 300M FOUR-DOOR SEDAN    In-Serv Date: 10/30/2000   |
|                                                                           |
+------------------------------VEHICLE SUMMARY------------------------------+
|                                                                           |
| BodyStyle: LHYS41                    Build Date: 08/29/2000   Hour: 03     |
|   Color 1: PS2  - Bright Silver Metallic Clear Coat                        |
|         2: QS2S - Bright Silver Metallic Clear Coat                        |
|    Engine: Engine - 3.5L High Output V6 24V MPI              BOOK: F       |
|     Trans: Transmission - 4-Speed Automatic              CARLINE: L        |
|    Seller: 68662 PRESTON CHRYSLER PLYMOU        Zone: 43                   |
|       Address: 3843 YOUNGSTOWN ROAD SE                                     |
|          City: WARREN                                                     |
| State/Province: OH  Desc: OHIO                                            |
|   Postal Code: 444842895                                                  |
|       Country: USA  Desc: UNITED STATES                                   |
|         Phone: 330.369.4611                                               |
| Sale Type: L-BROKER          Last Odometer:  8706 Miles on 08/16/2001      |
+--------------------------CUSTOMER NAME AND ADDRESS------------------------+
|                                                                           |
| **** CURRENT OWNER NAME ****                                              |
|         Title Code: 03 MISS                                               |
|         First Name: DONNA                                                 |
|     Preferred Name:                                                       |
|     Middle Initial:                                                       |
|         Last Name: ROBERTS                                                |
|           Address: 254 FONDERLAC ST SE                                    |
|              City: WARREN                                                 |
|    Province/State: OH OHIO                                                |
| Postal Code:      444842157                                               |
|    Phones - Home: 3306097812          Bus:                                |
|              Fax:                                                         |
|    Language Pref: 010 ENGLISH                                             |
|          Country: USA UNITED STATES                                       |
+---------------------------ORIGINAL OWNER NAME----------------------------+
|                                                                           |
|     First Name: DONNA                                                     |
|  Middle Initial:                                                          |
|     Last Name: ROBERTS                                                    |
|                                                                           |
+--------------------SERVICE HISTORY (LAST  24 MONTHS)----------------------+
|                                                                           |
| Repair Date  Dealer/Payee                  Claim #    Transaction Type     |
| 08/16/2001   68662-PRESTON CHRYSLER PLYMOUT 971591    WARRANTY REPAIR      |
|      LOP: 08141805  REAR-LEFT REPLACE                                     |
| 08/16/2001   68662-PRESTON CHRYSLER PLYMOUT 971590    WARRANTY REPAIR      |
|      LOP: 85410800  UNASSIGNED                                            |
| 10/30/2000   68662-                         306652    MISC. TRANSACTION    |
|      LOP: NO LOP    NOT AVAILABLE                                         |
| 08/31/2000   68662-PRESTON CHRYSLER PLYMOUT PREPNV    PREPARATION          |
|      LOP: 95900040  ROAD READY                                           |
|      LOP: 95900045  ROAD READY FUEL FILL                                 |
+--------------------WARRANTY COVERAGE SUMMARY-----------------------------+
|                                                                           |
| WCC: 336     ------ Original ----- - Deduct --Expires-  ----- Remaining ------ |
|     BASIC: 36 Mos or  36000 Miles      0 10/30/2003  22 Mos or  23779 Miles |
| POWERTRAIN: 36 Mos or  36000 Miles      0 10/30/2003  22 Mos or  23779 Miles |
| PERFORATION: 60 Mos or 100000 Miles     0 10/30/2005  46 Mos or  87779 Miles |
```

```
  EMISSIONS: 36 Mos or  36000 Miles      0 10/30/2003  22 Mos or  23779 Miles
ADJUSTMENTS: 36 Mos or  36000 Miles      0 10/30/2003  22 Mos or  23779 Miles
  AIR COND.: 36 Mos or  36000 Miles      0 10/30/2003  22 Mos or  23779 Miles
EX.FED.EMIS: 96 Mos or  80000 Miles      0 10/30/2008  82 Mos or  67779 Miles
```

```
In-Service Odometer:   2975 Miles        Roadside Assistance            : YES
Master Shield      : N/A                  Transferable - Factory Warranty: N/A
Veh. Restrictions  : NO RESTRICTIONS                  - Service Contract: NO

