Monday Dec. 3   2.45 PM

STATE'S
EXHIBIT
271-D-1

Dear Nate,

I received your beautiful love letter today and it was warm & beautiful. I appreciate the fact that you can't wait to make love to me & how you are concerned with making me feel as good as you can. And of course that's what's always fore-most in my mind - to make you feel as good as I can.

Nate, I don't want you to change your habits or lifestyle because of me. I don't want you to give up any man's or woman's friendship to be with me. I don't exactly know what you mean when you refer to your female friends. Are these women whom you have had relationships with & parted ways but remain friends? I find it hard to believe that these women are just "friends." Let's be realistic, shall we?

I told you more than once before Nate, that I will not accept or tolerate you being unfaithful. I absolutely will not share you or your love. No. I will not. And if you are still that young black man who feels he must hit on everything walking & just different women for the fun of it, well, we have no future together. And you can't imagine how it makes me feel to picture you putting on the charm & picking up females or being intimate with them. I thought kissing was reserved for the one you love. I thought you were ready to settle down but obviously you

have been collecting names + phone numbers of alot of different women. I can only assume why. We know why. And while you're hitting on them I just don't exist - right? You're not thinking about me then, are you? No. You are taking away from me what is mine - you. Tell me - how would you feel if I had men's names + numbers? You wouldn't like that one bit. And you'd wonder — WHY? Why would I have a man's name + number? What did we talk about while I was getting? this name + number? We both know, don't we? And please - don't even tell me those girls names belonged to your dudes. I did what you suggested I could one. Yes - she remembered Nate - the black guy with some teeth missing. You hit on her until she wrote her name + number for you. You told her you were all alone + looking for the right woman in your life. That was 8/5. Now how should I feel + what should I think? If a man told you that about me - what then?

If you want a variety of pussy - you are not ready for me. And if that is your way of life then you'll never be the man for me. The choice is up to you. And did you ever hear — Where there's smoke, there's fire. And lately there's been alot of smoke around you. I will not be your mother & I will not be a police man. I will not live wondering who you are with every time you leave the house. No, I will not live like that. Never. I would rather be alone the rest of my

If you need the blessing of all how many women you can fuck — no. Absolutely not. What is this thing with young black men anyway? Why are they always fucking up + ruining their lives by cheating on their women? It's no wonder they can never settle down + accomplish anything. It's a real loser category. Moving from woman to woman — making babies moving on. What the hell is that all about? Is it worth it? I don'N think so. And I never want to hear shit like I hear about your brother being in your Mom's driveway fucking someone in the car. That's bullshit. And totally unacceptable. If you have that desire to get other women, you don'N really love me, you love yourself. But you don'N respect yourself. And I am never going to accept lies + sneaking. We did that - remember? We were guilty. We can'N do it to each other.

So you have a choice to make + you'd better think about it real seriously because I'm not kidding + I will not accept one more fuck-up. that's a promise. I let you get away with actual love letters - now it's names + numbers. When's it gonna end? Is it gonna end?

You decide + let me know so we can both get on with our lives. I find it interesting that our only problems we've ever had revolve around other women. Is this a sign of the future? I sure hope not. I have been thru enough pain + misery already with of this + I've just had enough Nate, — too much

You know why? Loving you has become a real painful experience Nate. I mean it. I have never felt such heartache. I hope that's all a thing of the past. What do you think? Can you promise me that it is?

Nate, I wonder - how can I believe you & trust you again? I had just started to rebuild what was torn down & it's down again. What shall I do now? There has to be trust Nate. Has to be. It won'N work without it. You have me doubting my own judgment now & I feel very confused. I want it all to be right again. Well I can'N say again because it wasn'N right at all with all the bullshit going on. But I didn'N know that, did I?

So what's going to happen? This time? How long after you fuck me will you want some different pussy? A week? A month? A day?

I think you'd better think about it all real hard. Maybe you still need that freedom & still want to roam from one female to the next. It's hard to believe that if that's your nature, you will ever be able to stop or change.

And if you decide to be a one woman man, well then we'll see what happens. From what I've seen & found out lately that might not be an easy thing for you to do, Nate. It just all depends what's most important to you in your life. It's a matter of choice. I have offered you your freedom before & I'll do it again. You can come out of there 100% free & do your thing & when you grow up & get tired of fucking everybody you meet - maybe I'll still be around and maybe I won't.

I always knew the rules of the game. And I abided by them. You always knew I was 100% faithful to you. It would make my life wonderful if I could believe the same about you. Can you see me kissing another man? Can you picture me holding on to another man's naked body pulling him into me? Can you imagine me sucking another man's dick? Can you even imagine me hitting on a guy & giving him my name & number for any reason? How does it make you feel when you think of these situations – pretty bad & pretty mad, huh? Well, imagine how the gentle heart of the woman who loves you must feel imagining you with another woman.

I'm sure all my talking isn't going to change anything. But you have to know how I feel about something so important now. Later would be too late.

Well, Nate, you think about it all real hard okay. You decide what is most important to you & what your priorities are.

You know I do love you.
Only you.

Always,
Donna Marie

E-ADM-123 (REV 3.92)

**Greyhound Lines, Inc.**

Box 1483
WARREN, OHIO 44483

12-03-01

YOUNGSTOWN OH 445 DCR1 21 08 12/03/01

34 USA

NATHANIEL E. JACKSON 399469
LOR CI
2075 SOUTH AVON BELDON ROAD
GRAFTON, OHIO 44044   HPD Case 01-078868
Item #26 - 1

44044-74555 55

## IMMEDIATE ACTION!

ISN'T IT A MIRACLE  THAT
I FOUND OUT THE TRUTH
JUST IN TIME?
IT IS

STATE'S
EXHIBIT
271·D·2

Nov 29 Thursday  later

Hey You!

Why do I love you so much? Huh? I do honey.
So anyway, I went to AAA + got a map to Grafton +
the institution is right on there. I also went to 4 stores
and finally found your ski mask + boxers + a pair of
beautiful fleeced lined black leather gloves. But best of all,
I got a pair of shiney red lame boxers! You can lounge
around in them + I can rub you thru them! Let me go
and get out your sneakers so I don't forget them. Be
right back to tell you more about my love for you!

Well- now I really believe in God + how he works in
mysterious ways. After all this time - what comes into my
hands? Names + numbers - all females. Terry - cell phone +
regular number. Nikki + her number. Sarah. And even
when you went to the ballgame on 8/5 - Lindsey wrote her #
for you. You are a fucking con artist. You're a liar, a cheat
and you really played me for all you could. I actually
forgave you for Danyell even knowing the apartment story
was a big lie. And I was still willing to commit a
horrible sin to be with you forever. And how I wanted to
give you everything I had including my body however you
desired it. And I let you ~~make love to me~~ fuck me
without a condom + you probably gave me aids from all
your pigs. He was right - you are all alike - chasing after
girls + fucking a different bitch whenever you can. And
I was the biggest game you ever played wasn't I? You
just hung right in there with all those I love you's +
never gave up. No- the stakes were too high. You were
playing for the good life - for everything. And what were
you gonna do with this old bag? Kill me? Let the old
bitch rot at home while you're out fucking every bitch you
can pick up? You are the lowest of the low- Nate. You
used me, you conned me. And worst you made me believe
you loved me. You had me dancing around like a circus
dog in the circus. You ripped my fucking heart out

and then you stepped all over it. No wonder you knew so well about warning me about other guys. You are the worst one, you should know. So all of this was about you not wanting to come out of prison homeless + penniless - is that it? Why do I ask? What else could it be. And you were gonna what? Use me up until there was nothing left? So you think you're a real big shot, a real ladies man? Maybe you were when you were with me - let's see what a big man you are now with nothing but what you're wearing out of jail. After all this time you still used me - you don't even care about my emotions, you are heartless. Why did I expect you to be any other way? Why did you do this? Didn't it bother you to hurt me at all? What did I ever do to you that you could play me like this? And how many times did I ask you if you were sure, if you needed time after prison? Oh no, that might have spoiled your fucking game if you admitted that! So you just went right about your way collecting every fucking whore's name + number and didn't miss a beat. You destroyed my whole life + you don't care. I loved you - I LOVED YOU - YOU SON OF A BITCH. And you kept on using me working up to the big score. You love me - right. You loved me while you were putting on the charm fucking up all those girls - right. How could you do this to me? Didn't you have any bad feelings lying + cheating + leading me on? Couldn't you just walk away + not destroy me + go shack up with one of your pigs? Really - don't you have any fucking feelings or feel bad at all? Are you that hardened and cruel? You are. Do you hate white people is that it. Did it make it easy to fuck whitey good? Or was it something I did or said that made you get me. There would have been no end to all the bitches once you had a car and money + you would have just let me suffer thru all of it. How could you do this to me? How Nate? Wasn't there any feelings in your heart at all - did you ever feel bad? You are right, I am stupid. Stupid for loving a fucking loser like you. Stupid for giving myself over to you. And the thought that you still had me

