I was just thinking about what we would be doing if we were together on this dark & dreary day. We would probably just chill, huh? That would be nice. Chillin' with my baby. Oh yeh!

I woke up again at 5 o'clock this morning. Why is this happening all the time. Man! Then I just toss & turn & walk around, talk to Blossom & have a cigarette. I even took a sleeping pill but to no avail. You know, I really should stop smoking. Cigarettes, that is, not weed. I don't really even like the taste anymore or the way it leaves my breath. It seems like I smoke out of nervousness. Do you get your Newports there? I hope you do honey.

So have you heard from anyone in your family? I hope they are all well. I would call your sister to see how her back is but she never gave me her new phone number & I hate to be so presumptuous as to ask for it. I think if she wanted me to have it, she would have given it to me. Have you written to her yet? I hope so.

I'm sitting here looking at the most beautiful red roses that Michael got me. Gee they're so pretty & it's been a long time since I had them in the house. I used to always buy flowers for the house. Used to. Like so many other things. Oh well.

I shall sign off for now but I'll be "talking" to you again later. Love you baby.

Hi Honey. I'm back it's 3:00 now & I have accomplished quite a bit so far. All of the laundry is finally done. I had 5 loads! Also I cleaned up the kitchen somewhat. Vacuuming is done. Just did a very little dusting.

But the most enjoyable task - I gave myself a nice pedicure. It felt so good to soak my feet in warm sudsy water. And I painted them with "Dusty Plum" a new color I got. And they are all lotioned up & smooth & soft. It feels so good. Maybe I'll give myself a facial tonight after Michael leaves.

That's all that is new so far. Thank you for sharing my day with me so far too!

Hello again you! It is 5:00 now & I have to go to Giant Eagle & do some shopping. It's cute the way I walk thru the store & certain things remind me of you. DOTS - WATCHAMACALLIT - CHICKEN - NEWPORTS - YAMS - BROCOLI - CHUNKY MONKEY!
See how often I think about you? I wonder if you're thinking of me right now.

Okay - gotta go. I'll leave this envelope unsealed so if I get those photos back - I'll stick them in here.

Love you always,
Donna Marie

Box 1483
Warren, Oh 44482

8/14

Nathaniel E. Jackson 399969
LORCI
2075 So. Avon Belden Road
Grafton, Ohio 44044

YOUNGSTOWN OH 446
29 OCT
2001
PM

10 - 28 - 01   Nov



44044+3803

HPD Case 01-0788868
Item #26 - 65



STATE'S
EXHIBIT
271-D66

Saturday Oct 27  2:00 pm

Hi sweetheart,

You know, I am so happy to be able to write sweetheart again! I love you, daddy! You are my big strong daddy + I am your little girl + I need you to love me + protect me honey.

I received your letter dated Wed 10/24 and now I think for the first time I really believe you do intend on taking care of business! Here's how I feel about it: what size gloves do you wear! Okay? I'm there. I'm beyond there already. The zeros are still in effect too. You have my blessings.

Oh yes - I'm definitely gonna show my big daddy what he's been missing! I don't know why but lately I feel so sexed up I can't stand it. I sure have alot of good lovin built up inside me + it's all for you. I am not gonna miss one spot on your beautiful body + I will love you in whatever way you ever imagined. But you ask what I'll do first? Well baby, you just take a strong hold of me and put me down on my knees + give me my favorite order from my man: Suck this dick, bitch. Oh - I just can't wait to get that sweet dick in my mouth! And nibble on your balls + inner thighs and wherever my tongue leads me - like that sweet and sensitive flesh behind you. I'm gonna continue sucking that dick until you make me stop. And then you know how swollen + wet that will make this hungry pussy. I may have to get ahold of your head and ram it in between my legs until ~~your~~ your face disappears into this sweet pussy. Of course, that won't last too long because you know by then I will be just begging for you to give it to me. I want every single bit of that dick shoved hard + real deep into me - right after you tease me with its big swollen tip of course. And then

just let me feel you going in & out of me - in & out. Take it almost all the way out each time & just it all the way back in. I know you're gonna make me cum real fast! Oh my baby, I just can't wait to hear those sweet words come out of your mouth - I'm coming. I'm waiting for that. I am constantly wet thinking about you all day & night & I always can hear you say those words, Nate.

