# IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | | |
|---|---|---|
| **NATHANIEL JACKSON,** | : | |
| | : | |
| Petitioner, | : | **CASE NO. 4:07-cv-0880** |
| | : | |
| v. | : | **JUDGE JAMES S. GWIN** |
| | : | |
| **MARC HOUK, Warden** | : | *Death Penalty Case* |
| | : | |
| Respondent. | : | |

## WARDEN'S NOTICE OF SUBMISSION OF A
## SUPPLEMENTAL APPENDIX TO THE RETURN OF WRIT

Pursuant to this Court's order of May 19, 2017 [ECF# 45], the Warden hereby notifies the Court and the Petitioner of the submission of a Supplemental Appendix to the Return of Writ. This filing is a supplement to the initial Appendix previously filed on March 7, 2013 [ECF# 34]. The Warden will provide counsel and the Court with an Index to the Supplemental Appendix as soon as practicable.

    Respectfully submitted,

    MICHAEL DEWINE
    Ohio Attorney General

    *s/ Stephen E. Maher*
    **STEPHEN E. MAHER (0032279)**
    Assistant Attorney General
    Criminal Justice Section, Capital Crimes Unit
    150 East Gay Street, 16th Floor
    Columbus, Ohio 43215-3428
    (614) 728-7055; (866) 440-6159 (fax)
    Stephen.Maher@ohioattorneygeneral.gov
    **COUNSEL FOR THE WARDEN**

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing *Notice of Submission of a Supplemental Appendix to the Return of Writ* was filed electronically this 14th day of July, 2017. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

*s/ Stephen E. Maher*
**STEPHEN E. MAHER (0032279)**
Assistant Attorney General