IN THE COURT OF COMMON PLEAS
TRUMBULL COUNTY, OHIO

STATE OF OHIO,                              :

    Plaintiff,                          : Case No. 01-CR-794

-vs-                                         :

NATHANIEL JACKSON,                          : Judge Stuard

    Defendant.                          :

---

## NATHANIEL JACKSON'S PROFFER

### VOLUME I OF III

2012 AUG 14  PH 2: 34

TRUMBULL COUNTY
CLERK OF COURTS

KAREN INFANTE ALLEN
CLERK OF COURTS
COUNTY

406

NATHANIEL JACKSON v. WARDEN
CASE NO. 4:07-cv-0880
SUPP. APPENDIX - Page 4933

## U.S. Census Bureau

**State and County** *QuickFacts*

QuickFacts Main | FAQs | What's New



### Trumbull County, Ohio

Ohio counties - view map

Select a county [  ] **Go**

Locate a county by place name

Select a state
USA QuickFacts

Follow the ⊕ link for
definition and source information.

Browse more data sets for Trumbull County, Ohi

| People QuickFacts | Trumbull County | Ohio |
|---|---|---|
| ⊕ Population, 2001 estimate | 223,982 | 11,373,54 |
| ⊕ Population percent change, April 1, 2000-July 1, 2001 | -0.5% | 0.2% |
| ⊕ Population, 2000 | 225,116 | 11,353,14( |
| ⊕ Population, percent change, 1990 to 2000 | -1.2% | 4.7% |
| ⊕ Persons under 5 years old, percent, 2000 | 6.1% | 6.6% |
| ⊕ Persons under 18 years old, percent, 2000 | 24.4% | 25.4% |
| ⊕ Persons 65 years old and over, percent, 2000 | 15.7% | 13.3% |
| ⊕ Female persons, percent, 2000 | 51.6% | 51.4% |
| ⊕ White persons, percent, 2000 (a) | 90.2% | 85.0% |
| ⊕ Black or African American persons, percent, 2000 (a) | 7.9% | 11.5% |
| ⊕ American Indian and Alaska Native persons, percent, 2000 (a) | 0.1% | 0.2% |
| ⊕ Asian persons, percent, 2000 (a) | 0.5% | 1.2% |
| ⊕ Native Hawaiian and Other Pacific Islander, percent, 2000 (a) | Z | |
| ⊕ Persons reporting some other race, percent, 2000 (a) | 0.2% | 0.8% |
| ⊕ Persons reporting two or more races, percent, 2000 | 1.1% | 1.4% |
| ⊕ Persons of Hispanic or Latino origin, percent, 2000 (b) | 0.8% | 1.9% |
| ⊕ White persons, not of Hispanic/Latino origin, percent, 2000 | 89.7% | 84.0% |
| ⊕ Living in same house in 1995 and 2000, pct age 5+, 2000 | 64.1% | 57.5% |
| ⊕ Foreign born persons, percent, 2000 | 1.8% | 3.0% |
| ⊕ Language other than English spoken at home, pct age 5+, 2000 | 5.7% | 6.1% |
| ⊕ High school graduates, percent of persons age 25+, 2000 | 82.5% | 83.0% |
| ⊕ Bachelor's degree or higher, pct of persons age 25+, 2000 | 14.5% | 21.1% |
| ⊕ Persons with a disability, age 5+, 2000 | 39,747 | 1,909,48! |
| ⊕ Mean travel time to work, workers age 16+ (minutes), 2000 | 21.0 | 22.! |
| ⊕ Housing units, 2000 | 95,117 | 4,783,05 |
| ⊕ Homeownership rate, 2000 | 74.3% | 69.1% |
| ⊕ Housing units in multi-unit structures, percent, 2000 | 18.0% | 24.1% |
| ⊕ Median value of owner-occupied housing units, 2000 | | |

**EXHIBIT**
1

NATHANIEL JACKSON v. WARDEN
CASE NO. 4:07-cv-0880
SUPP. APPENDIX - Page 4934

Trumbull County QuickFacts from the US Census Bureau

Page 2 of

| ⊕ Households, 2000 | 89,020 | 4,445,7 |
|---|---|---|
| ⊕ Persons per household, 2000 | 2.48 | 2.4 |
| ⊕ Median household money income, 1999 | $38,298 | $40,95 |
| ⊕ Per capita money income, 1999 | $19,188 | $21,00 |
| ⊕ Persons below poverty, percent, 1999 | 10.3% | 10.6 |

| Business QuickFacts | Trumbull County | Ohio |
|---|---|---|
| ⊕ Private nonfarm establishments, 1999 | 4,785 | 270,76 |
| ⊕ Private nonfarm employment, 1999 | 84,059 | 4,867,36 |
| ⊕ Private nonfarm employment, percent change 1990-1999 | -3.4% | 14.6% |
| ⊕ Nonemployer establishments, 1999 | 10,724 | 591,15( |
| ⊕ Manufacturers shipments, 1997 ($1000) | 11,235,598 | 241,902,92 |
| ⊕ Retail sales, 1997 ($1000) | 1,943,241 | 102,938,83( |
| ⊕ Retail sales per capita, 1997 | $8,551 | $9,18 |
| ⊕ Minority-owned firms, percent of total, 1997 | 5.1% | 6.3% |
| ⊕ Women-owned firms, percent of total, 1997 | 24.8% | 26.2% |
| ⊕ Housing units authorized by building permits, 2000 | 468 | 49,74! |
| ⊕ Federal funds and grants, 2001 ($1000) | 1,051,817 | 61,704,78! |
| ⊕ Local government employment - full-time equivalent, 1997 | 7,544 | 421,09: |

| Geography QuickFacts | Trumbull County | Ohio |
|---|---|---|
| ⊕ Land area, 2000 (square miles) | 616 | 40,94! |
| ⊕ Persons per square mile, 2000 | 365.2 | 277. |
| ⊕ Metropolitan Area | Youngstown-Warren, OH MSA | |

Download delimited tables | Download Excel tables

(a) Includes persons reporting only one race.
(b) Hispanics may be of any race, so also are included in applicable race categories.

FN: Footnote on this item for this area in place of data
NA: Not available
D: Suppressed to avoid disclosure of confidential information
X: Not applicable
S: Suppressed; does not meet publication standards
Z: Value greater than zero but less than half unit of measure shown
F: Fewer than 100 firms

Data Quality Statement

What do you think of QuickFacts?

Source U.S. Census Bureau: State and County QuickFacts. Data derived from Population Estimates, 2000 Census of Population and Housing, 1990 Census of Population and Housing, Small Area Income and Poverty Estimates, County Business Patterns, 1997 Economic Census, Minority- and Women-Owned Business, Building Permits, Consolidated Federal Funds Report, 1997 Census of Governments

12/31/02

NATHANIEL JACKSON v. WARDEN
CASE NO. 4:07-cv-0880
SUPP. APPENDIX - Page 4935

Trumbull County QuickFacts from the US Census Bureau

Last Revised: Tuesday, 15-Jul-2003 11:48:38 EDT

Browse more data sets for Trumbull County, Ohio

Census 2000 | Subjects A to Z | Search | Product Catalog | FOIA | Quality | Privacy Policy | Other Policies | Contact Us | Census Home

US CENSUS BUREAU
*Helping You Make Informed Decisions*

NATHANIEL JACKSON v. WARDEN
CASE NO. 4:07-cv-0880
SUPP. APPENDIX - Page 4936

## U.S. Census Bureau

**State and County** *QuickFacts*

# Race

**Source:** U.S. Census Bureau, 2000 Census of Population, Public Law 94-171 Redistricting Data File. Updated every 10 years. http://factfinder.census.gov.

**Definition:**

The concept of race as used by the Census Bureau reflects self-identification by people according to the race or races with which they most closely identify. These categories are sociopolitical constructs and should not be interpreted as being scientific or anthropological in nature. Furthermore, the race categories include both racial and national-origin groups.

The racial classifications used by the Census Bureau adhere to the October 30,1997, Federal Register Notice entitled,"Revisions to the Standards for the Classification of Federal Data on Race and Ethnicity" issued by the Office of Management and Budget (OMB).

**White.** A person having origins in any of the original peoples of Europe, the Middle East, or North Africa. It includes people who indicate their race as "White" or report entries such as Irish, German, Italian, Lebanese, Near Easterner, Arab, or Polish.

**Black or African American.** A person having origins in any of the Black racial groups of Africa. It includes people who indicate their race as "Black, African Am., or Negro," or provide written entries such as African American, Afro American, Kenyan, Nigerian, or Haitian.

**American Indian and Alaska Native.** A person having origins in any of the original peoples of North and South America (including Central America) and who maintain tribal affiliation or community attachment.

**Asian.** A person having origins in any of the original peoples of the Far East, Southeast Asia, or the Indian subcontinent including, for example, Cambodia, China, India, Japan, Korea, Malaysia, Pakistan, the Philippine Islands, Thailand, and Vietnam. It includes "Asian Indian," "Chinese," "Filipino," "Korean," "Japanese," "Vietnamese," and "Other Asian."

**Native Hawaiian and Other Pacific Islander.** A person having origins in any of the original peoples of Hawaii, Guam, Samoa, or other Pacific Islands. It includes people who indicate their race as "Native Hawaiian," "Guamanian or Chamorro," "Samoan," and "Other Pacific Islander."

**Some other race.** Includes all other responses not included in the "White", "Black or African American", "American Indian and Alaska Native", "Asian" and "Native Hawaiian and Other Pacific Islander" race categories described above. Respondents providing write-in entries such as multiracial, mixed, interracial, Wesort, or a Hispanic/Latino group (for example, Mexican, Puerto Rican, or Cuban) in the "Some other race" category are included here.

**Two or more races.** People may have chosen to provide two or more races either by checking two or more race response check boxes, by providing multiple write-in responses, or by some combination of check boxes and write-in responses.

**Comparability.** The data on race in Census 2000 are not directly comparable to those collected in previous censuses.

The concept of race is separate from the concept of Hispanic origin. Percentages for the various race categories add to 100 percent, and should not be combined with the percent Hispanic. Tallies that show race categories for Hispanics and nonHispanics separately are also available.

**Scope and Methodology:**

http://quickfacts.census.gov/qfd/meta/long_68176.htm

NATHANIEL JACKSON v. WARDEN
CASE NO. 4:07-cv-0880
SUPP. APPENDIX - Page 4937

Race                                                                                              Page 2 of:

The data on race were derived from answers to the question on race that was asked of all people in Census 2000.

**More Information:**

- Other data available for race populations
- Race for Hispanic and nonHispanic populations (pdf, see table 10)
- Data available on businesses owned by particular race groups

Census 2000 | Subjects A to Z | Search | Product Catalog | FOIA | Quality | Privacy Policy | Other Policies | Contact Us | Census Home

USCENSUSBUREAU
*Helping You Make Informed Decisions*

NATHANIEL JACKSON v. WARDEN
CASE NO. 4:07-cv-0880
SUPP. APPENDIX - Page 4938

## DEATH PENALTY PROPORTIONALITY STATISTICS

Prepared by Brenda L. Jones, Administrative Assistant, Death Penalty Division,
Ohio Public Defender Office, November 19, 2003

| | | | | |
|---|---|---|---|---|
| **Death Row Residents:** | 212 | Females: 1 | **TOTAL** | 213 |
| **\*Death-Sentenced Defendants:** | Males: 195 | Females: 1 | **TOTAL** | 196 |

| | | | | |
|---|---|---|---|---|
| **Race of Defendants:** | African-American | 105 | Caucasian | 99M/1F |
| | Native American | 2 | Latino | 2 |
| | Other | 4 | Unknown | 0 |
| | | | **TOTAL** | 213 |

| | |
|---|---|
| **\*Race of Defendant - Victim:** | African-American - African-American — 47 |
| | African-American - Caucasian — 49 |
| | African-American - Other — 5 |
| | African-American - African-American & Caucasian — 3 |
| | African-American - African-American & Caucasian & Other — 1 |
| | African-American - unknown — 0 |
| | |
| | \*Caucasian - Caucasian — 92M/1F |
| | Caucasian - African-American — 3 |
| | Caucasian - African-American & Caucasian — 4 |
| | Caucasian - Latino — 1 |
| | Caucasian - unknown — 0 |
| | |
| | Latino - Caucasian — 2 |
| | |
| | Native American - Caucasian — 1 |
| | Native American - Latino — 1 |
| | |
| | Other - Other — 3 |
| | Other - Caucasian — 1 |
| | **\*TOTAL** — 214 |

\*Reflects 2 death sentence cases for James Conway

| | | |
|---|---|---|
| **Executed Defendants:** | Male | 8 |
| **Race of Defendants:** | Caucasian | 5 |
| | African-American | 3 |
| **Race of Defendant - Victim:** | Caucasian - Caucasian | 5 |
| | African-American - African-American | 3 |
| | African-American - Caucasian | 1 |

\*Difference between figures is due to legal relief, but not final relief.



**EXHIBIT**

2

NATHANIEL JACKSON v. WARDEN
CASE NO. 4:07-cv-0880
SUPP. APPENDIX - Page 4939

## DEATH ROW CURRENT RESIDENTS

| Sentence Date | Defendant | Race, Sex and Age | County | Victim's Race |
|---|---|---|---|---|
| 05-25-83 | David Steffen | W-M-22 | Hamilton | W |
| *06-14-83* | *David Mapes* | *B-M-29* | *Cuyahoga* | *W* |
| 08-10-83 | Frank Spisak Jr. | W-M-31 | Cuyahoga | 2B/1W |
| 10-25-83 | Michael Beuke | W-M-21 | Hamilton | W |
| 11-03-83 | Billy Joe Sowell | B-M-46 | Hamilton | B |
| 11-03-83 | Lewis Williams | B-M-24 | Cuyahoga | W |
| 12-01-83 | Reginald Brooks Sr. | B-M-37 | Cuyahoga | 3B |
| 04-27-84 | David Hamblin | W-M-32 | Cuyahoga | W |
| *05-22-84* | *Gregory Esparza* | *L-M-20* | *Lucas* | *W* |
| 08-03-84 | Donald Williams | B-M-38 | Cuyahoga | B |
| 09-24-84 | John G. Spirko Jr. | W-M-36 | Van Wert | W |
| 09-24-84 | John D. Stumpf | W-M-25 | Guernsey | W |
| 10-05-84 | William Zuern | W-M-25 | Hamilton | W |
| 11-05-84 | Allan Earl Holloway | W-M-30 | Hamilton | W |
| 11-09-84 | Daniel Lee Bedford | W-M-36 | Hamilton | 2W |
| 11-28-84 | Joseph Lewis Clark | B-M-35 | Lucas | W |
| 01-08-85 | Anthony Apanovitch | W-M-29 | Cuyahoga | W |
| 01-26-85 | Danny Hooks | W-M-39 | [1]Montgomery | 2W |
| 03-13-85 | Ronald Ray Post | W-M-24 | Lorain | W |
| 05-28-85 | William Bradley | B-M-57 | Scioto | W |
| *06-12-85* | *Dewaine Poindexter* | *B-M-25* | *Hamilton* | *B* |
| *06-18-85* | *John Gillard* | *W-M-40* | *Stark* | *2W* |
| *06-25-85* | *Rhett DePew* | *W-M-31* | *Butler* | *3W* |
| 07-11-85 | Paul Greer | B-M-30 | Summit | W |
| 08-05-85 | Jerome Henderson | B-M-26 | Hamilton | B |
| 08-08-85 | Robert Van Hook | W-M-25 | Hamilton | W |
| 08-20-85 | William Wickline Jr. | W-M-32 | Franklin | 2W |
| 10-16-85 | Romell Broom | B-M-28 | Cuyahoga | B |
| *10-18-85* | *Derrick Jamison* | *B-M-24* | *Hamilton* | *W* |
| 11-07-85 | Frederick Dickerson | B-M-29 | Lucas | 2B |
| 12-19-85 | John Glenn Roe | W-M-22 | Franklin | W |
| *01-08-86* | *Alfred Morales* | *NA-M-22* | *Cuyahoga* | *L* |
| 01-29-86 | Mark Wiles | W-M-22 | Portage | W |
| 01-30-86 | Arthur Tyler | B-M-23 | Cuyahoga | B |
| 02-07-86 | Percy Hutton | B-M-32 | Cuyahoga | B |

## DEATH ROW CURRENT RESIDENTS

| Sentence Date | Defendant | Race, Sex and Age | County | Victim's Race |
|---|---|---|---|---|
| 02-21-86 | John Hicks | B-M-29 | Hamilton | 2B |
| 02-28-86 | Danny Hill | B-M-18 | Trumbull | W |
| 04-02-86 | Lawrence Landrum | W-M-23 | Ross | W |
| 04-24-86 | Samuel Moreland | B-M-32 | Montgomery | 5B |
| 05-29-86 | Glenn Benner II | W-M-23 | Summit | 2W |
| 07-30-86 | David Allen Sneed*<br>*nka Muhammad Khaaleeq Ishmaa'eel | B-M-25 | Stark | W |
| 11-07-86 | William Montgomery | B-M-20 | Lucas | 2W |
| 12-04-86 | Richard Cooey | W-M-19 | Summit | 2W |
| 12-09-86 | Charles Lorraine | W-M-20 | Trumbull | 2W |
| 01-02-87 | Gary Johnson*<br>*nka Sha'bba Shahid | B-M-33 | Cuyahoga | B |
| 01-26-87 | Kenneth Richey | W-M-23 | Putnam | W |
| *01-27-87* | *Tony Powell* | *B-M-19* | *Hamilton* | *B* |
| 08-25-87 | John Eley | B-M-37 | Mahoning | O |
| 09-01-87 | Gregory Lott | B-M-26 | Cuyahoga | W |
| 09-14-87 | Joseph Murphy | W-M-22 | Marion | W |
| 09-18-87 | Reginald Jells | B-M-21 | Cuyahoga | B |
| 09-22-87 | Wayne Frazier*<br>*nka Abdul Haliym | B-M-29 | Cuyahoga | 2B |
| 10-16-87 | Derrick Evans | B-M-29 | Cuyahoga | 2B |
| 11-06-87 | Warren Waddy | B-M-34 | Franklin | W |
| 03-29-88 | Melvin Bonnell | W-M-29 | Cuyahoga | W |
| 04-14-88 | Billy Slagle | NA-M-19 | Cuyahoga | W |
| 04-14-88 | William Henry Smith | B-M-30 | Hamilton | B |
| 04-21-88 | Andre Jackson | B-M-21 | Cuyahoga | W |
| 05-06-88 | Martin Rojas | O-M-29 | Hamilton | W |
| *05-13-88* | *Jerry Lawson* | *W-M-35* | *Clermont* | *W* |
| 09-13-88 | James Mills | B-M-46 | Hamilton | W |
| 12-19-88 | Darryl Durr | B-M-25 | Cuyahoga | W |
| *01-04-89* | *George Franklin* | *B-M-22* | *Hamilton* | *W* |
| 02-23-89 | Joseph D'Ambrosio | W-M-26 | Cuyahoga | W |
| 03-15-99 | Andre Williams | B-M-21 | Trumbull | W |
| 04-04-89 | Von Clark Davis | B-M-42 | Butler | B |
| 08-16-89 | Clarence Carter | B-M-27 | Hamilton | B |
| 10-26-89 | Donald Palmer Jr. | W-M-24 | Belmont | 2W |
| 11-20-89 | Warren Spivey | B-M-19 | Mahoning | W |
| 01-26-90 | Shawn Hawkins | B-M-21 | Hamilton | 2B |

## DEATH ROW CURRENT RESIDENTS

| Sentence Date | Defendant | Race, Sex and Age | County | Victim's Race |
|---|---|---|---|---|
| 04-23-90 | Donald Lewis | B-M-28 | Cuyahoga | B |
| 09-05-90 | Derrick Cook | B-M-34 | Hamilton | W |
| 09-21-90 | Jeffrey Lundgren | W-M-40 | Lake | 5W |
| 10-22-90 | Mark Burke | B-M-28 | Franklin | B |
| 11-28-90 | Eugene Woodard | B-M-19 | Cuyahoga | B |
| 12-14-90 | Kevin Scudder | B-M-27 | Franklin | W |
| 02-08-91 | Clifford Williams | B-M-18 | Butler | B |
| 02-25-91 | Richard Joseph | W-M-19 | Allen | W |
| 05-01-91 | Juan Kinley | B-M-24 | Clark | 2W |
| 07-15-91 | David Allen | W-M-33 | Cuyahoga | W |
| 07-16-91 | Michael Webb | W-M-42 | Clermont | W |
| 08-01-91 | Clarence Mack | W-M-42 | Cuyahoga | W |
| *08-29-91* | *Richard Frazier* | *W-M-45* | *Cuyahoga* | *W* |
| *10-29-91* | *Kenneth Biros* | *W-M-33* | *Trumbull* | *W* |
| 11-12-91 | Jose Trinidad Loza | L-M-19 | Butler | 4W |
| 12-07-91 | Genesis Hill | B-M-19 | Hamilton | B |
| 03-25-92 | Roderick Davie* *nka Abdul Hakiym Zakiy | B-M-20 | Trumbull | 2W |
| 05-08-92 | Daniel Wilson | W-M-21 | Lorain | W |
| *06-01-92* | *Wiley Davis* | *B-M-32* | *Cuyahoga* | *W* |
| 07-01-92 | Jeffrey Hill | B-M-27 | Hamilton | B |
| 07-01-92 | Tyrone Ballew | B-M-23 | Hamilton | B |
| 07-20-92 | Cedric Carter | B-M-19 | Hamilton | W |
| 09-16-92 | John Fautenberry | W-M-28 | Hamilton | W |
| 10-06-92 | Gary Otte | W-M-20 | Cuyahoga | 2W |
| 10-20-92 | Michael Bies | W-M-20 | Hamilton | W |
| 11-05-92 | William Garner | B-M-20 | Hamilton | 5B |
| 11-25-92 | Darryl Gumm | W-M-26 | Hamilton | W |
| 12-11-92 | Abdul Awkal | O-M-32 | Cuyahoga | 2O |
| 02-01-93 | Timothy Dunlap | W-M-24 | Hamilton | W |
| 03-15-93 | Jeffrey Wogenstahl | W-M-32 | Hamilton | W |
| 04-07-93 | Raymond Twyford III | W-M-30 | Jefferson | W |
| *05-28-93* | *Michael Taylor* | *B-M-44* | *Cuyahoga* | *B* |
| 06-24-93 | Michael Benge | W-M-31 | Butler | W |
| 08-11-93 | Willie J. Williams | B-M-36 | ²Summit | 4B |
| 09-14-93 | Ronald Phillips | W-M-19 | Summit | W |

## DEATH ROW CURRENT RESIDENTS

| Sentence Date | Defendant | Race, Sex and Age | County | Victim's Race |
|---|---|---|---|---|
| 12-10-93 | Marvallous Keene | B-M-20 | Montgomery | 2B/2W/1O |
| 12-22-93 | Gregory Bryant-Bey | B-M-37 | Lucas | W |
| 01-14-94 | Warren Henness | W-M-30 | Franklin | W |
| 03-22-94 | Vernon Smith* | B-M-22 | Lucas | B |
| | *nka Abdullah Sharif Kaazim Mahdi | | | |
| 04-13-94 | Thomas M. Keenan | W-M-44 | Cuyahoga | W |
| 05-31-94 | Kevin Keith | B-M-31 | Crawford | 3B |
| 06-09-94 | Lawrence Reynolds Jr. | W-M-28 | Summit | W |
| 07-07-94 | Maurice Mason | B-M-30 | Marion | W |
| 11-21-94 | Harry Mitts Jr. | W-M-42 | Cuyahoga | B/W |
| 12-14-94 | Lee Edward Moore Jr. | B-M-20 | Hamilton | W |
| 12-23-94 | Dennis McGuire | W-M-34 | Preble | W |
| 12-29-94 | Adremy Dennis | B-M-18 | Summit | W |
| 12-29-94 | Michael Goodwin | B-M-19 | Cuyahoga | O |
| 02-23-95 | Frederick Treesh | W-M-31 | Lake | B |
| 02-24-95 | Johnnie Baston | B-M-21 | Lucas | O |
| 04-12-95 | Jason Robb | W-M-27 | [3]Franklin | W |
| 05-12-95 | Freddie McNeill Jr. | B-M-20 | Lorain | W |
| 05-30-95 | Bobby Shepphard | B-M-18 | Hamilton | W |
| 06-01-95 | Timothy Hoffner | W-M-21 | Lucas | W |
| 08-01-95 | James Filiaggi | W-M-30 | Lorain | W |
| 08-18-95 | James Goff | W-M-20 | Clinton | W |
| 08-21-95 | Keith LaMar | B-M-26 | [4]Lawrence | 1B/3W |
| 10-03-95 | Stephen Vrabel | W-M-38 | Mahoning | 2W |
| 11-22-95 | Archie Dixon | W-M-22 | Lucas | W |
| 12-04-95 | William Thomas | B-M-39 | Lucas | W |
| 12-11-95 | James D. O'Neal | B-M-41 | Hamilton | B |
| 12-15-95 | Richard R. Bays | W-M-30 | Greene | W |
| 01-05-96 | Raymond A. Smith | B-M-56 | Lorain | W |
| 01-30-96 | George Skatzes | W-M-48 | [5]Montgomery | 2W |
| 02-08-96 | Kenny Smith | W-M-29 | Butler | 2W |
| 02-20-96 | Tyrone L. Noling | W-M-23 | Portage | 2W |
| 02-27-96 | Mark A. Brown | B-M-23 | Mahoning | O |
| 03-01-96 | David Lee Myers | W-M-31 | Greene | W |
| 03-06-96 | Carlos Sanders* | B-M-33 | [6]Hamilton | W |
| | *nka Siddique Abdullah Hasan | | | |
| 04-10-96 | Stanley Jalowiec | W-M-25 | Lorain | W |

## DEATH ROW CURRENT RESIDENTS

| Sentence Date | Defendant | Race, Sex and Age | County | Victim's Race |
|---|---|---|---|---|
| 04-11-96 | *Kenneth Green* | *B-M-42* | *Cuyahoga* | 2B |
| 07-10-96 | Maxwell White, Jr. | W-M-31 | Ashland | W |
| 09-04-96 | *Tony R. Gross* | *W-M-42* | *Muskingum* | *W* |
| 09-12-96 | Jason Getsy | W-M-20 | Trumbull | W |
| 09-25-96 | Davel Chinn | B-M-39 | Montgomery | W |
| 10-29-96 | Clifton White III | B-M-23 | Summit | 2W |
| 11-01-96 | Gerald Clemons | W-M-53 | Hamilton | 3W |
| 11-06-96 | Walter Raglin | B-M-19 | Hamilton | W |
| 11-22-96 | *Jamie Madrigal* | *B-M-22* | *Lucas* | *W* |
| 01-09-97 | Elwood Jones | B-M-44 | Hamilton | W |
| 02-03-97 | Kevin Yarbrough | B-M-38 | Shelby | W |
| 03-03-97 | Timothy Coleman | B-M-27 | Clark | B |
| 04-16-97 | Jessie James Cowans | W-M-36 | Clermont | W |
| 04-18-97 | John Stojetz | W-M-41 | Madison | B |
| 05-28-97 | Sidney Cornwell | B-M-20 | Mahoning | W |
| 06-11-97 | Herman Ashworth | W-M-24 | Licking | W |
| 09-15-97 | Carl Lindsey | W-M-35 | Brown | W |
| 12-10-97 | Angelo Fears | B-M-23 | Hamilton | B |
| 12-22-97 | Richard Nields | W-M-47 | Hamilton | W |
| 02-19-98 | Kareem Jackson | B-M-24 | Franklin | 2B |
| 02-19-98 | Willie Herring | B-M-20 | Mahoning | 2B/1W |
| 02-25-98 | Michael Stallings | B-M-20 | Summit | B |
| 04-02-98 | Sean Carter | B-M-19 | Trumbull | B |
| 05-22-98 | Brett X. Hartman | W-M-23 | Summit | W |
| 06-01-98 | Rayshawn Johnson | B-M-20 | Hamilton | W |
| 06-08-98 | Douglas Coley | B-M-22 | Lucas | O |
| 06-08-98 | Odraye Jones | B-M-22 | Ashtabula | W |
| 06-16-98 | Ulysses Murphy | B-M-27 | Franklin | B |
| 07-06-98 | Gary Hughbanks | W-M-31 | Hamilton | 2W |
| 08-27-98 | Raymond Tibbetts | W-M-41 | Hamilton | 2W |
| 08-27-98 | Antonio Franklin | B-M-19 | Montgomery | 3B |
| 10-16-98 | Ahmad Fawzi Issa | O-M-28 | Hamilton | O |
| 11-20-98 | James Hanna | W-M-49 | Warren | W |
| 03-25-99 | Steven Smith | W-M-31 | Richland | W |
| 04-06-99 | James Taylor Sr. | W-M-68 | Greene | 2W |

## DEATH ROW CURRENT RESIDENTS

| Sentence Date | Defendant | Race, Sex and Age | County | Victim's Race |
|---|---|---|---|---|
| 04-23-99 | Scott Group | W-M-34 | Mahoning | W |
| *05-05-99* | *Shawn Williams* | *B-M-25* | *Lucas* | *B* |
| 05-18-99 | August Cassano | W-M-45 | Richland | W |
| 06-16-99 | David Braden | W-M-39 | Franklin | 2W |
| 09-03-99 | Robert Williams Jr. | B-M-35 | Lucas | W |
| 10-13-99 | Ralph Lynch | W-M-49 | Hamilton | B |
| 10-21-99 | William K. Sapp | W-M-37 | Clark | 3W |
| 11-04-99 | Troy Tenace | W-M-37 | Lucas | W |
| 04-10-00 | Michael Dean Scott | B-M-22 | Stark | B/W |
| 08-29-00 | James Jordan | B-M-46 | Lucas | 2W |
| 09-28-00 | Terrell Yarbrough | B-M-20 | Jefferson | 2W |
| 11-16-00 | Quisi Bryan | B-M-30 | Cuyahoga | W |
| 02-02-01 | Nawaz Ahmed | O-M-46 | Belmont | 4O |
| 04-20-01 | Alva Campbell Jr. | W-M-52 | Franklin | W |
| 06-20-01 | Scott A. Mink | W-M-37 | Montgomery | 2W |
| 06-28-01 | Patrick Leonard | W-M-31 | Hamilton | W |
| 07-03-01 | Larry Gapen | W-M-52 | Montgomery | 3W |
| 10-10-01 | Stanley Adams | W-M-33 | Trumbull | 2W |
| 01-11-02 | Kelly Foust | W-M-24 | Cuyahoga | L |
| 02-15-02 | Stanley Fitzpatrick | B-M-34 | Hamilton | 3B |
| 06-25-02 | Jeronique Cunningham | B-M-29 | Allen | 2B |
| 08-05-02 | Cleveland Jackson | B-M-24 | Allen | 2B |
| 10-02-02 | Grady Brinkley | B-M-34 | Lucas | B |
| 10-25-02 | Gregory McKnight | B-M-26 | Vinton | W |
| 11-06-02 | Jonathan D. Monroe | B-M-29 | Franklin | 2B |
| 12-09-02 | Nathaniel Jackson | B-M-30 | Trumbull | W |
| 12-20-02 | Michael Ray Turner | W-M-44 | Franklin | 2W |
| 02-10-03 | Christopher J. Newton | W-M-33 | Richland | W |
| 02-19-03 | James T. Conway III (I) | W-M-24 | Franklin | W |
| 06-04-03 | Gerald "Bob" Hand | W-M-54 | Delaware | B/W |
| 06-06-03 | James Were | B-M-46 | [7]Hamilton | W |
| 06-20-03 | Donna Roberts | W-F-59 | Trumbull | W |
| 08-21-03 | Robert W. Bethel | W-M-25 | Franklin | B/W |
| 09-12-03 | Darrell W. Ferguson | W-M-25 | Montgomery | 3W |
| 09-30-03 | James T. Conway III (II) | W-M-25 | Franklin | W |

## DEATH ROW CURRENT RESIDENTS

| Sentence Date | Defendant | Race, Sex and Age | County | Victim's Race |
|---|---|---|---|---|
| 10-10-03 | Rocky Barton | W-M-47 | Warren | W |
| 10-21-03 | Timothy Hancock | W-M-34 | Warren | W |
| 11-07-03 | Martin L. Koliser Jr. | W-M-30 | Mahoning | W |
| 11-19-03 | Phillip L. Elmore | B-M-40 | Licking | W |

*Italics = legal relief granted but not final relief, defendant still on death row.*

[1] HOOKS - Venue was changed from Clinton County
[2] W. WILLIAMS - Venue was changed from Mahoning County
[3] ROBB - Venue was changed from Scioto County
[4] LAMAR - Venue was changed from Scioto County
[5] SKATZES - Venue was changed from Scioto County
[6] SANDERS - Venue was changed from Scioto County
[7] WERE - Venue was changed from Scioto County

# NUMBER OF DEATH ROW RESIDENTS PER COUNTY

**Total Number of Residents: 213**

| COUNTY | TOTAL | COUNTY | TOTAL | COUNTY | TOTAL |
|---|---|---|---|---|---|
| Adams | 0 | Hamilton | 46 | Noble | 0 |
| Allen | 3 | Hancock | 0 | Ottawa | 0 |
| Ashland | 1 | Hardin | 0 | Paulding | 0 |
| Ashtabula | 1 | Harrison | 0 | Perry | 0 |
| Athens | 0 | Henry | 0 | Pickaway | 0 |
| Auglaize | 0 | Highland | 0 | Pike | 0 |
| Belmont | 2 | Hocking | 0 | Portage | 2 |
| Brown | 1 | Holmes | 0 | Preble | 1 |
| Butler | 6 | Huron | 0 | Putnam | 1 |
| Carroll | 0 | Jackson | 0 | Richland | 3 |
| Champaign | 0 | Jefferson | 2 | Ross | 1 |
| Clark | 3 | Knox | 0 | Sandusky | 0 |
| Clermont | 3 | Lake | 2 | Scioto | 1 |
| Clinton | 1 | Lawrence | 1 | Seneca | 0 |
| Columbiana | 0 | Licking | 2 | Shelby | 1 |
| Coshocton | 0 | Logan | 0 | Stark | 3 |
| Crawford | 1 | Lorain | 6 | Summit | 10 |
| Cuyahoga | 36 | Lucas | 17 | Trumbull | 10 |
| Darke | 0 | Madison | 1 | Tuscarawas | 0 |
| Defiance | 0 | Mahoning | 8 | Union | 0 |
| Delaware | 1 | Marion | 2 | Van Wert | 1 |
| Erie | 0 | Medina | 0 | Vinton | 1 |
| Fairfield | 0 | Meigs | 0 | Warren | 3 |
| Fayette | 0 | Mercer | 0 | Washington | 0 |
| Franklin | *16 | Miami | 0 | Wayne | 0 |
| Fulton | 0 | Monroe | 0 | Williams | 0 |
| Gallia | 0 | Montgomery | 9 | Wood | 0 |
| Geauga | 0 | Morgan | 0 | Wyandot | 0 |
| Greene | 3 | Morrow | 0 | | |
| Guernsey | 1 | Muskingum | 1 | | |

*Reflects 2 death sentence cases for James Conway

BJ/1271/ZB01I.XLS

# DEATH ROW RESIDENTS BY COUNTY

| Sentence Date | Defendant | Race, Sex and Age | County | Victim's Race |
|---|---|---|---|---|
| 05-25-83 | David Steffen | W-M-22 | Hamilton | W |
| 10-25-83 | Michael Beuke | W-M-21 | Hamilton | W |
| 11-03-83 | Billy Joe Sowell | B-M-46 | Hamilton | B |
| 10-05-84 | William Zuern | W-M-25 | Hamilton | W |
| 11-05-84 | Allan Earl Holloway | W-M-30 | Hamilton | W |
| 11-09-84 | Daniel Lee Bedford | W-M-36 | Hamilton | 2W |
| 06-12-85 | Dewaine Poindexter | B-M-25 | Hamilton | B |
| 08-05-85 | Jerome Henderson | B-M-26 | Hamilton | B |
| 08-08-85 | Robert Van Hook | W-M-25 | Hamilton | W |
| 10-18-85 | Derrick Jamison | B-M-24 | Hamilton | W |
| 02-21-86 | John Hicks | B-M-29 | Hamilton | 2B |
| 01-27-87 | Tony Powell | B-M-19 | Hamilton | B |
| 04-14-88 | William Henry Smith | B-M-30 | Hamilton | B |
| 05-06-88 | Martin Rojas | O-M-29 | Hamilton | W |
| 09-13-88 | James Mills | B-M-46 | Hamilton | W |
| 01-04-89 | George Franklin | B-M-22 | Hamilton | W |
| 08-16-89 | Clarence Carter | B-M-27 | Hamilton | B |
| 01-26-90 | Shawn Hawkins | B-M-21 | Hamilton | 2B |
| 09-05-90 | Derrick Cook | B-M-34 | Hamilton | W |
| 12-07-91 | Genesis Hill | B-M-19 | Hamilton | B |
| 07-01-92 | Jeffrey Hill | B-M-27 | Hamilton | B |
| 07-01-92 | Tyrone Ballew | B-M-23 | Hamilton | B |
| 07-20-92 | Cedric Carter | B-M-19 | Hamilton | W |
| 09-16-92 | John Fautenberry | W-M-28 | Hamilton | W |
| 10-20-92 | Michael Bies | W-M-20 | Hamilton | W |
| 11-05-92 | William Garner | B-M-20 | Hamilton | 5B |
| 11-25-92 | Darryl Gumm | W-M-26 | Hamilton | W |
| 02-01-93 | Timothy Dunlap | W-M-24 | Hamilton | W |
| 03-15-93 | Jeffrey Wogenstahl | W-M-32 | Hamilton | W |
| 12-14-94 | Lee Edward Moore Jr. | B-M-20 | Hamilton | W |
| 05-30-95 | Bobby Shepphard | B-M-18 | Hamilton | W |
| 12-11-95 | James D. O'Neal | B-M-41 | Hamilton | B |
| 03-06-96 | Carlos Sanders | B-M-33 | [1]Hamilton | W |
| 11-01-96 | Gerald Clemons | W-M-53 | Hamilton | 3W |
| 11-06-96 | Walter Raglin | B-M-19 | Hamilton | W |
| 01-09-97 | Elwood Jones | B-M-44 | Hamilton | W |
| 12-10-97 | Angelo Fears | B-M-23 | Hamilton | B |
| 12-22-97 | Richard Nields | W-M-47 | Hamilton | W |
| 06-01-98 | Rayshawn Johnson | B-M-20 | Hamilton | W |
| 07-06-98 | Gary Hughbanks | W-M-31 | Hamilton | 2W |
| 08-27-98 | Raymond Tibbetts | W-M-41 | Hamilton | 2W |
| 10-16-98 | Ahmad Fawzi Issa | O-M-28 | Hamilton | O |
| 10-13-99 | Ralph Lynch | W-M-49 | Hamilton | B |
| 06-28-01 | Patrick Leonard | W-M-31 | Hamilton | W |
| 02-15-02 | Stanley Fitzpatrick | B-M-34 | Hamilton | 3B |
| 06-06-03 | James Were | B-M-46 | [2]Hamilton | W |

# DEATH ROW RESIDENTS BY COUNTY

| Sentence Date | Defendant | Race, Sex and Age | County | Victim's Race |
|---|---|---|---|---|
| 06-14-83 | David Mapes | B-M-29 | Cuyahoga | W |
| 08-10-83 | Frank Spisak Jr. | W-M-31 | Cuyahoga | 2B/1W |
| 11-03-83 | Lewis Williams | B-M-24 | Cuyahoga | W |
| 12-01-83 | Reginald Brooks Sr. | B-M-37 | Cuyahoga | 3B |
| 04-27-84 | David Hamblin | W-M-32 | Cuyahoga | W |
| 08-03-84 | Donald Williams | B-M-38 | Cuyahoga | B |
| 01-08-85 | Anthony Apanovitch | W-M-29 | Cuyahoga | W |
| 10-16-85 | Romell Broom | B-M-28 | Cuyahoga | B |
| 01-08-86 | Alfred Morales | NA-M-22 | Cuyahoga | L |
| 01-30-86 | Arthur Tyler | B-M-23 | Cuyahoga | B |
| 02-07-86 | Percy Hutton | B-M-32 | Cuyahoga | B |
| 01-02-87 | Gary Johnson | B-M-33 | Cuyahoga | B |
| 09-01-87 | Gregory Lott | B-M-26 | Cuyahoga | W |
| 09-18-87 | Reginald Jells | B-M-21 | Cuyahoga | B |
| 09-22-87 | Wayne Frazier | B-M-29 | Cuyahoga | 2B |
| 10-16-87 | Derrick Evans | B-M-29 | Cuyahoga | 2B |
| 03-29-88 | Melvin Bonnell | W-M-29 | Cuyahoga | W |
| 04-14-88 | Billy Slagle | NA-M-19 | Cuyahoga | W |
| 04-21-88 | Andre Jackson | B-M-21 | Cuyahoga | W |
| 12-19-88 | Darryl Durr | B-M-25 | Cuyahoga | W |
| 02-23-89 | Joseph D'Ambrosio | W-M-26 | Cuyahoga | W |
| 04-23-90 | Donald Lewis | B-M-28 | Cuyahoga | B |
| 11-28-90 | Eugene Woodard | B-M-19 | Cuyahoga | B |
| 07-15-91 | David Allen | W-M-33 | Cuyahoga | W |
| 08-01-91 | Clarence Mack | W-M-42 | Cuyahoga | W |
| 08-29-91 | Richard Frazier | W-M-45 | Cuyahoga | W |
| 06-01-92 | Wiley Davis | B-M-32 | Cuyahoga | W |
| 10-06-92 | Gary Otte | W-M-20 | Cuyahoga | 2W |
| 12-11-92 | Abdul Awkal | O-M-32 | Cuyahoga | 2O |
| 05-28-93 | Michael Taylor | B-M-44 | Cuyahoga | B |
| 04-13-94 | Thomas M. Keenan | W-M-44 | Cuyahoga | W |
| 11-21-94 | Harry Mitts Jr. | W-M-42 | Cuyahoga | B/W |
| 12-29-94 | Michael Goodwin | B-M-19 | Cuyahoga | O |
| 11-16-00 | Quisi Bryan | B-M-30 | Cuyahoga | W |
| 01-11-02 | Kelly Foust | W-M-24 | Cuyahoga | L |
| 05-22-84 | Gregory Esparza | L-M-20 | Lucas | W |
| 11-28-84 | Joseph Lewis Clark | B-M-35 | Lucas | W |
| 11-07-85 | Frederick Dickerson | B-M-29 | Lucas | 2B |
| 11-07-86 | William Montgomery | B-M-20 | Lucas | 2W |
| 12-22-93 | Gregory Bryant-Bey | B-M-37 | Lucas | W |
| 03-22-94 | Vernon Smith | B-M-22 | Lucas | B |
| 02-24-95 | Johnnie Baston | B-M-21 | Lucas | O |
| 06-01-95 | Timothy Hoffner | W-M-21 | Lucas | W |
| 11-22-95 | Archie Dixon | W-M-22 | Lucas | W |
| 12-04-95 | William Thomas | B-M-39 | Lucas | W |

## DEATH ROW RESIDENTS BY COUNTY

| Sentence Date | Defendant | Race, Sex and Age | County | Victim's Race |
|---|---|---|---|---|
| 11-22-96 | Jamie Madrigal | B-M-22 | Lucas | W |
| 06-08-98 | Douglas Coley | B-M-22 | Lucas | O |
| 05-05-99 | Shawn Williams | B-M-25 | Lucas | B |
| 09-03-99 | Robert Williams | B-M-35 | Lucas | W |
| 11-04-99 | Troy Tenace | W-M-37 | Lucas | W |
| 08-29-00 | James Jordan | B-M-46 | Lucas | 2W |
| 10-02-02 | Grady Brinkley | B-M-34 | Lucas | B |
| 08-20-85 | William Wickline Jr. | W-M-32 | Franklin | 2W |
| 12-19-85 | John Glenn Roe | W-M-22 | Franklin | W |
| 11-06-87 | Warren Waddy | B-M-34 | Franklin | W |
| 10-22-90 | Mark Burke | B-M-28 | Franklin | B |
| 12-14-90 | Kevin Scudder | B-M-27 | Franklin | W |
| 01-14-94 | Warren Henness | W-M-30 | Franklin | W |
| 04-12-95 | Jason Robb | W-M-27 | [3]Franklin | W |
| 02-19-98 | Kareem Jackson | B-M-24 | Franklin | 2B |
| 06-16-98 | Ulysses Murphy | B-M-27 | Franklin | B |
| 06-16-99 | David Braden | W-M-39 | Franklin | 2W |
| 04-20-01 | Alva Campbell Jr. | W-M-52 | Franklin | W |
| 11-06-02 | Jonathan D. Monroe | B-M-29 | Franklin | 2B |
| 12-20-02 | Michael Ray Turner | W-M-44 | Franklin | 2W |
| 02-19-03 | James T. Conway III (I) | W-M-24 | Franklin | W |
| 08-21-03 | Robert W. Bethel | W-M-25 | Franklin | B/W |
| 09-30-03 | James T. Conway III (II) | W-M-25 | Franklin | W |
| 07-11-85 | Paul Greer | B-M-30 | Summit | W |
| 05-29-86 | Glenn Benner II | W-M-23 | Summit | 2W |
| 12-04-86 | Richard Cooey | W-M-19 | Summit | 2W |
| 08-11-93 | Willie J. Williams | B-M-36 | [4]Summit | 4B |
| 09-14-93 | Ronald Phillips | W-M-19 | Summit | W |
| 06-09-94 | Lawrence Reynolds Jr. | W-M-28 | Summit | W |
| 12-29-94 | Adremy Dennis | B-M-18 | Summit | W |
| 10-29-96 | Clifton White III | B-M-23 | Summit | 2W |
| 02-25-98 | Michael Stallings | B-M-20 | Summit | B |
| 05-22-98 | Brett X. Hartman | W-M-23 | Summit | W |
| 02-28-86 | Danny Hill | B-M-18 | Trumbull | W |
| 12-09-86 | Charles Lorraine | W-M-20 | Trumbull | 2W |
| 03-15-89 | Andre Williams | B-M-21 | Trumbull | W |
| 10-29-91 | Kenneth Biros | W-M-33 | Trumbull | W |
| 03-25-92 | Roderick Davie | B-M-20 | Trumbull | 2W |
| 09-12-96 | Jason Getsy | W-M-20 | Trumbull | W |
| 04-02-98 | Sean Carter | B-M-19 | Trumbull | B |
| 10-01-01 | Stanley Adams | W-M-33 | Trumbull | 2W |
| 12-09-02 | Nathaniel Jackson | B-M-30 | Trumbull | W |
| 06-20-03 | Donna Roberts | W-F-59 | Trumbull | W |

# DEATH ROW RESIDENTS BY COUNTY

| Sentence Date | Defendant | Race, Sex and Age | County | Victim's Race |
|---|---|---|---|---|
| 01-26-85 | Danny Hooks | W-M-39 | [5]Montgomery | 2W |
| 04-24-86 | Samuel Moreland | B-M-32 | Montgomery | 5B |
| 12-10-93 | Marvallous Keene | B-M-20 | Montgomery | 2B/2W/1O |
| 01-30-96 | George Skatzes | W-M-48 | [6]Montgomery | 2W |
| 09-25-96 | Davel Chinn | B-M-39 | Montgomery | W |
| 08-27-98 | Antonio Franklin | B-M-19 | Montgomery | 3B |
| 06-20-01 | Scott A. Mink | W-M-37 | Montgomery | 2W |
| 07-03-01 | Larry Gapen | W-M-52 | Montgomery | 3W |
| 09-12-03 | Darrell W. Ferguson | W-M-25 | Montgomery | 3W |
| 08-25-87 | John Eley | B-M-37 | Mahoning | O |
| 11-20-89 | Warren Spivey | B-M-19 | Mahoning | W |
| 10-03-95 | Stephen Vrabel | W-M-38 | Mahoning | 2W |
| 02-27-96 | Mark A. Brown | B-M-23 | Mahoning | O |
| 05-28-97 | Sidney Cornwell | B-M-20 | Mahoning | W |
| 02-19-98 | Willie Herring | B-M-20 | Mahoning | 2B/1W |
| 04-23-99 | Scott Group | W-M-34 | Mahoning | W |
| 11-07-03 | Martin L. Koliser Jr. | W-M-30 | Mahoning | W |
| 06-25-85 | Rhett DePew | W-M-31 | Butler | 3W |
| 08-04-89 | Von Clark Davis | B-M-42 | Butler | B |
| 02-08-91 | Clifford Williams | B-M-18 | Butler | B |
| 11-12-91 | Jose Trinidad Loza | L-M-19 | Butler | 4W |
| 06-24-93 | Michael Benge | W-M-31 | Butler | W |
| 02-08-96 | Kenny Smith | W-M-29 | Butler | 2W |
| 03-13-85 | Ronald Ray Post | W-M-24 | Lorain | W |
| 05-08-92 | Daniel Wilson | W-M-21 | Lorain | W |
| 05-12-95 | Freddie McNeill Jr. | B-M-20 | Lorain | W |
| 08-01-95 | James Filiaggi | W-M-30 | Lorain | W |
| 01-05-96 | Raymond A. Smith | B-M-56 | Lorain | W |
| 04-10-96 | Stanley Jalowiec | W-M-25 | Lorain | W |
| 02-25-91 | Richard Joseph | W-M-19 | Allen | W |
| 06-25-02 | Jeronique Cunningham | B-M-29 | Allen | 2B |
| 08-05-02 | Cleveland Jackson | B-M-24 | Allen | 2B |
| 05-01-91 | Juan Kinley | B-M-24 | Clark | 2W |
| 03-03-97 | Timothy Coleman | B-M-27 | Clark | B |
| 10-21-99 | William K. Sapp | W-M-37 | Clark | 3W |
| 05-13-88 | Jerry Lawson | W-M-35 | Clermont | W |
| 07-16-91 | Michael Webb | W-M-42 | Clermont | W |
| 04-16-97 | Jessie James Cowans | W-M-36 | Clermont | W |

## DEATH ROW RESIDENTS BY COUNTY

| Sentence Date | Defendant | Race, Sex and Age | County | Victim's Race |
|---|---|---|---|---|
| 12-15-03 | Richard R. Bays | W-M-30 | Greene | W |
| 03-01-96 | David Lee Myers | W-M-31 | Greene | W |
| 04-06-99 | James Taylor Sr. | W-M-68 | Greene | 2W |
| 03-25-99 | Steven Smith | W-M-31 | Richland | W |
| 05-18-99 | August Cassano | W-M-45 | Richland | W |
| 02-10-03 | Christopher J. Newton | W-M-33 | Richland | W |
| 06-18-85 | John Gillard | W-M-40 | Stark | 2W |
| 07-30-86 | David Allen Sneed* | B-M-25 | Stark | W |
| | *nka Muhammad Khaaleeq Ismaa'eel | | | |
| 04-10-00 | Michael Dean Scott | B-M-22 | Stark | B/W |
| 11-20-98 | James Hanna | W-M-49 | Warren | W |
| 10-10-03 | Rocky Barton | W-M-47 | Warren | W |
| 10-21-03 | Timothy Hancock | W-M-34 | Warren | W |
| 10-26-89 | Donald Palmer Jr. | W-M-24 | Belmont | 2W |
| 02-02-01 | Nawaz Ahmed | O-M-46 | Belmont | 4O |
| 04-07-93 | Raymond Twyford III | W-M-30 | Jefferson | W |
| 09-27-00 | Terrell Yarbrough | B-M-20 | Jefferson | 2W |
| 09-21-90 | Jeffrey Lundgren | W-M-40 | Lake | 5W |
| 02-23-95 | Frederick Treesh | W-M-31 | Lake | B |
| 06-11-97 | Herman Ashworth | W-M-24 | Licking | W |
| 11-19-03 | Phillip L. Elmore | B-M-40 | Licking | W |
| 09-14-87 | Joseph Murphy | W-M-22 | Marion | W |
| 07-07-94 | Maurice Mason | B-M-30 | Marion | W |
| 01-29-86 | Mark Wiles | W-M-22 | Portage | W |
| 02-20-96 | Tyrone L. Noling | W-M-23 | Portage | 2W |
| 07-10-96 | Maxwell White, Jr. | W-M-31 | Ashland | W |
| 06-08-98 | Odraye Jones | B-M-22 | Ashtabula | W |
| 09-15-97 | Carl Lindsey | W-M-35 | Brown | W |
| 08-18-95 | James Goff | W-M-20 | Clinton | W |
| 05-31-94 | Kevin Keith | B-M-31 | Crawford | 3B |
| 06-04-03 | Gerald "Bob" Hand | W-M-54 | Delaware | B/W |
| 09-24-84 | John D. Stumpf | W-M-25 | Guernsey | W |
| 08-21-95 | Keith LaMar | B-M-26 | [7]Lawrence | 3W/1B |
| 04-18-97 | John Stojetz | W-M-41 | Madison | B |
| 09-04-96 | Tony R. Gross | W-M-42 | Muskingum | W |
| 12-23-94 | Dennis McGuire | W-M-34 | Preble | W |

NATHANIEL JACKSON v. WARDEN
CASE NO. 4:07-cv-0880
SUPP. APPENDIX - Page 4952

## DEATH ROW RESIDENTS BY COUNTY

| Sentence Date | Defendant | Race, Sex and Age | County | Victim's Race |
|---|---|---|---|---|
| 01-26-87 | Kenneth Richey | W-M-23 | Putnam | W |
| 04-02-86 | Lawrence Landrum | W-M-23 | Ross | W |
| 05-28-85 | William Bradley | B-M-57 | Scioto | W |
| 02-03-97 | Kevin Yarbrough | B-M-38 | Shelby | W |
| 09-24-84 | John G. Spirko Jr. | W-M-36 | Van Wert | W |
| 10-25-02 | Gregory McKnight | B-M-26 | Vinton | W |

[1] SANDERS - Venue was changed from Scioto County
[2] WERE - Venue was changed from Scioto County
[3] ROBB - Venue was changed from Scioto County
[4] W. WILLIAMS - Venue was changed from Mahoning County
[5] HOOKS - Venue was changed from Clinton County
[6] SKATZES - Venue was changed from Scioto County
[7] LAMAR - Venue was changed from Scioto County

## FORMER DEATH ROW RESIDENTS UNDER 1981 LAW
### Total: 63

| Date Removed | Defendant | Date Sentenced | Race, Sex and Age at Sentencing | County | Victim's Race | Reason Removed |
|---|---|---|---|---|---|---|
| 04-05-85 | Terry Coffman | 10-26-84 | W-M-29 | Clinton | 3W | Accidental overdose |
| 03-29-86 | John Mize | 10-01-85 | W-M-42 | Hamilton | 2W | Natural death |
| 05-26-87 | Sharon Young | 09-30-83 | W-F-26 | Hamilton | W | Conviction reversed |
| 07-06-87 | Donald Glenn | 11-21-85 | W-M-29 | Guernsey | W | Sentence vacated |
| 09-16-87 | Joseph Zuranski | 05-20-85 | W-M-37 | Cuyahoga | 2W | Sentence vacated |
| 12-03-87 | Billy Penix | 03-15-83 | W-M-19 | Clark | W | Sentence vacated |
| 12-24-87 | Jeffery Thompson | 07-01-83 | W-M-23 | Licking | W | Sentence vacated |
| 01-30-88 | Lincoln Carter | 02-10-84 | B-M-37 | Hamilton | W | Accidental overdose |
| 06-21-88 | Kent Malcolm | 07-08-85 | W-M-44 | Cuyahoga | W | Conviction reversed |
| 11-21-88 | Glenn Fort | 10-20-86 | B-M-30 | Cuyahoga | B | Conviction reversed |
| 12-09-88 | Charles Tolliver | 04-21-86 | B-M-48 | Cuyahoga | 2B | Reversed, acquittal |
| 03-14-89 | Billy Rogers | 10-29-82 | W-M-42 | Lucas | W | Conviction reversed |
| 05-10-89 | Dwight Denson | 05-06-85 | B-M-22 | Hamilton | W | Sentence vacated |
| 10-24-89 | Jeffrey Lawrence | 04-21-89 | W-M-34 | Cuyahoga | 2W | Sentence inaapropriate |
| 06-17-90 | Dale Johnston | 10-25-84 | W-M-51 | Hocking | 2W | Reversed, charges dismissed |
| 09-13-89 | Charles Henderson | 03-17-88 | W-M-47 | Clark | W | Conviction reversed |
| 04-25-90 | Wayne Heinish | 08-25-87 | W-M-34 | Cuyahoga | W | Specification vacated |
| 01-10-91 | Donald Maurer | 04-04-83 | W-M-26 | Stark | W | Commuted to LWOP |
| 01-10-91 | Leonard Jenkins | 04-16-82 | B-M-27 | Cuyahoga | B | Commuted to LWOP |
| 01-10-91 | Willie Lee Jester | 07-13-84 | B-M-20 | Cuyahoga | B | Commuted to LWOP |
| 01-10-91 | Lee Seiber | 07-17-86 | W-M-37 | Franklin | W | Commuted to LWOP |

## FORMER DEATH ROW RESIDENTS UNDER 1981 LAW

| | | | | | | |
|---|---|---|---|---|---|---|
| 01-10-91 | Rosalie Grant | 11-01-83 | B-F-22 | Mahoning | 2B | Commuted to Life |
| 01-10-91 | Elizabeth Green | 07-11-88 | B-F-24 | Hamilton | B | Commuted to LWOP |
| 01-10-91 | Beatrice Lampkin | 04-26-89 | B-F-47 | Hamilton | B | Commuted to Life |
| 01-10-91 | Debra Brown | 06-10-85 | B-F-22 | Hamilton | B | Commuted to LWOP |
| 05-09-90 | Ediberto Huertas | 03-24-87 | L-M-27 | Lorain | B | Sentence vacated |
| 05-17-91 | Sterling Barnes | 02-09-84 | B-M-28 | Lucas | B | Sentence vacated |
| 06-19-91 | Kevin Watson | 11-24-87 | B-M-26 | Butler | W | Sentence inappropriate |
| 07-31-91 | Justin Claytor | 12-02-86 | B-M-29 | Cuyahoga | 1B/1W | Sentence inappropriate |
| 04-25-91 | Dorian Hill | 11-29-88 | B-M-23 | Cuyahoga | W | Sentence vacated |
| 07-08-92 | Raymond Davis | 06-03-88 | W-M-60 | Lorain | 2W | Natural death |
| 04-20-93 | Kevin Myers | 03-09-93 | W-M-32 | Licking | W | Suicide |
| 05-26-93 | Rayvon Taylor | 11-14-89 | B-M-28 | Cuyahoga | B | Specification vacated |
| 05-28-93 | David Hudson | 11-30-88 | W-M-25 | Jefferson | B | Sentence vacated |
| 11-93 | Anthony Walker | 11-02-91 | B-M-27 | Cuyahoga | B | Conviction, sentence vacated |
| 04-24-94 | Derrick Flemming | 02-22-94 | B-M-22 | Cuyahoga | B | New trial motion granted |
| 11-15-94 | Carl Haight | 08-21-92 | W-M-29 | Franklin | W | Conviction, sentence vacated |
| 12-23-94 | Michael Johnson | 03-28-91 | W-M-31 | Summit | W | Conviction, sentence vacated |
| 12-21-95 | John Glenn | 09-03-82 | B-M-19 | Mahoning | W | Sentence reversed |
| 03-04-92 | Carroll Dean Pless | 03-04-92 | W-M-26 | Mahoning | W | Conviction reversed |
| 07-06-95 | Theodore Soke | 05-15-92 | W-M-50 | Cuyahoga | 2W | Sentence vacated |
| 03-04-96 | Antonio Brooks | 02-16-93 | B-M-19 | Summit | 3B | Sentence vacated |
| 04-12-96 | Steven Kidwell | 09-15-95 | W-M-24 | Cuyahoga | W | Suicide |
| 04-26-96 | Daniel Brock | 12-12-94 | W-M-19 | Shelby | W | Conviction reversed |
| 03-13-97 | Tyson Dixon | 11-23-94 | B-M-23 | Cuyahoga | 2B | Sentence vacated |
| 06-25-97 | John Simko Jr. | 09-17-91 | W-M-57 | Lorain | W | Natural death |

## FORMER DEATH ROW RESIDENTS UNDER 1981 LAW

| | | | | | | |
|---|---|---|---|---|---|---|
| 06-27-97 | John Dougherty | 12-12-93 | W-M-20 | Hancock | W | Suicide |
| 02-19-99 | Wilford Berry | 08-13-90 | W-M-27 | Cuyahoga | W | **Executed** |
| 07-04-99 | John Gerish | 06-23-92 | W-M-40 | Mahoning | 1W/1B | Natural death |
| 04-30-00 | Jerry Lee Allard | 02-22-93 | W-M-35 | Knox | 2W | Natural death |
| 02-16-01 | Ronald Combs | 03-03-88 | W-M-29 | Hamilton | 2W | Conviction reversed |
| 04-06-01 | Joseph Green | 03-11-98 | B-M-19 | Lucas | O | Sentence vacated |
| 06-14-01 | Jay D. Scott | 04-03-84 | B-M-30 | Cuyahoga | B | **Executed** |
| 02-04-02 | Gordon Reynolds | 04-28-95 | W-M-66 | Columbiana | W | Natural death |
| 02-19-02 | John W. Byrd Jr. | 08-10-83 | W-M-19 | Hamilton | W | **Executed** |
| 04-26-02 | Alton Coleman | 05-06-85/ 06-24-85 | B-M-28 | Hamilton | W B | **Executed** |
| 09-25-02 | Robert Buell | 04-11-84 | W-M-42 | Cuyahoga | W | **Executed** |
| 10-02-02 | Tazwell Lomax | 03-25-99 | W-M-25 | Sandusky | W | Sentence vacated |
| 01-14-03 | Jerry Hessler | 10-29-96 | W-M-39 | Franklin | 4W | Natural death |
| 02-12-03 | Richard Fox | 06-27-90 | W-M-34 | Wood | W | **Executed** |
| 04-29-03 | David Brewer | 10-16-85 | W-M-25 | Greene | W | **Executed** |
| 06-18-03 | Ernest Martin | 07-08-83 | B-M-22 | Cuyahoga | B | **Executed** |
| 06-26-03 | Jerome Campbell | 05-18-89 | B-M-27 | Hamilton | B | Clemency |

## DEATH ROW RESIDENTS EXECUTED UNDER 1981 LAW
### Total: 8

| Date Executed | Defendant | Date Sentenced | Race, Sex and Age at Sentencing | County | Victim's Race | Method of Execution |
|---|---|---|---|---|---|---|
| 02-19-99 | Wilford Berry | 08-13-90 | W-M-27 | Cuyahoga | W | Lethal Injection |
| 06-14-01 | Jay D. Scott | 04-03-84 | B-M-30 | Cuyahoga | B | Lethal Injection |
| 02-19-02 | John W. Byrd Jr. | 08-10-83 | W-M-19 | Hamilton | W | Lethal Injection |
| 04-26-02 | Alton Coleman | 05-06-85/ 06-24-85 | B-M-28 | Hamilton | W B | Lethal Injection |
| 09-25-02 | Robert Buell | 04-11-84 | W-M-42 | Cuyahoga | W | Lethal Injection |
| 02-12-03 | Richard Fox | 06-27-90 | W-M-34 | Wood | W | Lethal Injection |
| 04-29-03 | David Brewer | 10-16-85 | W-M-25 | Greene | W | Lethal Injection |
| 06-18-03 | Ernest Martin | 07-08-83 | B-M-22 | Cuyahgoa | B | Lethal Injection |

Inmate Search Output

## Ohio Department of Rehabilitation and Correction

## Offender Data



| STANLEY T ADAMS -A 420071 | |
|---|---|
| **Offense** | RAPE, MURDER, KIDNAPPING, AGG BURGLARY, RAPE, AGG MURDER |
| **Committing County** | TRUMBULL |
| **Date of Admission** (yyyymmdd) | 20011012 |
| **Institution** | MANSFIELD CORRECTIONAL INSTITUTION |
| **Status** | INCARCERATED |
| **Parole or Release Detail** | |

| Sentence Information | | |
|---|---|---|
| **Stated Prison Term** (crimes committed on or after 7/1/96) | | |
| **Definite Sentence** | | -------- |
| **Indefinite Sentence** | Minimum: | Death |
| | Maximum: | Death |
| **Gun Specification, if any** | | -------- |
| **Next Parole Hearing Date** | | -------- |

The above information may not contain a complete list of sentencing information for each offender.

Any person, agency or entity, public or private, who reuses, publishes or communicates the information available from this server shall be solely liable and responsible for any claim or cause of action based upon or alleging an improper or inaccurate disclosure arising from such reuse, re-publication or communication, including but not limited to actions for defamation and invasion of privacy.

Questions concerning the information contained in these documents should be sent via the U.S. Mail to the appropriate correctional institution, attn: Record Office. Addresses are available at www.drc.state.oh.us/mapserve/inst.htm.



EXHIBIT
3

NATHANIEL JACKSON v. WARDEN
CASE NO. 4:07-cv-0880
SUPP. APPENDIX - Page 4958

Inmate Search Output

## Ohio Department of Rehabilitation and Correction

## Offender Data



| KENNETH BIROS -A 249514 | |
|---|---|
| **Offense** | AGG MURDER, FEL SEXUAL PENETRATION, RAPE, AGG ROBBERY |
| **Committing County** | TRUMBULL |
| **Date of Admission** (yyyymmdd) | 19911030 |
| **Institution** | MANSFIELD CORRECTIONAL INSTITUTION |
| **Status** | INCARCERATED |
| **Parole or Release Detail** | |

### Sentence Information

| Stated Prison Term (crimes committed on or after 7/1/96) | | |
|---|---|---|
| **Definite Sentence** | | -------- |
| **Indefinite Sentence** | Minimum: | -------- |
| | Maximum: | -------- |
| **Gun Specification, if any** | | -------- |
| **Next Parole Hearing Date** | | -------- |

The above information may not contain a complete list of sentencing information for each offender.

Any person, agency or entity, public or private, who reuses, publishes or communicates the information available from this server shall be solely liable and responsible for any claim or cause of action based upon or alleging an improper or inaccurate disclosure arising from such reuse, re-publication or communication, including but not limited to actions for defamation and invasion of privacy.

Questions concerning the information contained in these documents should be sent via the U.S. Mail to the appropriate correctional institution, attn: Record Office. Addresses are available at www.drc.state.oh.us/mapserve/inst.htm.



EXHIBIT
4

http://www.drc.state.oh.us/cfdocs/inmate/InmateSearch2.cfm?offendnum=A&offnum=249514          12/30/03

NATHANIEL JACKSON v. WARDEN
CASE NO. 4:07-cv-0880
SUPP. APPENDIX - Page 4959

Inmate Search Output

**Ohio Department of Rehabilitation and Correction**

**Offender Data**



| SEAN CARTER -A 356659 | |
|---|---|
| **Offense** | AGG ROBBERY, RAPE, AGG MURDER |
| **Committing County** | TRUMBULL |
| **Date of Admission** (yyyymmdd) | 19980403 |
| **Institution** | MANSFIELD CORRECTIONAL INSTITUTION |
| **Status** | INCARCERATED |
| **Parole or Release Detail** | |

| Sentence Information | | |
|---|---|---|
| **Stated Prison Term** (crimes committed on or after 7/1/96) | | 20 Years |
| **Definite Sentence** | | -------- |
| **Indefinite Sentence** | Minimum: | Death |
| | Maximum: | Death |
| **Gun Specification, if any** | | -------- |
| **Next Parole Hearing Date** | | -------- |

The above information may not contain a complete list of sentencing information for each offender.

Any person, agency or entity, public or private, who reuses, publishes or communicates the information available from this server shall be solely liable and responsible for any claim or cause of action based upon or alleging an improper or inaccurate disclosure arising from such reuse, re-publication or communication, including but not limited to actions for defamation and invasion of privacy.

Questions concerning the information contained in these documents should be sent via the U.S. Mail to the appropriate correctional institution, attn: Record Office. Addresses are available at www.drc.state.oh.us/mapserve/inst.htm.



EXHIBIT
5

NATHANIEL JACKSON v. WARDEN
CASE NO. 4:07-cv-0880
SUPP. APPENDIX - Page 4960

Inmate Search Output

### Ohio Department of Rehabilitation and Correction

### Offender Data



| RODERICK D DAVIE -A 253718 | |
|---|---|
| **Offense** | AGG BURGLARY, AGG MURDER, ATT TO COMMIT AN OFFENSE, KIDNAPPING, AGG ROBBERY, AGG MURDER |
| **Committing County** | TRUMBULL |
| **Date of Admission** (yyyymmdd) | 19920325 |
| **Institution** | MANSFIELD CORRECTIONAL INSTITUTION |
| **Status** | INCARCERATED |
| **Parole or Release Detail** | |

| Sentence Information | | |
|---|---|---|
| **Stated Prison Term** (crimes committed on or after 7/1/96) | | |
| **Definite Sentence** | | -------- |
| **Indefinite Sentence** | Minimum: | Death |
| | Maximum: | Death |
| **Gun Specification, if any** | | 3 Years |
| **Next Parole Hearing Date** | | -------- |

The above information may not contain a complete list of sentencing information for each offender.

Any person, agency or entity, public or private, who reuses, publishes or communicates the information available from this server shall be solely liable and responsible for any claim or cause of action based upon or alleging an improper or inaccurate disclosure arising from such reuse, re-publication or communication, including but not limited to actions for defamation and invasion of privacy.
Questions concerning the information contained in these documents should be sent via the U.S. Mail to the appropriate correctional institution, attn: Record Office. Addresses are available at www.drc.state.oh.us/mapserve/inst.htm.



EXHIBIT
6

Inmate Search Output

Page 1 o:

---

### Ohio Department of Rehabilitation and Correction

### Offender Data



| JASON A GETSY -A 330121 | |
|---|---|
| **Offense** | AGG MURDER, ATT AGG MURDER, AGG BURGLARY |
| **Committing County** | TRUMBULL |
| **Date of Admission** (yyyymmdd) | 19960913 |
| **Institution** | MANSFIELD CORRECTIONAL INSTITUTION |
| **Status** | INCARCERATED |
| **Parole or Release Detail** | |

| Sentence Information | | |
|---|---|---|
| **Stated Prison Term** (crimes committed on or after 7/1/96) | | |
| **Definite Sentence** | | -------- |
| **Indefinite Sentence** | Minimum: | Death |
| | Maximum: | Death |
| **Gun Specification, if any** | | -------- |
| **Next Parole Hearing Date** | | -------- |

The above information may not contain a complete list of sentencing information for each offender.

Any person, agency or entity, public or private, who reuses, publishes or communicates the information available from this server shall be solely liable and responsible for any claim or cause of action based upon or alleging an improper or inaccurate disclosure arising from such reuse, re-publication or communication, including but not limited to actions for defamation and invasion of privacy.

Questions concerning the information contained in these documents should be sent via the U.S. Mail to the appropriate correctional institution, attn: Record Office. Addresses are available at www.drc.state.oh.us/mapserve/inst.htm.



**EXHIBIT**

7

NATHANIEL JACKSON v. WARDEN
CASE NO. 4:07-cv-0880
SUPP. APPENDIX - Page 4962

Inmate Search Output

## Ohio Department of Rehabilitation and Correction

## Offender Data



| DANNY LEE HILL -A 189528 | |
|---|---|
| Offense | FEL SEXUAL PENETRATION, AGG ARSON, RAPE, KIDNAPPING, AGG MURDER |
| Committing County | TRUMBULL |
| Date of Admission (yyyymmdd) | 19860306 |
| Institution | MANSFIELD CORRECTIONAL INSTITUTION |
| Status | INCARCERATED |
| Parole or Release Detail | |

| Sentence Information | | |
|---|---|---|
| Stated Prison Term (crimes committed on or after 7/1/96) | | |
| Definite Sentence | | -------- |
| Indefinite Sentence | Minimum: | Death |
| | Maximum: | Death |
| Gun Specification, if any | | -------- |
| Next Parole Hearing Date | | -------- |

The above information may not contain a complete list of sentencing information for each offender.

Any person, agency or entity, public or private, who reuses, publishes or communicates the information available from this server shall be solely liable and responsible for any claim or cause of action based upon or alleging an improper or inaccurate disclosure arising from such reuse, re-publication or communication, including but not limited to actions for defamation and invasion of privacy.
Questions concerning the information contained in these documents should be sent via the U.S. Mail to the appropriate correctional institution, attn: Record Office. Addresses are available at www.drc.state.oh.us/mapserve/inst.htm.



EXHIBIT
8

http://www.drc.state.oh.us/cfdocs/inmate/InmateSearch2.cfm?offnumpre=A&offnum=189528    3/28/04

NATHANIEL JACKSON v. WARDEN
CASE NO. 4:07-cv-0880
SUPP. APPENDIX - Page 4963

Inmate Search Output

Page 1 of

## Ohio Department of Rehabilitation and Correction

## Offender Data



| NATHANIEL E JACKSON -A 440891 | |
|---|---|
| **Offense** | AGG BURGLARY, AGG ROBBERY, AGG MURDER |
| **Committing County** | TRUMBULL |
| **Date of Admission** (yyyymmdd) | 20021211 |
| **Institution** | MANSFIELD CORRECTIONAL INSTITUTION |
| **Status** | INCARCERATED |
| **Parole or Release Detail** | |

| Sentence Information | | |
|---|---|---|
| **Stated Prison Term** (crimes committed on or after 7/1/96) | | 20 Years |
| **Definite Sentence** | | ------- |
| **Indefinite Sentence** | Minimum: | Death |
| | Maximum: | Death |
| **Gun Specification, if any** | | 3 Years |
| **Next Parole Hearing Date** | | ------- |

The above information may not contain a complete list of sentencing information for each offender.

Any person, agency or entity, public or private, who reuses, publishes or communicates the information available from this server shall be solely liable and responsible for any claim or cause of action based upon or alleging an improper or inaccurate disclosure arising from such reuse, re-publication or communication, including but not limited to actions for defamation and invasion of privacy.

Questions concerning the information contained in these documents should be sent via the U.S. Mail to the appropriate correctional institution, attn: Record Office. Addresses are available at www.drc.state.oh.us/mapserve/inst.htm.



EXHIBIT

9

NATHANIEL JACKSON v. WARDEN
CASE NO. 4:07-cv-0880
SUPP. APPENDIX - Page 4964

## Ohio Department of Rehabilitation and Correction

### Offender Name Search Results

Below is a list of offenders meeting the search criteria.

To obtain additional information about an offender, click the offender number.

| Photo (if available)* | Name | Offender Number | Date of Birth | Offense |
|---|---|---|---|---|
|  | CHARLES L LORRAINE | A 194013 |  | AGG BURGLARY, AGG MURDER, ROBBERY, BURGLARY, COMPLICITY |

**\*Generally, photos are not available for inmates released prior to 1998.**

**Any person, agency or entity, public or private, who reuses, publishes or communicates the information available from this server shall be solely liable and responsible for any claim or cause of action based upon or alleging an improper or inaccurate disclosure arising from such reuse, re-publication or communication, including but not limited to actions for defamation and invasion of privacy. Questions concerning the information contained in these documents should be sent via the U.S. Mail to the appropriate correctional institution, attn: Record Office. Addresses are available at www.drc.state.oh.us/mapserve/inst.htm.**

**EXHIBIT**

*10*

NATHANIEL JACKSON v. WARDEN
CASE NO. 4:07-cv-0880
SUPP. APPENDIX - Page 4965

Inmate Search Output

Page 1 of 4

### Ohio Department of Rehabilitation and Correction

### Offender Data



| DONNA MARIE ROBERTS -W 055276 | |
|---|---|
| Offense | COM AGG MURDER, COM AGG BURGLARY, COM AGG ROBBERY |
| Committing County | TRUMBULL |
| Date of Admission (yyyymmdd) | 20030626 |
| Institution | OHIO REFORMATORY FOR WOMEN |
| Status | INCARCERATED |
| Parole or Release Detail | |

### Sentence Information

| Stated Prison Term (crimes committed on or after 7/1/96) | | 20 Years |
|---|---|---|
| Definite Sentence | | -------- |
| Indefinite Sentence | Minimum: | -------- |
| | Maximum: | Death |
| Gun Specification, if any | | 3 Years |
| Next Parole Hearing Date | | -------- |

The above information may not contain a complete list of sentencing information for each offender.

Any person, agency or entity, public or private, who reuses, publishes or communicates the information available from this server shall be solely liable and responsible for any claim or cause of action based upon or alleging an improper or inaccurate disclosure arising from such reuse, re-publication or communication, including but not limited to actions for defamation and invasion of privacy.
Questions concerning the information contained in these documents should be sent via the U.S. Mail to the appropriate correctional institution, attn: Record Office. Addresses are available at www.drc.state.oh.us/mapserve/inst.htm.



EXHIBIT

11

http://www.drc.state.oh.us/cfdocs/inmate/InmateSearch2.cfm?offnumpre=W&offnum=055276   3/28/04

NATHANIEL JACKSON v. WARDEN
CASE NO. 4:07-cv-0880
SUPP. APPENDIX - Page 4966

Inmate Search Output

Page 1 c

**Ohio Department of Rehabilitation and Correction**

**Offender Data**



| RICKEY COUTEE ALEXANDER -A 281461 | |
|---|---|
| **Offense** | AGG MURDER, AGG ROBBERY |
| **Committing County** | TRUMBULL |
| **Date of Admission** (yyyymmdd) | 19930914 |
| **Institution** | LAKE ERIE CORRECTIONAL INSTITUTION |
| **Status** | INCARCERATED |
| **Parole or Release Detail** | |

| Sentence Information | | |
|---|---|---|
| **Stated Prison Term** (crimes committed on or after 7/1/96) | | |
| **Definite Sentence** | | -------- |
| **Indefinite Sentence** | Minimum: | 10 Years |
| | Maximum: | Life |
| **Gun Specification, if any** | | 3 Years |
| **Next Parole Hearing Date** | | 20320927  (yyyymmdd) |

The above information may not contain a complete list of sentencing information for each offender.

Any person, agency or entity, public or private, who reuses, publishes or communicates the information available from this server shall be solely liable and responsible for any claim or cause of action based upon or alleging an improper or inaccurate disclosure arising from such reuse, re-publication or communication, including but not limited to actions for defamation and invasion of privacy.

Questions concerning the information contained in these documents should be sent via the U.S. Mail to the appropriate correctional institution, attn: Record Office. Addresses are available at www.drc.state.oh.us/mapserve/inst.htm.



EXHIBIT

13

http://www.drc.state.oh.us/cfdocs/inmate/InmateSearch2.cfm?offnumpre=A&offnum=281461                12/20/0

NATHANIEL JACKSON v. WARDEN
CASE NO. 4:07-cv-0880
SUPP. APPENDIX - Page 4967

**ORIGINAL**

Cu2131

In The Court of Common Pleas of    **TRUMBULL**    County

State of Ohio,
    Plaintiff,

    v.

**RICKY  ALEXANDER**

    Defendant.

:
:
:
:
:
:
:
:

Notice to Supreme Court of
Ohio of Filing of Indictment
Charging Aggravated Murder
with Specification(s) of
Aggravting Circumstances
[R.C. 2929.021(A)]

Name of defendant:

**RICKEY     ALEXANDER**

The court in which the case will be heard:

**THE TRUMBULL  COUNTY COMMON PLEAS  WARREN  OHIO** .

Case number(s):

**92 CR  605**

Date on which indictment was filed:

**OCTOBER  26  1992**

                        **MARGARET   R.  O' BRIEN**
                        Clerk of Courts of  **TRUMBULL**  County
                        Date:**OCTOBER 26 1992**

**FILED**

OCT 30 1992

MARCIA J. MENGEL, CLERK
SUPREME COURT



**EXHIBIT**
14

NATHANIEL JACKSON v. WARDEN
CASE NO. 4:07-cv-0880
SUPP. APPENDIX - Page 4968

## Ohio Department of Rehabilitation and Correction

## Offender Data



| SHAWN ARMSTRONG -A 409737 | |
|---|---|
| **Offense** | **AGG MURDER** |
| **Committing County** | **TRUMBULL** |
| **Date of Admission** (yyyymmdd) | **20010928** |
| **Institution** | **TRUMBULL CORRECTIONAL INSTITUTION** |
| **Status** | **INCARCERATED** |
| **Parole or Release Detail** | |

| Sentence Information | | |
|---|---|---|
| **Stated Prison Term** (crimes committed on or after 7/1/96) | | |
| **Definite Sentence** | | -------- |
| **Indefinite Sentence** | Minimum: | 20 Years |
| | Maximum: | Life |
| **Gun Specification, if any** | | 3 Years |
| **Next Parole Hearing Date** | | 20230522 (yyyymmdd) |

The above information may not contain a complete list of sentencing information for each offender.

Any person, agency or entity, public or private, who reuses, publishes or communicates the information available from this server shall be solely liable and responsible for any claim or cause of action based upon or alleging an improper or inaccurate disclosure arising from such reuse, re-publication or communication, including but not limited to actions for defamation and invasion of privacy.

Questions concerning the information contained in these documents should be sent via the U.S. Mail to the appropriate correctional institution, attn: Record Office. Addresses are available at www.drc.state.oh.us/mapserve/inst.htm.



EXHIBIT
15

NATHANIEL JACKSON v. WARDEN
CASE NO. 4:07-cv-0880
SUPP. APPENDIX - Page 4969

CC00038       ORIGINAL

In the Court of Common Please of Trumbull County

| | | |
|---|---|---|
| State of Ohio,<br>    Plaintiff, | : | Notice to Supreme Court of |
| | : | Ohio of Filing of Indictment |
|     v. | : | Charging Aggravated Murder |
| | : | with Specification(s) of |
| SHAWN ARMSTRONG | : | Aggravating Circumstances |
|     Defendant. | : | [R.C. 2929.021(A)] |

Name of defendant:    **SHAWN ARMSTRONG**

The court in which the case will be heard:

        JUDGE ANDREW D LOGAN

Case number(s):     **2000CR274**

Date on which indictment was filed:

        **MAY 9 2000**

FILED

MAY 15 2000

MARCIA J. MENGEL, CLERK
SUPREME COURT OF OHIO

*Margaret ROBrien*
Clerk of Courts of Trumbull County

Date: May 9, 2000

NATHANIEL JACKSON v. WARDEN
CASE NO. 4:07-cv-0880
SUPP. APPENDIX - Page 4970

Inmate Search Output

### Ohio Department of Rehabilitation and Correction

### Offender Data



| CLIFFORD SONNY BELDEN -A 191695 | |
| --- | --- |
| Offense | AGG MURDER, ATT TO COMMIT AN OFFENSE, MURDER |
| Committing County | TRUMBULL |
| Date of Admission (yyyymmdd) | 19860717 |
| Institution | TRUMBULL CORRECTIONAL INSTITUTION |
| Status | INCARCERATED |
| Parole or Release Detail | |

| Sentence Information | | |
| --- | --- | --- |
| Stated Prison Term (crimes committed on or after 7/1/96) | | |
| Definite Sentence | | -------- |
| Indefinite Sentence | Minimum: | 15 Years |
| | Maximum: | Life |
| Gun Specification, if any | | 3 Years |
| Next Parole Hearing Date | | 20060201   (yyyymmdd) |

The above information may not contain a complete list of sentencing information for each offender.

Any person, agency or entity, public or private, who reuses, publishes or communicates the information available from this server shall be solely liable and responsible for any claim or cause of action based upon or alleging an improper or inaccurate disclosure arising from such reuse, re-publication or communication, including but not limited to actions for defamation and invasion of privacy.
Questions concerning the information contained in these documents should be sent via the U.S. Mail to the appropriate correctional institution, attn: Record Office. Addresses are available at www.drc.state.oh.us/mapserve/inst.htm.

EXHIBIT
16

CC86-40

In The Court of Common Pleas of ____TRUMBULL____ County

State of Ohio,
    Plaintiff,

    v.

CLIFFORD    BELDEN

    Defendant.

:
:
:
:
:
:
:
:

Notice to Supreme Court of
Ohio of Filing of Indictment
Charging Aggravated Murder
with Specification(s) of
Aggravting Circumstances
( R.C. 2929.021(A))

FILED CO.

MAY 22 1986

SUPREME COURT OF OHIO
JAMES Wm. KELLY, Clerk

Name of defendant:    CLIFFORD  BELDEN

The court in which the case will be heard:    TRUMBULL COUNTY
    COMMON PLEAS
    JUDGE ROBERT A. NADER

Case number(s):  85CR477

Date on which indictment was filed:  JANUARY 23, 1986

_Violet C. Whitman_

Clerk of Courts of _Trumbull_ County
Date:

NATHANIEL JACKSON v. WARDEN
CASE NO. 4:07-cv-0880
SUPP. APPENDIX - Page 4972

C.R. 279-D

BARRETT BROTHERS, PUBLISHERS, SPRINGFIELD, OHIO

## INDICTMENT— TWO COUNTS C C 8 6 - 4 0

85-CR-477

Crim. Rule 6, 7

AGGRAVATED MURDER WITH
TWO SPECIFICATIONS

### THE STATE OF OHIO

.................... Trumbull ....County, ss.

**COURT OF COMMON PLEAS**

Of the Term January in the year one thousand nine hundred and eighty-six

*THE JURORS OF THE GRAND JURY of the State of Ohio, within and for the*

*body of the County aforesaid, on their oaths, in the name and by the authority of*

*the State of Ohio, do find and present that on or about the* ............29th............ *day*

*of* ............December............ *19 85, at* ............Trumbull County............., *Ohio,*

............................CLIFFORD BELDEN............................ *did*

* did purposely and with prior calculation and design, cause the death of Gregory
Tonkovich,

### SPECIFICATION #1

THE GRAND JURORS further find and specify pursuant to Ohio Revised Code
2941.141 that: The said CLIFFORD BELDEN did at the time of his commission of the
crime of Aggravated Murder have a firearm on or about his person or under his
control; said firearm being defined in Section 2923.11 of the Ohio Revised Code.

### SPECIFICATION #2

THE GRAND JURORS further find and specify pursuant to Ohio Revised Code
2929.04 that at the time of the commission of the crime of Aggravated Murder
the offense at bar was part of a course of criminal conduct involving the
purposeful attempt to kill two (2) or more persons by Clifford Belden.



You are hereby notified that you are under indictment
for a felony of violence and pursuant to Section 2923.13
of the Ohio Revised Code you are prohibited from acquir-
ing, having, carrying, or using any firearm or dangerous
ordnance while under indictment.

*Set forth the offense in any words sufficient to give the defendant notice of all elements of the offense, or otherwise in
proper form pursuant to Criminal Rule 7 (B).

NATHANIEL JACKSON v. WARDEN
CASE NO. 4:07-cv-0880
SUPP. APPENDIX - Page 4973

*in violation of the Ohio Revised Code, Title ......29................ Section 2903.01(A)......, and against the peace and dignity of the State of Ohio.*

**SECOND COUNT:**                              ATTEMPTED AGGRAVATED MURDER WITH SPECIFICATION

*THE JURORS OF THE GRAND JURY of the State of Ohio, within and for the*

*body of the County aforesaid, on their oaths, in the name and by the authority of*

*the State of Ohio, do find and present that on or about the ........29th........ day*

*of ..........December...........19 85...., at ............Trumbull County........................, Ohio,*

.................................................CLIFFORD BELDEN............................................ *did*

purposely or knowingly with sufficient culpability for commission of a violation
of Section 2903.01(A) (Aggravated Murder) of the Revised Code, engage in conduct
which, if successful, would constitute or result in a violation of Section
2903.01(A) (Aggravated Murder) of the Revised Code.

SPECIFICATION

    THE GRAND JURORS further find and specify pursuant to Ohio Revised Code
2941.141 that: The said CLIFFORD BELDEN did at the time of his commission of the
crime of Attempted Aggravated Murder have a firearm on or about his person or
under his control; said firearm being defined in Section 2923.11 of the Ohio

NATHANIEL JACKSON v. WARDEN
CASE NO. 4:07-cv-0880
SUPP. APPENDIX - Page 4974

Revised Code.

You are hereby notified that you are under indictment for a felony of violence and pursuant to Section 2923.13 of the Ohio Revised Code you are prohibited from acquiring, having, carrying, or using any firearm or dangerous ordnance while under indictment.

in violation of the Ohio Revised Code, Title ........29......... Section 2923.02 (2903.02(A)
and against the peace and dignity of the State of Ohio.

........................................................
Prosecuting Attorney

........................................................
Asst. Prosecuting Attorney

*Set forth the offense in any words sufficient to give the defendant notice of all elements of the offense, or otherwise in proper form pursuant to Criminal Rule 7 (B).

The State of Ohio, _____Trumbull_____County.

I, the undersigned, Clerk of the Court of Common Pleas in and for said County, do hereby certify that the foregoing is a full, true and correct copy of the original indictment, with the endorsements thereon, now on file in my office.

WITNESS my hand and the seal of said Court, at

.................................................Ohio, this..............

day of.................................................19.......

.................................................
Clerk

By .................................................
Deputy

NATHANIEL JACKSON v. WARDEN
CASE NO. 4:07-cv-0880
SUPP. APPENDIX - Page 4975

No. 85-CR-477

JANUARY, FIRST _____Term, 19 86.

**COMMON PLEAS COURT**

_____Trumbull_____County, O.

**THE STATE OF OHIO**
vs.

CLIFFORD BELDEN

_____West Farmington, OH_____

Indictment for CT. 1: AGGRAVATED MURDER W/2 SPECIFICATIONS (2903.01(A)
CT. 2: ATTEMPTED AGGRAVATED MURDER W/SPECIFICATION (2923.02; 2903.01(A)

*Dennis Watkins*
Prosecuting Attorney

**A TRUE BILL**

Kevin Adgate
Foreman Grand Jury

This Bill of Indictment found upon testimony sworn and sent before the Grand Jury at the request of the Prosecuting Attorney.

Kevin Adgate
Foreman of the Grand Jury

Filed_____, 19_____
_____Clerk
By_____Deputy

BARRETT BROTHERS, PUBLISHERS, SPRINGFIELD, OHIO

On this_____day of
_____ 19_____
the within named_____

Defendant arraigned, and pleads
_____guilty to this indictment.

_____
_____Clerk
By_____
_____Deputy

*This signature not necessary in a FELONY, a liquor case, nor if the prosecuting witness has become security for costs.

NATHANIEL JACKSON v. WARDEN
CASE NO. 4:07-cv-0880
SUPP. APPENDIX - Page 4976

**CC000040**

**ORIGINAL**

In the Court of Common Please of Trumbull County

State of Ohio,
        Plaintiff,

     v.

ARTHUR BELL
        Defendant.

:
:
:
:
:
:
:

Notice to Supreme Court of
Ohio of Filing of Indictment
Charging Aggravated Murder
with Specification(s) of
Aggravating Circumstances
[R.C. 2929.021(A)]

Name of defendant:     **ARTHUR BELL**

The court in which the case will be heard:

           JUDGE W. WYATT MCKAY

Case number(s):      **2000CR279**

Date on which indictment was filed:

        **MAY 11 2000**

*Margaret OBrien*
Clerk of Courts of Trumbull County

Date:   May 11, 2000



FILED

MAY 16 2000

MARCIA J. MENGEL, CLERK
SUPREME COURT OF OHIO

**EXHIBIT**
17

## Ohio Department of Rehabilitation and Correction

## Offender Data



| SCOTT BURROWS -A 388890 | |
|---|---|
| **Offense** | KIDNAPPING, AGG ROBBERY, AGG BURGLARY, AGG MURDER |
| **Committing County** | TRUMBULL |
| **Date of Admission** (yyyymmdd) | 20000615 |
| **Institution** | SOUTHERN OHIO CORRECTIONAL FACILITY |
| **Status** | INCARCERATED |
| **Parole or Release Detail** | |

| Sentence Information | | |
|---|---|---|
| **Stated Prison Term** (crimes committed on or after 7/1/96) | | 40 Years |
| **Definite Sentence** | | -------- |
| **Indefinite Sentence** | Minimum: | Life |
| | Maximum: | Life |
| **Gun Specification, if any** | | -------- |
| **Next Parole Hearing Date** | | -------- |

The above information may not contain a complete list of sentencing information for each offender.

Any person, agency or entity, public or private, who reuses, publishes or communicates the information available from this server shall be solely liable and responsible for any claim or cause of action based upon or alleging an improper or inaccurate disclosure arising from such reuse, re-publication or communication, including but not limited to actions for defamation and invasion of privacy.

Questions concerning the information contained in these documents should be sent via the U.S. Mail to the appropriate correctional institution, attn: Record Office. Addresses are available at www.drc.state.oh.us/mapserve/inst.htm.

EXHIBIT
18

NATHANIEL JACKSON v. WARDEN
CASE NO. 4:07-cv-0880
SUPP. APPENDIX - Page 4978

Inmate Search Output

## Ohio Department of Rehabilitation and Correction

## Offender Data



| CARVIN HOBART CLEMMONS -A 310670 | |
|---|---|
| **Offense** | **INVOL MANSLAUGHTER** |
| **Committing County** | **TRUMBULL** |
| **Date of Admission** (yyyymmdd) | **19950710** |
| **Institution** | **RICHLAND CORRECTIONAL INSTITUTION** |
| **Status** | **PAROLED - 20031124** |
| **Parole or Release Detail** | **REGULAR PAROLE** |

| Sentence Information | | |
|---|---|---|
| **Stated Prison Term** (crimes committed on or after 7/1/96) | | |
| **Definite Sentence** | | -------- |
| **Indefinite Sentence** | **Minimum:** | **10 Years** |
| | **Maximum:** | **25 Years** |
| **Gun Specification, if any** | | -------- |
| **Next Parole Hearing Date** | | -------- |

The above information may not contain a complete list of sentencing information for each offender.

Any person, agency or entity, public or private, who reuses, publishes or communicates the information available from this server shall be solely liable and responsible for any claim or cause of action based upon or alleging an improper or inaccurate disclosure arising from such reuse, re-publication or communication, including but not limited to actions for defamation and invasion of privacy.

Questions concerning the information contained in these documents should be sent via the U.S. Mail to the appropriate correctional institution, attn: Record Office. Addresses are available at www.drc.state.oh.us/mapserve/inst.htm.



EXHIBIT
19

NATHANIEL JACKSON v. WARDEN
CASE NO. 4:07-cv-0880
SUPP. APPENDIX - Page 4979

CC93-74 ORIGINAL

In The Court of Common Pleas of ___TRUMBULL___ County

State of Ohio,
      Plaintiff,

     v.

CARVIN   CLEMMONS

      Defendant.

:
:
:
:
:
:
:

Notice to Supreme Court of
Ohio of Filing of Indictment
Charging Aggravated Murder
with Specification(s) of
Aggravting Circumstances
[R.C. 2929.021(A)]

Name of defendant:
CARVIN  CLEMMONS

The court in which the case will be heard:
TRUMBULL COUNTY COMMON PLEAS
TRUMBULL COUNTY OHIO
WARREN  OHIO

Case number(s):
93CR 459

Date on which indictment was filed:
OCTOBER 12  1993

MARGARET   R.  O' BRIEN

Clerk of Courts of ___TRUMBULL___ County

Date: OCTOBER  12  1993



FILED

OCT 15 1993

MARCIA J. MENGEL, CLERK
SUPREME COURT OF OHIO

NATHANIEL JACKSON v. WARDEN
CASE NO. 4:07-cv-0880
SUPP. APPENDIX - Page 4980

Inmate Search Output

Page 1 of

## Ohio Department of Rehabilitation and Correction

## Offender Data



| WARREN LEON CROMETY -A 290969 | |
|---|---|
| Offense | ATT MURDER, AGG BURGLARY, AGG ROBBERY, ROBBERY, AGG MURDER, ESCAPE |
| Committing County | TRUMBULL |
| Date of Admission (yyyymmdd) | 19940420 |
| Institution | OHIO STATE PENITENTIARY |
| Status | INCARCERATED |
| Parole or Release Detail | |

| Sentence Information | | |
|---|---|---|
| Stated Prison Term (crimes committed on or after 7/1/96) | | |
| Definite Sentence | | ------- |
| Indefinite Sentence | Minimum: | 5 Years |
| | Maximum: | Life |
| Gun Specification, if any | | ------- |
| Next Parole Hearing Date | | 20170104 (yyyymmdd) |

The above information may not contain a complete list of sentencing information for each offender.

Any person, agency or entity, public or private, who reuses, publishes or communicates the information available from this server shall be solely liable and responsible for any claim or cause of action based upon or alleging an improper or inaccurate disclosure arising from such reuse, re-publication or communication, including but not limited to actions for defamation and invasion of privacy.

Questions concerning the information contained in these documents should be sent via the U.S. Mail to the appropriate correctional institution, attn: Record Office. Addresses are available at www.drc.state.oh.us/mapserve/inst.htm.



EXHIBIT
20

NATHANIEL JACKSON v. WARDEN
CASE NO. 4:07-cv-0880
SUPP. APPENDIX - Page 4981

# CC93-75

In The Court of Common Pleas of ___TRUMBULL___ County

State of Ohio,
    Plaintiff,

    v.
WARREN  CROMETY

    Defendant.

:
:
:
:
:
:
:
:

Notice to Supreme Court of
Ohio of Filing of Indictment
Charging Aggravated Murder
with Specification(s) of
Aggravting Circumstances
[R.C. 2929.021(A)]

Name of defendant:

WARREN  CROMETY

The court in which the case will be heard:

TRUMBULL COUNTY COMMON  PLEAS
TRUMBULL COUNTY OHIO
WARREN  OHIO
Case number(s):

93 CR 460

Date on which indictment was filed:

OCTOBER  12  1993

                          ___MARGARET  R.  O' BRIEN___
              Clerk of Courts of ___TRUMBULL___ County
              Date:  OCTOBER  12  1993



FILED

OCT 15 1993

MARCIA J. MENGEL, CLERK
SUPREME COURT OF OHIO

CC88113 ORIGINAL

In The Court of Common Pleas of ___TRUMBULL___ County

88 CR 364

State of Ohio,
    Plaintiff,

    v.

CHRISTOPHER W. DANIELS
_____

    Defendant.

:
:
:
:
:
:
:
:

Notice to Supreme Court of
Ohio of Filing of Indictment
Charging Aggravated Murder
with Specification(s) of
Aggravting Circumstances
[R.C. 2929.021(A)]

Name of defendant:

CHRISTOPHER W.  DANIELS

The court in which the case will be heard:

TRUMBULL COUNTY COMMON PLEAS COURT

Case number(s):
          88CR364

Date on which indictment was filed:
SEPTEMBER 28, 1988
CT.1 AGGRAVATED MURDER W/SPECIFICATION OF AGGRAVATED CIRCUMSTANCES
    O.R.C.2903.01(B)
CT.2 AGGRAVATED MURDER W/SPEC. OF AGGRAVATED CIRCUMSTANCES O.R.C.
    2903.01(B)
CT.3 ATTEMPTED AGGRAVATED MURDER O.R.C. 2923.01
CT.4 AGGRAVATED BURGLARY
    O.R.C. 2911.11
CT.5 AGGRAVATED ROBBERY
    O.R.C. 2911.01(B)

_Dinler b. Whitmien_

Clerk of Courts of ___TRUMBULL___ Cou

Date:



FILED

SEP 3 0 1988

MARCIA J. MENGEL, CL
SUPREME COURT OF O

EXHIBIT
21

NATHANIEL JACKSON v. WARDEN
CASE NO. 4:07-cv-0880
SUPP. APPENDIX - Page 4983

## Ohio Department of Rehabilitation and Correction

### Offender Data



| SHERRY MARIE DELKER -W 053417 | |
|---|---|
| Offense | AGG MURDER |
| Committing County | TRUMBULL |
| Date of Admission (yyyymmdd) | 20021004 |
| Institution | OHIO REFORMATORY FOR WOMEN |
| Status | INCARCERATED |
| Parole or Release Detail | |

### Sentence Information

| Stated Prison Term (crimes committed on or after 7/1/96) | | |
|---|---|---|
| Definite Sentence | | -------- |
| Indefinite Sentence | Minimum: | 20 Years |
| | Maximum: | Life |
| Gun Specification, if any | | -------- |
| Next Parole Hearing Date | | 20220323 (yyyymmdd) |

The above information may not contain a complete list of sentencing information for each offender.

Any person, agency or entity, public or private, who reuses, publishes or communicates the information available from this server shall be solely liable and responsible for any claim or cause of action based upon or alleging an improper or inaccurate disclosure arising from such reuse, re-publication or communication, including but not limited to actions for defamation and invasion of privacy.

Questions concerning the information contained in these documents should be sent via the U.S. Mail to the appropriate correctional institution, attn: Record Office. Addresses are available at www.drc.state.oh.us/mapserve/inst.htm.



EXHIBIT
22

NATHANIEL JACKSON v. WARDEN
CASE NO. 4:07-cv-0880
SUPP. APPENDIX - Page 4984

Inmate Search Output

## Ohio Department of Rehabilitation and Correction

## Offender Data



| RANDY FELLOWS -A 173423 | |
|---|---|
| **Offense** | **AGG MURDER** |
| **Committing County** | **TRUMBULL** |
| **Date of Admission** (yyyymmdd) | 19830428 |
| **Institution** | **MANSFIELD CORRECTIONAL INSTITUTION** |
| **Status** | **INCARCERATED** |
| **Parole or Release Detail** | |

| Sentence Information | | |
|---|---|---|
| **Stated Prison Term** (crimes committed on or after 7/1/96) | | |
| **Definite Sentence** | | -------- |
| **Indefinite Sentence** | **Minimum:** | Life |
| | **Maximum:** | Life |
| **Gun Specification, if any** | | -------- |
| **Next Parole Hearing Date** | | 20121201   (yyyymmdd) |

The above information may not contain a complete list of sentencing information for each offender.

Any person, agency or entity, public or private, who reuses, publishes or communicates the information available from this server shall be solely liable and responsible for any claim or cause of action based upon or alleging an improper or inaccurate disclosure arising from such reuse, re-publication or communication, including but not limited to actions for defamation and invasion of privacy.

Questions concerning the information contained in these documents should be sent via the U.S. Mail to the appropriate correctional institution, attn: Record Office. Addresses are available at www.drc.state.oh.us/mapserve/inst.htm.

EXHIBIT
23

http://www.drc.state.oh.us/cfdocs/inmate/InmateSearch2.cfm?offnumpre=A&offnum=173423          12/30/03

In The Court of Common Pleas of _____TRUMBULL_____ County

State of Ohio,
    Plaintiff,

    v.

RANDY FELLOWS

    Defendant.

:
:
:
:
:
:
:
:

Notice to Supreme Court of
Ohio of Filing of Indictment
Charging Aggravated Murder
with Specification(s) of
Aggravting Circumstances
[R.C. 2929.021(A)]

CC82-93

Name of defendant:    RANDY FELLOWS
                 21 Neil St.
                 Niles, Ohio 44446

The court in which the case will be heard:

      JUDGE DONALD R. FORD
      COURT ROOM NO. 1

Case number(s):

      82-CR-470 (Counts #1 & #2)

Date on which indictment was filed:

      December 14, 1982

FILED

DEC 17 1982

SUPREME COURT OF OHIO
THOMAS L. STARTZMAN, Clerk

Violet C. Whitman

Clerk of Courts of   Trumbull   Count

Date: December 15, 1982

By _Nancy B. Order_
      Deputy/Clerk
      Criminal Division

Inmate Search Output

Page 1 of

## Ohio Department of Rehabilitation and Correction

## Offender Data



| CHRISTOPHER L FERRELL -A 272486 | |
|---|---|
| **Offense** | ATT AGG BURLARY, AGG BURGLARY, AGG MURDER, AGG BURGLARY, AGG ROBBERY, KIDNAPPING, AGG BURGLARY |
| **Committing County** | TRUMBULL |
| **Date of Admission** (yyyymmdd) | 19930312 |
| **Institution** | MANSFIELD CORRECTIONAL INSTITUTION |
| **Status** | INCARCERATED |
| **Parole or Release Detail** | |

| Sentence Information | | |
|---|---|---|
| **Stated Prison Term** (crimes committed on or after 7/1/96) | | |
| **Definite Sentence** | | -------- |
| **Indefinite Sentence** | Minimum: | 20 Years |
| | Maximum: | Life |
| **Gun Specification, if any** | | 3 Years |
| **Next Parole Hearing Date** | | 20090626 (yyyymmdd) |

The above information may not contain a complete list of sentencing information for each offender.

Any person, agency or entity, public or private, who reuses, publishes or communicates the information available from this server shall be solely liable and responsible for any claim or cause of action based upon or alleging an improper or inaccurate disclosure arising from such reuse, re-publication or communication, including but not limited to actions for defamation and invasion of privacy.

Questions concerning the information contained in these documents should be sent via the U.S. Mail to the appropriate correctional institution, attn: Record Office. Addresses are available at www.drc.state.oh.us/mapserve/inst.htm.



EXHIBIT
24

NATHANIEL JACKSON v. WARDEN
CASE NO. 4:07-cv-0880
SUPP. APPENDIX - Page 4987

ORIGINAL

CC92123

In The Court of Common Pleas of ___TRUMBULL___ County

State of Ohio,
    Plaintiff,

    v.

CHRISTOPHER  L.  FERRELL

    Defendant.

:
:
:
:
:
:
:

Notice to Supreme Court of
Ohio of Filing of Indictment
Charging Aggravated Murder
with Specification(s) of
Aggravting Circumstances
[R.C. 2929.021(A)]

Name of defendant:

CHRISTOPHER  L.  FERRELL

The court in which the case will be heard:

TRUMBULL COUNTY  COMMON  PLEAS  WARREN  OHIO

Case number(s):

92 CR 525

Date on which indictment was filed:

OCTOBER  5  1992

MARGARET  R.  O' BRIEN

Clerk of Courts of TRUMBULL ___ County

Date: OCTOBER  5 1992



FILED

OCT 1 4 1992

MARCIA I. MENGEL, CLERK
SUPREME COURT OF OHIO

Inmate Search Output

Page 1 of

## Ohio Department of Rehabilitation and Correction

## Offender Data



| VAN GENTRY GENTRY FICKES -A 185841 | |
|---|---|
| Offense | MURDER |
| Committing County | TRUMBULL |
| Date of Admission (yyyymmdd) | 19850715 |
| Institution | NORTH CENTRAL CORRECTIONAL INSTITUTION |
| Status | INCARCERATED |
| Parole or Release Detail | |

| Sentence Information | | |
|---|---|---|
| Stated Prison Term (crimes committed on or after 7/1/96) | | |
| Definite Sentence | | -------- |
| Indefinite Sentence | Minimum: | 30 Years |
| | Maximum: | Life |
| Gun Specification, if any | | -------- |
| Next Parole Hearing Date | | 20050808 (yyyymmdd) |

The above information may not contain a complete list of sentencing information for each offender.

Any person, agency or entity, public or private, who reuses, publishes or communicates the information available from this server shall be solely liable and responsible for any claim or cause of action based upon or alleging an improper or inaccurate disclosure arising from such reuse, re-publication or communication, including but not limited to actions for defamation and invasion of privacy.
Questions concerning the information contained in these documents should be sent via the U.S. Mail to the appropriate correctional institution, attn: Record Office. Addresses are available at www.drc.state.oh.us/rnapserve/inst.htm.



EXHIBIT
25

NATHANIEL JACKSON v. WARDEN
CASE NO. 4:07-cv-0880
SUPP. APPENDIX - Page 4989

CC83-127

In The Court of Common Pleas of ___TRUMBULL___ County

State of Ohio,
    Plaintiff,

    v.

**VAN GENTRY FICKES**

    Defendant.

:    Notice to Supreme Court of
:    Ohio of Filing of Indictment
:    Charging Aggravated Murder
:    with Specification(s) of
:    Aggravting Circumstances
:    [R.C. 2929.021(A)]
:

Name of defendant:

    **VAN GENTRY FICKES**

The court in which the case will be heard:

    JUDGE DAVID F. McLAIN
    COURT ROOM NO. 1
    TRUMBULL COUNTY COMMON PLEAS COURT
Case number(s):

    83-CR-367 (Count Nos. 1 & 2)

Date on which indictment was filed:

    **OCTOBER 13, 1983**

FILED
OCT 17 1983
SUPREME COURT OF OHIO
JAMES Wm. KELLY, Clerk

_Violet L. Whitman_
Clerk of Courts of ___TRUMBULL___ Count
Date:    **OCTOBER 14, 1983**

NATHANIEL JACKSON v. WARDEN
CASE NO. 4:07-cv-0880
SUPP. APPENDIX - Page 4990

# CC83127

In The Court of Common Pleas of ___TRUMBULL___ County

| | |
|---|---|
| State of Ohio,<br>    Plaintiff,<br><br>v.<br><br>VAN GENTRY FICKES<br><br>Defendant. | : Notice to Supreme Court of Ohio<br>: of Plea of Guilty or of No<br>: Contest, to, and Notice of<br>: Dismissal of, Indicting Charging<br>: Aggravated Murder with<br>: Specification(s) of Aggravating<br>: Circumstances [R.C. 2929.021(B)] |

Name of defendant: VAN GENTRY FICKES

The court in which the case is being heard:

    TRUMBULL COUNTY COMMON PLEAS COURT

Case number(s):  83 CR 367 and 83 CR 404

Indicate whether plea of guilty or of no contest:
    (If plea entered to only specific count(s), list each count
    and the plea entered for that court)

Sentence imposed:
    (If sentence imposed on specific count(s), list each count
    and the sentence on that count)

Date indictment dismissed:
    (If only specific count(s) of indictment are dismissed, list
    each count and date dismissed)
    5-4-85 SPECIFICATIONS OF AGGRAVATING CIRCUMSTANCES DISMISSED.
    SEE ATTACHED JOURNAL ENTRY.

FILED CO.

JUN 1 3 1985

SUPREME COURT OF OHIO

Violet L. Whitman

Clerk of Courts of _Trumbull_ County

Date:

NATHANIEL JACKSON v. WARDEN
CASE NO. 4:07-cv-0880
SUPP. APPENDIX - Page 4991

IN THE COURT OF COMMON PLEAS
TRUMBULL COUNTY, OHIO

STATE OF OHIO,                    )
                                  )
         Plaintiff                )        CASE NOS. 83-CR-367 &
                                  )                  83-CR-404
    -vs-                          )
                                  )
VAN GENTRY FICKES,                )          JOURNAL ENTRY
                                  )       (Dismissal of Aggravating
         Defendant                )            Circumstances)

    Upon Motion of the Prosecuting Attorney, the Court hereby
ORDERS that the specifications of aggravating circumstances be
dismissed.

                        _____
                        HONORABLE DAVID F. McLAIN
                        Judge of the Court of Common Pleas
                        Trumbull County, Ohio

DATED:    5-4-    , 1985.

VOL 662 PG 555

NATHANIEL JACKSON v. WARDEN
CASE NO. 4:07-cv-0880
SUPP. APPENDIX - Page 4992

## COURT OF COMMON PLEAS

County of Trumbull, State of Ohio

No. 83 CR 367 and
83 CR 404

STATE OF OHIO

**AGAINST**

VAN GENTRY FICKES

## CERTIFIED COPY

I, VIOLET CAMPANA WHITMAN, Clerk of the Court of Common Pleas, hereby certify that the within is a true copy of the original

JOURNAL ENTRY (DISMISSAL OF

AGGRAVATING CIRCUMSTANCES)

FILED _____ JUNE 5 _____ 19 85

in the above entitled case.

**VIOLET CAMPANA WHITMAN, Clerk**

By Violet C. Whitman Deputy

Certified _____ JUNE 7 _____ 19 85

Inmate Search Output

## Ohio Department of Rehabilitation and Correction

## Offender Data



| GEORGE FOSTER -A 386253 | |
|---|---|
| **Offense** | KIDNAPPING, RAPE, AGG MURDER |
| **Committing County** | TRUMBULL |
| **Date of Admission** (yyyymmdd) | 20000223 |
| **Institution** | SOUTHERN OHIO CORRECTIONAL FACILITY |
| **Status** | INCARCERATED |
| **Parole or Release Detail** | |

| Sentence Information | | |
|---|---|---|
| **Stated Prison Term** (crimes committed on or after 7/1/96) | | |
| **Definite Sentence** | | --------- |
| **Indefinite Sentence** | Minimum: | Life |
| | Maximum: | Life |
| **Gun Specification, if any** | | --------- |
| **Next Parole Hearing Date** | | -------- |

The above information may not contain a complete list of sentencing information for each offender.

Any person, agency or entity, public or private, who reuses, publishes or communicates the information available from this server shall be solely liable and responsible for any claim or cause of action based upon or alleging an improper or inaccurate disclosure arising from such reuse, re-publication or communication, including but not limited to actions for defamation and invasion of privacy.
Questions concerning the information contained in these documents should be sent via the U.S. Mail to the appropriate correctional institution, attn: Record Office. Addresses are available at www.drc.state.oh.us/mapserve/inst.htm.



EXHIBIT
26

NATHANIEL JACKSON v. WARDEN
CASE NO. 4:07-cv-0880
SUPP. APPENDIX - Page 4994

CC99C27                    ORIGINAL

In The Court of Common Pleas of *Trumbull* County

State of Ohio,
    Plaintiff,

      v.

*George Foster*
    Defendant.

:
:
:
:
:
:
:
:

Notice to Supreme Court of
Ohio of Filing of Indictment
Charging Aggravated Murder
with Specification(s) of
Aggravting Circumstances
[ R.C. 2929.021(A)]

Name of defendant: *George Foster*

The court in which the case will be heard:
*Common Pleas Court*
*Trumbull County  Warren Ohio*
Case number(s):
    *99 CR 354*

Date on which indictment was filed: *May 24, 1999*

*Margaret R OBrien*
Clerk of Courts of *Trumbull* County
Date: *5-24-99*

**FILED**

MAY 28 1999

MARCIA J. MENGEL, CLERK
SUPREME COURT OF OHIO

ORIGINAL

IN THE COURT OF COMMON PLEAS
OF _Trumbull_ COUNTY, OHIO

State of Ohio,

Plaintiff,

Case No(s). _99 CR 354_

v.

_George Foster_

Defendant

Notice to Supreme Court of Filing of
Indictment Charging Aggravated
Murder with Specification(s) of
Aggravating Circumstances.
R.C. 2929.021(A).

Court in which case will be heard: _Trumbull County Common Pleas Judge W. Wyatt McKay_

Date indictment filed: _August 31, 1999_
_Superceding Indictment_

Clerk of Courts for _Trumbull_ County

_Margaret O'Brien_            _9-1-99_
Signature                                Date

MARGARET R. O'BRIEN
Name

FILED

SEP 07 1999

MARCIA J. MENGEL, CLERK
SUPREME COURT OF OHIO

O.S.C. DOC#8869 REVISED 05/95

IN THE COURT OF COMMON PLEAS
TRUMBULL COUNTY, OHIO

STATE OF OHIO                    )   CASE NO. 99-CR-354
                                 )   (Superceding Indictment)
        Plaintiff                )
                                 )
-vs-                             )   JUDGE W. WYATT McKAY
                                 )
GEORGE FOSTER,                   )   JUDGMENT ENTRY:
                                 )   STATE ORDERED TO PROCEED ON
        Defendant                )   SUPERCEDING INDICTMENT
                                 )

        The Court having before it State's Motion to Proceed on
Superceding Indictment; and having found that Defendant was
duly served with same, and in open Court after hearing
arguments from both parties, if any, find the State's Motion
and Election to proceed on the SUPERCEDING INDICTMENT well
taken, and;

        WHEREFORE, it is HEREBY ORDERED that the original
indictment against George Foster be dismissed; and that all
prior, pending, and future papers, filings, and proceedings
against Defendant George Foster be filed in 99-CR-354 titled
SUPERCEDING INDICTMENT.

        IT IS FURTHER ORDERED that the Clerk of Court cause notice
of the Superceding Indictment to be filed timely with the Ohio
Supreme Court as required in Ohio Revised Code Section
2929.02.1.

_____          _____
9/1/99                               W. Wyatt M. Kay
Date                                 HONORABLE W. WYATT McKAY
                                     Judge, Court of Common Pleas
                                     Trumbull County, Ohio

cc: Dennis Watkins
    James Lewis

FILED

SEP 07 1999

MARCIA J. MENGEL, CLERK
SUPREME COURT OF OHIO

NATHANIEL JACKSON v. WARDEN
CASE NO. 4:07-cv-0880
SUPP. APPENDIX - Page 4997



RECEIVED

FEB 28 2000

MARCIA J. MENGEL, CLERK
SUPREME COURT OF OHIO

**IN THE COURT OF COMMON PLEAS
TRUMBULL COUNTY, OHIO**

CC99-037

STATE OF OHIO,

Plaintiff

-vs-

GEORGE FOSTER,

Defendant

FILED

FEB 28 2000

MARCIA J. MENGEL, CLERK
SUPREME COURT OF OHIO

)
)
)
)
)
)
)
)
)
)

CASE NO. 99-CR-354

JUDGE W. WYATT McKAY

SENTENCE TO THE LORAIN
CORRECTIONAL INSTITUTION

ENTRY ON SENTENCE

The Defendant herein having been indicted by the May Eighth, 1999, term of the Grand

Jury of Trumbull County, Ohio, for Count 1: Aggravated Murder of Bridget Wetzl with five (5)

separate Specifications of Aggravating Circumstances (ORC 2903.01(C), 2929.04(A)(7)(9), &

2941.14(B)(C); Count 2: Aggravated Murder of Bridget Wetzl with five (5) separate

Specifications of Aggravating Circumstances (ORC 2903.01(B), 2929.04(A)(7)(9), &

2941.14(B)(C); Count 3: Kidnapping (F1) (ORC 2905.01(A)(4); and Counts 4, 5, & 6: Rape

(F1/LIFE) (ORC 2907.02(A)(1)(b) & 2907.02(B) and on the 18th day of January, 2000, having

been brought into Court for trial before a petit jury and being represented by counsel, Attorney

Anthony Consoldane and Attorney James Lewis, and the jury having been empaneled, and after

deliberation on February 10, 2000, was found guilty of Count 1: Aggravated Murder (O.R.C.

2903.01(C) and 2941.14(B)(C)) of Bridget Wetzl with five (5) separate Specifications of

Aggravating Circumstances, to wit: Specification No. 1: O.R.C. 2929.04(A)(7), Specification No.

2: O.R.C. 2929.04(A)(7), Specification No. 3: O.R.C. 2929.04(A)(7), Specification No. 4: O.R.C.

2929.04(A)(7), and Specification No. 5: O.R.C. 2929.04 (A)(9); Count 2: Aggravated Murder

(O.R.C. 2903.01(B) and 2941.14(B)(C)) of Bridget Wetzl with five (5) separate Specifications

0914 489

NATHANIEL JACKSON v. WARDEN
CASE NO. 4:07-cv-0880
SUPP. APPENDIX - Page 4998

of Aggravating Circumstances, to wit: Specification No. 1: O.R.C. 2929.04(A)(7), Specification

No. 2: O.R.C. 2929.04(A)(7), Specification No. 3: O.R.C. 2929.04(A)(7), Specification No. 4:

O.R.C. 2929.04(A)(7), and Specification No. 5: O.R.C. 2929.04 (A)(9); Count 3: Kidnapping

(F1) (O.R.C. 2905.01(A)(4)); and Counts 4, 5, & 6: Rape (F1/LIFE) (O.R.C. 2907.02(A)(1)(b)

& 2907.02(B)). Thereafter, Count 1 was removed from the jury pursuant to a Motion to Dismiss

by the State.

On February 14, 2000, the Defendant having been brought into Court to give evidence in

mitigation on Count 2 of the indictment, and after arguments of counsel and instructions of law,

and after due deliberation, it was the finding and recommendation of the jury on February 15,

2000, that one sentence of life imprisonment without parole be imposed on the Defendant.

On February 17, 2000 the defendant's sentencing hearing was held pursuant to Ohio

Revised Code Section 2929.19. Defense Attorney Anthony Consoldane and Attorney James

Lewis, Prosecuting Attorney Dennis Watkins, Assistant Prosecutor Thomas C. Wrenn and

Assistant Prosecutor Diane L. Barber were present, as was Defendant who was afforded all rights

pursuant to Criminal Rule 32. The Court has considered the record, oral statements, any victim

impact statements, as well as the principles and purposes of sentencing under Ohio Revised Code

section 2929.11, and has balanced the seriousness and recidivism factors under Ohio Revised

Code section 2929.12.

The Court finds that the Defendant has been convicted of Count 2: Aggravated Murder

(O.R.C. 2903.01(B) and 2941.14(B)(C)) with five (5) separate Specifications of Aggravating

Circumstances, to wit: Specification No. 1: O.R.C. 2929.04(A)(7), Specification No. 2: O.R.C.

2929.04(A)(7), Specification No. 3: O.R.C. 2929.04(A)(7), Specification No. 4: O.R.C.

2929.04(A)(7), and Specification No. 5: O.R.C. 2929.04 (A)(9) ; Count 3: Kidnapping (F1) (ORC

0914 500

2905.01(A)(4); and Counts 4, 5, & 6: Rape (F1/LIFE) (ORC 2907.02(A)(1)(b)) & 2907.02(B), subject to a presumption in favor of prison under division (D) of section 2929.13 of the Ohio Revised Code.

The Court finds that consecutive terms are necessary to protect the public or adequately punish the offender, and that consecutive terms are not disproportionate to the seriousness of the offender's conduct and the public danger posed by the defendant. The harm to the victim was so great that a single term does not adequately reflect the seriousness of the conduct of the defendant.

It is therefore ORDERED, ADJUDGED, and DECREED that the defendant serve a stated prison term of ten (10) years on Count 3; Life sentence on Count 4 to run consecutively to the sentence imposed in Count 3; Life sentence on Count 5 to run consecutively to the sentences imposed in Counts 3 & 4; Life sentence on Count 6 to run consecutively to the sentences imposed in Counts 3, 4 & 5; and Life without parole on Count 2 to run consecutively to the sentences imposed in Counts 3, 4, 5 & 6, and pay the cost of prosecution taxed in the amount of $_____ for which execution is awarded. Further the State and the Defendant stipulate that the defendant shall be classified as a sexually oriented offender and the Court hereby orders that the Defendant shall be classified as a sexually oriented offender.

It is therefore ordered that the Superintendent of the LORAIN CORRECTIONAL INSTITUTION shall take note that the Defendant herein has been incarcerated in the Trumbull County Jail pursuant to this charge from May 16, 1999 to date.

_2/18/00_ —      0914   501   _W. Wyatt McKay_
DATED                                HONORABLE W. WYATT McKAY
                                     JUDGE, COURT OF COMMON PLEAS
                                     TRUMBULL COUNTY, OHIO

NATHANIEL JACKSON v. WARDEN
CASE NO. 4:07-cv-0880
SUPP. APPENDIX - Page 5000

## Ohio Department of Rehabilitation and Correction

## Offender Data

### GENTRY WILLIAM FREEMAN -A 460851

| | |
|---|---|
| **Offense** | **VOL MANSLAUGHTER, KIDNAPPING** |
| **Committing County** | **TRUMBULL** |
| **Date of Admission** (yyyymmdd) | **20040106** |
| **Institution** | **TRUMBULL CORRECTIONAL INSTITUTION** |
| **Status** | **INCARCERATED** |
| **Parole or Release Detail** | |

### Sentence Information

| | | |
|---|---|---|
| **Stated Prison Term** (crimes committed on or after 7/1/96) | | **16 Years** |
| **Definite Sentence** | | -------- |
| **Indefinite Sentence** | **Minimum:** | -------- |
| | **Maximum:** | -------- |
| **Gun Specification, if any** | | -------- |
| **Next Parole Hearing Date** | | -------- |

The above information may not contain a complete list of sentencing information for each offender.

Any person, agency or entity, public or private, who reuses, publishes or communicates the information available from this server shall be solely liable and responsible for any claim or cause of action based upon or alleging an improper or inaccurate disclosure arising from such reuse, re-publication or communication, including but not limited to actions for defamation and invasion of privacy.
Questions concerning the information contained in these documents should be sent via the U.S. Mail to the appropriate correctional institution, attn: Record Office. Addresses are available at www.drc.state.oh.us/mapserve/inst.htm.

**EXHIBIT**
**27**

NATHANIEL JACKSON v. WARDEN
CASE NO. 4:07-cv-0880
SUPP. APPENDIX - Page 5001

ORIGINAL

In the Court of Common Please of Trumbull County

CC02054

State of Ohio,
          Plaintiff,          :
                              :          Notice to Supreme Court of
          v.                  :          Ohio of Filing of Indictment
                              :          Charging Aggravated Murder
GENTRY FREEMAN                :          with Specification(s) of
          Defendant.          :          Aggravating Circumstances
                              :          [R.C. 2929.021(A)]

Name of defendant:          **GENTRY FREEMAN**

The court in which the case will be heard:

          **JUDGE ANDREW D LOGAN**

Case number(s):          **2002CR282**

Date on which indictment was filed:

          **MAY 8 2002**

Margaret R O'Brien
Clerk of Courts of Trumbull County

FILED

MAY 1 7 2002

MARCIA J. MENGEL, CLERK
SUPREME COURT OF OHIO

Date:  May 13, 2002

Inmate Search Output

Page 1 of

## Ohio Department of Rehabilitation and Correction

## Offender Data



| DAVID D GOTHAY -A 376861 | |
|---|---|
| Offense | AGG MURDER |
| Committing County | TRUMBULL |
| Date of Admission (yyyymmdd) | 19990805 |
| Institution | TRUMBULL CORRECTIONAL INSTITUTION |
| Status | INCARCERATED |
| Parole or Release Detail | |

| Sentence Information | | |
|---|---|---|
| Stated Prison Term (crimes committed on or after 7/1/96) | | |
| Definite Sentence | | -------- |
| Indefinite Sentence | Minimum: | 20 Years |
| | Maximum: | Life |
| Gun Specification, if any | | -------- |
| Next Parole Hearing Date | | 20130627 (yyyymmdd) |

The above information may not contain a complete list of sentencing information for each offender.

Any person, agency or entity, public or private, who reuses, publishes or communicates the information available from this server shall be solely liable and responsible for any claim or cause of action based upon or alleging an improper or inaccurate disclosure arising from such reuse, re-publication or communication, including but not limited to actions for defamation and invasion of privacy.

Questions concerning the information contained in these documents should be sent via the U.S. Mail to the appropriate correctional institution, attn: Record Office. Addresses are available at www.drc.state.oh.us/mapserve/inst.htm.



EXHIBIT
28

http://www.drc.state.oh.us/ofdoss/inmate/InmateSearch2.afm?offumname=A&offumn=376861

ORIGINAL

IN THE COURT OF COMMON PLEAS CC99035
OF _Trumbull_ COUNTY, OHIO

State of Ohio,
    Plaintiff,

Case No(s). _99 CR 439_

v.

_David D. Hotley_
    Defendant.

Notice to Supreme Court of Filing of
Indictment Charging Aggravated
Murder with Specification(s) of
Aggravating Circumstances.
R.C. 2929.021(A).

Court in which case will be heard: _Trumbull County_
_Common Pleas Court_
_Judge W. Wyatt McKay_

Date indictment filed: _July 8, 1999_

Clerk of Courts for _Trumbull_ County
_Margaret R OBrien_    _7-9-99_
Signature                        Date

Name

FILED

JUL 15 1999

MARCIA J. MENGEL, CLERK
SUPREME COURT OF OHIO REVISED 05/95

NATHANIEL JACKSON v. WARDEN
CASE NO. 4:07-cv-0880
SUPP. APPENDIX - Page 5004

CC99-035

TO:     **SUPREME COURT OF OHIO**

\* \* \* \* \* \* \* \* \* \* \* \* \* \*

### COURT NOTICE OF FILING

TRUMBULL CO., Warren, Ohio, 7/21/99

Case No. 99 CR 00439

In Case of:

**STATE OF OHIO**
Plaintiff

VS.

**DAVID GOTHAY**
Defendant

FILED

JUL 29 1999

MARCIA J. MENGEL, CLERK
SUPREME COURT OF OHIO

This is to notify that the Court of Common Pleas has this
made the following entry in the above entitled case.

DEFENDANT SENTENCED FOR THE INDETERMINATE PERIOD OF LIFE
SEE JE

**MARGARET R. O'BRIEN**
Clerk of Courts

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

IN THE COURT OF COMMON PLEAS
TRUMBULL COUNTY, OHIO

STATE OF OHIO,                      )        CASE NO. 99-CR-439
                                    )
        Plaintiff                   )        JUDGE W. WYATT McKAY
                                    )
-vs-                                )        SENTENCED TO LORAIN
                                    )        CORRECTIONAL INSTITUTION
DAVID D. GOTHAY,                    )
                                    )        ENTRY ON SENTENCE
        Defendant                   )

        The Defendant herein having been indicted by the May Fifth,
1999, Term of the Grand Jury of Trumbull County, Ohio for Count
1: Aggravated Murder With Specification of Aggravating
Circumstance (ORC 2903.01(B), 2929.04(A)(7), & 2941.14(B)(C), and
Count 2: Aggravated Robbery (F1) (ORC 2911.01(A)(3), and on the
20th day of July, 1999, having been brought into Court, and being
fully advised in the premises and being represented by counsel.
Atty. James Lewis, and on said date entered a plea of guilty to
amended indictment, Count 1: Aggravated Murder Without
Specification of Aggravating Circumstance, with the approval of
the Prosecuting Attorney's Office, Count 2 of the indictment
having been dismissed, and said plea being accepted by the Court,
and probation report having been waived.

        This day, July 20, 1999, the Court made inquiry as to
whether this Defendant had anything to say why judgement should

VOL 0900 PAGE 998

not be pronounced against him, and the Defendant in answer showed no good cause or sufficient reason why sentence should not be pronounced.

It is therefore ORDERED, ADJUDGED, and DECREED that the Defendant, DAVID D. GOTHAY, be taken to the Trumbull County Jail and from thence to the Lorain Correctional Institution at Grafton, Ohio, and imprisoned therein for the indeterminate period of Life, as provided by law, and that he pay the cost of prosecution taxed in the amount of $_____ for which execution is awarded.

It is further ORDERED that the Superintendent of the LORAIN. CORRECTIONAL INSTITUTION shall take note that the Defendant herein has been incarcerated in the Trumbull County Jail pursuant to these charges from July 1, 1999 to date.


_____7/21/99_____
DATED

_____
HONORABLE W. WYATT McKAY
Judge, Court of Common Pleas
Trumbull County, Ohio

You are hereby notified that you have been convicted of a felony of violence and pursuant to Section 2923.13 of the Ohio Revised Code you are prohibited from acquiring, having, carrying, or using any firearm or dangerous ordnance.

VOL 0900 PAGE 999

TO THE CLERK OF COURTS: YOU ARE ORDERED TO SER\
COPIES OF THIS JUDGEMENT ON ALL COUNSEL OF RE\.
OR UPON THE PARTIES WHO ARE UNREPRESENTED FOR\:
BY ORDINARY MAIL

7-27-99 Copies to James Lewis
3 Pros

NATHANIEL JACKSON v. WARDEN
CASE NO. 4:07-cv-0880
SUPP. APPENDIX - Page 5007

## Ohio Department of Rehabilitation and Correction

## Offender Data



| ROYDEN M HUFFMAN -A 397357 | |
|---|---|
| **Offense** | MURDER |
| **Committing County** | TRUMBULL |
| **Date of Admission** (yyyymmdd) | 20001116 |
| **Institution** | MANSFIELD CORRECTIONAL INSTITUTION |
| **Status** | INCARCERATED |
| **Parole or Release Detail** | |

### Sentence Information

| Stated Prison Term (crimes committed on or after 7/1/96) | | |
|---|---|---|
| **Definite Sentence** | | -------- |
| **Indefinite Sentence** | Minimum: | 15 Years |
| | Maximum: | Life |
| **Gun Specification, if any** | | -------- |
| **Next Parole Hearing Date** | | 20150609 (yyyymmdd) |

The above information may not contain a complete list of sentencing information for each offender.

Any person, agency or entity, public or private, who reuses, publishes or communicates the information available from this server shall be solely liable and responsible for any claim or cause of action based upon or alleging an improper or inaccurate disclosure arising from such reuse, re-publication or communication, including but not limited to actions for defamation and invasion of privacy.
Questions concerning the information contained in these documents should be sent via the U.S. Mail to the appropriate correctional institution, attn: Record Office. Addresses are available at www.drc.state.oh.us/mapserve/inst.htm.



EXHIBIT
29

NATHANIEL JACKSON v. WARDEN
CASE NO. 4:07-cv-0880
SUPP. APPENDIX - Page 5008

CC000045

In the Court of Common Please of Trumbull County

State of Ohio,
    Plaintiff,

    v.

ROYDEN M HUFFMAN
    Defendant.

                Notice to Supreme Court of
                Ohio of Filing of Indictment
                Charging Aggravated Murder
                with Specification(s) of
                Aggravating Circumstances
                [R.C. 2929.021(A)]

Name of defendant:    **ROYDEN M HUFFMAN**

The court in which the case will be heard:

        **JUDGE PETER J. KONTOS**

Case number(s):    **2000CR371**

Date on which indictment was filed:

        **JUNE 26 2000**

Margaret R OBrien
Clerk of Courts of Trumbull County

Date:  June 27, 2000

FILED

JUL 03 2000

MARCIA J. MENGEL, CLERK
SUPREME COURT OF OHIO

Inmate Search Output

## Ohio Department of Rehabilitation and Correction

## Offender Data



| BERNIE E LEE -A 313878 | |
|---|---|
| **Offense** | AGG BURGLARY, AGG MURDER |
| **Committing County** | TRUMBULL |
| **Date of Admission** (yyyymmdd) | 19951130 |
| **Institution** | MANSFIELD CORRECTIONAL INSTITUTION |
| **Status** | INCARCERATED |
| **Parole or Release Detail** | |

### Sentence Information

| **Stated Prison Term** (crimes committed on or after 7/1/96) | | |
|---|---|---|
| **Definite Sentence** | | -------- |
| **Indefinite Sentence** | Minimum: | 5 Years |
| | Maximum: | Life |
| **Gun Specification, if any** | | -------- |
| **Next Parole Hearing Date** | | 20280531 (yyyymmdd) |

The above information may not contain a complete list of sentencing information for each offender.

Any person, agency or entity, public or private, who reuses, publishes or communicates the information available from this server shall be solely liable and responsible for any claim or cause of action based upon or alleging an improper or inaccurate disclosure arising from such reuse, re-publication or communication, including but not limited to actions for defamation and invasion of privacy.
Questions concerning the information contained in these documents should be sent via the U.S. Mail to the appropriate correctional institution, attn: Record Office. Addresses are available at www.drc.state.oh.us/mapserve/inst.htm.



EXHIBIT
30

http://www.drc.state.oh.us/cfdocs/inmate/InmateSearch2.cfm?offnumpre=A&offnum=313878    3/28/04

NATHANIEL JACKSON v. WARDEN
CASE NO. 4:07-cv-0880
SUPP. APPENDIX - Page 5010

Inmate Search Output

Page 1 of

Ohio Department of Rehabilitation and Correction

**Offender Data**



| ERIC LEE PORTERFIELD -A 420502 | |
|---|---|
| **Offense** | KIDNAPPING, AGG BURGLARY, AGG ROBBERY, ATT AGG MURDER, AGG MURDER |
| **Committing County** | TRUMBULL |
| **Date of Admission** (yyyymmdd) | 20011030 |
| **Institution** | SOUTHERN OHIO CORRECTIONAL FACILITY |
| **Status** | INCARCERATED |
| **Parole or Release Detail** | |

| Sentence Information | | |
|---|---|---|
| **Stated Prison Term** (crimes committed on or after 7/1/96) | | 10 Years |
| **Definite Sentence** | | -------- |
| **Indefinite Sentence** | Minimum: | 40 Years |
| | Maximum: | Life |
| **Gun Specification, if any** | | 3 Years |
| **Next Parole Hearing Date** | | 20530610 (yyyymmdd) |

The above information may not contain a complete list of sentencing information for each offender.

Any person, agency or entity, public or private, who reuses, publishes or communicates the information available from this server shall be solely liable and responsible for any claim or cause of action based upon or alleging an improper or inaccurate disclosure arising from such reuse, re-publication or communication, including but not limited to actions for defamation and invasion of privacy.

Questions concerning the information contained in these documents should be sent via the U.S. Mail to the appropriate correctional institution, attn: Record Office. Addresses are available at www.drc.state.oh.us/mapserve/inst.htm.



EXHIBIT
31

NATHANIEL JACKSON v. WARDEN
CASE NO. 4:07-cv-0880
SUPP. APPENDIX - Page 5011

# THE SUPREME COURT OF OHIO

In the Common Pleas Court of ____Trumbull_____ County

## Disposition of a Capital Case by the Trial Court

This form is used pursuant to Rule 20 of the Rules of Superintendence for the Courts of Ohio to report the disposition of a capital case. **Return this form within two weeks of disposition to: Nan Cairney, Supreme Court of Ohio, 30 E. Broad Street, Third Floor, Columbus, OH 43266-0419.**

Defendant's Name: ___Eric Lee Porterfield_____ Case No. ___2000-CR-402___

Lead Trial Counsel: ___Lawrence R. Smith_____ Trial Co-Counsel ___Thomas L. Adgate___

Outcome of the Proceedings in this Court:

_____ Found not guilty

_____ Pleaded guilty

__X__ Pleaded guilty to lesser offense: _See attached "Finding on Guilty Plea to Amended Indictment

_____ Found guilty of aggravated murder & specification by jury

_____ Found guilty of lesser offense by jury:_____

_____ Found guilty of aggravated murder & specification by three judge panel

_____ Found guilty of lesser offense by three judge panel:_____

_____ Other:_____

Sentence:___See attached "Entry on Sentence"_____

**Complete the following ONLY if the defendant was sentenced to death. Attach a copy of the sentencing entry.**

This court has appointed the following two counsel to represent defendant on appeal:

Name:_____          Name:_____
Atty. Reg. No._____          Atty.Reg. No._____
Address:_____          Address:_____

Telephone:_____          Telephone:_____

Certified under Sup.R. 20 as:       Certified under Sup.R. 20 as:
Lead Counsel_____                Lead Counsel_____
Co-Counsel _____                 Co-Counsel _____
Appellate Counsel_____            Appellate Counsel _____

Judge:_____          Date of Appointment:_____

## ATTORNEY CERTIFICATION

We hereby accept appointment as appellate counsel in this case, affirm that we are currently certified under Sup.R. 20 to accept appointment as appellate counsel, and certify that this appointment will not create a total workload so excessive that it interferes with or prevents the rendering of quality representation in accordance with constitutional and professional standards.

_____          _____          _____          _____
Appellate Counsel             Date              Appellate Counsel             Date
Rev. 7/1/97

HARRIET R. CURRIEN
CLERK OF COURTS
COUNTY

IN THE COURT OF COMMON PLEAS
Oct 26  3 28 PH '01  TRUMBULL COUNTY, OHIO

FILED
RECORDED
VOL ___ PAGE ___

STATE OF OHIO  )   CASE NO. 00-CR-402
  )
Plaintiff  )   JUDGE W. WYATT McKAY
  )
-vs-  )
  )   FINDING ON GUILTY PLEA
ERIC LEE PORTERFIELD,  )   TO AMENDED INDICTMENT
  )
  Defendant  )

After being fully informed by my counsel and the Court of the charge against me, I am

making a plea voluntarily with the understanding of the nature of the charge and the

consequences, including the penalty of the plea, which can be from:

**COUNTS 1 & 2:** Life imprisonment and up to $25,000.00 on each count and 3 years on each firearm specification to be served prior to and consecutive to the sentence on the principal offense on each count.

**COUNTS 3, 4, 5, 6, & 7:** 3, 4, 5, 6, 7, 8, 9, or 10 years and up to $20,000.00 fine and 3 years on the firearm specification to be served prior to and consecutive to the sentence on the principal offense on each count.

Said prison term **is presumed necessary** as to all counts and firearm specifications, and

**is mandatory** as to all counts and firearm specifications.

Court costs, restitution and other financial sanctions including day fine, standard fine,

reimbursement for the cost of community sanctions may be imposed.

If you are now on felony probation or parole, this plea may result in revocation

proceedings and any new sentence could be imposed consecutively.

1

NATHANIEL JACKSON v. WARDEN
CASE NO. 4:07-cv-0880
SUPP. APPENDIX - Page 5013

In addition, a period of control or supervision by the Adult Parole Authority, after release from prison, is **mandatory** in this case. A violation of any post-release control rule or condition can result in a more restrictive sanction while released, an increased duration of supervision or control, up to the maximum set out above and /or re-imprisonment even though you have served in entire stated prison sentence imposed upon you by this Court for all offenses set out above. Re-imprisonment can be imposed in segments of up to 9 months but cannot exceed a maximum of ½ of the total term imposed for all of the offenses set out above. If you commit another felony while subject to this period of control or supervision you may be subject to an additional prison term consisting of the maximum period of unserved time remaining on the post-release control as set out above or 12 months whichever is greater. This prison term must be served consecutively to any term imposed for the new felony you are convicted of committing. If this Court is not required by law to impose a prison sanction, it may impose a community control sanction or non-prison sanction upon you. If you violate the rules or conditions of such a community control sanction, the Court may extend the time for which you are subject to this sanction up to a maximum of 5 years, impose a more restrictive sanction, or imprison you for up to the maximum term allowed for the offense/offenses as set out above.

I understand that the Court upon acceptance of a plea of guilty may proceed with judgment and sentencing. I understand I have the right to a jury trial. I understand I have the right to confront and cross-examine the witnesses against me, and the right to have compulsory process for obtaining witnesses in my favor and to require the State to prove my guilt beyond a reasonable doubt at a trial at which I cannot be compelled to testify against myself. Upon

2

conviction, I would have the further right of Appeal. However, I waive all those rights,

including right to a trial by jury. I withdraw my former plea of "not guilty" and enter a plea of

"guilty" to the amended indictment charging me with the crime of:

**COUNTS 1 & 2:  AGGRAVATED MURDER WITH FIREARM SPECIFICATION**
**(ORC 2903.01(B) & 2941.145)**

**COUNT 3:  ATTEMPTED AGGRAVATED MURDER WITH FIREARM**
**SPECIFICATION (F1) (ORC 2923.02, 2903.01(B) & 2941.145)**

**COUNTS 4 & 5:  KIDNAPPING (F1) WITH FIREARM SPECIFICATION**
**(ORC 2905.01(A)(2) & 2941.145)**

**COUNT 6:  AGGRAVATED BURGLARY (F1) WITH FIREARM SPECIFICATION**
**(ORC 2911.11(A)(1) and/or (2)  & 2941.145)**

**COUNT 7:  AGGRAVATED ROBBERY (F1) WITH FIREARM SPECIFICATION**
**(ORC 2911.01(A)(1) and/or (3)  & 2941.145)**

Furthermore, I am entering the plea of guilty after being fully informed by my counsel and by

the  Court of the elements of the charge. Those elements are:

**COUNT 1:  The Defendant did in Trumbull County, Ohio, purposely cause the death of**
**Garry D. Bell, age 40, while committing or attempting to commit, or while fleeing**
**immediately after committing or attempting to commit Kidnapping, and/or Aggravated**
**Robbery, and/or Aggravated Burglary,**

**FIREARM SPECIFICATION AS TO COUNT ONE :  Pursuant to Ohio Revised Code**
**Section 2941.145, the said Eric Lee Porterfield did, at the time of his commission of the**
**offense of Aggravated Murder, have a firearm on or about his person or under his**
**control, and displayed the firearm, brandished the firearm, indicated that he possessed**
**the firearm, or used it to facilitate  the offense, and said firearm being defined in Section**
**2923.11 of the Ohio Revised Code.**

3

COUNT 2: The Defendant did in Trumbull County, Ohio, purposely cause the death of Charles Mathey III, age 40, while committing or attempting to commit, or while fleeing immediately after committing or attempting to commit Kidnapping, and/or Aggravated Robbery, and/or Aggravated Burglary,

FIREARM SPECIFICATION AS TO COUNT TWO: Pursuant to Ohio Revised Code Section 2941.145, the said Eric Lee Porterfield did, at the time of his commission of the offense of Aggravated Murder, have a firearm on or about his person or under his control, and displayed the firearm, brandished the firearm, indicated that he possessed the firearm, or used it to facilitate the offense, and said firearm being defined in Section 2923.11 of the Ohio Revised Code.

COUNT 3: The Defendant did in Trumbull County, Ohio, purposely engage in conduct that, if successful, would have resulted in the offense of Aggravated Murder, in violation of Ohio Revised Code Section 2903.01(B), to wit: did purposely cause the death of Dave Harper, age 38, while committing or attempt to commit, or while fleeing immediately after committed or attempting to commit Kidnapping, and/or Aggravated Robbery, and/or Aggravated Burglary.

FIREARM SPECIFICATION AS TO COUNT THREE: Pursuant to Ohio Revised Code Section 2941.145, the said Eric Lee Porterfield did, at the time of his commission of the offense of Attempted Aggravated Murder, have a firearm on or about his person or under his control, and displayed the firearm, brandished the firearm, indicated that he possessed the firearm, or used it to facilitate the offense, and said firearm being defined in Section 2923.11 of the Ohio Revised Code.

COUNT 4: The Defendant did in Trumbull County, Ohio, by force, threat, or deception, remove Karen Mathey from the place where she was found, or did restrain the liberty of said Karen Mathey to facilitate the commission of any felony or fight thereafter,

4

FIREARM SPECIFICATION AS TO COUNT FOUR:  Pursuant to Ohio Revised Code Section 2941.145, the said Eric Lee Porterfield did, at the time of his commission of the offense of Kidnapping, have a firearm on or about his person or under his control, and displayed the firearm, brandished the firearm, indicated that he possessed the firearm, or used it to facilitate the offense, and said firearm being defined in Section 2923.11 of the Ohio Revised Code.

COUNT 5:  The Defendant did in Trumbull County, Ohio, by force, threat, or deception, remove Dave Harper from the place where he was found, or did restrain the liberty of said Dave Harper to facilitate the commission of any felony or fight thereafter,

FIREARM SPECIFICATION AS TO COUNT FIVE:  Pursuant to Ohio Revised Code Section 2941.145, the said Eric Lee Porterfield did, at the time of his commission of the offense of Kidnapping, have a firearm on or about his person or under his control, and displayed the firearm, brandished the firearm, indicated that he possessed the firearm, or used it to facilitate the offense, and said firearm being defined in Section 2923.11 of the Ohio Revised Code.

COUNT 6:  The Defendant did in Trumbull County, Ohio, by force, stealth, or deception, trespass in an occupied structure, to wit:  4520 Prospect Street, Newton Township, Ohio, when another person other than an accomplice of the offender was present, with purpose to commit in the structure, any criminal offense, and Eric Lee Porterfield did inflict, or attempted or threatened to inflict physical harm on other, and/or Eric Lee Porterfield had a deadly weapon on or about his person or under his control, to wit:  a firearm.

FIREARM SPECIFICATION AS TO COUNT SIX:  Pursuant to Ohio Revised Code Section 2941.145, the said Eric Lee Porterfield did, at the time of his commission of the offense of Aggravated Burglary, have a firearm on or about his person or under his control, and displayed the firearm, brandished the firearm, indicated that he possessed the firearm, or used it to facilitate the offense, and said firearm being defined in Section 2923.11 of the Ohio Revised Code.

5

<u>COUNT 7</u>:   The Defendant did in Trumbull County, Ohio, while attempting or
committing a theft offense, as defined in Section 2913.01 of the Ohio Revised Code, or in
fleeing immediately after the attempt or offense, have a deadly weapon on or about his
person or under his control, and either displayed the weapon, brandished it, indicated
that he possessed it, or used it, and/or inflict, or attempted to inflict serious physical harm
on others.

<u>FIREARM SPECIFICATION AS TO COUNT SEVEN</u>:    Pursuant to Ohio Revised
Code Section 2941.145, the said Eric Lee Porterfield did, at the time of his commission of
the offense of Aggravated Robbery, have a firearm on or about his person or under his
control, and displayed the firearm, brandished the firearm, indicated that he possessed
the firearm, or used it to facilitate the offense, and said firearm being defined in Section
2923.11 of the Ohio Revised Code.


Furthermore, I have been informed by the Court and understand that I am **NOT** eligible

for probation or community control sanction or (if applicable) that my plea of guilty may result

in an additional sentence for a parole or post release control violation, and/or probation or

community control sanction violation and such sentence shall be consecutive.  Further my

attorney has advised me of the possible appellate rights that may be applicable conditioned on

the sentence imposed.  Furthermore, my counsel and I have fully discussed the facts and

circumstances surrounding this case including the names of all witnesses.  My attorney has

investigated these facts and circumstances to the best of my knowledge and has discussed with

me the making of or the necessity of pre-trial motions.  I am, therefore, satisfied that I am now

entering this plea with full understanding of my legal rights under the facts and circumstances

6

as explained me by my attorney and the Court. I have further advised my counsel and this Court that I am a citizen of the United States of America.

If you are not a citizen of the United States you are hereby advised that conviction of the offense to which you are pleading guilty may have the consequences of deportation, exclusion from admission to the United States, or denial of naturalization pursuant to the laws of the United States.

The underlying agreement upon which the plea is based as follows:

**Defendant to waive PSI. Defendant stipulates as follows: (1) that he has served a prior prison term; (2) that he committed the worst form of the offenses; (3) that consecutive prison terms are necessary to protect the public and punish the offender; (4) that consecutive terms are not disproportionate to the conduct and to the danger the offender poses; and (5) and that the harm is so great or unusual that single terms do not adequately reflect the seriousness of the defendant's conduct. State to recommend that Defendant be sentenced to ten (10) years on Count Three; ten (10) years on each of Counts Four, Five, Six, and Seven to be served concurrently to the sentence imposed in Count Three; life with parole eligibility after serving twenty (20) years of imprisonment on Count One to be served consecutively to the sentence imposed in Count Three; and life with parole eligibility after serving twenty (20) years of imprisonment on Count Two to be served consecutively to the sentences imposed in Counts One and Three. Defendant to be sentenced to three (3) years on the firearm specification in Count Three which shall be served prior to and consecutive to the principal sentence. The firearm specifications in**

7

Counts One, Two, Four, Five, Six, and Seven will merge with the firearm specification in Count Three, for an aggregate sentence of 53 years to life. State to *nolle prosequi* Specifications One through Four on Count One, and Specifications One through Four on Count Two.

THOMAS L. ADGATE
ATTORNEY FOR DEFENDANT

ERIC LEE PORTERFIELD
DEFENDANT

LAWRENCE R. SMITH
ATTORNEY FOR DEFENDANT

 

The Court is satisfied that there is a factual basis for the plea; that the Defendant was advised of his/her constitutional rights and that he/she understood and waived them before entering the plea. The plea of guilty is accepted.

10/26/01

DATE

HONORABLE W. WYATT McKAY
JUDGE, COURT OF COMMON PLEAS
TRUMBULL COUNTY, OHIO

8

## IN THE COURT OF COMMON PLEAS
## TRUMBULL COUNTY, OHIO

STATE OF OHIO,                    )    CASE NO. 00-CR-402
                                  )
    Plaintiff                 )    JUDGE W. WYATT MCKAY
                                  )
-vs-                              )    SENTENCE TO THE LORAIN
                                  )    CORRECTIONAL INSTITUTION
ERIC LEE PORTERFIELD,             )
                                  )    **ENTRY ON SENTENCE**
    Defendant                 )

      The Defendant herein having been indicted by the May Fourth, 2000, terms of the Grand

Jury of Trumbull County, Ohio, for Count 1: Aggravated Murder of Garry D. Bell With four (4)

separate Specifications of Aggravating Circumstances and a Firearm Specification (ORC

2903.01(B); 2929.04(A)(5) and(7); 2941.14(C); & 2941.145); Count 2: Aggravated Murder of

Charles Mathey III With four (4) separate Specifications of Aggravating Circumstances and a

Firearm Specification (ORC 2903.01(B); 2929.04(A)(5) and (7); 2941.14(C); & 2941.145);

Count 3: Attempted Aggravated Murder with Firearm Specification (F1) (ORC 2923.02,

2903.01(B) & 2941.145); Counts 4 & 5: Kidnapping with Firearm Specification (F1) (ORC

2905.01(A)(2) & 2941.145); Count 6: Aggravated Burglary with Firearm Specification (F1)

(ORC 2911.11(A)(1) and/or (2) & 2941.145); and Count 7: Aggravated Robbery with Firearm

Specification (F1) (ORC 2911.01(A)(1) and/or(3) & 2941.145), and on the 26th day of October,

2001, having been brought into Court and being represented by counsel, Attorney Thomas

Adgate and Attorney Lawrence Smith, and entered a plea of guilty to an amended indictment

charging him with Counts 1 & 2: Aggravated Murder With Firearm Specification, in violation

of ORC 2903.01(B) & 2941.145; Count 3: Attempted Aggravated Murder With Firearm Specification (F1), in violation of ORC 2923.02, 2903.01(B) & 2941.145; Counts 4 & 5: Kidnapping (F1) With Firearm Specification, in violation of ORC 2905.01(A)(2) & 2941.145; Count 6: Aggravated Burglary (F1) With Firearm Specification, in violation of ORC 2911.11(A)(1) and/or (2) & 2941.145; and Count 7: Agravated Robbery (F1) With Firearm Specification, in violation of ORC 2911.01(A)(1) and/or (3) & 2941.145, said plea being accepted by the Court and pre-sentence investigation report having been waived.

On October 26, 2001, the defendant's sentencing hearing was held pursuant to Ohio Revised Code Section 2929.19. Defense Attorney Thomas Adgate and Attorney Lawrence Smith, and Assistant Prosecuting Attorneys Diane L. Barber and Kenneth N. Bailey were present, as was Defendant who was afforded all rights pursuant to Criminal Rule 32..

The Court finds that the Defendant has been convicted of Counts 1 & 2: Aggravated Murder With Firearm Specification, in violation of ORC 2903.01(B) & 2941.145; Count 3: Attempted Aggravated Murder With Firearm Specification (F1), in violation of ORC 2923.02, 2903.01(B) & 2941.145; Counts 4 & 5: Kidnapping (F1) With Firearm Specification, in violation of ORC 2905.01(A)(2) & 2941.145; Count 6: Aggravated Burglary (F1) With Firearm Specification, in violation of ORC 2911.11(A)(1) and/or (2) & 2941.145; and Count 7: Aggravated Robbery (F1) With Firearm Specification, in violation of ORC 2911.01(A)(1) and/or (3) & 2941.145, subject to a presumption in favor of prison under division (D) of section 2929.13 of the Ohio Revised Code.

2

The Court has considered the record, oral statements, victim impact statements, as well as taking into consideration the principles and purposes of sentencing under O. R. C. Section 2929.11, and has balanced the seriousness and recidivism factors under O. R. C. Section 2929.12. The Court further makes the following findings: (1) that Defendant has served a prior prison term; (2) that he committed the worst form of the offenses; (3) that consecutive prison terms are necessary to protect the public and punish the offender; (4) that consecutive terms are not disproportionate to the conduct and to the danger the offender poses; and (5) and that the harm is so great or unusual that single terms do not adequately reflect the seriousness of the defendant's conduct.

It is therefore ORDERED, ADJUDGED, and DECREED that the defendant serve a stated prison term of ten (10) years on Count Three; ten (10) years on each of Counts Four, Five, Six, and Seven to be served concurrently to the sentence imposed in Count Three; Life with parole eligibility after serving twenty (20) years of imprisonment on Count One to be served consecutively to the sentence imposed in Count Three; and Life with parole eligibility after serving twenty (20) years of imprisonment on Count Two to be served consecutively to the sentences imposed in Counts One and Three. Defendant to be sentenced to three (3) years on the firearm specification in Count Three which shall be served prior to and consecutive to the principal sentence. The firearm specifications in Counts One, Two, Four, Five, Six, and Seven will merge with the firearm specification in Count Three, for an aggregate sentence of fifty-three (53) years to life. Defendant is Ordered to pay the cost of prosecution taxed in the amount of $_____ for which execution is awarded.

3

It is therefore ordered that the Superintendent of the LORAIN CORRECTIONAL

INSTITUTION shall take note that the Defendant herein has been incarcerated in the Trumbull

County Jail pursuant to this charge from June 24, 2000 to date.

10/26/01

DATED

W. Mypell M

HONORABLE W. WYATT McKAY
JUDGE, COURT OF COMMON PLEAS
TRUMBULL COUNTY, OHIO

**You are hereby notified that you have
been convicted of a felony of violence
and pursuant to Section 2923.13 of the
Ohio Revised Code, you are
prohibited from acquiring, having,
carrying or using any firearm or
dangerous ordinance.**

4

NATHANIEL JACKSON v. WARDEN
CASE NO. 4:07-cv-0880
SUPP. APPENDIX - Page 5024

Inmate Search Output

**Ohio Department of Rehabilitation and Correction**

**Offender Data**



| RONALD LYNN SHAFFER -A 399881 | |
|---|---|
| **Offense** | AGG ROBBERY, AGG BURGLARY, KIDNAPPING, ATT AGG MURDER, AGG MURDER, AGG MURDER |
| **Committing County** | TRUMBULL |
| **Date of Admission** (yyyymmdd) | 20010309 |
| **Institution** | LEBANON CORRECTIONAL INSTITUTION |
| **Status** | INCARCERATED |
| **Parole or Release Detail** | |

| Sentence Information | |
|---|---|
| **Stated Prison Term** (crimes committed on or after 7/1/96) | 9 Years |
| **Definite Sentence** | -------- |
| **Indefinite Sentence** Minimum: | Life |
| **Indefinite Sentence** Maximum: | Life |
| **Gun Specification, if any** | 3 Years |
| **Next Parole Hearing Date** | -------- |

The above information may not contain a complete list of sentencing information for each offender.

Any person, agency or entity, public or private, who reuses, publishes or communicates the information available from this server shall be solely liable and responsible for any claim or cause of action based upon or alleging an improper or inaccurate disclosure arising from such reuse, re-publication or communication, including but not limited to actions for defamation and invasion of privacy.

Questions concerning the information contained in these documents should be sent via the U.S. Mail to the appropriate correctional institution, attn: Record Office. Addresses are available at www.drc.state.oh.us/mapserve/inst.htm.



**EXHIBIT**

32

http://www.drc.state.oh.us/cfdocs/inmate/InmateSearch2.cfm?offnumpre=A&offnum=399881     3/28/04

Page 1 of 4

### Ohio Department of Rehabilitation and Correction

### Offender Data



| JOHN P STAPLES -A 431657 | |
|---|---|
| Offense | AGG MURDER |
| Committing County | TRUMBULL |
| Date of Admission (yyyymmdd) | 20020626 |
| Institution | LEBANON CORRECTIONAL INSTITUTION |
| Status | INCARCERATED |
| Parole or Release Detail | |

| Sentence Information | | |
|---|---|---|
| Stated Prison Term (crimes committed on or after 7/1/96) | | |
| Definite Sentence | | -------- |
| Indefinite Sentence | Minimum: | -------- |
| | Maximum: | Life |
| Gun Specification, if any | | 3 Years |
| Next Parole Hearing Date | | 20450216 (yyyymmdd) |

The above information may not contain a complete list of sentencing information for each offender.

Any person, agency or entity, public or private, who reuses, publishes or communicates the information available from this server shall be solely liable and responsible for any claim or cause of action based upon or alleging an improper or inaccurate disclosure arising from such reuse, re-publication or communication, including but not limited to actions for defamation and invasion of privacy.

Questions concerning the information contained in these documents should be sent via the U.S. Mail to the appropriate correctional institution, attn: Record Office. Addresses are available at www.drc.state.oh.us/mapserve/inst.htm.

EXHIBIT
33

NATHANIEL JACKSON v. WARDEN
CASE NO. 4:07-cv-0880
SUPP. APPENDIX - Page 5026

Inmate Search Output

## Ohio Department of Rehabilitation and Correction

## Offender Data



| MARK A WORLEY -A 405403 | |
|---|---|
| **Offense** | KIDNAPPING, AGG ROBBERY, AGG BURGLARY, MURDER, AGG MURDER |
| **Committing County** | TRUMBULL |
| **Date of Admission** (yyyymmdd) | 20010330 |
| **Institution** | LEBANON CORRECTIONAL INSTITUTION |
| **Status** | INCARCERATED |
| **Parole or Release Detail** | |

| Sentence Information | | |
|---|---|---|
| **Stated Prison Term** (crimes committed on or after 7/1/96) | | 40 Years |
| **Definite Sentence** | | -------- |
| **Indefinite Sentence** | Minimum: | Life |
| | Maximum: | Life |
| **Gun Specification, if any** | | -------- |
| **Next Parole Hearing Date** | | ------- |

The above information may not contain a complete list of sentencing information for each offender.

Any person, agency or entity, public or private, who reuses, publishes or communicates the information available from this server shall be solely liable and responsible for any claim or cause of action based upon or alleging an improper or inaccurate disclosure arising from such reuse, re-publication or communication, including but not limited to actions for defamation and invasion of privacy.

Questions concerning the information contained in these documents should be sent via the U.S. Mail to the appropriate correctional institution, attn: Record Office. Addresses are available at www.drc.state.oh.us/mapserve/inst.htm.



EXHIBIT

34

NATHANIEL JACKSON v. WARDEN
CASE NO. 4:07-cv-0880
SUPP. APPENDIX - Page 5027

CC00002

In The Court of Common Pleas of _Trumbull_ County

State of Ohio,
    Plaintiff,

    v.

_Mark Andrew Worley_

    Defendant.

    :
    :
    :
    :
    :
    :
    :

Notice to Supreme Court of
Ohio of Filing of Indictment
Charging Aggravated Murder
with Specification(s) of
Aggravting Circumstances
[ R.C. 2929.021(A) ]

Name of defendant: _Mark Andrew Worley_

The court in which the case will be heard: _Trumbull County Common Pleas Warren Ohio_

Case number(s): _94 C R 783_

Date on which indictment was filed: _December 28, 1999_

_Margaret R OBrien_
Clerk of Courts of _Trumbull_ County
Date:

FILED

JAN 10 2000

MARCIA J. MENGEL, CLERK
SUPREME COURT OF OHIO

## IN THE COURT OF COMMON PLEAS
## TRUMBULL COUNTY, OHIO

STATE OF OHIO,                          :

      Plaintiff,                       :  Case No. 01-CR-794

-vs-                                    :

NATHANIEL JACKSON,                      :

      Defendant.                       :

### AFFIDAVIT OF RANDALL L. PORTER

STATE OF OHIO          :
                : ss:
COUNTY OF Franklin     :

    Randall L. Porter, after being duly sworn according to law, states as follows:

    1.    I am an attorney licensed to practice law in the State of Ohio

    2.    I am employed by the Office of the Ohio Public Defender as an Assistant State Public Defender. In that capacity I was assigned to the above case.

    3.    The information that is contained in Paragraph 21 concerning the race of the victims in cases in which a sentence of less that than death was imposed was provided to me by attorneys from the Trumbull County Public Defenders Office.

    4.    The information contained in Paragraph 23 concerning a plea bargain was provided to me by one of the attorneys, John Juhasz, who represented Donna Roberts at trial.

    5.    The information contained in Paragraph 53 concerning the existence of a police report concerning Robert Fingerhut was provided to me by one of the attorneys, John Juhasz, who represented Donna Roberts at trial.



Futher Affiant sayeth naught

**EXHIBIT 35**

NATHANIEL JACKSON v. WARDEN
CASE NO. 4:07-cv-0880
SUPP. APPENDIX - Page 5029

Randall L. Porter

Sworn and subscribed to me this the 29th day of March 2004



Notary Public

KATHRYN L. SANDFORD, ATTORNEY AT LAW
NOTARY PUBLIC, STATE OF OHIO
My commission has no expiration date.
Section 147.03 R.C.

OHIO
NEWS BUREAU INC.
CLEVELAND, OHIO 44115
216/241-0675

TRIBUNE CHRONICLE
WARREN, OH.
PH CIRC. 40,700

FEB-18-92

# Murder trial jury pool makeup questioned

**By JACQUENETTE S. GEGGUS**
Tribune Chronicle

WARREN — A prospective juror questioned this morning why there appeared to be no black potential jurors for the murder trial of Roderick Davie.

The prospective juror asked Trumbull Common Pleas Judge John M. Stuard during the opening minutes of jury selection: "What I don't understand is why he (Davie) is the only black guy in here," said the man, who did not identify himself.

Stuard replied that the jury pool is made up by the "luck of the draw." About 150 people have been brought in to make up the jury pool for the Davie trial.

The pool is culled from Trumbull County registered voters.

Davie, 19, of Warren, is charged in the June 27, 1991, shooting death of former Trumbull County Sheriff's Deputy John Coleman, 38, of Warren; the beating death of Tracey Jefferys, 21, of Lordstown; and the shooting of William John Everett, 30, of Warren.

Expected to be heard in evidence will be the taped confession Davie gave to Warren police officers the afternoon after the shootings, and two photographic lineups that police presented to an eyewitness on the day of the shootings and two weeks afterward.

Prosecutors also revealed this morning a list of 20 potential witnesses in the trial. Defense attorneys submitted a smaller list, which included four members of Davie's family.

Prosecutors say Davie broke into the former VCA pet food distribution warehouse and attempted to execute Coleman.

Officers say that when Jefferys and Everett tried to flee, Davie beat Jefferys to death with a chair and attempted to run Everett over with a truck.

Davie maintains he is innocent and says he could not have hurt Jefferys.

NATHANIEL JACKSON v. WARDEN
CASE NO. 4:07-cv-0880
SUPP. APPENDIX - Page 5031

JUN-15-2000 14:51 STATE OF OHIO 614 728 3670 P.03/32

**OHIO
NEWS BUREAU INC.**
CLEVELAND, OHIO 44115
216/241-0675

SALEM NEWS
SALEM, OH.
PM CIRC. 9,100

FEB-20-92

## Potential juror raises race question

WARREN (AP) — A man who asked a judge why the pool of potential jurors for a murder trial didn't contained any blacks was told the situation was a result of Trumbull County's having a small minority population.

The man, who wasn't identified, was one of about 100 potential jurors called Tuesday for the trial of Roderick Davie, 20. Davie, who is black, is charged with shooting one person to death, fatally beating a second person and shooting a third last June 27. All three victims were former co-workers.

If convicted, he could be sentenced to death.

The juror who asked the question was dismissed from the jury pool by Trumbull County Common Pleas Judge John Stuard, who said the absence of blacks from the list was the luck of the draw.

Blacks make up less than 7 percent of the county's population, according to the 1990 U.S. Census, Prosecutor Dennis Watkins said. He said all-white jury pools aren't common in the county, but aren't planned.

"It has happened before and it will happen again," Watkins said. "It's like a lottery. It has nothing to do with color. It's just mathematics."

Jurors are selected in a lottery from voter registration lists.

**EXHIBIT
37**

NATHANIEL JACKSON v. WARDEN
CASE NO. 4:07-cv-0880
SUPP. APPENDIX - Page 5032

JUN-15-2003  14:51          STATE OF OHIO                    614 728 3670   P.04/32

**OHIO
NEWS BUREAU INC.**
CLEVELAND, OHIO 44115
216/241-0675

AKRON BEACON JOURNAL
AKRON, OH.
AM CIRC. 153,558

## FEB-20-92

❷ WARREN
### Potential juror asks
### about lack of blacks

A potential juror, one of 100
called Tuesday in the murder
trial of a black man, asked a
judge why there were no blacks
in the jury pool.

He was told it was because
Trumbull County has a small
minority population. Then the
juror was dismissed by Trumbull
County Common Pleas Judge
John Stuard.

Stuard had denied defense
attorneys' requests to have a
jury culled from driver's license
lists instead of voter registration
lists.

Blacks make up less than 7
percent of the county's
population, according to the 1990
U.S. census, Prosecutor Dennis
Watkins said.

Roderick Davie, 20, is
charged with shooting two co-
workers to death and fatally
beating another last June 27.



EXHIBIT
38

NATHANIEL JACKSON v. WARDEN
CASE NO. 4:07-cv-0880
SUPP. APPENDIX - Page 5033

Affidavit of
Diane Wiley

STATE OF MINNESOTA )
                         ) SS
COUNTY OF HENNEPIN )

Diane Wiley, being first duly sworn, on oath, deposes and says:

1. I am president of the National Jury Project Midwest. My qualifications are attached as *Appendix I*.

2. I was retained by the Ohio Public Defender Office in Columbus, Ohio, to evaluate whether or not the forepersons of the Hamilton County Grand Juries which returned death penalty indictments from 1982 through 1998 were representative of the population of African Americans in Hamilton County during that time period. I also looked at the percentage of women forepersons.

   In order to determine whether the percentage of African American forepersons and women forepersons were representative of their respective populations in Hamilton County, I compared the percentages of African American and women forepersons with census data from Hamilton County. I then determined the probability that this discrepancy could occur by chance with a truly random sample, which determines whether it indicates a statistically significant deviation.

3. I have concluded that Hamilton County African American residents have been seriously underrepresented as Grand Jury forepersons in the Grand Juries which returned death penalty indictments from 1982 through 1998.

   There were only 4 African American forepersons. There should have been 18 or 19. Thus, there were less than a quarter as many African American forepersons as would be expected, based on the percentage of African Americans in Hamilton County.

   This underrepresentation is statistically significant.

EXHIBIT
9

NATHANIEL JACKSON v. WARDEN
CASE NO. 4:07-cv-0880
SUPP. APPENDIX - Page 5034

4.  In the first five years after the death penalty was reinstated, there were no
    African American Grand Jury forepersons of Grand Juries returning death
    indictments. The first and only African American male to serve as such a Grand
    Jury foreperson was in 1987. A female African American served in 1988, and 2
    female African Americans served in 1992, for a total of 4 African American
    Grand Jury forepersons during the entire 17 years from 1982 through 1998.

5.  In addition, I have concluded that female Hamilton County residents have
    also been seriously underrepresented as Grand Jury forepersons in the
    Grand Juries which returned death penalty indictments from 1982 through
    1998.

    There have been less than half as many women forepersons as would be
    expected, based on their percentage in the population of Hamilton County.

    This underrepresentation is also statistically significant.

6.  My analysis is based on United States Census Data[1] and an analysis of the race
    and gender of Grand Jury forepersons of Hamilton County Grand Juries which
    returned death penalty indictments from 1982 through 1998.

7.  I am using the census figures of 17.8% African Americans between the ages of
    18 and 74 for 1980, and 19.3% African Americans between the ages of 18 and
    74 for 1990.

    The percentage of African Americans in Hamilton County in the pertinent age
    groups increased only slightly between the 1980 and 1990 censuses[2]. Thus, for
    some of my calculations, I have used the average figure of 18.5% African
    Americans between the ages of 18 and 74 in Hamilton County from 1980 to
    1998.

---

[1]  Racial and gender percentages of Hamilton County for 1980 and 1990 are attached
as *Appendix II*. Racial and Gender Census Data: Hamilton County, Ohio. The percentages
that were used were of persons age 18 to 74.

[2]  There is only a difference of 1.5% African Americans in Hamilton County from the
beginning of 1980 to the beginning of 1990. Technically, the percentage of African Americans
would also have changed over the course of each decade, which is reflected in estimates made
by the US Census Bureau. I am using only the percentages from earlier in each decade. Since
the percentage of African Americans has been increasing over time, the calculations I am using

8.  To the best of my knowledge, there were 87 Hamilton County Grand Jury
    Panels which returned 134 death penalty indictments from 1982 through 1998.
    The breakdown of Grand Jurors by race and gender is as follows[3]:

CHART 2

|  | Male | Female | Unknown Gender |
|---|---|---|---|
| African American Forepersons | 1 | 3 | |
| White Forepersons | 65[4] | 16 | 1 |
| Unknown Race | 1 | | |

---

[3]    The list of Grand Jury Forepersons, identified by number with race and gender
identification are attached as *Appendix III* Hamilton County Grand Jury Forepersons --
Death Indicting Grand Juries Race and Gender 1982 – 1998. I am not identifying the
Grand Jurors by name because those who responded to surveys were promised confidentiality.
This information will be made available to the court if necessary.

[4]    There were three Grand Jury indictments where there was a question about who of
one to three persons was the selected foreperson. Only one person was counted per panel for
purposes of this analysis. Since all were white, there was no problem with categorization. In
. . . . . . . where there were both a male and female who could have been the foreperson,

NATHANIEL JACKSON v. WARDEN
CASE NO. 4:07-cv-0880
SUPP. APPENDIX - Page 5036

9. According to the 1980 and 1990 United States Census Data, the proportion of African American persons in Hamilton County as compared with the percentage of African American Grand Jury forepersons returning death indictments were as follows:

CHART 1

|  | 1980 Percentage of Hamilton County | 1980's Percentage of Grand Jury Forepersons | 1990 Percentage in Hamilton County Population | 1990's Percentage of Grand Jury Forepersons |
|---|---|---|---|---|
| African Americans | 17.8% | 4.25% [2 out of 47] | 19.3% | 5% [2 out of 40] |
| Females | 53% | 12.77% [6 out of 47] | 52.8% | 32.5% [13 out of 40] |

10. Investigators for the Ohio Public Defenders Office, under the direction of that office, and National Jury Project Midwest staff, under my direction, were able to ascertain the race of 86 of the 87 Grand Jury forepersons and the gender of 86 of the 87 Grand Jury forepersons.[5]

For purposes of the calculations here, I have assumed that the same proportions of race and gender would exist in the two Grand Jury forepersons, whose race or gender we were unable to ascertain.

11. While not every jury panel can be expected to be exactly representative of each cognizable class in a jurisdiction, random selection should result in roughly proportional representation of those classes over time.

12. In a fair, cross-sectional system, the probability of any eligible person being included in a jury pool would be the same for every eligible person, regardless of race and/or gender. The Grand Jury forepersons, if randomly selected from a representative jury pool, should also reflect the composition of the pool.

13. I have used three methods, which I understand have been discussed by the United States Supreme Court and the Ohio Supreme Court in various cases to calculate whether or not African Americans and women were underrepresented as Grand Jury forepersons.

    A.    The Comparative Disparity Standard

    B.    Absolute Disparity

    C.    Statistical Significance

---

[5] Race, ethnic background and gender were ascertained by investigators who talked to Grand Jury forepersons or their relatives, or who found death certificates, and by National Jury Project staff utilizing questionnaires, some of which were sent to Grand Jurors and others which were asked over the phone call. The phone interview screener and questionnaire, mail-in questionnaire, death certificates and affidavits from the investigators, interviewers and data input personnel are attached as *Appendix IV* Data Collection Materials. There were a ... ... and one forepersons on more than one Grand Jury over the

NATHANIEL JACKSON v. WARDEN
CASE NO. 4:07-cv-0880
SUPP. APPENDIX - Page 5038

A.  The Comparative Disparity standard measures representativeness by the proportion by which the probability of serving is reduced for people in a particular cognizable class.

This percentage is determined by the following calculation:

$$\frac{P - Q}{P} = Comparative\ Disparity$$

$P$ = Proportion of the population in the specified category
$Q$ = Proportion of the panel in the specified category

B.  Absolute Disparity is another measure of the extent to which a cognizable class is underrepresented.  The absolute disparity standard measures representativeness by the difference between the proportion of the population and the proportion of the pool in the underrepresented category.

This number is determined by the following calculation:

$$P - Q = Absolute\ Disparity$$

$P$ = Proportion of the population in the specified category
$Q$ = Proportion of the panel in the specified category

C.  Statistical Significance is another measure of the extent to which a cognizable class is underrepresented.  The Statistical Significance test measures representativeness by calculating the probability of the disparity occurring by chance as the result of a random selection.  If that probability is very low, the conclusion is drawn that the disparity is unlikely to be due to chance, but results from bias or discrimination.

The statistical significance test discussed in *Castandea v. Partida*, 430 U.S. at 496 n. 17, provides that if there is a difference of "two to three standard deviations", then that distinguished an allowable from an unconstitutional disparity.  This test is determined by the following

NATHANIEL JACKSON v. WARDEN
CASE NO. 4:07-cv-0880
SUPP. APPENDIX - Page 5039

One Standard
Deviation $=$ $\sqrt{\text{Sample} \atop \text{Size}} \quad x \quad {\text{Proportion} \atop \text{In Class}} \quad x \quad {\text{Proportion Not} \atop \text{In Class}}$

Absolute
Disparity $=$ $\dfrac{\text{Proportion of the Population in the Class}}{\text{Proportion of the Forepersons in the Class}}$

Disparity $=$ Sample Size x Absolute Disparity

Number of
Standard
Deviations $=$ Disparity ÷ One Standard Deviation

14.  Following are Charts 3 and 4, which lay out the Comparative Disparity, Absolute Disparity and the number of Standard Deviations for the proportion of African American Grand Jury forepersons [CHART 3] and the proportion of Women Grand Jury forepersons [CHART 4] found in the 1982 - 1998 Hamilton County Grand Juries which brought death indictments:.

CHART 3

Representativeness of African Americans

As Grand Jury Forepersons

In Hamilton County   1982 - 1998

| | 1982 – 1998<br><br>There were<br>4 African American<br>Forepersons<br>out of 87 Forepersons |
|---|---|
| Comparative Disparity | 75%<br>UNDERREPRESENTED |
| Absolute Disparity<br><br>EXPECT 18.5 JURORS<br>OUT OF 100 | 13.9% |
| Standard Deviation<br><br>TO BE SIGNIFICANT,<br>MUST BE MORE THAN<br>"2 TO 3" | 6.19<br><br>SIGNIFICANT |

CHART 4

Representativeness of Women

As Grand Jury Forepersons

In Hamilton County  1982 - 1998

| | 1982 – 1998<br><br>There were<br>19 Women<br>Forepersons<br>out of 87 Forepersons |
|---|---|
| Comparative Disparity | 58%<br>UNDERREPRESENTED |
| Absolute Disparity<br><br>EXPECT 53 JURORS<br>OUT OF 100 | 31% |
| Standard Deviation<br><br>TO BE SIGNIFICANT,<br>MUST BE MORE THAN<br>"2 TO 3" | 6.99<br><br>SIGNIFICANT |

NATHANIEL JACKSON v. WARDEN
CASE NO. 4:07-cv-0880
SUPP. APPENDIX - Page 5042

15. Thus, the number of African American and female citizens called to serve as Grand Jury forepersons for Grand Juries which returned death indictments in Hamilton County Circuit Court from 1982 through 1998 significantly underrepresented the percentage of African American and female citizens in Hamilton County during that time period.

Further affiant saith not.

_Diane Wiley_
Diane Wiley

Sworn to and subscribed to before me this 13th day of January, 2000.

_Lucinda M Belev_
Notary Public



*Appendix I*

Qualifications of Diane Wiley

NATHANIEL JACKSON v. WARDEN
CASE NO. 4:07-cv-0880
SUPP. APPENDIX - Page 5044

# NATIONAL JURY PROJECT.

*TRIAL CONSULTANTS*

National Jury Project - Midwest
322 First Avenue North, Suite 500
Minneapolis, MN 55401-1618
Phone 612 338 2244   Fax 612 338 2607
Email njpmidwest@njp.com

## Diane Wiley
*Trial Consultant*

Diane Wiley is the president of the National Jury Project Midwest, located at 322 First Avenue North, Suite 500, Minneapolis, Minnesota 55401. The National Jury Project is a non-profit corporation specializing in the study of the American jury system. The National Jury Project is incorporated in the State of Minnesota and has regional offices in New York, New York; Oakland, California; and Minneapolis, Minnesota. Primary areas of research include voir dire procedures, the trial communication process, jury composition, venue evaluation, and other issues related to minimizing the effects of juror bias on the trial process.

National Jury Project researchers have conducted and analyzed interviews with jurors and persons included in jury pools in both state and federal jurisdictions all over the United States.

Ms. Wiley is a founding member of the National Jury Project, and has been employed as a trial consultant since its inception in 1975. She began her research of the jury system as an independent researcher in 1973. Ms. Wiley's prior research experience was in the area of attitudes towards criminal justice, evaluation of programs for juvenile and adult offenders, and community attitudes towards housing developments for the Minnesota Center for Sociological Research, The Governor's Task Force for Victims of Sexual Assault, and The Law Enforcement Assistance Agency (LEAA) Juvenile Justice Project, among others.

Ms. Wiley has supervised, administered and/or consulted on venue evaluation studies in the following cases:

| | |
|---|---|
| *State of North Carolina v. Little* | Beaufort County, 1975 |
| *State of Wisconsin v. Sturdevant* | Dodge County, 1975 |
| *State of Pennsylvania v. Arms* | Berks County, 1975 |
| *State of Minnesota v. Davis* | Beltrami County, 1976 |
| CR #763 | |

| | |
|---|---|
| *State of Nebraska v. Yellowbird*<br>#C-1470-71 | Sheridan County, 1976 |
| *State of South Dakota v. Martin*<br>#77-75 | Pennington County, 1977 |
| *State of Michigan v. Smith*<br>#416 | Kalkaska County, 1978 |
| *State of Minnesota v. Caldwell*<br>#49633 | St. Louis County, 1979 |
| *State of South Dakota v. Bettelyoun*<br>#78-58 | Jackson County, 1979 |
| *Schwans v. BASF-AG, et al*<br>#16843 | Lyon County, Minnesota, 1979 |
| *State of Minnesota v. Johnson*<br>#2064 | Faribault County, 1979 |
| *State of Illinois v. Perez, Santiago, et al*<br>#79-CF326 | Livingston County, 1979 |
| *State of Ohio v. Kilroy*<br>CR9-33B | Putnam County, 1980 |
| *State of Minnesota v. Blanchard*<br>#2959 | Becker County, 1980 |
| *State of Wisconsin v. Grancorvitz*<br>80-CR-395 | Vernon County, 1980 |
| *Kobes v. St. Joseph's Hospital, et al*<br>#39513 | Crow Wing County, Minnesota, 1980 |
| *State of Minnesota v. Marhoun* | Chisago County, 1980 |
| *State of Wisconsin v. Scherer*<br>#80-CR-3174 | Burnett County, 1981 |
| *Gauthier v. Strouth, et al* | St. Louis County, Minnesota, 1981 |
| *Wayne Bohlke v. Estate of John Ayers*<br>*and City of Le Sueur* | Blue Earth County, Minnesota, 1981 |
| *State of Minnesota v. Sprague*<br>#4458 | Washington County, 1981 |
| *State of South Dakota v. Wellner*<br>*& Wellner*<br>#13533,34 | Hand County, 1981 |
| *State of Illinois v. Brisbane, et al*<br>#80-CF-45 | Will County, 1981 |
| *State of Minnesota v. Koehler*<br>*Martell Mutual Town Insurance Company* | St. Louis County, 1982 |

NATHANIEL JACKSON v. WARDEN<br>CASE NO. 4:07-cv-0880<br>SUPP. APPENDIX - Page 5046

| | |
|---|---|
| *State of Nebraska v. Buckman and Janis* | Sheridan County, 1983 |
| *State of Minnesota v. Swanson* | Sherburne County, 1983 |
| *State of South Dakota v.* | |
| *Collins Catch the Bear* | Pennington County, 1983 |
| #82-207 | |
| *State of Minnesota v. Tisland* | Beltrami County, 1984 |
| #K1-83-813 | |
| *State of Minnesota v. Foss* | Kandiyohi County, 1984 |
| *United States v. Elder* | Southern District of |
| B-84-276-SI | Texas, Corpus Christi Division, 1984 |
| *United States v. Elder and Merkt* | Southern District of |
| #B-84-746-SI . | Texas, Brownsville Division, 1985 |
| *State of Minnesota v. Thom* | Kanabec County, 1985 |
| #10128 | |
| *Nygaard v. Mayo Clinic* | Olmsted County, Minnesota, 1985 |
| #44587 | |
| *United States v. Merkt* | Southern District of |
| B-85--SI | Texas, Corpus Christi Division, 1986 |
| *State of Ohio v. Warner, et al* | Hamilton County, 1986 |
| B854622 | |
| *State of Minnesota v. Curt Gruhl* | Goodhue County, 1986 |
| #4656 | |
| *State of Minnesota v. Richards* | Hennepin County, 1987 |
| *State of Minnesota v. Israelson* | Rice County, 1988 |
| #K-88-1162 | |
| *State of Minnesota v. Manning* | Itasca County, 1989 |
| #K6-89-129 | |
| *State of Minnesota v. Doty* | Dodge County, 1991 |
| #T4-91-508 | |
| *Chladek v. Independent School* | |
| *District 205, et al* | Dodge County, Minnesota, 1991 |
| *Adkins v. Tolfree Memorial Hospital, et al* | |
| #90 1342 NH | Ogemaw County, Michigan, 1992 |
| *State of Nebraska v. Frances Thompson* | Knox County, 1992 |
| #11818 | |
| *State of Minnesota v. Calvin Jones* | Chisago County, 1995 |
| No. K0-95-217 | |
| *State of Minnesota v. Darrell Johnson* | Chisago County, 1996 |
| No. K2-95-218 | |

NATHANIEL JACKSON v. WARDEN
CASE NO. 4:07-cv-0880
SUPP. APPENDIX - Page 5047

*State of Minnesota v.*
   *Olumuyiwa Shakirudee Akinosi*          Dakota County, 1996
     No. K6-96-1614
*State of Tennessee v.*
   *Charles Edward Hartman*            Davidson County, 1997
     No. 20101
*State of Minnesota v.*
   *Joseph Ture*                 Washington County, 1997
     No. K6- 96- 6329
*Martinez v.*
   *Lincoln County Medical Center, et al*   Lincoln County, North Carolina 1998
*State of Iowa v.*
   *Randy Zaabal*               Brown County, 1999
     No. FECR-311701

The National Jury Project Midwest has been court appointed for the purposes of venue
evaluation in *State of Minnesota v. Davis; State of South Dakota v. Martin; State of
Illinois v. Brisbane; State of Minnesota v. Calvin Jones; and State of Tennessee v.
Charles Edward Hartman.*

Ms. Wiley has consulted with attorneys in both state and federal jurisdictions in
California, Colorado, District of Columbia, Georgia, Illinois, Indiana, Iowa, Kansas,
Kentucky, Louisiana, Massachusetts, Michigan, Minnesota, Missouri, Nebraska, New
Jersey, New York, North Dakota, Ohio, Oklahoma, Pennsylvania, Rhode Island, South
Carolina, South Dakota, Tennessee, Texas, Washington and Wisconsin, in regards to
voir dire procedures designed to reduce the effects of prejudice in both criminal and
civil cases.

She has testified or submitted affidavits in 33 venue hearings for change of venue,
including two appeal hearings. She testified in the hearing for a new trial based on
incompetence of counsel relating to inadequate voir dire in *Michigan v. LeBlanc*.
Ms. Wiley has supervised research and/or submitted affidavits in a number of cases
involving evaluation of the composition of jury venires.

Ms. Wiley has provided in-court jury selection consultation and/or has prepared voir
dire questions in hundreds of criminal and civil cases since 1973.

published by West Group. She is a contributing editor and co-author of the book, Women's Self Defense Cases: Theory and Practice, published by the Michie Company. Ms. Wiley is a contributing author of the book, Handbook of Jury Research, published by ALI-ABA Philadelphia in 1998 and Minnesota Criminal Jury Trial Handbook, published by Butterworths. She has written other materials and articles for legal publications and seminar materials.

Ms. Wiley regularly lectures at seminars and conferences on voir dire, case presentation issues and jury selection for organizations such as State and Federal Public Defender Associations, Bar Associations, Trial Lawyers Associations, Legal Services, the National Women and Law Conference, the National Association of Teacher Attorneys, and for Continuing Legal Education Programs sponsored by law schools and other organizations.



*Appendix II*

Racial and Gender Census Data:

Hamilton County, Ohio

NATHANIEL JACKSON v. WARDEN
CASE NO. 4:07-cv-0880
SUPP. APPENDIX - Page 5050

1990 Census Of Population And Housing Summary Tape File 3C

    040 Ohio
    050 Hamilton County

PERSONS
Universe: Persons

Total..................................................................    866

NATHANIEL JACKSON v. WARDEN
CASE NO. 4:07-cv-0880
SUPP. APPENDIX - Page 5051

1990 Census Of Population And Housing Summary Tape File 3C

    040 Ohio
    050 Hamilton County

SEX
Universe: Persons

```
Male.............................................................  410
Female...........................................................  456
```

NATHANIEL JACKSON v. WARDEN
CASE NO. 4:07-cv-0880
SUPP. APPENDIX - Page 5052

1990 Census Of Population And Housing Summary Tape File 3C

   040 Ohio
   050 Hamilton County

AGE
Universe: Persons

Under 1 year............................................................... 11,
1 and 2 years.............................................................. 28,
3 and 4 years.............................................................. 27,
5 years.................................................................... 13,
6 years.................................................................... 13,
7 to 9 years............................................................... 39,
10 and 11 years............................................................ 24,
12 and 13 years............................................................ 22,
14 years................................................................... 10.
15 years................................................................... 11.
16 years................................................................... 10
17 years................................................................... 11
18 years................................................................... 11
19 years................................................................... 13
20 years................................................................... 12
21 years................................................................... 12
22 to 24 years............................................................. 39
25 to 29 years............................................................. 75
30 to 34 years............................................................. 76
35 to 39 years............................................................. 68
40 to 44 years............................................................. 55
45 to 49 years............................................................. 44
50 to 54 years............................................................. 38
55 to 59 years............................................................. 37
60 and 61 years............................................................ 15
62 to 64 years............................................................. 23
65 to 69 years............................................................. 36
70 to 74 years............................................................. 27
75 to 79 years............................................................. 22
80 to 84 years............................................................. 15
85 years and over.......................................................... 12

NATHANIEL JACKSON v. WARDEN
CASE NO. 4:07-cv-0880
SUPP. APPENDIX - Page 5053

1990 Census Of Population And Housing Summary Tape File 3C

   040 Ohio
   050 Hamilton County

RACE BY SEX BY AGE
Universe: Black males

```
Under 1 year..................................................      1
1 and 2 years.................................................      4
3 and 4 years.................................................      3
5 years.......................................................      1
6 years.......................................................      1
7 to 9 years..................................................      5
10 and 11 years...............................................      3
12 and 13 years...............................................      2
14 years......................................................      1
15 years......................................................      1
16 years......................................................      1
17 years......................................................      1
18 years......................................................      1
19 years......................................................      1
20 years......................................................      1
21 years......................................................      1
22 to 24 years................................................      3
25 to 29 years................................................      6
30 to 34 years................................................      6
35 to 39 years................................................      5
40 to 44 years................................................      4
45 to 49 years................................................      3
50 to 54 years................................................      3
55 to 59 years................................................      3
60 and 61 years...............................................      1
62 to 64 years................................................      1
65 to 69 years................................................      2
70 to 74 years................................................      1
75 to 79 years................................................      1
80 to 84 years................................................
85 years and over.............................................
```

1990 Census Of Population And Housing Summary Tape File 3C

   040 Ohio
   050 Hamilton County

RACE BY SEX BY AGE
Universe: Black females

| | |
|---|---:|
| Under 1 year | 1. |
| 1 and 2 years | 3. |
| 3 and 4 years | 3. |
| 5 years | 1. |
| 6 years | 1. |
| 7 to 9 years | 5. |
| 10 and 11 years | 3. |
| 12 and 13 years | 2. |
| 14 years | 1. |
| 15 years | 1. |
| 16 years | 1. |
| 17 years | 1 |
| 18 years | 1 |
| 19 years | 1 |
| 20 years | 1 |
| 21 years | 1 |
| 22 to 24 years | 4 |
| 25 to 29 years | 8 |
| 30 to 34 years | 8. |
| 35 to 39 years | 7. |
| 40 to 44 years | 5. |
| 45 to 49 years | 4. |
| 50 to 54 years | 4. |
| 55 to 59 years | 4. |
| 60 and 61 years | 1. |
| 62 to 64 years | 2 |
| 65 to 69 years | 3 |
| 70 to 74 years | 2 |
| 75 to 79 years | 2 |
| 80 to 84 years | 1 |
| 85 years and over | 1 |

1990 Census Of Population And Housing Summary Tape File 3C

   040 Ohio
   050 Hamilton County

RACE BY SEX BY AGE
Universe: White males

```
Under 1 year.................................................    4
1 and 2 years................................................   10
3 and 4 years................................................   10
5 years......................................................    5
6 years......................................................    4
7 to 9 years.................................................   14
10 and 11 years..............................................    8
12 and 13 years..............................................    8
14 years.....................................................    3
15 years.....................................................    4
16 years.....................................................    3
17 years.....................................................    4
18 years.....................................................    4
19 years.....................................................    5
20 years.....................................................    4
21 years.....................................................    5
22 to 24 years...............................................   15
25 to 29 years...............................................   28
30 to 34 years...............................................   29
35 to 39 years...............................................   26
40 to 44 years...............................................   21
45 to 49 years...............................................   17
50 to 54 years...............................................   14.
55 to 59 years...............................................   14.
60 and 61 years..............................................    5.
62 to 64 years...............................................    8.
65 to 69 years...............................................   13.
70 to 74 years...............................................    9.
75 to 79 years...............................................    6.
80 to 84 years...............................................    4
85 years and over............................................    2
```

1990 Census Of Population And Housing Summary Tape File 3C

   040 Ohio
   050 Hamilton County

RACE BY SEX BY AGE
Universe: White females

```
Under 1 year.......................................................
1 and 2 years......................................................
3 and 4 years......................................................
5 years............................................................
6 years............................................................
7 to 9 years.......................................................   1
10 and 11 years....................................................
12 and 13 years....................................................
14 years...........................................................
15 years...........................................................
16 years...........................................................
17 years...........................................................
18 years...........................................................
19 years...........................................................
20 years...........................................................
21 years...........................................................
22 to 24 years.....................................................   1
25 to 29 years.....................................................   3
30 to 34 years.....................................................   2
35 to 39 years.....................................................   2
40 to 44 years.....................................................   2
45 to 49 years.....................................................   1
50 to 54 years.....................................................   1
55 to 59 years.....................................................   1
60 and 61 years....................................................
62 to 64 years.....................................................   1
65 to 69 years.....................................................   1
70 to 74 years.....................................................   1
75 to 79 years.....................................................   1
80 to 84 years.....................................................
85 years and over..................................................
```

NATHANIEL JACKSON v. WARDEN
CASE NO. 4:07-cv-0880
SUPP. APPENDIX - Page 5057



1990 Census Of Population And Housing Summary Tape File 3C

    040 Ohio
    050 Hamilton County

RACE BY SEX BY AGE
Universe: American Indian, Eskimo, or Aleut males

Under 1 year......................................................
1 and 2 years.....................................................
3 and 4 years.....................................................
5 years...........................................................
6 years...........................................................
7 to 9 years......................................................
10 and 11 years...................................................
12 and 13 years...................................................
14 years..........................................................
15 years..........................................................
16 years..........................................................
17 years..........................................................
18 years..........................................................
19 years..........................................................
20 years..........................................................
21 years..........................................................
22 to 24 years....................................................
25 to 29 years....................................................
30 to 34 years....................................................
35 to 39 years....................................................
40 to 44 years....................................................
45 to 49 years....................................................
50 to 54 years....................................................
55 to 59 years....................................................
60 and 61 years...................................................
62 to 64 years....................................................
65 to 69 years....................................................
70 to 74 years....................................................
75 to 79 years....................................................
80 to 84 years....................................................
85 years and over.................................................

1990 Census Of Population And Housing Summary Tape File 3C

   040 Ohio
   050 Hamilton County

RACE BY SEX BY AGE
Universe: Asian or Pacific Islander males

Under 1 year...........................................................
1 and 2 years..........................................................
3 and 4 years..........................................................
5 years................................................................
6 years................................................................
7 to 9 years...........................................................
10 and 11 years........................................................
12 and 13 years........................................................
14 years...............................................................
15 years...............................................................
16 years...............................................................
17 years...............................................................
18 years...............................................................
19 years...............................................................
20 years...............................................................
21 years...............................................................
22 to 24 years.........................................................
25 to 29 years.........................................................
30 to 34 years.........................................................
35 to 39 years.........................................................
40 to 44 years.........................................................
45 to 49 years.........................................................
50 to 54 years.........................................................
55 to 59 years.........................................................
60 and 61 years........................................................
62 to 64 years.........................................................
65 to 69 years.........................................................
70 to 74 years.........................................................
75 to 79 years.........................................................
80 to 84 years.........................................................
85 years and over......................................................

1990 Census Of Population And Housing Summary Tape File 3C

    040 Ohio
    050 Hamilton County

RACE BY SEX BY AGE
Universe: American Indian, Eskimo, or Aleut females

Under 1 year.......................................................
1 and 2 years......................................................
3 and 4 years......................................................
5 years............................................................
6 years............................................................
7 to 9 years.......................................................
10 and 11 years....................................................
12 and 13 years....................................................
14 years...........................................................
15 years...........................................................
16 years...........................................................
17 years...........................................................
18 years...........................................................
19 years...........................................................
20 years...........................................................
21 years...........................................................
22 to 24 years.....................................................
25 to 29 years.....................................................
30 to 34 years.....................................................
35 to 39 years.....................................................
40 to 44 years.....................................................
45 to 49 years.....................................................
50 to 54 years.....................................................
55 to 59 years.....................................................
60 and 61 years....................................................
62 to 64 years.....................................................
65 to 69 years.....................................................
70 to 74 years.....................................................
75 to 79 years.....................................................
80 to 84 years.....................................................
85 years and over..................................................

```
1990 Census Of Population And Housing Summary Tape File 3C

   040 Ohio
   050 Hamilton County

RACE BY SEX BY AGE
Universe: Asian or Pacific Islander females

Under 1 year.............................................................
1 and 2 years............................................................
3 and 4 years............................................................
5 years..................................................................
6 years..................................................................
7 to 9 years.............................................................
10 and 11 years..........................................................
12 and 13 years..........................................................
14 years.................................................................
15 years.................................................................
16 years.................................................................
17 years.................................................................
18 years.................................................................
19 years.................................................................
20 years.................................................................
21 years.................................................................
22 to 24 years...........................................................
25 to 29 years...........................................................
30 to 34 years...........................................................
35 to 39 years...........................................................
40 to 44 years...........................................................
45 to 49 years...........................................................
50 to 54 years...........................................................
55 to 59 years...........................................................
60 and 61 years..........................................................
62 to 64 years...........................................................
65 to 69 years...........................................................
70 to 74 years...........................................................
75 to 79 years...........................................................
80 to 84 years...........................................................
85 years and over........................................................
```

NATHANIEL JACKSON v. WARDEN
CASE NO. 4:07-cv-0880
SUPP. APPENDIX - Page 5061



1990 Census Of Population And Housing Summary Tape File 3C

   040 Ohio
   050 Hamilton County

RACE BY SEX BY AGE
Universe: Other race males

Under 1 year............................................................
1 and 2 years..........................................................
3 and 4 years..........................................................
5 years................................................................
6 years................................................................
7 to 9 years...........................................................
10 and 11 years........................................................
12 and 13 years........................................................
14 years...............................................................
15 years...............................................................
16 years...............................................................
17 years...............................................................
18 years...............................................................
19 years...............................................................
20 years...............................................................
21 years...............................................................
22 to 24 years.........................................................
25 to 29 years.........................................................
30 to 34 years.........................................................
35 to 39 years.........................................................
40 to 44 years.........................................................
45 to 49 years.........................................................
50 to 54 years.........................................................
55 to 59 years.........................................................
60 and 61 years........................................................
62 to 64 years.........................................................
65 to 69 years.........................................................
70 to 74 years.........................................................
75 to 79 years.........................................................
80 to 84 years.........................................................
85 years and over......................................................

1990 Census Of Population And Housing Summary Tape File 3C

040 Ohio
050 Hamilton County

RACE BY SEX BY AGE
Universe: Other race females

Under 1 year...............................................................
1 and 2 years.............................................................
3 and 4 years.............................................................
5 years...................................................................
6 years...................................................................
7 to 9 years..............................................................
10 and 11 years...........................................................
12 and 13 years...........................................................
14 years..................................................................
15 years..................................................................
16 years..................................................................
17 years..................................................................
18 years..................................................................
19 years..................................................................
20 years..................................................................
21 years..................................................................
22 to 24 years............................................................
25 to 29 years............................................................
30 to 34 years............................................................
35 to 39 years............................................................
40 to 44 years............................................................
45 to 49 years............................................................
50 to 54 years............................................................
55 to 59 years............................................................
60 and 61 years...........................................................
62 to 64 years............................................................
65 to 69 years............................................................
70 to 74 years............................................................
75 to 79 years............................................................
80 to 84 years............................................................
85 years and over.........................................................

Case: 4:07-cv-00880-JG Doc #: 47-14 Filed: 07/14/17 132 of 201. PageID #: 12750

Table 44. General Characteristics for Counties and County Subdivisions: 1980—Con.

[For meaning of symbols, see introduction. For definitions of terms, see appendixes A and B]

| Counties County Subdivisions | Total | Male | Female | [illegible] | [illegible] | [illegible] | [illegible] | Persons | Total | Persons | Persons | Total | Persons | Persons | [illegible] | [illegible] |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Greene County—Con. | | | | | | | | | | | | | | | | |
| [illegible] city | 4 [illegible] | 2 [illegible] | 2 [illegible] | [illegible] | 14 | [illegible] | [illegible] | 3 419 | 810 | 2 [illegible] | 475 | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] |
| Jefferson township | [illegible] | [illegible] | [illegible] | [illegible] | 84 | [illegible] | [illegible] | 1 514 | [illegible] | - | [illegible] | - | - | [illegible] | [illegible] | [illegible] |
| Miami township | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | 341 | 4 [illegible] | 1 [illegible] | 1 [illegible] | [illegible] | [illegible] | [illegible] | 44 | [illegible] | [illegible] |
| New Jasper township | [illegible] | [illegible] | 1 [illegible] | [illegible] | 119 | [illegible] | - | [illegible] 255 | [illegible] | [illegible] | 17 | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] |
| Ross township | [illegible] | [illegible] | [illegible] | [illegible] | 78 | [illegible] | - | [illegible] | 217 | [illegible] | - | - | - | [illegible] | [illegible] | [illegible] |
| Silver Creek township | 3 [illegible] | [illegible] | 1 [illegible] | [illegible] | 395 | [illegible] | 38 | 3 [illegible] | 1 [illegible] | 3 [illegible] | [illegible] 139 | 4 | [illegible] | [illegible] | [illegible] | [illegible] |
| Spring Valley township | [illegible] 472 | 1 [illegible] | 1 [illegible] | [illegible] | 176 | [illegible] | - | [illegible] 473 | 854 | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] |
| Sugar Creek township | 7 672 | 3 [illegible] | 3 739 | [illegible] | 406 | [illegible] | 4 | 7 620 | [illegible] 487 | 7 [illegible] | 5 | [illegible] | [illegible] | 43 | [illegible] | [illegible] |
| Xenia city | 24 653 | 11 857 | 12 796 | 7 [illegible] | 2 [illegible] | [illegible] | 44 | 21 150 | 7 429 | [illegible] 744 | 3 [illegible] | 1 [illegible] | [illegible] | [illegible] | [illegible] | [illegible] |
| Xenia township | [illegible] 314 | 3 [illegible] | 3 [illegible] | 1 [illegible] | 364 | [illegible] | 2 [illegible] | 4 [illegible] | 1 513 | 4 425 | [illegible] | 303 | [illegible] | [illegible] | 30 | [illegible] |
| Guernsey County | 42 [illegible] | [illegible] 145 | 21 [illegible] | [illegible] | 5 732 | [illegible] | 1 [illegible] | 41 [illegible] | 14 777 | [illegible] | [illegible] | [illegible] | [illegible] | 165 | 50 | [illegible] |
| Adams township | 1 757 | 851 | 893 | [illegible] | 123 | [illegible] | - | 1 741 | 562 | 1 [illegible] | - | - | - | 1 | 1 | [illegible] |
| Cambridge township | 13 259 | 8 514 | 9 545 | 4 758 | 3 029 | [illegible] | 727 | 17 622 | 6 742 | 15 742 | 565 | 127 | 559 | [illegible] | 1 | [illegible] |
| Center township | 1 554 | 751 | 783 | 423 | 195 | [illegible] | - | 1 525 | 552 | 1 533 | 21 | 5 | 25 | [illegible] | 35 | [illegible] |
| Jackson township | 5 534 | 2 673 | 2 711 | [illegible] | 623 | [illegible] | - | 3 566 | 1 993 | 5 564 | 11 | 3 | ... | 25 | 2 | [illegible] |
| Jefferson township | 51 | 29 | 22 | 13 | 8 | [illegible] | - | 51 | 17 | 51 | - | - | - | - | 13 | [illegible] |
| Knox township | 486 | 245 | 241 | 157 | 55 | [illegible] | - | 474 | 165 | ... | 12 | [illegible] | ... | - | - | - |
| Liberty township | 1 142 | 556 | 586 | 335 | 170 | [illegible] | 45 | 1 137 | 379 | 1 094 | 2 | - | ... | 4 | 1 | - |
| Londonderry township | 689 | 342 | 347 | 226 | 100 | [illegible] | - | 628 | 225 | ... | - | - | - | - | - | ... |
| Madison township | 661 | 336 | 325 | 207 | 102 | [illegible] | - | 659 | 225 | ... | - | - | - | - | - | - |
| Millwood township | 1 336 | 657 | 669 | 411 | 212 | [illegible] | - | 1 335 | 475 | ... | - | - | - | 2 | 1 | - |
| Monroe township | 570 | 290 | 300 | 218 | 66 | 27.3 | - | 587 | 179 | ... | 1 | 1 | ... | 6 | 1 | [illegible] |
| Oxford township | 632 | 305 | 327 | [illegible] | 79 | [illegible] | - | 631 | [illegible] | ... | - | - | - | - | - | [illegible] |
| Richland township | 1 511 | 741 | 770 | 432 | 194 | [illegible] | - | 1 529 | 548 | ... | - | - | - | 7 | 3 | [illegible] |
| Spencer township | 1 014 | 495 | 518 | 337 | 124 | [illegible] | - | 1 009 | 323 | 1 010 | 4 | [illegible] | ... | 10 | 1 | [illegible] |
| Valley township | 2 567 | 1 257 | 1 310 | 807 | 334 | [illegible] | - | 2 564 | 857 | 2 567 | - | - | - | 6 | 3 | [illegible] |
| Washington township | 491 | 246 | 245 | [illegible] | 50 | [illegible] | - | 489 | 125 | 491 | - | - | - | 1 | - | [illegible] |
| Westland township | 1 624 | 808 | 816 | 523 | 105 | [illegible] | 8 | 1 591 | 531 | 1 589 | 1 | - | ... | 4 | 2 | [illegible] |
| Wheeling township | 611 | 319 | 293 | [illegible] | 61 | [illegible] | - | 607 | 172 | ... | - | - | - | 4 | - | |
| Wills township | 1 353 | 681 | 672 | 448 | 177 | [illegible] | 32 | 1 251 | 446 | 1 319 | - | - | - | 2 | - | |
| Hamilton County | 873 224 | 413 352 | 459 [illegible] | 242 [illegible] | 104 459 | [illegible] | 19 217 | 699 429 | 261 [illegible] | 682 662 | 165 794 | 58 641 | 162 183 | 5 576 | 1 507 | [illegible] |
| Amberley village | 3 442 | 1 745 | 1 697 | [illegible] | 472 | [illegible] | - | 3 330 | 1 199 | 3 335 | 53 | 15 | 51 | 21 | 5 | [illegible] |
| Anderson township | 34 504 | 16 876 | 17 628 | [illegible] | 2 436 | [illegible] | 242 | 34 121 | 10 561 | 33 922 | 96 | 21 | 76 | 133 | 51 | [illegible] |
| Arlington Heights village | 1 082 | 513 | 569 | 297 | 153 | [illegible] | - | 1 071 | 425 | 1 071 | - | - | - | 14 | 5 | |
| Blue Ash city | 9 506 | 4 657 | 4 319 | 2 736 | 257 | [illegible] | 125 | 8 881 | 2 924 | 8 793 | 514 | 148 | 507 | 32 | 17 | [illegible] |
| Cheviot city | 9 888 | 4 406 | 5 482 | 2 294 | 2 226 | [illegible] | [illegible] | 9 827 | 4 283 | 9 734 | 5 | 4 | ... | 51 | 19 | [illegible] |
| Cincinnati city | 385 457 | 177 702 | 207 755 | [illegible] 254 | 55 712 | [illegible] | 14 [illegible] | 251 144 | 108 363 | 229 932 | 130 467 | 47 579 | [illegible] 203 | 2 988 | 1 071 | [illegible] |
| Colerain township | 56 583 | 27 908 | 28 675 | 17 [illegible] | 3 150 | [illegible] | - | 53 176 | 16 882 | 53 209 | 2 995 | 815 | 2 987 | 274 | 74 | [illegible] |
| Columbia township | 5 428 | 2 033 | 3 395 | [illegible] 733 | 944 | [illegible] | 4 | 5 296 | 2 052 | 5 289 | 1 082 | 312 | [illegible] | 55 | 19 | [illegible] |
| Crosby township | 2 470 | 1 222 | 1 248 | 779 | [illegible] | [illegible] | - | 2 459 | 832 | 2 461 | - | - | - | 4 | 1 | |
| Deer Park city | 6 745 | 3 093 | 3 652 | 2 493 | 1 473 | [illegible] | 203 | 6 729 | 2 619 | 6 529 | 9 | [illegible] | ... | 31 | 10 | [illegible] |
| Delhi township | 29 079 | 13 974 | 15 104 | [illegible] 820 | 2 216 | [illegible] | 772 | 28 825 | 8 734 | 28 055 | 47 | 20 | 58 | 131 | 25 | |
| Elmwood Place village | 2 840 | 1 323 | 1 517 | 773 | 419 | [illegible] | - | 2 794 | 1 117 | 2 796 | 25 | 15 | 23 | 37 | 4 | [illegible] |
| Evendale village | 1 954 | 954 | 970 | 575 | 143 | [illegible] | 167 | 1 860 | 561 | 1 715 | 43 | 13 | 33 | 24 | 3 | [illegible] |
| Forest Park city | 18 675 | 9 161 | 9 514 | 7 [illegible] | 583 | [illegible] | - | 12 [illegible] | 3 957 | 12 [illegible] | 5 533 | 1 456 | 5 530 | 144 | 23 | [illegible] |
| Glendale village | 2 368 | 1 123 | 1 245 | 544 | 322 | [illegible] | 19 | 1 891 | [illegible] | 1 877 | 461 | 158 | 465 | 8 | - | [illegible] |
| Golf Manor city | 4 317 | 2 013 | 2 304 | 935 | 800 | [illegible] | - | 3 525 | 1 592 | 3 520 | 745 | [illegible] | [illegible] | 42 | 17 | [illegible] |
| Green township | 50 717 | 24 844 | 25 873 | 14 953 | 5 137 | [illegible] | 139 | 50 326 | 16 128 | 50 159 | 104 | [illegible] | [illegible] | 149 | 43 | [illegible] |
| Greenhills city | 4 927 | 2 371 | 2 556 | 1 438 | 431 | [illegible] | - | 4 895 | 1 689 | 4 902 | 16 | 3 | 14 | 33 | 3 | [illegible] |
| Harrison township | 9 310 | 4 589 | 4 721 | [illegible] | 732 | [illegible] | - | 9 [illegible] | 3 143 | 9 283 | 1 | - | ... | 31 | 14 | |
| Lincoln Heights city | 5 259 | 2 391 | 2 868 | 1 833 | 670 | [illegible] | 54 | 43 | 7 | 19 | 5 199 | 1 785 | 5 135 | 25 | 13 | |
| Lockland city | 4 292 | 2 007 | 2 285 | 950 | 705 | [illegible] | - | 3 315 | 1 291 | 3 319 | 957 | 492 | 955 | 30 | 8 | |
| Lowland city | 7 385 | 3 651 | 3 734 | 2 732 | 273 | [illegible] | - | 7 152 | 2 126 | 7 166 | 167 | 55 | 166 | [illegible] | 8 | |
| Madeira city | 9 341 | 4 449 | 4 892 | 2 258 | 1 422 | 39.9 | [illegible] | 9 143 | 3 133 | [illegible] 945 | 44 | 12 | 43 | [illegible] | 8 | |
| Mariemont village | 3 295 | 1 435 | 1 860 | 712 | 561 | 41.3 | [illegible] | 3 273 | 1 426 | 3 286 | - | - | - | 13 | 6 | |
| Miami township | 9 941 | 4 951 | 4 990 | 3 [illegible] | 940 | [illegible] | 158 | 9 736 | 3 [illegible] | 9 563 | 162 | 56 | 185 | 49 | 17 | |
| Mount Healthy city | 7 562 | 3 416 | 4 146 | [illegible] | 1 213 | [illegible] | - | 7 384 | 3 [illegible] | 7 384 | 420 | 151 | 425 | 45 | 6 | |
| Newtown village | 1 817 | 883 | 934 | 563 | 104 | [illegible] | - | 1 813 | [illegible] | 1 817 | - | - | - | 5 | 1 | |
| North College Hill city | 11 114 | 5 173 | 5 941 | [illegible] | 1 883 | [illegible] | [illegible] | 10 [illegible] | 4 128 | 10 518 | 325 | [illegible] | 325 | [illegible] | [illegible] | |
| Norwood city | 26 342 | 12 [illegible] | 14 [illegible] | [illegible] | 3 561 | [illegible] | [illegible] | 26 259 | 10 [illegible] | 25 804 | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | |
| Reading city | 12 843 | 6 [illegible] | 6 [illegible] | [illegible] | 1 387 | [illegible] | [illegible] | 12 [illegible] | 4 [illegible] | 12 296 | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | |
| St. Bernard city | 5 396 | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | 5 [illegible] | [illegible] | 5 [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | |
| Sharonville city | 10 108 | [illegible] | 5 [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | |
| Silverton city | 6 172 | [illegible] | 3 [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | |
| Springdale city | 10 111 | 4 [illegible] | 5 [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | |
| Springfield township | [illegible] | [illegible] | [illegible] | [illegible] | 3 [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | |
| Sycamore township | [illegible] | [illegible] | [illegible] | [illegible] | 3 [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | |
| Symmes township | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | |
| Terrace Park village | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | - | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | |
| The Village of Indian Hill city | 5 [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | - | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | 4 | [illegible] | [illegible] | |
| Whitewater township | 4 [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | |
| Woodlawn village | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | - | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | |
| Wyoming city | 8 [illegible] | [illegible] | 4 [illegible] | [illegible] | [illegible] | [illegible] | - | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | |
| [illegible] County | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | |
| [illegible] township | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | - | [illegible] | [illegible] | [illegible] | - | - | - | [illegible] | [illegible] | |
| [illegible] township | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | - | [illegible] | [illegible] | [illegible] | - | - | - | [illegible] | [illegible] | |
| [illegible] township | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | - | [illegible] | [illegible] | [illegible] | - | - | - | [illegible] | [illegible] | |
| [illegible] township | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | - | [illegible] | [illegible] | [illegible] | - | - | - | [illegible] | [illegible] | |
| [illegible] township | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | - | [illegible] | [illegible] | [illegible] | - | - | - | [illegible] | [illegible] | |

NATHANIEL JACKSON v. WARDEN
CASE NO. 4:07-cv-0880
SUPP. APPENDIX - Page 5064

## 45. Age by Race, Spanish Origin, and Sex for Counties: 1980—Con.

[For meaning of symbols, see introduction. For definitions of terms, see appendixes A and B]

| | Race | | | | | | Spanish origin[1] | | Race | | | | | | Spanish origin[1] | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Total | | White | | Black | | | | Total | | White | | Black | | | |
| | Male | Female | Male | Female | Male | Female | Male | Female | Male | Female | Male | Female | Male | Female | Male | Female |
| | HAMILTON | | | | | | | | HANCOCK | | | | | | | |
| Total persons | 413 382 | 459 642 | 333 076 | 366 313 | 76 316 | 89 670 | 2 689 | 2 827 | 31 237 | 33 344 | 30 387 | 32 615 | 274 | 249 | 777 | 705 |
| | 31 875 | 30 505 | 23 711 | 22 469 | 7 682 | 7 600 | 303 | 240 | 2 572 | 2 454 | 2 424 | 2 373 | 32 | 25 | 95 | 81 |
| | 7 055 | 6 806 | 5 187 | 4 961 | 1 749 | 1 735 | 77 | 49 | 561 | 495 | 537 | 479 | 6 | 7 | 74 | 17 |
| | 6 625 | 6 318 | 4 956 | 4 636 | 1 620 | 1 594 | 77 | 50 | 479 | 494 | 487 | 478 | 5 | 7 | 11 | 19 |
| | 6 185 | 6 069 | 4 630 | 4 481 | 1 444 | 1 503 | 48 | 44 | 511 | 491 | 489 | 472 | 5 | 3 | 16 | 15 |
| | 5 992 | 5 671 | 4 495 | 4 183 | 1 418 | 1 468 | 51 | 57 | 449 | 473 | 465 | 453 | 9 | 6 | 73 | 20 |
| | 6 008 | 5 641 | 4 493 | 4 208 | 1 429 | 1 360 | 55 | 40 | 462 | 503 | 444 | 491 | 7 | 2 | 21 | 16 |
| | 31 675 | 30 561 | 23 428 | 22 444 | 7 849 | 7 764 | 254 | 244 | 2 755 | 2 572 | 2 647 | 2 484 | 70 | 25 | 97 | 76 |
| | 6 005 | 5 774 | 4 453 | 4 271 | 1 444 | 1 431 | 51 | 51 | 509 | 481 | 488 | 464 | 7 | 4 | 20 | 15 |
| | 5 761 | 5 706 | 4 263 | 4 184 | 1 472 | 1 452 | 41 | 52 | 506 | 447 | 488 | 434 | 3 | 5 | 17 | 22 |
| | 6 148 | 5 888 | 4 534 | 4 300 | 1 547 | 1 513 | 67 | 42 | 546 | 508 | 522 | 483 | 8 | 9 | 17 | 20 |
| | 6 529 | 6 161 | 4 802 | 4 517 | 1 642 | 1 541 | 43 | 53 | 571 | 540 | 554 | 528 | 3 | 6 | 22 | 16 |
| | 7 232 | 7 032 | 5 374 | 5 172 | 1 797 | 1 787 | 52 | 46 | 623 | 596 | 595 | 575 | 9 | 4 | 21 | 15 |
| | 35 671 | 33 944 | 27 190 | 25 700 | 8 159 | 7 940 | 255 | 242 | 2 757 | 2 601 | 2 668 | 2 527 | 20 | 16 | 87 | 101 |
| | 7 067 | 6 932 | 5 350 | 5 200 | 1 631 | 1 642 | 50 | 55 | 572 | 514 | 550 | 498 | 3 | 7 | 23 | 19 |
| | 7 036 | 6 534 | 5 351 | 4 905 | 1 634 | 1 568 | 59 | 48 | 568 | 525 | 549 | 513 | 7 | 1 | 14 | 23 |
| | 6 844 | 6 570 | 5 185 | 4 985 | 1 598 | 1 519 | 46 | 44 | 509 | 509 | 494 | 491 | 3 | 3 | 15 | 24 |
| | 7 152 | 6 756 | 5 466 | 5 119 | 1 619 | 1 583 | 55 | 44 | 532 | 504 | 517 | 495 | 3 | 2 | 11 | 9 |
| | 7 572 | 7 152 | 5 838 | 5 491 | 1 677 | 1 608 | 45 | 51 | 576 | 549 | 558 | 530 | 4 | 3 | 24 | 26 |
| | 41 339 | 40 924 | 32 448 | 31 471 | 8 590 | 9 183 | 314 | 334 | 2 976 | 2 968 | 2 870 | 2 895 | 29 | 26 | 87 | 86 |
| | 8 136 | 8 050 | 6 300 | 6 101 | 1 781 | 1 893 | 61 | 69 | 580 | 564 | 571 | 549 | 5 | 5 | 5 | 19 |
| | 8 446 | 7 923 | 6 565 | 6 085 | 1 817 | 1 790 | 53 | 52 | 632 | 592 | 610 | 580 | 4 | 2 | 24 | 14 |
| | 8 268 | 8 118 | 6 481 | 6 222 | 1 730 | 1 842 | 68 | 64 | 625 | 625 | 607 | 618 | 3 | 7 | 20 | 12 |
| | 8 296 | 8 112 | 6 529 | 6 260 | 1 704 | 1 807 | 65 | 78 | 581 | 591 | 556 | 572 | 12 | 9 | 19 | 16 |
| | 8 193 | 8 721 | 6 573 | 6 803 | 1 558 | 1 851 | 67 | 71 | 558 | 596 | 526 | 576 | 15 | 8 | 21 | 25 |
| | 40 871 | 44 145 | 33 353 | 34 681 | 7 183 | 9 110 | 273 | 301 | 2 851 | 2 925 | 2 743 | 2 844 | 40 | 42 | 89 | 59 |
| | 7 945 | 8 614 | 6 413 | 6 730 | 1 484 | 1 828 | 49 | 58 | 545 | 580 | 521 | 567 | 7 | 7 | 23 | 11 |
| | 7 861 | 8 652 | 6 389 | 6 767 | 1 424 | 1 822 | 53 | 56 | 518 | 595 | 501 | 560 | 7 | 8 | 15 | 14 |
| | 36 768 | 38 496 | 30 183 | 30 301 | 6 057 | 7 740 | 236 | 231 | 2 635 | 2 704 | 2 560 | 2 625 | 30 | 25 | 46 | 57 |
| | 30 807 | 32 195 | 25 601 | 25 640 | 4 746 | 6 098 | 194 | 219 | 2 384 | 2 525 | 2 315 | 2 470 | 23 | 13 | 46 | 54 |
| | 23 392 | 25 446 | 19 231 | 20 357 | 3 823 | 4 780 | 142 | 177 | 1 915 | 1 987 | 1 870 | 1 931 | 9 | 16 | 33 | 39 |
| | 20 299 | 22 870 | 16 674 | 18 343 | 3 368 | 4 313 | 140 | 154 | 1 675 | 1 739 | 1 639 | 1 710 | 11 | 9 | 29 | [illegible] |
| | 20 376 | 23 175 | 16 921 | 18 724 | 3 304 | 4 295 | 119 | 137 | 1 565 | 1 603 | 1 540 | 1 579 | 7 | 8 | 36 | 27 |
| | 22 499 | 25 232 | 18 895 | 20 584 | 3 452 | 4 506 | 127 | 133 | 1 553 | 1 641 | 1 521 | 1 612 | 9 | 13 | 30 | 34 |
| | 21 490 | 25 155 | 18 085 | 21 003 | 3 318 | 4 051 | 95 | 96 | 1 540 | 1 708 | 1 519 | 1 688 | 7 | 9 | 24 | 17 |
| | 17 470 | 21 635 | 14 639 | 17 977 | 2 727 | 3 562 | 68 | 100 | 1 259 | 1 492 | 1 250 | 1 482 | 4 | 2 | 7 | 12 |
| | 14 340 | 19 862 | 11 968 | 16 482 | 2 319 | 3 115 | 59 | 72 | 1 056 | 1 307 | 1 040 | 1 300 | 9 | 3 | 6 | [illegible] |
| | 10 995 | 17 139 | 9 252 | 14 675 | 1 673 | 2 411 | 51 | 55 | 751 | 1 096 | 742 | 1 084 | 3 | 6 | 7 | 10 |
| | 7 072 | 12 833 | 5 960 | 11 139 | 1 087 | 1 659 | 24 | 33 | 532 | 840 | 530 | 835 | 1 | 1 | 4 | [illegible] |
| | 3 941 | 8 645 | 3 356 | 7 749 | 568 | 861 | 18 | 27 | 290 | 620 | 288 | 617 | - | 2 | 1 | [illegible] |
| | 2 552 | 7 080 | 2 168 | 6 374 | 351 | 690 | 17 | 12 | 191 | 562 | 191 | 559 | - | 2 | 1 | [illegible] |
| | 259 311 | 340 741 | 239 421 | 277 292 | 47 298 | 60 349 | 1 675 | 1 916 | 21 366 | 23 936 | 20 860 | 23 484 | 150 | 171 | 299 | 40[illegible] |
| | 48 886 | 78 148 | 41 154 | 67 099 | 7 564 | 10 794 | 207 | 274 | 3 570 | 5 292 | 3 534 | 5 257 | 16 | 14 | 25 | [illegible] |
| | 38 900 | 65 559 | 32 734 | 56 619 | 6 028 | 8 726 | 169 | 219 | 2 820 | 4 425 | 2 791 | 4 395 | 13 | 14 | 19 | [illegible] |
| | 25.3 | 31.6 | 29.3 | 33.0 | 24.1 | 27.0 | 24.1 | 26.1 | 25.2 | 30.9 | 28.5 | 31.2 | 22.2 | 23.4 | 19.8 | [illegible] |
| | HARDIN | | | | | | | | HARRISON | | | | | | | |
| Total persons | 16 059 | 16 663 | 15 884 | 16 482 | 101 | 110 | 67 | 63 | 8 852 | 9 300 | 8 591 | 9 048 | 243 | 227 | 27 | [illegible] |
| | 1 240 | 1 196 | 1 233 | 1 177 | 4 | 6 | 8 | 9 | 691 | 651 | 664 | 635 | 26 | 16 | - | |
| | 259 | 239 | 258 | 238 | 1 | - | 2 | 1 | 149 | 134 | 143 | 132 | 5 | 2 | - | |
| | 240 | 228 | 238 | 222 | 1 | 1 | 3 | 6 | 124 | 121 | 117 | 115 | 7 | 6 | - | |
| | 255 | 235 | 255 | 230 | - | 1 | 1 | 1 | 156 | 132 | 151 | 129 | 5 | 3 | - | |
| | 235 | 245 | 235 | 242 | - | 2 | - | - | 134 | 131 | 128 | 128 | 6 | 3 | - | |
| | 251 | 249 | 247 | 245 | 2 | 2 | 2 | 1 | 128 | 133 | 125 | 131 | 3 | 2 | - | |
| | 1 271 | 1 322 | 1 258 | 1 310 | 10 | 8 | 1 | 1 | 729 | 697 | 708 | 669 | 19 | 24 | 1 | |
| | 250 | 255 | 248 | 252 | 1 | 3 | - | - | 132 | 107 | 124 | 104 | 7 | 2 | - | |
| | 239 | 245 | 239 | 242 | - | - | 1 | - | 139 | 140 | 132 | 137 | 6 | 2 | - | |
| | 268 | 261 | 266 | 259 | 2 | 2 | - | - | 161 | 134 | 160 | 130 | 1 | 4 | - | |
| | 256 | 272 | 251 | 271 | 3 | 1 | - | - | 147 | 145 | 143 | 136 | 4 | 9 | 1 | |
| | 268 | 289 | 264 | 286 | 4 | 2 | - | 1 | 150 | 171 | 149 | 162 | 1 | 7 | - | |
| | 1 313 | 1 255 | 1 301 | 1 233 | 6 | 16 | 5 | 8 | 783 | 721 | 749 | 696 | 29 | 23 | 2 | |
| | 281 | 237 | 279 | 230 | 2 | 5 | 1 | 2 | 168 | 136 | 162 | 132 | 4 | 2 | 2 | |
| | 258 | 263 | 266 | 256 | 1 | 2 | - | 3 | 149 | 142 | 140 | 132 | 8 | 10 | - | |
| | 266 | 263 | 264 | 260 | - | 2 | 2 | 2 | 153 | 163 | 146 | 158 | 5 | 5 | - | |
| | 255 | 253 | 252 | 248 | 2 | 4 | - | - | 154 | 135 | 148 | 132 | 6 | 3 | - | |
| | 243 | 242 | 240 | 239 | 1 | 3 | 2 | 1 | 159 | 145 | 153 | 142 | 6 | 3 | - | |
| | 1 807 | 1 628 | 1 773 | 1 617 | 19 | 14 | 9 | 7 | 815 | 761 | 781 | 732 | 31 | 26 | 6 | |
| | 318 | 251 | 315 | 248 | 3 | 3 | 1 | 1 | 188 | 162 | 181 | 159 | 5 | 3 | 2 | |
| | 317 | 240 | 314 | 240 | 2 | - | 2 | - | 167 | 166 | 158 | 161 | 9 | 4 | - | |
| | 303 | 290 | 295 | 287 | 4 | - | - | 3 | 175 | 163 | 166 | 158 | 9 | 5 | 2 | |
| | 296 | 412 | 287 | 402 | 1 | 7 | 4 | 3 | 160 | 161 | 155 | 156 | 5 | 4 | 1 | |
| | 475 | 445 | 459 | 440 | 5 | 4 | 2 | - | 125 | 129 | 121 | 118 | 3 | 10 | 1 | |
| | 2 040 | 1 752 | 2 004 | 1 744 | 18 | 10 | 9 | 6 | 692 | 707 | 672 | 687 | 19 | 19 | 3 | |
| | 484 | 428 | 475 | 423 | 3 | 3 | 1 | - | 135 | 138 | 130 | 136 | 4 | 2 | 1 | |
| | 442 | 399 | 429 | 392 | 7 | 5 | 2 | 1 | 139 | 136 | 134 | 132 | 5 | 4 | [illegible] | |
| | 1 331 | 1 241 | 1 315 | 1 230 | 10 | 6 | 6 | 3 | 758 | 729 | 735 | 720 | 21 | 17 | [illegible] | |
| | 1 087 | 1 135 | 1 077 | 1 123 | 4 | 9 | 6 | 3 | 567 | 599 | 551 | 584 | 15 | 13 | [illegible] | |
| | 907 | 872 | 895 | 867 | 1 | 8 | 2 | 3 | 508 | 485 | 494 | 476 | 14 | 5 | - | |
| | 727 | 799 | 715 | 794 | 2 | 3 | 1 | - | 423 | 428 | 417 | 415 | 6 | 12 | [illegible] | |
| | 743 | 727 | 728 | 719 | 2 | 5 | 5 | 6 | 396 | 474 | 387 | 463 | 8 | 9 | - | |
| | 704 | 769 | 696 | 763 | 2 | 3 | 2 | 5 | 502 | 512 | 490 | 499 | 12 | 12 | 5 | |
| | 748 | 819 | 744 | 814 | 4 | 1 | 4 | 2 | 456 | 562 | 444 | 546 | 12 | 14 | 1 | |
| | 640 | 722 | 636 | 717 | 2 | 4 | 4 | - | 472 | 523 | 464 | 514 | 7 | 8 | 1 | |
| | 550 | 674 | 546 | 669 | 2 | 4 | - | 3 | 403 | 493 | 391 | 481 | 11 | 12 | - | |
| | 410 | 559 | 409 | 552 | [illegible] | 5 | 3 | 4 | 374 | 347 | 371 | 342 | 3 | 5 | - | |
| | 290 | 490 | 286 | 484 | 2 | 5 | 1 | 1 | 188 | 272 | 186 | 267 | [illegible] | 3 | - | |
| | 134 | 333 | 134 | 329 | - | 3 | - | - | [illegible] | 169 | 117 | 166 | 5 | 3 | 1 | |
| | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | 1 | 1 | 73 | 160 | 70 | 156 | 3 | 4 | 1 | |

NATHANIEL JACKSON v. WARDEN
CASE NO. 4:07-cv-0880
SUPP. APPENDIX - Page 5065

Table B. Counties — Population Characteristics

| County | Population characteristics 1990—Con. Hispanic origin[1] Number | Hispanic origin[1] Percent of total | Age, percent — Under 5 years | 5 to 17 years | 18 to 20 years | 21 to 24 years | 25 to 34 years | 35 to 44 years | 45 to 54 years | 55 to 64 years | 65 to 74 years | 75 years and over | Males per 100 females | Percent foreign born | Language spoken at home,[2] percent speaking — Language other than English | Spanish | Movers[3] Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 |
| NORTH DAKOTA—Con. | | | | | | | | | | | | | | | | | |
| Slope | 1 | .1 | 6.9 | 23.0 | 3.1 | 3.7 | 13.7 | 14.9 | 9.2 | 13.0 | 9.9 | 3.6 | 111.4 | - | 1.7 | .5 | 23.1 |
| Stark | 125 | .6 | 7.9 | 21.5 | 4.2 | 5.2 | 17.1 | 13.9 | 8.7 | 8.0 | 7.2 | 6.0 | 95.7 | 1.1 | 10.4 | .3 | 44.7 |
| Steele | 5 | .2 | 6.6 | 19.5 | 2.1 | 2.5 | 12.9 | 12.3 | 11.5 | 12.3 | 11.3 | 8.4 | 100.8 | .8 | 5.8 | .1 | 27.7 |
| Stutsman | 84 | .4 | 6.7 | 19.3 | 4.3 | 4.4 | 15.4 | 14.4 | 9.5 | 9.9 | 8.5 | 7.7 | 95.3 | 1.1 | 7.5 | .5 | 41.1 |
| Towner | 5 | .1 | 7.9 | 19.0 | 2.7 | 3.0 | 13.6 | 12.3 | 8.5 | 10.4 | 10.9 | 11.7 | 100.4 | 1.3 | 4.7 | .1 | 30.5 |
| Traill | 101 | 1.2 | 6.3 | 19.3 | 5.1 | 4.9 | 13.3 | 12.4 | 9.3 | 9.0 | 9.7 | 10.6 | 96.0 | 1.3 | 9.1 | 1.0 | 38.9 |
| Walsh | 441 | 3.2 | 7.0 | 20.5 | 2.9 | 3.5 | 14.4 | 13.7 | 9.5 | 9.6 | 9.9 | 8.9 | 99.1 | 1.9 | 12.5 | 1.7 | 28.8 |
| Ward | 857 | 1.5 | 8.7 | 19.4 | 5.6 | 7.8 | 18.6 | 13.6 | 8.0 | 7.0 | 5.7 | 5.3 | 99.1 | 2.3 | 5.3 | 1.0 | 50.5 |
| Wells | 7 | .1 | 6.3 | 18.2 | 2.2 | 2.5 | 12.6 | 11.6 | 10.7 | 11.9 | 11.1 | 13.0 | 93.6 | 1.0 | 9.0 | - | 27.5 |
| Williams | 110 | .5 | 7.5 | 22.4 | 3.4 | 3.3 | 16.2 | 15.0 | 9.4 | 8.5 | 7.6 | 6.6 | 96.7 | 1.6 | 5.0 | .9 | 44.0 |
| OHIO | 139 696 | 1.3 | 7.2 | 18.6 | 4.7 | 5.8 | 16.5 | 14.9 | 10.3 | 9.0 | 7.5 | 5.3 | 93.0 | 2.4 | 5.4 | 1.4 | 42.4 |
| Adams | 90 | .4 | 7.3 | 21.7 | 4.3 | 5.4 | 14.4 | 13.8 | 10.5 | 9.1 | 7.8 | 5.8 | 96.4 | .3 | 2.3 | .6 | 41.9 |
| Allen | 1 240 | 1.1 | 7.6 | 19.8 | 4.9 | 5.2 | 16.1 | 14.5 | 9.8 | 8.9 | 7.7 | 5.7 | 98.1 | .5 | 2.8 | 1.0 | 41.2 |
| Ashland | 191 | .4 | 7.0 | 20.3 | 5.3 | 5.5 | 14.6 | 14.1 | 10.5 | 8.9 | 7.7 | 6.0 | 95.5 | 1.0 | 4.7 | .5 | 41.8 |
| Ashtabula | 1 538 | 1.5 | 7.3 | 20.0 | 4.0 | 4.8 | 14.8 | 14.6 | 10.3 | 9.5 | 8.5 | 6.2 | 93.4 | 1.6 | 5.7 | 1.5 | 39.8 |
| Athens | 438 | .7 | 5.4 | 15.0 | 15.5 | 13.5 | 14.3 | 12.0 | 8.0 | 6.5 | 5.6 | 4.2 | 96.3 | 3.5 | 5.3 | 1.2 | 55.8 |
| Auglaize | 243 | .5 | 8.0 | 21.3 | 3.8 | 4.9 | 15.7 | 14.7 | 9.5 | 8.7 | 7.5 | 5.9 | 95.0 | .5 | 2.9 | .6 | 37.0 |
| Belmont | 194 | .3 | 5.9 | 17.8 | 3.8 | 4.2 | 13.8 | 14.7 | 10.3 | 10.7 | 10.7 | 6.0 | 88.7 | 1.1 | 4.5 | .6 | 30.1 |
| Brown | 49 | .1 | 7.5 | 21.1 | 4.2 | 5.0 | 16.0 | 14.1 | 10.4 | 8.9 | 7.2 | 5.6 | 96.4 | .2 | 1.4 | .7 | 40.8 |
| Butler | 1 467 | .5 | 7.4 | 18.5 | 6.4 | 6.8 | 16.7 | 15.2 | 10.1 | 8.5 | 6.1 | 4.1 | 93.8 | 1.4 | 2.9 | .9 | 50.1 |
| Carroll | 99 | .4 | 7.0 | 20.4 | 4.1 | 4.2 | 15.5 | 15.0 | 10.8 | 9.4 | 8.3 | 5.4 | 96.5 | .5 | 3.1 | 1.2 | 34.0 |
| Champaign | 246 | .7 | 6.8 | 19.7 | 4.4 | 5.1 | 15.0 | 14.9 | 12.6 | 8.5 | 7.3 | 5.5 | 96.9 | .7 | 2.3 | .7 | 42.3 |
| Clark | 970 | .7 | 6.9 | 18.5 | 5.1 | 5.6 | 14.6 | 14.6 | 11.4 | 9.2 | 8.0 | 5.8 | 92.0 | 1.0 | 2.7 | 1.0 | 44.0 |
| Clermont | 721 | .5 | 8.2 | 21.2 | 4.3 | 5.5 | 18.3 | 16.0 | 10.4 | 7.5 | 5.3 | 3.4 | 96.2 | .9 | 2.5 | 1.0 | 46.7 |
| Clinton | 122 | .3 | 7.2 | 20.1 | 5.0 | 5.7 | 15.8 | 14.6 | 10.0 | 8.5 | 7.5 | 5.6 | 94.5 | .7 | 2.1 | .6 | 42.7 |
| Columbiana | 405 | .4 | 7.0 | 19.5 | 4.0 | 4.6 | 14.8 | 14.8 | 10.5 | 9.9 | 9.0 | 5.9 | 93.1 | .8 | 2.7 | .9 | 35.2 |
| Coshocton | 105 | .3 | 7.2 | 20.1 | 3.8 | 4.5 | 14.9 | 14.6 | 10.8 | 9.8 | 8.3 | 6.1 | 93.5 | .5 | 4.4 | .4 | 37.1 |
| Crawford | 246 | .5 | 7.2 | 19.5 | 4.1 | 4.8 | 15.1 | 14.2 | 11.2 | 9.4 | 8.2 | 6.3 | 93.4 | .6 | 2.4 | 1.2 | 36.8 |
| Cuyahoga | 31 447 | 2.2 | 7.1 | 16.8 | 4.0 | 5.4 | 16.8 | 14.4 | 10.0 | 9.8 | 9.2 | 6.4 | 88.5 | 5.6 | 10.5 | 2.2 | 39.2 |
| Darke | 343 | .6 | 7.2 | 20.4 | 4.0 | 5.0 | 15.1 | 14.0 | 10.8 | 8.8 | 8.1 | 6.6 | 93.9 | .5 | 2.4 | 1.0 | 37.0 |
| Defiance | 2 673 | 6.8 | 7.3 | 21.4 | 4.5 | 5.4 | 15.3 | 15.2 | 10.8 | 8.3 | 6.8 | 4.9 | 97.2 | .5 | 6.3 | 4.7 | 39.4 |
| Delaware | 336 | .5 | 7.4 | 20.1 | 5.2 | 4.8 | 15.4 | 18.0 | 11.7 | 8.2 | 5.3 | 3.8 | 97.9 | 1.7 | 3.0 | 1.1 | 49.9 |
| Erie | 1 180 | 1.5 | 7.0 | 19.1 | 4.0 | 4.5 | 15.3 | 15.2 | 11.3 | 9.8 | 8.4 | 5.2 | 94.5 | 1.5 | 3.5 | 1.0 | 40.1 |
| Fairfield | 489 | .5 | 6.9 | 20.2 | 4.9 | 5.0 | 15.3 | 16.3 | 11.6 | 8.6 | 6.5 | 4.8 | 98.4 | .9 | 2.3 | .9 | 43.9 |
| Fayette | 89 | .3 | 6.9 | 19.5 | 4.3 | 4.8 | 14.8 | 14.7 | 10.8 | 9.5 | 8.2 | 6.6 | 94.3 | .9 | 2.4 | .9 | 41.8 |
| Franklin | 9 236 | 1.0 | 7.6 | 17.0 | 5.5 | 7.9 | 20.1 | 15.3 | 9.3 | 7.6 | 5.7 | 3.9 | 93.1 | 3.4 | 5.5 | 1.2 | 54.2 |
| Fulton | 1 842 | 4.8 | 7.7 | 21.8 | 4.0 | 4.7 | 16.1 | 15.0 | 10.0 | 8.1 | 7.1 | 5.6 | 95.6 | 1.5 | 5.5 | 3.9 | 36.5 |
| Gallia | 156 | .5 | 6.8 | 19.9 | 5.0 | 5.1 | 15.8 | 14.1 | 11.2 | 9.3 | 7.2 | 5.6 | 95.6 | .8 | 1.9 | .5 | 38.5 |
| Geauga | 294 | .4 | 7.9 | 20.9 | 3.9 | 4.4 | 13.9 | 16.9 | 12.7 | 8.9 | 6.5 | 4.1 | 97.9 | 3.2 | 11.5 | .7 | 37.0 |
| Greene | 1 379 | 1.0 | 6.7 | 19.0 | 6.8 | 6.4 | 15.3 | 15.9 | 11.3 | 5.8 | 5.2 | 3.6 | 95.9 | 2.4 | 4.2 | 1.2 | 49.9 |
| Guernsey | 130 | .3 | 7.0 | 19.9 | 4.1 | 4.5 | 15.0 | 14.5 | 10.6 | 9.5 | 8.5 | 6.4 | 91.1 | .6 | 2.8 | .5 | 35.6 |
| Hamilton | 5 198 | .6 | 7.9 | 18.2 | 4.5 | 6.1 | 17.4 | 14.3 | 9.5 | 8.9 | 7.4 | 5.9 | 89.8 | 2.8 | 4.5 | 1.1 | 44.9 |
| Hancock | 1 680 | 2.6 | 7.4 | 19.5 | 4.4 | 5.5 | 16.6 | 14.9 | 10.4 | 8.3 | 7.4 | 5.6 | 93.9 | 1.3 | 3.9 | 1.9 | 43.6 |
| Hardin | 145 | .5 | 6.7 | 19.0 | 7.4 | 7.3 | 14.6 | 13.1 | 9.8 | 8.5 | 7.5 | 6.1 | 96.1 | .7 | 3.3 | .7 | 39.2 |
| Harrison | 43 | .3 | 5.5 | 19.5 | 3.9 | 4.3 | 13.8 | 14.5 | 10.5 | 10.4 | 9.9 | 7.5 | 93.3 | .6 | 3.4 | 1.3 | 30.2 |
| Henry | 1 332 | 4.6 | 7.7 | 21.4 | 4.0 | 4.8 | 15.6 | 13.9 | 10.1 | 9.0 | 7.5 | 6.1 | 96.9 | 1.0 | 7.0 | 3.4 | 33.7 |
| Highland | 108 | .3 | 7.3 | 20.1 | 4.1 | 4.9 | 14.8 | 13.7 | 10.5 | 9.6 | 8.5 | 6.5 | 94.4 | .5 | 1.8 | .7 | 43.5 |
| Hocking | 93 | .4 | 7.0 | 19.6 | 4.3 | 5.0 | 15.2 | 14.4 | 11.7 | 9.5 | 7.7 | 5.7 | 100.1 | .5 | 2.1 | .7 | 38.3 |
| Holmes | 123 | .4 | 10.8 | 25.1 | 4.7 | 5.3 | 14.7 | 12.4 | 8.7 | 7.5 | 5.9 | 4.9 | 96.9 | .5 | 43.0 | .2 | 31.3 |
| Huron | 1 006 | 1.8 | 8.1 | 21.2 | 4.2 | 5.3 | 16.1 | 14.6 | 10.0 | 8.6 | 7.0 | 4.9 | 94.8 | 1.0 | 3.6 | 1.5 | 38.5 |
| Jackson | 99 | .3 | 7.0 | 20.5 | 4.4 | 4.9 | 15.1 | 14.5 | 10.1 | 9.6 | 8.0 | 6.0 | 91.1 | .3 | 1.8 | 1.1 | 36.8 |
| Jefferson | 425 | .5 | 5.7 | 17.9 | 4.4 | 4.5 | 13.4 | 14.6 | 11.0 | 11.3 | 10.4 | 6.8 | 89.7 | 1.5 | 4.8 | .9 | 31.1 |
| Knox | 171 | .4 | 6.4 | 18.6 | 6.2 | 5.8 | 14.4 | 14.3 | 10.5 | 9.3 | 8.4 | 6.4 | 93.1 | 1.3 | 3.9 | .8 | 44.0 |
| Lake | 1 469 | .7 | 6.8 | 18.0 | 3.9 | 5.2 | 17.3 | 15.8 | 11.4 | 9.4 | 7.5 | 4.5 | 94.6 | 3.3 | 6.1 | .8 | 39.7 |
| Lawrence | 139 | .2 | 6.7 | 20.4 | 4.6 | 5.0 | 14.6 | 14.2 | 11.4 | 9.9 | 8.0 | 5.3 | 90.7 | .3 | 1.6 | 1.0 | 36.1 |
| Licking | 504 | .5 | 7.2 | 19.1 | 5.0 | 5.2 | 16.0 | 15.1 | 11.5 | 9.1 | 6.9 | 4.9 | 93.8 | .9 | 2.6 | .9 | 43.2 |
| Logan | 159 | .4 | 7.4 | 20.2 | 4.2 | 5.1 | 15.2 | 14.2 | 10.3 | 9.3 | 8.4 | 6.3 | 93.9 | .8 | 2.2 | .7 | 43.4 |
| Lorain | 15 291 | 5.6 | 7.4 | 20.1 | 4.9 | 5.4 | 16.2 | 15.5 | 10.4 | 8.7 | 7.1 | 4.5 | 94.8 | 2.4 | 8.1 | 4.1 | 40.3 |
| Lucas | 15 658 | 3.4 | 7.9 | 18.6 | 4.3 | 6.0 | 16.8 | 14.6 | 9.5 | 8.6 | 7.5 | 5.5 | 91.2 | 2.7 | 6.4 | 2.1 | 43.5 |
| Madison | 218 | .6 | 6.5 | 17.8 | 4.2 | 6.6 | 20.0 | 16.2 | 10.6 | 7.6 | 6.1 | 4.0 | 118.3 | .8 | 5.1 | 1.6 | 45.0 |
| Mahoning | 5 946 | 2.2 | 6.5 | 18.0 | 4.0 | 4.9 | 14.6 | 14.4 | 9.9 | 10.6 | 10.5 | 6.6 | 89.5 | 2.9 | 8.1 | 1.9 | 33.4 |
| Marion | 465 | .8 | 7.5 | 19.2 | 3.3 | 5.2 | 16.7 | 15.4 | 10.5 | 8.9 | 7.5 | 5.2 | 99.4 | 1.3 | 2.9 | 1.1 | 42.7 |
| Medina | 711 | .6 | 7.3 | 21.2 | 4.2 | 4.5 | 15.8 | 17.5 | 11.8 | 7.9 | 5.8 | 3.9 | 96.7 | 2.3 | 4.5 | .7 | 41.3 |
| Meigs | 59 | .3 | 6.6 | 20.3 | 4.1 | 4.8 | 14.1 | 14.6 | 10.9 | 9.6 | 8.7 | 6.3 | 93.7 | .4 | 2.1 | .5 | 35.8 |
| Mercer | 290 | .7 | 8.7 | 22.3 | 3.8 | 4.5 | 15.4 | 13.6 | 8.8 | 8.9 | 7.3 | 5.7 | 99.5 | .5 | 2.8 | .8 | 33.3 |
| Miami | 366 | .4 | 7.3 | 19.8 | 4.2 | 4.9 | 15.4 | 15.3 | 11.8 | 9.1 | 7.5 | 5.1 | 94.5 | 1.1 | 2.7 | .8 | 41.4 |
| Monroe | 24 | .2 | 8.2 | 19.5 | 4.0 | 4.5 | 13.6 | 14.5 | 12.0 | 10.0 | 8.5 | 7.1 | 96.6 | .2 | 2.5 | .4 | 23.5 |
| Montgomery | 4 539 | .8 | 7.4 | 17.5 | 4.5 | 6.1 | 17.5 | 14.8 | 10.5 | 9.3 | 7.6 | 5.3 | 91.9 | 2.3 | 4.3 | 1.2 | 46.7 |
| Morgan | 36 | .3 | 7.2 | 21.5 | 3.5 | 4.6 | 14.5 | 13.6 | 10.4 | 9.6 | 8.5 | 6.5 | 94.2 | .3 | 1.4 | .3 | 36.1 |
| Morrow | 32 | .3 | 7.3 | 21.7 | 4.4 | 4.7 | 15.2 | 15.3 | 11.7 | 8.6 | 6.3 | 4.7 | 98.5 | .5 | 2.9 | .9 | 35.3 |
| Muskingum | 247 | .3 | 7.2 | 19.5 | 4.8 | 5.5 | 15.4 | 14.0 | 10.3 | 9.4 | 7.8 | 6.2 | 90.9 | [illegible] | 2.3 | 1.3 | 38.3 |

[1]Persons of Hispanic origin may be of any race. [2]Persons 5 years old and over. [3]Persons 5 years old and over living in different house in 1990 than in 1985. ... years old and over who lived abroad in 1985 not shown separately.

Table B. Counties —  Area and Population

| Geographic area code | State and county code | County | Land area 1990 (Sq. mi.) | Total persons 1992 | Rank | Per square mile | 1990 | 1992 | Net change 1990-1992 Number | Percent | White | Black | American Indian, Eskimo or Aleut | Asian or Pacific Islander |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 |
| | | NORTH DAKOTA—Con | | | | | | | | | | | | |
| | 38 087 | Slope | 1 218 | 897 | 3 115 | 1 | 907 | 1 157 | -250 | -22.5 | 903 | | 2 | - |
| | 38 089 | Stark | 1 338 | 22 809 | 1 559 | 17 | 22 632 | 23 697 | -848 | -3.7 | 22 555 | 17 | 144 | 79 |
| | 38 091 | Steele | 712 | 2 309 | 3 036 | 3 | 2 420 | 3 106 | -797 | -25.7 | 2 415 | | 2 | 2 |
| | 38 093 | Stutsman | 2 222 | 21 638 | 1 606 | 10 | 22 241 | 24 154 | -2 316 | -9.6 | 21 930 | 51 | 141 | 96 |
| | 38 095 | Towner | 1 025 | 3 371 | 2 965 | 3 | 3 627 | 4 052 | -681 | -16.8 | 3 566 | 2 | 53 | 5 |
| | 38 097 | Traill | 862 | 8 562 | 2 510 | 10 | 8 752 | 9 624 | -1 062 | -11.0 | 8 616 | 12 | 24 | 22 |
| | 38 099 | Walsh | 1 282 | 13 191 | 2 128 | 10 | 13 640 | 15 371 | -2 180 | -14.2 | 13 453 | 17 | 97 | 59 |
| | 38 101 | Ward | 2 013 | 57 522 | 774 | 29 | 57 921 | 58 392 | -870 | -1.5 | 54 545 | 1 411 | 952 | 594 |
| | 38 103 | Wells | 1 271 | 5 345 | 2 801 | - | 5 464 | 6 976 | -1 434 | -20.5 | 5 849 | | 28 | 3 |
| | 38 105 | Williams | 2 071 | 20 813 | 1 652 | 10 | 21 129 | 22 237 | -1 424 | -6.4 | 20 025 | 15 | 1 010 | 43 |
| | 39 000 | OHIO | 40 953 | 11 021 419 | X | 269 | 10 847 115 | 10 797 603 | 223 816 | 2.1 | 9 521 756 | 1 154 825 | 20 358 | 91 179 |
| 4320 | 39 001 | Adams | 584 | 26 405 | 1 429 | 45 | 25 371 | 24 325 | 2 077 | 8.5 | 25 212 | 47 | 67 | 30 |
| | 39 003 | Allen | 405 | 110 179 | 424 | 272 | 108 765 | 112 241 | -2 062 | -1.8 | 95 177 | 12 313 | 202 | 572 |
| | 39 005 | Ashland | 424 | 48 823 | 876 | 115 | 47 507 | 46 178 | 2 455 | 5.3 | 46 646 | 460 | 49 | 271 |
| 1692 | 39 007 | Ashtabula | 703 | 100 924 | 471 | 144 | 99 821 | 104 215 | -3 291 | -3.2 | 95 465 | 3 138 | 196 | 350 |
| | 39 009 | Athens | 507 | 60 061 | 743 | 119 | 59 549 | 56 399 | 3 662 | 6.3 | 56 103 | 1 678 | 160 | 1 374 |
| 4320 | 39 011 | Auglaize | 401 | 45 963 | 918 | 115 | 44 585 | 42 554 | 3 429 | 8.1 | 44 225 | 66 | 50 | 177 |
| 9000 | 39 013 | Belmont | 537 | 70 696 | 646 | 132 | 71 074 | 62 569 | -11 873 | -14.4 | 69 520 | 1 308 | 81 | 129 |
| 1642 | 39 015 | Brown | 492 | 36 410 | 1 112 | 74 | 34 966 | 31 920 | 4 490 | 14.1 | 34 487 | 406 | 28 | 30 |
| 1642 | 39 017 | Butler | 467 | 305 041 | 166 | 653 | 291 479 | 258 787 | 46 254 | 17.9 | 274 892 | 13 134 | 379 | 2 659 |
| 1320 | 39 019 | Carroll | 395 | 27 204 | 1 406 | 63 | 26 521 | 25 598 | 1 606 | 6.3 | 26 254 | 135 | 65 | 29 |
| | 39 021 | Champaign | 429 | 36 646 | 1 104 | 36 | 36 019 | 33 649 | 2 997 | 8.9 | 34 698 | 992 | 68 | 113 |
| 2000 | 39 023 | Clark | 400 | 147 891 | 328 | 370 | 147 548 | 150 236 | -2 345 | -1.6 | 133 242 | 13 031 | 294 | 652 |
| 1642 | 39 025 | Clermont | 452 | 158 161 | 308 | 350 | 150 187 | 125 483 | 29 678 | 23.1 | 148 084 | 1 291 | 218 | 452 |
| | 39 027 | Clinton | 411 | 36 885 | 1 101 | 89 | 35 415 | 34 603 | 2 082 | 6.0 | 34 471 | 716 | 59 | 136 |
| 9320 | 39 029 | Columbiana | 532 | 110 451 | 432 | 207 | 108 276 | 112 572 | -2 181 | -2.7 | 106 369 | 1 409 | 174 | 215 |
| | 39 031 | Coshocton | 564 | 35 751 | 1 128 | 63 | 35 427 | 36 024 | -273 | -.8 | 34 819 | 415 | 68 | 112 |
| 4800 | 39 033 | Crawford | 402 | 47 680 | 895 | 118 | 47 870 | 50 075 | -2 415 | -4.8 | 47 361 | 253 | 67 | 118 |
| 1692 | 39 035 | Guyahoga | 458 | 1 411 209 | 17 | 3 079 | 1 412 140 | 1 498 400 | -87 191 | -5.8 | 1 025 756 | 350 185 | 2 532 | 18 608 |
| | 39 037 | Darke | 600 | 53 664 | 815 | 89 | 53 619 | 55 096 | -1 432 | -2.6 | 53 067 | 184 | 96 | 114 |
| | 39 039 | Defiance | 411 | 39 608 | 1 023 | 96 | 38 350 | 39 987 | -379 | -.9 | 38 962 | 493 | 80 | 121 |
| 1840 | 39 041 | Delaware | 443 | 71 402 | 636 | 161 | 66 929 | 53 840 | 17 562 | 32.6 | 64 828 | 1 424 | 104 | 285 |
| | 39 043 | Erie | 255 | 77 512 | 596 | 305 | 76 779 | 78 655 | -2 143 | -2.7 | 69 613 | 6 312 | 150 | 265 |
| 1840 | 39 045 | Fairfield | 506 | 109 318 | 427 | 216 | 103 461 | 93 678 | 15 640 | 16.7 | 101 610 | 1 153 | 193 | 278 |
| | 39 047 | Fayette | 407 | 27 872 | 1 385 | 69 | 27 466 | 27 467 | 405 | 1.5 | 25 593 | 662 | 50 | 101 |
| 1840 | 39 049 | Franklin | 540 | 992 095 | 32 | 1 827 | 961 437 | 869 126 | 122 968 | 14.1 | 783 714 | 152 840 | 2 056 | 19 432 |
| 8400 | 39 051 | Fulton | 407 | 39 709 | 1 028 | 96 | 38 498 | 37 751 | 1 958 | 5.2 | 37 097 | 93 | 62 | 137 |
| | 39 053 | Gallia | 469 | 32 303 | 1 230 | 69 | 30 954 | 30 098 | 2 252 | 7.4 | 29 831 | 871 | 67 | 136 |
| 1692 | 39 055 | Geauga | 404 | 83 241 | 561 | 206 | 81 129 | 74 474 | 8 767 | 11.8 | 79 629 | 1 056 | 83 | 312 |
| 2000 | 39 057 | Greene | 415 | 140 120 | 344 | 338 | 136 731 | 129 769 | 10 351 | 8.0 | 124 081 | 6 611 | 398 | 2 132 |
| | 39 059 | Guernsey | 522 | 39 340 | 1 040 | 75 | 39 024 | 42 024 | -2 684 | -6.4 | 38 166 | 616 | 70 | 141 |
| 1642 | 39 061 | Hamilton | 407 | 872 026 | 27 | 2 140 | 866 225 | 873 200 | -1 177 | -1 | 672 972 | 181 145 | 1 204 | 9 191 |
| | 39 063 | Hancock | 531 | 66 700 | 680 | 125 | 65 536 | 64 561 | 2 119 | 3.3 | 63 572 | 591 | 91 | 401 |
| | 39 065 | Hardin | 470 | 31 201 | 1 269 | 66 | 31 111 | 32 719 | -1 518 | -4.6 | 30 661 | 206 | 36 | 111 |
| | 39 067 | Harrison | 404 | 15 848 | 1 926 | 40 | 18 085 | 18 152 | -2 206 | -12.2 | 15 645 | 395 | 22 | 11 |
| | 39 069 | Henry | 417 | 29 452 | 1 320 | 71 | 29 108 | 28 283 | 1 069 | 3.8 | 27 951 | 147 | 53 | 91 |
| | 39 071 | Highland | 553 | 37 203 | 1 086 | 67 | 35 728 | 33 477 | 3 726 | 11.1 | 34 876 | 692 | 73 | 72 |
| | 39 073 | Hocking | 423 | 26 636 | 1 420 | 53 | 25 533 | 24 304 | 2 332 | 8.6 | 25 199 | 224 | 55 | 25 |
| | 39 075 | Holmes | 423 | 32 733 | 1 190 | 80 | 32 849 | 25 648 | 4 317 | 14.7 | 32 706 | 52 | 24 | 24 |
| | 39 077 | Huron | 492 | 57 656 | 772 | 117 | 56 240 | 54 608 | 2 048 | 5.6 | 54 982 | 597 | 85 | 15 |
| | 39 079 | Jackson | 420 | 31 375 | 1 262 | 75 | 30 230 | 30 592 | 783 | 2.6 | 29 395 | 218 | 53 | 15 |
| 8080 | 39 081 | Jefferson | 410 | 79 622 | 585 | 194 | 90 298 | 91 564 | -11 941 | -13.0 | 75 270 | 4 488 | 167 | 26 |
| | 39 083 | Knox | 527 | 48 478 | 880 | 92 | 47 473 | 46 304 | 2 174 | 4.7 | 46 747 | 281 | 93 | 18 |
| 1692 | 39 085 | Lake | 228 | 229 436 | 224 | 966 | 215 499 | 212 801 | 7 635 | 3.5 | 229 879 | 3 528 | 250 | 1 44 |
| 3400 | 39 087 | Lawrence | 455 | 63 105 | 707 | 139 | 61 834 | 63 649 | -744 | -1.2 | 60 115 | 1 559 | 51 | 7 |
| 1692 | 39 089 | Licking | 687 | 131 975 | 362 | 192 | 129 300 | 120 981 | 10 994 | 9.1 | 125 181 | 2 217 | 247 | 47 |
| | 39 091 | Logan | 459 | 43 701 | 950 | 95 | 42 310 | 39 155 | 4 546 | 11.6 | 41 156 | 806 | 58 | 24 |
| 1692 | 39 093 | Lorain | 493 | 276 679 | 186 | 562 | 271 126 | 274 909 | 1 770 | .6 | 243 369 | 21 220 | 736 | 1 47 |
| | 39 095 | Lucas | 340 | 461 508 | 108 | 1 356 | 462 361 | 471 741 | -10 233 | -2.2 | 380 135 | 84 456 | 1 164 | 4 90 |
| 1840 | 39 097 | Madison | 465 | 38 952 | 1 047 | 84 | 37 068 | 33 004 | 5 948 | 18.0 | 33 847 | 2 784 | 98 | 15 |
| 9320 | 39 099 | Mahoning | 415 | 265 607 | 192 | 640 | 264 306 | 289 487 | -23 880 | -8.2 | 221 109 | 39 681 | 444 | 93 |
| | 39 101 | Marion | 404 | 64 583 | 696 | 160 | 64 274 | 67 374 | -3 281 | -5.3 | 60 848 | 2 707 | 113 | 25 |
| 1692 | 39 103 | Medina | 422 | 128 513 | 374 | 305 | 122 354 | 113 150 | 15 362 | 13.5 | 120 554 | 850 | 172 | 42 |
| | 39 105 | Meigs | 430 | 23 429 | 1 534 | 55 | 22 967 | 23 641 | -205 | -.9 | 22 724 | 177 | 44 | 27 |
| | 39 107 | Mercer | 463 | 39 972 | 1 022 | 86 | 39 443 | 38 334 | 1 631 | 4.3 | 39 131 | 14 | 15 | 12 |
| 2000 | 39 109 | Miami | 407 | 94 894 | 504 | 233 | 93 182 | 90 381 | 4 513 | 5.3 | 90 510 | 1 779 | 158 | 82 |
| | 39 111 | Monroe | 456 | 15 250 | 1 941 | 34 | 15 497 | 17 382 | -2 102 | -12.1 | 15 421 | 19 | 10 | 7 |
| 2000 | 39 113 | Montgomery | 462 | 575 642 | 84 | 1 253 | 573 809 | 571 687 | 6 945 | 1.2 | 462 551 | 101 817 | 1 065 | 3 90 |
| | 39 115 | Morgan | 418 | 14 303 | 2 053 | 34 | 14 194 | 14 241 | 621 | -.3 | 13 524 | 573 | 64 | 3 |
| | 39 117 | Morrow | 406 | 29 577 | 1 361 | 72 | 27 749 | 26 480 | 2 097 | 7.9 | 29 430 | 68 | 49 | 11 |
| | 39 119 | Muskingum | 665 | 82 594 | 566 | 124 | 82 068 | 83 340 | -746 | -.9 | 78 125 | 3 464 | 214 | 15 |

¹Federal Information Processing Standards (FIPS) codes for metropolitan areas defined as of June 30, 1983.   FIPS codes for counties (South Enumerations) defined as of January
1990          ²Dry land and and temporarily in January covered by water      ³Based on 3,141 counties/county equivalents   when counties share the same rank, the next lower rank
counties      ⁴Based on 1990 land area

# NATIONAL
# JURY PROJECT.
### TRIAL CONSULTANTS

National Jure Project / Midwest
322 First Avenue North, Suite 500
Minneapolis MN  55401-1618
Phone 612 338 2244  Fax 612 338 2667
Email nipmidwest@nip.com

DATE

IFNOTBLANK(Mr/Mrs/Ms)FIELD(Mr/Mrs/Ms).ENDIF  FIELD(First name)
IFNOTBLANK(MI)FIELD(MI).ENDIF FIELD(Last name)
FIELD(Address)
FIELD(City), FIELD(State)  FIELD(Zip)

Dear FIELD(Mr/Mrs/Ms). FIELD(Last name):

I'm writing to you from the National Jury Project, a nonprofit jury research firm in
Minneapolis, Minnesota.  We spoke to you briefly by phone and can understand your
reluctance to relay information that way.  We have been mailing our survey unless we
are not sure of an address, and we hope that you will feel more comfortable with this in
writing.

We are gathering statistical background information about people who have formerly
been Grand Jurors in Ohio in the 1980's and 1990's.

All we need to know is your gender, date of birth, and your racial and ethnic
background.  This information is confidential, and your name will not be attached to
the survey report.  Call us toll free (1-877-338-2244) if you have any questions.

We would appreciate it if you would fill out the enclosed survey and mail it in the
stamped, addressed envelope we have included.  It's important that we receive this data
as soon as possible.  Please return the enclosed survey at your earliest convenience.

Thank you very much for your time.

Sincerely,

Diane Wiley
President  National Jury Project. Midwest

# NATIONAL JURY PROJECT/ MIDWEST

## SURVEY OF OHIO GRAND JURY POOL PARTICIPANTS

1.   What is your gender?          ☐ Female   ☐ Male

2.   What is your date of birth? _____

   *[We need this information to calculate your age*
   *at the time you were called for jury service.]*

3.   What is your ethnic background? _____

   *[Ethnic background means the country or countries that your family*
   *is originally from.*

   *If you are Hispanic or Latino, please note that here, and write your*
   *race in question 4.*

   *If you are Native American, please note your tribal affiliation*
   *here.]*

4.   What is your race?          _____ Caucasian [White]
                                 _____ African American [Black]
                                 _____ Native American [Indian]
                                 _____ Asian
                                 _____ Other [please explain]:
                                 _____

*Appendix III*

Hamilton County Grand Jury Forepersons

Death Indicting Grand Juries

Race and Gender

1982 – 1998

NATHANIEL JACKSON v. WARDEN
CASE NO. 4:07-cv-0880
SUPP. APPENDIX - Page 5070

## Hamilton County Grand Jury Forepersons 1982 – 1998
### Death Indicting Grand Juries
### Gender and Race[1]

| GJ # | Panel Date | Indictment Number | Gender | Race |
|------|-----------|-------------------|--------|------|
| 1 | 07/12/82 | 823360 | Male | White |
| 2 | 08/23/82 | 823723 | Female | White |
| 2 | 08/23/82 | 824004 | | |
| 3[2] | 12/06/82B | 825419 | Male | White |
| 3 | 12/06/82B | 825419 | | |
| 4 | 05/09/83 | 831662 | Male | White |
| 4 | 05/09/83 | 831880 | | |
| 5 | 06/20/83 | 832363 | Male | White |
| 5 | 06/20/83 | 832526 | | |
| 6 | 10/03/83 | 833488 | Male | White |
| 7 | 09/12/83 | 833548 | Male | White |
| 8 | 02/13/84 | 840343 | Male | White |
| 9 | 05/07/84 | 841565 | Male | White |
| 10 | 05/29/84 | 842052 | Male | White |
| 11 | 07/09/84 | 842559 | Male | White |
| 12 | 08/20/84 | 842856 | Male | White |
| 13 | 09/10/84 | 843195 | Male | White |
| 14 | 10/01/84 | 843548 | Male | White |
| 14 | 10/01/84 | 843548 | | |

| GJ # | Panel Date | Indictment Number | Gender | Race |
|------|-----------|-------------------|--------|------|
| 28 | 04/20/87 | 871616 | | |
| 28 | 04/20/87 | 871616 | | |
| 29 | 06/01/87 | 872354 | Male | White |
| 30 | 07/13/87 | 872327 | Female | White |
| 30 | 07/13/87 | 872932 | | |
| 31 | 08/24/87 | 873937 | Male | Black |
| 32 | 09/14/87 | 874130 | Female | White |
| 32 | 09/14/87 | 874248 | | |
| 33 | 10/05/87 | 874498 | Male | White |
| 34 | 01/25/88 | 880571 | Male | White |
| 34 | 01/25/88 | 880571 | | |
| 35 | 02/16/88 | 881133 | Male | White |
| 36 | 05/09/88 | 882197 | Male | White |
| 36 | 05/09/88 | 882581 | | |
| 36 | 05/09/88 | 882582 | | |
| 37 | 08/22/88 | 884127 | Male | White |
| 38 | 10/24/88 | 884948 | Male | White |
| 39 | 12/05/88 | 885474 | Female | Black |
| 39 | 12/05/88 | 885912 | | |
| 39 | 12/05/88 | 886499 | | |
| 39 | 12/05/88 | 886499 | | |
| 39 | 12/05/88 | 886499 | | |
| 39 | 12/05/88 | 886499 | | |
| | | | | White |



NATIONAL
JURY PROJECT.
TRIAL CONSULTANTS

National Jury Project Midwest
322 First Avenue North, Suite 500
Minneapolis MN 55401-1618
Phone 612 338 2244  Fax 612 338 2007
Email eqnaljury@aol.com

DATE

IFNOTBLANK(Mr/Mrs/Ms)FIELD(Mr/Mrs/Ms).ENDIF  FIELD(First name)
IFNOTBLANK(MI)FIELD(MI).ENDIF FIELD(Last name)
FIELD(Address)
FIELD(City), FIELD(State)  FIELD(Zip)

Dear FIELD(Mr/Mrs/Ms). FIELD(Last name):

I'm writing to you from the National Jury Project, a nonprofit jury research firm in
Minneapolis, Minnesota.

We are conducting a survey of people who have formerly been Grand Jurors in Ohio.
We are gathering statistical background information about the characteristics of those
who were Grand Jurors in the 1980's and 1990's.

All we need to know is your gender, date of birth, and your racial and ethnic
background.  This information is confidential, and your name will not be attached to
the survey report.

We would appreciate it if you would fill out the enclosed survey and mail it in the
stamped, addressed envelope we have included.  It's important that we receive this data
as soon as possible.  Please return the enclosed survey at your earliest convenience.

Thank you for your time.

Sincerely,

Diane Wiley
President, National Jury Project/ Midwest

| GJ # | Panel Date | Indictment Number | Gender | Race |
|------|-----------|-------------------|--------|------|
| 14 | 10/01/84 | 843643 | | |
| 14 | 10/01/84 | 843643 | | |
| 14 | 10/01/84 | 843648 | | |
| 14 | 10/01/84 | 843648 | | |
| 14 | 10/01/84 | 843648 | | |
| 15 | 11/13/84 | 843996 | Male | White |
| 15 | 11/13/84 | 844056 | Male | White |
| 16 | 01/22/85 | 850379 | Male | White |
| 17 | 02/11/85 | 850757 | Female | White |
| 18 | 04/15/85 | 850996 | Male | White |
| 18 | 04/15/85 | 851343 | | |
| 18 | 04/15/85 | 851389 | | |
| 19 | 06/17/85 | 852200 | Male | White |
| 20 | 08/19/85 | 852819 | Male | White |
| 21 | 01/06/86 | 854770 | Male | White |
| 22 | 07/14/86 | 862795 | Male | White |
| 22 | 07/14/86 | 862795 | | |
| 23 | 08/25/86 | 863255 | Male | White |
| 23 | 08/25/86 | 863632 | | |
| 24 | 12/08/86 | 864783 | Male | White |
| 24 | 12/08/86 | 865188 | | |
| 25 | 01/05/87 | 870023 | Male | White |
| 26 | 02/17/87 | 870230 | Female | White |
| | | 870?7?3 | Male | White |

| GJ # | Panel Date | Indictment Number | Gender | Race |
|------|-----------|-------------------|--------|------|
| 41 | 01/23/89 | 890531 | Male | White |
| 42 | 03/27/89 | 891969 | Male | White |
| 43 | 07/10/89 | 893997 | Male | White |
| 44 | 07/31/89 | 894075 | Male | White |
| 45 | 08/21/89 | 893838 | Male | White |
| 45 | 08/21/89 | 895119 | | |
| 46 | 10/02/89 | 895569 | Male | White |
| 47 | 11/13/89 | 896884 | Male | White |
| 48 | 01/22/90 | 897902 | Female | White |
| 49 | 02/12/90 | 900857 | Male | White |
| 49 | 02/12/90 | 901379 | | |
| 50 | 03/26/90 | 901813 | Male | White |
| 50 | 03/26/90 | 901813 | | |
| 50 | 03/26/90 | 902669 | | |
| 50 | 03/26/90 | 902670 | | |
| 50 | 03/26/90 | 902673 | | |
| 51[3] | 07/23/90[4] | 904939 | Male | White |
| 52 | 08/20/90A | 905138 | Male | White |
| 53 | 03/25/91B | 912206 | Male | White |
| 54 | 04/15/91A | 912352 | Male | White |
| 55 | 05/28/91B | 913654 | Male | White |

| GJ # | Panel Date | Indictment Number | Gender | Race |
|------|-----------|-------------------|--------|------|
| 56 | 06/17/91A | 913882 | Female | White |
| 57 | 07/29/91B | 915170 | Male | White |
| 58 | 10/21/91A | 917408 | Female | White |
| 58 | 10/21/91A | 917409 | | |
| 59 | 10/21/91B | 917546 | Male | White |
| 60 | 11/12/91A | 917930 | Male | White |
| 61 | 12/02/91B | 918216 | Male | White |
| 62 | 01/27/92A | 920826 | Female | White |
| 62 | 01/27/92A | 920871 | | |
| 62 | 01/27/92A | 920871 | | |
| 62 | 01/27/92A | 920871 | | |
| 63 | 03/30/92A | 922977 | Female | Black |
| 64 | 07/13/92A | 925177 | Female | White |
| 65 | 08/03/92A | 925607 | Female | Black |
| 65 | 08/03/92A | 925608 | | |
| 66 | 08/24/92B | 926287 | Male | White |
| 67 | 09/14/92B | 926654 | Male | White |
| 68 | 01/25/93A | 930752 | Male | White |
| 69 | 12/06/93B | 939022 | Male | White |
| 70 | 01/24/94B | 9404664 | Male | White |
| 70 | 01/24/94B | 940481 | | |
| 70 | 01/24/94B | 940661 | | |
| 71 | 05/13/94A | 943355 | Male | White |
| | | 911115 | Female | White |

| GJ # | Panel Date | Indictment Number | Gender | Race |
|------|-----------|-------------------|--------|------|
| 74 | 05/01/95A | 954059 | Unknown | White |
| 75 | 07/03/95B | 956166 | Female | White |
| 76 | 09/25/95B | 958578 | Male | White |
| 77 | 12/18/95A | 959999 | Male | Unknown |
| 78 | 01/08/96A | 960135 | Male | White |
| 79 | 03/24/97A | 972360 | Female | White |
| 79 | 03/24/97B | 972360 | | |
| 80 | 04/14/97A | 973305 | Male | White |
| 81 | 09/08/97A | 976761 | Female | White |
| 82 | 11/10/97B | 978596 | Male | White |
| 82 | 11/10/97B | 978745 | | |
| 83[5] | 11/13/97[6] | 978598 | Female | White |
| 84 | 12/15/97A | 979438 | Female | White |
| 84 | 12/15/97A | 979439 | | |
| 84 | 12/15/97A | 979440 | | |
| 85 | 12/15/97B | 979589 | Male | White |
| 86 | 06/01/98A | 9803597 | Male | White |
| 87 | 06/22/98A | 9804098 | Male | White |
| 87 | 06/22/98A | 9804522 | | |



*Appendix IV*

Data Collection Materials

OCT-26-1999 15:23      STATE OF OHIO      614 728 3670   P.03/03

# Registrar of Vital Statistics
## Certified Copy

FEE EXEMPT

THE FACE OF THIS DOCUMENT HAS A COLORED BACKGROUND · NOT A WHITE BACKGROUND

COMMONWEALTH OF KENTUCKY
DEPARTMENT FOR HEALTH SERVICES
CERTIFICATE OF DEATH

13592



Death certificate — Commonwealth of Kentucky. Selected legible fields:

- Deceased: LELTAS K. RARDIN
- Date of Death: May 17, 1991
- Place of Death: Glassey, Kentucky
- Hospital
- St. Elizabeth South Hospital, Edgewood
- County of Death: Kenton 059
- Married — Lillie R. Rollo
- Police Specialist — City of Cincinnati
- Time of Death: 11:00 P.M.
- Funeral Home: Gilbert & Woodruff Funeral Home, 2880 Boudinot Avenue, Cincinnati, OH 45238
- Cemetery: Mt. Healthy, Ohio
- Cause of Death: Asthma
- Registrar: MAY 23 1991

NATHANIEL JACKSON v. WARDEN
CASE NO. 4:07-cv-0880
SUPP. APPENDIX - Page 5079

NOV-01-1999  13:30                    STATE OF OHIO                          614 728 3670    P.04/0

AN EXACT COPY OF THE ORIGINAL
RECORD WHICH IS REGISTERED AND
PRESERVED IN VITAL STATISTICS,
OHIO DEPARTMENT OF HEALTH.
WITNESS MY SIGNATURE AND THE
SEAL OF THE DEPARTMENT.

031876

## OHIO DEPARTMENT OF HEALTH
### DIVISION OF VITAL STATISTICS
### CERTIFICATE OF DEATH

3101

| | First | Middle | Last | SEX | DATE OF DEATH |
|---|---|---|---|---|---|
| NAME | Louis | H. | STEINBERG | Male | January 4, 1986 |

| Color or Race | AGE—Last Birthday | UNDER 1 YEAR | UNDER 1 DAY | DATE OF BIRTH | COUNTY OF DEATH |
|---|---|---|---|---|---|
| White | 80 | | | | Hamilton |

| CITY, VILLAGE OR LOCATION OF DEATH | HOSPITAL OR OTHER INSTITUTION |
|---|---|
| Cincinnati | St. Frances - St. George Hospital |

PLACE OF BIRTH: Ohio U. S. A.      CITIZEN OF WHAT COUNTRY: U. S. A.      ORIGIN OR DESCENT: Russian

DECEASED EVER IN U.S. ARMED FORCES: Yes  World War II      MARRIED, NEVER MARRIED, WIDOWED, DIVORCED: Never Married

USUAL OCCUPATION: Mail Clerk      KIND OF BUSINESS OR INDUSTRY: U.S. Postal Service

| RESIDENCE—STATE | COUNTY | CITY, VILLAGE OR LOCATION | STREET AND NUMBER |
|---|---|---|---|
| Ohio | Hamilton | Cheviot | 3805 Dina Terrace |

| FATHER—NAME | First | Middle | Last | MOTHER—MAIDEN NAME |
|---|---|---|---|---|
| | Benjamin | | Steinberg | Mary Franklin |

INFORMANT—NAME: Ida Steinberg      MAILING ADDRESS: Cincinnati, Ohio, 45224

DEATH WAS CAUSED BY: [ENTER ONLY ONE CAUSE PER LINE FOR (a), (b), AND (c)].

IMMEDIATE CAUSE (a) Cardiogenic Shock
DUE TO, OR AS A CONSEQUENCE OF: (b) Acute Myocardial Infarction  410X
DUE TO, OR AS A CONSEQUENCE OF: (c)

| DATE OF INJURY | HOUR | | |
|---|---|---|---|

PLACE OF INJURY      LOCATION

To be Completed by ATTENDING PHYSICIAN Only

SIGNED (Mo., Day, Year): 1/4/86      HOUR OF DEATH: 255  A.M.

ADDRESS OF CERTIFYING PHYSICIAN OR CORONER: 21 E. Hollister St. Cincinnati, OH 45219

| CREMATION DATE | NAME OF CEMETERY OR CREMATORY | LOCATION |
|---|---|---|
| Jan. 6, '86 | Cincinnati Cremation Co. | Cincinnati, Ohio |

NOV-01-1999  13:29     STATE OF OHIO                    614 728 3670    P.03/0.

Ohio Department of Health
VITAL STATISTICS
CERTIFICATE OF DEATH 019310.

Reg. Dist. No. 3101                                      State File No.
Primary Reg. Dist. No.                                   Registrant's No.  11281

DECEDENT'S NAME: ROBERT WYNNE                    Sex: Male    DATE OF DEATH: February 25, 195

SOCIAL SECURITY NUMBER:        AGE: 68          DATE OF BIRTH: 4/6/42 to.    PLACE OF DEATH: Cincinnati, Ohio

WAS DECEDENT EVER IN U.S. ARMED FORCES: 4/6/42 to 12/6/65

HOSPITAL: VA Medical Center

CITY, VILLAGE OR LOCATION OF DEATH: Cincinnati    COUNTY OF DEATH: Hamilton

MARITAL STATUS: Widowed    SURVIVING SPOUSE: ----    USUAL OCCUPATION: Postal Clerk    KIND OF BUSINESS/INDUSTRY: U.S. Postal Servi

RESIDENCE - STATE: Ohio    COUNTY: Hamilton    CITY, TOWN, OR LOCATION: Cincinnati    STREET AND NUMBER: 2570 Harrison Avenue Apt. 301

ZIP CODE: 45211    WAS DECEDENT OF HISPANIC ORIGIN: ---- No    RACE: White    EDUCATION: 10

FATHER'S NAME: Edward Wynne    MOTHER'S NAME: Julia Dooley

INFORMANT'S NAME: Ruth A. Berwanzer    MAILING ADDRESS: Batavia, Ohio 45103

PLACE OF DISPOSITION: St. Joseph Cemetery-New    LOCATION: Cincinnati, Ohio

DATE OF DISPOSITION: February 28, 1989    NAME OF EMBALMER: Fred S. Nicholls    LICENSE NUMBER: 5951 A

SIGNATURE OF FUNERAL SERVICE LICENSEE: Wm. Frederick Lockey    LICENSE NUMBER: 6630    NAME AND ADDRESS OF FACILITY: Frederick Funeral Home 4523 2553 Banning Road, Cincinnati, Ohi

REGISTRAR'S SIGNATURE:                    DATE FILED: MAR 2 3 1989

CERTIFYING PHYSICIAN: To the best of my knowledge, death occurred at the time, date, and place, and due to the cause(s) and manner as stated.

DATE OF DEATH: 5:30AM    DATE PRONOUNCED DEAD: 2/25/89    WAS CASE REFERRED TO CORONER: No

SIGNATURE AND TITLE OF CERTIFIER: Shula C. Silvarino    LICENSE NUMBER: 055183    DATE SIGNED: 3/2/89

NAME AND ADDRESS OF PERSON WHO COMPLETED CAUSE OF DEATH: SHULA C. GELMAN, MD VA Ft. Thomas Nursing Home 3200 Vine Street Cincinnati, Ohio 45220

IMMEDIATE CAUSE: End stage renal disease.    Interval: 5 yrs.

DUE TO (OR AS A CONSEQUENCE OF):

DUE TO (OR AS A CONSEQUENCE OF):

DUE TO (OR AS A CONSEQUENCE OF):

OTHER SIGNIFICANT CONDITIONS: Coronary artery disease; status post CABG 4, peripheral vascular disease, status post bilateral BKA, diabetes

WAS AN AUTOPSY PERFORMED: No

WAS AN AUTOPSY FINDINGS AVAILABLE PRIOR TO COMPLETION OF CAUSE OF DEATH: No

Affidavit of
Lucinda Belev

STATE OF MINNESOTA )
) SS
COUNTY OF HENNEPIN )

Lucinda Belev, being first duly sworn, on oath, deposes and says:

1. I have been employed by the National Jury Project/ Midwest, 322 First Avenue North, Suite 500, Minneapolis, Minnesota 55401 as an Administrative Assistant since July 1996.

2. I am in charge of sending, receiving, and recording all questionnaires sent to Hamilton County Grand Jurors in June 1999.

3. I received questionnaires for the following former Hamilton County Grand Juror Forepersons: Elizabeth Davis, John J. Kennedy, Meyer Schneider, Glenn Laib, Thomas Lindsey, Kenneth Gates, and Debbie Mahaffey.

4. I accurately recorded their answers in the Hamilton County Grand Juror database.

Further affiant saith not.

_Lucinda M. Belev_
Lucinda Belev

Sworn to and subscribed to before me this 31st day of January 2000.

NATHANIEL JACKSON v. WARDEN
CASE NO. 4:07-cv-0880
SUPP. APPENDIX - Page 5082

Affidavit of
Sophia Breer

STATE OF MINNESOTA   )
                               ) SS
COUNTY OF HENNEPIN   )

Sophia Breer, being first duly sworn, on oath, deposes and says:

1.     I have been employed by the National Jury Project/ Midwest, 322 First Avenue North, Suite 500, Minneapolis, Minnesota 55401 as Recruiting Specialist since January 1992.

2.     I interviewed former Grand Jury Foreperson Charles Caffaro.

3.     I also interviewed the neighbor of Barry Manor, also a former Hamilton County Grand Jury Foreperson.

4.     I accurately recorded their answers on the appropriate questionnaires.

Further affiant saith not.

_____
Sophia Breer

Sworn to and subscribed to before me this ___ day of February 2000.

Affidavit of
Barbara Abel

STATE OF MINNESOTA    )
                            ) SS
COUNTY OF HENNEPIN    )

Barbara Abel, being first duly sworn, on oath, deposes and says:

1. I was employed by the National Jury Project/ Midwest, 322 First Avenue North, Suite 500, Minneapolis, Minnesota 55401 in June 1999 to interview former Hamilton County Grand Jurors as to their gender, date of birth, ethnic background, and race. (See Appendix 1 for survey questionnaire.)

2. I interviewed former Grand Jury Forepersons Raymond Moore and Robert Haney.

3. I also interviewed the wife of Paul Hill, and the daughter of Juanita Crosswhite, also former Hamilton County Grand Jury Forepersons.

4. I accurately recorded their answers on the appropriate questionnaires.

Further affiant saith not.

                                                Barbara Abel

Sworn to and subscribed to before me this ⁷ day of February 2000.

NATHANIEL JACKSON v. WARDEN
CASE NO. 4:07-cv-0880
SUPP. APPENDIX - Page 5084

## AFFIDAVIT OF PAM SWANSON

STATE OF OHIO )
                   )   ss:
COUNTY OF FRANKLIN )

     I, Pam Swanson, after being duly sworn according to law, state as follows:

     1)     I am an investigator employed by the Ohio Public Defender ("OPD").

     2)     In the course of my employment, OPD requested that I verify the race of individuals who had served as grand jury forepeople in Hamilton County, Ohio.

     3)     I verified that Foreperson Andrew Hopple is a white male.

     4)     I verified that Foreperson Sidney A. Hannah is white.

     Further affiant saith naught.

                                  _Pam Swanson_
                                    PAM SWANSON

Sworn to and subscribed in my presence this 23 day of February, 2000

                                  _Dorian L. Hall_
                                    NOTARY PUBLIC

**DORIAN L. HALL**
NOTARY PUBLIC, STATE OF OHIO
MY COMMISSION EXPIRES JULY 7, 2003

## AFFIDAVIT OF FELVIN FORD

STATE OF OHIO )
                  ) ss:
COUNTY OF FRANKLIN )

I, Kelvin Ford, after being duly sworn according to law, state as follows:

1) I am an investigator employed by the Ohio Public Defender ("OPD").

2) In the course of my employment, OPD requested that I verify the race of individuals who had served as grand jury forepeople in Hamilton County, Ohio.

3) I verified that Foreperson Rufus A. Wilson is a black male.

4) I verified that Foreperson Myles Beresford is a white male.

5) I verified that Foreperson Sharyn K. Kramer is a white female.

6) I verified that Foreperson Gordon A. Moore is a white male.

Further affiant saith naught.

_____
KELVIN FORD

Sworn to and subscribed in my presence this 23 day of February, 2000

_____
NOTARY PUBLIC

DORIAN L. HALL
NOTARY PUBLIC, STATE OF OHIO
MY COMMISSION EXPIRES JULY 7, 2003

NATHANIEL JACKSON v. WARDEN
CASE NO. 4:07-cv-0880
SUPP. APPENDIX - Page 5086

## AFFIDAVIT OF MARCIA DUKES

STATE OF OHIO )
) ss:
COUNTY OF FRANKLIN )

I, Marcia Dukes, after being duly sworn according to law, state as follows:

1) I am an investigator employed by the Ohio Public Defender ("OPD").

2) In the course of my employment, OPD requested that I verify the race of individuals who had served as grand jury forepeople in Hamilton County, Ohio.

3) I verified that Foreperson David C. Turner is a white male.

4) I verified that Foreperson Mary Swart is a white female.

5) I verified that Foreperson Pamela Olivia is a white female.

6) I verified that Foreperson Michael P. Vitale is a white male.

Further affiant saith naught.

_Marcia Dukes_
MARCIA DUKES

Sworn to and subscribed in my presence this 23 day of February, 2000

_Dorian L. Hall_
NOTARY PUBLIC

DORIAN L. HALL
NOTARY PUBLIC, STATE OF OHIO
MY COMMISSION EXPIRES JULY 7, 2003

## AFFIDAVIT OF PEGGY KENT

STATE OF OHIO )
       )   ss:
COUNTY OF FRANKLIN )

I, Peggy Kent, after being duly sworn according to law, state as follows:

1) I am an investigator employed by the Ohio Public Defender ("OPD").

2) In the course of my employment, OPD requested that I verify the race of individuals who had served as grand jury forepeople in Hamilton County, Ohio.

3) I verified that Foreperson Alvin E. Walbilling is a white male.

4) I verified that Foreperson Nancy Hillman is a white female.

Further affiant saith naught.

          _____
          PEGGY KENT

Sworn to and subscribed in my presence this 22ⁿᵈ day of February, 2000

          _____
          NOTARY PUBLIC



JOHN W. LEE
NOTARY PUBLIC, STATE OF OHIO
MY COMMISSION EXPIRES JULY 5, 2003

## AFFIDAVIT OF DORIAN HALL

STATE OF OHIO　　　　　)
　　　　　　　　　　　　　) ss:
COUNTY OF FRANKLIN　)

I, Dorian Hall, after being duly sworn according to law, state as follows:

1)　　I am an investigator employed by the Ohio Public Defender ("OPD").

2)　　In the course of my employment, OPD requested that I verify the race of individuals who had served as grand jury forepeople in Hamilton County, Ohio.

3)　　I verified that Foreperson George Morrison is a white male.

4)　　I verified that Foreperson Robert W. Wynne is a white male.

5)　　I verified that Foreperson Louis Steinberg is a white male.

Further affiant saith naught.

_____
DORIAN HALL

Sworn to and subscribed in my presence this 18ᵗʰ day of February, 2000

_____
NOTARY PUBLIC

JOHN W. LEE
NOTARY PUBLIC, STATE OF OHIO
MY COMMISSION EXPIRES NOV. 5, 2003

### AFFIDAVIT OF MARK ROOKS

STATE OF OHIO )
) ss:
COUNTY OF FRANKLIN )

I, Mark Rooks, after being duly sworn according to law, state as follows:

1) I am an investigator employed by the Ohio Public Defender ("OPD").

2) In the course of my employment, OPD requested that I verify the race of individuals who had served as grand jury forepeople in Hamilton County, Ohio.

3) I verified that Foreperson Winifred Carroll is a white female.

4) I verified that Foreperson Inge Stoller is a white female.

5) I verified that Foreperson Robert Haney is a white male.

6) I verified that Foreperson Kenneth Ruzick is a white male.

7) I verified that Foreperson Samuel Ackley is a white male.

8) I verified that Foreperson Robert Byles is a white male.

9) I verified that Foreperson Frank M. Yunger is a white male.

10) I verified that Foreperson Kenneth M. Keefe is a white male.

Further affiant saith naught.

MARK ROOKS

Sworn to and subscribed in my presence this 18 day of February, 2000

NOTARY PUBLIC

## AFFIDAVIT OF JOHN LEE

STATE OF OHIO            )
                         )    ss:
COUNTY OF FRANKLIN       )

I, John Lee, after being duly sworn according to law, state as follows:

1)    I am an investigator employed by the Ohio Public Defender ("OPD").

2)    In the course of my employment, OPD requested that I verify the race of

individuals who had served as grand jury forepeople in Hamilton County, Ohio.

3)    I verified that Foreperson Raymond L. Helferich is a white male.

4)    I verified that Foreperson John Jaspers is a white male.

5)    I verified that Foreperson William J. Krueger is a white male.

Further affiant saith naught.

_____
JOHN LEE

Sworn to and subscribed in my presence this 18 day of February, 2000

_____
NOTARY PUBLIC

DORIAN L. HALL
NOTARY PUBLIC, STATE OF OHIO
MY COMMISSION EXPIRES JULY 7, 2003

## AFFIDAVIT OF MATT FRANKLIN

STATE OF OHIO )
) ss:
COUNTY OF FRANKLIN )

I, Matt Franklin, after being duly sworn according to law, state as follows:

1) I am an investigator employed by the Ohio Public Defender ("OPD").

2) In the course of my employment, OPD requested that I verify the race of individuals who had served as grand jury forepeople in Hamilton County, Ohio.

3) I verified that Foreperson Juanita Crosswhite is a black female.

4) I verified that Foreperson Elizabeth Davis is a black female.

5) I verified that Foreperson John F. Matthews is a white male.

6) I verified that Foreperson Donald E. Edwards is a white male.

7) I verified that Foreperson Robert L. Wenzel is a white male.

Further affiant saith naught.

MATT FRANKLIN

Sworn to and subscribed in my presence this 18 day of February, 2000

NOTARY PUBLIC

DORIAN L. HALL
NOTARY PUBLIC, STATE OF OHIO
MY COMMISSION EXPIRES JULY 7, 2003

NATHANIEL JACKSON v. WARDEN
CASE NO. 4:07-cv-0880
SUPP. APPENDIX - Page 5092

## AFFIDAVIT OF KELLY HEIBY

STATE OF OHIO      )
                   )   ss:
COUNTY OF FRANKLIN   )

I, Kelly Heiby, after being duly sworn according to law, state as follows:

1)     I am an investigator employed by the Ohio Public Defender ("OPD").

2)     In the course of my employment, OPD requested that I verify the race of individuals who had served as grand jury forepeople in Hamilton County, Ohio.

3)     I verified that Foreperson Michael J. Ries is a white male.

4)     I verified that Foreperson Laverne M. Hust is a white female.

5)     I verified that Foreperson William L. Kathman is a white male.

6)     I verified that Foreperson Burt Gross is a white male.

7)     I verified that Foreperson Paul W. Schinkal is a white male.

Further affiant saith naught.

_____
KELLY HEIBY

Sworn to and subscribed in my presence this 18 day of February, 2000

_____
NOTARY PUBLIC

DORIAN L. HALL
NOTARY PUBLIC, STATE OF OHIO
MY COMMISSION EXPIRES July 7, 2003

## AFFIDAVIT OF MARTHA PHILLIPS

STATE OF OHIO )
　　　　　　　　　　) ss:
COUNTY OF FRANKLIN )

I, Martha Phillips, after being duly sworn according to law, state as follows:

1) I am an investigator employed by the Ohio Public Defender ("OPD").

2) In the course of my employment, OPD requested that I verify the race of individuals who had served as grand jury forepeople in Hamilton County, Ohio.

3) I verified that Foreperson William Stroup is a white male.

4) I verified that Foreperson Larry Browning is a white male.

Further affiant saith naught.

_Martha Phlly_
MARTHA PHILLIPS

Sworn to and subscribed in my presence this _18_ day of February, 2000

_Dorian d Hall_
NOTARY PUBLIC

DORIAN L. HALL
NOTARY PUBLIC, STATE OF OHIO
MY COMMISSION EXPIRES JULY 7, 2004

## AFFIDAVIT OF FELICIA CRAWFORD [1]

STATE OF OHIO )
                      )   ss:
COUNTY OF FRANKLIN )

I, Felicia Crawford, after being duly sworn according to law, state as follows:

1)   I am an investigator employed by the Ohio Public Defender ("OPD").

2)   In the course of my employment, OPD requested that I verify the race of individuals who had served as grand jury forepeople in Hamilton County, Ohio.

3)   I verified that Foreperson Ruth Leisring is a white female.

4)   I verified that Foreperson Jeff E. Roan is a white male.

5)   I verified that Foreperson Roxanne E. Ross is a white female.

6)   I verified that Foreperson Kenneth A. Gates is a white male.

7)   I verified that Foreperson Ronald R. Hank is a white male.

8)   I verified that Foreperson Thomas Griswold is a white male.

9)   I verified that Foreperson Todd Minges is a white male.

10)   I verified that Foreperson Harry M. Taylor is a white male.

11)   I verified that Foreperson Maxwell C. Dieffenbach is a white male.

12)   I verified that Foreperson James Edward Buchanan is a white male.

13)   I verified that Foreperson Stephen M. Wright is a white male.

14)   I verified that Foreperson Sandra L. Keiser is a white female.

15)   I verified that Foreperson Thomas Balish is a white male.

16)   I verified that Foreperson Bernice Childs is a black male.

17)   I verified that Foreperson Mary Ellen Tressler is a white female.

Further affiant saith naught.

FELICIA CRAWFORD

Sworn to and subscribed in my presence this 18 day of February, 2000

NOTARY PUBLIC

DORIAN L. HALL
NOTARY PUBLIC, STATE OF OHIO
MY COMMISSION EXPIRES JULY 7, 2003

1           UNITED STATES DISTRICT COURT

2              SOUTHERN DISTRICT OF OHIO

3                  WESTERN DIVISION

EXHIBIT
C

4

5      SHAWN HAWKINS,                :

6              Petitioner,       :   CASE NOS. C-1-97-479

7        vs.                        :            97-CV-296

8      RALPH COYLE, WARDEN,       :      Judge Dlott

9              Respondent.        :

10                     - - -

11             Deposition of JUDGE MELBA MARSH, a witness

12      herein, taken by the petitioner as upon

13      cross-examination pursuant to the Federal Rules of

14      Civil Procedure and pursuant to Subpoena as to the

15      time and place, and stipulations hereinafter set

16      forth, at the offices of Drew & Ward,

17      2400 Fourth & Vine Tower, One West Fourth Street,

18      Cincinnati, Ohio, at 1:03 p.m. on Thursday,

19      September 24, 1998, before Lisa L. Weisenberger, a

20      notary public within and for the State of Ohio.

21                     - - -

22

23                    Cin-Tel Corporation
                        813 Broadway
                      Cincinnati, Ohio  45202

1    would you have been one of the trial counsel on

2    the case?

3         A    I started the case and -- but that is

4    true.  I left the case, and it was finished by

5    Karla Grady and Jerry Krumpelbeck.

6         Q    By the way, how are grand juries

7    selected in Hamilton County?

8         A    Grand juries are selected by the same

9    means regular jurors are selected.  What happens

10   is that on every third Monday, a special panel is

11   separated from the regular number of jurors.

12   However, the foreperson on the grand jury is

13   selected by a judge.  And then the foreperson and

14   the jurors meet in the prosecutor's office in a

15   separate part of the prosecutor's office.  They

16   hear cases as the case is presented, and then they

17   make a determination as to whether a true bill or

18   not true bill.

19        Q    So the jurors are selected from the

20   same pool as common pool?

21        A    Oh, yes.

22        Q    All right.  And then the foreperson

23   is selected by --

24        A    Judge.

1    Q    Is it any particular judge?

2    A    Whoever is the presiding criminal

3    judge of that particular month.

4    Q    And does the foreperson come out of

5    the pool, or is it a special --

6    A    No, that is selection.  The judge

7    gives a name to the prosecutor's office, and the

8    prosecutor's office accepts that.  There is some

9    restrictions.  You can't serve more than once in a

10   two-year term.  But I don't know of any other

11   restrictions.

12   Q    Okay.  So just hypothetically if --

13   well, I believe Judge Nadel is the presiding judge

14   this year.

15   A    But Judge Martin is the criminal

16   judge this month.

17   Q    Oh, okay.  So it is the presiding

18   criminal judge who selects the foreperson of the

19   grand jury?

20   A    Correct.

21   Q    I happen to know Judge Nadel.  That

22   is why I was going to use him as an example.  But

23   Judge Martin could call me up -- I mean, I am a

1  could call me up and say, "Tony, we would like you

2  to be the foreperson of the grand jury"?

3        A    And if you accept and there is no

4  other restrictions barring your way, then you are

5  the foreperson.

6        Q    Do you know what the other

7  restrictions are?

8        A    The only one I can think of right now

9  is that you can't serve more than once in every

10  24 months. But I can't remember what the other

11  restrictions are. I would gather that you would

12  have to be a voter. I would gather. And I would

13  gather that there might be other restrictions. I

14  just don't know what they are.

15        Q    Okay. Are these rules written down

16  anyplace?

17        A    I would think they would be.

18        Q    Have people served as forepersons to

19  the grand jury more than once? If you've got the

20  rule not more than once every two years.

21        A    That I don't know. You will have to

22  contact the jury commissioner. He would be able

23  to give you some idea about that.

24        Q    Does the jury commissioner have

1     the --

2              A    I don't know.

3              Q    -- the rules?

4              A    I don't know.

5              Q    Okay.  Did you have any contact with

6     a person named Keith Myre in regard to this case?

7              A    It doesn't ring a bell.

8              Q    Okay.

9              A    I don't recall the name.

10             Q    If I told you that Keith Myre at one

11    point was proposed as a witness who had heard a

12    jailhouse confession from Shawn Hawkins, does

13    that --

14             A    Remember, at this particular point in

15    time, I was not the trial counsel.  Once we got

16    the case past the grand jury, my involvement began

17    to wane.  So that would probably be an issue that

18    one of the other counsels who actually tried the

19    case had to deal with.

20             Q    Okay.

21             A    I don't believe that I dealt with

22    this issue.  I'm not saying I didn't.  I just

23    don't recall ever dealing with it.

24             Q    It is my information that this case

IN-US-96  04.43r  R IIIDE

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| JAMES ETHAN MILLS, | : | |
| Petitioner, | : | Case No. C-1-96-423 |
| -vs- | : | JUDGE SUSAN J. DLOTT |
| CARL S. ANDERSON, Warden, | · : | |
| Respondent. | : | |

EXHIBIT ____

## AFFIDAVIT OF KIMBERLEE GRAY

IN THE STATE OF OHIO,

COUNTY OF HAMILTON, SS:

I, Kimberlee Gray, after being duly sworn according to law states as follows:

1) I am a criminal investigator licensed in the State of Ohio.

2) I have a Bachelor of Arts degree from University of Cincinnati.

3) From 1990 to 1994, I worked as a criminal investigator for the Office of the Ohio Public Defender.

4) As part of my employment and licensing, I received one hundred twenty hours of training at the Ohio Peace Officer Training Academy in London, Ohio.

5) Since March, 1994, I have operated my own business, Gray Investigations. I perform investigative services for private attorneys who provide representation in criminal and civil (personal injury) cases. I also perform some investigative services for the Hamilton County Legal Aid Society and the Hamilton County Public Defender.

lan-05-98 04:43P Kimb    lee Gray              51  751-5400          P.03

6) In 1994, I was approached by Randall L. Porter, Assistant State Public Defender, to provide investigative services with respect to Derrick Jamison's case.

7) Mr. Porter provided me with the names and 1983 addresses of twenty-one individuals who he identified as forepersons for Hamilton County grand juries which returned capital indictments. Mr. Porter requested that I update the addresses of these twenty-one individuals and verify their race.

8) After updating the addresses, I then personally ascertained the race of the forepersons by going to each individual's address:

| DEFENDANT | FOREPERSON | RACE |
|---|---|---|
| 1. Alton Coleman | James R. Kuntz<br>Cincinnati, Ohio 45242 | White |
| 2. Dewaine Poindexter | Margaret R. Seta<br>Cincinnati, Ohio 45238 | White |
| 3. Derrick Jamison | Kenneth R. Kirwan<br>Cincinnati, Ohio 45231 | White |
| 4. James Mills | Donald Day<br>Cincinnati, Ohio 45204 | White |
| 5. Derrick Cook | Glenn Laib<br>Cincinnati, Ohio 45238 | White |
| 6. David Steffen | Phyllis H. Layton<br>Cincinnati, Ohio 45230 | White |
| 7. Billy Joe Sowell | Lawrence R. Verne<br>Cincinnati, Ohio 45242 | White |

NATHANIEL JACKSON v. WARDEN<br>CASE NO. 4:07-cv-0880<br>SUPP. APPENDIX - Page 5103

JUN-05-98 04:43P Kime      Guy

| | | |
|---|---|---|
| 8. Michael Beuke | William M. Welsh<br>Cincinnati, Ohio  45215 | White |
| 9. Lincoln Carter | Robert Minges<br>Cincinnati, Ohio  45247 | White |
| 10. Daniel Bedford | John J. Kennedy<br>Cincinnati, Ohio  45230 | White |
| 11. Alton Coleman | E.W. Boggs<br>Jacksonville, Fl. 32258 | White |
| 12. John Mize | Richard J. Plagge<br>Cincinnati, Ohio  45238 | White |
| 13. Dwight Denson | Andrew Hopple<br>Cincinnati, Ohio  45204 | Unable to locate |
| 14. Jerome Henderson | Dale D. Streid<br>Cincinnati, Ohio  45243 | White |
| 15. John Hicks | Fred A. Fischer, DDS<br>Cincinnati, Ohio  45215 | White |
| 16. Tony Powell | Robert Ott<br>Cincinnati, Ohio  45236 | White |
| 17. Martin Rojas | Dr. Meyer Schneider<br>Cincinnati, Ohio 45224 | White |
| 18. Ronald Combs | Pamela Olivia<br>Cincinnati, Ohio  45220 | Unable to locate |
| 19. Elizabeth Green | Jerry Korte | White |

Cincinnati, Ohio 45241

20. Jerome Campbell          George Rebeck                    White

                            Cincinnati, Ohio 45236

21. Shawn Hawkins            Paul Hill                        White

                            Cincinnati, Ohio 45239

    Further affiant sayeth naught.


                                        KIMBERLEE GRAY


Sworn and subscribed before me, a Notary Public, on this _5th_ day of January


                                        NOTARY PUBLIC

                                        RAVERT J CLARK ESQ
#60302/gg                               630 READING RD SUITE 250
                                        CINCINNATI OH 45102
                                        4070736500

JUN-15-2008 14:33 STATE OF OHIO 614 728 3670 P.16/31

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF OHIO

RODERICK DAVIE, )
)
    Petitioner, ) Case No. 1:99CV2400
)
vs. )
)
BETTY MITCHELL, WARDEN, ) Judge: James G. Carr
)
    Respondent. )

## EXHIBIT _____

## AFFIDAVIT OF DIANE WILEY

STATE OF MINNESOTA )
) SS
COUNTY OF HENNEPIN )

Diane Wiley, being first duly sworn, on oath, deposes and says:

1. I am president of the National Jury Project Midwest. My qualifications are attached as *Appendix I.*

2. I was retained by the Ohio Public Defender Office in Columbus, Ohio, to evaluate whether or not the special jury venire [February 3, 1992 Venire — Capital Offense] drawn in the case of *State of Ohio v. Roderick Davie* [Case No. 91-CR-288] in Trumbull County, Ohio. was representative of the population of African Americans in Trumbull County during that time period.

   If the percentage of African American jurors was less than the percentage of African American residents in the county, I was asked to determine whether this discrepancy could occur by chance with a truly random sample or whether it indicates a statistically significant deviation.

3. In order to determine whether the percentage of African Americans was representative of the African American population in Trumbull County, compared the percentages of African American with census data from T

EXHIBIT
39

JUN 15-2000  14:33          STATE OF OHIO                    614 728 3670  P.17/31

County. Given that there was an African American population of approximately 6% and there were no African Americans in the venire, I then determined the probability that this discrepancy could occur by chance with a truly random sample, which determines whether it indicates a statistically significant deviation.

4.   I have concluded that Trumbull County African American residents were seriously underrepresented in Roderick Davie's venire, and that this underrepresentation is extremely unlikely to have occurred by chance.

5.   There were no African American venirepersons. There should have been 7 or 8[1].

My analysis is based on United States Census Data[2] as compared to 130 total venirepersons as reported to have been present in the voir dire transcript from Mr. Davie's case. It was also reported in that transcript that there were no African Americans among the venirepersons.

I used the census figure of 5.987% African Americans between the ages of 18 and 74 for 1990 for Trumbull County.[3]

6.   While not every jury venire can be expected to be exactly representative of each cognizable class in a jurisdiction, random selection should result in roughly proportional representation.

In a fair, cross-sectional system, the probability of any eligible person being included in a jury pool would be the same for every eligible person, regardless of race. The Petit Jurors, if randomly selected from a representative jury pool, should also reflect the composition of the pool.

---

[1]   One would expect 7.8 African Americans out of a total of 130 jurors.

[2]   Racial and gender percentages of Trumbull County for 1990 are attached as *Appendix II*, Census Data: Trumbull County, Ohio, 1990. The percentages that were used were of persons age 18 to 74.

[3]   There were 158,054 persons between the ages of 18 and 74 in the 1990 Trumbull County census. 9,462 of those persons were African Americans between the ages of 18 and 74.

Affidavit of Diane Wiley – 14 June 2000                                    Page 2

NATHANIEL JACKSON v. WARDEN
CASE NO. 4:07-cv-0880
SUPP. APPENDIX - Page 5107

JUN 15-2000 14:33      STATE OF OHIO                    614 728 3670   P.18/31

7. I have used three methods, which I understand have been discussed by the United States Supreme Court and the Ohio Supreme Court in various cases to calculate whether or not African Americans were underrepresented in Mr. Davie's special venire..

    A. The Comparative Disparity Standard

    B. Absolute Disparity

    C. Statistical Significance

A. The Comparative Disparity standard measures representativeness by the proportion by which the probability of serving is reduced for people in a particular cognizable class.

This percentage is determined by the following calculation:

$$\frac{P - Q}{P} = \textit{Comparative Disparity}$$

*P = Proportion of the population in the specified category*
*Q = Proportion of the panel in the specified category*

B. Absolute Disparity is another measure of the extent to which a cognizable class is underrepresented. The absolute disparity standard measures representativeness by the difference between the proportion of the population and the proportion of the pool in the underrepresented category.

This number is determined by the following calculation:

$$P - Q = \textit{Absolute Disparity}$$

*P = Proportion of the population in the specified category*
*Q = Proportion of the panel in the specified category*

Affidavit of Diane Wiley – 14 June 2000                    Page 3

NATHANIEL JACKSON v. WARDEN
CASE NO. 4:07-cv-0880
SUPP. APPENDIX - Page 5108

C. Statistical Significance is another measure of the extent to which a cognizable class is under represented. The Statistical Significance test measures representativeness by calculating the probability of the disparity occurring by chance as the result of a random selection. If that probability is very low, the conclusion is drawn that the disparity is unlikely to be due to chance, but results from bias or discrimination.

The statistical significance test discussed in *Castandea v. Partida*, 430 U.S. at 496 n. 17, provides that a difference of "two to three standard deviations" distinguishes an allowable from an unconstitutional disparity. This test is determined by the following calculation:

| | | |
|---|---|---|
| *One Standard Deviation* | = | $\sqrt{\text{Sample Size} \times \text{Proportion In Class} \times \text{Proportion Not In Class}}$ |
| *Absolute Disparity* | = | *Proportion of the Population in the Class* − *Proportion of the Venirepersons in the Class* |
| *Disparity* | = | *Sample Size x Absolute Disparity* |
| *Number of Standard Deviations* | = | *Disparity ÷ One Standard Deviation* |

8. The following Chart 1 lays out the Comparative Disparity, Absolute Disparity and the number of Standard Deviations for the proportion of African American jury venirepersons in Mr. Davie's venire.

Affidavit of Diane Wiley – 14 June 2000                                    Page 4

NATHANIEL JACKSON v. WARDEN
CASE NO. 4:07-cv-0880
SUPP. APPENDIX - Page 5109

## CHART 1

### Representativeness of African Americans

### As Venirepersons

### In *State of Ohio v. Roderick Davie*

### Trumbull County 3 February 1992

| | There were 0 African American Venirepersons out of 130 Venirepersons |
|---|---|
| Comparative Disparity | 100% UNDER REPRESENTED |
| Absolute Disparity EXPECT 5.987 JURORS OUT OF 100 | 5.987% |
| Standard Deviation. TO BE SIGNIFICANT, MUST BE "2 TO 3" | 2.877 SIGNIFICANT |

Affidavit of Diane Wiley – 14 June 2000                    Page 5

NATHANIEL JACKSON v. WARDEN
CASE NO. 4:07-cv-0880
SUPP. APPENDIX - Page 5110

9.  The number of African American citizens called to serve as jury
    venirepersons for *State of Ohio v. Roderick Davie*, on February 3, 1992 in
    Trumbull County Common Pleas Court under represented the percentage of
    African Americans in Trumbull County by 100%.

    This underrepresentation represents a statistically significant deviation from the
    number of African American persons who would be expected utilizing a truly
    random sampling method from a truly random pool representative of the county.

10. Thus, I would recommend that other special venires drawn for death
    penalty cases in Trumbull County be analyzed to determine if there was also
    underrepresentation of African Americans in those venires.

    It is disturbing to find a venire of this size without even one African American
    juror being included in a jurisdiction with 6% African Americans.  This simply
    should not occur unless there was some kind of systematic discrimination.

11. The jury selection procedures that resulted in all African Americans being
    excluded from Roderick Davie's petit jury venire could also have resulted in
    the underrepresentation of African Americans in the grand jury venire.

    It is my understanding that the same procedures are used to select venirepersons
    to serve on both petit and grand jury venires in the State of Ohio.  Thus, it is
    extremely likely that the venire from which Mr. Davie's grand jurors were
    chosen also under represented African Americans in Trumbull County.

    In order to determine whether or not African Americans were under represented
    in the grand jury venires during the period that Mr. Davie was indicted, it would
    be necessary to evaluate the composition of a number of grand jury venires from
    around that same time period.

12. The process used for selecting grand jury forepersons in Ohio can easily
    result in the underrepresentation of African Americans because it is not a
    random process.

    It is my understanding that in Ohio, the presiding Common Pleas Court Judge
    often chose grand jury forepersons during the time period that Mr. Davie was
    indicted.  In addition, the foreperson did not have to be chosen from the grand
    jury venire, but simply had to be a registered voter of the county.

    I recently conducted a study of the grand jury forepersons chosen by judges in
    Hamilton County Ohio from 1982 through 1998. In Hamilton County, the
    presiding judges were personally selecting grand jury forepersons from outside
    of the grand jury venire.

Affidavit of Diane Wiley – 14 June 2000                              Page 6

JUN-15-2000 14:35       STATE OF OHIO       614 728 3670   P.22/31

The purpose of the study was to evaluate whether or not the forepersons of the Hamilton County Grand Juries which returned death penalty indictments from 1982 to 1998 were representative of the population of African Americans in Hamilton County during that time period. I also looked at the percentage of women forepersons.

I found that African Americans were under represented by seventy-five percent and women were under represented by fifty percent. I also found there to be a number of persons who were chosen to be grand jury foreperson more than once. Given the large population of Hamilton County, the number of repeats would be unusual if a random process were used, and these were all white, primarily male forepersons.

Because there is only one foreperson on each grand jury, it is necessary to survey a large number of grand juries to determine if there is a statistically significant underrepresentation of any cognitive group.

Further affiant saith not.

_Diane Wiley_
Diane Wiley

Sworn to and subscribed to before me this 14th day of June, 2000.


Notary Public

LUCINDA M. BELEV
NOTARY PUBLIC-MINNESOTA
MY COMMISSION EXPIRES 1-31-2005

Affidavit of Diane Wiley – 14 June 2000          Page 7

*Appendix I*

Qualifications of Diane Wiley

## Diane Wiley
*Trial Consultant*

Diane Wiley is the president of the National Jury Project Midwest, located at 322 First Avenue North, Suite 500, Minneapolis, Minnesota 55401. The National Jury Project is a non-profit corporation specializing in the study of the American jury system. The National Jury Project is incorporated in the State of Minnesota and has regional offices in New York, New York; Oakland, California; and Minneapolis, Minnesota. Primary areas of research include voir dire procedures, the trial communication process, jury composition, venue evaluation, and other issues related to minimizing the effects of juror bias on the trial process.

National Jury Project researchers have conducted and analyzed interviews with jurors and persons included in jury pools in both state and federal jurisdictions all over the United States.

Ms. Wiley is a founding member of the National Jury Project, and has been employed as a trial consultant since its inception in 1975. She began her research of the jury system as an independent researcher in 1973. Ms. Wiley's prior research experience was in the area of attitudes towards criminal justice, evaluation of programs for juvenile and adult offenders, and community attitudes towards housing developments for the Minnesota Center for Sociological Research, The Governor's Task Force for Victims of Sexual Assault, and The Law Enforcement Assistance Agency (LEAA) Juvenile Justice Project, among others.

Ms. Wiley has supervised, administered and/or consulted on venue evaluation studies in the following cases:

| | |
|---|---|
| *State of North Carolina v. Little* | Beaufort County, 1975 |
| *State of Wisconsin v. Sturdevant* | Dodge County, 1975 |
| *State of Pennsylvania v. Arms* | Berks County, 1975 |
| *State of Minnesota v. Davis* | Beltrami County, 1976 |
| CR #763 | |
| *United States v. Butler and Robideau* | District of South Dakota, Western |
| CR #75-5106-2,3 | Division, 1976 |
| *State of Oklahoma v. McCoy* | Pittsburgh County, 1976 |
| #F-74-254 | |

| | |
|---|---|
| *State of Nebraska v. Yellowbird*<br>#C-1470-71 | Sheridan County, 1976 |
| *State of South Dakota v. Martin*<br>#77-75 | Pennington County, 1977 |
| *State of Michigan v. Smith*<br>#416 | Kalkaska County, 1978 |
| *State of Minnesota v. Caldwell*<br>#49633 | St. Louis County, 1979 |
| *State of South Dakota v. Bettelyoun*<br>#78-58 | Jackson County, 1979 |
| *Schwans v. BASF-AG, et al*<br>#16843 | Lyon County, Minnesota, 1979 |
| *State of Minnesota v. Johnson*<br>#2064 | Faribault County, 1979 |
| *State of Illinois v. Perez, Santiago, et al*<br>#79-CF326 | Livingston County, 1979 |
| *State of Ohio v. Kilroy*<br>CR9-33B | Putnam County, 1980 |
| *State of Minnesota v. Blanchard*<br>#2959 | Becker County, 1980 |
| *State of Wisconsin v. Grancorwitz*<br>80-CR-395 | Vernon County, 1980 |
| *Kobes v. St. Joseph's Hospital, et al*<br>#39513 | Crow Wing County, Minnesota, 1980 |
| *State of Minnesota v. Marhoun* | Chisago County, 1980 |
| *State of Wisconsin v. Scherer*<br>#80-CR-3174 | Burnett County, 1981 |
| *Gauthier v. Strouth, et al* | St. Louis County, Minnesota, 1981 |
| *Wayne Bohlke v. Estate of John Ayers*<br>*and City of Le Sueur* | Blue Earth County, Minnesota, 1981 |
| *State of Minnesota v. Sprague*<br>#4458 | Washington County, 1981 |
| *State of South Dakota v. Wellner*<br>*& Wellner*<br>#13533,34 | Hand County, 1981 |
| *State of Illinois v. Brisbane, et al*<br>#80-CF-45 | Will County, 1981 |
| *State of Minnesota v. Koehler* | St. Louis County, 1982 |
| *Martell Mutual Town Insurance Company*<br>*v. John J. Hines, et al*<br>#80-CV-348 | St. Croix County, Minnesota, 1982 |

National Jury Project/Midwest                                          Page 2

JUN-15-2000 14:37     STATE OF OHIO                    614 728 3670   P.26/31

| | |
|---|---|
| *State of Nebraska v. Buckman and Janis* | Sheridan County, 1983 |
| *State of Minnesota v. Swanson* | Sherburne County, 1983 |
| *State of South Dakota v.* | |
| *Collins Catch the Bear* | Pennington County, 1983 |
| #82-207 | |
| *State of Minnesota v. Tisland* | Beltrami County, 1984 |
| #K1-83-813 | |
| *State of Minnesota v. Foss* | Kandiyohi County, 1984 |
| *United States v. Elder* | Southern District of |
| B-84-276-SI | Texas, Corpus Christi Division, 1984 |
| *United States v. Elder and Merkt* | Southern District of |
| #B-84-746-SI | Texas, Brownsville Division, 1985 |
| *State of Minnesota v. Thom* | Kanabec County, 1985 |
| #10128 | |
| *Nygaard v. Mayo Clinic* | Olmsted County, Minnesota, 1985 |
| #44587 | |
| *United States v. Merkt* | Southern District of |
| B-85-SI | Texas, Corpus Christi Division, 1986 |
| *State of Ohio v. Warner, et al* | Hamilton County, 1986 |
| B854622 | |
| *State of Minnesota v. Curt Gruhl* | Goodhue County, 1986 |
| #4656 | |
| *State of Minnesota v. Richards* | Hennepin County, 1987 |
| *State of Minnesota v. Israelson* | Rice County, 1988 |
| #K-88-1162 | |
| *State of Minnesota v. Manning* | Itasca County, 1989 |
| #K6-89-129 | |
| *State of Minnesota v. Doty* | Dodge County, 1991 |
| #T4-91-508 | |
| *Chladek v. Independent School* | |
| *District 205, et al* | Dodge County, Minnesota, 1991 |
| *Adkins v. Tolfree Memorial Hospital, et al* | |
| #90 1342 NH | Ogemaw County, Michigan, 1992 |
| *State of Nebraska v. Frances Thompson* | Knox County, 1992 |
| #11818 | |
| *State of Minnesota v. Calvin Jones* | Chisago County, 1995 |
| No. K0-95-217 | |
| *State of Minnesota v. Darrell Johnson* | Chisago County, 1996 |
| No. K2-95-218 | |
| *State of Minnesota v. Adrian Riley* | Carver County, 1996 |
| No. K8-95-827 | |

National Jury Project/Midwest                                    Page 3

State of Minnesota v.
   Olumuyiwa Shakirudee Akinosi          Dakota County, 1996
     No. K6-96-1614

State of Tennessee v.
   Charles Edward Hartman                 Davidson County, 1997
     No. 20101

State of Minnesota v.
   Joseph Ture                           Washington County, 1997
     No. K6- 96- 6329

Martinez v.
   Lincoln County Medical Center, et al   Lincoln County, North Carolina 1998

State of Iowa v.
   Randy Zaabal                          Brown County, 1999
     No. FECR-311701

The National Jury Project Midwest has been court appointed for the purposes of venue
evaluation in *State of Minnesota v. Davis; State of South Dakota v. Martin; State of
Illinois v. Brisbane; State of Minnesota v. Calvin Jones; and State of Tennessee v.
Charles Edward Hartman.*

Ms. Wiley has consulted with attorneys in both state and federal jurisdictions in
California, Colorado, District of Columbia, Georgia, Illinois, Indiana, Iowa, Kansas,
Kentucky, Louisiana, Massachusetts, Michigan, Minnesota, Missouri, Nebraska, New
Jersey, New York, North Dakota, Ohio, Oklahoma, Pennsylvania, Rhode Island, South
Carolina, South Dakota, Tennessee, Texas, Washington and Wisconsin, in regards to
voir dire procedures designed to reduce the effects of prejudice in both criminal and
civil cases.

She has testified or submitted affidavits in 33 venue hearings for change of venue,
including two appeal hearings. She testified in the hearing for a new trial based on
incompetence of counsel relating to inadequate voir dire in *Michigan v. LeBlanc*.

Ms. Wiley has supervised research and/or submitted affidavits in a number of cases
involving evaluation of the composition of jury venires.

Ms. Wiley has provided in-court jury selection consultation and/or has prepared voir
dire questions in hundreds of criminal and civil cases since 1973.

NATHANIEL JACKSON v. WARDEN
CASE NO. 4:07-cv-0880
SUPP. APPENDIX - Page 5117

Ms. Wiley is a co-author of the manual, Jurywork: Systematic Techniques, published by the National Jury Project in 1978, and also of the second edition of this manual, published by West Group. She is a contributing editor and co-author of the book, Women's Self Defense Cases: Theory and Practice, published by the Michie Company. Ms. Wiley is a contributing author of the book, Handbook of Jury Research, published by ALI-ABA Philadelphia in 1998 and Minnesota Criminal Jury Trial Handbook, published by Butterworths. She has written other materials and articles for legal publications and seminar materials.

Ms. Wiley regularly lectures at seminars and conferences on voir dire, case presentation issues and jury selection for organizations such as State and Federal Public Defender Associations, Bar Associations, Trial Lawyers Associations, Legal Services, the National Women and Law Conference, the National Association of Teacher Attorneys, and for Continuing Legal Education Programs sponsored by law schools and other organizations.

NATHANIEL JACKSON v. WARDEN
CASE NO. 4:07-cv-0880
SUPP. APPENDIX - Page 5118

JUN-15-2000  14:38          STATE OF OHIO                  614 728 3678   P.31/31

990 Census Of Population And Housing Summary Tape File 3C

   040 Ohio
   050 Trumbull County

ACE BY SEX BY AGE
niverse: Black males

| | |
|---|---|
| Inder 1 year | 175 |
| . and 2 years | 287 |
| and 4 years | 320 |
| : years | 155 |
| : years | 160 |
| ' to 9 years | 397 |
| .0 and 11 years | 268 |
| .2 and 13 years | 235 |
| .4 years | 180 |
| .5 years | 125 |
| .6 years | 160 |
| l7 years | 182 |
| l8 years | 138 |
| l9 years | 64 |
| 20 years | 94 |
| 21 years | 90 |
| 22 to 24 years | 208 |
| 25 to 29 years | 386 |
| 30 to 34 years | 608 |
| 35 to 39 years | 496 |
| 40 to 44 years | 346 |
| 45 to 49 years | 382 |
| 50 to 54 years | 335 |
| 55 to 59 years | 290 |
| 50 and 61 years | 138 |
| 62 to 64 years | 148 |
| 65 to 69 years | 206 |
| 70 to 74 years | 181 |
| 75 to 79 years | 85 |
| 80 to 84 years | 133 |
| 85 years and over | 24 |

TOTAL P.31

NATHANIEL JACKSON v. WARDEN
CASE NO. 4:07-cv-0880
SUPP. APPENDIX - Page 5119

JUN-15-2000 14:51          STATE OF OHIO

614 728 3670    P.02/32

'90 Census Of Population And Housing Summary Tape File 3C

040 Ohio
050 Trumbull County

\CE BY SEX BY AGE
\iverse: Black females

| | |
|---|---|
| ider 1 year.............................................................. | 60 |
| and 2 years............................................................. | 308 |
| and 4 years............................................................. | 326 |
| years................................................................... | 162 |
| years................................................................... | 120 |
| to 9 years.............................................................. | 426 |
| 0 and 11 years.......................................................... | 228 |
| 2 and 13 years.......................................................... | 291 |
| 4 years................................................................. | 114 |
| 5 years................................................................. | 127 |
| 6 years................................................................. | 111 |
| 7 years................................................................. | 229 |
| 8 years................................................................. | 184 |
| 9 years................................................................. | 99 |
| 0 years................................................................. | 110 |
| 1 years................................................................. | 115 |
| 2 to 24 years........................................................... | 336 |
| 5 to 29 years........................................................... | 519 |
| 0 to 34 years........................................................... | 629 |
| 5 to 39 years........................................................... | 619 |
| 0 to 44 years........................................................... | 554 |
| 5 to 49 years........................................................... | 460 |
| 0 to 54 years........................................................... | 399 |
| 5 to 59 years........................................................... | 366 |
| 0 and 61 years.......................................................... | 147 |
| 2 to 64 years........................................................... | 236 |
| 5 to 69 years........................................................... | 331 |
| 0 to 74 years........................................................... | 248 |
| 5 to 79 years........................................................... | 154 |
| 0 to 84 years........................................................... | 98 |
| 5 years and over........................................................ | 77 |

| 01-CR-794<br>DIRECT PRESENTMENT | **INDICTMENT**<br>Crim R. 6, 7 | AGGRAVATED MURDER (F)<br>WITH SPECIFICATIONS OF<br>A G G R A V A T I N G<br>C I R C U M S T A N C E S<br>(2903.01(A), 2941.14(C), and<br>2929.04(A)(7) |

THE STATE OF OHIO )
) **COURT OF COMMON PLEAS**
TRUMBULL ................ COUNTY, ss.)

Of the Term September, in the year two thousand one,

*THE JURORS OF THE GRAND JURY of the State of Ohio, within and for the body of the County*

*aforesaid, on their oaths, in the name and by the authority of the State of Ohio, do find and present that on or*

*about the* 11th *day of* December, 2001, *at Trumbull County, Ohio,* **NATHANIEL E. JACKSON,** did purposely,

and with prior calculation and design, cause the death of Robert S. Fingerhut, age 56,

SPECIFICATION #1 TO COUNT ONE: Aggravating Circumstance of Aggravated Burglary (2929.04(A)(7)

THE GRAND JURORS further find and specify pursuant to Ohio Revised Code section 2929.04(A)(7)

that the offense was committed while **NATHANIEL E. JACKSON** was committing, attempting to commit, or

fleeing immediately after committing or attempting to commit Aggravated Burglary, and **NATHANIEL E.**

**JACKSON** was the principal offender in the commission of the Aggravated Murder.

> You are hereby notified that you are under indictment
> for a felony of violence and pursuant to Section 2923.13
> of the Ohio Revised Code you are prohibited from acquir-
> ing, having, carrying, or using any firearm or dangerous
> ordnance while under indictment.

Case No.   01-CR-794 - DIRECT PRESENTMENT
Defendant   JACKSON, Nathaniel E.

Page 1 of 6

**EXHIBIT**
**40**

NATHANIEL JACKSON v. WARDEN
CASE NO. 4:07-cv-0880
SUPP. APPENDIX - Page 5121

SPECIFICATION #2 TO COUNT ONE: Aggravating Circumstance of Aggravated Robbery (2929.04(A)(7)

THE GRAND JURORS further find and specify pursuant to Ohio Revised Code section 2929.04(A)(7) that the offense was committed while **NATHANIEL E. JACKSON** was committing, attempting to commit, or fleeing immediately after committing or attempting to commit Aggravated Robbery, and **NATHANIEL E. JACKSON** was the principal offender in the commission of the Aggravated Murder.

in violation of the Ohio Revised Code, Title 29, Section 2903.01(A), 2941.14(C), and 2929.04(A)(7), *and against the peace and dignity of the State of Ohio.*

Case No.      01-CR-794 - DIRECT PRESENTMENT
Defendant     JACKSON, Nathaniel E.                                    Page 2 of 6

NATHANIEL JACKSON v. WARDEN
CASE NO. 4:07-cv-0880
SUPP. APPENDIX - Page 5122

<u>COUNT 2:</u>  AGGRAVATED MURDER (F) WITH SPECIFICATIONS OF AGGRAVATING CIRCUMSTANCES (2903.01(B), 2941.14(C), and 2929.04(A)(7)

*THE JURORS OF THE GRAND JURY of the State of Ohio, within and for the body of the County aforesaid,* on their oaths, in the name and by the authority of the State of Ohio, do find and present that on or about the 11th day of December, 2001, at Trumbull County, Ohio, **NATHANIEL E. JACKSON,** did purposely cause the death of Robert S. Fingerhut, age 56, while committing or attempting to commit, or while fleeing immediately after committing or attempting to commit, Aggravated Burglary and/or Aggravated Robbery,

<u>SPECIFICATION #1 TO COUNT TWO: Aggravating Circumstance of Aggravated Burglary (2929.04(A)(7)</u>

THE GRAND JURORS further find and specify pursuant to Ohio Revised Code section 2929.04(A)(7) that the offense was committed while **NATHANIEL E. JACKSON** was committing, attempting to commit, or fleeing immediately after committing or attempting to commit Aggravated Burglary, and **NATHANIEL E. JACKSON** was the principal offender in the commission of the Aggravated Murder.

<u>SPECIFICATION #2 TO COUNT TWO: Aggravating Circumstance of Aggravated Robbery (2929.04(A)(7)</u>

THE GRAND JURORS further find and specify pursuant to Ohio Revised Code section 2929.04(A)(7) that the offense was committed while **NATHANIEL E. JACKSON** was committing, attempting to commit, or fleeing immediately after committing or attempting to commit Aggravated Robbery, and **NATHANIEL E. JACKSON** was the principal offender in the commission of the Aggravated Murder.

in violation of Section 2903.01(B), 2941.14(C), and 2929.04(A)(7) of the Ohio Revised Code, *and against the peace and dignity of the State of Ohio.*

You are hereby notified that you are under indictment for a felony of violence and pursuant to Section 2923.13 of the Ohio Revised Code you are prohibited from acquiring, having, carrying, or using any firearm or dangerous ordnance while under indictment.

Case No.  01-CR-794 - DIRECT PRESENTMENT
Defendant  JACKSON, Nathaniel E.

Page 3 of 6

COUNT 3:    AGGRAVATED BURGLARY (F1) WITH FIREARM SPECIFICATION

*THE JURORS OF THE GRAND JURY of the State of Ohio, within and for the body of the County aforesaid,* on their oaths, in the name and by the authority of the State of Ohio, do find and present that on or about the 11th day of December, 2001, at Trumbull County, Ohio, **NATHANIEL E. JACKSON**, by force, stealth, or deception, did trespass in an occupied structure or in a separately secured or separately occupied portion of an occupied structure, to-wit: 254 Fonderlac, Howland Township, Ohio, when Robert S. Fingerhut, age 56, was present, with purpose to commit in the structure or in the separately secured or separately occupied portion of the structure any criminal offense, and **NATHANIEL E. JACKSON** did inflict, or attempted or threatened to inflict physical harm on Robert S. Fingerhut, and **NATHANIEL E. JACKSON** did have a deadly weapon or dangerous ordnance on or about his person or under his control,

SPECIFICATION #1 TO COUNT THREE: Firearm Specification (2941.145)

THE GRAND JURORS further find and specify pursuant to Ohio Revised Code 2941.145 that the said **NATHANIEL E. JACKSON** did at the time of his commission of the crime of Aggravated Burglary have a firearm on or about his person or under his control, and displayed the firearm, brandished the firearm, indicated that he possessed the firearm, or used it to facilitate the offense, said firearm being defined in Section 2923.11 of the Revised Code,

in violation of Section 2911.11(A)(1)(2) and 2941.145 of the Ohio Revised Code, *and against the peace and dignity of the State of Ohio.*

You are hereby notified that you are under indictment for a felony of violence and pursuant to Section 2923.13 of the Ohio Revised Code you are prohibited from acquiring, having, carrying, or using any firearm or dangerous ordnance while under indictment.

Case No.    01-CR-794 - DIRECT PRESENTMENT
Defendant    JACKSON, Nathaniel E.

Page 4 of 6

NATHANIEL JACKSON v. WARDEN
CASE NO. 4:07-cv-0880
SUPP. APPENDIX - Page 5124

COUNT 4:    AGGRAVATED ROBBERY (F1) WITH FIREARM SPECIFICATION

THE JURORS OF THE GRAND JURY of the State of Ohio, within and for the body of the County *aforesaid*, on their oaths, in the name and by the authority of the State of Ohio, do find and present that on or about the 11th day of December, 2001,  at Trumbull County, Ohio, NATHANIEL E. JACKSON, in attempting or committing a theft offense, as defined in section 2913.01 of the Revised Code, or in fleeing immediately after the attempt or offense, did have a deadly weapon on or about his person or under his control, and either displayed the weapon, brandished it, indicated that he possessed it, or used it, and NATHANIEL E. JACKSON did inflict, or attempt to inflict, serious physical harm on Robert S. Fingerhut, age 56,

SPECIFICATION #1 TO COUNT FOUR: Firearm Specification (2941.145)

THE GRAND JURORS further find and specify pursuant to Ohio Revised Code 2941.145 that the said NATHANIEL E. JACKSON did at the time of his commission of the crime of Aggravated Robbery have a firearm on or about his person or under his control, and displayed the firearm, brandished the firearm, indicated that he possessed the firearm, or used it to facilitate the offense, said firearm being defined in Section 2923.11 of the Revised Code,

in violation of Section 2911.01(A)(1)(3) and 2941.145 of the Ohio Revised Code, *and against the peace and dignity of the State of Ohio.*

You are hereby notified that you are under indictment for a felony of violence and pursuant to Section 2923.13 of the Ohio Revised Code you are prohibited from acquiring, having, carrying, or using any firearm or dangerous ordnance while under indictment.

Dennis Watkins, Prosecuting Attorney

Charles L. Morrow, Asst. Pros. Attorney

Case No.        01-CR-794 - DIRECT PRESENTMENT
Defendant       JACKSON, Nathaniel E.

Page 5 of 6

NATHANIEL JACKSON v. WARDEN
CASE NO. 4:07-cv-0880
SUPP. APPENDIX - Page 5125

01-CR-794
DIRECT PRESENTMENT
September Eighth Term, 2001
**COMMON PLEAS COURT**
TRUMBULL COUNTY, OHIO

**THE STATE OF OHIO**
vs.
NATHANIEL E. JACKSON
c/o Trumbull County Jail
Warren, OH 44481
SSN: ████; DOB: ████

*Indictment for:* CT 1: AGG MURDER (F) W/SPECS
OF AGG CIRCUMSTANCES (2903.01(A),
2941.14(C), and 2929.04(A)(7);
CT 2: AGG MURDER (F) W/SPECS OF AGG
CIRCUMSTANCES (2903.01(B), 2941.14(C), and
2929.04(A)(7);
CT 3: AGG BURGLARY (F1) W/FIREARM SPEC
(2911.11(A)(1)(2) and 2941.145;
CT 4: AGG ROBBERY (F1) W/FIREARM SPEC
(2911.01(A)(1)(3) and 2941.145

*[signature]*
Prosecuting Attorney

**A TRUE BILL**

*[signature]*
*Foreman of the Grand Jury*

This Bill of Indictment found upon testimony sworn and sent before
the Grand Jury at the request of the Prosecuting Attorney

*[signature]*
*Foreman of the Grand Jury*

*Filed* _____, 20_____

_____ **Clerk**
*By*_____
*Deputy*

Case No.      01-CR-794 - DIRECT PRESENTMENT
Defendant    JACKSON, Nathaniel E.

---

*On this* _____ *day of* _____ *20* ___

*the within named* _____

_____

*Defendant was arraigned, and pleads*

_____ *guilty to this indictment*

_____ **Clerk**
*By*_____
*Deputy*

**The State of Ohio**
**Trumbull County.**

*I, the undersigned, Clerk of the Court of
Common Pleas in and for said County, do hereby
certify that the foregoing is a full, true, and correct
copy of the original indictment, with endorsements
thereon, now on file in my office.*

*WITNESS my hand and seal of said Court at,*
*Warren,*

*Ohio, this* __28.__ *day of* __Dec__, *20* __01__

__Margaret R O'Brien__
_____ **Clerk**
*By* __N Whisgard__
*Deputy*

Page 6 of 6

## IN THE COURT OF COMMON PLEAS
## TRUMBULL COUNTY, OHIO

STATE OF OHIO,                                    :

      Plaintiff,                              : Case No. 01-CR-794

-vs-                                             :

NATHANIEL JACKSON,                                :

      Defendant.                              :

EXHIBIT **84 |**

### AFFIDAVIT OF MARK ROOKS

State of Ohio          :
               : ss:
County of Franklin     :

    Mark Rooks, after being duly sworn according to law, states as follows:

1.    I am an investigator employed by the Office of the Ohio Public Defender.

2.    As part of my duties, I am assigned to the above case.

3.    On December 29, 2003, I attempted to telephonically contact Janice Winans who

resides at                 Cortland, Ohio 44410 and whose telephone number is

4.    I was unsuccessful and I renewed my efforts on December 30 and 31, 2003. On

December 31, 2003 I spoke with Ms. Winans' spouse who verified that Ms. Winans was

Caucasian.

    Further affiant saith naught.

                                         MARK ROOKS

EXHIBIT
41

NATHANIEL JACKSON v. WARDEN
CASE NO. 4:07-cv-0880
SUPP. APPENDIX - Page 5127

Sworn to and subscribed in my presence this 2nd day of January, 2004.

_Gloria Govine_
NOTARY PUBLIC

191625

GLORIA C.....
My Commission Exp.... 7-24-2005

# Friendly Foremen

## Are Hamilton County Judges Calling on Friends to Help Issue Death Penalty Indictments?

*by Jamie Pietras*

You can't talk criminal justice in Ohio without talking race and economics.

Proportionally speaking, there are far more African-Americans in jail and on death row than other demographic groups. African-Americans make up only 12 percent of Ohio's population, but make up about 50 percent of those waiting to be executed in Lucasville's death chamber. Likewise, Ohio jails as a whole are just over 50 percent black.

Conversely, the powers that hold the keys to the justice system—the attorneys and judges—are overwhelmingly white. In a report issued last year, the Ohio Commission for Racial Fairness surveyed judges and attorneys across the state. Ninety-six percent of judges were white, as were 86 percent of attorneys.

Now, attorneys in the Ohio Public Defender's office have discovered information that adds fuel to the already inflammatory racial undertones of death-penalty politics.

The public defender found that in Hamilton County, the runaway leader in death-penalty convictions, grand jury forepersons seem to have a lot in common with the judges and prosecutors: They're very white and they're very male.

The Hamilton County prosecutors and judges contacted by *Columbus Alive* didn't think this was a big deal. The wheels of justice turn at the same pace for all, regardless of race, they contend. But public defenders argue the finding smacks of racial insensitivity.

The revelation came out of the pending federal appeals of African-American death row inmates William Henry Smith and Shawn Hawkins.

In 1995, U.S. District Judge for Southern Ohio S. Arthur Spiegel gave Smith's attorneys access to the names and addresses of all grand jurors and grand jury forepersons that had returned death indictments in Hamilton County since 1982. In 1998, U.S. District Judge Susan Dlott allowed updated information be released in the Hawkins case.

Smith was indicted in 1987 for the rape and murder of a 47-year-old Cincinnati woman. Hawkins was indicted in 1989 for shooting and then robbing two men. Both Hawkins and Smith were sentenced to death. Like all death cases, their eventual conviction began with indictments from a grand jury.

Completely secret judicial bodies kept away from the public eye, grand juries help turn the keys on the ignition of the death machine. Unlike the trial juries that actually hear death penalty cases and deliver sentences, the identity of grand jurors is never made public. They hear evidence from the prosecutor and then choose whether or not to indict someone with death-penalty specifications. In Hamilton County, 12 grand jurors are needed to indict—11 randomly

foreperson.

Using the grand jury information released by both judges, the public defender's office tracked down the 87 grand jury forepersons that returned death indictments from 1982 through 1998.

The public defender hired the Minnesota-based National Jury Project Midwest to help crunch the numbers, and when the results came back earlier this year, the public defender's attorneys had their worst suspicions confirmed: In Hamilton County, there were a mere four African-American forepersons of grand juries returning death-penalty indictments from 1982 through 1998.

Had this been consistent with the number of African-Americans in Hamilton County, there should have been 18 or 19 African-American forepersons. In the first five years after capital punishment was reinstated in Ohio, when 13 men were sentenced to death in Hamilton County, there were no African-American forepersons.

Women, too, were underrepresented. Roughly 22 percent of the 87 forepersons were women, though more than half the county's residents are women.

Why the discrepancy?

> ### "Is there some law that says you have to have a certain number of African Americans serve as grand jury forepersons? Then they weren't underrepresented."
> — Judge Thomas Crush, Hamilton County Common Pleas Court

In Hamilton County, grand juries are selected from a random sample of registered voters supplied by the local board of elections. The foreperson, however, is selected by a judge.

According to public defender data, the same six people each served twice as grand jury forepersons. Two people each served as forepersons on three different grand juries.

"It's pretty apparent there's something wrong in that county," said Larry Komp, a public defender working on Smith's case.

"You don't see something like that unless you're in the deep South," added fellow public defender Jane Perry.

The public defenders suspected judges were merely choosing their friends to serve as grand jury forepersons.

In an interview last week with *Columbus Alive*, Hamilton County Common Pleas Court Judge Thomas Crush as much as confirmed this fear while prohproobiing the public defenders' concerns. "Maybe [judges'] friends are mostly white and that accounts for the white forepersons," Crush admitted. "Public defenders will make significant anything they can."

While he said he usually picked a foreperson from the random pool provided by the board of elections, Crush said he may have chosen someone he knew once. "I just say, 'Who's available?'" said Crush.

cases. "You can't assume that just because a judge appoints someone he knew, that [the foreperson] is a stooge...It's insulting to people who've been appointed to say these haven't been good grand juries."

State Treasurer Joe Deters, who put 22 men on death row in his tenure as Hamilton County prosecutor from 1992 to 1998, said the foreperson's role shouldn't be overstated. "They're quite insignificant. They handle the bookkeeping and clerical duties for the jury itself."

But they do have a vote, just like other grand jurors.

When asked about the significance of the public defender's findings, Crush offered a simple answer. "Is there some law that says you have to have a certain number of African Americans serve as grand jury forepersons?" the judge asked rhetorically, then concluded that "they weren't underrepresented."

While there may not be a state constitutional statute or court precedent dictating the proper composition of grand jury forepersons, the U.S. Supreme Court ruled in April 1998 on a similar claim brought forth by a defendant in Louisiana.

Terry Campbell, a white man indicted for second-degree murder, alleged that African Americans had been excluded from the selection of grand jurors—specifically, grand jury forepersons.

The Supreme Court rejected the state of Louisiana's argument that "no harm is inflicted when a single grand juror is selected based on racial prejudice because the discrimination is invisible to the grand jurors on that panel and only becomes apparent when a pattern emerges over the course of the years."

Justice Anthony Kennedy wrote the court's decision, which reversed Campbell's sentence and sent the case back to the trial court. "This argument underestimates the seriousness of the allegations here," the Supreme Court held. "If they are true, the impartiality and discretion of the judge himself would be called into question."

Joe Bodine, head of the Ohio Public Defender's federal appeals section, thinks the grand jury findings epitomize problems in Hamilton County. "When you have a county that statistically death-indicts African Americans who kill white people and not the reverse, then race is an issue," Bodine said. "Where African Americans are grossly underrepresented in that indictment process, then yeah, it's a big concern."

Crush is tired of the race-baiting. "I don't give a d——— —— —" he said

he taken. "I've never appointed a Chinaman, Japanese, an Aleut," Crush said. He likened the efforts of the anti-capital-punishment movement to those of liberal groups such as Greenpeace. "The anti-capital-punishment people will never stop," he said.

Deters was aware the public defender's office had the grand jury information, but didn't know about the National Jury Project's analysis. "I'm not familiar with that study, but there's a series of studies, so to speak, and generally they're all shams," Deters said. "I can tell you categorically that some of our toughest and staunchest jurors in these cases have been African-Americans, and to infer otherwise is a pretty racist thing to do."

He continued, "I don't know what the race of a juror has to do with their ability or inability to follow the law. To infer that African-Americans won't follow the law, I think, is a very racist thing to allege...If I filed a motion saying we're not getting enough white jurors, could you imagine the outrage from the liberal community? It would be deafening how upset everyone would get, and rightfully so."

"The bottom line on all these things," Deters said, "is that the state public defender's office and those who wish we didn't have a death penalty in this state are grasping at straws and trying to throw everything they can against the wall and hoping something sticks."

Ohio Supreme Court Chief Justice Thomas Moyer wouldn't comment specifically on the grand jury foreperson issue, but said, "I do know from talking to people who've been forepersons that it's a commitment of time and sort of mental resources. But, I don't know why there would be, in a county that large, somebody that served three times."

In Cuyahoga County, judges also handpick grand jury forepersons, who don't have to come from the jury pool. Usually, the court opts for a noteworthy member of the community, said Noble Guia, commissioner of the Cuyahoga County Court of Common Pleas. The *Cleveland Plain Dealer* always publishes pictures and bios of grand jury forepersons.

In Franklin County, nine members sit on a grand jury and seven are needed to indict. Grand jurors are randomly drawn from registered voter rolls. A foreperson is selected from the existing jurors by prosecutors and Common Pleas Court Bailiff Melanie McCoy.

When asked whether she thought racial composition of a grand jury was significant, McCoy said, "The thought's never come across my mind." She noted that women have always been well represented on Franklin County grand juries.

David Bodiker, Ohio Public Defender, admits that, practically speaking, the composition of the grand jury won't do much to affect the outcome of an indictment.

"My experience is that the grand jury would indict a ham sandwich if the prosecutor told them to," Bodiker said. "What I'm sure is involved is the fact that we have such difficulty with Hamilton County, with the judges, with the attorneys... When you get an obvious and apparent defect, it's a chink in the armor and you can go after it."  ◗

EXHIBIT 43

NATHANIEL JACKSON v. WARDEN
CASE NO. 4:07-cv-0880
SUPP. APPENDIX - Page 5129

EXHIBIT
44

1. RSF HAD BEGUN TO GET FAKE ID YEARS AGO.
HE HAD THIS OBSESSION ABOUT FAKING HIS OWN
DEATH BY PARKING HIS CAR SOMEWHERE, SPRINKLING
SOME OF HIS BLOOD AROUND. THEN HE SAID HE
WOULD GO TO MICHAEL'S FOR A YEAR. IN FACT,
HE SAID ST. FARM ASKS NO QUESTIONS AND WOULD
PAY FAST. ~~xxxxxxxxxxxxxxxxxxxx~~? I TOLD
HIM HE WAS CRAZY AND NEVER BELIEVED HE WOULD
DO SUCH A STUPID THING. HE SAID HE WAS SICK OF
WORKING SO HARD BUT STILL WANTED TO LIVE THE GOOD
LIFE. MICHAEL KNEW ALL ABOUT IT.

AS FAR AS A LOOK ALIKE, I CAN'T BELIEVE YOU HIT
ON THAT! YOUR ATTY. SHOULD SPEAK TO ONE OF OUR
FORMER EMPLOYEES WHO NOW HAS THE WARREN GREYHOUND STATION,
LARRY SOUTHWICK WHO WAS PART SOUTHWICK TIME WITH US + FULL
TIME FOR AN AMBULANCE CO (IN WARREN) - CAN'T RECALL THE NAME.
BUT HE + RSF WERE ALWAYS TALKING ABOUT GETTING
A VAGRANT'S BODY WHO COULD REPLACE RSF. I KEPT
TELLING THEM THEY WERE NUTS. LARRY ENCOURAGED
HIM SINCE HE WAS AN OPERATOR PHONE (DISPATCHER) AND KNEW WHEN
BODIES CAME IN. LARRY + ROBERT EVEN AGREED ON
LARRY'S 'FEE' OF $100,000 AS I RECALL.

I THINK THAT'S WHY HE KEPT TRYING TO GET TOGETHER
WITH KATHY THOMAS, OUR INSURANCE AGENT FOR ANOTHER
MILLION IN COVERAGE, AND SAYING IT WAS FOR ME BECAUSE
I WOULDN'T BE ABLE TO TAKE CARE OF MYSELF. SHE TESTIFIE
THAT THE 3 OF US WERE PLAYING 'PHONE TAG' IN NOVEMBER.

2

BUT THE HOLIDAYS WERE BUSY SO RSF SAID HE'D DO IT
IN JANUARY WHEN THINGS SLOWED DOWN. SO, I KNEW
ABOUT THE MILLION BECAUSE I WAS INVOLVED IN THE PHONE
TAG 'TRYING TO HELP MAKE AN APPOINTMENT. HE WAS
DETERMINED TO GET IT ASAP IN JANUARY. HE HAD TO
SCHEDULE A COMPLETE EXAM TO GET A MILLION. I BELIEVE
HE UPPED THE ST. FARM FROM 250K TO 300K BECAUSE
HE DIDN'T NEED AN EXAM FOR THE EXTRA 50K. I SWEAR
I DID NOT KNOW ABOUT THE EXTRA 50K.
HE HAD A PRIVATE INVESTIGATOR'S LICENSE IN THE STATE
OF FLORIDA AND SOLD IT JUST BEFORE I MET HIM. WAIT—
HE WAS STILL SERVING SUPOENAS — I WENT FOR THE
RIDES WITH HIM. HE HAD ALREADY BEEN WORKING FOR
W.W. GRANGER, INC. (ON THE STOCK EXCHANGE). BUT A COUPLE
OF YEARS LATER HE WAS AFRAID THEY WERE GOING TO TAKE
PART OF HIS AREA AWAY (LESS COMMISSIONS) SO HE SAID
HE HURT HIS BACK AT THE OFFICE/WAREHOUSE AND WENT ON
WORKMEN'S COMP. FOR A COUPLE OF YEARS AND MADE A
SETTLEMENT, PLUS GOT 100% OF HIS RETIREMENT FUND.
I DIDN'T PAY A LOT OF ATTENTION TO HIS GOINGS ON,
I WAS AFRAID OF HIM SOMETIMES. HE COULD BE QUITE
VIOLENT. IN FACT, WHEN HE MET ME, HE WAS STILL
MARRIED + LIED AND SAID HE WAS DIVORCED BECAUSE HE
WAS AFRAID I WOULDN'T WANT TO GO THROUGH THAT.
HE PAINTED HER SILVER LINCOLN WITH BLACK PAINT WHILE
SHE WAS AT WORK, STOLE HER BAG WITH #?.//@#
PICTURES IN IT, TOLD EVERYONE SHE SLEPT WITH HER

NATHANIEL JACKSON v. WARDEN
CASE NO. 4:07-cv-0880
SUPP. APPENDIX - Page 5131

<u>3</u>

EX-HUSBANDS FATHER (HER FATHER-IN-LAW). HE SOLD me THE
HOUSE SO SHE WOULDN'T GET ANY MONEY. HE WAS PLANNING
HOW TO THROW A MOLOTOV COCKTAIL THROUGH HER ATTY'S,
HOUSE WINDOW. AT THE SAME TIME HE WAS FIGHTING
WITH HIS FIRST WIFE OVER CHILD SUPPORT + TRANSFERRED A
25K CD INTO MY NAME. HE SAID HE WAS PENNILESS AND
HAD NO PLACE TO LIVE. HE WAS A VICIOUS MAN, ONE
YOU'D BETTER NEVER PISS OFF. HONEST. HE RIPPED OFF
MANY CREDIT CARD COMPANIES. WE WERE EARNING OVER
200K A YEAR, BUT IT WAS NEVER ENOUGH. IT'S LIKE
HE JUST HAD THAT IN HIM.

AS FOR ME, I WAS ALREADY WORKING FOR THE PLASTIC
SURGEON FOR 9 YEARS WHEN WE MET, IN JUNE, 1981.
WE WERE DIVORCED IN 1985 TO PROTECT MY ASSETS. HE
DIDN'T WANT TO TAKE ANY CHANCE OF HIS TWO SONS EVER
GETTING ANYTHING. JUDGE THOMAS SWIFT (WARREN) IN PROBATE
SAW HIS WILL! 1¢ TO THEM, OF COURSE, HIS KIDS
CAME UP TO OHIO TO FIGHT IT — AFTER HIS FUNERAL.
THEY ARE EXACTLY LIKE HIM, MONEY GRUBBERS.

*MARRIED*
*..6,22,1983*

KATHY THOMAS     LARRY SOUTHWICK
C/O STATE FARM     C/O GREYHOUND BUS STATION
MAHONING AVE.     E, MARKET ST,
Y-TOWN 44515     WARREN, OHIO 44
330-793-1136

DEAR HONORABLE

Judge Stuard:

I NATHANIEL JACKSON AM
WRITING IN REGARDS TO DIFFERENT COUNCIL, DUE TO THE
FACT THAT MY ATTORNEY ANTHONY CONSOLDANE IS NOT
REPRESENTING ME RIGHT AN I HAVE A CAPITOL MURDER CA
AN NOT ONE TIME HAS HE BEEN TO BRING NONE OF TH
TAPINGS SO THAT I CAN HEAR THEM, AN EVERYTIME HE CAME
TO SEE ME HE WAS ALWAYS SUPPOSE TO BEEN HAVE BRING
THEM BUT KEEP COMING WITH EXCUSES AN ITS STARTING TO
SCARE ME BECAUSE HE'S GOT ME THINKING NOW THAT HE'S
AGAINST ME, AN THEN HE LAUGHED IN MY FACE AN TOLD ME
THAT HE DIDN'T HAVE TO COME IN ON HIS OFF DAY, BUT WH
WAS THE PURPOSE WHEN HE STILL DIDN'T BRING THE INFORMATI
THAT I'VE BEEN ASKING FOR SINCE DECEMBER, AN HE GOT VERY
PERSONAL WHEN I ASKED IF HE HAD TIME TO TAKE MY CASE
BECAUSE WHEN HE CAME IN HE QUOTE I'VE BEEN VERY BUSY
AN HAVEN'T HAD THE TIME TO GET DOWN TO SEE YOU SO I
CAME ON MY OFF DAY AN WHEN I ASKED ABOUT THE INFORMATI
THAT HE'S BEEN PUTTING OFF HE GOT RATHER PERSONAL AN TOLD ME
THAT HE WAS FINISH TALKING WITH ME, BUT YOUR HONOR HE
HAS NOT BEEN WORKING WITH ME AN I WOULD LIKE FOR THE
COURTS TO APPOINT ME NEW COUNCIL BECAUSE I'M DEALING
WITH MY LIFE AN HE'S NOT TAKING MY CASE SERIOUS, AN I WOULD
RATHER STAND TRIAL BY MYSELF THEN TO HAVE ANTHONY CONSOLDANE
SO PLEASE YOUR HONOR TAKE THIS REQUEST INTO CONSIDERATION
BECAUSE MY LIFE IS AT STAKE, THANK YOU

NATHANIEL JACKSON

EXHIBIT
45