# IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | | |
|---|---|---|
| **NATHANIEL JACKSON,** | : | |
| Petitioner, | : | CASE NO. 4:07-cv-0880 |
| v. | : | JUDGE JAMES S. GWIN |
| **MARC HOUK, Warden** | : | *Death Penalty Case* |
| Respondent. | : | |

## WARDEN'S NOTICE OF SUBMISSION OF STATE COURT TRANSCRIPTS

Pursuant to this Court's order of May 19, 2017 [ECF# 45], the Warden hereby notifies the Court and the Petitioner of the submission of all state court transcripts.

Respectfully submitted,

MICHAEL DEWINE
Ohio Attorney General

*s/ Stephen E. Maher*
**STEPHEN E. MAHER (0032279)**
Assistant Attorney General
Criminal Justice Section, Capital Crimes Unit
150 East Gay Street, 16th Floor
Columbus, Ohio 43215-3428
(614) 728-7055; (866) 440-6159 (fax)
Stephen.Maher@ohioattorneygeneral.gov
**COUNSEL FOR THE WARDEN**

## CERTIFICATE OF SERVICE

    The undersigned hereby certifies that a true and correct copy of the foregoing *Notice of Submission of State Court Transcripts* was filed electronically this 14th day of July, 2017. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

    *s/ Stephen E. Maher*
**STEPHEN E. MAHER (0032279)**
Assistant Attorney General