| | United States District Court | |
|---|---|---|
| Sandy Opacich<br>Clerk of Court | Northern District of Ohio<br>Office of the Clerk<br>2-161 Carl B. Stokes United States Court House<br>801 West Superior Avenue<br>Cleveland, Ohio 44113-1830 | (216) 357-7000 |

February 24, 2021

Clerk
Trumbull County Court of Common Pleas
Trumbull County Clerk of Courts
161 High St. NW
Warren, Ohio 44481

RE: Remand to Trumbull County Court of Common Pleas
    Jackson v. Houk
    USDC Case No.: 4:07cv00880
    Trumbull County Court of Common Pleas Case No.: 2001 CR 00794

Dear Clerk:

Pursuant to this court's February 23, 2021 Order of Remand on Death Penalty - Habeas Corpus (2254), this case is remanded. Enclosed are certified copies of said order as well as the docket. Other documents in this case can be accessed electronically on the internet at: http://ecf.ohnd.uscourts.gov

Please acknowledge receipt of this remand by returning a time-stamped copy of this letter in the enclosed envelope. Thank you.


Sandy Opacich, Clerk

By: Cylenthia Woodford
Operations Specialist
216-357-7017