UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO

| | |
|---|---|
| NATHANIEL JACKSON, | CASE NO. 4:07-cv-00880 |
| Petitioner, | ORDER |
| vs. | |
| MARC C. HOUK, | |
| Respondent. | |

JAMES S. GWIN, UNITED STATES DISTRICT COURT JUDGE:

On February 23, 2021, the Court granted Nathaniel Jackson's habeas corpus petition on Ground 30.[1] Under 28 U.S.C. § 2253(c)(1)(A), the Court issues a certificate of appealability on Ground 30. The Court declines to issue a certificate of appealability on all other grounds.

IT IS SO ORDERED.

Dated: March 25, 2021      s/ James S. Gwin
                           JAMES S. GWIN
                           UNITED STATES DISTRICT JUDGE

---

[1] Doc. 80.