*** Above info has been adjusted in accordance to local laws ***
```

```
+--------------------CURRENT VEHICLE TRANSFER INFORMATION--------------------+
|                                                                           |
| Restrictions: NO RESTRICTIONS                                             |
|      FACTORY WARRANTY ODOMETER LEFT: 66.052 %   TIME LEFT: 62.979 %       |
|                                                                           |
|WCC         MODEL YRS   BASIC    POWERTRAIN  DED  RUST PROTECTION          |
|336         1995-96     3/36       3/36       0      7/100                 |
|            1997-01     3/36       3/36       0      5/100                 |
|            WARRANTY COVERAGE GOES WITH THE VEHICLE. INFORM DAIMLER-       |
|            CHRYSLER OF ANY SUBSEQUENT OWNER'S NAME AND ADDRESS CHANGES USING |
|            'VEHICLE OWNERSHIP INFO UPDATE/TRANSFER' ON THE VIP UPDATE MENU. |
|                                                                           |
|NO SERVICE CONTRACTS FOR THIS VEHICLE                                      |
|                                                                           |
|Use 'VEHICLE OWNERSHIP INFO UPDATE/TRANSFER' on the VIP update menu to xfer. |
|                                                                           |
+-----------------------------SERVICE CONTRACT-----------------------------+
|                                                                           |
|       NO SERVICE CONTRACTS FOR THIS VEHICLE                               |
|                                                                           |
+-----------------------------RECALL INFORMATION---------------------------+
|                                                                           |
| Recall                                   Launch       Repair             |
| Number   Description                     Date         Date               |
|-------------INCOMPLETE RECALLS---------------                             |
|      ** NO INCOMPLETE RECALLS **                                         |
|                                                                           |
|-------------COMPLETE RECALLS-----------------                             |
| 957      OWNER'S MANUAL ADDENDUM          11/06/2000   12/15/2000         |
|                                                                           |
+--------------------------OPEN CAIR SUMMARY-------------------------------+
|                                                                           |
|     NO OPEN CAIRS FOR INQUIRING DEALER FOR THIS VEHICLE                   |
|                                                                           |
+-------------------------E N D   O F   R E P O R T------------------------+
```

| R.O. NO. | YEAR | MAKE/MODEL | VEHICLE IDENTIFICATION NO. | LICENSE NO. | MILEAGE | R.O. DATE | TIME RECEIVED | JOB NO. |
|---|---|---|---|---|---|---|---|---|
| | 00 | 300M | 44132880 | | | 12/4/00 | | RED 11524 |

VEH. DEL. ☐ RENTAL ☐

I hereby authorize the repair work herein set forth to be done along with the necessary material and agree that you are not responsible for loss or damage to vehicle or articles left in vehicle in case of fire, theft or any other cause beyond your control or for any delays caused by unavailability of parts or delays in part shipments by the supplier or transporter. I hereby grant you and/or your employees permission to operate the vehicle herein described on streets, highways or elsewhere for the purpose of testing and/or inspection. An express mechanic's lien is hereby acknowledged on above vehicle to secure the amount of repairs thereto.

X

CUSTOMER'S SIGNATURE

PAYMENT METHOD

AUTHORIZED BY

CUSTOMER I.D. NO.

STOCK NO.

SERVICE ADVISOR

PROMO: APPOINTMENT ☐ CALL WHEN READY ☐ SAVE PARTS ☐ PROMO

SOLD BY

VEH. TYPE

MI

DELY / EXP: MFG. WARR. ☐ EXT. WARR. ☐

IN SVC. DATE

RES | BUS

BILL TO

OPERATOR

CONTACT

INS. CO. | POLICY NO. | EXP.

SHOW LINE CODE (A-E) RELATING ALL PARTS TO F.C.

| COST | QTY | PART NO. | DESCRIPTION | SALE |
|---|---|---|---|---|
| [redacted] | | | | |

| CC | OPERATION | UNITS | FC | CC | INSTRUCTIONS | LABOR |
|---|---|---|---|---|---|---|
| | | | | | FULL DETAIL | 99.99 + TAX |
| | | | | | DONNA Roberts | 5.50 |
| | | | | | THANK YOU | 105.49 |

JD. RC

CK # 2035

ENTERED FEB - 8 2000

AUTHORIZATION CODE

| SPEC. ORDER PARTS DATE | SPEC. ORD. PARTS ORDER NO. | ORDERED BY |
|---|---|---|
| | | |

GALS. GAS @

QTS. OIL @

LBS. GREASE @

YOU HAVE THE RIGHT TO AN ESTIMATE OF THE EXPECTED COST OF REPAIRS OR SERVICES.

INITIAL YOUR CHOICE

WRITTEN ESTIMATE | ORAL ESTIMATE | I DO NOT REQUEST AN ESTIMATE

In the event that you, the customer, authorize commencement but do not authorize completion of a repair or service, a charge will be imposed for disassembly, or partially completed work. Such charge will be directly related to the actual amount of labor or parts involved in the inspection, repair or service.

| | PARTS | LABOR | TOTAL |
|---|---|---|---|
| ORIGINAL ESTIMATE | | | |
| REVISED ESTIMATE | | | |
| REV. EST. AUTH. BY | | DATE | |
| EMPLOYEE REC. AUTH. | | TIME | |

DISCLAIMER OF WARRANTIES

The seller, hereby expressly disclaims all warranties, either expressed or implied, including any implied warranty of merchantability or fitness for a particular purpose, and neither assumes nor authorizes any other person to assume for it any liability in connection with

PRESTON Nobody Sells for Less

PRESTON MOTORS, Inc.
(412) 658-6500
1500 WILMINGTON AVE.
NEW CASTLE, PA 16105

TRUCKS TOYOTA

FLAT RATE HOUR $ PER. HR. | ACCESS CODE

BILL TO CUSTOMER NO. | R.O. CROSS REF.

STATE INSPECTION INFORMATION

TIRES

LF
RH
LR
RF
LF

WHEELS
PULLED

RR
LR
RF
LF

STICKER #

NO

OLD MILEAGE

MECHANICS FINDINGS AND REMARKS

SIGNATURE

STATE INS. REPAIRS

A] COMPLAINT -

CAUSE -

CORRECTION -

B] COMPLAINT -

CAUSE -

CORRECTION -

C] COMPLAINT -

CORRECTION -

CAUSE -

D] COMPLAINT -

CORRECTION -

CAUSE -

E] COMPLAINT -

CORRECTION -

CAUSE -

CORRECTION -

CORRECTION -

FLAG

FLAG

STRAIGHT
TIME (HRS.) — 35.00

FLAT RATE
PRICE

R.O. NO. 47524

AMT TO. ORDER NO. 1 AU001 2035

TIME — OFF 2/4/00  ON

TIME
CLOCK

ON
OFF

WPR





### PRESTON
*Auto Mall*
**Nobody Sells for Less**

CHRYSLER-PLYMOUTH-BMW-JEEP
3843 YOUNGSTOWN RD/WARREN, OHIO 44484
Phone (330) 369-4611
(330) 743-5431

CUSTOMER'S CONTACT   B.D.

NAME   ROBERB

ADDRESS

CITY/STATE

1 800 - 850  STAR                ZIP

| WORK ☐   OR DAYTIME ☐   PHONE<br>(    ) | EVENING ☐   OR HOME ☐   PHONE<br>(    ) | REPAIR ORDER<br>R 9515? |
|---|---|---|
| ORDER DATE<br>6/30/1 | ESTIMATED ARRIVAL<br>/ | URGENCY DESCRIPTION |
| VEHICLE ID NUMBER<br>81 H52686 | | PRODUCTION DATE<br>/   / | COLOR | TRIM |

| QTY | PART NUMBER | DESCRIPTION | NOTES |
|---|---|---|---|
| 1 | 4779053AB | SPEERSOSOL | |
| | | | |
| | 5749 ** | | |
| | | | |
| | | | |

| 1ST NOTIFICATION DATE | BY: | 2ND NOTIFICATION DATE | BY: | DATE CARD MAILED | BY: |
|---|---|---|---|---|---|
| | | | | | |

WHITE - CUSTOMER COPY    CANARY - ORIGINATING DEPT. COPY    PINK - PARTS MONITORING
GOLD - ARRIVAL NOTICE      TAG - CUSTOMER NOTIFICATION

FORM RL-117N (12/94)                    Reynolds and Reynolds    ORDER TOLL FREE: 1-800-344-0996   FAX: 1-800-531-9066

20529                    6w951520w          **PRESTON AUTO MALL**
                                            CHRYSLER PLYMOUTH JEEP EAGLE DODGE BMW
DONNA ROBERTS                               3843 YOUNGSTOWN RD.
DONNA ROBERTS               ACCOUNTING      WARREN, OHIO 44484
254 FONDERLAC SE                            (330) 369-4611
WARREN, OH 44484            PAGE 1
HOME: 330-394-9453 BUS: 330-743-4507

**SERVICE ADVISOR:  2026 BARRY RICKER**

| COLOR | YEAR | MAKE/MODEL | VIN | LICENSE | MILEAGE IN/ OUT | TAG |
|-------|------|-----------|-----|---------|-----------------|-----|
| SILVER | 01 | CHRYSLER 300M | 2C3AE66G81H526861 | | 6783/6783 | T90 |

| IN SERVICE DATE | PROD. DATE | WARR. EXP. | PROMISED | PO NO. | RATE | PAYMENT | INV. DATE |
|-----------------|-----------|-----------|----------|--------|------|---------|-----------|
| 30OCT2000 | | | 16:00 20JUN01 | | 60.00 | CASH | 22JUN2001 |

| DATE OF REPAIR | CUSTOMER NOTIFIED DATE | OPTIONS: STK:C10162 1)CERTIFIED MAINT PLAN |
|----------------|------------------------|---|
| 08:22 20JUN01 | 12:23 22JUN01 | 36/36000 2)EXP. 10/30/03 OR 38,975 MILES |

| LINE | OPCODE TECH TYPE | A/HRS S/HRS | COST | SALE | COMP | LIST | NET | TOTAL |
|------|------------------|-------------|------|------|------|------|-----|-------|
| A "CHECK ENGINE", ABS LIGHTS ON | | | | | | | | |
| SOP SPECIAL PARTS ORDERED | | | | | | | | |
| 9999 SUBLET LIC#: 9999 | | | | | | | | |
| CCP | | | 0.00 | 0 | 0 | | 0.00 | 0.00 |
| B RESET OIL CHANGE LIGHT | | | | | | | | |
| SEE RESET LIGHTS | | | | | | | | |
| 9999 SUBLET LIC#: 9999 | | | | | | | | |
| CCP | | | 0.00 | 0 | 0 | | 0.00 | 0.00 |
| C CUST. STATES MIRRORS DON'T MOVE | | | | | | | | |
| NPF UNABLE TO DUPLICATE CONDITION AT THIS TIME | | | | | | | | |
| 9999 SUBLET LIC#: 9999 | | | | | | | | |
| CCP | | | 0.00 | 0 | 0 | | 0.00 | 0.00 |

                       "THANK YOU"
             THE QUALITY PARTS YOU NEED
        THE OUTSTANDING CUSTOMER SERVICE YOU EXPECT