dancing for you - get everything you need. Go to the Wagon Wheel, write fake love to me fuck me after prison - use me on + on. And how long would it be until you were with someone else? One fucking day? Two? Now it makes sense. Why a 29-year-old would be happy fucking me on Saturday. It must have been a real unpleasant job for you to service me especially with all these young girls numbers waiting for you. Yes + you loved me so much you choose to cruise the hood + show off rather than spend 1½ hrs with me all those times 2+3 a week. Why didn't you just put a fucking bullet thru my brain? Not enough suffering? You would rather slow kill me this way? Well, when they bury me - you could have your last laugh. I must have really been a fucking joke to you + your dudes. Everyone knew too - you were just using me. Yes - your godmother - that's me. How can you cause me this pain? Didn't your conscience bother you one little bit? And how I turned down some really nice normal guys cause I love Nate. I miss Nate. They had cars + jobs too + were respectful. But you - did you care that I kept myself clean + our love pure for you? That doesn't mean shit to you. I don't even know why I'm bothering to write. You're probably laughing. Well get a good laugh in now while you can - laugh at me - go ahead. I'm a big fucking joke. You are a fucking dog. And you won't be laughing long when you're out in this hard world again. Thank you God for showing me this assholes true face. Thank you for not letting me be used + used up.

    I hope I never hear your Name again as long as I live. I hope I never see you ever again, even by accident. I hope I never see anyone that you're related to or anyone who knows you. You are dead to me now. There is nothing to say or do that will change this now - so don't even try to make a fool out of me again. Don't write. Don't try to explain 5 females names + numbers. I know the explanation - I know the truth + you can't fool me anymore. You have destroyed me. Are you proud of yourself? Are you real fucking proud - just fuck me up like this + go on to the next female +

DON'T EVEN CALL ME
YOU'RE ON YOUR OWN

how does that work? I am shattered & you just consider me
a casualty you can brag about? So I am just an old fool.
And you just went about planning your game on me. And
you looked right at me & lied to my face. And you let me
make love to you. And you had me running all over to take
you to work. And on & on. You are the lowest of the low.
You are cruel and mean & rotten. You have no respect for
anyone or anything. You use & abuse everyone you can. You
have no mercy. And I will thank God every day for
showing me the light. Thank you God. Thank you God.
And I know you'll get your punishment for doing this
to me. You lost your best friend. You lost the only person
you could trust. You lost the only person who truly loved
you your whole life. You lost the only person who would
give you up her last penny. I hope all those females
can do something for you! No - I don't. I hope you
suffer like I am suffering now. I hope the pain &
lonliness never goes away. Now I know why you are
where you are. It's all you deserve. And when you get
out & are on the streets again - lots of luck. You'll
need all you can get. You're not getting even a wink of
my eye. You are the biggest fake - phony awful person
I have ever met. I hate you. I hate you. Don't you
even write back to me. Don't even try to keep making
a fool out of me again. I don't believe ONE FUCKING
WORD THAT COMES OUT OF YOUR LYING CHEATING MOUTH.
You hurt me so bad. You hurt me so bad. And you don't
even care. As soon as I saw I love you Danyell, I should
have been 100000 miles away from you. Hey - you & your
dudes got a big laugh about that I bet. Well - laugh now.
Big joke. Stupid Donna. Okay. You destroyed me & my
life. And you don't even care. You have me totally
sick & its a fucking laughing game.

      Well Mr. Charm - You lose. So pick up
some more pigs - you can fuck & sleep in the gutter.
That's all you deserve. I don't even know why I
bothered to write to you again. Don't even try to explain
this one. I'm not that stupid. You should be ashamed of yourself.
      GOD HELP YOU NOW



11-28-01

USA

HPD Case 01-078868
Item #26 - 2

Nathaniel E. Jackson 399469
LuCI
3145 South Lincoln Ave
Dayton, Ohio 44644

44044+3803

Box 1483
WARREN,
OHIO
44482

STATE'S
EXHIBIT
271-D-3

Thursday, Nov 29   12:30

Good afternoon, my sweetheart!

I love you Nate! And here I sit waiting for your call. I took a ride over to the p.o. & got your letter. It wasn't a very happy one but I guess I deserve that. I'm sorry about being so negative & worried & insecure but you have got to understand that, after going thru our ordeal I just can't seem to be my old positive self quite yet. You just have to be supportive & reassuring Nate. That's all I ask. Please baby, try to understand. You know it's gonna take time to rebuild was what was shattered.

9 days to go honey! a week from Sunday & you'll be free & clear & back in my arms. It's hard to believe that it's so close to being over. This has really been a terrible time, hasn't it? Let's hope now that all the bad thing will be dim memories and the future will be a new & good reality.

So how's my man doing today? I know that you must be very excited now & so am I. Even with this cloud hanging over me now with this case I still am so happy that my baby's coming home. It's all I have to look forward to & all that I am concentrating on now. It's the most important thing in my life now. You — you are the very most important thing & you have been my main focus for a long time now. I do love you so deeply. Will you always be my sweetheart please! And I'll be yours forever. Forever my love. My only love.

I'm getting anxious now waiting for the phone to ring. Hurry up! Maybe if I stare at it — it will ring sooner! Nope. Doesn't work. It's 1:03 now. I'll just be patient & meditate a little.
     2:10  Okay, then! My baby called me
He still loves me! You sounded just wonderful

Nate, and now I can't wait until Saturday to hear your voice again.

It was wonderful to hear you promise that you'll always be there for me. It is just what I needed so badly to hear! And I'm going to be counting on that. In fact, I'm gonna be counting on you for so much I'm afraid. I hope you don't mind. You have to be my strength now. It just seems like I have lost so much of it & am weakened by all that has transpired. Maybe with your help & loving guidance I can become strong again.

Today I went to "A Safe Place" to get a restraining-order but it was for people who actually had some type of relationship so I didn't qualify. I then went to 3 places to try to locate his probation officer but to no avail. So now I have a number to call for a stalking civil protection order. They just don't have restraining orders anymore. Who knew? You know this thing is really growing to be a monstrous problem for me. And like I told the prosecutor, I treated this guy like he was a son and I trusted him. Stupid me. But I'm learning & you'll be proud of me someday when I can change somewhat & get wiser to the ways of certain elements of people. I may not be able to see others as you do with your intelligence of the streets but one thing is for sure — I learn very quickly & I don't usually make the same mistake over again — especially if it's a hard-learned lesson. And believe me — this is a hard one. Now I have to fear not only for my life but our safety & security in the future. When I am the cause of him being arrested & going back to jail he is not gonna let it go. I can see that & it's a fact. I can never let my guard down now — not for a minute. I'm afraid to leave the locked office to even go to the bathroom for minute & fear rushes thru my body when I do.

I forgot to tell you when we spoke that I had talked to your sister this morning. She is really suffering with alot of pain. She has rheumatoid arthritis & that's not good especially at her age. She has to take steroids & other stuff & that's not good either. Some of the medication for that causes other problems. I feel very bad for her. She is also worried about giving her children a proper Christmas. I wanted to get your permission to maybe do something for them cause that's what my heart says but I don't know what I should do anymore because it seems I shouldn't always listen to my emotions. I always had to sneak or use my own money in the past if I ever wanted to help someone out because the monster was a real scrooge especially when I wanted to help certain types of people. You know what I mean. Well, I hope she takes good care of herself & I hope the medication kicks in soon & some of her pain is relieved. She said you never wrote to her & I thought you had. Well, you always know best & what you're doing & why. So I've learned not to question you in that regard.

Hey – you forgot to tell me when to stop sending you mail! Next Monday I would imagine.

I'm going to close for now sweetheart. Somehow after talking to you I feel ressured & less scared. I hope it'll all be all right.

Take good care of my baby. And I will be seeing you real soon.

P.S.  I'm gonna
get you!

All my love,





NATHANIEL E. JACKSON 399469

LOR 01

2075 SO. AVON BEEDON ROAD

GRAFTON, OHIO 44044

44044+3805

HPD Case 01-078868

Item #26 - **3**

BOX 1453
WARREN, OHIO
44482

OKAY- DO WHAT YOU GOTTA DO + WAKE UP + SAY MERRY CHRISTMAS SWEETHEART♡

SWAK-MILLION

THIS ENVELOPE IS RECYCLABLE AND MADE WITH 100% RECYCLED PAPER, 30% POST-CONSUMER CONTENT

STATE'S
EXHIBIT
271-D-4

Wednesday Night Nov. 28          Weight

Hi Honey,

Here I am at home again. And thinking of you. The girls have had their dinner. I had a piece of chicken and some lettuce. And water. There is a candy bar on the table calling me but I'm gonna resist it. Some old lady brought me a bag of hard candy at work + I had a piece so I'm done for the night.