Okay - so nothing is different or special about all of that but we must get that out of our system. From there on, anything & everything is yours & anything goes. My mouth is yours, my pussy is yours, my ass is yours. Your pleasure is #1 priority. Just tell me what you want! Mmmm - now what dude wouldn't want to hear that? And you know that I would never say no to anything you want. However you want it baby! I may love to have my tongue on your ass while I reach around & jerk you off - I have thought about that among other things. I just wanna eat you up. And boy I am so fucking ripe! After I spoke to you this morning I was so hot for you! I rolled over on my tummy & it took me like one minute to cum all over my fingers thinking of my strong man ripping my panties off & taking me. And I am still horny. I think my hormones are all fucked up. I get so very wet! I'm gonna reach down there & get all that funky gooey sticky stuff on my hand & rub it all over your face. And there will still be plenty left to help that big dick slip in & out real good.

And I will keep it shaved for you baby. Whatever your pleasure! And I'll spread my legs as far apart as I can & spread open this sweet pussy of yours so you can get it all - all you want - all you've missed.

But first, Nate, I just want you to take me in your arms & hold me real close & kiss me over & over & over. Everywhere. Can you do that for me sweetheart?

I wish I could send you these red panties I have on right now - they are soaked! And I can rock back & forth on this hard chair & feel my swollen clit too.

41 1/2 days to go. 41 days to cum.

I hope you liked the pictures. I didn't have anyone to ask to take sexy ones but you'll just have to use your imagination. I'm sure you remember what is under those clothes! And I sure remember what is under yours! I love my big daddy's body - every bit of it! I love my baby's beautiful brown skin. I love to touch you. I love to have my skin rub against yours. Man, I am so fucking horny for you! I have got to get a grip!

Of course I'll get you a coat! Which one do you want? They will all be yours soon & you can wear a different one every day.

Well, Michael got in safely last night. It was his 79th flight this year. Can you believe it? He travels in his work. He was an hour late though. He is well & so full of energy! Today he brought Fluffy in to get groomed. She looked like a giant fur ball! I made his spaghetti sauce with meatballs and sausage & pork ribs & it came out really good. So far - he has eaten it 3 times already! He'll be leaving Sunday nite.

So here I sit at work again. I only stayed home this morning for your call. It was so nice to hear your voice all cuddled under the blankets!

Okay then! I will say so long for now. know how much I love you, Nate. I know you do. Be good and take care my love.

Always, Sarah M.

Box 1483
Warren, OH 44482

Nathaniel E. Jackson 399465
10RC1
2075 So. Aron Bellon Road
Grafton, Ohio 44044
44044-9805



AKRON OH 443
PM
27
2001

13-27-01 - 2pm

USA

HPD Case 01-078868
Item #26- 66

Jackson Apx. Vol. 27
Page 357

STATE'S
EXHIBIT
271·D·67

Friday Oct 26   1:20 pm.

Dear Nate,

    Hi honey. I got your beautiful card today — thank you so much. It's beautiful. I also received your letter. Let's see — Yes — I will do whatever I have to do to spend the night with you. Yes, I agree with you. The night you come home is going to bee 100% fabulous. And I hope YOU are expecting to be awakened all night long too. I think I'll wake you up by going under the covers & putting my baby's dick in my mouth while it's sleeping, & then feel it grow real big & hard in my mouth. Oh yes! And maybe once I'll climb up. Over you so when you open your eyes you'll be looking right into this pussy that is waiting for you & your dick & your tongue & your fingers. What about that? What else can I do? Oh yes — I'll get my baby's behind and kiss it & lick it & see how far I can get my tongue into it before he wakes up. Well, do I sound horny enough? You do too! I think it's going to be real good, Nate. And I also think it will be a lot different and very intense.