                    ALWAYS AT
              PRESTON AUTO MALL INC.
                  SERVICE HOURS
        MON THRU FRI 7:30 TO 6:00   SAT 8:00 TO 1:00

| ACCOUNT | SALE | COST | CONTROL | ACCOUNT | SALE | COST | CONTROL |
|---------|------|------|---------|---------|------|------|---------|
| 46000 | 0 | 0 | | 22500 | 0 | ******* | |

| COST, SALE, & COMP TOTALS | 0 | 0 | 0 |
|---------------------------|---|---|---|

| METHOD OF PAYMENT | DESCRIPTION | TOTALS |
|-------------------|-------------|--------|
| | LABOR AMOUNT | 0.00 |
| | PARTS AMOUNT | 0.00 |
| | GAS, OIL, LUBE | 0.00 |
| CASH ☐ | SUBLET AMOUNT | 0.00 |
| | MISC. CHARGES | 0.00 |
| CREDIT CARD ☐ | TOTAL CHARGES | 0.00 |
| | LESS ADJ / DIS | 0.00 |
| CHECK ☐ NO. ___ | SALES TAX | 0.00 |
| OTHER ☐ | PLEASE PAY THIS AMOUNT | 0.00 |

**FILE COPY**

| R.O. NO. | YEAR | MAKE/MODEL | VEHICLE IDENTIFICATION NO. | LICENSE NO. | MILEAGE | R.O. DATE | TIME RECEIVED | JOB NO. |
|---|---|---|---|---|---|---|---|---|
| | 01 | 300M | 81452686[illegible] | # 90 | 6783 | 6/20 | [illegible] | 3495 |

VEH. DEL. ☐ RENTAL ☐

I hereby authorize the repair work herein set forth to be done along with the necessary material and agree that you are not responsible for loss or damage to vehicle or articles left in vehicle in case of fire, theft or any other cause beyond your control or for any delays caused by unavailability of parts or delays in part shipments by the supplier or transporter. I hereby grant you and/or your employees permission to operate the vehicle herein described on streets, highways or elsewhere for the purpose of testing and/or inspection. An express mechanic's lien is hereby acknowledged on above vehicle to secure the amount of repairs thereto.

CUSTOMER'S SIGNATURE

PAYMENT METHOD | STOCK NO. | SERVICE ADVISOR | PROM | DELY ____ MI

AUTHORIZED BY: Roberts

CUSTOMER P.O. NO.

APPOINTMENT ☐ CALL WHEN READY ☐ SAVE PARTS ☐ PROMO | SOLD BY | VEH. TYPE

EXP: MFG. WARR. ☐ EXT. WARR. ☐ IN SVC. DATE

RES | BUS 394-9443

BILL TO | OPERATOR | CONTACT | INS. CO. | POLICY NO. | EXP.

SHOW LINE CODE (A-E) RELATING ALL PARTS TO F.C.

| COST | QTY | PART NO. | DESCRIPTION | SALE |
|---|---|---|---|---|
| | 1 | LR | SPEED SENSOR | WHEEL |

| CC | OPERATION | UNITS | FC | CC | INSTRUCTIONS | LABOR |
|---|---|---|---|---|---|---|
| | | | | | CHECK ENG AND ABS LIGHT ON | |
| | | | | | [illegible] | |
| | | | | | CHECK MIRRORS WONT MOVE W/ REMOTE | |
| | | | | | BOTH MIRRORS WORK - OK | |
| | | | | | RESET OIL SERVICE | |
| | | | | | [illegible] 0801 [illegible] | |
| | | | | | [illegible] 3-15-01, 5000 mi. | |

AUTHORIZATION CODE: [signature]

| SPEC. ORDER PARTS DATE | SPEC. ORD. PARTS ORDER NO. | ORDERED BY |
|---|---|---|
| | | |

GALS. GAS @
QTS. OIL @
LBS. GREASE @

YOU HAVE THE RIGHT TO AN ESTIMATE OF THE EXPECTED COST OF REPAIRS OR SERVICES.

INITIAL YOUR CHOICE: WRITTEN ESTIMATE | ORAL ESTIMATE | I DO NOT REQUEST AN ESTIMATE

In the event that you, the customer, authorize commencement but do not authorize completion of a repair or service, a charge will be imposed for disassembly, or partially completed work. Such charge will be directly related to the actual amount of labor or parts involved in the inspection, repair or service.

| | PARTS | LABOR | TOTAL |
|---|---|---|---|
| ORIGINAL ESTIMATE | | | |
| REVISED ESTIMATE | | | |

REV. EST. AUTH. BY | DATE
EMPLOYEE REC. AUTH. | TIME

DISCLAIMER OF WARRANTIES
The seller hereby expressly disclaims all warranties, either expressed or implied, including any implied warranty of merchantability

COMMENTS

PRESTON — Nobody Sells for Less

PRESTON AUTO MALL
(330) 369-4611
3843 Youngstown Road
WARREN, OHIO 44484

FLAT RATE HOUR $ PER. HR. | ACCESS CODE
BILL TO CUSTOMER NO. | R.O. CROSS REF.

1 - OFFICE 2 - CUSTOMER 3 - HARD COPY

| | | TIRES | | | STATE INSPECTION INFORMATION |
|---|---|---|---|---|---|
| | LF | | | | |
| | RF | | | | |
| | LR | | | | |
| | RR | | | | |
| | WHEELS PULLED | LF | RF | LR | RR |

EMP NO

1-4779053AB  S.O.P

**OLD MILEAGE** | **MECHANICS FINDINGS AND REMARKS** | **SIGNATURE** | **STATE INS. REPAIRS**

A. COMPLAINT ✓ SVC Light on, Pull Code with DRB 3

CAUSE - Poss Large leak Detected, Gas Cap Loose

CORRECTION - Tighten Cap RRuN LTP TEST PASSED 2 Times In Btry

B. COMPLAINT ✓ ABS Light on Pull Codes w/DRB 3

CAUSE - LR Wheel Sensor Failure Ordered Parts

CORRECTION -

C. COMPLAINT ✓ Remote Mirrors Inop.

CAUSE - Both mirrors OPerate In, All modes

CORRECTION - N.C P-F

D. COMPLAINT - Reset Oil Change Light

CAUSE - O.P Reset Oil Change Light

CORRECTION -

E. COMPLAINT -

CAUSE -

CORRECTION -

| STICKER # | WPR | TIME CLOCK |
|---|---|---|

FLAG | FLAG

20529

6w971590w

**PRESTON AUTO MALL**
CHRYSLER PLYMOUTH JEEP EAGLE DODGE BMW
3843 YOUNGSTOWN RD.
WARREN, OHIO 44484
(330) 369-4611

DONNA ROBERTS
DONNA ROBERTS
254 FONDERLAC SE
WARREN, OH 44484
HOME: 330-394-9453  BUS: 330-743-4507

ACCOUNTING

PAGE 2

SERVICE ADVISOR: 2116 BARRY RICKER

| COLOR | YEAR | MAKE/MODEL | VIN | LICENSE | MILEAGE IN/ OUT | TAG |
|---|---|---|---|---|---|---|
| SILVER | 01 | CHRYSLER 300M | 2C3AE66G81H526861 | | 8706/8709 | T737 |

| IN SERVICE DATE | PROD. DATE | WARR. EXP. | PROMISED | PO NO. | RATE | PAYMENT | INV. DATE |
|---|---|---|---|---|---|---|---|
| 30OCT2000 | | | 18:00 16AUG01 | | 60.00 | CASH | 17AUG2001 |

| DATE OF REPAIR | CUSTOMER NOTIFIED DATE | OPTIONS: STK:C10162 1)CERTIFIED MAINT PLAN |
|---|---|---|
| 08:07 16AUG01 | 15:08 17AUG01 | 36/36000 2)EXP. 10/30/03 OR 38,975 MILES |

LINE OPCODE TECH TYPE A/HRS S/HRS    COST     SALE  COMP     LIST        NET     TOTAL
      AUTH CODE:
        3468

                            3155  /  4417 TPARTS
                            1760 /   6138 TLABOR
                                "THANK YOU"
                    THE QUALITY PARTS YOU NEED
            THE OUTSTANDING CUSTOMER SERVICE YOU EXPECT
                        ALWAYS AT
                    PRESTON AUTO MALL INC.
                        SERVICE HOURS
                MON THRU FRI 7:30 TO 6:00   SAT 8:00 TO 1:00

| ACCOUNT | SALE | COST | CONTROL | ACCOUNT | SALE | COST | CONTROL |
|---|---|---|---|---|---|---|---|
| 46200 | 8928 | 2560 | | 46000 | 0 | 0 | |
| 48000 | 4417 | 3155 | | 26300 | 13345 | ******* | |
| 22500 | 0 | ******* | | | | | |

COST, SALE, & COMP TOTALS     5715   13345      0

METHOD OF PAYMENT

CASH ☐

CREDIT CARD ☐

CHECK ☐ NO.

OTHER ☐

| DESCRIPTION | TOTALS |
|---|---|
| LABOR AMOUNT | 0.00 |
| PARTS AMOUNT | 0.00 |
| GAS, OIL, LUBE | 0.00 |
| SUBLET AMOUNT | 0.00 |
| MISC. CHARGES | 0.00 |
| TOTAL CHARGES | 0.00 |
| LESS ADJ / DIS | 0.00 |
| SALES TAX | 0.00 |
| PLEASE PAY THIS AMOUNT | 0 |

Jackson Apx. Vol. 25 Page 94

FILE COPY

20529                          6w971590w

DONNA ROBERTS                  ACCOUNTING          **PRESTON AUTO MALL**
DONNA ROBERTS                                    CHRYSLER PLYMOUTH JEEP EAGLE DODGE BMW
254 FONDERLAC SE                                      3843 YOUNGSTOWN RD.
WARREN, OH 44484                                        WARREN, OHIO 44484
HOME: 330-394-9453 BUS: 330-743-4507      PAGE 1           (330) 369-4611

SERVICE ADVISOR:  2116 BARRY RICKER

| COLOR | YEAR | MAKE/MODEL | | VIN | LICENSE | MILEAGE IN/ OUT | TAG |
|---|---|---|---|---|---|---|---|
| SILVER | 01 | CHRYSLER 300M | | 2C3AE66G81H526861 | | 8706/8709 | T737 |

| IN SERVICE DATE | PROD. DATE | WARR. EXP. | PROMISED | PO NO. | RATE | PAYMENT | INV. DATE |
|---|---|---|---|---|---|---|---|
| 30OCT2000 | | | 18:00 16AUG01 | | 60.00 | CASH | 17AUG2001 |

| DATE OF REPAIR | CUSTOMER NOTIFIED DATE | OPTIONS: | STK:C10162 1)CERTIFIED MAINT PLAN |
|---|---|---|---|
| 08:07 16AUG01 | 15:08 17AUG01 | | 36/36000 2)EXP. 10/30/03 OR 38,975 MILES |

LINE OPCODE TECH TYPE A/HRS S/HRS    COST    SALE  COMP    LIST      NET     TOTAL
A "CHECK ENGINE" LIGHT IS ON
CAUSE: .
      85410800 PERFORM ENGINE ANALYSIS, CHECK FOR FAULT
         CODES-LOOSE GAS CAP; TIGHTEN CAP AND RE-TEST
         2108 DIKUN,ROBERT LIC#: 3468
               WCP4      0.50    800    2790                    27.90    27.90
      FC: 01 PART#: COUNT:
      CLAIM TYPE:
      AUTH CODE:
      3468

                             0       0 TPARTS
                           800    2790 TLABOR
B CHECK TIRE PRESSURES
      SEE CHECK AND AIR TIRES TO SPECS.
      9999 SUBLET LIC#: 9999
               CCP       0.00      0      0              0.00     0.00
C** "ABS" LIGHT ON
CAUSE: .
      85410000 DIAGNOSITIC TIME WITH REPAIR
         2108 DIKUN,ROBERT LIC#: 3468
               WCP4      0.30    480    1674                    16.74    16.74
      FC: PART#: COUNT:
      CLAIM TYPE:
      AUTH CODE:
      3468
      08141805 REPLACE DR. REAR WHEEL SPEED SENSOR
         2108 DIKUN,ROBERT LIC#: 3468
               WCP4      0.80   1280    4464                    44.64    44.64
       1 4779053AB
      SENSOR-ANTI-LOCK BRAKES     3155   4417    0   52.60    44.17    44.17
      FC: 18
      PART#: 4779053AB
      COUNT:
      CLAIM TYPE:

**METHOD OF PAYMENT**

CASH ☐

CREDIT CARD ☐

CHECK ☐ NO.

OTHER ☐

| DESCRIPTION | TOTALS |
|---|---|
| LABOR AMOUNT | |
| PARTS AMOUNT | |
| GAS, OIL, LUBE | |
| SUBLET AMOUNT | |
| MISC. CHARGES | |
| TOTAL CHARGES | |
| LESS ADJ / DIS | |
| SALES TAX | |
| PLEASE PAY THIS AMOUNT | |

Jackson Apx. Vol. 25
Page 95

FILE COPY