It's so quiet now + peaceful just laying here writing to my baby with the girls company. Soon our Nate will be here, and we won't be lonely anymore.

I finally found my envelope from Miami with all my weapons info but of course the only thing missing was the info on the S+W .38. I found a $585 receipt for my Walther PPK. What a gun that was! Wow! I gave it to my doctor that I worked for - it was too hard for me to pull back to cock it + he just loved it. It was a 9mm automatic + you would have loved it. It was so tight! Now I have to hope the .38 isn't involved in a crime - well, at least now there's a record of it being missing. The prosecutor was so nice to me + explained the Ohio gun laws to me. I can carry the gun loaded to the bank but have to unload it + put it in the trunk at all other times due to a "businessman's exception. Otherwise it's a felony. So I am leaving the other gun here at home + in the office. No more in the car. I do not want to go to jail for a gun! No way. He said there is new legislature being reviewed to change the present laws but not yet. We'll have to keep posted. And you, my dear, have to promise not to aim a loaded gun at anyone else ever again. We could have had major problems that day. You were a very bad boy! I'll just have to take you to the gun range to exert your pressures!

It's cold 38° and raining out & a great night for cuddling up in front of the fireplace in some silk pajamas together. That will be so nice, baby. Don't you think? We'll get matching j.j's. Can you dry hump me thru my jamies? Just a little & then I want the real thing.

So are you ready for me Nate? I am way overdue for you. If I don't get to feel those beautiful soft lips soon I'll go bananas! Can we have a long kissing session sometime Sunday? Please say yes! In fact, let's have a couple of sessions! Mmmm!

Hey - henny is in a song! How come I never heard of it before? I bet your lips will really be sweet if I rub some henny across them. Then I'll lick it off. Real slow. Hey - maybe I'll drip some down your ass! I can't think of a better way to have some! Are you up for that? Somehow I don't hear you saying no!!!! Oh baby - we are gonna play! I only wish you were getting out on Saturday. so we could have a full wonderful weekend. I guess that's too much to ask for though - but wouldn't it be great? Oh yes it would! I am going to have to ponder on what else I can do - to you & for you. I think I have a good imagination and will come up with something. unique. I don't want to spoil you too much — oh hell - yes I do! U GOT IT BAD is on. Do you got it bad? I sure do sweetheart. I got it bad for you. I love you Nate.

I only wonder what's going to happen tonight here. I wonder if he's coming home. I hope he doesn't because it's nerve wracking. I guess I'll know soon enough. Why can't something bad happen to him anyway. Whys can't I get real lucky for once?

On a lighter note - here's a joke for you = A 5 year old is mowing the lawn & drinking a beer. A neighbor says - "aren't you a little young to be

drinking?" The kid says, "Hell I got laid when I was three!" The man asks "how did you like it?" The kid says - "I don't know, I was drunk!" That was the joke of the day on the computer. He-he.

So anyway, what up? Anything new in da joint? How's your dude Sutton? I just made my daily call to Renee & just like the last couple of times I keep getting a recording. Please tell him I haven't forgotten & that I have tried every day sometimes 2 or 3 times & I either get mom or dad or that recording. It seems like she doesn't want to be reached. I won't give up. I can imagine how he must feel. You would go crazy if you couldn't reach me for a month! Wow.

614-
844-6567

Well I guess I'll wait 'til next week to get the weed or I'll smoke it all! Also Mide, or (one) Moe, right? For the other thing? Do you think they'll sell it to me without knowing me? I hope so. Coke, weed & henny - all we need is chips & dip & it's a fuckin party. ♪ Jackson - party of two ♪

Should I wear jeans on 12/9? Or what? What's your pleasure? Although, my jeans aren't real tight any more. I have to have them altered. Did you want me to bring your jeans - you never told me what clothes you'd need. Well? Let me know.

I guess I'm not done eating - I need something else - be right back. Mmm - I got some Mandarin oranges. You like them, don't you honey? They're yummy. Did you want me to get anything else special for you for 12/9? Any little thing you've been yearning for? Please think about it and let me know sweetheart. It will give me great pleasure to please you & you already know that. So - WHAT'LL IT BE? Your wish is my command. So you'll let me know okay baby doll?

Guess what honey – in a few hours there will only be **9** days left ♡ Nine days and nine nights & then – two become one. United in love. Nathaniel Edwin Jackson & Donna Marie Roberts ♡ ♣ Love For Life ♡

I love you so much sweetheart.

Hey you – guess who I just spoke to? Renee ♡ I didn't know exactly what I should say so I had your letter out & just read it to her in my baby's own words. She said she had written a letter (one letter in a month?) and she doesn't know why he didn't get it. She said she would write another one (one?) She said everything is okay & she is waiting for him. So I told her I would pass that on to you. She sounded very nice. I hope everything works out alright for Sutton. Please give him my best wishes. Any friend of yours is a friend of mine.

Here's another joke – why do blondes stick their heads out of car windows? To get a refill! Airheads – get it?

Okay then ♡ It's that time again – time to wish my baby pleasant dreams. Pleasant dreams, Nathaniel Jackson & may all the angels watch over you and keep you safe until you're back in my arms

P.S. I love you more today than yesterday, but not as much as tomorrow ♡

All my love,
Donna Marie



11-25-01

B. G.
Box 1483
Warren, Ohio
44482

Nathaniel E. Jackson 399469
LORCI
2075 So. Avon Belden Rd
Grafton, Ohio 44044

HPD Case 01-078868
Item #26-4





SWAK

9 NINE

STATE'S EXHIBIT 271-D-5

Wednesday Nov 28  12:30 pm            10 DAYS ♡

Hi sweetheart,      I love you so much ♡

Well, today was interesting. I was at the prosecutor's office at 8:00 AM along with a few other poor souls. He didn't press charges against anyone — they walked. But when it come to me — he went back, reviewed my statement + come out + said he's charging him with a 5th degree felony whatever that means. So now we'll see what happens. Tomorrow I am going to get a restraining order. I had to pay $75 to file the complaint. What's that all about? At least now it's on record + if anything happens to me — his name is on record.

So here I sit, locked in, behind a cage, with a gun at my right side. Great way to live.

How are you doing honey? Look at that — only 10 more days. And tomorrow we'll be in single digits! Oh my ♡ I have to admit, I never thought it would go so quickly. Aren't we lucky we didn't have to be counting until March? Man, how would we have gone thru that?

We really got into it last night. Proud to say I got in 2 good punches. But I did sustain a dog bite to my right leg — Fluffy went nuts when we were fighting. Also I hope all my black + blue marks are gone by 12/9. If you saw me today you would kill him with your bare hands. It's pitiful but I guess it's all my fault. I looked at his twisted hateful face and I thought he was going to kill me. I kept huddling over + protecting my face but he got a couple of good ones in. All the while he kept yelling that I was a n---er lover + did I like sucking n---ers dicks + did I sink so low as to get a young n---er — was that the best I could do + on and on + on. And of course I'll never hear the end of the gun being stolen. I realize now car didn't lock. I had a six pack of Slim Fast Shakes

in the front seat + I'd go out + get one each day + I pressed down the lock for the door only by mistake. I realized it yesterday when I did it again. And the light went on in my brain - what little I have left.

I hope that this gun case isn't going to cause me alot of aggravation because I've had just about all I can take. Why is everything in life so damn hard lately? It's really beating me down honey. I feel like my strength is being drained out of me, Nate. I need you to make me strong again honey. Can you do that? Boy I sure hope so. I'm at the end of my rope here + it's hard to think straight.

Well, Blossom lost 2 pounds + alot of her hair + last night the vet took blood for a series of tests + gave her a cortizone shot. I'll let you know what happens. She was so happy to go bye-bye in the car car! When I asked her if she wanted to go bye bye she danced around in circles so cute! But as soon as we walked into the vet - she started shaking as usual.

Today is Wednesday so I know you had a good day doing your thing. I'm so glad you get out of that awful cell when you do. That's a blessing. I bet the time goes real fast though huh? Good for you baby + the exercise is real important.

Anyway, now I'm afraid to talk to anyone that walks in here. And for sure I won't be friendly any more. It's a shame a person can't be themselves. It's also a shame there are such big creeps in the world - you know - assholes. I feel real scared here now. I don't put anything past him or whatever friends he might have. I have to be on constant alert now + I don't like it.

I don't really have much to say now so I think I've covered it all.