    Yes — we can for sure go out. Somewhere really nice for dinner first and then maybe we'll find some music and have a few drinks. I usually have 1 drink only and then I get silly. But one's enough for me. Also I will have the best weed I can find for my baby's pleasure & relaxation. Of course if you don't want it — let me know. No problem. Is there anything else you might want? Some hash or some opium? Crack? You just say the word, baby, and your bad girl will get whatever your little heart desires. Bring the K-Y jelly? Oh-oh, I'm in trouble! Whatcha gonna do?

    Look at us, Nate. Here we are — already for Dec 9 now only 42½ days away! Wow — it will really go fast huh?!

In answer to your question: No, I did not tell my sister about what happened. I almost did because I so desperately needed someone to talk to but then after I thought about it --- well, she always looked up to me & tried to be like me & I didn't want her thinking that I really fucked up & got screwed or that I was a fool. So no, I did not tell Janice.

If you want to go to the Tally-Ho - well - it's fine with me but I was thinking of something a little nicer - if there is such a place around here. Don't some places have jacuzzi's? Room service? Breakfast in bed was always a favorite of mine - in Rome, Paris, London, Puerto Rico, Hawaii, Alaska, Jerusalem, Mexico, Nassau, etc. You get the idea right! We most certainly do have to celebrate! My Nate is coming home to me for once & for all!

Are you really going to take care of the Robert problem? Sometimes I don't really believe you are going to & I don't blame you. It's quite an ordeal. Are you sure you want to? Maybe someone else had better do that task - huh? I just don't want to lose you forever & that's all I'm worried about. For real. Can you do it? I sure hope so - more than anything! But it has to be 100% safe for you. I mean it. If it isn't totally safe - I will just go on and live this miserable fucked up life as long as I can. But then, I will only love you sometimes & also we will never have the things we want or how we want them. It is a real dilemma. What are you gonna do?

I sent out the $25 money order & then got your letter that says $65. But I figured if you just told me yesterday on the phone it must be right. Let me know for sure okay?

About your car. Please - don't ever think I am a bossy bitch. You know better than that! I don't want you to not have women in your car because I bought it! I want you to not have women in your car because you don't want them there & don't need them there & have no reason for them being there. That's all. You are a man now my darling & you have to make your own right & wrong decisions that will affect the rest of your life. I know pussy just like doze. But when you have your own pussy waiting for you at home, it's a real shame to ruin your life because of another one. But you already know that. Remember - I am not your mother baby. I am your woman. We're in this life together. We have to cling to one another and forsake all others. And that's the only way to a peaceful and happy life. Can you do it? Or do you still have a wild streak in you that might make you get a quick blow job in your car before you come home? And if you think that's exciting - well believe this - it will never - never compare to the excitement you'll get if I ever find out !!! Oh yes !!! I already have been plenty tempted during the whole time I've known you & for some reason even more lately. But you are my true love & nobody gets anything from me that belongs to my Nate - not my time or my body - so that's that. It's enough I have to go thru with this smuck now. I would never ever be with another man, unless of course, you go your own way. And for sure, no matter what, I will never be able to give my heart to another or love anyone else. But you have a much longer life ahead of you so after I am gone - I hope you'll be able to go on & find another love for the remainder of your life.

Do you believe I am still writing ! Gee - I didn't think I had this much to say.

It is 3:30 now and I finally sold a couple of tickets. That crazy guy was back & I got my nerve up & told him he had to leave. He ran out! What a nut!

When I went out to meet the bus I felt a couple of snow flakes hit my face! It is supposed to snow tonight along with sleet & thunder! Wow! Thunder?

I will try my very best to get to Y-town next week and get your newspaper subscription. Wait a minute — I'm calling them now ... OKAY THEN! I just got your subscription! I charged it & it will begin on Tuesday! It was only $12.44 and I know it will bring you alot of pleasure to be hearing from home. He got your number & everything right & knew the address by heart since they have alot of subscriptions going there according to him. Well, that's all done & good!