```
+------------------VEHICLE INFORMATION PLUS SUMMARY REPORT-------------------+
|                                                                            |
| 08/16/2001 07:11    PRESTON CHRYSLER PLYMOUTH BMW           PAGE  1         |
+----------------------------------------------------------------------------+
|   VIN: 2C3AE66G81H526861   WCC: 336    Current Odometer:    8706 Miles      |
| Yr/Model: 2001 CHRYSLER 300M FOUR-DOOR SEDAN   In-Serv Date: 10/30/2000     |
|                                                                            |
|                          -----VEHICLE SUMMARY-----                         |
|                                                                            |
| BodyStyle: LHYS41                 Build Date: 08/29/2000    Hour: 03        |
|  Color 1: PS2  - Bright Silver Metallic Clear Coat                          |
|        2: QS2S - Bright Silver Metallic Clear Coat                          |
|  Engine: Engine - 3.5L High Output V6 24V MPI              BOOK: F          |
|   Trans: Transmission - 4-Speed Automatic                 CARLINE: L        |
|  Seller: 68662 PRESTON CHRYSLER PLYMOU       Zone: 43                       |
|     Address: 3843 YOUNGSTOWN ROAD SE                                        |
|        City: WARREN                                                         |
| State/Province: OH  Desc: OHIO                                              |
|    Postal Code: 444842895                                                   |
|        Country: USA  Desc: UNITED STATES                                    |
|          Phone: 330.369.4611                                               |
| Sale Type: L-BROKER           Last Odometer:      0 Miles on 10/30/2000     |
|                                                                            |
+-----------------------CUSTOMER NAME AND ADDRESS---------------------------+
|                                                                            |
| **** CURRENT OWNER NAME ****                                               |
|      Title Code: 03 MISS                                                    |
|      First Name: DONNA                                                      |
|  Preferred Name:                                                            |
|  Middle Initial:                                                            |
|       Last Name: ROBERTS                                                    |
|         Address: 254 FONDERLAC ST SE                                        |
|            City: WARREN                                                     |
|  Province/State: OH OHIO                                                    |
| Postal Code:     444842157                                                  |
|   Phones - Home: 3306097812              Bus:                               |
|             Fax:                                                            |
|   Language Pref: 010 ENGLISH                                                |
|         Country: USA UNITED STATES                                          |
|                                                                            |
+-----------------------ORIGINAL OWNER NAME--------------------------------+
|                                                                            |
|     First Name: DONNA                                                       |
|  Middle Initial:                                                            |
|      Last Name: ROBERTS                                                     |
|                                                                            |
+-----------------------SERVICE HISTORY (LAST  24 MONTHS)------------------+
|                                                                            |
| Repair Date  Dealer/Payee               Claim #    Transaction Type         |
| 10/30/2000   68662-PRESTON CHRYSLER PLYMOUT  306652   MISC. TRANSACTION     |
|        LOP: NO LOPS                                                         |
| 08/31/2000   68662-PRESTON CHRYSLER PLYMOUT  PREPNV    PREPARATION          |
|        LOP: 95900040  Road ready                                            |
|        LOP: 95900045  Road ready                                            |
|                                                                            |
+-----------------------WARRANTY COVERAGE SUMMARY--------------------------+
|                                                                            |
| WCC: 336    ------ Original ----- - Deduct --Expires-  ----- Remaining ---- |
|      BASIC: 36 Mos or  36000 Miles     0 10/30/2003  26 Mos or  27294 Miles |
| POWERTRAIN: 36 Mos or  36000 Miles     0 10/30/2003  26 Mos or  27294 Miles |
| PERFORATION: 60 Mos or 100000 Miles    0 10/30/2005  50 Mos or  91294 Miles |
|  EMISSIONS: 36 Mos or  36000 Miles     0 10/30/2003  26 Mos or  27294 Miles |
| ADJUSTMENTS: 36 Mos or  36000 Miles    0 10/30/2003  26 Mos or  27294 Miles |
|   AIR COND.: 36 Mos or  36000 Miles    0 10/30/2003  26 Mos or  27294 Miles |
| EX.FED.EMIS: 96 Mos or  80000 Miles    0 10/30/2008  86 Mos or  71294 Miles |
```