I do feel a little better than I did last night. I was in utter despair. I was so low & so down, Nate. I wish you were here to comfort me. I sure could use a hug about now. I'm sure glad I didn't mail the letter I wrote last night. It would have really upset you. So I reviewed it this morning & it got me so upset that I knew better than to mail it out. I was in a very bad frame of mind. I was ready to give up.

I just sent a guy out of here. No ticket – get lost. Just like my baby said. And he's right. I have one friend – you. Everybody else can take a long walk off a short pier.

I'm gonna sign off for now. But you're always on my mind & in my heart.

I love you Nathaniel.
                    &

I miss you. Alot.



                                    Yours always,

P.S. I love
you again ♡                         Donna
        &
    I miss
you again ♡



11-28-01



NATHANIEL E. JACKSON 399469

LOR CI

2075 SOUTH AVON BELDON ROAD

GRAFTON, OHIO 44044

HPD Case 01-078868
Item #26-5

44044+3505

E-ADM-123 (REV 3/92)

Greyhound Lines, Inc.

Box 1483
WARREN, OHIO
44482

**IMMEDIATE ACTION!**



STATE'S
EXHIBIT
271·D·6

Tuesday Nov 27   Noon

11 days to cum ♡

Hi sweetheart ♡

I'm back. I went to the police & filed the report. Now it's out of my hands. That's that. And don't you be so worried. I'm sitting here with a .38 at my right hand. Yes, it's my own fault. Yes you did warn me. I never thought he'd get so angry & try to get whatever he could after I kept telling him I love Nate & wouldn't agree to see him. I'm guilty of being me — too trusting & ignorant to the game. I promise to listen to you & heed your warnings from now on. I know you know best honey. And I'm really sorry I lost your beautiful gun learning this lesson. I wonder if I'll ever get it back. What are the chances — slim to none?

And don't you even think I won't get you all the stuff you wanted & more. No mother fucker is gonna take away from mine! Never. And you'll never have to be without. So don't you worry baby, it'll be okay. And you'll have everything you need & want — okay!

As far as parking in the front, we're not supposed to but I promise to keep my routine of bringing the car up front at 4:30 & asking the bus driver to escort me to my car when he leaves at 5:15. Honey — please don't tell me you're scared for me. I don't want you to have any added worries because of me. And you'll never lose me. And if he gets furious because I reported him — he'll have to come in here shooting because as soon as I lay my eyes on him — this gun comes out & 911 is dialed. I'll be okay honey. Alright?

And I won't chat with any more prisoners or let my curiosity get the best of me & talk for information about the joint, their crime, their time their family — nothing. I promise. And when I make a promise it's my word of honor. And no —

the other dudes who are friendly to me have nothing to do with this guy. None of them can possibly be connected. So you don't have to worry about that either.

I love you Nate. And I'll never again put anything you say to the side. And I will always listen to the man who loves me from this minute on. I know now that you tell me stuff for my own good and safety. Not that you don't want me to be sociable.

Oh - before I forget - I still have not reached Sutton's girl. I've called each day. The last 2 times no one even answered I got a message thing. I'll keep trying so tell him okay? In fact tonight I'll call early + late.

✱ You know, it's sad but so true what you said about jealous people. But you're the only thing on my mind + I'm usually writing to you while I sit here + have your picture out. And you are all I've talked about since 9/3. I'm sorry honey, please don't be angry at me, please. I can't bear to think that you're upset with me. And remember I also warned you that people - even your friends, your dudes, are going to be jealous + envious of you when they see you living the good life + in a nice car + dressed nice and all. That worries me too with regard to the package. People would rather see you locked up for life rather than be affluent + happy. That's another reason we should get out of here. You never know who might say what to whom + our lives can really be hassled + fucked up. And it may not even happen right away, it could be down the line. Who knows? There's a lot to consider here.

Some guy was at the police station while I was there. He also trusted someone + the guy cleaned out his entire truck. And when he started talking to me I said - I'm not talking to you or anyone else ever again cause you can't be friendly or someone will take advantage of you. He laughed. Meanwhile

my fuckin gun is gone. I'll never see it again, will I? I guess you're right. He didn'N steal it to give it back. Damn it - I loved that gun. It was tight, wasn'N it? This .38 Taurus looks like a piece of junk compared to it. Wait - I just took another good look at it - it's not bad at all. But it's not my favorite S+W. Oh well, I hate to dwell on misery so I'll just let it go. What else can I do? We all have to take our losses now + then. I wonder where I can get another one like it. Or maybe two guns are enough.

In eating a granola bar. I was a bad girl last night + had a whole Hershey bar. Boy it sure was good. I really savored it too. I chewed some + let some melt in my mouth - yummy. I guess I'll just have tuna for dinner + some fruit to compensate for being naughty.

Robert just come in to check on me + I threw this under the desk so fast! I know I can get that gun real quick, so let me reassure you once again that you need not worry. Okay? He is ranting + raving today + mean + cruel now. Really. It's pretty bad. And since I have been so obviously uncaring for him for so long - he doesn'N care at all now how he talks to me, what he calls me etc. He is a very angry person. He hates everybody + everything. He has a really terrible attitude now. And I think he is a very lonely person. I kinda feel sorry for him because he can'N help the way he is. Like you + me, he is a product of his past. Oh well. Sometimes he really scares me when he gets really nuts. He takes it out on Blossom too, 'cause he knows I love the little ragamuffin. He shoves her + throws her off the bed + always is yelling at her. I think he does it to hurt me. It works too. She has an appointment tonight at 9:45 at the vet. It was the only one they had for awhile. They see routine visits until 10 pm. Isn'N that nice? I hope it's not serious but her hair keeps falling out in chunks. Man!

I'll let you know what happens. I hope it's not too serious. She looks sorta pathetic really - full head of hair but her body is like balding. What the hell is that all about? It's always something, isn't it? Yep, it sure is! Always! And this is just one more pain in the ass something.

Since I began writing to you this morning, 5 more hours have passed & I'm 5 hours closer to being in those wonderful strong arms of the man I love. Oh honey - I can't wait to touch those arms & your beautiful skin. All over your body. But mostly I keep thinking of your beautiful lips - so full & soft & loving. I was to feel those lips all over me & I want you to kiss me 1000 times. Will you? I'll kiss you 1,000,000 times in return!

Well, Robert just called - someone called him and told him I went to Sandy's job & that I was your girlfriend & that I was sending you money in jail. He is crazy now & I am ready to have a heart attack here. He has Robert called 4 times warning me & threatening me & he is livid. He is out of his mind now. I don't know what to do now. And he also told him confidential things about you & me that he got out of me. This is big trouble now Nate. Big big trouble. I am so sick now I feel like I'm gonna pass out. I wonder what he's gonna do the dude → next. I told You he was nuts now. Man I am losing it here. He Robert is gonna either leave me now or throw me out he said. And he told him you are black, too. And who knows what else he told him - Robert sounds like he's ready to explode. I am so fucked up now. And what's Sandy gonna do when the police go there? Oh God - help me now. I can't even think straight anymore. I think he also said he took out a restraining order on me - can you believe that? I don't need this aggravation, especially

What am I gonna do Nate? There's nothing I can say

or do to explain anything either. I wonder what the hell is gonna happen now. It can't be good that's for sure. Oh brother I am sick now. I knew he wouldn't just sit there & take this — he doesn't want to go back to prison. I am really worried Nate. Help me — tell me something. Anything. My head feels like it's ready to explode now & I'm hot & feel very sick. I'm actually shaking & I can hardly think. What the hell is gonna happen now. You know what? I knew Sandy was going to strike out at me when this all came down. I just don't know what else he might do. And how did he know to call Robert in Youngstown? Well, I guess he got that from me. Man when I think of some of our conversations it just scares the hell out of me. I mean, at times I was really pouring my heart out. Oh God. Help me now. Help me now.

I can't think clearly enough to write now so I'm gonna close.

I love you Nate. And I hope I haven't really screwed this up for us.

Well — take care & I'll talk to you on Thursday.

All my love,

Donna M.

P.S. Start praying.

Greyhound Lines, Inc.

E-ADM-123 (REV 3/92)

P.O. BOX 1483
WARREN, OHIO 44482

**IMMEDIATE ACTION!**

9409449805

NATHANIEL E. JACKSON  399 965
LOR CI
2075 SOUTH AVON BELDON ROAD
GRAFTON, OHIO 44044

HPD Case 01-078868
Item #26 - C

11-27-01 - NOON



Nov 27  Tuesday  8:45 AM


STATE'S EXHIBIT 271-D-J

Good morning Nathaniel!

Wake up sleepyhead! Hey you! I love you
early in the morning so much! And late in the
morning + early afternoon + late afternoon + early evening +
night + late night etc!

So not much has changed since I last wrote
last night. Except the weather has changed to dark +
rainy + 50°.