I think I have answered most of your letter. Oh — I cut a map up — see Elyria? I think the 2⁰⁵ PM bus that arrives in Youngstown at 4:35 PM is your best bet. It's only 2½ hours compared to the others being 5 & 6 hours. I could send you a ticket. I'm not so sure about driving up there, honey. You know me & driving too long. Well, we'll see what happens. What time of the day do they release you? Do you think I could find it? How long would it take you to drive to Grafton? I know it's an hour to Akron from here. We have 42½ days left to figure this part out.

Hey you — it's 4:15 now! It feels like I spent all day talking to my baby! I think I did! Well sweetheart, so long for now. I hope it makes you happier that the mood of my letters has been this last week or so. I love you, Nate. And you know I ache with lonliness for you. All my love, Donna Marie

Box 1483
Warren, Oh. 44483

②
Friday Am

YOUNGSTOWN OH 445 DCR1 20:42

10-26-01 12:00

Nathaniel E. Jackson 399469
LORCI
2075 South Avon Beldon Road
Grafton, Ohio 44044

HPD Case 01-078868
Item #26- 67

43 DAYS

S.W.A.K.

THIS ENVELOPE IS RECYCLABLE AND MADE WITH 100%
RECYCLED PAPER, 30% POST-CONSUMER CONTENT

STATE'S
EXHIBIT
271-D-68

Friday Oct 26  10:15 AM

43

Hi honey!

I just can't stop writing to you, Nate! I don't think I have alot to say.

I'll get your money order at the p.o. at lunchtime today and mail it with this letter. You made me feel kinda bad Nate - when you said it was a good thing you had your own money. You know 100% that I would have taken care of your needs, don't you? By now you should. Hey - remember that 30 day jail thing - was it in Niles? They made me get all your treats out of their own machine? That was a bummer. But - no more of that - ever! My baby is never, ever going back to any jail ever, ever, ever! No - my baby is not a number - he is Nathaniel Edwin Jackson - a name - a person - a human being. And that's what he is gonna be as of 12/9! No more numbers!

It really got cold overnite. The wind has been about 40 miles per hour for 2 days now and it is only 40°. It is supposed to snow tonight. Brrrr! I don't think there are any clothes suitable for winter in your 2 bags except maybe for one pair of jeans. You know - they also gave me someone else's bag too! I was going to throw it out but maybe there is something useful in there. You can check it out when you come home. I don't wanna go thru it.

        My baby's coming home to me ♡

So I guess they won't be moving you now that your time is so short - will they? Probably not. So we won't have any interruptions in our mail. That's a good thing. But it's sad you have to stay in that cell. I'm so sorry for you honey.

I think I'm gonna be in a constant state of excitement from now until 12/9. And on 12/8 I will be a total basket case. And I know you are too excited too! I can just feel how hyper you must be. My baby must be climbing the walls! Or is that just me?

I changed my mind about the gun contest. They had postponed it from last weekend to this one. I know there will be alot of rednecks there & they just rub me the wrong way. Besides that, I don't want to mess up my hand again. And Michael's coming too. He has medals for being a sharpshooter though – maybe he would like to enter – huh?

There is some crazy guy in here & he has been talking nonsense for like 15 minutes now. He is beginning to scare me. He is talking non-stop about what – I have no idea! He is still talking at me as I write. Why me? Still talking. This man is out of his fucking mind! He won't shut up & he won't leave. Now he just showed me the needle marks on his arms & scars by his wrists where he slit them. Man, I sure hope someone comes in here soon! He is still ranting. He is trippin'! Now he's talking about Thorazine & lethal injections. Help! This guy has not shut up yet! Now it's something about being a musician & hospitalization & police & ambulances & gangs + his sister who threatened to kill him. Now B-B-Que. His father's dead. Something about a girl & a pimp. Her hair isn't done right. Her brothers are something. He won't shut up! How am I supposed to lock up for lunch? I'm afraid to leave my locked up room. Honest – he has not shut up for like one second! This is too weird for me now. The barber next door just came in & wrote him a note not to leave me alone with this guy! So we finally got him out & I'm okay Baby. I'll write later this afternoon.
                                    Love + kisses,