```
In-Service Odometer:  2975 Miles      Roadside Assistance        : YES
Master Shield      : N/A              Transferable - Warranty     : N/A
Veh. Restrictions  : NO RESTRICTIONS            - Service Contract: NO

*** Above info has been adjusted in accordance to local laws ***

+-----------------CURRENT VEHICLE TRANSFER INFORMATION-----------------+

Restrictions: NO RESTRICTIONS
             WARRANTY ODOMETER LEFT: 75.816 %   TIME LEFT: 73.583 %

WCC         MODEL YRS   BASIC    POWERTRAIN   DED  RUST PROTECTION
336         1995-96     3/36       3/36        0      7/100
            1997-01     3/36       3/36        0      5/100
            WARRANTY COVERAGE GOES WITH THE VEHICLE. INFORM DAIMLER-
            CHRYSLER OF ANY SUBSEQUENT OWNER'S NAME AND ADDRESS CHANGES USING
            'VEHICLE OWNERSHIP INFO UPDATE/TRANSFER' ON THE VIP UPDATE MENU.

NO SERVICE CONTRACTS FOR THIS VEHICLE

Use 'VEHICLE OWNERSHIP INFO UPDATE/TRANSFER' on the VIP update menu to xfer.

+---------------------------SERVICE CONTRACT---------------------------+

       NO SERVICE CONTRACTS FOR THIS VEHICLE

+--------------------------RECALL INFORMATION--------------------------+

 Recall                              Launch      Repair
 Number   Description                Date        Date
 ------------INCOMPLETE RECALLS--------------
     ** NO INCOMPLETE RECALLS **

 -------------COMPLETE RECALLS---------------
 957     OWNER'S MANUAL ADDENDUM     11/06/2000  12/15/2000

+---------------------------OPEN CAIR SUMMARY--------------------------+

    NO OPEN CAIRS FOR INQUIRING DEALER FOR THIS VEHICLE

+-------------------------E N D   O F   R E P O R T--------------------+
```

## PARTS

| QTY. | PART # | PART # |
|------|--------|--------|

## MECHANIC'S NAME & NUMBER

**A**

ON  OFF  ON  OFF

CAUSE:

REMEDY:

## MECHANIC'S NAME & NUMBER

**B**

ON  OFF  ON  OFF

CAUSE:

REMEDY:

## MECHANIC'S NAME & NUMBER

**C**

ON  OFF  ON  OFF

CAUSE:

REMEDY:

## MECHANIC'S NAME & NUMBER

**D**

ON  OFF  ON  OFF

CAUSE:

REMEDY:

FLAGS

FLAG

FLAG

FLAG

FLAG

COMPONENT I.D. NO.

ENGINE

STATE INSPECTION EXPIRATION _____ MONTH _____ YEAR

STICKER # _____

OLD MILEAGE

NEW MILEAGE

| STRAIGHT TIME (HRS) | FLAT RATE PRICE | R.O. NO. 97,35 | R.O. ID OPER. NO |
|---|---|---|---|
| | 1 | 68 | |

| | TIME | | |
|---|---|---|---|
| OFF | | $2.00 | |
| ON | | 10.36 | |

BRAKES  LF/RR  RF/RR  LF/RR  RF/RR  (CIRCLE ONE)

TIRES  LF/RR  RF/RR  LF/RR  RF/RR  (CIRCLE ONE)

REAR

TIRE PRESSURE _____ P.S.I.

SET AT _____ P.S.I.

REAR

FRONT

CUSTOMER #:20529
DONNA ROBERTS
DONNA ROBERTS
254 FONDERLAC SE
WARREN, OH 44484
HOME:330-394-9453 BUS:330-743-4507

97159
TECHNICIAN COPY
WORKORDER

PAGE 1

**PRESTON**
*Auto Mall*
CHRYSLER PLYMOUTH JEEP EAGLE DODGE BMW
3843 YOUNGSTOWN RD. WARREN, OHIO 44484
(330) 369-4611

SERVICE ADVISOR: 2116 RICKER,BARRY

| COLOR | YEAR | MAKE/MODEL | | VIN | LICENSE | MILEAGE IN/OUT | TAG |
|-------|------|------------|--|-----|---------|----------------|-----|
| SILVER | 01 | CHRYSLER 300M | | 2C3AE66G81H526861 | | 8706/ 8709 | T737 |
| DEL DATE | PROD. DATE | WARR. EXP. | PROMISED | PO NO. | RATE | PAYMENT | INV. DATE |
| 30OCT2000 | | | 16:00 16AUG01 | | 60.00 | CASH | |
| R.O. OPENED | | READY | | OPTIONS: STK:C10162 1)CERTIFIED MAINT PLAN | | | |
| 16AUG2001 08:07 | | | | 36/36000 2)EXP. 10/30/03 OR 38,975 MILES | | | |

LINE OP CODE   TECH TYPE   DESCRIPTIONS/INSTRUCTIONS
# A            WCP4        "CHECK ENGINE" LIGHT IS ON

*Check Eng Light*                    ABS          ( SOP )
*Large LEAK P0455*
*found Gas CAP OFF*                         DMC   08-14-18-65   0.3

# B            CCP         CHECK TIRE PRESSURES

                                            PDL   08-14 18-05   08

                                            F.C   18

*C*        WCP4      ABS Light on

---

**EXCLUSION OF WARRANTIES**

Any warranties on the parts and accessories sold hereby are made by the manufacturer. The undersigned purchaser understands and agrees that dealer makes no warranties of any kind, express or implied, and disclaims all warranties, including warranties of merchantability or fitness for a particular purpose, with regard to the parts and/or accessories purchased; and that in no event shall dealer be liable for incidental or consequential damages or commercial losses arising out of such purchase. The undersigned purchaser further agrees that the warranties excluded by dealer, include, but are not limited to any warranties that such parts and/or accessories are of merchantable quality or that they will enable any vehicle or any of its systems to perform with reasonable safety, efficiency, or comfort.

**AUTHORIZATION FOR REPAIRS**

I hereby authorize the repair work herein set forth to be done along with the necessary material and agree that you are not responsible for loss or damage to vehicle or articles left in vehicle in case of fire, theft or any other cause beyond your control or for any delays caused by unavailability of parts or delays in parts shipments by the supplier or transporter. I hereby grant you and/or your employees permission to operate the vehicle herein described on streets, highways or elsewhere for the purpose of testing and/or inspection. An express mechanic's lien is hereby acknowledged on above vehicle to secure the amount of repairs thereto. The dealership is not responsible for damages from freezing due to lack of antifreeze.

PRELIMINARY ESTIMATE  $ _____

AUTHORIZED BY  X

| | DATE | TIME | BY |
|--|------|------|-----|
| REVISED ESTIMATE (1) | | | |
| REVISED ESTIMATE (2) | | | |
| REVISED ESTIMATE (3) | | | |

I HEREBY ACKNOWLEDGE THAT I WAS NOTIFIED OF APPROVAL OF THE ABOVE REVISED ESTIMATES.

X

CUSTOMER SIGNATURE



20529                           6w918140w        **PRESTON AUTO MALL**
                                                 CHRYSLER PLYMOUTH JEEP EAGLE DODGE BMW
DONNA ROBERTS                   ACCOUNTING              3843 YOUNGSTOWN RD.
DONNA ROBERTS                                            WARREN, OHIO 44484
254 FONDERLAC SE                                           (330) 369-4611
WARREN, OH 44484                    PAGE 1
HOME: 330-394-9453 BUS: 330-743-4507
                                **SERVICE ADVISOR:** 2026 BARRY RICKER

| COLOR | YEAR | MAKE/MODEL | VIN | LICENSE | MILEAGE IN/ OUT | TAG |
|---|---|---|---|---|---|---|
| SILVER | 01 | CHRYSLER 300M | 2C3AE66G81H526861 | | 4989/4989 | T7570 |

| IN SERVICE DATE | PROD. DATE | WARR. EXP. | PROMISED | PO NO. | RATE | PAYMENT | INV. DATE |
|---|---|---|---|---|---|---|---|
| 30OCT2000 | | | 16:00 15MAR01 | | 60.00 | CMP | 15MAR2001 |

| DATE OF REPAIR | CUSTOMER NOTIFIED DATE | OPTIONS: | STK:C10162 1)CERTIFIED MAINT PLAN |
|---|---|---|---|
| 08:09 15MAR01 | 17:25 15MAR01 | 36/36000 2) | EXP. 10/30/03 OR 38,975 MILES |

| LINE | OPCODE | TECH | TYPE | A/HRS | S/HRS | COST | SALE | COMP | LIST | NET | TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|---|
| A LUBE, OIL AND FILTER | | | | | | | | | | | |
| 110 LUBE, OIL AND FILTER | | | | | | | | | | | |
| | 2085 | CMP | | 0.30 | | 480 | 950 | | | 9.50 | 9.50 |
| 1 5281090 FILTER-ENGINE | | | | | | | | | | | |
| OIL | | | | | | 390 | 729 | 0 | 7.29 | 7.29 | 7.29 |
| 6 OIL VALVOLINE OIL | | | | | | 540 | 810 | 0 | 1.35 | 1.35 | 8.10 |
| B TIRE ROTATION | | | | | | | | | | | |
| F6-M TIRE ROTATION | | | | | | | | | | | |
| | 2085 | CMP | | 0.40 | | 640 | 1595 | | | 15.95 | 15.95 |