I was up for about 3 extra hours thinking
about you. I have got to get some sleep. You can tell
right away by my eyes when I'm not getting enough
sleep. I don't know what to do! I just picture
first seeing you on 12/9 + then what will happen after
that + I get so wound up I just can't relax
enough to fall asleep. I really should rest up with
all the plans we have! How about you honey, how
have you been sleeping? I sure hope you're doing
alot better than me.

It looks like it's going to be a long
morning here. It's kinda quiet - you know - after
Thanksgiving + before Christmas. But people keep
calling for information.

I know what I've been wanting to ask you -
when you get out on 12/9 will it really be 8 AM?
I ask because when these guys get dropped off from
Trumbull here - it's always after 3-5 hours of
waiting - sometimes they get here at 11:00 + sometimes
1 or 2 in the afternoon. Please let me know so that
I can finalize my plans. Thanks baby.

Well, my whole attitude has changed
toward everyone who walks in here + tries to be
extra nice to me + start conversing. It's a shame
but I feel that I can't even be my regular tri... M

self. I have to keep remembering to keep my guard up & not trust anyone. It sure is an awful way to live but people make you mean. And I sure don't trust my own judgment anymore because I was sure wrong already. It's sad that people pretend to be nice & honest & real & then you find out they're lying, cheating, rotten assholes that'll take advantage of any opportunity. It's just a shame this lesson cost me so much. What can I say?

   Today is Tuesday so you're probably in your little cell & I hate to imagine that honey. I just thought of you going to exercise & thought of your strong arms. Mmm — I cannot wait until they are all wrapped around me. And they will be in just 11 days. Eleven! Whoa! That's not much. And it is going so fast now. In just 3 days it will be December. I only hope that everything settles down soon & life starts to go a little smoother & more happy.

   Gee, I have really written to you alot. I bet you can get a pretty clear picture of my goings on & how I think & feel after all these letters. And I'm sure sometimes you think I'm a nut! So when should I stop writing? Monday, Dec 3rd? Let me know what you think sweetheart. I ask you because lately you seem to know better than me about alot of things. You know what? Now that I have lost this extra weight I wonder how the heck I was carrying that around & how awful I must have looked — for sure without clothes on. Ugh! But you still loved me anyway cause I'm your baby. Or did you ??? Oh-oh.

   It's 10 A.m. already & I'm 1½ hours closer to the man I love since I got here this morning. There are about 270 hours to go! I'm silly huh? Do you think I'm silly for a woman my age? I bet you do. But I don't care because I know where my heart & my love are. And that's with you. My whole life just gravitates around you & it seems like it has for quite some time now.

I just called my mom & dad for my regular good morning call. My dad pruned all his fruit trees yesterday & went hunting today. That guy never stops! No kidding. You know - I bet they would really like you if they got to know you. Especially after they get over the shock of your beautiful brown skin. I know that they've always been friendly toward everyone as I recall. I suppose if they had been prejudice I would have had that rub off on me. But as you know, I am far from that! For sure!

You know what I was thinking about? You refer to that dude in your pants as big hard & black. Now tell me - did you ever call it black before me? You wouldn't say that to a black female I bet! Would you? Did you ever call it black before? Just curious - I mean - I like it because it turns me on thinking about the comparison - that big black thing going in & out of a white pink thing. Don't you think it's really sexy? I do. Oh-oh - I just got a quiver in my panties! I can't wait to get my hands on that thing. And my lips. And I sure can't wait until you get your hands on me - all over me. I love your beautiful long hands. They're quite handsome you know. Me - well I have little hands since that's what goes with my body. But they're big enough to hold on to you baby!

I just looked at the calendar again & got a little rush. When this weekend comes, I will be a total basket case. I will be so excited inside that I hope I'll be able to still function properly. Man, I never want to go thru this ever again. Ever. And I know for certain that you really don't either. So now I have 11 days left of my sentence and I'm so happy. I have alot of last minute things to do too. Wow - it's almost here sweetheart. Almost. Do I owe you 2 punches or 3? I forget. I'll give you 3 just in case.

But for each & every punch, I will make love to get 2 times. How's that?

So today at lunch time I'm going to the police dept. Mon, I sure didn't need this crap now. I hope I don't regret this. I wonder if I should just let it go. No. I can't. I gave him one chance to return my property but he refused so he deserves whatever he gets for being a thief & stealing from someone who trusted him. I am only afraid that that big asshole will try to take revenge even though he caused this. But how can I expect someone like that to be rational. I can't. So now I have to live in fear. I think in time I may forget & let my guard down & he'll be there. And who knows what he might do. I mean how crazy is it to steal from someone knowing they'll know it's you & tell admitting it. I only wonder what he meant when he said I'm gonna make him do something bad. Damn it — I could just kick myself and real hard too. And I keep thinking about my beautiful gun. Boy am I super pissed to have lost that. After all these years too. I got my concealed weapons permit in 1983 & I believe I had the gun before that probably about 20 years I think. Oh well, I guess it could have been worse. I remember one day someone had dropped him off & he wanted to borrow my car. Is that nerve or what? I thought he was out of his fucking mind & I said that too. And he didn't even blink an eye. I think he wanted to see how much he could get away with. Well, now he's gonna find out cause when you take my baby's gun-to-be and mine and my baby's funds - look out. That's a little much. A lot much. Didn't he really have a lot of nerve or is he just plain dumb? Or both? Enough about low down dirty bastards.

Hey you & I love you baby. What are you doing now? What time do you get your mail? I bet you're reading it now! I miss you too much honey — way too much. I hope you can keep warm enough there.

Don't forget to let me know if you need anything out of your stuff - like your jeans or sneakers or what. I'll put them in the laundry first for you. How about a T shirt? Socks? I don't remember seeing alot of socks. I think the guys at CCA - your nice dudes - relieved you of some of your things. In fact I know they did. That is really shitty. I thought there was honor among thieves. Doesn't anyone have a code of ethics anymore? I mean - really - stealing from another dude in a place like that. I ought to slap them silly. Speaking of CCA - have you seen or heard of any of the guys? I wonder what ever happened to Oscar. He seemed nice enough. But then, what do I know.

Well in 1/2 hour I'll be rushing over to the p.o. to see if I'm lucky enough to get your letter. You have really been great about writing. But I bet I beat you in numbers! I'm sure I did because there were days I'd mail 2 or 3 letters at a time. Like today - this will be #3. Oh yes - I win! I think I've received now 52 including yesterdays.

Okay baby doll, I'm gonna sign out for now but I'm sure I'll be putting pen to paper again this afternoon.

You take real good care of yourself now & for the next 11 days cause I got some big plans for you!

I love you Nathaniel - with all my heart.

Bye baby.

P.S. I got alot
of real good
heavy loving
just for you ♡

All my love & a kiss too,

DonnaMarie ♡



HPD Case 01-078868
Item #26 - 7

Nathaniel E. Jackson  399469

LORC 1

2075 South Avon Belden Road

Grafton, Ohio  44044

44044+3805

11-27-01  8150

APile

Box 1483
Warren, Ohio
44482

③





N-156

Fantus Paper
Products
CHICAGO, ILLINOIS
Made in the U.S.A.
www.psg-fpp.com



STATE'S
EXHIBIT
271-D-8

A long time. Well we are.
Just writing to let you
Know that we miss you,
We love you, An we're
keeping you in our prayers
An we miss eating that Good
Food umm! Take care

Keisha -N- Peany

May the miracle of
Christmas fill your heart
with Peace and Happiness.

"For God so loved the world,
that he gave his only begotten Son."
-John 3:16

MAY GOD BLESS AI
KEEP YOU

MERRY CHRISTMAS
&
HAPPY NEW YEAR



11-26-01 empty

YOUNGSTOWN OH 445
PM
26 NOV
2001

Ohio

NATHANIEL E. JACKSON 399469

LORCI

20/5 SOUTH AVON BELDON ROAD

GRAFTON, OHIO 44044

HPD Case 01-078868
Item #26 - 8

44044+3805

Box 1453
Warren
Ohio 44482

STATE'S
EXHIBIT
221 D. 9

Monday, Nov. 26   4:00 pm

Dearest Nate,

         Hi honey! I love you!

              I forgot to answer your letters! I was too busy chattering & going on!
         I was so happy to read that you had a nice Thanksgiving dinner there. That's so good. I love it when I know you have good things or good times. And that's what I wish for you for the rest of your life.
              Okay, my butt is scared now! You really sound quite determined to get all of it! Well - help yourself. Cause I'm gonna get all of yours. In fact that's one of the things I think about when I can't sleep at night because I know it gives you pleasure. I've been thinking of differents ways & positions of doing it too. I think once I get your beautiful body in the same room with me - it'll all come naturally. I am gonna love you completely. I'm gonna sit on your face while I have a thong on & let you chew your way in! I only hope I can be patient & not beg you to hurry & put it in me right away but I can't promise that. Right now I am so AND wired I feel like I'm gonna cum as soon as I see you! What's so bad about that?! Are you sure your list is all you need? I mean - don't you need any of your things I have in the bedroom? Be sure okay? Because I don't mind getting anything you might need out of your stuff. Also - what about the next few days after that? Surely you'll be needing something. Let me know. I already am piling stuff up & getting ready.
              We only have one - 1 more Sunday to be without each other! Wow. And I thought it would really drag here at the end but it seems flying by - doesn't it?