10-26-01 - 10:15A

ALL
ZIP USA

YOUNGSTOWN OH 445
PM
26 OCT
2001

HPD Case 01-078868
Item #26 - **6 8**

Nathaniel E. Jackson 399469
LORCI
2075 So. Avon Belden Road
Grafton, Ohio 44044

JB 110

Pmt 1483
Warren, OL 44482

③

MAIL OFFICE

MONEY ORDER SENT TO CASHIER'S OFFICE

DATE: 10 30 11

AMOUNT: 25.00

ALLOW 5 WORKING DAYS FOR POSTING
IN CASHIER'S OFFICE

THIS ENVELOPE IS RECYCLABLE AND MADE WITH 100%
RECYCLED PAPER, 30% POST-CONSUMER CONTENT





*Thank You For Going Greyh*

STATE'S
EXHIBIT
271-D-69

# TRAVEL ITINERARY

| ORIGIN | | | DESTINATION | |
|--------|--|--|-------------|--|
| | | | **One Way Fare** $ | **Round-Trip Fare** $ |

| | | DEPARTURE | DEPARTURE | DATE | COMPANY |
|--|--|-----------|-----------|------|---------|
| LV | *Elyria to Akron* | | | | 1' 50" |
| AR | | 6:40 AM | 8:30 AM | | 1' 50" |
| LV | | 9:45 AM | 12:35 PM | | 2' 50" |
| AR | | 2:05 PM | 3:55 PM | | 1' 50" |
| LV | | 4:00 pm | 6:30 pm | | 2' 30" |
| AR | | 8:10 PM | 10:20 PM | | 2' 10" |
| LV | *They all stop in Cleveland* | | | | |
| AR | | | | | |
| LV | *Akron to Youngstown* | | | | |
| AR 1' 10" | | 7:40 AM | 8:50 AM | | ( |
| LV/ 1' 25" | | 2:20 PM | 3:45 PM | | ( IN WARREN AT 3:15 PM |
| AR/ 1' 25" | | 7:30 PM | 8:55 PM | | ( IN WARREN AT 8:25 PM |
| LV | | | | | |
| AR | | | | | |
| LV | | | | | |
| AR | | | | | |

Schedules are subject to change without notice, and are not guaranteed; check departure times upon arrival at points where change of bus or stopover is made.

Form OP-140  (Rev. 4/00)



**Thank You For Going Greyhound**

# TRAVEL ITINERARY

| ORIGIN | DESTINATION |
|--------|-------------|
| Elyria | Warren |

| | One Way Fare | Round-Trip Fare |
|---|---|---|
| | $ 17 | $ |

| | DEPARTURE | DEPARTURE | DATE | COMPANY |
|---|-----------|-----------|------|---------|
| LV | 9:45 AM | arrives | 3 15 | PM |
| AR | | 5 1/2 HRS | | |
| LV | (stop in Cleveland 3 hours) | | | |
| AR | | | | |
| LV | 2 05 PM | arrives | 8:25 PM | |
| AR | | 6 1/2 hrs | | |
| LV | (stop in Cleve 3 1/2 hrs) | | | |
| AR | | | | |
| LV | 4 00 PM | arrives | 8:25 PM | |
| AR | (stop in Cleve 1 1/2 hrs) | | | |
| LV | | 4 1/2 hrs | | |
| AR | | | | |
| LV | | fare: $17.00 | | |
| AR | If you're coming in on the bus | | | |
| LV | I can get you a ticket + mail | | | |
| AR | it to you. | | | |

Schedules are subject to change without notice, and are not guaranteed; check departure times upon arrival at points where change of bus or stopover is made.