```
                        "THANK YOU"
               THE QUALITY PARTS YOU NEED
        THE OUTSTANDING CUSTOMER SERVICE YOU EXPECT
                       ALWAYS AT
                  PRESTON AUTO MALL INC.
                     SERVICE HOURS
         MON THRU FRI 7:30 TO 6:00   SAT 8:00 TO 1:00
```

| ACCOUNT | SALE | COST | CONTROL | ACCOUNT | SALE | COST | CONTROL |
|---|---|---|---|---|---|---|---|
| 46000 | 2545 | 1120 | | 46700 | 1539 | 930 | |
| 32400 | 225 | 0 | | 22020 | 4309 | ****** | 20529 |

COST, SALE, & COMP TOTALS    2050    4084    0

| | | DESCRIPTION | TOTALS |
|---|---|---|---|
| **METHOD OF PAYMENT** | | LABOR AMOUNT | 25.45 |
| | | PARTS AMOUNT | 15.39 |
| | | GAS, OIL, LUBE | 0.00 |
| CASH ☐ | | SUBLET AMOUNT | 0.00 |
| | | MISC. CHARGES | 0.00 |
| CREDIT CARD ☐ | | TOTAL CHARGES | 40.84 |
| CHECK ☐ NO. | | LESS ADJ / DIS | 0.00 |
| | | SALES TAX | 2.25 |
| OTHER ☐ | | PLEASE PAY THIS AMOUNT | 43.09 |

FILE COPY

CUSTOMER #:20529
DONNA ROBERTS
DONNA ROBERTS
254 FONDERLAC SE
WARREN, OH 44484
HOME:330-394-9493 BUS:330-743-4517

91814
TECHNICIAN COPY
WORKORDER
PAGE 1

**PRESTON**
*Auto Mall*
CHRYSLER PLYMOUTH JEEP EAGLE DODGE RAM

SERVICE ADVISOR:

| COLOR | YEAR | MAKE MODEL | VIN | LICENSE | MILEAGE IN OUT | TAG |
|-------|------|------------|-----|---------|----------------|-----|
| SILVER | 01 | CHRYSLER 300M | 2C3AE66G31H528861 | | 4993 | |

| DEL DATE | PROD. DATE | WARR. EXP. | PROMISED | PO NO. | RATE | PAYMENT | INV. DATE |
|----------|------------|-----------|----------|--------|------|---------|-----------|
| 30OCT2000 | | | 16:00 15MAR01 | | 60.00 | CASH | |

R.O. OPENED    READY    OPTIONS: SPK:C10182 1)CERTIFIED MAINT PLAN
36/36000 2)EXP. 10/30/03 OR 36,375 MILES
15MAR2001 16:09

LINE OP CODE    TECH TYPE    DESCRIPTIONS/INSTRUCTIONS
# A 110                      LUBE, OIL AND FILTER



# B  F6-M                    TIRE ROTATION

EXCLUSION OF WARRANTIES
Any warranties of the parts and accessories sold hereby are made by the manufacturer. The undersigned purchaser understands and agrees that dealer makes no warranties of any kind, express or implied and disclaims all warranties including warranties of merchantability, or fitness for a particular purpose, with regard to the parts and/or accessories purchased, and that in no event shall dealer be liable for incidental or consequential damages or commercial losses arising out of such purchase. The undersigned purchaser further agrees that the warranties excluded by dealer include, but are not limited to any warranties that such parts and/or accessories are of merchantable quality, or that they will enable any vehicle or any of its systems to perform with reasonable safety, efficiency, or comfort.

AUTHORIZATION FOR REPAIRS
I hereby authorize the repair work herein set forth to be done along with the necessary material and agree that you are not responsible for loss or damage to vehicle or articles left in vehicle in case of fire, theft or any other cause beyond your control, or for any delay caused by unavailability of parts or delays in parts shipments by the supplier or transporter. I hereby grant you and/or your employees permission to operate the vehicle herein described on streets, highways or elsewhere for the purpose of testing and/or inspection. An express mechanic lien is hereby acknowledged on above vehicle to secure the amount of repairs thereto. The dealership is not responsible for damages from freezing due to lack of antifreeze.

PRELIMINARY ESTIMATE $

AUTHORIZED BY  X

| | DATE | TIME | BY |
|---|------|------|-----|
| REVISED ESTIMATE 1 | | | |
| REVISED ESTIMATE 2 | | | |
| REVISED ESTIMATE 3 | | | |

PARTS

| QTY. | PART # | QTY. | PART # |
|------|--------|------|--------|

MECHANIC'S NAME & NUMBER  A

CAUSE: R+D  Lube oil & filter

REMEDY:

MECHANIC'S NAME & NUMBER  B

CAUSE: Diag Front Rotation

REMEDY: F T R

MECHANIC'S NAME & NUMBER  C

CAUSE:

REMEDY:

MECHANIC'S NAME & NUMBER  D

CAUSE:

REMEDY:

FLAGS

FLAG

FLAG

FLAG

| | ON | OFF | ON | OFF | ON | OFF | ON | OFF | ON | OFF | ON | OFF |
|--|----|-----|----|-----|----|-----|----|-----|----|-----|----|-----|

COMPONENT I.D. NO.

ENGINE

TRANS

REAR

TIRE PRESSURE

SET AT ____ P.S.I.

STATE INSPECTION EXPIRATION ____ MONTH ____ YEAR

STICKER #

OLD MILEAGE

NEW MILEAGE

BRAKES    LF/FR    RT/FR    LF/RR    RT/RR
(CIRCLE ONE)

TIRES    LF/FR    RT/FR    LF/RR    RT/RR
(CIRCLE ONE)

TIME (HRS.)    FLAT RATE PRICE    R.O. NO. 9814

OFF RM 10 8 10
ON RM 8 27

07 85

REAR

FRONT

ENTERED OCT 3 1 2000

# PRESTON

Nobody Sells for Less

**PRESTON AUTO MALL**

(330) 369-4611

3843 Youngstown Road

WARREN, OHIO 44484

I hereby authorize the repair work herein set forth to be done along with the necessary material and agree that you are not responsible for loss or damage to vehicle or articles left in vehicle in case of fire, theft or any other cause beyond your control or for any delays caused by unavailability of parts or delays in parts shipments by the supplier or transporter. I hereby grant you and/or your employees permission to operate the vehicle herein described on streets, highways or elsewhere for the purpose of testing and/or inspection. An express mechanic's lien is hereby acknowledged on above vehicle to secure the amount of repairs thereto.

In the event that you, the customer, authorize commencement or completion of a repair or service, a charge will be imposed for disassembly, or partially completed work. Should you decline to authorize completion of the actual work, such charge will be directly related to the actual amount of labor or parts involved in the inspection, repair or service.

I HAVE THE RIGHT TO AN ESTIMATE OF THE EXPECTED COST OF REPAIRS OR SERVICES.

WRITTEN ESTIMATE

ORAL ESTIMATE

I DO NOT REQUEST AN ESTIMATE

INITIAL YOUR CHOICE

LBS. GREASE @

QTS. OIL @

GALS. GAS @

ORIGINAL ESTIMATE

REVISED ESTIMATE

DISCLAIMER OF WARRANTIES
The seller hereby expressly disclaims all warranties, either expressed or implied, including any implied warranty of merchantability or fitness for a particular purpose, and neither assumes nor authorizes any other person to assume for it any liability in connection with the sale of said products.

VEH. DEL.

RENTAL

STATE INSPECTION INFORMATION

TIRES
LF
RF
LR
RR

WHEELS PULLED
LF
RF
LR
RR

EMP NO

STATE INS. REPAIRS

EMPLOYEE NO / STICKER #

[A] COMPLAINT -
CAUSE -
CORRECTION -

[B] COMPLAINT -
CAUSE -
CORRECTION -

[C] COMPLAINT -
CAUSE -
CORRECTION -

[D] COMPLAINT -
CAUSE -
CORRECTION -

[E] COMPLAINT -
CAUSE -
CORRECTION -

OLD MILEAGE

MECHANICS FINDINGS AND REMARKS

SIGNATURE

FLAG

FLAG

TIME CLOCK

| FLAT RATE TIME (HRS) | R. O. NO. | FLAT RATE PRICE | TIME | | |
|---|---|---|---|---|---|
| | 2739 OPER NO 20345 | 10 00 | OFF 10 20 00 ON | | |
| STRAIGHT TIME (HRS) | R. O. NO. 2035 EMP NO 2 | FLAT RATE PRICE 17 00 | OFF 10 30 00 ON | | |

WPR

ON OFF



6w877480w

ACCOUNTING

**PRESTON AUTO MALL**
CHRYSLER PLYMOUTH JEEP EAGLE DODGE BMW
3843 YOUNGSTOWN RD.
WARREN, OHIO 44484
(330) 369-4611

PAGE 1

HOME:                    BUS:

SERVICE ADVISOR:  2079 ROBERT A JONES

| COLOR | YEAR | MAKE/MODEL | VIN | LICENSE | MILEAGE IN/ OUT | TAG |
|-------|------|------------|-----|---------|-----------------|-----|
| SILVER | 01 | CHRYSLER 300M | 2C3AE66G81H526861 | | 1500/1500 | |

| IN SERVICE DATE | PROD. DATE | WARR. EXP. | PROMISED | PO NO. | RATE | PAYMENT | INV. DATE |
|-----------------|-----------|-----------|----------|--------|------|---------|-----------|
| | | | 16:00 30OCT00 | | 58.00 | CASH | 30OCT2000 |

| DATE OF REPAIR | CUSTOMER NOTIFIED DATE | OPTIONS: STK:C10162 |
|----------------|------------------------|---------------------|
| 15:23 30OCT00 | 16:11 30OCT00 | |

| LINE | OPCODE TECH TYPE | A/HRS | S/HRS | COST | SALE | COMP | LIST | NET | TOTAL |
|------|------------------|-------|-------|------|------|------|------|-----|-------|
| A | LUBE, OIL AND FILTER | | | | | | | | |
| | 110 LUBE, OIL AND FILTER | | | | | | | | |
| | 2056 BACH, PATRICK LIC#: 9198 | | | | | | | | |
| | INC | 0.30 | | 540 | 950 | | | 9.50 | 9.50 |
| | 1 5281090 FILTER-ENGINE | | | | | | | | |
| | OIL | | | 390 | 650 | 0 | 6.50 | 6.50 | 6.50 |
| | 6 OIL VALVOLINE OIL | | | 540 | 810 | 0 | 1.35 | 1.35 | 8.10 |

"THANK YOU"
THE QUALITY PARTS YOU NEED
THE OUTSTANDING CUSTOMER SERVICE YOU EXPECT
ALWAYS AT
PRESTON AUTO MALL INC.
SERVICE HOURS
MON THRU FRI 7:30 TO 6:00    SAT 8:00 TO 1:00

| ACCOUNT | SALE | COST | CONTROL | ACCOUNT | SALE | COST | CONTROL |
|---------|------|------|---------|---------|------|------|---------|
| 46300 | 950 | 540 | | 48100 | 650 | 390 | |
| 49100 | 810 | 540 | | 23100 | 2410 | ****** | C10162 |