Oh and for the weather report: it is just a great sunny cool day today. But I think it's going to be getting colder before too much longer. But it really doesn't matter. Who cares? When I'm with you, any kind of weather is okay with me. Especially if we're cuddled up together under our blanky! And don't think I've forgotten that you're ticklish when I do get you naked + under that blanket!

I am so hungry right now + I don't have any granola bars or Slim Fast shakes here. I think I'm gonna have to eat a bag of Cheetos! 180 calories — 3gms of fat, 17gms of carbs + 1 gm of sugar. Okay — Cheetos it is! And a bottle of water. I gobbled them up + I'm still hungry. I think I'd better eat a normal meal tonight.

I can't wait to grab + squeeze your rounder butt! I've been thinking about it alot. mn mn! Oh — I just shaved myself last night for the first time since you've been gone. It was cute with the fuzzy hair grown out but now it's all shaved real clean + smooth. I'll do it every day to keep it ready for you baby. Your hand, your mouth, your dick — I want to feel everything you've got on that thing + in it! Okay? I know you're more than ready for this little girl thing + me — well — don't ask! 98 days without a dick poking in here — toooo long! Is this what you want baby? Huh? You want this thing? Sure you do! And believe me, you don't ever have to beg! In fact, I'll probably be the one begging! Please Nate — please baby — give it to me — give it all to me — hurry baby — put it in me. When you first put it in — let's just hold still for a couple of minutes — can we? It'll be hard I bet! Hard to do — not hard dick! But that too. It's going to be a real dream honey.

Saturday is December 1st and Sunday Dec 2 + then — 6 days after that! And

you wonder why I'm nervous? 'Cause my baby's coming home to me - finally & forever.

It's 4:30 & I gotta go & pull the car around front before it gets dark. I'll write more tonight at home. I love you honey.

Hi - I'm still at work & have to keep writing even though I don't have much to say. But I know you do appreciate my little letters so I go on & on.

It was a real bad day here. I didn't even make $50. That's a crying shame. I sure hope things pick up in December. It can't get any worse than it is now, that's for sure.

## 12 DAYS TO GO.

Hi Nate? How's my dawg? Your puppy is fine. It was dark when I left work so I made the bus driver wait & walk me out front. I went to the police station but had to wait for who knows how long cause there's only 1 person @ night. So I got a number & I'll go back tomorrow.

Then I went to the store, got baby calves liver for me & the girls - came home & realized I left my bag in the store. Great, huh? Well, I had some ground round steak so I made us 3 girls burgers. No bread. I had a patty & a double helping of spinach. I was really hungry!

You should have seen Blossom tonight! She is so cute. Every night now I've been telling her that Nate's coming - she gets all excited. But tonight she was extra excited & rolled around on the bed & pawed me & gave me a kiss. And she's usually not too generous with kisses. You should see her - so much hair has fallen out & I have an appointment with the vet. I hope it's just a skin thing.

I'm laying here sideways & am having trouble writing neat. I hope you can read this ~~mess~~.

Fluffy is on the bed with me & now Flossie just came up. Ya 3 girls all miss you daddy!

Oh-oh - I forgot to mail your other letter on the way home.

So I wonder what my baby is doing right now. It is about 7:00 I just watched Ludacris - "Roll out" Ever hear it? In all these videos - all the young black men have such cute young BLACK girls. I never see one with an older white woman. "Baby I'm not always there when you call - but I'm always on time & I gave you my all - so baby be mine". - Ja Rule - I like the beat & melody - do you? Are you listening to the radio right now, as I'm listening to music? I bet you are! Soon we'll be listening to music together again. I can't wait. I just can't wait ♡

I love you, Nate, my sweetheart.

"PAIN IS LOVE IS THE NAME OF THE CD-BOY DON'T WE KNOW!

I hate to do it - but I will destroy that letter like you said. You're right too. And no - no way did I or do I think you're stupid. No no no. But isn't it only normal for someone like me to be worried about delivering a package!? And yes - I am tired of sneaking to see you & more tired of only being with you for a few hours when I want to be with you all the time & share every aspect of life with you. It's no way for two people so much in love to live. Okay, I'll only say this - go ahead & take care of business. And honey - I know you know 1000 times more than me about this stuff & the law, I give you that but can you at least try to look at it my way too? I mean if it was so easy - more people would do it every day. Right? And it seems like sometimes the most innocuous little thing is what trips a person up. And MAINLY while I'm on the subject - the very worse thing I can think of is for you to come out & be back in the streets. I just cringe when I think of it & what might happen to you. Have you any idea at all how I used to feel when I had to leave you off in

the hood? Really - do you know how it used to tear my heart apart? I don't think you can even imagine the agony I suffered every time on the way home & all night thinking about it & where you were & what kind of danger you were in? Actually I'm kind of amazed you made it this long!

You GOT IT BAD IS ON. This is a sharp video & I love when he's at the microphone & his steps & stuff. "If you miss a day without your friend your whole life's off track" Boy is that ever true. Try 3 months! My life has been off track since I drove away from you that day in September. And I think you know that. You do know that, right? And that's an understatement. I think out of my fucking mind would be more accurate. You know, this has really been quite a tumultuous time. In fact, I couldn't think of a worse time. If you even spit in public I am gonna ground you! I mean it. What if you get bored & feel like you need the street action? That scares me honey & I always think about it & get so worried. We can have all the fun possible together & do whatever you want in the safety of each others company. There's only one thing you'd have to do without me + that's mess with other women. I never once told you not to smoke weed or drink or anything? Did I? No, in fact didn't I ask you whatever you wanted when you come home? See. Okay? So we have a deal? TOGETHER IN ALL OF IT. Well?

I was reading over your other letter and was just so happy when you said you love the way I touch you & kiss you & love you. It is all so real too Kate. I can never kiss you enough - hard & soft - deep & gently - wet & dry. And as far as touching you & your beautiful skin I wish I had 10 hands so I could touch you more. And you know what? It's been almost

2 years & I still feel the magic. I love you baby. And yes, I know - you are my best friend & you are my only friend & I wouldn't have it any other way!

Hey you - you never answered a question I once asked. Are you going to be able to sleep in bed with someone after being alone for so long? I often wonder about that. So what's up with that? I even wonder about me too. I haven't slept close to anyone for a long time either. Gee - I wonder it might take some adjusting.

I received a post card from Michael from Amsterdam. He tells about open prostitution - weed in the streets, street drugs easily available. And he has never done one thing. He refused to even try weed. Maybe that would be a good place for us with kids to go! He said ecstasy is sold wide open & you can smell weed everywhere. I bet it's good too! I love weed. Do you?

Well, I guess I'd better say good night for now. Just think - tomorrow there will be only 11 days to go & soon we'll be in single digits!

You take care my darling. I love you so much & can't wait for our life together. Sleep well - smile & stay healthy.

I miss you so much ♡

All my love,
Donna Marie

P.S. GET ON
YOUR KNEES
AND SPREAD
'EM!

Monday nite - later

Hey you ♡

    I miss you so much more tonight than usual. And that's pretty darn much.

    I am sucking on a cherry Tootsie Roll Pop right now. They are hard & round & have a rim like your dick. I'll just practice sucking on this Mmm - it has Tootsie Roll cum in the middle!

    Why can't I stop writing to you Gee you must think you're my whole life. Oh - you are!

    Well, I didn't do any cleaning tonight after all. Maybe tomorrow night. I would like to start getting back into some better habits than I've had for like a year now. I didn't seem to care much anymore. But now - well it seems like I can almost see the light at the end of the tunnel.

    I just heard a horrible song on MTV - I sure hope you don't like country & western music. I mean it's okay if you do but could you play it only when I am not within hearing distance. Man it sucks! I don't think it was MTV I think it was a Garth Brooks commercial. It was.

    So here it is all late & quiet & I wish you were here in my arms - close - naked - holding me. I wonder what that would be like - in your arms EVERY night! Will it really come to be? Are we really going to have so much love & happiness in our lives? You + me - us. Nate & Donna. The odd couple - the special couple. The loving couple - hey we're gonna be a couple! Wow for us.