Form OP-140 (Rev. 4/00)

**Thank You For Going Greyhound**

# TRAVEL ITINERARY

| ORIGIN | | DESTINATION | | |
|--------|--|-------------|--|--|
| Elyria | | Youngstown | | |
| | | One Way Fare $ 17 | | Round-Trip Fare $ |

| | | DEPARTURE | DEPARTURE | DATE | COMPANY |
|----|----|-----------|-----------|------|---------|
| LV | 9:45 AM | arrives | 3:45 pm | | |
| AR | | 6 hrs | | | |
| LV | (in Cleve | 3 hrs) | | | |
| AR | | | | | |
| LV | 2⁰⁵ PM | arrives | 4:35 PM | | |
| AR | | 2½ hours | | | |
| LV | (Cleve 35 minutes) | | | | |
| AR | | | | | |
| LV | 4⁰² PM | arrives | 8⁵⁵ pm | | |
| AR | | 5 hrs | | | |
| LV | (Cleve for 1½ hrs) | | | | |
| AR | | | | | |
| LV | | | | | |
| AR | | | | | |
| LV | | | | | |
| AR | | | | | |

Schedules are subject to change without notice, and are not guaranteed; check departure times upon arrival at points where change of bus or stopover is made.

Form OP-140 (Rev. 4/00)

Friday Oct 26 8:30 AM.                    43 days to cum

Good morning my sweetheart,

Well - here I am again ó I love you, Nate. That's
the most important thing. Do you really love me?

I had a real uneasy night. First, I couldn't fall
asleep + then I kept waking up all night I give up
at 3:30. BUT - for once in a long time - all good stuff
was going on in my mind. It was a good excitement
can't sleep thing. I am so happy today! It is almost
like a little miracle all of our own. Isn't it? No long
cold winter without my love's arms around me to keep
me warm! It's almost too good to be true. They can't
take it back, can they? Tell me absolutely not!
I would have loved to see your face when you found
out! Dec. 9. Okay then!

All I could think about was making love with you,
Nate, honest. I couldn't get it out of my mind! And
this morning I thought - soon I will be waking up +
my baby will roll over to me on a dark morning +
let me feel his hot hard morning dick just before he
puts it into me. I got such a warm feeling in my
whole body honey. I want you to just put it in +
out of me real slow + cum in me in long streams
and then just fall back asleep still joined together.
Mmm - - wouldn't that be so sweet?

You know - this is just exactly what we both needed -
good news + the knowledge that we don't have to be
apart for the whole winter. Wow! It really is a
very special gift, isn't it honey? I still can't fully
believe it to tell you the truth. I got your letter
yesterday afternoon + I could see + feel the excitement
in it! I know you gotta be so happy!

I can'N wait to tell all my new friends here! These guys really are very sweet to me, Nate. Now they will know 100% I mean what I say. I love my Nate + I have to wait for him. I'd love to introduce you to all the guys. They think you're a real lucky fellow! I don'N even know what to write here! I'm so happy.

43 days, 1032 hours, 61,920 minutes 3,715,200 seconds

Compared to having next March in my mind, this seems like nothing! It is 92 days less than we counted on. That's alot, huh?

I just went to the bakery + got coffee & a donut. Is that a switch from feeling so sick every morning?! My fingers are all sticky + I have to keep licking the sweet off. It's good practice for when I get my hands back on my baby. I'll be doing alot of licking!

My Nate is coming home

Nate, are you absolutely sure you're coming home to me only? Are you sure that's what you want to do at this point in your life? I mean - you will be 100% free! No probation even - right? It's a big decision to make you know. So you take some time and you think about it.

My Nate is coming home! I told Blossom last night + she got all excited by my voice + was wagging her tail + licking my hand. She knows by my voice I was telling her something good.

So - this last week my letters finally got better and now this! Isn'N it all so good?

Anyway, let me change the subject for a quick minute. Michael is flying in from New Hampshire for the weekend. He'll be here tonight until Sunday nite. I think he hasn't liked the way I've been sounding for a month & is coming to check up on me. Well - with your good news I will be in a very good frame of mind! Now I have to work all day & then run home & make soup & spaghetti sauce! That's a must every time he comes home. And he eats my pasta for breakfast lunch & dinner! He loves mommy's Italian cooking. And that kid has been all over the world! He's my biggest fan. Man - I also have to go shopping first! I don't have a thing in the house since I haven't been cooking for some time now.

That's my only news for today.

The 9:20 bus has come & gone & it's now 9:45. I have not sold one ticket yet. Word is it's been very slow in not only our area but the entire country. Let's hope things pick up for the holidays. Enough about business.