| COST, SALE, & COMP TOTALS | 1470 | 2410 | 0 |
|---------------------------|------|------|---|

**METHOD OF PAYMENT**

CASH ☐

CREDIT CARD ☐

CHECK ☐ NO. _____

OTHER ☐

| DESCRIPTION | TOTALS |
|-------------|--------|
| LABOR AMOUNT | 0.00 |
| PARTS AMOUNT | 0.00 |
| GAS, OIL, LUBE | 0.00 |
| SUBLET AMOUNT | 0.00 |
| MISC. CHARGES | 0.00 |
| TOTAL CHARGES | 0.00 |
| LESS ADJ / DIS | 0.00 |
| SALES TAX | 0.00 |
| PLEASE PAY THIS AMOUNT | 0.00 |

FILE COPY

CUSTOMER #:

*Closed*

8 7 7 4 8
TECHNICIAN COPY
WORKORDER

PAGE 1

**PRESTON**
*Auto Mall*
CHRYSLER PLYMOUTH JEEP EAGLE DODGE BMW
3843 YOUNGSTOWN RD. WARREN, OHIO 44484
(330) 369-4611

HOME:               BUS:

SERVICE ADVISOR: 2079  JONES,ROBERT A

| COLOR | YEAR | MAKE/MODEL | VIN | LICENSE | MILEAGE IN/ OUT | TAG |
|-------|------|------------|-----|---------|-----------------|-----|
| SILVER | 01 | CHRYSLER 300M | 2C3AE66G81H526861 | | 1500/ | |

| DEL DATE | PROD. DATE | WARR. EXP. | PROMISED | PO NO. | RATE | PAYMENT | INV. DATE |
|----------|------------|------------|----------|--------|------|---------|-----------|
| | | | 16:00 30OCT00 | | 58.00 | CASH | |

| R.O. OPENED | READY | OPTIONS:  STK:C10162 | | |
|-------------|-------|-----|-----|-----|
| 30OCT2000 15:23 | | | | |

LINE OP CODE  TECH TYPE  DESCRIPTIONS/INSTRUCTIONS
# A  110        56    INC   LUBE, OIL AND FILTER

*LOF -40°*
*CK. TRES*

*Veh in Detail*

### EXCLUSION OF WARRANTIES

Any warranties on the parts and accessories sold hereby are made by the manufacturer. The undersigned purchaser understands and agrees that dealer makes no warranties of any kind, express or implied, and disclaims all warranties, including warranties of merchantability or fitness for a particular purpose, with regard to the parts and/or accessories purchased, and that in no event shall dealer be liable for incidental or consequential damages or commercial losses arising out of such purchase. The undersigned purchaser further agrees that the warranties excluded by dealer include but are not limited to any warranties that such parts and/or accessories are of merchantable quality, or that they will enable any vehicle or any of its systems to perform with reasonable safety, efficiency or comfort.

### AUTHORIZATION FOR REPAIRS

I hereby authorize the repair work herein set forth to be done along with the necessary material and agree that you are not responsible for loss or damage to vehicle or articles left in vehicle in case of fire, theft or any other cause beyond your control or for any delays caused by unavailability of parts or delays in parts shipments by the supplier or transporter. I hereby grant you and/or your employees permission to operate the vehicle herein described on streets, highways or elsewhere for the purpose of testing and/or inspection. An express mechanic's lien is hereby acknowledged on above vehicle to secure the amount of repairs thereto. The dealership is not responsible for damages from freezing due to lack of antifreeze.

PRELIMINARY ESTIMATE _____

AUTHORIZED BY  X

| REVISED ESTIMATE (1) | DATE | TIME | BY |
|----------------------|------|------|-----|
| REVISED ESTIMATE (2) | | | |
| REVISED ESTIMATE (3) | | | |

I HEREBY ACKNOWLEDGE THAT I WAS NOTIFIED & GAVE MY APPROVAL OF THE ABOVE REVISED ESTIMATES.

X

CUSTOMER SIGNATURE

## PARTS

| QTY. | PART # | QTY. | PART # |
|------|--------|------|--------|

### MECHANIC'S NAME & NUMBER

**A**

CAUSE:

REMEDY:

### MECHANIC'S NAME & NUMBER

**B**

CAUSE:

REMEDY:

### MECHANIC'S NAME & NUMBER

**C**

CAUSE:

REMEDY:

### MECHANIC'S NAME & NUMBER

CAUSE:

REMEDY:

FLAGS

FLAG

FLAG

FLAG

FLAG

STRAIGHT TIME (HRS.) | FLAT RATE PRICE | R.O. NO. | EMP. NO. | OPER. NO. | TIME OFF | TIME ON

0 3 | | 8 2 2 4 8 | S6 | NCO | BJ

ON OFF ON OFF ON OFF ON OFF ON OFF ON OFF ON OFF ON OFF ON OFF ON OFF ON OFF

COMPONENT I.D. NO.

STATE INSPECTION EXPIRATION _____ MONTH _____ YEAR

STICKER #

OLD MILEAGE

NEW MILEAGE

ENGINE

TRANS

REAR

BRAKES   LF/FR   RF/FR   LF/FR   RF/FR
(CIRCLE ONE)

TIRES   LF/FR   RF/FR   LF/FR   RF/FR
(CIRCLE ONE)

TIRE PRESSURE

SET AT _____ P.S.I.

REAR

FRONT

01 300M | 1H520801 | 9/1/00

VEH. DEL. ☐ RENTAL ☐

...hereby authorize the repair work herein set forth to be done along with the necessary material and agree that you are not responsible for loss or damage to vehicle or articles left in vehicle in case of fire, theft or any other cause beyond your control or for any delays caused by ... parts or delays in part shipments by the supplier or transporter. I hereby give you and your employees permission to operate the vehicle herein described on streets, highways or elsewhere for the purpose of testing and/or inspection. An express mechanic's lien is hereby acknowledged on above vehicle to secure the amount of repairs ... to.

CUSTOMER'S SIGNATURE

PAYMENT METHOD | AUTHORIZED BY | CUSTOMER P.O. NO.

STOCK NO. | SERVICE ADVISOR | PROM | DELY | EXP

APPOINTMENT ☐ | CALL WHEN READY ☐ | SAVE PARTS ☐ | PROMO | SOLD BY | VEH. TYPE

MI | MFG. WARR. ☐ | EXT. WARR. ☐ | IN SVC. DATE

RES | BUS | BILL TO | OPERATOR | CONTACT | INS. CO. | POLICY NO. | EXP.

SHOW LINE CODE (A-E) RELATING ALL PARTS TO F.C.

| COST | QTY | PART NO. | DESCRIPTION | SALE |
|---|---|---|---|---|
| [redacted] | | | | |

| CC | OPERATION | UNITS | FC | CC | INSTRUCTIONS | LABOR |
|---|---|---|---|---|---|---|
| | | | | | A/C P/P | 100.00 |
| | | | | | Stock # C1016? | |

ENTERED SEP - 7 2000

AUTHORIZATION CODE

| SPEC. ORDER PARTS DATE | SPEC. ORD. PARTS ORDER NO. | ORDERED BY |
|---|---|---|
| | | |

GALS. GAS @

QTS. OIL @

LBS. GREASE @

**YOU HAVE THE RIGHT TO AN ESTIMATE OF THE EXPECTED COST OF REPAIRS OR SERVICES.**

INITIAL YOUR CHOICE

WRITTEN ESTIMATE | ORAL ESTIMATE | I DO NOT REQUEST AN ESTIMATE

In the event that you, the customer, authorize commencement but do not authorize completion of a repair or service, a charge will be imposed for disassembly, or partially completed work. Such charge will be directly related to the actual amount of labor or parts involved in the inspection, repair or service.

| | PARTS | LABOR | TOTAL |
|---|---|---|---|
| ORIGINAL ESTIMATE | | | |
| REVISED ESTIMATE | | | |

REV. EST. AUTH. BY | DATE

EMPLOYEE REC. AUTH. | TIME

DISCLAIMER OF WARRANTIES

The seller, hereby expressly disclaims all warranties, either expressed or implied, including any implied warranty of merchantability or fitness for a particular purpose, and neither assumes nor authorizes any other person to assume for it any liability in connection with the sale of said products.

PRESTON

Nobody Sells for Less

**PRESTON AUTO MALL**

(330) 369-4611

3843 Youngstown Road

WARREN, OHIO 44484

FLAT RATE HOUR $ PER. HR. | ACCESS CODE

BILL TO CUSTOMER NO. | R.O. CROSS REF.

STATE INSPECTION INFORMATION

TIRES

| LF | RF | LR | RR |

STICKER #

WHEELS PULLED

| LF | RF | LR | RR |

EMP NO.

OLD MILEAGE

MECHANICS FINDINGS AND REMARKS

Done Jimk

SIGNATURE

STATE INS. REPAIRS

A) COMPLAINT -
CAUSE -

B) COMPLAINT -
CAUSE -
CORRECTION -

C) COMPLAINT -
CAUSE -
CORRECTION -

D) COMPLAINT -
CAUSE -
CORRECTION -

E) COMPLAINT -
CAUSE -
CORRECTION -

CORRECTION -

FLAG

FLAG

WPR   WPR   WPR   WPR   WPR

TIME CLOCK

ON   OFF   ON   OFF   ON   OFF   ON   OFF   ON   OFF   ON   OFF   ON   OFF   ON   OFF   ON   OFF   ON   OFF



6w858560w

ACCOUNTING

**PRESTON AUTO MALL**
CHRYSLER PLYMOUTH JEEP EAGLE DODGE BMW
3843 YOUNGSTOWN RD.
WARREN, OHIO 44484
(330) 369-4611

PAGE 1

HOME:                    BUS:

SERVICE ADVISOR:  2079 ROBERT A JONES

| COLOR | YEAR | MAKE/MODEL | VIN | LICENSE | MILEAGE IN/ OUT | TAG |
|-------|------|------------|-----|---------|-----------------|-----|
| SILVER | 01 | CHRYSLER 300M | 2C3AE66G81H526861 | | / 2/5 | |

| IN SERVICE DATE | PROD. DATE | WARR. EXP. | PROMISED | PO NO. | RATE | PAYMENT | INV. DATE |
|-----------------|-----------|------------|----------|--------|------|---------|-----------|
| | | | 16:00 01SEP00 | | 58.00 | CASH | 01SEP2000 |

| DATE OF REPAIR | CUSTOMER NOTIFIED DATE | OPTIONS: STK:C10162 |
|----------------|------------------------|---------------------|
| 10:59 01SEP00 | 12:22 01SEP00 | |

LINE OPCODE TECH TYPE A/HRS S/HRS    COST    SALE   COMP    LIST      NET     TOTAL
A PRE DELIVERY INSPECTION
    PDI PRE DELIVERY INSPECTION
      2059 TURNER, BRIAN LIC#: 5449
           INCR     1.40   1750    7546                      75.46    75.46
                                  "THANK YOU"
                     THE QUALITY PARTS YOU NEED
               THE OUTSTANDING CUSTOMER SERVICE YOU EXPECT
                            ALWAYS AT
                     PRESTON AUTO MALL INC.
                        SERVICE HOURS