    I love you very much Nathaniel

    Good-night my sweet precious love. I'll be dreaming about you. ♡

BOX 1483
WARREN
OHIO 44482

②

NATHANIEL E. JACKSON 399469

LORCI

2075 SOUTH AVON BELDON ROAD

GRAFTON, OHIO 44044

HPD Case 01-078868
Item #26 - 9

11-26-01





STATE'S
EXHIBIT
271-D-10

Saturday Nov 24   12 noon

Hello my sweetheart ♡

How come I'm so happy after hearing your voice? Is it because I love you so much?

I just went over to the p.o. and I got a letter from my baby and that made me even happier.

IT'S → I got the henney. I called the Wagon Wheel + they do
IN THE
TRUNK! — have 12/9 available & I just have to go in next week & give them a deposit. If that's what my baby wants — his wish is my command. Be back later.

Later: I love you baby. I love my Nate Dawg. Okay - are you ready for this? The dude - the mother fucker I said was hell + nice? Well, first of all I only mentioned how big he was because he scared the hell out of me when I couldn't even budge an inch. Well that bastard lifted my deposit envelope & stole $320.⁰⁰ And while he was at it - he picked up the $5 +

$150 → $10 phone cards I just received. I was in back for
WORTH. like ¼ ½ ¼ OF A minute. Now I know I can't leave anything on this desk you can reach thru the cage. And after he was gone - he fuckin called me! I blasted him + he said I made him do it because he couldn't stand to hear Nate this + Nate that. Then he said I was gonna make him do something (bad). He is out of his fucking mind! Now I am really scared Nate. This asshole sounded like a nut & I'm not kidding. I think he would rape me if he had the chance. I really do + I'm scared shitless & I'm not overstating this. If you would have heard him - not normal. And now I have to replace that money with money I saved for you + us. And I don't know how I'm gonna explain the missing phone cards. You were sure right about the deeds from Warren. And you know what just jogged into my mind? Alot of times he would go out the back way + I remember telling him when I got you the henney. You

I think that lousy son-of-a bitch robbed me !!! Who would be back there? He does have alot of nerve to ~~steal~~ steal
→ HE ALWAYS PARKED IN THE BACK.

from me when I know it's him! And what if it was him that went in the car? That would mean that he now has my fuckin gun. Now what defense do I have against a big lunatic with a 38? And I almost called the police but then I thought that this was definitely not the time to get involved with the police and guns. I don't know what the hell to do. I sure wish you were here. I am never telling you his name because I know what you'd do. And that piece of shit isn't worth it. Can you believe he used to come in here all the time when he got off work + stand there for like 1/2 hour + talk about everything. He seemed so harmless. And once again stupid Donna gets it. When am I gonna learn not to ~~tro~~ trust anyone ever? When? Why can't I be wise to this shit like you are? Why don't I ever think this shit would happen? I am so fucking infuriated — I mean HE KNEW I KNEW IT WAS HIM! How crazy is that? I am never even getting friendly with or talking to anyone else about shit. I can just scream now. Note, you have got to protect me from these animals. And I am getting more pissed with each passing minute. Am I ever gonna learn? Ever?!!! You know — I'm not even as mad about the money as I am about the gun. I had that beauty for 20 years + had planned on giving it to you for your car because it was the nicest of all three. I have to go + look for this asshole or I won't be able to sleep at all for sure. How could someone do that to me? Why? Is that how it really is out there? Do I look like an easy target? I don't think the way these people think + I don't see things they see + I never would think of doing the things they do. The more I think of it now — the more I think it was him that took the gun. I'm gonna find him — wait + see.

Damn — I think I have to report that gun as missing don't I? I wonder if that bastard
I wonder when — I guess the same time as the henney. the police get notified when you report a stolen gun?

Why is this happening to me now? I don't need any more aggravation really. I can't take it anymore. I have enough crap at home. Worry about you. Worry about us. Worry about the future. Worry about business. We are gonna go on a real vacation as soon as possible. I have to get away from everything. Right now my head feels like it's pressurized from this.

What do you think I should do? I am definitely going to try to find him & confront him. He works at some ?— place & I'm going to every one until I find [CAN'T TELL YOU →] him & I'm doing it monday morning. I am. That mother fucker is gonna see me mad now. And I know if I find him I'm gonna lose it. He will suffer the wrath of a pissed off dago female & you don't want to ever see me like that. I'll rip his fuckin head off.

Damn it! I am slowly seething here & just getting so fucking angry. You know—I bet it was him going in my car & the more I think of it — the more certain I am. Who would know about the henney? Who would be back there? My car—his car. Only those who work here park here & no one has ever had any vandalism. It was him. I know it. No one hangs around out back either. Please — fuck it — please calm me down now. Is this what it takes to learn these ways? To get fucked real good a couple of times? I think so. Now it's ruined for everyone. See — people make you mean. And everyone after that wonders why you're such a bitch. I have to get off this because I can feel that my pressure is way up & I have to stay healthy for you. I guess I have to list my priorities & get over this. But on Monday — look out. I wonder if he'll have any of my money left? And if I find him at the ? place — will the employer tell me who his probation officer is? He'll go to jail if I press charges won't he? Shit I can't do that because Robert will find out.

SON OF A FUCKING BITCH!!!

Okay, it's 1/2 hour later & I tried to calm down but you know my mind just won't quit. I was thinking — anyone who had the fucking nerve to steal money + phone cards right in front of me practically + who knew I would know it was him + then he admits it - well - that same person WOULD have the balls to go into my car. Yes, I am like 99% sure now. Yes. Lord, please let me find this asshole on Monday. I'm gonna tell him I want my fuckin gun back like I knew for sure it was him. And then I will know 100%. I looked up the type of place he works in the phone book just now + there aren't that many. I'll call Monday — maybe I'll get lucky. That is if he isn't waiting for me outside tonight. I am going to make the bus driver see me to my car. I'm not even going out at 5:00 to bring it up front. Why do I have to live scared? I mean I felt to alot of people + am very friendly to all + I don't think I deserve this to happen. No, I don't deserve it at all. Why must

You just called.

I love you so much.
Now you see that I can't make it alone. It's true. They will eat me up + spit me out. I need you, Nate, to show me + protect me. I do so bad.

See instead of a nice letter you have to get this. But I'm learning DO NOT TRUST ANYONE - EVERYONE IS LYING - SOMEONE WILL STEAL YOUR SHIT IF THEY CAN. You know what I just thought of? I'm lucky I'm still alive after that ride to Campbell. Remember that? They probably thought I was too stupid to kill. And no fun robbing me cause it was too easy. I'm sorry honey. I told you I just can't make it without you. Now you see it's true. I wish you were here so much honey. Okay look, you don't worry about this, okay? I will take care of my own fuck. When you come home you just know you have got to be the man. You know, right? You know I wasn't

fucked up enough — I needed this. What next? And I am also pissed that instead of 15 minutes of love talk I had to waste it telling you bad news. That sucks big time.

Did I tell you I love you? I think I did. Well it's okay then.

I love you Nathaniel.

Now honey, really don'N worry. Everything will be okay. I hope.

You know, this has one good aspect to it all. It makes me remember good stuff about you — that I love. You have never taken one thing from my purse, my house, my car, my office — ever. And I respect that even more so because I know how you used to be. Tell me something — how come? Why didn'N you? So many times you were down + out + you never took one thing. And you really never asked for much. Why were you like that with me? From the very beginning?

See why I love you so much?

Well, today has been a real eye opener. And I guess the lessons I learn are pretty expensive. My world was so far removed from this type of thing it's no wonder I am still so inadequate when it comes to it. Learning about the real world at my age! I guess better late than never.

There is one other lesson that I have learned recently also. That is about love, the depth of true love, And sometimes how it can cause pain. And — true love — well you have to forgive slot because love is sure worth it.

And I do love you so much Note.

P.S.  THANK YOU FOR ALWAYS
BEING THERE + FOR
HELPING ME COPE + FOR
TEACHING ME. AND
FOR STILL LOVING ME

Yours always,
Donna Marie

I Love You More Than
Anything in the Whole World ♡

I Need you so bad ♡

You are my light.
You are my hero.



ALWAYS
U
ZIP

11·24·01

HPD Case 01-078868
Item #26 - 16

Nathaniel E. Jackson 395469
LOR CI
2075 South Avon Beldon Road
Grafton, Ohio 44044

44044+3805

11 6148

A.G.
Box 1483
Warren, Ohio
44482

You Are Everything To Me

S.W.I.K.

131 DAYS


STATE'S
EXHIBIT
271-D-11

Friday Nov 23

Hi sweetheart. What's goin on?

I received Monday's letter today & it was just such a wonderful one! Wow! You said so many nice things about me that I never heard you say before! It sure made me feel so good honey. Thank you. Your queen loves you, my handsome king.