I'll go to the p.o. at 11:30. When I go before work at 8:45 AM - they have never put the mail in that early I know there will be a letter from you today - I just know it! I love your letters, Nathaniel.

Hey, you never told me where you are yet! Are you near Cleveland? Your letters are postmarked there. Except the free ones are postmarked Grafton. I just checked & we don't have a bus to Lorain or Grafton. So what's up with that? Where are you?!

I'll say so long for now my little honey bun! You stay happy my sweet love. And now I can say = I'll see you soon!

All my love,
Donna





$8114$

Nathaniel E. Jackson 399469

LORCI

2095 So. Avon Beldon Rd.

Grafton, Ohio 44044

HPD Case 01-078868
Item #26 - 69

Box 1483
Warren, Oh 44482

I LOVE HIM!

10-20-01 Y.Soann

STATE'S
EXHIBIT
Z71-D-70

*Thursday Oct 25   4:30 p.m.*

# 44 DAYS TO GO ♡

Dear Nate,

I am so excited that I don't know what to say first!

You're coming home♡ Yes, I do believe God had something to do with this! It is just too good to be true. I have been dancing on a cloud since 1:00, Yes - I spoke to my sweetheart today! DAMN !!! I can't remember being so happy in a long time (I think it was 7/7 SATURDAY). Your voice was so beautiful honey. Really. Your sweet voice telling me you love me — well, I feel so happy now! Happy just went right in me & since I was full of pain - happy had to throw out alot of that pain & make room for — HAPPY. Isn't it wonderful, Nate? In my heart - I felt & saw you after you hung up the phone - were you smiling? And did you feel like jumping up & down? And didn't you want to go & tell someone and relive the moment? I sure did - all of the above. Sweetheart - are you feeling happiness again too? Nate, isn't it wonderful?

I shouldn't tell you this but maybe my words to you can replace more of any pain you may still have. Okay = I love you so much. I don't think I could ever live without you. I am only happy when I am with you, I miss you terribly whenever we are apart.

Scary, isn't it? I'm scared shitless !!!

Nate, are we really going to be together again in just 44 days? I sure hope I'm not dreaming this! Are you as excited as I am? We are so close now to being back in each others arms. We are so close to making love to each other again. How have I lived without you since 9/12? Well - obviously - not very well! Can I have grown so very close to you that now I am just totally fucked up without you? Lord help me!

I think when you come home we will have the best loving & the best sex we've ever had in our lives. It's gonna be heavy stuff. Intense. Wild. Loud. Wet. Deep. Electrifying. I think I am going to be very nervous from this moment on now that I thought of that. DAMN!

I am laying here on the "big bed" and thinking about you undressing in front of me, proud of your beautiful body. Proud of your beautiful penis. Here I am! Nate Dawg. I can feel something going on in between my legs down there honey. Mmmm - is that your tongue? Lick it harder. Suck it baby. Get that fucking clit in your mouth and suck it! Well, are you gonna stick that tongue in me or do I have to sit on your face? Take me Nate, however you want me. Gentle. Then rough. And next - rougher than you've ever been before. Real rough. And I'll be your perfect bitch and do everything you want. For sure I'll spend alot more time kissing your sweet tender ass. Oh yeh. For sure baby. And I have to to suck your dick alot more too. Like all during the day & night even if you don't cum all the time. That sweet ass! DAMN AGAIN!

I think I am going to end this letter on this spot and wish you pleasant dreams tonight, Nate. I love you sweetheart. I never stopped loving you. Yours,
Donna M.

Jackson Apx. Vol. 27
Page 34

Box 1483
Warren, OL 44482

Thursnite

①

NATHANIEL E. JACKSON 399969
LORCI
2075 SOUTH AVON BELDON ROAD
GRAFTON, OHIO 44044

83116

HPD Case 01-078868
Item #26 - **70**

444 DAYS TO LOVE

THIS ENVELOPE IS RECYCLABLE AND MADE WITH 100%
RECYCLED PAPER, 30% POST-CONSUMER CONTENT