             MON THRU FRI 7:30 TO 6:00  SAT 8:00 TO 1:00

ACCOUNT    SALE    COST    CONTROL    ACCOUNT    SALE    COST       CONTROL
46400      7546    1750               26300      7546    *******    1H526861

     COST, SALE, & COMP TOTALS    1750    7546    0

| | DESCRIPTION | TOTALS |
|---|---|---|
| **METHOD OF PAYMENT** | LABOR AMOUNT | 0.00 |
| | PARTS AMOUNT | 0.00 |
| | GAS, OIL, LUBE | 0.00 |
| CASH ☐ | SUBLET AMOUNT | 0.00 |
| | MISC. CHARGES | 0.00 |
| CREDIT CARD ☐ | TOTAL CHARGES | 0.00 |
| CHECK ☐ NO. | LESS ADJ / DIS | 0.00 |
| | SALES TAX | |
| OTHER ☐ | PLEASE PAY THIS AMOUNT | 0.00 |

FILE COPY

85856
TECHNICIAN COPY
WORKORDER

PRESTON
*Auto Mall*

CHRYSLER PLYMOUTH JEEP EAGLE DODGE BMW

CUSTOMER #:

HOME:              BUS:

SERVICE ADVISOR

| COLOR | YEAR | MAKE MODEL | VIN | LICENSE | MILEAGE |
|-------|------|-----------|-----|---------|---------|

| DEL DATE | PROD. DATE | WARR. EXP | PROMISED | | |

| R.O. OPENED | READY | OPTIONS |

**LINE OP CODE   TECH TYPE   DESCRIPTIONS INSTRUCTIONS**

# A  PDI          TMCR    PRE DELIVERY INSPECTION

654    *Did preform PDI*

**EXCLUSION OF WARRANTIES**

**AUTHORIZATION FOR REPAIRS**

PRELIMINARY ESTIMATE $

| AUTHORIZED BY | DATE | TIME | BY |
|---------------|------|------|-----|
| REVISED ESTIMATE (1) | | | |
| REVISED ESTIMATE (2) | | | |
| REVISED ESTIMATE (3) | | | |

PARTS

| QTY. | PART # | | QTY. | PART # |
|------|--------|--|------|--------|

**A**

MECHANIC'S NAME & NUMBER

CAUSE:

REMEDY:

**B**

MECHANIC'S NAME & NUMBER

CAUSE:

REMEDY:

**C**

MECHANIC'S NAME & NUMBER

CAUSE:

REMEDY:

**D**

MECHANIC'S NAME & NUMBER

CAUSE:

REMEDY:

FLAGS

| STRAIGHT TIME (HRS.) | FLAT RATE PRICE | R.O. NO. | TIME | OFF | ON |
|---|---|---|---|---|---|
| 1 | 4 | 25852 | | | |

FLAG

FLAG

FLAG

COMPONENT I.D. NO.

ENGINE

TRANS

REAR

STATE INSPECTION EXPIRATION ___ MONTH ___ YEAR

STICKER # ___

OLD MILEAGE ___

NEW MILEAGE ___

BRAKES  LF/RF  RT/RF  LF/RR  RT/RR
(CIRCLE ONE)

TIRES  LF/RF  RT/RF  LF/RR  RT/RR
(CIRCLE ONE)

TIRE PRESSURE

SET AT

C10162

DAIMLERCHRYSLER MOTORS CORPORATION  INVOICE

8202-A

| PLANT | ZONE | DEALER | VEHICLE ID NO. | INVOICE NO. | INVOICE DT |
|-------|------|--------|----------------|-------------|------------|
| BRAMALEA | 43 | 68662 | 2C3AE66G81H526861 | 1-LHY-60012636 | 08/29/00 |

SHIP  PRESTON CHRYSLER PLYMOUTH
TO:   3843 YOUNGSTOWN ROAD SE
      WARREN          OH 44484-

IGN KEY    M1299
TRK KEY      1299
ACC KEY      1203

SOLD  PRESTON CHRYSLER PLYMOUTH
TO:   3843 YOUNGSTOWN ROAD SE
      WARREN          OH 44484-

9126-01-8129

SHIPPING WT. 3512

PAID FOR BY:  SKY BANK
    CREDIT SALE    XX  CASH SALE

SAE HP     34.3
000-041211-00

| BODY & EQUIP. | DESCRIPTION | FACTORY WHOLESALE PRICE |
|---------------|-------------|-------------------------|
| LHYS41 | Chrysler 300M 4-Door Sedan | 27,066.00 |
| PS2 | Bright Silver Metallic Clear Coat | |
| NLDV | Seats - Prem Leather Trimmed Bucket | NO CHARGE |
| ADE | Cold Weather Group | 27.00 |
| AFF | Luxury Group | 463.00 |
| ARF | Radio-Cass/4 CD/Amp,11 Infinity Spkr | 458.00 |
| AWS | Smoker's Group | 18.00 |
| CGS | Air Bags - Side, Supplemental | 312.00 |
| DGX | Transmission - 4-Speed Automatic | NO CHARGE |
| EGG | Engine - 3.5L High Output V6 24V MPI | NO CHARGE |
| GWA | Moonroof - Power | 797.00 |
| NAS | Emissions - U.S. 50 State | NO CHARGE |
| WF7 | Wheels - 17" Aluminum, Chrome | 668.00 |
| YDH | DaimlerChrysler Owner Loyalty Mail | 20.00 |
| YGC | 7  Additional Gallons Of Gas | 9.00 |
| 2DM | Customer Preferred Package 2DM | |
| 26M | Customer Preferred Package 26M | |
| 3V2 | Customer Preferred Discount | |
| G35 | CPJ DAA WEST, INC. EBPF | 180.00 |
| P35 | CPJDAA WEST, INC. DAA | 150.00 |
| 310 | DESTINATION CHARGE | 630.00 |
| | HB 97900 | |

MDH #    082903
EP       29119

MSRP RETAIL TOTAL        33,250.00        TOTAL  30,798.00
                                          ORIGINAL INVOICE

THIS VEHICLE IS MANUFACTURED TO MEET SPECIFIC UNITED STATES
REQUIREMENTS. THIS VEHICLE IS NOT MANUFACTURED FOR SALE OR
REGISTRATION OUTSIDE OF THE UNITED STATES.

# VEHICLE SHIPPING ORDER

LHY–60012636

**POINT OF ORIGIN:** BRAMPTON, ONTARIO, CANADA

COPY 1 – ORIGIN CARRIER
COPY 2 – REMAIN WITH VEHICLE

| DaimlerChrysler Canada Inc. |
| --- |

**ROUTE KING:**

**V.I.N.:**

## 2C3AE66G81H526861



**V.O.N.:** 60012636

**SOLD TO DEALER CODE:** 43  68662

**DATE:**

082900

**SHIPPERS WEIGHT:** 3512 lbs.
1594 kg.

**MERL:**

# SHIPPING INSTRUCTIONS

| DEALER CODE | DEALER ADDRESS | ROUTE DESCRIPTION | ROUTE CODE |
| --- | --- | --- | --- |

68662

PRESTON CHRYSLER PLYMOUTH
3843 YOUNGSTOWN ROAD SE
WARREN          OH  44484–2895

(AUHL) BRAMALEA ON TO W SENECA NY (ALZS) TO
EAST OH, WEST PA DEALER

THIS SHIPMENT

**H8L**



# VEHICLE DESCRIPTION

**MODEL:** Chrysler 300M 4–Door Sedan

**COLOR:** Bright Silver Metallic Clear Coat

| | |
| --- | --- |
| AJF | TWO (2) KEYLESS ENTRIES***LOOSE*** |
| CKR | CARGO NET***LOOSE*** |
| GXR | KEYLESS ENTRY***LOOSE*** |
| MDA | BRACKET – FT. LICENSE PLATE***LOOSE*** |
| CGD | SHOULDER BELTS – FRONT HEIGHT ADJUST |
| CSG | SEAT – REAR, FOLD DOWN LOCKING |
| CSL | SEAT – RR ARMREST W/STORAGE,CUPHOLDER |
| RDL | ANTENNA – INTEGRATED IN REAR WINDOW |
| RDW | CD CHANGER – 4 DISC IN DASH |
| WF7 | WHEELS – 17" ALUMINUM, CHROME |
| XVM | OWNER'S MANUAL |
| YGC | 7  ADDITIONAL GALLONS OF GAS |
| GNZ | MIRROR – EXT DRIVER AUTO DAY/NIGHT |
| LNJ | FOG LAMPS |

| | |
| --- | --- |
| AWS | SMOKER'S GROUP***LOOSE*** |
| CLE | FLOOR MATS–FRONT&REAR***LOOSE*** |
| JJA | LIGHTER – CIGAR***LOOSE*** |
| ARF | CHR/INFTY I W/CASS & CD CHANGER PACKAGE |
| CKM | CARGO COMPARTMENT DRESS–UP |
| CSJ | SEAT – REAR HEADREST, 2 WAY |
| RBB | RADIO – AM/FM CASS, CHANGER CONTROLS |
| RDS | AMPLIFIER – 360 WATT |
| TBC | SPARE TIRE – COMPACT |
| XGD | GARAGE DOOR OPENER – UNIVRS |
| XVT | VIDEOTAPE |
| GNT | MIRROR – AUTO DAY/NIGHT |
| GXX | SENTRY KEY THEFT DETERRENT SYSTEM |
| GWA | SUNROOF – POWER |

**BAY:** *D20*

**BY:**

**REC'D:**

Exhibit 400
253 Washington



**Supreme Court of Ohio**
**Case No. 03-0137**
**Date Rec'd 7/9/03**

WARRANTY DEED B-01-642



Instr:200107160026542     07/16/2001
P:1 of 2      F:$14.00      2:31PM
Diana Marchese           T20010024069
Trumbull County Recorder  BXBAUMAN L

## *Know all Men by these Presents*

### William Howard Dennis Jr. and Mary M. Dennis,
#### (marital status)
### Husband and Wife

for valuable consideration paid, grant(s) with covenants to:

### Donna Roberts,
### Grantee(s),

whose tax mailing address is: 253 Washington
Warren, Ohio 44483,

STATE OF OHIO, TRUMBULL COUNTY
THIS IS TO CERTIFY THAT THE WITHIN IS **A TRUE AND CORRECT COPY** OF A DOCUMENT AS RECORDED IN THIS OFFICE.
IN TESTIMONY WHEREIN HEREUNTO SUBSCRIBED MY NAME AND OFFICIAL SEAL November 4, 2002
_____ March , RECORDER
INST. # 200107160026542
BY: Frederick A Moore, Chief Recorder

the following described **REAL PROPERTY**:

Situated in the City of Warren, County of Trumbull, and State of Ohio; and known as Lot Number Ninety-three (93) in the Perkins 4th Addition of said addition being recorded in Trumbull County Records of Maps, Vol. 5, Page 20, and furthermore known as being part of original Lot Number twenty-one (21) in Warren Township and situated on East Washington Avenue in said City.

Bounded: Commencing at a point on the northerly line of Washington Avenue; one hundred and sixty three and two third (16.-2/3) feet easterly from the east line of Mercer Street ,thence northerly from said Washington Avenue and parallel to said Mercer Street, one hundred ninety eight (198) feet to a point; thence easterly parallel to said  Washington Avenue forty-five  (45) feet to a point, thence southerly parallel to said Mercer Street, one hundred and ninety eight (198) feet to the northerly line of Washington Avenue, thence westerly along the northerly line of said Washington Avenue, forty five (45) feet to the place of beginning.

Said lot has a frontage of forty five (45) feet on the north side of Washington Street, N. E., and is one hundred ninety eight (198) feet deep, and is known as house number 253 and 255 Washington Street, N. E., and is subject to and including all the right, title and interest in and to that certain joint drive-way over the west part of said lot number ninety three (93) and the east part of lot number ninety four (94) in said addition.

Prior Instrument Reference: Volume 1051-341
Parcel Number:  39-104655

REAL PROPERTY TRANSFER TAX
TRANSFERRED AND **PAID**

50

JUL 16 2001

In the Amount Of  190 00

David A. Hines, Trumbull County Auditor

Jackson Apx. Vol. 25
Page 116

**STATE'S EXHIBIT**
**400 A**