So you have even more muscles for me to squeeze & touch & kiss. I like that but what I really liked was hearing that your butt is more plump. That's terrific! Can I bite it? I'm gonna.

I was so happy that you gave me a sample of your day. I was so sad every time I pictured you in your cell & now I see you do get out & do various things. That's very good baby! I'm so proud of you the way you always manage to make the most out of any situation. And I'm really glad you are getting the proper exercise. I was never good at being disciplined enough to exercise although I know it is both essential & healthy. So you are really taking your vitamins? Very good! It's great they offer that community service & I'm glad you're taking part in it. Now don't forget – when you color pictures – stay in the lines!

Hey my honey – how did I think it was Mounds & not Almond Joys? Damn! I pride myself on knowing what my baby likes. As a matter of fact I went shopping today & got your navy sweats – Yes XL. They look so big baby! You must like 'em loose. I also couldn't wait any longer – I saw Twizzlers again & got them. I had to because I was afraid I would forget later.

Nate, you are so sweet to go on about how gorgeous you think I am. I never thought like that really. I do try hard to look nice all the time, especially if I'm seeing you darling –

And I never knew you even noticed my walk! See that. You have to talk to me more Nate, you really do. I want to know what's going on in that cute head of yours. And speaking about walk - well, I always thought YOU had the greatest. You just stride on & add a little something to your gait that is so (I can't think of a word) THUGGISH. That's it.

Okay here it is - I called Renee & her mom answered and she wasn't there but I will sure try again until I reach her. I can imagine how your dude must feel. You know - a relationship is a very strong & important thing man! We know that! What if I didn't write you for a month? No way. I couldn't wait to come home to answer your letter from today! I love my baby! And I do feel a teensy bit closer as I write to you. I think the best thing I can do is read your letter to her about Sutton. It's better than me just asking questions, Because you stated how it is very clearly.

Well I got my hair cut today. It is always so much fun going to David & the girl who works there. We talk about everything just like girlfriends! He's older but he's Italian & loves his women & always has to talk about them. So for the first time I → talked about you honey. No names of course. He was very impressed with my weight loss & said if he had a body like mine he would walk around naked. Well - me too but maybe 20 years ago - not now that I'm this old. I was never the naked type because I was always shy & having been brought up so strict I think I was even ashamed of my body. I think I never got over that. And you know I still like to have at least something on.

Hey - I got a red thong today! Yep - I did. Now I have red, gray, white & flowered & maybe another one hidden in my drawer. I only need the T shirt & water to wet it.

he asked if we used condoms & I said No & he thinks I'm crazy.

Let's see, what else is there to report? I guess not much. I'm picturing you now & I'm smiling. Know why? Because just the very thought of you brings me such happiness. How does it feel? To know someone loves you so much? So much that she wants to spend the rest of her life with you. So much that she will do just about anything to please you. So much.

It is an absolutely marvelous day out. Just right. Sunny & cool. And I haven't worn a coat except for that one really cold day. I hope the weather is nice on 12/9. That would be good for our drive back from there. And guess what? 2 little weeks left to go baby! 2 weeks! 2 weeks! And you wonder why I'm nervous.

#1 is on now. Why does that dude have a band aid on his face? Is that something new or what? What does it take to be #1. Two is not a winner & 3 no one remembers. Hey hey.

Well baby, I guess I'll close for now. You know how I miss you on the weekends don't you? I always think of our Saturdays together. Do you often think about that? 7/7  7/14 LOST PASS  7/21  7/28  8/4  8/11  8/18  8/25 missed  9/1 made up for it 9/2. You know now that I think of it, we really weren't together much. I guess you can add August & our drives to work. It was all good though. I still think of how sweet you looked – all fed & loved & cuddled under the blanket – sleeping with nothing but your head sticking out. It was hard for me to leave you alone. I always wanted to get under there & hug you in my arms while you slept but didn't have the heart to disturb you. Once I watched you sleep the whole time.

I love you, Nate.
I miss you baby.
I'm waiting for you baby.

P.S. THAT'S RIGHT – 780 TIMES. LOOK OUT!

All My Love Always,
Donna Marie

I Love you!

Box 1483
WARREN, OHIO
44482

11-23-01

NATHANIEL E. JACKSON 399469

LORCI

2075 SOUTH AVON BELDON ROAD

GRAFTON, OHIO 44044

HPD Case 01-078868

Item #26-11

Jackson Apx. Vol. 27
Page 66



STATE'S
EXHIBIT
271-D-12



Friday night 8:38 Pm.

Hi

Here it is Friday nite & here I am writing to my baby. I miss you extra much!

I went to AAA today & they were closed because of the holiday. I wanted to get a detailed map of how to get to Grafton. I really want more than anything to pick you up there. I know it's further than Cleveland but I just can't stand the thought of you wasting half your first day out spending 6 hours waiting for the bus. No way. I will be there. Oh and don't tell anyone I'm your godmother! Just kidding! I wonder how I can get there early enough. Hey – is there a motel near there? real near? Maybe – just maybe I can figure out a thing to come up on Saturday nite! Wow – now that would work out real well. And just think about how nice & long our day would be. Yes, I have to work on it. Now don't get your hopes up baby. I know how you'll be so disappointed if I can't. And so will I. But I do promise my baby to do everything I possibly can trying.

It was a beautiful day honey! Sunny + 60° I imagine your weather is about the same but I mention it anyway.

I received a postcard from Michael today. He's in London & about to go to Amsterdam. He's not letting any terrorists ruin his traveling. Last year he went to Africa on a safari and the year before he was in Australia diving in their beautiful waters. And before that he was in the Middle East & Egypt. I can't even think where he hasn't been. I took him to Hawaii one year & a week long cruise to Puerto Rico the next. And Mexico before that. I'm so happy he took after me & likes to travel the world. It really broadens your mind & helps you respect other people & their beliefs & manner of living.

I'm so lonely for you tonight. I sure wish you were here baby. I would hold you & caress you & kiss you softly. And I would lay in your arms & touch your beautiful skin. And I don't think I could do all that without feeling my pulse rise & desiring to make sweet love to you. Honey it won't be long now. Do you know that in one week its December 1st! Can you believe that we'll be together again! I have never been so excited. I hope nothing goes wrong to interfer with our plans. Man! I don't even want to think about that.

Do you know how much your lady loves you? She loves you so fuckin much!

I have to get a thin, see thru when wet T-shirt. You still haven't told me what kind. Just a regular man's cut off at the bottom? You know I got a red thong today & now I have 2. So there. And I'm already piling stuff up to bring on 12/9. I have 6 scented candles & incense & twizzlers & almond joys & your sweat suit. Hey - do you need any other shoes & clothes from your 2 bags? Aren't you gonna need somett

Hi there - it's 8:55 AM Saturday morning and I had to stop writing because he decided to torture me all night. So here I am at work waiting for your call. And I have Luther on & listening to If This World Were Mine & daydreaming about you. I can almost feel the phone about to ring. I'm getting antsy.

Sold a few tickets it's 9:06 - oh-oh where's my baby? Please call me. I'm looking at my cell phone but it still won't ring! 9:10, Oh no - you're not calling honey. I'm worried now. 9:12 See how I wait for you sweetheart - just to hear my man tell me he loved me.

I love you, Nate. I'm waiting for you.

14 days to go! 14 only wow! It sure is going fast!

Man I am really tired today. I was up until after 3:00. I have to start getting my proper sleep & I'd sure better eat right. I have been totally fucked up since 9/3 and then after 9/24 I just lost it. Oh well I'm gathering up the pieces & maybe when I see my baby & feel his arms around me I will be healed 100%.

We have to get a good CD system in the bedroom. Do you agree? I'll let you be in charge of that. Oh-oh there's another another thing I added to your list! I just have you doing everything! You're gonna be one busy guy. But you know what? I think you're gonna love it all baby. Now you see – my main job is taking care of my man. That's top priority. I think I can do a real good job of it too. What do you think?

It is gonna be another beautiful day. It's sunny & going up to 60° at least. I think then it's supposed to rain. But I think the temperature will still be in the 50's. I just really hope its nice on 12/9 for you honey. That's all I care about right now → you. And your happiness.

Well the bus is here & gone & it's 9:28 and still no call. I hope you're okay. Now I have to worry if you had an asthma attack or did something that they won't let you use the phone. Please call. Okay its 9:31 & I guess you're not calling. Man, what a big disappointment. I wanted to hear your voice so much, especially after last night of missing you so bad. I really miss you so much as to where I get a slight sick feeling in my tummy. That ever happen to you?

9:34. Okay you're not calling.

Oh – I called Renee 3 times on Friday & twice her mom answered & once a man. Then I called at 8:30 this morning & no one answered but a recording of voice mail. But tell Sutton that